ANNA ERICKSON WHITE (CA SBN 161385)
AWhite@mofo.com
RYAN M. KEATS (CA SBN 296463)
RKeats@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
MAXEON SOLAR TECHNOLOGIES, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR WAYNE,<br><br>            Plaintiff,<br><br>      v.<br><br>MAXEON SOLAR TECHNOLOGIES, LTD.,<br>WILLIAM MULLIGAN, and KAI<br>STROHBECKE,<br><br>            Defendants. | Case No.:  3:24-cv-03869-EMC<br><br>**STIPULATION AND ~~[PROPOSED]~~<br>ORDER: (1) EXTENDING<br>DEFENDANTS' TIME TO RESPOND<br>TO COMPLAINT; AND<br>(2) CONTINUING CASE<br>MANAGEMENT CONFERENCE AND<br>ASSOCIATED DEADLINES** |

WHEREAS, on June 27, 2024, Plaintiff Trevor Wayne ("Plaintiff") filed the Class Action Complaint for Violation of the Federal Securities Laws against Defendants Maxeon Solar Technologies, Ltd., William Mulligan, and Kai Strohbecke (collectively, "Defendants") alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act") (Dkt. No. 1, "the Complaint");

WHEREAS, the Complaint asserts claims that are subject to the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995), ("PSLRA"), which sets forth specialized procedures for the administration of securities class actions, including a specific process for the appointment of lead plaintiff(s) and lead counsel (15 U.S.C. § 78u-4(a)(3)) and a mandatory stay of proceedings pending determination of any motions to dismiss  (15 U.S.C. § 78u-4(b)(3)(B));

WHEREAS, pursuant to 15 U.S.C. § 78u-4, putative class members have until August 26, 2024, to move for appointment as lead plaintiff(s);

WHEREAS, once lead plaintiff(s) and lead counsel are appointed, it is anticipated that they will file an amended consolidated complaint;

WHEREAS, Defendant Maxeon Solar Technologies, Ltd., was served with the summons and Complaint on July 30, 2024 (Dkt. No. 9);

WHEREAS, the Parties agree that in the interests of judicial economy, conservation of time and resources, and orderly management of this action, no response to any pleading in this action by any Defendant should occur until after (i) lead plaintiff(s) and lead counsel are appointed by the Court pursuant to the PSLRA, and (iii) such lead plaintiff(s) and lead counsel file an amended complaint;

WHEREAS, on June 28, 2024, this Court issued an Order Setting Initial Case Management Conference and ADR Deadlines (Dkt. No. 6), setting an Initial Case Management Conference on October 1, 2024, and associated deadlines based on that date; and

WHEREAS, in light of the mandatory stay of proceedings applicable to cases governed by the PSLRA, 15 U.S.C. § 78u-4(b)(3)(B), the parties agree that good cause exists to vacate the October 1, 2024 Initial Case Management Conference and associated ADR deadlines;

**NOW, THEREFORE, IT IS HEREBY STIPULATED**, by and among Plaintiff and Defendants, subject to Court approval as follows:

1.      Within 14 days of an order by the Court appointing lead plaintiff(s) and lead counsel, Defendants and lead plaintiff(s) shall, through their respective counsel, confer and jointly submit a proposed schedule for the filing of any amended complaint and for the filing of any response thereto, including a briefing schedule with respect to any anticipated motions to dismiss;

2.      Defendants shall not be required to answer, move, or otherwise respond to the Complaint or any amended complaint until the date agreed upon by the Parties pursuant to paragraph 1, above;

3.      Pursuant to Civil L.R. 16-2, the initial case management conference scheduled for October 1, 2024 shall be vacated, along with any associated deadlines under the Federal Rules of Civil Procedure and Local Rules, to be rescheduled for a date after the filing of any amended complaint or after the Court rules on Defendants' anticipated motion to dismiss, as the Court determines to be appropriate, and all associated ADR Multi-Option Program deadlines shall likewise be deferred; and

4.      Nothing in this Stipulation is intended in any way to waive or affect any rights, claims, defenses, objections or arguments that any party may have with respect to any matter, other than those expressly addressed and agreed in paragraphs 1 through 3 above.

**IT IS SO STIPULATED.**


DATED:  August 16, 2024

*/s/ Pavithra Rajesh*

Robert V. Prongay
Charles Linehan
Pavithra Rajesh
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: 310.201.9150
Facsimile: 310.201.9160

Frank R. Cruz
THE LAW OFFICES OF FRANK R. CRUZ
2121 Avenue of the Stars, Suite 800
Century City, CA 90067
Telephone: 310.914.5007

*Attorneys for Plaintiff Trevor Wayne*


DATED: August 16, 2024

*/s/ Ryan M. Keats*

Anna Erickson White
Ryan M. Keats
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant Maxeon Solar Technologies, Ltd.*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

I, Ryan, M. Keats, attest that concurrence in the filing of this document has been obtained from the other signatories.

Executed on this 16th day of August, 20204, at San Francisco, California.


                */s/ Ryan M. Keats*
                Ryan M. Keats

# [PROPOSED] ORDER

Pursuant to the above Stipulation, IT IS SO ORDERED.

DATED:  August, 22, 2024

_____
The Honorable Edward M. Chen
United States District Judge