John T. Jasnoch (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Tel.: 619-233-4565
Fax: 619-233-0508
jjasnoch@scott-scott.com

*Attorneys for Lead Plaintiff Movant*
*Mark Regan*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TREVOR WAYNE, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:24-cv-03869-EMC |
| Plaintiffs, | **DECLARATION OF JOHN T. JASNOCH IN SUPPORT OF MARK REGAN'S OPPOSITION TO COMPETING LEAD PLAINTIFF AND LEAD COUNSEL MOTIONS; AND, IN THE ALTERNATIVE, REQUEST FOR LIMITED DISCOVERY** |
| v. | |
| MAXEON SOLAR TECHNOLOGIES, LTD., WILLIAM MULLIGAN, and KAI STROHBECKE, | Hon. Edward M. Chen |
| Defendants. | DATE: October 10, 2024<br>TIME:  1:30 P.M.<br>COURTROOM:  5 |

I, John T. Jasnoch, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1.    I am an attorney duly licensed to practice before all of the courts of the State of California and am a member of this Court.  I am an attorney with the law firm of Scott+Scott Attorneys at Law LLP ("Scott+Scott").  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    I make this declaration in support of Mark Regan's ("Movant") opposition to the competing lead plaintiff and lead counsel motions.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.    Attached are true and correct copies of the following:

Exhibit A:    Polk County, Florida Sheriff's Office Affidavit, dated January 19, 2017;

Exhibit B:    State of Florida vs. Preston Ross, No. 96-CM-001797-A, Docket Summary, Polk County, Florida January 24, 1996);

Exhibit C:    Lance Berges vs. Preston Ross, 1999DR000499REVI00, Polk County Civil Court, March 11, 1999)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of September, in San Diego, California.

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*s/ John T. Jasnoch*
John T. Jasnoch (CA 281605)

1

DECLARATION IN SUPPORT OF MARK REGAN'S OPPOSITION TO COMPETING LEAD PLTF AND LEAD COUNSEL MOTIONS; AND, IN THE ALTERNATIVE, REQUEST FOR LIMITED DISCOVERY CASE No. 3:24-cv-03869-EMC

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2024, I caused the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on September 9, 2024, in San Diego, California.

_s/ John T. Jasnoch_
John T. Jasnoch (CA 281605)

DECLARATION IN SUPPORT OF MARK REGAN'S OPPOSITION TO COMPETING LEAD PLTF AND LEAD COUNSEL MOTIONS; AND, IN THE ALTERNATIVE, REQUEST FOR LIMITED DISCOVERY CASE No. 3:24-cv-03869-EMC