# EXHIBIT A

**AFFIDAVIT**          **Sheriff's**          **Office**          FORM #9013A - Revised 05/27/10



| Agency ORI Number | | INCIDENT NUMBER |
|---|---|---|
| **FL0530000** | **Polk County**          **Winter Haven, FL** | **170003216** |

___ JUVENILE     X     ADULT          BOOKING #     **1702619**          OBITS# _____

## IN CIRCUIT/COUNTY COURT IN THE TENTH JUDICIAL CIRCUIT IN AND FOR POLK COUNTY, FL

SUBMITTING MEMBER     **SMITH,AARON LEE**                    MEMBER #     **7483**

DATE /TIME OF ARREST/INCIDENT          **1/19/2017  22:24:00**

LOCATION OF INCIDENT     **11605 PERKLE RD LAKELAND**

___ NOTICE TO APPEAR          ___ COMPLAINT AFFIDAVIT          X     ARREST REPORT

CITY OF     **LAKELAND**                    , COUNTY OF POLK , STATE OF FLORIDA          RIGHT THUMB PRINT

THE UNDERSIGNED AFFIANT SWEARS SHE/HE HAS JUST AND REASONABLE GROUNDS TO BELIEVE THAT ON          **01/19/17**  AT

APPROXIMATELY     **20:31:00**          IN THE VICINITY OF     **LAKELAND**          POLK COUNTY, FLORIDA

**ROSS,PRESTON ALLARD**                    ALIAS _____

| LAST | FIRST | MIDDLE | | |
|---|---|---|---|---|
| ADDRESS | ▇▇▇▇▇▇ | | PHONE | ▇▇▇▇ |

RACE/SEX  **B/M**     DOB     **6/7/1964**  HT     **507**  WT     **150** EYE  **BRO**     HAIR  **BLK**     COMP          BUILD

SPEECH          SCARS _____          POB  ▇▇▇▇     MARITAL STATUS _____

DL#  ▇▇▇▇          ST  **FL**     SS# _____          OCCUPATION _____

EMPLOYER/SCHOOL _____          PHONE _____

JUV-PARENTS _____          PHONE     **n/a**     _____

### NOTICE TO APPEAR/OF APPOINTMENT

I AGREE TO APPEAR IN COURT/JAC AT _____ , FLORIDA ON _____ 20 ___ AT _____ AM/PM TO ANSWER THE CHARGE(S) IN THIS COMPLAINT OR TO PAY THE PRESCRIBED FINE FOR THIS OFFENSE. I UNDERSTAND THAT A WILFUL FAILURE TO APPEAR WILL RESULT IN A WARRANT FOR MY ARREST AND MAY BE A NEW OFFENSE (DO NOT BE LATE).

_____          _____          _____
Defendant/Violators Signature          Parent/Guardian Signature          Date

**COMMITTED THE OFFENSE(S) OF:**

**Agg Battery Cause Bodily Harm/Disability**          FSS/FAC/CO          **784.045(1)(A)1... Counts: 1**          LEVEL/DEGREE   **F2**

RECEIVED AND FILED

**JAN 23 2017**

STACY M. BUTTERFIELD, CLERK

**CF17-000639**

| AFFIDAVIT CONTINUATION | Sheriff's | | Office | FORM #9013A - Revised 05/27/10 |
|---|---|---|---|---|
| **Agency ORI Number** FL0530000 | Polk County | | Winter Haven, FL | **INCIDENT NUMBER** 170003216 |

CO-DEFENDANT:

VICTIM/WITNESS:

Victim: NGUYEN,DAWN        W/F ▓▓▓▓▓▓        LAKELAND    FL    33810    ▓▓▓▓▓    ▓▓▓

PROBABLE CAUSE:

On 01/19/2017 the suspect, Preston Ross and the victim, Dawn Nguyen were engaged in a verbal altercation. The victim and suspect are not engaged in a romantic relationship, they are longtime friends and currently have a professional relationship as the victim house sits for the suspect.

On this date the suspect returned home from working out of town and confronted the victim, due to the power in the home being off. During the altercation the suspect intentionally and unlawfully grabbed the victim by the neck. The victim was able to get away from the suspect who then pursued her into the laundry room of the residence. The suspect again grabbed the victim around the neck, this time the victim's ability to breathe was impeded.

The victim again was able to free herself from the suspect and fled to her vehicle. The suspect again pursued her and attempted to take her car keys from her. This caused the victim to sustain a small cut to the right pointer finger. The victim denied the need for medical care. I observed and photographed red marks on the neck of the victim, as well as the cut on the finger. The acts were committed against the will of the victim.

The suspect was located and arrested for aggravated battery. The act committed by the suspect could have caused permanent injury or harm to the victim.

SWORN TO AND SUBSCRIBED BEFORE ME, THE UNDERSIGNED AUTHORITY, THIS          19 DAY OF   January 2017

This affidavit was electronically signed

SANCHEZ,SERGIO JR          8362                SMITH,AARON LEE          7483

DEPUTY CLERK/NOTARY PUBLIC/LEO                          AFFIANT

RECEIVED AND FILED

JAN 2 3 2017

STACY M. BUTTERFIELD, CLERK

ORIGINAL

CF17-000639

```
--FLORIDA CCH RESPONSE--
FC.DLE/08389703.PUR/P.ATN/ANONCCHINET/JENNAGOLDIN
        SID NUMBER: 08389703       PURPOSE CODE: Public Record Checks


============================================================================
 Because additions or deletions may be made at any time, a new copy should be re
 quested when needed for future use.
============================================================================
                    -   Florida   Criminal   History   -
============================================================================


============================== IDENTITY SECTION  ==============================
State ID
08389703


============================== DEMOGRAPHICS  ==============================
Name                     Date of Birth           Social Security Number
ROSS, PRESTON ALLARD     ███████████


Sex                      Race                    Place of Birth
Male                     Black


Height                   Weight                  Ethnicity
5' 07"                   150 lbs


Hair Color               Eye Color
Black                    Brown


Address
████████████████████████████


================================= Cycle 1 =================================

OBTS                     5302232937
Arrest

 Date of Arrest          01/19/2017
 Charge                  001
  Arresting Agency ORI   FL0530000
  Arresting Agency Name  Polk County Sheriffs Office
  Date of Offense        01/19/2017
  Agency Case Number     1702619000
  AON Description        Aggrav Battery


  Statute                Level                   Degree
  784.045.1a1            Felony                  2nd Degree


  Statute Description    AGGRAV BATTERY CAUSE BODILY HARM OR DISABILITY
  Offense Literal        AGG BATTERY CAUSE BODILY HARM
  Charge Count           1


  Judicial
   Charge                001-1


  Arrest Charge Status   Charge Resulted From Arrest


   Name(s)               Date(s) of Birth        Social Security Number(s)
   ROSS, PRESTON ALLARD  ███████████


   Sex                   Race                    Place of Birth
```

```
Male                    Black

Judicial Agency ORI     FL0531133
Judicial Agency Name    Polk County Clerk of Court
Uniform Case Number     532017CF000639A000XX
Sequence Number         1

Prosecution
Prosecution
Charge Status           Same As Above
PON Description         Aggrav Battery
Offense Literal         AGG BATTERY CAUSE BODILY HARM OR DISABILITY

Statute                 Level                   Degree
784.045.1a1             Felony                  2nd Degree

Statute Description     AGGRAV BATTERY CAUSE BODILY HARM OR DISABILITY
Charge Count            1
Counsel Type            Other
Final Action Taken      Dropped/Abandoned
Final Decision Date     02/07/2017


=============================================================================
This record contains Florida information only. When explanation of a charge or
 disposition is needed, communicate directly with the agency that contributed
the record information.
=============================================================================
This record may only be used for the purpose requested as defined by the Code
of Federal Regulations and/or Florida Statute.
=============================================================================
As mandated by Florida Statute 119.071(5), full social security numbers are no
w exempt from public disclosure and may be disclosed only to governmental enti
ties and certain commercial entities (upon a showing of business necessity as
defined by the law). FDLE will, however, release the last four digits of the s
ocial security number. Example: XXX XX 1234.
=============================================================================
End of record
=============================================================================
--END--
```

← Back to Search Results

**Additional Options:**

Additional e-mail address(es) to share the Florida criminal history record check result with: (Separate multiple e-mail addresses by a comma [,]) Results will be e-mailed immediately.

✉ Share history result

🖨 Print History     🔍 New Search