# EXHIBIT B

☾  **CASE NUMBER: 96-CM-001797-A**
**STATE OF FLORIDA vs ROSS, PRESTON ALLARD**

Case Number: 96-CM-001797-A

Uniform Case Number: 291996IN001797000AHC

Filed On: 1996-01-24                                    Defendant: ROSS, PRESTON ALLARD

Case Type: NON-CRIMINAL CIVIL INFRACTIONS     Amount Due: $0.00
CITATIONS

Case Status: CLOSED

| CASE PARTY INFORMATION | | | |
|---|---|---|---|
| **Party Type** | **Name** | **Attorney** | **Attorney Contact** |

| CASE JUDGE INFORMATION | | | |
|---|---|---|---|
| **Judge Assigned** | **Division** | **Date** | **Reason** |
| | Division D | 01/24/1996 | |

| CASE OFFENSE INFORMATION | | | |
|---|---|---|---|
| **Offense** | **Statute** | **Degree** | **Date** |
| 1 | 790061 | 790061 VIO OF LIC TO CARRY CONCEAL W | 01/24/1996 |

| CASE EVENT INFORMATION | | | |
|---|---|---|---|
| **Event Date** | **Doc Index** | **Charge Number** | **Title** |
| 04/10/2007 | | | FILE DESTROYED |
| | | | File destroyed in accordance with retention requirements set forth in Rules of Judicial Administration 2.075.  User ID=H232374 |
| 08/08/2005 | | | CASE STATUS UPDATED |
| | | | User ID=FRYMAN |
| 05/15/1996 | | | DEFENDANT CLOSED |
| | | | DEFENDANT CLOSED  User ID=A704 |
| | | | "Defendant: ROSS, PRESTON ALLARD" |
| 05/15/1996 | | | SEE DOCKET TEXT |
| | | | COPY OF RECEIPT: 72130616 PD $25.00 FINE  User ID=A704 |
| | | | "Defendant: ROSS, PRESTON ALLARD" |
| 05/15/1996 | | | SEE DOCKET TEXT |
| | | | GEN/DA 5/20/96 AM -- REMOVED FROM CALENDAR  User ID=A621 |
| | | | "Defendant: ROSS, PRESTON ALLARD" |
| 05/14/1996 | | | SEE DOCKET TEXT |
| | | | NOTICE SENT TO ROSS,PRESTON ALLARD (DEA) ON 05/15/96  User ID=A660 |
| | | | "Defendant: ROSS, PRESTON ALLARD" |
| 05/14/1996 | | | SEE DOCKET TEXT |
| | | | GEN/DA 5/20/96 9:00AM 19 FOR: ARRAIGNMENT  User ID=A660 |
| | | | "Defendant: ROSS, PRESTON ALLARD" |
| 05/10/1996 | | | CONTINUED |
| | | | CONTINUED: ARN  User ID=A660 |
| | | | "Defendant: ROSS, PRESTON ALLARD" |
| 05/10/1996 | | | NO ONE APPEARED FOR DEFENSE |
| | | | NO ONE APPEARED FOR THE DEFENSE  User ID=A660 |
| | | | "Defendant: ROSS, PRESTON ALLARD" |
| 05/10/1996 | | | SEE DOCKET TEXT |
| | | | COURT REPORTER: ELECTRONIC  User ID=A660 |
| | | | "Defendant: ROSS, PRESTON ALLARD" |
| 05/10/1996 | | | SEE DOCKET TEXT |
| | | | JUDGE: ESSRIG  User ID=A660 |
| | | | "Defendant: ROSS, PRESTON ALLARD" |