# EXHIBIT C



**Stacy M. Butterfield, CPA**
Clerk of Courts & Comptroller
Polk County, Florida

# Polk Records Online

Accessibility Information

**User: PUBLIC - IP (72.76.165.57)**

**Home     Help     My Account     Log Out**

# Case Detail

New Search        Back to Search Results

**Case : 1999DR000499REVI00**
**Case Type : REVI - REPEAT VIOLENCE**
**Section : 01 BRENDA P RAMIREZ**
**Case Style : BERGES LANCE E vs. ROSS PRESTON A**
**Disposition : Closed**

Print Case
Summary

---

| Dockets | Parties | Hearings | Financial | Disposition |

🟢 Available for viewing                    ⛔ Not available for viewing

🔻 Available for viewing after manual review        🔺 Manual review pending or completed

**Click icon in 'View' column to access document**

---

| Date | Action | Pages | Sequence | View |
|------|--------|-------|----------|------|
| 03/11/1999 | CIVIL COVER PAGE | 0 | 1 | |
| 03/11/1999 | 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--TYPE NAME | 0 | 2 | |
| 03/11/1999 | 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--TYPE NAME | 0 | 3 | |
| 03/11/1999 | PETITION | 0 | 4 | |
| 03/11/1999 | ORDER SETTING HRG RE: PETITION/INJ MARCH 25,1999 8:30AM | 0 | 5 | |
| 03/22/1999 | SERVED ORDER SETTING HRG - PRESTON A ROSS 3/13/99 (TRANS #99-10056) | 0 | 6 | |
| 03/22/1999 | 01 03/24/99 BOB DOYEL VOL:01 | 0 | 7 | |
| 03/25/1999 | NOTICE OF APPEARANCE-DOMV MICHAEL FARRELL ESQ FOR LANCE BURGESS | 0 | 8 | |
| 03/25/1999 | NOTICE OF APPEARANCE-DOMV JAMES YANCEY ESQ FOR PRESTON ROSS | 0 | 9 | |
| 03/25/1999 | ACKNOWLEDGMENT/RCPT OF FORM (RESP) PRESTON ROSS 3/25 (SNAPOUT) | 0 | 10 | |

| Date | Action | Pages | Sequence | View |
|------|--------|-------|----------|------|
| 03/25/1999 | MEMO SENTENCE OF COURT-RESP ATTY YANCEY | 0 | 11 | |
| | MOTION TO DISMISS--DENIED; RESET FOR | | | |
| | 6/16/99 2:30 FOR 1 HOUR | | | |
| 04/01/1999 | FILE RETURNED 04/02/99 VOL:01 | 0 | 12 | |
| 04/01/1999 | ORDR EXT TEMP INJ/RESCHEDULE HRNG | 0 | 13 | |
| | 07/07/99 2PM | | | |
| 04/01/1999 | (**ORDER EXT WAS ENTERED IN ERROR/BOTH | 0 | 14 | |
| 04/01/1999 | PARTIES/ATTYS & SHERIFF'S DEPT WERE | 0 | 15 | |
| 04/01/1999 | NOTIFIED OF THE ERROR---CORRECT DATE | 0 | 16 | |
| 04/01/1999 | OF HEARING IS 06/22/99 3:30PM) | 0 | 17 | |
| 04/02/1999 | NOTICE OF HEARING 06/22/99 3:30PM | 0 | 18 | |
| 04/07/1999 | SERVED ORDER EXT-PRESTON ROSS 04/01/99 | 0 | 19 | |
| | (TRANS 99-12893) | | | |
| 04/07/1999 | 21 04/22/99 SHERI DOMV VOL:01 | 0 | 20 | |
| 04/07/1999 | FILE RETURNED 04/28/99 VOL:01 | 0 | 21 | |
| 04/07/1999 | 21 06/15/99 LISA/DOMV VOL:01 | 0 | 22 | |
| 04/07/1999 | FILE RETURNED 06/17/99 VOL:01 | 0 | 23 | |
| 04/07/1999 | 01 06/21/99 BOB DOYEL VOL:01 | 0 | 24 | |
| 06/22/1999 | PET'S EVIDENCE REPORT-06/22/99 | 0 | 25 | |
| 06/22/1999 | (2)MANILA ENVELOPES CONTAINING EVIDENCE | 0 | 26 | |
| 06/22/1999 | ACKNOWLEDGMENT/RCPT OF FORM (RESP) | 0 | 27 | |
| | PRESTON ROSS 6/22 (DISMISSAL) | | | |
| 06/22/1999 | ORDER OF DISMISSAL | 0 | 28 | |
| 06/22/1999 | 08/24/99 COURT COSTS DUE-P $50 *PD* | 0 | 29 | |
| 06/22/1999 | FILE RETURNED 06/30/99 VOL:01 | 0 | 30 | |
| 08/17/1999 | COURT COSTS PAID- LANCE BERGES | 0 | 31 | |
| 11/10/2011 | CASE FILE DESTROYED PER RULES OF FL JUDICIAL ADMIN 2.430 | 0 | 32 | |

**Terms of Use Help & FAQ**
**To learn more about Polk Clerk of Courts and Comptroller please visit http://www.polkcountyclerk.net**
**or follow us on Facebook https://www.facebook.com/polkcountyclerk**
**PRO Release Version 1.2.4.0**
**© 2024 - Polk County, all rights reserved**