Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles H. Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Counsel for Anthony Kulesza*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR WAYNE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXEON SOLAR TECHNOLOGIES, LTD., WILLIAM MULLIGAN, and KAI STROHBECKE,<br><br>Defendants. | Case No. 3:24-cv-03869-EMC<br><br>**NOTICE OF WITHDRAWAL OF MOTION OF ANTHONY KULESZA FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>Date: October 10, 2024<br>Time: 1:30 p.m.<br>Crtrm.: 5 – 17th Floor<br>Judge: Edward M. Chen |

WITHDRAWAL OF LEAD PLAINTIFF MOTION
Case No. 3:24-cv-03869-EMC

On August 26, 2024, Anthony Kulesza filed a motion for appointment as lead plaintiff and approval of counsel in connection with the above-captioned securities fraud class actions (Dkt. No. 16, the "Motion"). Four similar motions were filed by other putative class members in this action.

The Private Securities Litigation Reform Act of 1995 ("PSLRA") directs the Court to appoint the "most adequate plaintiff" as lead plaintiff, and provides a rebuttable presumption that the most adequate movant is the person or group that, among other things, has "the largest financial interest in the relief sought by the class." 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Having reviewed the competing motions and supporting papers provided by the other movants seeking appointment as lead plaintiff, it appears that Mr. Kulesza does not have the largest financial interest in the relief sought by the class, as required by the PSLRA. As such, Mr. Kulesza hereby withdraws his Motion.

By this withdrawal, Mr. Kulesza does not waive his rights to participate and recover as a class member in this litigation.

WITHDRAWAL OF LEAD PLAINTIFF MOTION
Case No. 3:24-cv-03869-EMC

1

DATED:  September 13, 2024

Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By:  _/s/ Charles H. Linehan_
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email:  clinehan@glancylaw.com

_Counsel for Anthony Kulesza_

**THE LAW OFFICES OF FRANK R. CRUZ**
Frank R. Cruz
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Telephone: (310) 914-5007

_Additional Counsel_

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On September 13, 2024, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 13, 2024, at Los Angeles, California.

*/s/ Charles H. Linehan*
Charles H. Linehan

WITHDRAWAL OF LEAD PLAINTIFF MOTION
Case No. 3:24-cv-03869-EMC