POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant*
*Preston A. Ross and Proposed Lead*
*Counsel for the Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TREVOR WAYNE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXEON SOLAR TECHNOLOGIES, LTD., WILLIAM MULLIGAN, and KAI STROHBECKE,<br><br>Defendants. | Case No.: 3:24-cv-03869-EMC<br><br>REPLY DECLARATION OF JENNIFER PAFITI IN FURTHER SUPPORT OF MOTION OF PRESTON A. ROSS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL<br><br><u>CLASS ACTION</u><br><br>Date:  October 10, 2024<br>Time:  1:30 p.m.<br>Judge:  Hon. Edward M. Chen<br>Courtroom:  5 – 17th Floor |

I, Jennifer Pafiti, hereby declare as follows:

1.     I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Preston A. Ross ("Ross"), and have personal knowledge of the facts set forth herein.  I make this Reply Declaration in further support of Ross's motion for appointment as Lead Plaintiff for the Class in the above-captioned action and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.     Attached hereto as Exhibit A is a Supplemental Declaration executed by Ross.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on September 16, 2024.

/s/ Jennifer Pafiti
Jennifer Pafiti

REPLY DECLARATION OF JENNIFER PAFITI IN FURTHER SUPPORT OF MOTION OF PRESTON A. ROSS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL - 3:24-cv-03869-EMC

## **PROOF OF SERVICE**

I hereby certify that on September 16, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Jennifer Pafiti
Jennifer Pafiti

REPLY DECLARATION OF JENNIFER PAFITI IN FURTHER SUPPORT OF MOTION OF PRESTON A. ROSS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL - 3:24-cv-03869-EMC

# EXHIBIT A

## SUPPLEMENTAL DECLARATION IN FURTHER SUPPORT
## OF LEAD PLAINTIFF MOTION

I, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I, Preston A. Ross, respectfully submit this Supplemental Declaration in further support of my motion (the "Lead Plaintiff Motion") (Dkt. No. 26), pursuant to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"),  for appointment as Lead Plaintiff and approval of my selection of Pomerantz LLP ("Pomerantz") as Lead Counsel in the instant class action presently pending before this Court on behalf of investors in Maxeon Solar Technologies, Ltd. ("Maxeon") securities, styled *Wayne v. Maxeon Solar Technologies, Ltd. et al.*, 3:24-cv-03869 (N.D. Cal.) (the "Action").

2.      I understand that, on August 26, 2024, Pomerantz filed my Lead Plaintiff Motion (Dkt. No. 26), and that similar competing motions were filed by other Maxeon investors on the same date, each seeking their own appointment as Lead Plaintiff in this Action (Dkt. Nos. 12, 16, 20, 30).  I understand that, on September 9, 2024, Pomerantz filed an opposition to the competing motions on my behalf (Dkt. No. 40) and that, on the same date, two of the competing movants— Jeyakumar VS Menon and Mark Regan—each filed oppositions to my Lead Plaintiff Motion and each other's motions.  Dkt. Nos. 41-42.

3.      I understand that Mr. Regan, in support of his opposition to my Lead Plaintiff Motion, filed three exhibits, respectively relating to a criminal charge brought against me in 2017, a non-criminal civil infraction charge incurred in 1996, and a civil case brought against me in 1999.  Dkt. Nos. 41-2 ("Exhibit A"), 41-3 ("Exhibit B"), 41-4 ("Exhibit C").

4.      I have reviewed Exhibit A, which I understand contains a record and police report relating to a criminal charge brought against me in 2017.  It is my understanding that the police report details events that transpired on January 19, 2017 as described by the individual who

accused me of the alleged misconduct. The allegations in the police report do not accurately describe the events at issue. I had security cameras at and around my home on the date of the incident in question. I provided recordings taken from those cameras to the attorney assigned as my public defender, and the charge at issue was subsequently dropped.

5.   I have reviewed Exhibit B, which I understand is a court record relating to a non-criminal civil infraction charge brought against me for carrying a concealed weapon without a license. On the date in question, I had inadvertently left my license to carry a concealed weapon at home. I paid a $25.00 fine in connection with this infraction and the matter was closed.

6.   I have reviewed Exhibit C, which I understand is a court record relating to a civil case brought against me by an individual named Lance Berges. Mr. Berges brought the case in question against me after I had left messages on his telephone answering machine, which Mr. Berges alleged were threatening. After these messages were played in court, the case was dismissed with court costs paid by Mr. Berges.

7.   I have never been convicted of any crime.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge.

Executed on this 8/16/2024 day of September, 2024.

Signed by:

_____
1BBB476BC6A843B...

Preston A. Ross