Lisa T. Omoto SBN 303830
**FARUQI & FARUQI, LLP**
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: 424-256-2884
Facsimile: 424-256-2885
E-mail: lomoto@faruqilaw.com

James M. Wilson, Jr. (*pro hac vice* forthcoming)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email:  jwilson@faruqilaw.com

Robert W. Killorin (*pro hac vice* forthcoming)
**FARUQI & FARUQI, LLP**
3565 Piedmont Road NE Building Four
Suite 380
Atlanta, GA 30305
Telephone: 404-847-0617
Facsimile: 404-506-9534
Email: rkillorin@faruqilaw.com

*Attorneys for Proposed Lead Plaintiff*
*Jeyakumar VS Menon*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR WAYNE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXEON SOLAR TECHNOLOGIES, LTD., WILLIAM MULLIGAN, and KAI STROHBECKE,<br><br>Defendants. | Case No. 3:24-cv-03869-EMC<br><br>**DECLARATION OF JAMES M. WILSON, JR. IN FURTHER SUPPORT OF MOTION OF JEYAKUMAR VS MENON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL AND IN OPPOSITION TO COMPETING MOTIONS**<br><br>**CLASS ACTION**<br><br>Judge:  Hon. Edward M. Chen<br>Date:    October 10, 2024<br>Time:   1:30 p.m.<br>Courtroom:  5 – 17th Floor |

I, James M. Wilson, Jr., declare as follows:

1.    I am a member in good standing of the bar of the State of New York and am admitted *pro hac vice* in this Court.  I am a Partner with the law firm of Faruqi & Faruqi, LLP.  I submit this declaration in further support of the motion filed by Jeyakumar Menon ("Menon") for appointment as Lead Plaintiff and approval of Menon's selection of Faruqi & Faruqi, LLP to serve as Lead Counsel for the putative Class and in opposition to the competing motions.

2.    Attached are true and correct copies of the following:

Exhibit 1: *Read v. Amira Nature Foods Ltd.,* No. 15-cv-00957-FMO-PJW, slip op. (C.D. Cal. May 18, 2015)

Exhibit 2: *W. Palm Beach Firefighters' Pension Fund v. Altisource Portfolio Sols. S.A.*, Case 14-81156 CIV-WPD, slip op., ECF No. 24 (S.D. Fla.)

Exhibit 3: *W. Palm Beach Firefighters' Pension Fund v. Altisource Portfolio Sols. S.A.*, Case 14-81156 CIV-WPD, Relevant Docket Entries (S.D. Fla.)

Exhibit 4: *Lopez v. AgEagle Aerial Sys., Inc.*, No. 2:21-cv-01810-CAS (Ex), Notice of Withdrawal, ECF No. 31 (C.D. Cal.)

Exhibit 5: *Lopez v. AgEagle Aerial Sys., Inc.*, No. 2:21-cv-01810-CAS (Ex), Notice of Non-Opposition, ECF No. 35 (C.D. Cal.)

Exhibit 6: *Torres v. Berry Corp.*, No. 3:20-CV-03464-S, Notice of Non-Opposition, ECF No. 18 (N.D. Tex.)

Exhibit 7: *Torres v. Berry Corp.*, No. 3:20-CV-03464-S, Notice of Non-Opposition, ECF No. 19 (N.D. Tex.)

Exhibit 8: *Alperstein v. Sona Nanotech Inc.*, Case No. 2:20-cv-11405-MCS-MAA, Notice of Withdrawal, ECF No. 35 (C.D. Cal.)

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of September 2024 at New York, New York.

By: /s/ *James M. Wilson, Jr.*
James M. Wilson, Jr.

**DECLARATION OF JAMES M. WILSON, JR. IN FURTHER SUPPORT OF JEYAKUMAR VS MENON'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL AND IN OPPOSITION TO COMPETING MOTIONS**
**Case No. 3:24-cv-03869-EMC**