# EXHIBIT 3

CLOSED,LSS,REF_DISCOV

# U.S. District Court
## Southern District of Florida (West Palm Beach)
## CIVIL DOCKET FOR CASE #: 9:14-cv-81156-WPD

In re Altisource Portfolio Solutions, S.A. Securities Litigation
Assigned to: Judge William P. Dimitrouleas
Referred to: Magistrate Judge Lurana S. Snow
Cause: 15:0078 Securities Exchange Act

Date Filed: 09/08/2014
Date Terminated: 06/14/2017
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**West Palm Beach Firefighters Pension Fund**
*individually and on behalf of all others similarly situated*

represented by  **Joseph E. White , III**
Saxena White P.A.
7777 Glades Road
Suite 300
Boca Raton, FL 33434
United Sta
561-394-3399
Fax: 561-394-3382
Email: jwhite@saxenawhite.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brandon Thomas Grzandziel**
Saxena White P.A.
7777 Glades Road
Suite 300
Boca Raton, FL 33434
United Sta
561-394-3399
Fax: 888-532-5501
Email: brandon@levinlawpa.com
*ATTORNEY TO BE NOTICED*

**Lester Rene Hooker**
Saxena White P.A.
7777 Glades Road
Suite 300
Boca Raton, FL 33434
United Sta
561-394-3399
Fax: 561-394-3382
Email: lhooker@saxenawhite.com
*ATTORNEY TO BE NOTICED*

V.

New York, NY 10036
212-715-9393
Email: jwagner@kramerlevin.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/08/2014 | 1 | COMPLAINT against All Defendants. Filing fees $ 400.00 receipt number 113C-7054689, filed by WEST PALM BEACH FIREFIGHTERS PENSION FUND. (Attachments: # 1 Civil Cover Sheet, # 2 Certification, # 3 Summon(s), # 4 Summon(s), # 5 Summon(s), # 6 Summon(s))(Hooker, Lester) (Entered: 09/08/2014) |
| 09/08/2014 | 2 | Judge Assignment to Senior Judge Kenneth L. Ryskamp and Magistrate Judge James M. Hopkins (ail) (Entered: 09/09/2014) |
| 09/08/2014 | 3 | Clerks Notice to Filer re: Electronic Case. Party(ies) Improperly Formatted. The Filer failed to enter the party name(s) in accordance with the CM/ECF Format for Adding Parties for Attorneys Guide. The correction was made. It is not necessary to re-file the document. (ail) (Entered: 09/09/2014) |
| 09/09/2014 | 4 | Summons Issued as to Altisource Portfolio Solutions SA, William C. Erbey, Michelle Esterman, William B. Shepro. (ail) (Entered: 09/09/2014) |
| 09/19/2014 | 5 | ORDER of Pretrial Procedures Requiring Joint Scheduling Report. Signed by Senior Judge Kenneth L. Ryskamp on 9/18/2014. (tpl) (Entered: 09/19/2014) |
| 11/07/2014 | 6 | MOTION to Appoint Lead Plaintiff Will M. Gregory ( Responses due by 11/24/2014), MOTION to Appoint Lead Counsel Levi & Korsinsky LLP with Incorporated Memorandum of Law by Will M. Gregory. Attorney Jay W. Eng added to party Will M. Gregory(pty:mov). (Attachments: # 1 Affidavit, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Text of Proposed Order)(Eng, Jay) Modified title text on 11/10/2014 (asl). (Entered: 11/07/2014) |
| 11/07/2014 | 7 | MOTION to Consolidate Cases ( Responses due by 11/24/2014), MOTION to Appoint Lead Plaintiff Lloyd Ales ( Responses due by 11/24/2014), MOTION to Appoint Lead Counsel Kahn Swick & Foti, LLC by Lloyd Ales. Attorney Julie Prag Vianale added to party Lloyd Ales(pty:mov). (Attachments: # 1 Affidavit Supporting Declaration of Julie Vianale)(Vianale, Julie) (Entered: 11/07/2014) |
| 11/07/2014 | 8 | MOTION to Consolidate Cases *Supporting Memorandum of Law* ( Responses due by 11/24/2014), MOTION to Appoint Lead Plaintiff Lloyd Ales *Supporting Memorandum of Law* ( Responses due by 11/24/2014), MOTION to Appoint Lead Counsel Kahn Swick & Foti, LLC *Supporting Memorandum of Law* by Lloyd Ales. (Vianale, Julie) Modified to re-docket, see 11 Memorandum of Law on 11/10/2014 (asl). (Entered: 11/07/2014) |
| 11/07/2014 | 9 | MOTION to Appoint Lead Counsel Robbins Geller Rudman & Dowd LLP ( Responses due by 11/24/2014), MOTION to Appoint Lead Plaintiff International Union of Painters & Allied Trades District Council No. 35 Pension Plan and Annuity Fund *("IUPAT No. 35")* by International Union of Painters & Allied Trades District Council No. 35 Pension Plan and Annuity Fund. Attorney Douglas Scott Wilens added to party International Union of Painters & Allied Trades District Council No. 35 Pension Plan and Annuity Fund (pty:mov). (Attachments: # 1 Text of Proposed Order, # 2 Memorandum, # 3 Declaration of Douglas Wilens in Support of Motion, # 4 Exhibit A to Declaration of Douglas Wilens, # 5 Exhibit B to Declaration of Douglas Wilens, # 6 Exhibit C to |

| | | |
|---|---|---|
| | | Declaration of Douglas Wilens, # 7 Exhibit D Declaration of Douglas Wilens)(Wilens, Douglas) (Entered: 11/07/2014) |
| 11/07/2014 | 10 | MOTION to Appoint Lead Plaintiff The International Union of Painters and Allied Trades District Council 35 Pension and Annuity Funds ( Responses due by 11/24/2014), MOTION to Appoint Lead Counsel Bernstein Litowitz Berger & Grossmann LLP by The International Union of Painters and Allied Trades District Council 35 Pension and Annuity Funds. Attorney Maya Susan Saxena added to party The International Union of Painters and Allied Trades District Council 35 Pension and Annuity Funds(pty:mov). (Attachments: # 1 Memorandum of Law in Support of Motion, # 2 Affidavit Declaration of Hannah Ross, # 3 Exhibit A - Certification of Lead Plaintiff, # 4 Exhibit B - Loss Chart, # 5 Exhibit C - Notice of Pendency, # 6 Exhibit D - Transcript Excerpt, # 7 Exhibit E - LP Order Exhibit, # 8 Exhibit F - Firm Resume, # 9 Text of Proposed Order)(Saxena, Maya) (Entered: 11/07/2014) |
| 11/07/2014 | 11 | MEMORANDUM of Law in Support re 7 MOTION to Consolidate Cases MOTION to Appoint Lead Plaintiff Lloyd Ales MOTION to Appoint Lead Counsel Kahn Swick & Foti, LLC by Lloyd Ales. See 8 for image (asl) (Entered: 11/10/2014) |
| 11/10/2014 | 12 | Clerks Notice to Filer re 8 MOTION to Consolidate Cases *Supporting Memorandum of Law* MOTION to Appoint Lead Plaintiff Lloyd Ales *Supporting Memorandum of Law* MOTION to Appoint Lead Counsel Kahn Swick & Foti, LLC *Supporting Memorandum of Law*. **Wrong Event Selected**; ERROR - The Filer selected the wrong event. The document was re-docketed by the Clerk, see 11 . It is not necessary to refile this document. (asl) (Entered: 11/10/2014) |
| 11/10/2014 | 13 | WITHDRAWAL of Motion by International Union of Painters & Allied Trades District Council No. 35 Pension Plan and Annuity Fund re 9 MOTION to Appoint Lead Counsel Robbins Geller Rudman & Dowd LLP MOTION to Appoint Lead Plaintiff International Union of Painters & Allied Trades District Council No. 35 Pension Plan and Annuity Fund *("IUPAT No. 35")* filed by International Union of Painters & Allied Trades District Council No. 35 Pension Plan and Annuity Fund (Wilens, Douglas) (Entered: 11/10/2014) |
| 11/14/2014 | 14 | NOTICE by Will M. Gregory *of Non-Opposition* (Eng, Jay) (Entered: 11/14/2014) |
| 11/14/2014 | 15 | RESPONSE to Motion re 10 MOTION to Appoint Lead Plaintiff The International Union of Painters and Allied Trades District Council 35 Pension and Annuity Funds MOTION to Appoint Lead Counsel Bernstein Litowitz Berger & Grossmann LLP , 6 MOTION to Appoint Lead Plaintiff Will M. Gregory MOTION to Appoint Lead Counsel Levi & Korsinsky LLP filed by Lloyd Ales. Replies due by 11/24/2014. (Vianale, Julie) (Entered: 11/14/2014) |
| 11/19/2014 | 16 | SUMMONS (Affidavit) Returned Executed on 1 Complaint, with a 21 day response/answer filing deadline by The International Union of Painters and Allied Trades District Council 35 Pension and Annuity Funds. Altisource Portfolio Solutions SA served on 11/18/2014, answer due 12/9/2014. (Hooker, Lester) (Entered: 11/19/2014) |
| 11/19/2014 | 17 | NOTICE by The International Union of Painters and Allied Trades District Council 35 Pension and Annuity Funds *of Pending, Refiled, Related or Similar Action* (Saxena, Maya) (Entered: 11/19/2014) |
| 11/24/2014 | 18 | MEMORANDUM of Law in Support re 10 MOTION to Appoint Lead Plaintiff The International Union of Painters and Allied Trades District Council 35 Pension and Annuity Funds MOTION to Appoint Lead Counsel Bernstein Litowitz Berger & Grossmann LLP filed by The International Union of Painters and Allied Trades District Council 35 Pension and Annuity Funds. Attorney Lester Rene Hooker added to party The International Union of Painters and Allied Trades District Council 35 Pension and |