# EXHIBIT 4

**THE WAGNER FIRM**
Avi Wagner (Cal. Bar No. 226688)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-491-7949
Facsimile: 310-694-3967

[Additional Counsel Appear on Signature Page]

*Counsel for Movant Iesada Nariyoshi and Proposed
Liaison Counsel for the Proposed Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN LOPEZ, Individually and on behalf of all others similarly situated,<br><br>                      Plaintiff,<br><br>  vs.<br><br><br>AGEAGLE AERIAL SYSTEMS, INC., J. MICHAEL DROZD, NICOLE FERNANDEZ-MCGOVERN, BRET CHILCOTT and BARRETT MOONEY,<br><br>                     Defendants. | Case No. 2:21-cv-01810-CAS-CFE<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF WITHDRAWAL OF MOTION OF IESADA NARIYOSHI FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL (DKT. NO. 17)**<br><br>Judge:    Hon. Christina A. Snyder<br>Date:     June 7, 2021<br>Time:    10:00 AM<br>Crtrm:   8D |

CHRISTIAN JESÚS MERINO MADRID, Individually and on behalf of all others similarly situated,

Plaintiff,

vs.

AGEAGLE AERIAL SYSTEMS, INC., J. MICHAEL DROZD, NICOLE FERNANDEZ-MCGOVERN, BRET CHILCOTT, and BARRETT MOONEY,

Defendants.

Case No: 2:21-cv-01991-CAS-CFE

Movant Iesada Nariyoshi ("Movant") hereby withdraws his individual Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Lead Counsel (Dkt. No. 17). This withdrawal shall have no impact on Movant's membership in the proposed class.

Respectfully submitted,

DATED: April 28, 2021        **THE WAGNER FIRM**

By: *s/ Avi Wagner*
Avi Wagner (Bar 226688)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: 310-491-7949
Facsimile: 310-694-3967

*Counsel for Iesada Nariyoshi and Proposed Liaison Counsel for the Proposed Class*

**BERNSTEIN LIEBHARD LLP**
Laurence J. Hasson (*pro hac vice* to be filed)
10 East 40th Street
New York, NY 10016
Tel: (212) 779-1414
Fax: (212) 779-3218
Email: *lhasson@bernlieb.com*

*Counsel for Iesada Nariyoshi and Proposed Lead Counsel for the Proposed Class*

**PROOF OF SERVICE VIA ELECTRONIC POSTING PURSUANT TO CENTRAL DISTRICT OF CALIFORNIA LOCAL RULES AND ECF GENERAL ORDER NO. 10-07**

I HEREBY CERTIFY that, on April 28, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all registered users. I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 28, 2021.

*s/ Avi Wagner*
Avi Wagner