# EXHIBIT 5

POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Movants*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN LOPEZ, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AGEAGLE AERIAL SYSTEMS, INC., J. MICHAEL DROZD, NICOLE FERNANDEZ-MCGOVERN, BRET CHILCOTT and BARRETT MOONEY,<br><br>Defendants. | Case No. 2:21-cv-01810-CAS-E<br><br>NOTICE OF NON-OPPOSITION OF IESADA NARIYOSHI AND JOSEPH SAMIA TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL<br><br>DATE: June 7, 2021<br>TIME: 10:00 a.m.<br>JUDGE: Christina A. Snyder<br>CTRM: 8D, 8th Floor |
| CRISTIAN JESÚS MERINO MADRID, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AGEAGLE AERIAL SYSTEMS, INC., J. MICHAEL DROZD, NICOLE FERNANDEZ-MCGOVERN, BRET CHILCOTT and BARRETT MOONEY,<br><br>Defendants. | Case No. 2:21-cv-01991-CAS-E |

NOTICE OF NON-OPPOSITION

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

On April 27, 2021, Iesada Nariyoshi and Joseph Samia (collectively, "Movants") filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Federal Rule of Civil Procedure 42, for the entry of an Order:  (1) consolidating the above-captioned related actions; (2) appointing Movants as Co-Lead Plaintiffs on behalf of persons or entities who purchased or otherwise acquired AgEagle Aerial Systems, Inc. securities between September 3, 2019 and February 18, 2021, inclusive (the "Class"); and (3) approving Co-Lead Plaintiffs' selection of Pomerantz LLP as Lead Counsel for the Class.  Dkt. No. 26.

Having reviewed the competing motions before the Court, Movants do not appear to have the largest financial interest in this Action within the meaning of the PSLRA.  This notice of non-opposition shall have no impact on Movants' membership in the proposed Class or their right to share in any recovery obtained for the benefit of Class members.

Dated:  May 17, 2021

POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC

NOTICE OF NON-OPPOSITION

1

Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Counsel for Movants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti