# EXHIBIT 6

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| LUIS TORRES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BERRY CORPORATION, ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, FERNANDO ARAUJO, KURT NEHER, KENDRICK F. ROYER, BRENT S. BUCKLEY, KAJ VAZALES, and EUGENE VOILAND,<br><br>Defendants. | Case No.: 3:20-cv-03464-S |

### NOTICE OF NON-OPPOSITION OF PAUL W. MORRIS TO COMPETING LEAD PLAINTIFF MOTIONS

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Paul W. Morris ("Movant") respectfully does not oppose the competing motion of Allia DeAngelis for appointment as lead plaintiff and approval of selection of lead counsel in the above-captioned action (the "Action"). On January 21, 2021, Movant timely filed a motion for appointment as lead plaintiff and approval of selection of counsel, stating that he suffered losses in connection with his purchases of Berry Corporation ("Berry") securities. A similar motion for appointment as lead plaintiff and approval of selection of counsel was filed by another putative class member in the Action.

This non-opposition shall have no impact on Movant's membership in the proposed class, his right to share in any recovery obtained for the benefit of the class, nor his ability to serve as lead plaintiff should the need arise.

Dated: February 11, 2021

Respectfully submitted,

**STECKLER WAYNE COCHRAN PLLC**

*/s/ Stuart L. Cochran*
Stuart L. Cochran
Texas Bar No.: 24027936
Braden M. Wayne
Texas Bar No.: 24075247
12720 Hillcrest Rd., Suite 1045
Dallas, Texas 75230
T: 972-387-4040
F: 972-387-4041
stuart@swclaw.com
braden@swclaw.com

*Liaison Counsel for Movant and Proposed Liaison Counsel the Class*

**LEVI & KORSINSKY, LLP**
Gregory M. Nespole (*pro hac vice forthcoming*)
Daniel Tepper (*pro hac vice forthcoming*)
55 Broadway, 10th Floor
New York, NY 10006
Tel.: (212) 363-7500
Fax: (212) 363-7171
gnespole@zlk.com
dtepper@zlk.com

*Lead Counsel for Movant and Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, February 11, 2021, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Stuart L. Cochran*
Stuart L. Cochran