# EXHIBIT 7

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| LUIS TORRES, Individually and On Behalf of All Others Similarly Situated, | Case No. 3:20-cv-03464-KGS |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | |
| BERRY CORPORATION, ARTHUR T. SMITH, CARY BAETZ, GARY A. GROVE, FERNANDO ARAUJO, KURT NEHER, KENDRICK F. ROYER, BRENT S. BUCKLEY, KAJ VAZALES, and EUGENE VOILAND, | |
| Defendants. | |

**NOTICE OF NON-OPPOSITION TO THE MOTION
OF ALLIA DEANGELIS FOR APPOINTMENT AS LEAD
<u>PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL</u>**

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on January 21, 2021, Paul W. Morris ("Morris" or "Movant") filed a motion, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), and Section 27(a)(3) of the Securities Act of 1933, 15 U.S.C. § 77z-1(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for an Order: (1) appointing Movant as Lead Plaintiff, and (2) approving Movant's selection of the law firm Bragar Eagel & Squire, P.C. as Lead Counsel for the putative class.  ECF No. 14.

Movant hereby gives notice that he does not oppose the motion of Allia DeAngelis for appointment as lead plaintiff and approval of selection of counsel (ECF No. 11).

This notice of non-opposition shall have no impact on Morris's membership in the putative class, his right to share in any recovery obtained for the benefit of the class members, and/or his ability to serve as a representative party should the need arise.


DATED: February 11, 2021                    Respectfully submitted,

                                              */s/ Joe Kendall*

Joe Kendall
Texas Bar No. 11260700
**KENDALL LAW GROUP, PLLC**
3811 Turtle Creek Blvd., Suite 1450
Dallas, TX 75219
Telephone:  (214) 744-3000
Facsimile:  (214) 744-3015
Email: jkendall@kendalllawgroup.com

*Liaison Counsel*

**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato
Marion C. Passmore
580 California Street, Suit 1200
San Francisco, California 94104
Telephone:  (415) 568-3599

1

Facsimile:  (212) 214-0506
Email: fortunato@bespc.com
Email: passmore@bespc.com

*Counsel for Movant*

## CERTIFICATE OF SERVICE

I, Joe Kendall, hereby certify that this document was filed through the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on this 11th day of February, 2021.

*/s/ Joe Kendall*

Joe Kendall