# EXHIBIT 8

Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff Movant*
*Steven Schulze*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ALPERSTEIN, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SONA NANOTECH INC., DAVID REGAN, and ROBERT RANDALL, <br><br> Defendants. | No. 2:20-cv-11405-MCS-MAA <br><br> **NOTICE OF WITHDRAWAL OF MOTION OF STEVEN SCHULZE TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CHOICE OF COUNSEL (DKT. NO. 19)** <br><br> <u>CLASS ACTION</u> <br><br> JUDGE: Mark C. Scarsi <br> Hearing Date: March 22, 2021 <br> Time: 9:00 a.m. <br> CTRM: 7C – First Street Courthouse |

[Additional caption on next page]

1

NOTICE OF WITHDRAWAL OF MOTION OF STEVEN SCHULZE TO
CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD
PLAINTIFF, AND APPROVAL OF CHOICE OF COUNSEL (DKT. NO. 19)
Case No. 2:20-cv-11405-MCS-MAA

| LYNN POWERS, Individually and on behalf of all others similarly situated, | ) | No. 2:21-cv-00169-MCS-MAA |
|---|---|---|
| Plaintiff, | ) ) | CLASS ACTION |
| v. | ) ) | JUDGE: Mark C. Scarsi |
| SONA NANOTECH INC., DAVID REGAN, and ROBERT RANDALL, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Movant Steven Schulze ("Movant") hereby withdraws his motion to: (1) consolidate the related actions; (2) appoint Lead Plaintiff; and (3) approve Lead Plaintiff's selection of counsel (Dkt. No. 19). This withdrawal shall have no impact on Movant's membership in the proposed class and Movant's other lead plaintiff motion, Dkt. No. 23.

Dated: February 17, 2021          Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Laurence M. Rosen
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiff Movant Steven Schulze*

2

NOTICE OF WITHDRAWAL OF MOTION OF STEVEN SCHULZE TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CHOICE OF COUNSEL (DKT. NO. 19)
Case No. 2:20-cv-11405-MCS-MAA

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On February 17, 2021, I electronically filed the following **NOTICE OF WITHDRAWAL OF MOTION OF STEVEN SCHULZE TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL (DKT. NO. 19)** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on February 17, 2021.

/s/ Laurence M. Rosen
Laurence M. Rosen

3

NOTICE OF WITHDRAWAL OF MOTION OF STEVEN SCHULZE TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF CHOICE OF COUNSEL (DKT. NO. 19)
Case No. 2:20-cv-11405-MCS-MAA