Lisa T. Omoto SBN 303830
E-mail: lomoto@faruqilaw.com
**FARUQI & FARUQI, LLP**
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: 424-256-2884
Facsimile: 424-256-2885

James M. Wilson, Jr. (appearance *pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email:   jwilson@faruqilaw.com

Robert W. Killorin (appearance *pro hac vice*)
**FARUQI & FARUQI, LLP**
3565 Piedmont Road NE Building Four
Suite 380
Atlanta, GA 30305
Telephone: 404-847-0617
Facsimile: 404-506-9534
Email: rkillorin@faruqilaw.com

*Attorneys for Proposed Lead Plaintiff*
*Jeyakumar VS Menon*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR WAYNE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXEON SOLAR TECHNOLOGIES, LTD., WILLIAM MULLIGAN, and KAI STROHBECKE,<br><br>Defendants. | Case No. 3:24-cv-03869-EMC<br><br>**JEYAKUMAR VS MENON'S ADMINSTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>**CLASS ACTION** |

Pursuant to the Civil L.R. 7-3(d) and 7-11, the undersigned counsel of record for lead plaintiff movant Jeyakumar VS Menon ("Menon") submits this administrative motion for leave to file a Statement of Recent Decision in support of Menon's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel (ECF No. 20).

Enclosed as Exhibit A is a recent decision by the Eastern District of New York that was issued after the competing lead plaintiff motions had been fully briefed on September 16, 2024 (ECF Nos. 44-48), that found that an individual lead plaintiff movant who had filed two motions for lead plaintiff with different firms, one of which was withdrawn three days later, was not disqualified from being appointed lead plaintiff. *David v. British American Tobacco, P.L.C.*, No. 24-CV-517 (AMD)(MMH), 2024 WL 4351311 (E.D.N.Y. Sept. 30, 2024).  In *British American Tobacco*, the Honorable Magistrate Judge Marcia M. Henry found that the presumption in favor of the shareholder movant with the largest estimated losses, Ms. Jean Lee ("Lee") represented by the Pomerantz law firm (who represents the competing movant Preston Ross in this case), was not rebutted for having filed two lead plaintiff motions, even though Ms. Lee also had failed to report numerous her transactions in her certification filed by the other law firm (the Rosen Firm) that withdrew.

Accordingly, Menon requests leave under Civil L.R. 7-3(d) to file Exhibit A for consideration by the Court in deciding the pending lead plaintiff motions at ECF Nos. 20, 26, and 30.

Dated:  October 4, 2024

Respectfully submitted,

By: /s/ *James M. Wilson, Jr.*
            James M. Wilson, Jr.

James M. Wilson, Jr. (appearance *pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: jwilson@faruqilaw.com

1

**JEYAKUMAR VS MENON'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL; Case No. 3:24-cv-03869-EMC**

Robert W. Killorin (appearance *pro hac vice*)
**FARUQI & FARUQI, LLP**
3565 Piedmont Road NE Building Four
Suite 380
Atlanta, GA 30305
Telephone: 404-847-0617
Facsimile: 404-506-9534
Email: rkillorin@faruqilaw.com

Lisa T. Omoto SBN 303830
**FARUQI & FARUQI, LLP**
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: 424-256-2884
Facsimile: 424-256-2885
E-mail: lomoto@faruqilaw.com

*Attorneys for [Proposed] Lead Plaintiff
Jeyakumar Menon and [Proposed] Lead
Counsel for the putative Class*

2

**JEYAKUMAR VS MENON'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL; Case No. 3:24-cv-03869-EMC**