Lisa T. Omoto SBN 303830
E-mail: lomoto@faruqilaw.com
**FARUQI & FARUQI, LLP**
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: 424-256-2884
Facsimile: 424-256-2885

James M. Wilson, Jr. (appearance *pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email:  jwilson@faruqilaw.com

Robert W. Killorin (appearance *pro hac vice*)
**FARUQI & FARUQI, LLP**
3565 Piedmont Road NE Building Four
Suite 380
Atlanta, GA 30305
Telephone: 404-847-0617
Facsimile: 404-506-9534
Email: rkillorin@faruqilaw.com

*Attorneys for Proposed Lead Plaintiff
Jeyakumar VS Menon*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TREVOR WAYNE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MAXEON SOLAR TECHNOLOGIES, LTD., WILLIAM MULLIGAN, and KAI STROHBECKE, <br><br> Defendants. | Case No. 3:24-cv-03869-EMC <br><br> **NOTICE OF SUPPLEMENTAL DECLARATION OF JEYAKUMAR VS MENON IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** <br><br> **CLASS ACTION** |

NOTICE OF SUPPLEMENTAL DECLARATION OF JEYAKUMAR VS MENON IN SUPPORT OF HIS
MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL
Case No. 3:24-cv-03869-EMC

NOTICE IS HEREBY GIVEN that pursuant to the proceedings held in Court on Thursday October 10, 2024, at which the Court granted Lead Plaintiff Movant Jeyakumar VS Menon ("Menon") leave to file a supplemental declaration in support of his Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel (ECF Nos. 56, 57) by October 14, 2024, Menon's Supplemental Declaration is attached hereto as Exhibit A.

Dated:  October 14, 2024                                   Respectfully submitted,

By: /s/ *James M. Wilson, Jr.*
        James M. Wilson, Jr.

James M. Wilson, Jr. (appearance *pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: jwilson@faruqilaw.com

Robert W. Killorin (appearance *pro hac vice*)
**FARUQI & FARUQI, LLP**
3565 Piedmont Road NE Building Four
Suite 380
Atlanta, GA 30305
Telephone: 404-847-0617
Facsimile: 404-506-9534
Email: rkillorin@faruqilaw.com

Lisa T. Omoto SBN 303830
**FARUQI & FARUQI, LLP**
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: 424-256-2884
Facsimile: 424-256-2885
E-mail: lomoto@faruqilaw.com

*Attorneys for [Proposed] Lead Plaintiff Jeyakumar Menon and [Proposed] Lead Counsel for the putative Class*

1

**NOTICE OF SUPPLEMENTAL DECLARATION OF JEYAKUMAR VS MENON IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**
**Case No. 3:24-cv-03869-EMC**