# EXHIBIT A

Lisa T. Omoto SBN 303830
E-mail: lomoto@faruqilaw.com
**FARUQI & FARUQI, LLP**
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: 424-256-2884
Facsimile: 424-256-2885

James M. Wilson, Jr. (appearance *pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330 Facsimile: 212-983-9331
Email:  jwilson@faruqilaw.com

Robert W. Killorin (appearance *pro hac vice*)
**FARUQI & FARUQI, LLP**
3565 Piedmont Road NE Building Four
Suite 380
Atlanta, GA 30305
Telephone: 404-847-0617
Facsimile: 404-506-9534
Email: rkillorin@faruqilaw.com

*Attorneys for Proposed Lead Plaintiff Jeyakumar Menon*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR WAYNE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXEON SOLAR TECHNOLOGIES, LTD., WILLIAM MULLIGAN, and KAI STROHBECKE,<br><br>Defendants. | Case No. 3:24-cv-03869-EMC<br><br>**SUPPLEMENTAL DECLARATION OF JEYAKUMAR VS MENON IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>**CLASS ACTION** |

I, Jeyakumar VS Menon, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1.    I respectfully submit this Supplemental Declaration in Support of my motion for appointment as Lead Plaintiff (the "Lead Plaintiff Motion") and approval of my selection of Faruqi & Faruqi, LLP (the "Faruqi Firm") as Lead Counsel (ECF No. 20) in the instant class action on behalf of investors in Maxeon Solar Technologies, Ltd. ("Maxeon" or the "Company") securities pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA").  I am informed of and understand the requirements and duties imposed by the PSLRA.

2.    I am an engineer and I work in Raleigh, North Carolina.  I am not an investment advisor and have no formal training or certifications in finance.  I have not been named a party in a class action before and I have never sought to serve as a Lead Plaintiff before.  I did not realize that I was not allowed to engage with more than one of the numerous law firms that I found online, and I thought doing so could increase my chances to secure appointment as Lead Plaintiff and obtain better results. I did not intend to do anything wrong.

3.    I understand that on August 26, 2024, the Faruqi Firm and The Rosen Law Firm, P.A. ("Rosen Firm") both filed motions on my behalf seeking, among other things, my appointment as Lead Plaintiff in this action.  *See* ECF Nos. 12, 20. Although I authorized both firms to file these motions, I first retained the Faruqi Firm in connection with this action and authorized the Faruqi Firm to file my Lead Plaintiff Motion before signing any documentation with the Rosen Firm.

4.    After reviewing information on the internet about the lawsuit against Maxeon, I reached out to several law firms to learn more about the lawsuit and what information was needed from me to determine my losses from the case.

5.    Thereafter, on August 23, 2024, I participated in a call with an attorney from the Faruqi Firm, James Wilson, to further discuss this action, the duties and responsibilities of a Lead Plaintiff who is appointed pursuant to the PSLRA, and the upcoming deadline for shareholders to file a motion with the Court asking to be appointed Lead Plaintiff. We also

1

**SUPPLEMENTAL DECLARATION OF JEYAKUMAR VS MENON IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**
**Case No. 3:24-cv-03869-EMC**

discussed the documents that would be filed with the Court including a PSLRA certification that among other things confirms that I am willing to serve as a representative for the class of shareholders and listing my transactions in Maxeon. The Faruqi Firm sent me these documents and engagement agreement with the Faruqi Firm, on the same day to review.

6.     On August 24, 2024, I reviewed and signed the Faruqi Firm engagement agreement with the understanding that, among other things, the Faruqi Firm would represent me in this action and file my Lead Plaintiff Motion, seeking both my appointment as Lead Plaintiff and approval of the Faruqi Firm as my designated Lead Counsel in this Action.

7.     On August 24, 2024, I also reviewed and signed the PSLRA Certification (the "Faruqi Certification") (ECF No. 21-2) and the Declaration (ECF No. 21-4) and sent these signed documents to the Faruqi Firm to participate as a class representative in this action pursuant to the PSLRA.

8.     In the days leading up to the deadline to file my Lead Plaintiff Motion, I communicated with the Rosen Firm about serving as a Lead Plaintiff in this Action. Since I have not sought to participate in a securities class action like this one before, I erroneously thought that signing with two law firms to file Lead Plaintiff motions for me could increase my chances to secure appointment as Lead Plaintiff and obtain better results. Accordingly, on August 26, 2024, I signed the Certification provided by the Rosen Firm (the "Rosen Firm Certification") (ECF No. 13-2) in connection with my seeking appointment as Lead Plaintiff in this action.

9.     On the morning of August 27, 2024, after my Lead Plaintiff Motion was filed, I was contacted by James Wilson from the Faruqi Firm to discuss the two motions that the Faruqi Firm and the Rosen Firm filed on my behalf. Mr. Wilson advised me that, among other things, it was not appropriate for me to have two separate motions filed by two different law firms. I confirmed with Mr. Wilson that in that event the Faruqi Firm was my choice to represent me as counsel and not the Rosen Firm.  I informed both law firms of my decision and the Rosen Firm promptly withdrew the motion it had filed on my behalf.

2

**SUPPLEMENTAL DECLARATION OF JEYAKUMAR VS MENON IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**
**Case No. 3:24-cv-03869-EMC**

10.    I apologize for my misunderstanding.

I, Jeyakumar VS Menon, declare under penalty of perjury that the foregoing is true and correct.

Dated:    10/14/2024

Jeyakumar VS Menon (Oct 14, 2024 08:44 EDT)

_____
Jeyakumar VS Menon

3

**SUPPLEMENTAL DECLARATION OF JEYAKUMAR VS MENON IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**
**Case No. 3:24-cv-03869-EMC**