POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Movant*
*Preston A. Ross and Proposed Lead*
*Counsel for the Class*

*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| TREVOR WAYNE, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MAXEON SOLAR TECHNOLOGIES, LTD., WILLIAM MULLIGAN, and KAI STROHBECKE, <br><br> Defendants. | Case No.: 3:24-cv-03869-EMC <br><br> RESPONSE TO SUPPLEMENTAL DECLARATION (DKT. NO. 58-1) <br><br> <u>CLASS ACTION</u> <br><br> Judge:  Hon. Edward M. Chen <br> Courtroom:  5 – 17th Floor |

Pursuant to the proceedings held in Court on October 10, 2024 (*see* Dkt. No. 56), movant Ross[1] hereby respectfully responds to the Supplemental Declaration of Jeyakumar VS Menon in Support of His Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel (the "Supplemental Declaration") (Dkt. No. 58-1).

To be entitled to the PSLRA's "most adequate plaintiff" presumption, a movant is required, *inter alia*, to "ma[ke] a prima facie showing of adequacy." *In re Mersho*, 6 F.4th 891, 899 (9th Cir. 2021); *see also* 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). "The test for adequacy" includes determining "whether [a movant] will prosecute the action vigorously on behalf of the class." *Schlaegel v. Palo Alto Networks Inc.*, No. 3:24-cv-01156-CRB, 2024 WL 3747410, at \*5 (N.D. Cal. Aug. 9, 2024) (citing *Staton v. Boeing Co.*, 327 F.3d 938, 957 (9th Cir. 2003)). Only **after** a movant has made the requisite *prima facie* adequacy showing and secured the PSLRA's "most adequate plaintiff" presumption, does the "burden . . . shift[] to the competing movants to show inadequacy." *Mersho*, 6 F.4th at 901.

Here, pursuant to the process set forth in the PSLRA, it is not Ross's burden to demonstrate that the circumstances surrounding the filing of duplicative motions on Menon's behalf render Menon **in**adequate. Rather, the burden remains on Menon to make the requisite *prima facie* showing that he is, in fact, adequate to represent the Class notwithstanding the duplicative filings. Ross respectfully submits that Menon has failed to carry that burden. The fact that Menon failed to so much as acknowledge his duplicative filings in his opposition papers (Dkt. No. 42), failed to explain his duplicative filings in his reply papers (Dkt. Nos. 47-48), and only belatedly submitted his Supplemental Declaration after the Court ordered him to do so

---

[1] All capitalized terms herein are defined in Ross's moving, opposition or reply briefs, unless otherwise indicated. *See* Dkt. Nos. 26, 40, 44.

clearly raises questions about his readiness to vigorously and proactively litigate the Class's fraud claims in this litigation. *See Haideri v. Jumei Int'l Holding Limited*, No. 20-cv-02751-EMC, 2020 WL 5291872, at *5 (N.D. Cal. Sept. 4, 2020) (denying motion where movant group only provided information necessary to assess its adequacy in Court-ordered supplemental declarations, finding the movant group's conduct did "not reflect commitment to the litigation" and comparing the process to "pull[ing] teeth.").

Dated: October 16, 2024

Respectfully submitted,

POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

POMERANTZ LLP
Jeremy A. Lieberman
(*pro hac vice* application forthcoming)
J. Alexander Hood II
(admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Lead Plaintiff Movant Preston A. Ross and Proposed Lead Counsel for the Class*

PORTNOY LAW FIRM
Lesley F. Portnoy, Esq.
1800 Century Park East, Suite 600
Los Angeles, California 90067
Telephone: (310) 692-8883
lesley@portnoylaw.com

*Additional Counsel for Lead Plaintiff Movant Preston A. Ross*

RESPONSE TO SUPPLEMENTAL DECLARATION - 3:24-cv-03869-EMC

## **PROOF OF SERVICE**

I hereby certify that on October 16, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF system.

*/s/ Jennifer Pafiti*
Jennifer Pafiti