UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR WAYNE, Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>    v.<br><br>MAXEON SOLAR TECHNOLOGIES, LTD., WILLIAM MULLIGAN, and KAI STROHBECKE,<br><br>             Defendants. | Case No. 3:24-cv-03869-EMC<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF JEYAKUMAR VS MENON FOR LEAVE TO FILE STATEMENT OF RECENT DECISION**<br><br>**CLASS ACTION** |

Before the Court is lead plaintiff movant Jeyakumar VS Menon's ("Menon") Administrative Motion for Lead to File Statement of Recent Decisions in Support of his Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel. Having considered the Motion, the Motion is hereby GRANTED.

IT IS THEREFORE ORDERED THAT, Menon is granted leave to file the following recent decision by the Eastern District of New York: *David v. British American Tobacco P.L.C.*, No. 24-CV-517 (AMD)(MMH), 2024 WL 4351311 (E.D.N.Y. Sept. 30, 2024).

**IT IS SO ORDERED.**

DATED:  October 22, 2024

_____
THE HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

1

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION OF JEYAKUMAR VS MENON FOR LEAVE TO FILE STATEMENT OF RECENT DECISION**
**Case No. 3:24-cv-03869-EMC**