Lisa T. Omoto SBN 303830
**FARUQI & FARUQI, LLP**
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: 424-256-2884
Facsimile: 424-256-2885
E-mail: lomoto@faruqilaw.com

James M. Wilson, Jr. (*pro hac vice*)          Robert W. Killorin (*pro hac vice*)
**FARUQI & FARUQI, LLP**                        **FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor                   3565 Piedmont Road NE Building Four
New York, NY 10017                             Suite 380
Telephone: 212-983-9330                        Atlanta, GA 30305
Facsimile: 212-983-9331                        Telephone: 404-847-0617
Email:  jwilson@faruqilaw.com                  Facsimile: 404-506-9534
                                               Email: rkillorin@faruqilaw.com

*Attorneys for Lead Plaintiff*
*Jeyakumar VS Menon*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEYAKUMAR VS MENON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MAXEON SOLAR TECHNOLOGIES, LTD., WILLIAM MULLIGAN, and KAI STROHBECKE, <br><br> Defendants. | Case No. 3:24-cv-03869-EMC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT** <br><br> **CLASS ACTION** |

Pursuant to Northern District of California Civil Local Rules 6-1 and 7-12, Plaintiff Jeyakumar VS Menon ("Plaintiff") and Defendants Maxeon Solar Technologies, Ltd. ("Maxeon"), William Mulligan, and Kai Strohbecke (collectively "Defendants"), by and through their respective undersigned counsel, hereby provide this Joint Stipulation and Proposed Order Setting the Briefing Schedule for Defendants' Response to Plaintiff's Amended Complaint.

WHEREAS, on August 16, 2024, attorneys for plaintiff Trevor Wayne and attorneys for Defendants filed a Stipulation and [Proposed] Order: (1) Extending Defendants' Time to Respond to Complaint; and (2) Continuing Case Management Conference and Associated Deadlines (ECF No. 10);

WHEREAS, on August 22, 2024, the Court So Ordered the August 16 Stipulation approving the proposed schedule that "[w]ithin 14 days of an order by the Court appointing lead plaintiff(s) and lead counsel, Defendants and lead plaintiff(s) shall, through their respective counsel, confer and jointly submit a proposed schedule for the filing of any amended complaint and for the filing of any response thereto, including a briefing schedule with respect to any anticipated motions to dismiss" (ECF No. 11);

WHEREAS, on October 18, 2024, the Court issued an order appointing Plaintiff as Lead Plaintiff and Faruqi & Faruqi, LLP as Lead Counsel (ECF No. 61) ("Lead Plaintiff Order");

WHEREAS, the Lead Plaintiff Order stated that "Mr. Menon has three weeks from the date of this decision to file an amended complaint[,]" (*id.* at 18);

WHEREAS, three weeks from October 18, 2024 is November 8, 2024;

WHEREAS, the parties conferred via email exchanges on October 22, 2024 regarding service of process and the deadline for Defendants' anticipated motion to dismiss, Plaintiff's opposition, and Defendants' reply thereto;

WHEREAS, under Civil Local Rule 6-1(a), the parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to a complaint, provided that the change will not alter the date of any event or any deadline already fixed by the Court;

1

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE**
**Case No. 3:24-cv-03869-EMC**

WHEREAS, the Court has not issued any order setting the time within which the Defendants must answer or otherwise respond to the amended complaint, but rather directed the parties to discuss the schedule as set forth in its order at ECF No. 11, and so this request does not change the schedule for this case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendants, by and through their undersigned counsel, as follows:

1.    Defendants' counsel hereby agree, on behalf of Defendants, to waive service of the summons and complaint (ECF No. 1) and any objections to the absence of a summons or of service but will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action.

2.    Plaintiff shall file an amended complaint by November 8, 2024.

3.    Defendants shall file a motion to dismiss or otherwise respond to the amended complaint by December 20, 2024.

4.    Plaintiff shall file any opposition to Defendants' motion to dismiss by February 6, 2025; and

5.    Defendants shall file any reply in support of their motion to dismiss by March 6, 2025.

IT IS SO STIPULATED.

Dated: October 31, 2024                         */s/ James M. Wilson, Jr.*
                                                James M. Wilson, Jr.

                                                James M. Wilson, Jr. (appearance *pro hac vice*)
                                                **FARUQI & FARUQI, LLP**
                                                685 Third Avenue, 26th Floor
                                                New York, NY 10017
                                                Telephone: 212-983-9330
                                                Facsimile: 212-983-9331
                                                Email: jwilson@faruqilaw.com

                                                Robert W. Killorin (appearance *pro hac vice*)
                                                **FARUQI & FARUQI, LLP**
                                                3565 Piedmont Road NE Building Four

2

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE**
**Case No. 3:24-cv-03869-EMC**

Suite 380
Atlanta, GA 30305
Telephone: 404-847-0617
Facsimile: 404-506-9534
Email: rkillorin@faruqilaw.com

Lisa T. Omoto SBN 303830
**FARUQI & FARUQI, LLP**
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: 424-256-2884
Facsimile: 424-256-2885
E-mail: lomoto@faruqilaw.com

*Attorneys for Lead Plaintiff Jeyakumar Menon and Lead Counsel for the putative Class*

Dated: October 31, 2024

*/s/ Ryan M. Keats*
   Ryan M. Keats

Anna Erickson White
Ryan M. Keats
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendants*

3

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE**
**Case No. 3:24-cv-03869-EMC**

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

I, James M. Wilson, Jr., attest that concurrence in the filing of this document has been obtained from the other signatories.

Executed on this 31st day of October 2024.

*/s/ James M. Wilson, Jr.*
James M. Wilson, Jr.

4

[PROPOSED] ORDER  AS MODIFIED

Pursuant to the above Stipulation, IT IS SO ORDERED.  **Counsel should notice hearing on 4/10/2025, at 1:30 PM in Courtroom 5.**

DATED:  November 1, 2024

_____
The Honorable Edward M. Chen
United States District Judge

---

5

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE**
**Case No. 3:24-cv-03869-EMC**