ANNA ERICKSON WHITE (CA SBN 161385)
AWhite@mofo.com
RYAN M. KEATS (CA SBN 296463)
RKeats@mofo.com
LARA ANDERS (CA SBN 340017)
LAnders@mofo.com
MORRISON & FOERSTER LLP
425 Market Street,
San Francisco, California 94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

Attorneys for Defendants
MAXEON SOLAR TECHNOLOGIES, LTD.,
WILLIAM MULLIGAN, and KAI STROHBECKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEYAKUMAR VS MENON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXEON SOLAR TECHNOLOGIES, LTD., WILLIAM MULLIGAN, and KAI STROHBECKE,<br><br>Defendants. | Case No.: 3:24-cv-03869-EMC<br><br>**DECLARATION OF LARA ANDERS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT**<br><br>CLASS ACTION<br><br>Judge:      Hon. Edward M. Chen<br>Date:       April 10, 2025<br>Time:       1:30 p.m.<br>Courtroom: 5, 17th Floor |

I, LARA ANDERS, declare as follows:

1.     I am a member of the bar of the State of California and am admitted to practice before this Court.  I am an associate with the law firm of Morrison & Foerster LLP and counsel of record for Defendants Maxeon Solar Technologies, Ltd. ("Maxeon" or the "Company"), William Mulligan, and Kai Strohbecke (the "Individual Defendants," and together with Maxeon, "Defendants").  I submit this Declaration in support of the Defendants' Motion to Dismiss the Amended Class Action Complaint and its accompanying Request for Consideration of Documents Incorporated Into Complaint and for Judicial Notice.  I have personal knowledge of the matters stated in this declaration.  If called as a witness, I would testify to the facts listed below.

1.     Attached as **Exhibit 1** is a true and correct copy of Maxeon's Form 20-F, as filed with the SEC on March 7, 2023.

2.     Attached as **Exhibit 2** is a true and correct copy of Maxeon's Form 6-K, as filed with the SEC on August 10, 2023, attaching as Ex. 99.1 a press release titled *Maxeon Solar Technologies Announces Second Quarter 2023 Financial Results*, and as Ex. 99.2, Maxeon's financial results for the second quarter ended July 2, 2023.  For ease of reference, a paralegal at Morrison & Foerster LLP working at my direction added page numbers to the bottom of each page that run consecutively through the document.

3.     Attached as **Exhibit 3** is a true and correct copy of a transcript of Maxeon's earnings conference call, dated August 10, 2023.

4.     Attached as **Exhibit 4** is a true and correct copy of Maxeon's Form 6-K, as filed with the SEC on October 10, 2023, attaching as Ex. 99.1 a press release titled *Maxeon Solar Technologies Provides Business Update and Announces Preliminary Third Quarter Revenue and Shipment Results*.  For ease of reference, a paralegal at Morrison & Foerster LLP working at my direction added page numbers to the bottom of each page that run consecutively through the document.

5.     Attached as **Exhibit 5** is a true and correct copy of Maxeon's Form 6-K, as filed with the SEC on November 15, 2023, attaching as Ex. 99.1 a press release titled *Maxeon Solar*

ANDERS DECL. ISO MOTION TO DISMISS                    1                    CASE NO.: 3:24-cv-03869-EMC

*Technologies Announces Third Quarter 2023 Financial Results*, and as Ex. 99.2, Maxeon's financial results for the third quarter ended October 1, 2023.  For ease of reference, a paralegal at Morrison & Foerster LLP working at my direction added page numbers to the bottom of each page that run consecutively through the document.

6.      Attached as **Exhibit 6** is a true and correct copy of a transcript of Maxeon's earnings conference call, dated November 15, 2023.

7.      Attached as **Exhibit 7** is a true and correct copy of Maxeon's Form 6-K, as filed with the SEC on April 8, 2024, attaching as Ex. 99.1 a press release titled *Maxeon Solar Technologies Announces Preliminary Fourth Quarter and Fiscal Year 2023 Results*.  For ease of reference, a paralegal at Morrison & Foerster LLP working at my direction added page numbers to the bottom of each page that run consecutively through the document.

8.      Attached as **Exhibit 8** is a true and correct copy of Maxeon's Form 12b-25 Notification of Late Filing of a Form 20-F, as filed with the SEC on April 30, 2024.

9.      Attached as **Exhibit 9** is a true and correct copy of Maxeon's Form 6-K, as filed with the SEC on May 30, 2024, attaching as Ex. 99.1 a press release titled *Maxeon Solar Technologies Announces First Quarter 2024 Financial Results*, and as Ex. 99.2, Maxeon's financial results for the first quarter ended March 31, 2024.  For ease of reference, a paralegal at Morrison & Foerster LLP working at my direction added page numbers to the bottom of each page that run consecutively through the document.

10.     Attached as **Exhibit 10** is a true and correct copy of Maxeon's Form 6-K, as filed with the SEC on May 30, 2024.  For ease of reference, a paralegal at Morrison & Foerster LLP working at my direction added page numbers to the bottom of each page that run consecutively through the document.

11.     Attached as **Exhibit 11** is a true and correct copy of a transcript of Maxeon's earnings conference call, dated May 30, 2024.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on December 20, 2024, at San Francisco, California.

/s/ Lara Anders
Lara Anders

**ECF Attestation**

I, Ryan M. Keats, am the ECF User whose ID and password are being used to file this DECLARATION OF LARA ANDERS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT. In accordance with Civil Local Rule 5-1, concurrence in the filing of this document has been obtained from the other signatory, and I shall maintain records to support this concurrence for subsequent production for the Court if so ordered or for inspection upon request by a party.


Dated: December 20, 2024                    */s/* Ryan M. Keats
                                            Ryan M. Keats

# Exhibit 1

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

_____

**FORM 20-F**

_____

☐   **REGISTRATION STATEMENT PURSUANT TO SECTION 12(b) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☒   **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
**For the Fiscal Year Ended January 1, 2023**

**OR**

☐   **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**OR**

☐   **SHELL COMPANY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission File Number: 001-39368**

_____

**Maxeon Solar Technologies, Ltd.**
**(Exact name of registrant as specified in its charter)**

_____

**N/A**
**(Translation of Registrant's name into English)**
**Singapore**
**(Jurisdiction of incorporation or organization)**
**8 Marina Boulevard #05-02**
**Marina Bay Financial Centre**
**Singapore 018981**
**(Address of principal executive office)**
**William Mulligan**
**51 Rio Robles**
**San Jose, California 95134**
**(408) 240-5500**
**(Name, Telephone, Email and/or Facsimile number and Address of Company Contact Person)**

**Securities registered or to be registered pursuant to Section 12(b) of the Act.**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Ordinary Shares, no par value | MAXN | NASDAQ Global Select Market |

**Securities for which there is a reporting obligation pursuant to Section 12(g) of the Act.**
**None**
**Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act.**
**None**
**Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report.**
45,033,027 ordinary shares as of January 1, 2023

_____

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐ No ☒

If this report is an annual or transition report, indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or an emerging growth company. See definition of "large accelerated filer," "accelerated filer," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large accelerated filer | ☐ | Accelerated filer | ☒ |
| Non-accelerated filer | ☐ | Emerging growth company | ☐ |

If an emerging growth company that prepares its financial statements in accordance with U.S. GAAP, indicate by check mark if the registrant has elected not to use the extended period for complying with any new or revised financial accounting standards† provided pursuant to Section 13(a) of the Exchange Act. ☐

† The term "new or revised financial accounting standard" refers to any update issued by the Financial Accounting Standards Board to its Accounting Standards Codification after April 5, 2012.

Indicate by check mark whether the registrant has filed a report on an attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15U.S.C. 7762(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to § 240.10D-1(b). ☐

Indicate by check mark which basis of accounting the registrant has used to prepare the financial statements included in this filing:

| | | | | | |
|---|---|---|---|---|---|
| U.S. GAAP | ☒ | International Financial Reporting Standards as issued by the International Accounting Standards Board | ☐ | Other | ☐ |

If "Other" has been checked in response to the previous question, indicate by check mark which financial statement item the registrant has elected to follow. Item 17 ☐ Item 18 ☐

If this is an annual report, indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

**Table of Contents**

| | Page |
|---|---|
| Introduction | 1 |
| Use of Certain Terms | 2 |
| Market Information | 3 |
| Special Note About Forward-Looking Statements | 3 |
| PART I | 5 |
| Item 1. Identity Of Directors, Senior Management And Advisors | 5 |
| 1.A. Directors And Senior Management | 5 |
| 1.B. Advisors | 5 |
| 1.C. Auditors | 5 |
| Item 2. Offer Statistics And Expected Timetable | 5 |
| Item 3. Key Information | 5 |
| 3.A. [Reserved] | 5 |
| 3.B. Capitalization And Indebtedness | 5 |
| 3.C. Reasons For The Offer And Use Of Proceeds | 5 |
| 3.D. Risk Factors | 5 |
| Item 4. Information On The Company | 45 |
| 4.A. History And Development Of The Company | 45 |
| 4.B. Business Overview | 47 |
| 4.C. Organizational Structure | 58 |
| 4.D. Property, Plants And Equipment | 59 |
| Item 4A. Unresolved Staff Comments | 63 |
| Item 5. Operating And Financial Review And Prospects | 63 |
| 5.A. Operating Results | 63 |
| 5.B. Liquidity And Capital Resources | 79 |
| 5.C. Research and Development, Patents and Licenses, Etc. | 85 |
| 5.D. Trend Information | 85 |
| 5.E. Critical Accounting Estimates | 85 |
| Item 6. Directors, Senior Management And Employees | 85 |
| 6.A. Directors And Senior Management | 85 |
| 6.B. Compensation | 90 |
| 6.C. Board Practices | 91 |
| 6.D. Employees | 95 |
| 6.E. Share Ownership | 96 |
| Item 7. Major Shareholders And Related Party Transactions | 98 |
| 7.A. Major Shareholders | 98 |
| 7.B. Related Party Transactions | 99 |
| 7.C. Interests Of Experts And Counsel | 105 |
| Item 8. Financial Information | 105 |
| 8.A. Consolidated and Combined Statements And Other Financial Information | 105 |
| 8.B. Significant Changes | 105 |
| Item 9. The Offer And Listing | 105 |
| 9.A. Offer And Listing Details | 105 |
| 9.B. Plan Of Distribution | 106 |

| | |
|---|---|
| 9.C. Markets | 106 |
| 9.D. Selling Shareholders | 106 |
| 9.E. Dilution | 106 |
| 9.F. Expenses Of The Issue | 106 |
| Item 10. Additional Information | 106 |
| 10.A. Share Capital | 106 |
| 10.B. Constitution | 106 |
| 10.C. Material Contracts | 112 |
| 10.D. Exchange Controls | 112 |
| 10.E. Taxation | 112 |
| 10.F. Dividends And Paying Agents | 119 |
| 10.G. Statement By Experts | 119 |
| 10.H. Documents On Display | 119 |
| 10.I. Subsidiary Information | 119 |
| 10.J. Annual Report To Security Holders | 119 |
| Item 11. Quantitative And Qualitative Disclosures About Market Risk | 119 |
| Item 12. Description Of Securities Other Than Equity Securities | 120 |
| 12.A. Debt Securities | 120 |
| 12.B. Warrants And Rights | 120 |
| 12.C. Other Securities | 120 |
| 12.D. American Depositary Shares | 120 |
| PART II | |
| Item 13. Defaults, Dividend Arrearages And Delinquencies | 120 |
| Item 14. Material Modifications To The Rights Of Security Holders And Use Of Proceeds | 120 |
| Item 15. Controls And Procedures | 120 |
| Item 16. [Reserved] | 121 |
| Item 16A. Audit Committee And Financial Expert | 121 |
| Item 16B. Code Of Ethics | 121 |
| Item 16C. Principal Accountant Fees And Services | 122 |
| Item 16D. Exemptions From The Listing Standards For Audit Committees | 122 |
| Item 16E. Purchases Of Equity Securities By The Issuer And Affiliated Purchasers | 122 |
| Item 16F. Change In Certifying Accountant | 122 |
| Item 16G. Corporate Governance | 122 |
| Item 16H. Mine Safety Disclosure | 122 |
| Item 16I. Disclosure Regarding Foreign Jurisdictions That Prevent Inspections | 123 |
| PART III | |
| Item 17. Financial Statements | 124 |
| Item 18. Financial Statements | 124 |
| Item 19. Exhibits | 124 |
| Index To Financial Statements | F-1 |

Table of Contents

**INTRODUCTION**

We are registered with the Accounting and Corporate Regulatory Authority of Singapore ("ACRA") under the name "Maxeon Solar Technologies, Ltd."

We were formed in the third quarter of 2019 under the name "Maxeon Solar Technologies, Pte. Ltd." and converted to a public company under the Companies Act 1967 of Singapore (the "Singapore Companies Act") under the name of "Maxeon Solar Technologies, Ltd."

We prepare consolidated and combined financial statements expressed in U.S. dollars. Our consolidated and combined financial statements responsive to Item 17 of this Form 20-F are prepared in accordance with generally accepted accounting principles in the United States ("GAAP").

The Company has a 52-to-53-week fiscal year that ends on the Sunday closest to December 31. Accordingly, every fifth or sixth year will be a 53-week fiscal year. Fiscal year 2020 is a 53-week fiscal year while fiscal year 2022 and 2021 are 52-week fiscal years. Our fiscal year 2022 ended on January 1, 2023, our fiscal year 2021 ended on January 2, 2022 and our fiscal year 2020 ended on January 3, 2021.

We are a holding company of businesses contributed to Maxeon by SunPower Corporation ("SunPower") in connection with the spin-off (the "Spin-off"), which completed on August 26, 2020 (the "Distribution Date"). The Spin-off was completed by way of a pro rata distribution of all of the then-issued and outstanding ordinary shares of Maxeon (the "Maxeon shares" or the "ordinary shares") to holders of record of SunPower's common stock (the "Distribution") as of the close of business on August 17, 2020. As a result of the Distribution of the Maxeon shares, on the Distribution Date, Maxeon became an independent, public company and the Maxeon shares started trading on the NASDAQ Global Select Market under the symbol "MAXN".

MAXEON is a registered trademark of Maxeon Solar Technologies, Ltd. Visit https://corp.maxeon.com/trademarks for more information.

1

Table of Contents

**USE OF CERTAIN TERMS**

In this annual report, "we," "us," "our" and "Maxeon" shall refer to Maxeon Solar Technologies, Ltd. as the context may require.

*Unit of Power* When referring to our solar power systems, our facilities' manufacturing capacity and total sales in this Form 20-F, the unit of electricity in watts for kilowatts ("KW"), megawatts ("MW") and gigawatts ("GW") is direct current ("DC"), unless otherwise noted as alternating current ("AC").

*Levelized Cost of Energy ("LCOE")*

LCOE is an evaluation of the life-cycle energy cost and life-cycle energy production of an energy producing system. It allows alternative technologies to be compared across different scales of operation, investment or operating time periods. It captures capital costs and ongoing system-related costs, along with the amount of electricity produced, and converts them into a common metric. Key drivers for LCOE measures for photovoltaic products include panel efficiency, capacity factors, reliable system performance, and the life of the system.

*Customer Cost of Energy ("CCOE")*

Our customers are focused on reducing their overall cost of energy by intelligently integrating solar and other DG sources, energy efficiency, energy management, and energy storage systems with their existing utility-provided energy. The CCOE measurement is an evaluation of a customer's overall cost of energy, taking into account the cost impact of each individual generation source (including the utility), energy storage systems, and energy management systems. The CCOE measurement includes capital costs and ongoing operating costs, along with the amount of electricity produced, stored, saved, or re-sold, and converts all of these variables into a common metric. The CCOE metric allows customers to compare different portfolios of generation sources, energy storage, and energy management, and to tailor their solution towards optimization.

2

## MARKET INFORMATION

This Form 20-F contains certain industry and market data that were obtained from third-party sources, such as industry surveys and industry publications, including, but not limited to, publications by *Wood MacKenzie, Bloomberg New Energy Finance, S&P Global (previously IHS Markit)* and *PV Evolution Labs*. This Form 20-F also contains other industry and market data, including market sizing estimates, growth and other projections and information regarding our competitive position, prepared by our management on the basis of such industry sources and our management's knowledge of and experience in the industry and markets in which we operate (including management's estimates and assumptions relating to such industry and markets based on that knowledge). Our management has developed its knowledge of such industry and markets through its experience and participation in these markets.

In addition, industry surveys and industry publications generally state that the information they contain has been obtained from sources believed to be reliable but that the accuracy and completeness of such information is not guaranteed and that any projections they contain are based on a number of significant assumptions. Forecasts, projections and other forward-looking information obtained from these sources involve risks and uncertainties and are subject to change based on various factors, including those discussed in the section "Special Note About Forward-Looking Statements" below. You should not place undue reliance on these statements.

## SPECIAL NOTE ABOUT FORWARD-LOOKING STATEMENTS

Certain statements relating to Maxeon in this Form 20-F or documents incorporated by reference constitute forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including, but not limited to, statements regarding: (a) our expectations regarding pricing trends, demand and growth projections; (b) potential disruptions to our operations and supply chain that may result from epidemics, natural disasters or military conflicts, including the duration, scope and impact on the demand for our products, market disruptions from the war in Ukraine and the pace of recovery from the COVID-19 pandemic; (c) anticipated product launch timing and our expectations regarding ramp, customer acceptance and demand, upsell and expansion opportunities; (d) our expectations and plans for short- and long-term strategy, including our anticipated areas of focus and investment, market expansion, product and technology focus, and projected growth and profitability; (e) our ability to meet short-term and long-term material cash requirements, our ability to complete an equity or debt offering at favorable terms, if at all, and our overall liquidity, substantial indebtedness and ability to obtain additional financing; (f) our technology outlook, including anticipated fab capacity expansion and utilization and expected ramp and production timelines for the Company's Maxeon 6, next-generation Maxeon 7 and Performance line solar panels, expected cost reductions, and future performance; (g) our strategic goals and plans, including partnership discussions with respect to the Company's next-generation technology, and our relationships with existing customers, suppliers and partners, and our ability to achieve and maintain them; (h) our expectations regarding our future performance and revenues resulting from contracted orders, bookings, backlog, and pipelines in our sales channels; and (i) our projected effective tax rate and changes to the valuation allowance related to our deferred tax assets. The forward-looking statements can be also identified by terminology such as "may," "might," "could," "will," "aims," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates" and similar statements.

These forward-looking statements are based on our current assumptions, expectations and beliefs and involve substantial risks and uncertainties that may cause results, performance or achievement to materially differ from those expressed or implied by these forward-looking statements. These statements are not guarantees of future performance and are subject to a number of risks. The reader should not place undue reliance on these forward-looking statements, as there can be no assurances that the plans, initiatives or expectations upon which they are based will occur. Factors that could cause or contribute to such differences include, but are not limited to: (1) challenges in executing transactions key to our strategic plans, including regulatory and other challenges that may arise; (2) our liquidity, substantial indebtedness, terms and conditions upon which our indebtedness is incurred, and ability to obtain additional financing for our projects, customers and operations; (3) our ability to manage supply chain shortages and cost increases and operating expenses; (4) potential disruptions to our operations and supply chain that may result from damage or destruction of facilities operated by our suppliers, difficulties in hiring or retaining key personnel, epidemics, natural disasters, including impacts of the COVID-19 pandemic, or the war in Ukraine; (5) our ability to manage our key customers and suppliers; (6) the success of our ongoing research and development efforts and our ability to commercialize new products and services, including products and services developed through strategic partnerships; (7) competition in the solar and general energy industry and downward

3

Table of Contents

pressure on selling prices and wholesale energy pricing, including impacts of inflation, economic recession and foreign exchange rates upon customer demand; (8) changes in regulation and public policy, including the imposition and applicability of tariffs; (9) our ability to comply with various tax holiday requirements as well as regulatory changes or findings affecting the availability of economic incentives promoting use of solar energy and availability of tax incentives or imposition of tax duties; (10) fluctuations in our operating results and in the foreign currencies in which we operate; (11) appropriately sizing, or delays in expanding our manufacturing capacity and containing manufacturing and logistics difficulties that could arise; (12) unanticipated impact to customer demand and sales schedules due, among other factors, to the spread of COVID-19, the war in Ukraine, economic recession and environmental disasters; (13) challenges managing our acquisitions, joint ventures and partnerships, including our ability to successfully manage acquired assets and supplier relationships; (14) reaction by securities or industry analysts to our quarterly guidance which, in combination with our results of operations or other factors, may cause them to cease publishing research or reports about us, or adversely change their recommendations regarding our ordinary shares, which may negatively impact the market price of our ordinary shares and volume of our stock trading; and (15) unpredictable outcomes resulting from our litigation activities or other disputes.

Some of these factors are discussed in more detail in this Form 20-F, including under "Item 3.D. Risk Factors," "Item 4. Information on the Company," and "Item 5. Operating and Financial Review and Prospects." Should one or more of these risks or uncertainties materialize, or should underlying assumptions prove incorrect, actual results may vary materially from those described in this Form 20-F as anticipated, believed, estimated or expected. We provide the information in this Form 20-F as of the date of its filing. We do not intend, and do not assume any obligation, to update any information or forward-looking statements set out in this Form 20-F as a result of new information, future events or otherwise.

4

Table of Contents

**PART I**

**ITEM 1. IDENTITY OF DIRECTORS, SENIOR MANAGEMENT AND ADVISORS**

**1.A. DIRECTORS AND SENIOR MANAGEMENT**

Not Applicable.

**1.B. ADVISORS**

Not Applicable.

**1.C. AUDITORS**

Not Applicable.

**ITEM 2. OFFER STATISTICS AND EXPECTED TIMETABLE**

Not Applicable.

**ITEM 3. KEY INFORMATION**

**3.A. [RESERVED]**

**3.B. CAPITALIZATION AND INDEBTEDNESS**

Not Applicable.

**3.C. REASONS FOR THE OFFER AND USE OF PROCEEDS**

Not Applicable.

**3.D. RISK FACTORS**

*You should carefully consider the risks described in this section, together with all of the other information included in this Form 20-F, in evaluating us and our shares. The following risk factors could adversely affect our business, financial condition, results of operations and the price of our shares.*

**Risk Factor Summary**

*The following is a summary of the principal risks discussed in greater detail in the following pages, that could materially and adversely affect our business, financial condition and results of operations, supply chain, intellectual property, cybersecurity, and ownership of our shares:*

**Risks Related to the Maxeon Business Generally**
- If we fail to successfully reduce costs in response to downward pressure on solar panel prices, or fail to develop and introduce new and enhanced products, we may be unable to compete effectively, and our ability to generate revenues, profits and cash flows could suffer.
- Adverse global economic conditions could have a negative effect on our business, results of operations and financial condition and liquidity.
- Changes in international trade policies, tariffs, or trade disputes, or the reduction, modification, or elimination of government incentives, could significantly and adversely affect our business, revenues, margins, results of operations and cash flows.
- Existing regulations and policies and changes to these regulations and policies may present technical, regulatory, and economic barriers to the purchase and use of solar power products, which may significantly reduce demand for our products.

Table of Contents

- We may incur unexpected warranty and product liability claims that could materially and adversely affect our financial condition and results of operations, damage our market reputation, and prevent us from maintaining or increasing our market share.
- Seasonal trends and construction cycles could have an adverse effect on our business.
- We have significant global activities and customers, which subject us to additional business risks, including logistical complexity and political instability.
- The COVID-19 pandemic has had an adverse impact on, and may continue to adversely impact, our business, operations, and financial performance, as well as the business operations and financial performance of suppliers, dealers and customers.

**Risks Related to Our Liquidity**

- We may be unable to generate sufficient cash flows or obtain access to external financing necessary to fund our operations or make necessary capital expenditures due to, among other factors, rising input cost and supply chain disruptions, as well as our development of new supplier relationships and the preparation and ramp up of new production capacities, including general economic environment impacted also by the COVID-19 pandemic and international instability due to the war in Ukraine that started in February 2022.
- The existence of substantial indebtedness could adversely affect our business, financial condition, and results of operations, as well as our ability to meet our payment obligations under our debt commitments.
- We may be unable to raise the funds necessary to repurchase the Green Convertible Notes or 2027 Notes, as applicable, for cash following a fundamental change or pursuant to a mandatory redemption, or to pay any cash amounts due upon conversion.
- A significant portion of our assets, including our intellectual property that we hold outside of the United States, have been pledged as collateral.
- We may be classified as a U.S. corporation for U.S. federal income tax purposes under Section 7874 of the Code, which could result in Maxeon being subject to U.S. federal income tax indefinitely.
- Failure to meet hiring, capital spending and other requirements to utilize tax incentives provided to us in Singapore, Malaysia and the Philippines, or to avail ourselves of tax incentives in other jurisdictions, could adversely affect our results.

**Risks Related to Our Supply Chain**

- We will continue to be dependent on a limited number of third-party suppliers, and in some cases, sole suppliers, for certain raw materials, capital equipment and components for our products, and increases in costs, could prevent us from delivering our products to our customers within required timeframes and could in turn result in sales and installation delays, cancellations, penalty payments, and loss of market share.

**Risks Related to Our Operations**

- We have significant global activities and customers, which subject us to additional business risks, including logistical complexity and political instability.
- If we do not achieve satisfactory yields or quality in manufacturing our solar products, our sales could decrease and our relationships with our customers and our reputation may be harmed.
- Fluctuations in foreign currency exchange rates and interest rates could materially and adversely affect our business and results of operations.
- We may be unable to successfully implement price increases to offset inflation and, as a result, our businesses and financial position and results of operations could be adversely affected.
- Our manufacturing facilities, as well as the facilities of certain subcontractors and suppliers, are located in regions that are subject to epidemic or pandemic events, earthquakes, floods, and other natural disasters, and climate change and climate change regulation that could have an adverse effect on our operations and financial results.
- We derive a significant portion of our revenues from our largest customers and are subjected to concentration of credit risk.
- Our insurance for certain indemnity obligations we have to our officers and directors may be inadequate, and potential claims could materially and negatively impact our financial condition and results of operations.

6

Table of Contents

- We depend on our Huansheng JV (as defined below) for a portion of our Performance line solar panels and any failure to obtain sufficient volume or competitive pricing could significantly impact our revenues, ability to grow and damage our customer relationships.

**Risks Related to Our Intellectual Property and Cybersecurity**

- We may face intellectual property infringement claims that could be time-consuming and costly to defend and could result in significant losses or the ability make, use or sell our products.
- We depend on our intellectual property, and we may not obtain sufficient patent protection on the technology embodied in the solar products we currently or plan to manufacture and market, which could harm our competitive position and increase our expenses.
- We may be subject to breaches of information technology systems utilized by us or our suppliers, vendors, customers and other third parties with whom we conduct business, which could impact or our business data, lead to disclosure of our internal information, damage our reputation or relationships with customers, disrupt access to our online services, and impact our operations. Such breaches could subject us to significant reputational, financial, legal, and operational consequences.

**Risks Related to the Ownership of Our Shares**

- TotalEnergies's and TZE's significant ownership of our shares may adversely affect the liquidity and value of our shares.
- If a substantial number of Maxeon shares become available for sale and are sold in a short period of time, the market price for our shares could experience volatility and/or decline.
- The effect of the Physical Delivery Forward and Prepaid Forward, which were entered into in connection with the issuance of our Green Convertible Notes, may affect the value of Maxeon shares and may result in unexpected market activity in Maxeon shares.
- We may issue additional Maxeon shares, other equity or equity-linked or debt securities, which may materially and adversely affect the price of the Maxeon shares.
- Securities analysts may not publish favorable research or reports about our business or may publish no information at all, which could cause our stock price or trading volume to decline.
- As a foreign private issuer, we are permitted and expect to follow certain home country corporate governance requirements in lieu of certain NASDAQ requirements applicable to domestic issuers.

**Risks Related to the Maxeon Business Generally**

***If we fail to develop and introduce new and enhanced products or expand manufacturing capacity to maintain our current price structure, or fail to successfully reduce costs, we may be unable to compete effectively, and our ability to generate revenues, profits and cash flows could suffer.***

Our solar panels are competitive in the market as compared with lower cost conventional solar cells, such as thin-film, due to our products' higher efficiency, among other things. A principal component of our business strategy is reducing costs to manufacture our products competitively and profitably. If our competitors are able to drive down their manufacturing costs or increase the efficiency of their products faster than we can, or if competitor products are exempted from tariffs and quotas and ours are not or if they benefit from lower tariffs and quotas than us, our products may become less competitive even when adjusted for efficiency. Further, if raw materials costs and other third-party component costs increase, we may not meet our cost reduction targets. If we cannot effectively manage our costs, our competitive position could suffer, we could lose sales and/or market share, and our margins could be adversely affected.

The solar power market is characterized by continually changing technology and improving features, such as increased efficiency, higher power output and enhanced aesthetics. Technologies developed by our direct competitors, including thin-film solar panels, concentrated solar power systems, solar thermal electric and other solar technologies, may provide energy at lower costs than our products. We also face competition in some markets from other energy generation sources, including conventional fossil fuels, wind, biomass, and hydro. In addition, we compete with traditional utilities that supply energy to our potential customers. Such utilities have greater financial, technical, operational and other resources than we do. If electricity rates decrease and our products become less competitive by comparison, our operating results and financial condition could be adversely affected.

Table of Contents

Failure to further refine our technology, reduce costs in our manufacturing process, and develop and introduce new solar power products could cause our products or our manufacturing facilities to become less competitive or obsolete, which could reduce our market share, cause our sales to decline, and cause the impairment of our assets. We are required to continually develop new solar power products and enhancements for existing solar power products to keep pace with evolving industry standards, competitive pricing and changing customer preferences, expectations, and requirements. It is difficult to successfully predict the products our customers will demand. If we cannot continually improve the efficiency and prove the reliability of our solar panels as compared with those of our competitors, our pricing will become less competitive, we could lose market share, and our margins would be adversely affected.

As we introduce new or enhanced products or integrate new technology and components into our products or expand our manufacturing capacity, we will face risks relating to new product launches and transitioning to new technologies and / or execution of our expansion plans including, among other things, the incurrence of high fixed costs, competition for equipment, technical challenges which may result in delivery delays, acceptance of products by our customers, disruption in customers' ordering patterns, insufficient supplies of new products to meet customers' demand, possible product and technology defects arising from the integration of new technology and a potentially different sales and support environment relating to any new technology. For example, our Performance line manufacturing operations in Mexicali, Mexico and Malaysia are primarily intended to supply large-scale commercial and utility-scale power plant customers in the United States market, and to the extent we are further delayed in our projected production schedule, or fail to achieve our projected production volumes, or fail to renegotiate with customers on revised delivery schedules, we may suffer significant liquidated damages for the volumes we have contractually committed, face additional risks resulting from our failure to meet customers' demand and significantly impair our plans for entering the large-scale commercial and utility-scale power plant markets in the United States and our plans for growth in that market. Our failure to manage the transition to newer products or the integration of newer technology and components into our products could adversely affect our business's operating results, financial condition and cash flows.

***The increase in the global supply of solar cells and panels, and increasing competition, may cause substantial downward pressure on the prices of such products or result in increased or changing tariff policies and cause us to lose sales or market share, resulting in lower revenues, earnings, and cash flows.***

Global solar cell and panel production capacity has been materially increasing overall, and solar cell and solar panel manufacturers currently have excess capacity, relative to global demand, particularly in China. We believe the solar industry may from time to time experience periods of structural imbalance between supply and demand, and that such periods result in unpredictability (i.e. pressure on pricing or imbalanced supply due to governmental policies). Excess capacity and industry competition have resulted in the past, and may continue to result, in substantial downward pressure on the price of solar cells and panels, including our products. More recently, there has been additional pressure on global demand and increasing average selling prices resulting from fluctuating supply and demand in certain solar markets, as well as increasing supply chain costs. Intensifying competition could also cause us to lose sales or market share. The excess of global supply coupled with the decline in demand in light of a global economic slowdown caused by events such as the COVID-19 pandemic or an economic recession, and the associated decrease in consumer spending, may result in a global price reduction, such as the global price reduction in which occurred in 2020. Fluctuations in supply and demand caused by events such as the COVID-19 pandemic, an economic recession and governmental policies such as the former "dual control of energy consumption policy of China', as well as increased supply chain costs, may result in a global increase in the price of certain supply commodities, such as which occurred in 2021. See "*Risk Factors – Risks Related to our Supply Chain - We will continue to be dependent on a limited number of third-party suppliers for certain raw materials and components for our products, and increases in the costs for raw materials and components required for our solar products could prevent us from delivering our products to our customers within required timeframes and could in turn result in sales and installation delays, cancellations, penalty payments, and loss of market share.*" Such price fluctuations and impacts on demand are difficult to plan for and could have a negative impact on our revenue and earnings, and could materially adversely affect our business, financial condition and cash flows. In addition, our internal pricing forecasts may not be accurate in such a market environment, which could cause our financial results to be different than forecasted. Uncertainty with respect to United States, People's Republic of China ("PRC"), European and

8

Table of Contents

other government policies, including trade tariffs, subsidies or other incentives for solar projects, may continue to cause increased, decreased, or volatile supply and/or demand for solar products, which could negatively impact our revenue and earnings. See "*Risk Factors – Risks Related to the Maxeon Business Generally - Changes in international trade policies, tariffs, or trade disputes could significantly and adversely affect our business, revenues, margins, results of operations and cash flows.*"

**Adverse global economic conditions could have a negative effect on our business, results of operations and financial condition and liquidity.**

A general slowdown in the global economy, including a recession, due to inflation, geopolitics, major central bank policy actions including interest rate increases, public health crises, or other factors, or a tightening of the credit markets, could negatively impact our business, financial condition and liquidity. As credit markets become more challenging, customers may be unable or unwilling to obtain financing for the cost of our products, and the parties that have historically provided this financing may cease to do so, or only do so on terms that are substantially less favorable for our customers, any of which could materially and adversely affect sales of our products and our revenue and growth of our business. Cancellations or rescheduling of customer orders could result in the delay or loss of anticipated sales without allowing us sufficient time to reduce, or delay the incurrence of, our corresponding inventory and operating expenses. In addition, changes in forecasts or the timing of orders from these or other customers expose us to the risks of inventory shortages or excess inventory. Adverse global economic conditions have from time to time caused or exacerbated significant slowdowns in the industries and markets in which we operate, which may adversely affect our business and results of operations. Macroeconomic weakness and uncertainty also make it more difficult for us to accurately forecast revenue, gross margin and expenses, and may make it more difficult to raise or refinance external financing to fund our operations and capital expenditures.

**The solar industry faces competition from other types of renewable and non-renewable power industries.**

The solar industry faces competition from other renewable energy companies and non-renewable power industries, including nuclear energy and fossil fuels such as coal, petroleum and natural gas. Technological innovations in these other forms of energy may reduce their costs or increase their safety. Large-scale new deposits of fossil fuel may be discovered, which could reduce their costs. Local governments may decide to strengthen their support for other renewable energy sources, such as wind, hydro, biomass, geothermal and ocean power, and reduce their support for the solar industry. The inability to compete successfully against producers of other forms of power would reduce our market share and negatively affect our results of operations.

**Changes in international trade policies, tariffs, or trade disputes could significantly and adversely affect our business, revenues, margins, results of operations and cash flows.**

Developments in international trade have the potential to adversely impact our business:

*Safeguard measure*. The United States has imposed a safeguard measure on imported solar cells, laminates and modules since February 7, 2018. On February 4, 2022, this safeguard measure was extended for four additional years pursuant to Proclamation 10339, based on recommendations by the U.S. International Trade Commission (the "ITC") to continue providing relief to U.S. manufacturers. Modules were subjected to a tariff of 14.75% during the first year of the extension (which runs from February 7, 2022 to February 6, 2023), and the tariff rate will decline by 0.25% in each of the three subsequent years, to a final tariff rate of 14%. Cells are subject to a tariff-rate quota ("TRQ"), under which the first 5 GW of cell imports each year are exempt from tariffs; cells imported in excess of the 5 GW quota are subject to the same 14.75% tariff as modules in the first year, with the same 0.25% decline in each of the three subsequent years.

Bifacial modules were initially subject to the safeguard measure, then excluded, then re-covered, then re-excluded pursuant to a November 2021 U.S. Court of International Trade decision; on January 14, 2022, the Biden Administration filed a notice of appeal against the decision before the U.S. Court of Appeals for the Federal Circuit. Proclamation 10339 definitively excluded bifacial panels from the safeguard measure for the 2022-2026 extension period, and that exclusion will not be affected by the outcome of the appeal. Proclamation 10339 also directed the U.S. Trade Representative ("USTR") to negotiate with Mexico and Canada with a view to exempting them; negotiations have concluded successfully with Canada but have not yet produced a result for Mexico.

9

Table of Contents

For our Performance line, the shipments from Mexico that we are currently making and importing to the United States are bifacial panels and excluded as a result of Proclamation 10339. Importation of mono-facial Performance line modules assembled in Mexico, until February 2026, will be subject to safeguard measure unless and until Mexico is exempted. Solar cells and modules based on our interdigitated back contact ("IBC") technology, like our Maxeon 2, Maxeon 3, Maxeon 5, Maxeon 6 and related products, have enjoyed an exclusion from the safeguard measure since September 2018 and remain exempt.

*Anti-Circumvention Inquiry*. In February 2022, U.S. module producer Auxin Solar filed an "anti-circumvention" petition asking the U.S. Department of Commerce ("Commerce") to expand the coverage of the longstanding U.S. antidumping and countervailing duty orders on Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules, from China ("China AD/CVD Orders"). Specifically, Auxin's petition (1) alleged that PV cell and module production in Cambodia, Malaysia, Thailand, and Vietnam is circumventing the China AD/CVD Orders through minor alteration of PRC-origin inputs including silicon wafers, and (2) asked Commerce to bring cells and modules imported from those countries within the scope of the China AD/CVD Orders. Commerce initiated an anti-circumvention inquiry ("ACI") in April 2022 and published an affirmative preliminary determination on December 8, 2022. However, on December 19, 2022, Commerce issued a memorandum clarifying that modules assembled in (and exported to the United States from) third countries, from cells fabricated in Cambodia, Malaysia, Thailand, or Vietnam, are not covered by the preliminary determination and indeed are not "inquiry merchandise" for purposes of the ACI. Accordingly, Maxeon's modules assembled in Mexico are unaffected by the ACI.

*Section 301 tariffs*. In 2017, the Office of the U.S. Trade Representative ("USTR") initiated an investigation under Section 301 of the Trade Act of 1974 into the PRC government's acts, policies and practices related to technology transfer, intellectual property and innovation. Starting in 2018, the USTR imposed additional import duties of up to 25% on certain PRC products; those tariffs remain in effect. Relevant affected products include certain solar power system components and finished products, including those purchased from our suppliers for use in our products and used in our business. The United States and China may continue or even escalate the retaliatory measures implemented during the last four years. No effort is currently underway to negotiate an agreement that would serve as a basis for rolling back the United States' Section 301 tariffs, but those tariffs are currently undergoing a statutorily-required 4-year review whose results are expected to be announced in mid-2023.

Any future imposition of U.S. tariffs that would apply to our Performance line or Maxeon line modules imported from Mexico could materially and adversely affect our business and results of operations. More broadly, uncertainty surrounding the implications of existing tariffs affecting the U.S. solar market, trade tensions between China and the United States, changes to international trade policies and other trade and national security regulatory actions could cause market volatility, price fluctuations, supply shortages, and project delays, any of which could harm our business, and our pursuit of mitigating actions may divert substantial resources from other projects. In addition, the imposition of additional tariffs or trade controls could result in a wide range of impacts to the global solar industry and manufacturing market, as well as our business in particular. Such tariffs or trade controls could materially increase the price of our solar products and result in significant additional costs to us, our resellers, and our resellers' customers, which could cause a significant reduction in demand for our solar power products and adversely affect our competitive position. With the uncertainties associated with the tariffs and Section 301 trade case, events and changes in circumstances have indicated that the carrying values of our long-lived assets associated with our manufacturing operations might not be recoverable.

Our Performance line manufacturing operations in Mexicali, Mexico and Malaysia are primarily intended to supply customers in the U.S. market. Changes to tariffs or import regulations could impact our ability to cost effectively import panels into the United States, and we may not be able to find sufficient demand in other markets that would fully utilize our expanded capacity. In this case, the expected returns from our Mexicali, Mexico and Malaysian operations could be negatively affected.

Our plans to expand into domestic manufacturing in the United States depend on several factors which are beyond our control, including our Department of Energy ("DOE") Loan Guarantee Application which is currently in the due diligence review stage. There is no assurance that we will be successful in obtaining a loan guarantee from the DOE, or that our efforts to develop a manufacturing facility in the United States will be successful. Additionally, various items that Maxeon might need to import in order to equip and operate manufacturing facilities in the United States could encounter trade restrictions or unusual tariffs above and beyond ordinary customs duties. These could result from measures already in place, such as the China/Section 301 tariffs, or from entirely new legislation or newly launched import relief proceedings. If we do not successfully expand into domestic manufacturing into the United States, we will continue to be subject to tariffs or trade controls affecting the U.S. solar market on imports

10

Table of Contents

into the United States, which could materially increase the price of our solar products and adversely affect our competitive position.

***The reduction, modification or elimination of government incentives could cause our revenue to decline and harm our financial results.***

The market for on-grid applications, where solar power is used to supplement a customer's electricity purchased from the utility network or sold to a utility under tariff, depends in large part on the availability and size of government mandates and economic incentives because, at present, the cost of solar power generally exceeds retail electric rates in many locations and wholesale peak power rates in some locations. Incentives and mandates vary by geographic market. Various government bodies in most of the countries where we do business have provided incentives in the form of feed-in tariffs, rebates, and tax credits and other incentives and mandates, such as renewable portfolio standards and net metering, to end-users, distributors, system integrators and manufacturers of solar power products to promote the use of solar energy in on-grid applications and to reduce dependency on other forms of energy. For example, on August 16, 2022, the Inflation Reduction Act of 2022 (the "IRA") was signed into law. The IRA consists of several provisions which aims at improving the climate change crisis, among other things, the IRA appropriates approximately $11.7 billion in total for the Loan Programs Office ("LPO") to support its existing loan programs and add a new loan program, the Energy Infrastructure Reinvestment (EIR) Program (section 1706). In addition, the IRA made a 10-year extension of the Investment Tax Credit (ITC), allowing a 30% tax exemption of the cost of installed equipment which was instrumental in launching the US solar industry. These various forms of support for solar power are subject to change and are expected in the longer term to decline. Even changes that may be viewed as positive can have negative effects if they result, for example, in delaying purchases that otherwise might have been made before expiration or scheduled reductions in such credits. Governmental decisions regarding the provision of economic incentives often depend on political and economic factors that we cannot predict and that are beyond our control. The reduction, modification or elimination of grid access, government mandates or economic incentives in one or more of our customer markets could materially and adversely affect the growth of such markets or result in increased price competition, either of which could cause our revenue to decline and materially adversely affect our financial results.

***Existing regulations and policies and changes to these regulations and policies may present technical, regulatory, and economic barriers to the purchase and use of solar power products, which may significantly reduce demand for our products.***

The market for electric generation products is heavily influenced by government laws, regulations and policies concerning the electric utility industry globally, as well as policies promulgated by electric utilities. These regulations and policies often relate to electricity pricing and technical interconnection of customer-owned electricity generation, and changes that make solar power less competitive with other power sources could deter investment in the research and development of alternative energy sources as well as customer purchases of solar power technology, which could in turn result in a significant reduction in the demand for our solar power products. The market for electric generation equipment is also influenced by trade and local content laws, regulations and policies that can discourage growth and competition in the solar industry and create economic barriers to the purchase of solar power products, thus reducing demand for our solar products. In addition, on-grid applications depend on access to the grid, which is also regulated by government entities. We anticipate that our solar power products and their installation will continue to be subject to oversight and regulation in accordance with regulations relating to construction, safety, environmental protection, utility interconnection and metering, trade, and related matters. It is difficult to track the requirements of local jurisdictions and design equipment to comply with the varying standards. For instance, all states in the U.S. regulate investor-owned utility retail electricity pricing. In addition, there are numerous publicly owned utilities and electric cooperatives that establish their own retail electricity pricing through some form of regulation or internal process. These regulations and policies could deter potential customers from purchasing solar power products. Such rate changes can include changing rates to charge lower volume-based rates—the rates charged for KW hours of electricity purchased by a residential customer—while raising unavoidable fixed charges that a homeowner is subject to when they purchase solar energy from third parties, and levying charges on homeowners based on their point of maximum demand during a month (referred to as "demand charge"). These forms of rate design could adversely impact our business by reducing the value of the electricity our solar energy systems produce compared to retail net metering, and reducing any savings customers

11

Table of Contents

realize by purchasing our solar power products. From April 2023, the state of California in the U.S. will be updating its solar net metering policy and the changes are expected to reduce the savings realized from the export of excess solar energy to the grid which may in turn reduce demand for our solar power products in California. In addition to changes in general rates charged to all residential customers, utilities are increasingly seeking solar-specific charges (which may be fixed charges, capacity-based charges, or other rate charges). Any of these changes could materially reduce the demand for our offerings in the U.S. and could limit the number of markets in which our offerings are competitive with electricity provided by the utilities.

In addition, the U.S., European Union and PRC governments, among others, have imposed tariffs or are in the process of evaluating the imposition of tariffs on solar panels, solar cells, polysilicon, and potentially other components. These and any other tariffs or similar taxes or duties may increase the price of our solar products and adversely affect our efforts to reduce costs, which could harm our results of operations and financial condition. Any new regulations or policies pertaining to our solar power products may result in significant additional expenses to us, our resellers and our resellers' customers, which could cause a significant reduction in demand for our solar power products.

***We may incur unexpected warranty and product liability claims that could materially and adversely affect our financial condition and results of operations, damage our market reputation, and prevent us from maintaining or increasing our market share.***

Our standard product warranty for our solar panels and their components includes a 25-year warranty period for defects in materials and for greater than promised declines in power performance. We also provide a 40-year warranty period for certain Maxeon line modules in certain regions, effective for systems installed on or after January 1, 2022. We believe our warranty offering is in line with, or better than, industry practice. These long warranty periods create a risk of extensive warranty claims long after we have shipped product and recognized revenue. We perform accelerated life cycle testing that exposes our products to extreme stress and climate conditions in both environmental simulation chambers and in actual field deployments in order to highlight potential failures that could occur over the 25-year and 40-year warranty periods. We also employ measurement tools and algorithms intended to help us assess actual and expected performance; these attempt to compare actual performance against an expected performance baseline that is intended to account for many factors (like weather) that can affect performance. Although we conduct accelerated testing of our solar panels and components, they have not and cannot be tested in an environment that exactly simulate the 25-year and 40-year warranty periods and it is difficult to test for all conditions that may occur in the field. Further, there can be no assurance that our efforts to accurately measure and predict panel and component performance will be successful. We have sold products under our warranties since the early 2000s and have therefore not experienced the full warranty cycle. As a result of these warranty programs, we bear the risk of product warranty claims long after we have sold our solar modules and recognized revenue from sales.

We maintain reserves to cover the expected costs that could result from these warranties. Increases in the defect rate of our products could cause us to increase the amount of warranty reserves and have a corresponding material and adverse impact on our results of operations. Further, potential future product failures could cause us to incur substantial expense to repair or replace defective products, and we have agreed in some circumstances to indemnify our customers and our distributors against liability from some defects in our solar products. A successful indemnification claim against us could require us to make significant damage payments. Repair and replacement costs, as well as successful indemnification claims, could materially and adversely impact our financial condition and results of operations.

Like other retailers, distributors, and manufacturers of products that are used by customers, we face an inherent risk of exposure to product liability claims in the event that the use of the solar power products into which our solar cells and panels are incorporated results in injury, property damage, or other damages. We may be subject to warranty and product liability claims in the event that our solar power systems fail to perform as expected or if a failure of our solar power systems or any component thereof results, or is alleged to result, in bodily injury, property damage or other damages. Since our solar power products are electricity-producing devices, it is possible that our systems could result in injury, whether by product malfunctions, defects, or other causes. In addition, since we only began selling our solar cells and solar panels in the early 2000s and the products we are developing incorporate new

12

Table of Contents

technologies, we cannot predict the extent to which product liability claims may be brought against us in the future or the effect of any resulting negative publicity on our business. Moreover, we may not have adequate resources, such reserves or insurance, to satisfy a successful claim against us. A successful warranty or product liability claim against us that is not covered by insurance or is in excess of our available insurance limits could require us to make significant payments of damages. In addition, quality issues can have various other ramifications, including delays in the recognition of revenue, loss of revenue, loss of future sales opportunities, increased costs associated with repairing or replacing products, product recalls and a negative impact on our goodwill and reputation, any of which could adversely affect our business, operating results and financial condition.

***Our business could be adversely affected by seasonal trends and construction cycles.***

Our business is subject to significant industry-specific seasonal fluctuations. There are various reasons for this seasonality, mostly related to economic incentives and weather patterns. For example, in European countries with feed-in tariffs, the construction of solar power systems may be concentrated during the second half of the calendar year, largely due to the annual reduction of the applicable minimum feed-in tariff and the fact that the coldest winter months in the Northern Hemisphere are January through March, which could lead to declining sales in cold-weather months.

***We are currently operating in a period of economic uncertainty and capital markets disruption, which has been significantly impacted by geopolitical instability due to the ongoing war in Ukraine and our business, financial condition and results of operations may be materially adversely affected by any negative impact on the global economy and capital markets resulting from the war in Ukraine or any other geopolitical tensions.***

U.S. and global markets are experiencing volatility and disruption following the escalation of geopolitical tensions and the war in Ukraine. Although the length and impact of the ongoing military conflict is highly unpredictable, the continuing conflict and recent developments for the war in Ukraine, geopolitical events, terrorist or other attacks, and war (or threatened war) or international hostilities, such as between Russia and Ukraine, may lead to armed conflict or acts of terrorism around the world, which may contribute to further economic instability in the global financial markets and international commerce. The war in Ukraine may lead to further regional and international conflicts or armed action. This conflict has disrupted supply chains and cause instability in the energy markets and could lead to further market disruptions, including significant volatility in commodity prices, credit and capital markets on a global scale. The United States and the European Union, among other countries, have announced sanctions against Russia, including sanctions targeting the Russian oil sector, among those a prohibition on the import of oil from Russia to the United States. The ongoing war could result in the imposition of further economic sanctions by the United States and the European Union against Russia, with uncertain impacts on the global economy. While much uncertainty remains regarding the global impact of the war in Ukraine, it is possible that such tensions could adversely affect our business, financial condition, results of operation and cash flows. Furthermore, it is possible that third parties, such as our customers and suppliers may be impacted by the war in Ukraine, which could adversely affect our operations. These uncertainties could also adversely affect our ability to obtain additional financing on terms acceptable to us or at all.

***The COVID-19 pandemic has had an adverse impact on, and may continue to adversely impact, our business, operations, and financial performance, as well as the business operations and financial performance of many of our suppliers, dealers and customers. We are unable to predict the extent to which the pandemic and related impacts may continue to adversely impact our business operations, financial performance, results of operations, financial position, and the achievement of our strategic objectives.***

The continued effects of the COVID-19 pandemic and measures taken in response by governments and businesses worldwide to contain its spread have adversely impacted and may continue to adversely impact our supply chain, manufacturing, logistics, workforce and operations, as well as the operations of our suppliers, dealers and customers. There is continued uncertainty regarding the duration, scope and severity of the pandemic, particularly with the emergence of new variants of COVID-19 and periodic spikes in COVID-19 cases in various geographic regions, and the impacts on our business and the global economy from the effects of the pandemic and response measures. Travel and logistics restrictions, lockdowns, vaccine requirements and other measures from time

13

Table of Contents

to time implemented by foreign and domestic authorities have resulted in, and may continue to result in, supply chain and transportation disruptions, production delays and capacity limitations for the Company and some of our suppliers, dealers and customers, as well as reduced workforce availability or productivity, and additional data, information and cyber security risks associated with an extensive workforce working remotely.

The degree to which the pandemic ultimately impacts our business, financial condition and results of operations and the global economy will depend on future developments beyond our control, which are highly uncertain and difficult to predict, including the severity, duration and any resurgence of the pandemic, the extent, duration and effectiveness of periodic lockdowns and other containment actions, the availability, public adoption and efficacy of COVID-19 vaccines, how quickly and to what extent normal economic and operating activity can resume, and the severity and duration of resulting global economic volatility. We believe the most significant elements of uncertainty are the intensity and duration of the impact on project installation by our customers, commercial and consumer spending as well as the ability of our sales channels, supply chain, manufacturing, and distribution to continue to operate with minimal disruption, all of which could negatively impact our financial position, results of operations, cash flows and outlook.

**Risks Related to Our Liquidity**

***Our cash flows have been, and may continue to be, negatively impacted by increases in working capital requirements as a result of supply chain disruptions as well as the general economic environment, cumulatively resulting in increased supply and logistics costs, among other implications.***

During the fiscal year 2022 and continuing through the date hereof, we have seen increases in our working capital requirements due to rising input costs, such as logistics and raw materials, and supply chain disruptions, that can be attributed in part to the volatility and disruption caused by the COVID-19 pandemic, as well as the ongoing war in Ukraine. The solar industry in general is volatile, which can be attributed in part to these factors. We also attribute increases in our working capital requirements to our development of new supplier relationships and the preparation and ramp up of new production capacities. Our working capital needs may be greater than we currently anticipate if sales and associated receipt of cash proceeds are delayed, payment terms to vendors are shorter than anticipated, credit facilities which we rely on for short-term working capital funding are terminated or not renewed upon expiry, transit times continue to be extended, our costs of supply and logistics continue to increase or if we decide to hold more buffer stocks or accelerate increases in our manufacturing capacity internally or through capital contributions to joint ventures. Any delays in shipment routes caused by COVID-19, the war in Ukraine or other factors, would also lead to more inventory in transit, which may result in delays in delivering our panels on time to customers which would in turn delay the timing of when we would receive payment for our products. See "Risk Factors – Risks Related to the COVID-19 Pandemic" and "Risk Factors – Risks Related to our Supply Chain." Such supply chain disruptions which are beyond our control have and may continue to impact our working capital commitments. For instance, we have and may continue to expend additional working capital to accumulate more buffer stocks of raw materials, semi-finished or finished goods to anticipate any delays or disruptions in shipping and meet additional shipping and delivery costs associated with a lengthened supply chain due to shipping delays. In particular, to date, our cost of revenue for IBC modules has been negatively impacted by the increase in logistics rates all along the supply chain and the increase in cost of certain raw materials such as glass, silicon, resin and aluminum, and our cost of revenue for Performance line modules that we have begun shipping out of our Mexicali facility face similar negative impacts. Additionally, the Huansheng JV has experienced similar supply chain cost increases for Performance line modules, which in certain cases have been passed along to us.

These conditions may continue or worsen, which could have a material and adverse effect on our business, results of operations and financial condition.

***We may be unable to obtain access to external financing necessary to make adequate capital expenditures necessary to improve our profitability, remain competitive and grow our business.***

To develop or scale new products, increase our manufacturing capacity, improve profitability, support future growth, achieve operating efficiencies, and maintain product quality, we must make significant capital and other

14

Table of Contents

investments in manufacturing technology, facilities and capital equipment, research and development, and product and process technology. Our manufacturing and assembly activities have required and will continue to require significant investment of capital and substantial engineering expenditures.

For fiscal 2023, we have planned for capital expenditures mainly relating to preparation for capacity expansion for our Maxeon 7 technology, completion of manufacturing capacity for Performance line panels to be sold in the U.S. market, completion of manufacturing capacity for our Maxeon 6 product platform, further development of Maxeon 7 technology and the operation of a pilot line, as well as various corporate initiatives. These manufacturing capacity expansions and product developments are necessary for us to improve our profitability, grow our business and remain competitive.

We have also announced plans to deploy a multi-GW factory in the United States to manufacture solar products for both the distributed generation ("DG") and utility-scale power plant markets. This investment plan requires significant expenditures and is contingent upon us securing the necessary financing and depends on several factors which are beyond our control, including the approval of our DOE loan guarantee application. There is no assurance that we will be successful in obtaining a final loan guarantee from the DOE. Even if the DOE loan guarantee is approved, we will still have to secure additional financing or otherwise fund these capital expenditures and there is no assurance that we will be able to do so in a timely manner, on favorable terms, or at all. Any additional debt also would need to be permissible under the terms of the indenture for our 7.5% Convertible First Lien Senior Secured Notes due 2027, which limits our ability incur additional indebtedness. See "—*A significant portion of our assets, including our intellectual property that we hold outside of the United States, have been pledged as collateral*." Further, any additional debt would result in increased expenses and collateralization and likely impose new restrictive covenants. As at January 1, 2023, we had incurred $1.7 million in securing the financing for this investment plan, which we will not be able to recover if we are unable to secure the necessary financing for this investment plan.

Our failure to secure additional financing would affect our ability to continue to make these planned capital expenditures, which we believe are necessary to grow our business and remain competitive, which would materially and adversely affect our business, results of operations and financial condition.

***The existence of substantial indebtedness could adversely affect our business, financial condition, and results of operations, as well as our ability to meet our payment obligations under our debt commitments.***

As of January 1, 2023, we had $459.2 million of debt outstanding, comprising mainly of $200.0 million outstanding under the Green Convertible Notes (as defined under "Item 5.B. Liquidity and Capital Resources") , $50.0 million outstanding under the SCB Agreement and $207.0 million debt under the 2027 Notes. Our debt obligations could have material consequences on our future operations, including:

- making it more difficult for us to meet our payment and other obligations under our outstanding debt;
- reducing the availability of our cash flows to fund working capital, capital expenditures and other general corporate purposes, and limiting our ability to obtain additional financing for these purposes;
- limiting our flexibility in planning for, or reacting to, and increasing our vulnerability to, changes in our business, the industry in which we operate and the general economy; and
- placing us at a competitive disadvantage compared with our competitors that have less debt or have lower leverage ratios.

Our ability to meet our payment and other obligations under our debt instruments depends on our ability to generate significant cash flows, which, to some extent, is subject to general economic, financial, competitive, legislative and regulatory factors as well as other factors that are beyond our control. We cannot assure you that our business will generate cash flows from operations, or that future borrowings will be available to us under our existing or any future debt instruments or otherwise, in an amount sufficient to enable us to meet our payment obligations under our debt obligations and to fund other liquidity needs. If we are unable to generate sufficient cash flows to service our debt obligations, we may need to refinance or restructure our debt or seek to raise additional capital. There can be no
assurance that we will be successful in any refinancing or debt restructuring effort.

15

***A significant portion of our assets, including our intellectual property that we hold outside of the United States, have been pledged as collateral.***

We have pledged a significant portion of our assets, including a significant portion of our intellectual property that we hold outside of the United States, as collateral to secure the 2027 Notes, and may pledge other assets to secure other indebtedness. The 2027 Notes' indenture contains, and other debt instruments we may enter into may contain, covenants that limit our ability to engage in specified types of transactions. These covenants would likely limit our ability to, among other things:

- • Incur certain additional indebtedness;
- • Make certain investments;
- • Sell or dispose of certain assets;
- • Grant liens; and
- • Consolidate, merge, sell or otherwise dispose of all or substantially all of our assets.

A breach of any of these covenants and certain other customary events of default, such as the failure to make principal or interest payment when due, among others, could result in the holders of the 2027 Notes or other indebtedness electing to declare all the outstanding principal amount of 2027 Notes or such other indebtedness, as the case may be, to become immediately due and payable, which could result in a material adverse effect on our financial condition. If we do not have sufficient funds to repay the amounts due under the 2027 Notes or such other indebtedness, the holders thereof may enforce on the relevant collaterals, including potentially the sale or licensing of the intellectual property that we hold outside of the United States, which will likely have a material adverse effect on our business operations and prospects. Events of default under the 2027 Notes or other indebtedness may result in, among other things, restructuring or other insolvency proceedings. In the event of such a proceeding or other reorganization of our debt, our creditors would have priority over our stockholders, and the value of our shares could be eliminated.

***We may be unable to raise the funds necessary to repurchase the Green Convertible Notes or 2027 Notes, as applicable, for cash following a fundamental change or pursuant to a mandatory redemption, or to pay any cash amounts due upon conversion.***

Holders of our Green Convertible Notes or 2027 Notes may require us to repurchase their Green Convertible Notes or 2027 Notes, as applicable, following a fundamental change at a cash repurchase price generally equal to the principal amount of the Green Convertible Notes or 2027 Notes, as applicable to be repurchased, plus accrued and unpaid interest, if any. Furthermore, upon conversion of any Green Convertible Notes or 2027 Notes, as applicable, we will satisfy part or all of our conversion obligation in cash unless we elect to settle conversions solely in Maxeon shares. We may not have enough available cash or be able to obtain financing at the time we are required to repurchase or redeem the Green Convertible Notes or 2027 Notes, as applicable, or pay the cash amounts due upon conversion. In addition, applicable law, regulatory authorities and any new or amendments to existing agreements governing our other indebtedness may restrict our ability to repurchase or redeem the Green Convertible Notes or 2027 Notes, as applicable, when required or to pay the cash amounts due upon conversion. Our failure to repurchase or redeem Green Convertible Notes or 2027 Notes, as applicable, or to pay the cash amounts due upon conversion when required will constitute a default under the indenture governing the Green Convertible Notes or 2027 Notes, as applicable. A default under the indentures or the fundamental change itself could also lead to a default under agreements governing our other indebtedness, which may result in that other indebtedness becoming immediately payable in full. We may not have sufficient funds to satisfy all amounts due under our debt agreements.

***We may be classified as a U.S. corporation for U.S. federal income tax purposes under Section 7874 of the Code, which could result in Maxeon being subject to U.S. federal income tax indefinitely.***

Section 7874 of the Code may cause a corporation organized outside the United States to be treated as a U.S. corporation (and, therefore, taxable in the United States) unless one or more exceptions apply. The application of Section 7874 of the Code and its various exceptions are complex and subject to factual and legal uncertainties, with respect to some of which the U.S. Internal Revenue Service ("IRS") has yet to issue guidance. Based on facts as they presently exist, we do not expect Section 7874 to apply to us. However, if we were to be treated as a U.S. corporation for U.S. federal income tax purposes, we would be subject to U.S. corporate income tax on our

16

Table of Contents

worldwide income and the income of our non-U.S. subsidiaries would be subject to U.S. tax when deemed recognized under the U.S. federal income tax rules for controlled foreign subsidiaries. See "Item 10.E. Taxation—Material U.S. Federal Income Tax Considerations—Treatment of Maxeon as a U.S. Company for U.S. Federal Income Tax Purposes."

*Failure to meet hiring, capital spending and other requirements to utilize tax incentives provided to us in Singapore, Malaysia and the Philippines, or to avail ourselves of tax incentives in other jurisdictions, could adversely affect our results.*

As part of establishing our corporate headquarters in Singapore, we were awarded certain incentives from Singapore's Economic Development Board ("EDB"). These include favorable tax treatment and other forms of financial and operational support. Such incentives are contingent on our meeting employee hiring and capital expenditure requirements in Singapore. Failure to meet any conditions of our incentives in Singapore may result in us losing any tax benefits provided to us by the EDB, which could have an adverse effect on our business, financial condition and results of operations.

We have benefitted from a tax holiday granted by the Malaysian government, subject to certain hiring, capital spending, and manufacturing requirements. The third and final five-year tranche of this incentive was granted a 70% tax exemption and will expire on June 30, 2026. Malaysian Investment Development Authority ("MIDA") and the Company have been in discussions on additional conditions required to reinstate the full tax exemption that the Company was granted previously. We have agreed to the conditions for such reinstatement with MIDA and are waiting for formal approval from the Malaysian Government. Given the fiscal year 2021 tax returns for our Malaysian subsidiary were due in the third quarter of fiscal year 2022 ended October 2, 2022, and formal approval has not been received, we recorded income tax provisions based on the 70% tax exemption incentive for our Malaysian subsidiary. If we are ever found noncompliant with our final tranche of incentives by MIDA, we could be subject to the 70% tax rate, which could materially and adversely impact our business, financial condition and results of operations.

Our Philippine income tax holiday expired in 2020. However, we continue to qualify for a 5% preferential tax rate on gross income attributable to activities covered by our Philippine Economic Zone Authority ("PEZA") registration. The Philippine net income attributable to all other activities is taxed at the statutory Philippine corporate income tax rate, which is currently 25%. We need to comply with PEZA requirements and be in good standing to utilize the 5% preferential tax rate on gross income.

More generally, with the ongoing discussions around the Organization for Economic Development and Cooperation's ("OECD") Base Erosion and Profit Shifting ("BEPS") study ("Actions"), many OECD countries and members of the inclusive framework on BEPS have acknowledged their intent to support the Actions. Among the considerations required by the Actions is the need for a global minimum tax rate. Depending on the implementation of the said Actions, the Company's tax incentives may be affected, which outcome may have a negative effect on our financial position, liquidity and results of operations.

**Risks Related to Our Supply Chain**

*We will continue to be dependent on a limited number of third-party suppliers for certain raw materials and components for our products, and increases in the costs for, or shortages in the availability of, raw materials and components required for our solar products could prevent us from delivering our products to our customers within required timeframes and could in turn result in sales and installation delays, cancellations, penalty payments, and loss of market share.*

We rely on a limited number of third-party suppliers for certain raw materials and components for our solar cells, panels and power systems, such as polysilicon, silicon wafers, inverters and module material. Costs for raw materials and components required for our solar products have been volatile, as a result of limited polysilicon supply, increase in commodities' prices globally, for instance of glass, aluminum and copper, the war in Ukraine and COVID-19, which have increased the costs and impacted the overall supply of raw materials and components. Certain extraordinary events have in the past, disrupted also our supply chain and resulted in delays in the delivery

17

Table of Contents

of goods, stoppage of delivery and raised prices for the solar industry at large. For example, in September 2021, pursuant to the implementation of a new political strategy adopted in mainland China known as the "dual control of energy consumption policy of China", local governments initiated control policies on domestic industrial energy consumption. These policies forced numerous factories and plants that produce aluminum, glass, silicon and related materials to cut their productivity dramatically or stop production altogether. This previously unforeseen shortage of power supply in mainland China led to drastically reduced production and significant cost increases of raw materials for the solar industry. See "Risk Factors – *Risks Related to our Operations - We depend on our Huansheng JV for a portion of our Performance line solar panels and any failure to obtain sufficient volume or competitive pricing could significantly impact our revenues, ability to grow and damage our customer relationships.*" Changes in government trade policies, including with respect to import and export duties, may also increase our costs or reduce availability. If we are unable to mitigate the impacts of our suppliers' cost increases or supply shortages, we may be unable to manufacture our products, or our products may be available only at a higher cost or after a delay. We may be unsuccessful in achieving higher prices from our customers to compensate for the increased costs, which could have a material and adverse effect on our businesses, financial condition and results of operation.

Additionally, if we fail to maintain our relationships with our suppliers or to build relationships with new suppliers, or if suppliers fail to perform or are unable to meet demand through industry consolidation, our supply chain could be disrupted.

To the extent the processes, materials or technology that our suppliers use to manufacture components are proprietary, we may be unable to obtain comparable components from alternative suppliers. In addition, our suppliers could be unable or unwilling to raise capital if required to expand their production or satisfy their operating capital requirements. As a result, they could be unable to supply necessary raw materials, inventory, finished products, capital equipment or other items required to support our planned sales operations, which could in turn materially and adversely impact our sales volume, profitability, and cash flows. The failure of a supplier to supply raw materials or components at all, on commercially reasonable terms, or according to our quality, quantity, timing, volume and cost requirements could impair our ability to manufacture our products, increase our cost of production or decrease the profitability of our products. If we cannot obtain substitute materials or components on a timely basis or on acceptable terms, we could be prevented from delivering our products to our customers within required timeframes.

Any such delays could result in sales and installation delays, cancellations, inability to retain customers, increased manufacturing costs, penalty payments or loss of revenue and market share, any of which could have a material and adverse effect on our business, financial condition and results of operations.

***Fluctuations in the demand for our products may cause impairment of long-lived assets or cause us to write off equipment or inventory, and each of these events could materially and adversely affect our financial results.***

If the demand for our solar products decreases, our manufacturing capacity could be underutilized, and we may be required to record an impairment of our long-lived assets, including facilities and equipment, which would increase our expenses. In improving our manufacturing processes consistent with our cost reduction roadmap, we may be required to write off equipment that is removed from the manufacturing process. As part of our supply chain management, we may increase inventory levels in an effort to mitigate component shortages or supply chain disruptions. If product demand decreases or we fail to forecast demand accurately, we could be required to write off inventory or record excess capacity charges, which could have a negative impact on our gross margin. Factory-planning decisions may shorten the useful lives of long-lived assets, including facilities and equipment, and cause us to accelerate depreciation. Each of the above events could materially and adversely affect our future financial results.

Table of Contents

**Risks Related to Our Operations**

***Our success depends on the continuing contributions of our key personnel and our ability to attract and retain qualified personnel in our industry.***

We rely heavily on the services of our key executive officers, and the loss of services of any principal member of our management team could adversely affect our operations. We have invested and continue to invest significant resources in recruiting and developing new members of management following the Spin-off. The competition for qualified personnel is intense in our industry. We may not be successful in attracting and retaining sufficient numbers of qualified personnel to support our anticipated growth. We cannot guarantee that any employee will remain employed with us for any definite period of time since many of our employees, including our key executive officers, serve at-will and may terminate their employment at any time for any reason. In addition, recruiting and retaining qualified personnel for our research and development facilities in Singapore and Silicon Valley is vital to our research and development efforts. There is substantial competition for qualified research personnel, and we may not be able to attract or retain qualified research personnel. Any failure by us to efficiently and effectively recruit and retain key personnel could have an adverse effect on our business, financial condition and results of operations.

***We derive a significant portion of our revenues from our largest customers and are subjected to concentration of credit risk.***

Historically, we have relied on a limited number of customers for a substantial portion of our revenue. During fiscal year 2022, SunPower accounted for 26.7% of our total revenue and 9.6% of our accounts receivable as of January 1, 2023. Two other customers accounted for at least 10% of accounts receivable as of January 1, 2023 and no other customer accounted for at least 10% of revenue for fiscal year 2022. The loss of any of our significant customers, their inability to perform under their agreements, their default in payment or the renegotiation of any of their agreements, could have a material and adverse effect on our financial results.

Because we rely on key customers for a significant portion of our revenues and accounts receivable, we depend on the creditworthiness of these customers. If the financial condition of our customers declines, our credit risk could increase. Should one or more of our significant customers declare bankruptcy, it could materially and adversely affect the collectability of our accounts receivable and our allowance for credit losses, cash flows and net income.

We entered into a supply agreement with SunPower, effective from February 14, 2022, as amended on January 5, 2023, (the "2022/2023 Supply Agreement"), which terminated and replaced the supply agreement which we entered into with SunPower in connection with the Spin-off pursuant to which we supply SunPower with IBC Modules for use in residential installations in Canada and the United States (excluding Puerto Rico, American Samoa, Guam, the Northern Mariana Islands and the U.S. Virgin Islands) (the "Domestic Territory"). On January 5, 2023, we also entered into a new supply agreement with SunPower (the "2024/2025 Supply Agreement" and together with the 2022/2023 Supply Agreement, the "SunPower Supply Agreements") pursuant to which we will supply SunPower with Maxeon 6 IBC Modules in the Domestic Territory in 2024 and 2025.

Under the SunPower Supply Agreements, SunPower is required to purchase, and we are required to supply, certain volumes of products during each calendar quarter of their respective terms. The proceeds generated under the SunPower Supply Agreements constitute a material portion of our revenues and margins, and the structure of the SunPower Supply Agreements were negotiated based on prevailing market conditions with volumes established based on SunPower's forecasted requirements. Should market conditions change prior to the end of term of the respective SunPower Supply Agreement, the performance of our obligations thereunder may materially and adversely affect our revenues and results of operations as compared to terms available in the market with other third parties. We may be under pressure to renegotiate the contract and may be subject to the risk of renegotiation by SunPower. There is also a risk that SunPower may not be able perform its obligations under the SunPower Supply Agreements. Similar to the supply agreement executed at Spin-off, the 2022/2023 Supply Agreement (as amended) also contains fixed pricing for 2022 and 2023 based on the power output (in watts) of the IBC Module, but the pricing has been updated to reflect current market trends. The 2022/2023 Supply Agreement also provides that either party may terminate undelivered volumes of Maxeon 6 IBC Modules during 2023 if the parties fail to reach an agreement adjusting pricing in the event of fluctuations in cost of polysilicon above a specified threshold. There is

19

no assurance that we will be able to reach an agreement on the pricing in 2023, or that the 2022/2023 Supply Agreement will not be terminated. The 2024/2025 Supply Agreement contains an indexed pricing provision that tracks five production commodities: polysilicon, aluminum, glass, transpacific container freight, and crude oil. Under this provision, the final price paid for the modules may be adjusted if actual commodities' prices as published in the identified indices differ from agreed baseline values. In the event that adjustments to the final module price result in an increase in or discount to the final module price above certain thresholds, we or SunPower, as the case may be, may have a right to elect to terminate the 2024/2025 Supply Agreement for convenience without penalty or damages subject to certain terms and conditions. If the parties decide to terminate either SunPower Supply Agreement or not to extend the term of either of these agreements, it may take time for us to rebuild customer demand for such products in the United States.

***We have significant global activities and customers, which subject us to additional business risks, including logistical complexity and political instability.***

Our sales are made to customers in over 100 countries, and similarly a substantial portion of our supply agreements are with supply and equipment vendors distributed globally. We have solar cell and module production lines located at our manufacturing facilities in Malaysia, Mexico, and the Philippines, and at our Huansheng JV, which operates in China.

Risks we face in conducting business on this global scale include:

- difficulty in competing against companies who may have greater financial resources and/or a more effective or established localized business presence and/or an ability to operate with minimal or negative operating margins for sustained periods of time;

- adverse public policies in countries we operate including multiple, conflicting, and changing laws and regulations, export and import restrictions, employment laws, environmental protection, regulatory requirements, international trade agreements, and other government approvals, permits and licenses;

- potential disruptions due to labor disputes;

- difficulties and costs in staffing such as identifying, attracting, training, and retaining qualified sales, technical, research & development and other personnel and managing foreign operations as well as cultural differences;

- relatively uncertain legal systems, including potentially limited protection for intellectual property rights, and laws, changes in the governmental incentives we rely on, regulations and policies which impose additional restrictions on the ability of foreign companies to conduct business in certain countries or otherwise place them at a competitive disadvantage in relation to domestic companies;

- inadequate local infrastructure and developing telecommunications infrastructures;

- financial risks, such as longer sales and payment cycles and greater difficulty collecting accounts receivable;

- currency fluctuations, government-fixed foreign exchange rates, the effects of currency hedging activity, and the potential inability to hedge foreign currency fluctuations;

- political, social and economic instability, including wars, such as the war in Ukraine, acts of terrorism, political unrest, boycotts, curtailments of trade and other business restrictions, as well as natural disasters or outbreaks of disease, such as the existing COVID-19 pandemic;

- trade barriers such as export requirements, tariffs, taxes and other restrictions and expenses, which could increase the prices of our products and make us less competitive in some countries;

20

Table of Contents

- business climates that may have the effect of putting foreign companies at a disadvantage relative to domestic companies; and

- liabilities associated with compliance with laws (for example, foreign anti-bribery laws).

We have a complex organizational structure involving many entities globally. This increases the potential impact of adverse changes in laws, rules and regulations affecting the free flow of goods and personnel, and therefore heightens some of the risks noted above. Further, this structure requires us to effectively manage our international inventory and warehouses. If we fail to do so, our shipping movements may not correspond with product demand and flow. If changes in law, regulations or related interpretations occur, this may result in adverse tax or other consequences affecting our capital structure, intercompany interest rates and legal structure. If we are unable to successfully manage any such risks, any one or more could materially and negatively affect our business, financial condition and results of operations.

***We could be adversely affected by any violations of anti-bribery laws.***

The countries in which we operate also have anti-bribery laws, some of which prohibit improper payments to government and non-government persons and entities. Our policies mandate compliance with these anti-bribery laws. We operate in parts of the world that have experienced governmental corruption to some degree and, in certain circumstances, strict compliance with anti-bribery laws may conflict with local customs and practices. In addition, due to the level of regulation in our industry, our entry into new jurisdictions through internal growth or acquisitions requires substantial government contact where norms can differ from standards that exist in the United States and elsewhere. While we implement policies and procedures and conduct training that require and facilitate compliance with these anti-bribery laws, thereby mitigating the risk of violations of such laws, our employees, subcontractors and agents may take actions in violation of our policies and anti-bribery laws. Any such violation, even if prohibited by our policies, could subject us to criminal or civil penalties or other sanctions, which could have a material and adverse effect on our business, financial condition, cash flows, and reputation.

***If we experience interruptions in the operation of our solar cell or module production lines or in the execution of our manufacturing expansion plans, our revenue and results of operations may be materially and adversely affected.***

If our solar cell or module production lines suffer problems that cause downtime, or our manufacturing expansion plans encounter delays or difficulties in execution, we might be unable to meet our production or capacity expansion targets, which could materially and adversely affect our business.

In order to expand our capacity to produce Performance line shingled module technology for use in the United States market, aimed at large-scale commercial and utility-scale power plant markets, we have been expanding our Malaysia cell manufacturing facility to add up to 1.8 GW of mono-PERC solar cells and upgrading our assembly facility in Mexico with equivalent module assembly capacity. We expect to ramp up our production capacity of mono-PERC solar cells to 1.8 GW during 2023. To the extent we are further delayed in our projected production schedule, or fail to achieve our projected production volumes, or fail to renegotiate with customers on revised delivery schedules, we may suffer significant liquidated damages for the volumes we have contractually committed, face additional risks resulting from our failure to meet customers' demand and significantly impair our plans for entering the large-scale commercial and utility-scale power plant markets in the United States and our plans for growth in that market. Delays in the ramp up of our production capacity may also delay or prevent us from achieving our target cost reductions.

The Company is considering adding incremental capacity for the manufacture of Maxeon 7 products rather than retrofitting existing lines. The Company is considering adding this incremental capacity at one of its Philippines cell manufacturing facilities that is currently not in use. We are currently in the process of making the necessary preparations for this capacity expansion and have reserved a portion of our 2023 planned capex for that purpose. We have also announced plans to deploy a multi-GW factory in the United States to manufacture solar products for both the DG and utility-scale power plant markets, contingent upon us securing the necessary funding and other factors beyond our control. If we are able to secure the necessary funding, to the extent we are delayed in our projected

21

Table of Contents

production schedule, or fail to achieve our projected production volumes, our plans for the manufacture of Maxeon 7 products or growth in the United States market may be significantly impaired.

Our manufacturing activities and execution of our manufacturing expansion plans require significant management attention, significant capital expenditures and substantial engineering expenditures.

The success of our manufacturing operations and execution of our manufacturing expansion plans is subject to significant risks including:

- cost overruns, delays, supply shortages, equipment problems and other operating difficulties;

- custom-built equipment may take longer or cost more to engineer than planned and may never operate as designed;

- incorporating first-time equipment designs and technology improvements, which we expect to lower unit capital and operating costs, but which may not be successful;

- our ability to obtain or maintain third-party financing to fund capital requirements;

- difficulties in maintaining or improving our historical yields and manufacturing efficiencies;

- difficulties in protecting our intellectual property and obtaining rights to intellectual property developed by our manufacturing partners;

- difficulties in hiring and retaining key technical, management, and other personnel;

- impacts that may arise from, and actions taken in response to, natural disasters, epidemics or pandemics, including the temporary idling of our solar cell and module production lines located at our manufacturing facilities in Malaysia, Mexico and the Philippines, and the facilities of our Huansheng JV in China;

- potential inability to obtain, or obtain in a timely manner, financing, or approvals from governmental authorities for operations;

- increased costs and extended timelines for the upgrades of our cell and module production lines to our next-generation technologies; and

- tariffs imposed on imported solar cells and modules which may cause market volatility, price fluctuations, supply shortages, and project delays.

Any of these or similar difficulties may unexpectedly delay or increase costs of our supply of solar cells or costs of execution of our manufacturing expansion plans or delay or prevent us from achieving target cost reductions.

***A disruption in our supply chain for silicon wafers could interrupt or impair our ability to manufacture solar cells and modules, including for the United States market, and could prevent us from delivering our products to our customers within required timeframes and could in turn result in sales and installation delays, cancellations, penalty payments, and loss of market share.***

A key raw material used in our solar cell and module production process is polysilicon. Xinjiang is the source of a significant percentage of the world's supply of polysilicon; however in the United States and certain other countries, laws have been enacted or proposed which effectively prohibit imports of any goods made in, or incorporating material made in, Xinjiang, including for example, the Uyghur Forced Labor Prevention Act which went into effect in the United States on June 21, 2022.

The PRC government has denied the allegations of forced labor in Xinjiang and in June 2021, the PRC government passed the Anti-Foreign Sanctions Law, allowing Chinese authorities to enact countermeasures on entities they believe have harmed China. While the Company is not subject to such countermeasures, this affected

22

Table of Contents

the global supply of polysilicon and silicon wafers as there are a limited number of third-party suppliers globally that are able to supply polysilicon sourced that can be verified as not being associated with inputs from Xinjiang.

The Company purchases silicon wafers for use in the manufacture of its solar cells and modules. See "Item 7.B. Related Party Transactions – Agreements with TZE - Silicon Wafer Master Supply Agreement." The Company is committed to maintaining compliance with all applicable laws and regulations and hence it is limited to working with third party suppliers of silicon wafers made from polysilicon sourced outside of Xinjiang and not otherwise made with inputs from forced labor.

Given the scarcity of polysilicon which has been sourced from outside of Xinjiang, its price has remained high even though the global supply of polysilicon has increased significantly, and the average price of polysilicon has decreased.

The Company may also experience interruption to its supply of silicon wafers due to, amongst other reasons:

- such third party suppliers may not be able to meet our production needs consistently or on a timely basis;

- compared with us, some of our competitors who also purchase polysilicon or silicon wafers from our suppliers have longer and stronger relationships with, and have greater buying power and bargaining leverage over, some of our key suppliers;

- such third party suppliers of silicon wafers may not be able to themselves source polysilicon from outside of Xinjiang, on commercially reasonable terms or at all;

- such third party suppliers may not be able to provide us sufficient verifiable information for us to be able to prove to authorities in the United States or elsewhere that the sources of our silicon wafers are compliant with applicable laws and regulations; and

- our supply of silicon wafers is subject to the business risk of our suppliers, and one or more of which could go out of business for reasons beyond our control.

Our failure to obtain the required amounts of silicon wafers incorporating polysilicon that meets our requirements, in a timely manner and on commercially reasonable terms, could increase our manufacturing costs and substantially limit our ability to meet our contractual obligations to our customers. Any failure by us to meet such obligations could have a material adverse effect on our reputation, ability to retain customers, market share, business and results of operations and may subject us to claims from our customers and other disputes. Furthermore, our failure to obtain sufficient would result in under-utilization of our production facilities and an increase in our marginal production costs. Any of the above events could have a material adverse effect on our growth, profitability and results of operations.

***If we do not achieve satisfactory yields or quality in manufacturing our solar products, our sales could decrease and our relationships with our customers and our reputation may be harmed.***

The manufacture of solar cells is a highly complex process. Minor deviations in the manufacturing process can cause substantial decreases in yield and in some cases, cause production to be suspended or yield no output. If we do not achieve planned yields, our product costs could increase and product availability could decrease, which could result in lower revenues than expected. In addition, in the process of transforming polysilicon into ingots, a significant portion of the polysilicon is removed in the process. In circumstances where we provide the polysilicon, if our suppliers do not have very strong controls in place to ensure maximum recovery and utilization, our economic yield can be less than anticipated, which could increase the cost of raw materials to us.

Additionally, products as complex as ours may contain undetected errors or defects, especially when first introduced. For example, our solar cells or solar panels may contain defects that are not detected until after they are shipped or are installed because we cannot test for all possible scenarios. These defects could cause us to incur significant warranty, non-warranty, recall and re-engineering costs, divert the attention of our engineering personnel from product development efforts, and significantly affect our customer relations and business reputation. If we deliver solar products with errors or defects, including cells or panels of third-party manufacturers, or if there is a

23

Table of Contents

perception that such solar products contain errors or defects, our credibility and the market acceptance and sales of our products could be harmed. We could also be required to implement product recalls under applicable law, which could materially and adversely affect our results of operations and financial condition.

***We obtain certain of our capital equipment used in our manufacturing process from sole suppliers and if this equipment is damaged or otherwise unavailable, our ability to deliver products on time could suffer, which in turn could result in order cancellations and loss of revenue.***

Some of the capital equipment used in the manufacture of our solar power products has been developed and made specifically for us, is not readily available from multiple vendors and would be difficult to repair or replace if it were to become damaged or stop working. If any of these suppliers were to experience financial difficulties or go out of business, or if there were any damage to or a breakdown of our manufacturing equipment, our business could suffer. In addition, a supplier's failure to supply this equipment in a timely manner, with adequate quality and on terms acceptable to us, could delay our future capacity expansion or manufacturing process improvements and otherwise disrupt our production schedule or increase our costs of production.

***Fluctuations in foreign currency exchange rates and interest rates could materially and adversely affect our business and results of operations.***

We have significant sales globally, and we are exposed to movements in foreign exchange rates, primarily related to sales to European customers that are denominated in Euros. Depreciation of the Euro would adversely affect our margins on sales to European customers. In addition, we have manufacturing operations in Malaysia, Mexico and the Philippines, and are subject to the risks of the respective currency fluctuations of these countries as we purchase supplies and incur other operational expenses in local currencies. We also purchase Performance line solar panels from our Huansheng JV in China for which the expenses are denominated in currencies other than the U.S. dollar. When foreign currencies appreciate against the dollar, inventories and expenses denominated in foreign currencies become more expensive. An increase in the value of the dollar relative to foreign currencies could make our solar power products more expensive for international customers, thus potentially leading to a reduction in demand, and impacting our sales and profitability. As a result, substantial unfavorable changes in foreign currency exchange rates could have a material and adverse effect on our financial condition and results of operations. Although we seek to reduce our currency exposure by engaging in hedging transactions where we deem it appropriate, we do not know whether our efforts will be successful. Because we hedge some of our expected future foreign exchange exposure, if associated revenues do not materialize, we could experience losses. In addition, any break-up of the Eurozone could disrupt our sales and supply chain, expose us to financial counterparty risk, and materially and adversely affect our results of operations and financial condition.

We are exposed to interest rate risk because many of our customers depend on debt financing to purchase our solar power systems. Additionally, due to recent increases in inflation, certain governmental authorities responsible for administering monetary policy have recently increased, and are likely to continue to increase, applicable central bank interest rates. For example, U.S. Federal Reserve raised various interest rates during 2022 including US Federal Reserve Interest on Reserve Balances to 4.4 percent effective December 15, 2022. An increase in the benchmark rate would result in an increase in market interest rates. An increase in interest rates could make it difficult for our customers to obtain the financing necessary to purchase our solar power systems on favorable terms, or at all, and thus lower demand for our solar power products, reduce revenue and adversely affect our operating results. An increase in interest rates could lower a customer's return on investment in a system or make alternative investments more attractive relative to solar power systems, which, in each case, could cause our customers to seek alternative investments that promise higher returns or demand higher returns from our solar power systems, which could reduce our revenue and gross margin and adversely affect our operating results. Our interest expense would increase to the extent interest rates rise in connection with our variable interest rate borrowings. If in the future we have a need for significant borrowings and interest rates increase, our cost of capital would increase which may lower our margins. Conversely, lower interest rates have an adverse impact on our interest income.

***We may be unable to successfully implement price increases to offset inflation and, as a result, our businesses and financial position and results of operations could be adversely affected.***

24

We have experienced rising inflationary pressures since 2021. Cost inflation, including increases in ocean container rates, raw material prices, labor rates, energy and domestic transportation costs threaten to impact our profitability and our ability to recover these cost increases through price increases may continue to lag, resulting in downward pressure on our margins. To date, our cost of revenue for our solar power products has been negatively impacted by the increase in cost of certain raw materials such as glass, silicon, and aluminum. In certain of our supply agreements, including the 2024/2025 Supply Agreement with SunPower, we have introduced an indexed pricing provision that tracks five production commodities: polysilicon, aluminum, glass, transpacific container freight, and crude oil (the "indexed pricing provision"). Under this contractual provision, the final price paid for the modules may be adjusted if actual commodities' prices as published in the identified indices on the first calendar day of the prior quarter differ from agreed baseline values. Subject to an agreed allowance for any commodity price fluctuations, the negative impact to our cost of revenue by cost inflation would be reduced as higher commodity pricing will require the final module price to be adjusted higher; while lower commodity pricing will require a discount to the final module price. We and our counterparties to these supply agreements have the right to elect to terminate the supply agreement for convenience without penalty or damages if the adjustments to the module price exceed an agreed threshold. We will only be able to realize the benefits of this indexed pricing provision if our costs for the raw materials track the values of such commodities in the identified indices closely. If we incur costs for raw materials that significantly exceed the values of the commodities in the identified indices, we may not be able to recover our costs to the extent that they exceed such values in the identified indices. There can be no assurance that in circumstances where adjustments to the module price exceed an agreed threshold, we will be willing or able to reach an agreement on pricing with our counterparty and avoid termination of the supply agreement. Should any of these supply agreements be terminated, our businesses and financial position and results of operations could be adversely affected.

Under the 2022/2023 Supply Agreement, as amended, fixed pricing was established for 2022 and updated for 2023, and either party may terminate undelivered volumes of Maxeon 6 IBC Modules during 2023 if the parties fail to reach an agreement adjusting pricing in the event of fluctuations in cost of polysilicon above a specified threshold. The 2024/2025 Supply Agreement contains the indexed pricing provision described above. In the event that adjustments to the final module price result in an increase in or discount to the final module price above certain thresholds, we or SunPower, as the case may be, may have a right to elect to terminate the 2024/2025 Supply Agreement for convenience without penalty or damages subject to certain terms and conditions. Should this occur, there can be no assurance that we will be able to reach an agreement on pricing with SunPower and should either SunPower Supply Agreement be terminated, our businesses and financial position and results of operations could be adversely affected. See "*Risk Factors – Risks Related to Our Operations - We derive a significant portion of our revenues from our largest customers and are subjected to concentration of credit risk.*" Any price increases we undertake are also limited by the selling prices of our competitors, and as our selling prices are currently already higher than a number of our competitors, it would be challenging to further increase our pricing whilst still maintaining our competitiveness. Any attempts to offset cost increases with price increases may also result in reduced sales, increase customer dissatisfaction or otherwise harm our reputation. Conversely, while any increase in electricity rates as a result of inflationary pressures could cause our products to become more competitive by comparison, there is no assurance that this will result in a corresponding positive impact on our revenue.

***Our use of joint ventures may expose us to risks associated with jointly owned investments.***

We currently operate parts of our business through joint ventures with other companies, and we may enter into additional joint ventures and strategic alliances in the future. Joint venture investments may involve risks not otherwise present in investments made solely by us, including:

- we may not control the joint ventures;

- our joint venture partners may not agree to distributions that we believe are appropriate;

- where we do not have substantial decision-making authority, we may experience impasses or disputes with our joint venture partners on certain decisions, which could require us to expend additional resources to resolve such impasses or disputes, including litigation or arbitration;

25

Table of Contents

- our joint venture partners may become insolvent or bankrupt, fail to fund their share of required capital contributions or fail to fulfil their obligations as a joint venture partner;

- the arrangements governing our joint ventures may contain certain conditions or milestone events that may never be satisfied or achieved;

- our joint venture partners may have business or economic interests that are inconsistent with ours and may take actions contrary to our interests;

- we may suffer losses as a result of actions taken by our joint venture partners with respect to our joint venture investments;

- it may be difficult for us to exit a joint venture if an impasse arises or if we desire to sell our interest for any reason; and

- we may make capital investments in our joint ventures, which may limit our ability to apply our resources to other endeavors that we find attractive, or decide not to participate in capital investments with our joint venture partners which may result in the dilution of our ownership and corresponding impact to our decision-making authority and share of future profits or losses.

Any of the foregoing risks could have a material and adverse effect on our business, financial condition and results of operations. In addition, we may, in certain circumstances, be liable for the actions of our joint venture partners.

***We depend on our Huansheng JV for a portion of our Performance line solar panels and any failure to obtain sufficient volume or competitive pricing could significantly impact our revenues, ability to grow and damage our customer relationships.***

We rely upon our Huansheng JV for a portion of our Performance line modules. Huansheng operates as a standalone entity and we have significantly less oversight and control over its assembly and testing capacity, delivery schedules, quality assurance, manufacturing yields and production costs than if we operated as a vertically integrated business. With a single supply source other than our own production, we are more exposed to risks relating to costs, quality control and supply chain management than if we sourced from multiple suppliers. If the operations of our joint venture were disrupted or its financial stability impaired, or if it was unable or unwilling to devote supply to us in a timely manner, or at competitive prices, our costs could be impacted and our business could suffer. Events that disrupt production include the recent polysilicon plant fires, flooding and COVID-19 that impacted the overall supply of raw materials and components. This disruption in the supply chain has resulted in risks of delays in the delivery of goods, stoppage of delivery and raised prices for the solar industry at large. The increase in prices of raw materials such as aluminum, glass and silicon, as well as module-supply from Huansheng as a result of raw materials price increase increased our costs and diminished our profitability, and had a material and adverse effect on our financial condition and results of operation. The impact of this disruption is compounded by the effects of COVID-19 on supply chains generally. See the Risk Factor titled "*The COVID-19 pandemic has had an adverse impact on, and may continue to adversely impact, our business, operations, and financial performance, as well as on the business operations and financial performance of many of our suppliers, dealers and customers. We are unable to predict the extent to which the pandemic and related impacts will continue to adversely impact our business operations, financial performance, results of operations, financial position, and the achievement of our strategic objectives.*". Currently, we are unable to foresee the extent of the impact such measures will have on our business, financial condition and results of operations or for how long such measures will be implemented by the PRC governments. We will continue to assess the situation and take steps as necessary to lessen the impact of these measures on our business. We also risk customer delays resulting from an inability to move module production to an alternate provider, and it may not be possible to obtain sufficient capacity or comparable production costs at another facility in a timely manner. In addition, migrating our design methodology to third-party contract manufacturers or to a captive panel assembly facility could involve increased costs, resources and development time, and utilizing third-party contract manufacturers could expose us to further risk of losing control over our intellectual property and the quality of our solar panels. Any reduction in the supply of solar panels could impair our revenue by significantly delaying our ability to ship products and potentially damage our relationships

with new and existing customers, any of which could have a material and adverse effect on our financial condition and results of operation.

***While we believe we currently have effective internal control over financial reporting, we may identify a material weakness in our internal control over financial reporting that could cause investors to lose confidence in the reliability of our financial statements and result in a decrease in the value of our shares.***

Our management is responsible for maintaining internal control over financial reporting designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of combined financial statements for external purposes in accordance with GAAP. They are also responsible, in accordance with the Singapore Companies Act, for keeping accounting and other records that will sufficiently explain the transactions and financial position of Maxeon, establishing true and fair financial statements to be prepared from time to time and maintaining that records be kept in such manner as to enable them to be conveniently and properly audited. We need to continuously maintain our internal control processes and systems and adapt them as our business grows and changes. This process is expensive, time-consuming, and requires significant management attention. Furthermore, as we grow our business, our internal controls may become more complex and we may require significantly more resources to ensure they remain effective. Failure to implement required new or improved controls, or difficulties encountered in their implementation could harm our operating results or cause us to fail to meet our reporting obligations. If we or our independent registered public accounting firm identify material weaknesses in our internal controls, the disclosure of that fact, even if quickly remedied, may cause investors to lose confidence in our financial statements and the trading price of our shares may decline.

Remediation of a material weakness could require us to incur significant expense and if we fail to remedy any material weakness, our financial statements may be inaccurate, our ability to report our financial results on a timely and accurate basis may be adversely affected, our access to the capital markets may be restricted, the trading price of our shares may decline, and we may be subject to sanctions or investigation by regulatory authorities, including the SEC or NASDAQ. We may also be required to restate our financial statements from prior periods.

***We may in the future be required to consolidate the assets, liabilities and financial results of certain of our existing or future joint ventures, which could have an adverse impact on our financial position, gross margin, and operating results.***

The Financial Accounting Standards Board has issued accounting guidance regarding variable interest entities ("VIEs") that could affect our accounting treatment of our existing and future joint ventures. To ascertain whether we are required to consolidate an entity, we determine whether it is a VIE and if we are the primary beneficiary in accordance with the accounting guidance. Factors we consider in determining whether we are the VIE's primary beneficiary include the decision-making authority of each partner, which partner manages the day-to-day operations of the joint venture and each partner's obligation to absorb losses or right to receive benefits from the joint venture in relation to that of the other partner. Although we presently do not have any VIE arrangements, other than in Philippines, for which we consolidate SPML Land Inc., there is no assurance that we will not enter into similar VIE arrangements or make other similar forms of equity investments in the future.

Changes in the financial accounting guidance, or changes in circumstances at each of these joint ventures, could lead us to determine that we have to consolidate the assets, liabilities and financial results of such joint ventures. The consolidation of our VIEs could have a material adverse impact on our financial position, gross margin and operating results and could significantly increase our indebtedness. In addition, we may enter into future joint ventures or make other equity investments, which could have an adverse impact on us because of the financial accounting guidance regarding VIEs.

***Our manufacturing facilities, as well as the facilities of certain subcontractors and suppliers, are located in regions that are subject to epidemic or pandemic events, earthquakes, floods, and other natural disasters, and climate change and climate change regulation that could have an adverse effect on our operations and financial results.***

Our manufacturing facilities are located in Malaysia, Mexico and the Philippines, and our Huansheng JV operates in China. Any significant epidemic or pandemic (including the ongoing COVID-19 pandemic), earthquake,

27

Table of Contents

flood, or other natural disaster in these countries or countries where our suppliers are located could materially disrupt our operations and/or our production capabilities, could result in damage or destruction of all or a portion of our facilities and could result in our experiencing a significant delay in delivery, or substantial shortage, of our products and services. For example, ash and debris from volcanic activity at the Taal Volcano in the Philippines forced closures and evacuations of nearby areas in January 2020 and impacted our employees. In addition, certain modified business practices taken in response to the COVID-19 pandemic have affected our ability to conduct our business operations around the globe. Over the course of 2022, different variants of COVID-19, including the Delta variant and the Omicron variant of the COVID-19 virus, have led to increased incidence of COVID-19 around the world prompting continued quarantine measures. Given that our Huansheng JV operates in China, we have been subject to disruptions in our operations and supply chain as a result of COVID-19 related disruptions in China. There is no assurance that future outbreaks of COVID-19 will not materially impact our manufacturing operations in the future. See the Risk Factor titled "*The COVID-19 pandemic has had an adverse impact on, and may continue to adversely impact, our business, operations, and financial performance, as well as on the business operations and financial performance of many of our suppliers, dealers and customers. We are unable to predict the extent to which the pandemic and related impacts will continue to adversely impact our business operations, financial performance, results of operations, financial position, and the achievement of our strategic objectives.*"

In addition, legislators, regulators, and non-governmental organizations, as well as companies in many business sectors, are considering ways to reduce green-house gas emissions. Further regulation could be forthcoming with respect to green-house gas emissions. Such regulations could result in regulatory or product standard requirements for our global business, including our manufacturing operations. Furthermore, the potential physical impacts of climate change on our operations may include changes in weather patterns (including floods, tsunamis, drought and rainfall levels), water availability, storm patterns and intensities, and temperature levels. These potential physical effects may materially and adversely affect the cost, production, sales and financial performance of our operations.

***Compliance with environmental regulations can be expensive, and noncompliance with these regulations may result in adverse publicity and potentially significant monetary damages and fines.***

We use, generate and discharge toxic, volatile, and otherwise hazardous chemicals and wastes in our research and development and manufacturing activities and are subject to extensive environment laws and regulations at the international level. These environmental laws and regulations include those governing the discharge of pollutants into the air and water, the use, management, and disposal of hazardous materials and wastes, the cleanup of contaminated sites, and occupational health and safety. As we operate in jurisdictions worldwide, our environmental compliance burden may continue to increase both in terms of magnitude and complexity. We have incurred and may continue to incur significant costs in complying with these laws and regulations if we cannot secure a waiver therefrom. Any failure by us to control the use of, or to restrict adequately the discharge of, hazardous substances could subject us to, among other matters, potentially significant monetary damages and fines or liabilities or suspensions in our business operations. In addition, if more stringent laws and regulations are adopted (and we cannot get a waiver therefrom), the costs of compliance with these new laws and regulations could be substantial. For example, the U.S. Securities and Exchange Commission has proposed climate change disclosure rules that, if adopted, would impact disclosures U.S. publicly listed companies would have to make in accordance with Sections 13(a) and 15(d) of the Exchange Act. If we fail to comply with present or future environmental laws and regulations, we may be required to pay substantial fines, suspend production or cease operations, or be subjected to other sanctions.

***Our insurance for certain indemnity obligations we have to our officers and directors may be inadequate, and potential claims could materially and negatively impact our financial condition and results of operations.***

Pursuant to our constitution (the "Constitution"), and to the extent permitted by the Singapore Companies Act and applicable laws, we will indemnify our officers and directors for certain liabilities that may arise in the course of their service to us. Although we currently maintain director and officer liability insurance for certain potential third-party claims for which we are legally or financially unable to indemnify them, such insurance may be inadequate to cover certain claims, or may prove prohibitively costly to maintain in the future. In addition, we may choose to primarily self-insure with respect to potential third-party claims. If we were required to pay a significant amount on account of these liabilities for which we self-insured, our business, financial condition, and results of operations could be materially harmed.

Table of Contents

**Risks Related to Our Intellectual Property**

***We depend on our intellectual property, and we may face intellectual property infringement claims that could be time-consuming and costly to defend and could result in the loss of significant rights.***

From time to time, we, our customers, or our third parties with whom we work may receive letters, including letters from other third parties, and may become subject to lawsuits with such third parties alleging infringement of their patents or other intellectual property rights. Additionally, we are required by contract to indemnify some of our customers and our third-party intellectual property providers for certain costs and damages of patent infringement in circumstances where our products are a factor creating the customer's or these third-party providers' infringement liability. This practice may subject us to significant indemnification claims by our customers and our third-party providers. We cannot assure investors that indemnification claims will not be made or that these claims will not harm our business, operating results or financial condition. Intellectual property litigation is very expensive, unpredictable and time-consuming, could divert management's attention from our business, and could have a material adverse effect on our business, operating results or financial condition. If there is a successful claim of infringement against us, our customers or our third-party intellectual property providers, we may be required to pay substantial damages to the party claiming infringement, stop making, using, selling, importing or exporting products or technology that contain the allegedly infringing intellectual property, remove such products or technology from use, or enter into royalty or license agreements that may not be available on acceptable terms, if at all. Any judgments requiring equitable or legal remedies could materially damage our business. We may have to develop non-infringing technology, and our failure in doing so or in obtaining licenses to the proprietary rights on a timely basis could have a material adverse effect on our business, financial condition and results of operations.

***We may file or continue to pursue claims against other parties for infringing our intellectual property that may be very costly and may not be resolved in our favor.***

To protect our intellectual property rights and to maintain our competitive advantage, we may file or continue to pursue suits against parties who we believe infringe or misappropriate our intellectual property. Intellectual property litigation is very expensive, unpredictable and time consuming, could divert management's attention from our business, and could have a material adverse effect on our business, operating results, or financial condition. Moreover, our enforcement efforts may not be successful and may not result in anticipated outcomes. In addition, the validity of our patents may be challenged in such litigation. Our participation in intellectual property enforcement actions may negatively impact our financial results.

***Our business is subject to a variety of U.S. and foreign data protection regulations regarding personal data, privacy, and related matters.***

We are subject to U.S. and foreign data protection regulations, including laws, rules, policies, and other obligations, relating to the collection, use, retention, security, and transfer of the personal data or personally identifiable information (collectively, "PII") of data subjects, including our customers, end-users of our products, employees and other third parties with whom we interact. We are subject to a variety of data protection regulations, including the European Union's General Data Protection Regulation ("GDPR"), the California Consumer Privacy Act ("CCPA"), the Personal Data Protection Act of Singapore, the Data Privacy Act in the Philippines, the Personal Data Protection act in Malaysia, and the Privacy Act in Australia.

These data protection regulations apply to various activities relating to the PII, including third-party transactions, international transfers, transfers between one company and its subsidiaries, and transfers among the subsidiaries and other parties with which we have commercial relations. The introduction of new products or expansion of our activities, including PII data processing, in certain jurisdictions may subject us to additional requirements under the data protection regulations. Some data protection regulations, such as the GDPR, can be more restrictive than others. Data protection regulations are constantly evolving and can be subject to significant change, and we may be subject to future data protection regulations. In addition, the application and interpretation of the data protection regulations are often uncertain, particularly in the new and rapidly evolving industry in which we operate, and may be interpreted and applied inconsistently by data protection authorities and inconsistently with our current policies and practices. Existing, proposed and future data protection regulations could be costly to

Table of Contents

comply with and could delay or impede the development of new products, result in negative publicity, increase our operating costs, require significant management time and attention, require significant changes to our products or business activities, and subject us to inquiries or investigations, claims or other remedies, including fines, which may be significant, or demands that we modify or cease existing business practices, including subject product or service offerings.

A failure by us, our suppliers, or other parties with whom we do business to comply with data protection regulations, data processing agreements, or privacy policies could result in proceedings against us by governmental entities, individual data subjects or others, which could have a material and adverse effect on our business, results of operations, and financial condition.

***We rely substantially upon trade secret laws and contractual restrictions to protect our proprietary rights, and, if these rights are not sufficiently protected, our ability to compete and generate revenue, profit and cash flows could suffer.***

We seek to protect our proprietary manufacturing processes, documentation, and other written materials primarily under trade secret and copyright laws. We also typically require employees, consultants, and third parties, such as our suppliers, vendors and customers, with access to our proprietary information to execute confidentiality agreements. The steps we take to protect our proprietary information may not be adequate to prevent misappropriation of our technology. Our systems may be subject to intrusions, security breaches, or targeted theft of our trade secrets. In addition, our proprietary rights may not be adequately protected because:

- others may not be deterred from misappropriating our technologies despite the existence of laws or contracts prohibiting such misappropriation and information security measures designed to deter or prevent misappropriation of our technologies;

- policing unauthorized use of our intellectual property may be difficult, expensive, and time-consuming, the remedy obtained may be inadequate to restore protection of our intellectual property, and moreover, we may be unable to determine the extent of any unauthorized use; and

- the laws of other countries in which we market our solar products, such as some countries in the Asia/Pacific region, may offer little or no protection for our proprietary technologies.

Reverse engineering, unauthorized copying, or other misappropriation of our proprietary technologies could enable third parties to benefit from our technologies without compensating us for doing so. Litigation may be necessary to enforce our intellectual property rights, protect our trade secrets, or determine the validity and scope of the proprietary rights of others. We cannot ensure that the outcome of such potential litigation will be in our favor, and such litigation may be costly and may divert management attention and other resources away from our business.

An adverse determination in any such litigation may impair our intellectual property rights and may harm our business, prospects, and reputation. Our joint ventures, partners and suppliers may not be deterred from misappropriating our proprietary technologies despite contractual and other legal restrictions. Legal protection in countries where our joint ventures, partners and suppliers are located may not be robust and enforcement by us of our intellectual property rights may be difficult. As a result, our joint ventures, partners and suppliers could directly compete with our business. Any such activities or any other inabilities to adequately protect our proprietary rights could harm our ability to compete, to generate revenue, profit and cash flows, and to grow our business.

***We may not obtain sufficient patent protection on the technology embodied in the solar products we currently or plan to manufacture and market, which could harm our competitive position and increase our expenses.***

Although we substantially rely on trade secret laws and contractual restrictions to protect the technology in the solar products we currently manufacture and market, our success and ability to compete in the future may also depend to a significant degree upon obtaining patent protection for our proprietary technology. We currently own multiple patents and patent applications which cover aspects of the technology in the solar cells and solar panels that

30

Table of Contents

we currently manufacture and market. We intend to continue to seek patent protection for those aspects of our technology, designs, and processes that we believe provide significant competitive advantages.

Our patent applications may not result in issued patents, and even if they result in issued patents, the patents may not have claims of the scope we seek or we may have to refile patent applications due to newly discovered prior art. In addition, any issued patents may be challenged, invalidated, or declared unenforceable, or even if we obtain an award of damages for infringement by a third party, such award could prove insufficient to compensate for all damages incurred as a result of such infringement, and we may not be able to secure an injunction to prevent the third party from continuing such infringement.

The term of any issued patent is generally 20 years from its earliest filing date and if our applications are pending for a long time period, we may have a correspondingly shorter term for any patent that may issue. Our present and future patents may provide only limited protection for our technology and may be insufficient to provide competitive advantages to us. For example, competitors could develop similar or more advantageous technologies on their own or design around our patents. Also, patent protection in certain non-U.S. countries may not be available or may be limited in scope and any patents obtained may not be readily enforceable because of insufficient judicial effectiveness or evidence gathering, making it difficult for us to aggressively protect our intellectual property from misuse or infringement by other companies in these countries. Our inability to obtain and enforce our intellectual property rights in some countries may harm our business. In addition, given the costs of obtaining patent protection, we may choose not to protect certain innovations in general or in specific geographies that later turn out to be important.

***We may not be able to prevent others from using trademarks in connection with their solar power products, which could adversely affect the market recognition of our name and our revenue, profits and cash flows.***

We hold registered trademarks for MAXEON, SUNPOWER and other marks in certain countries, including, in the case of MAXEON, the United States. We have not registered, and may not be able to register, trademarks in important or valuable countries. In jurisdictions where we are unable to obtain or have not tried to obtain registrations, others may sell or advertise products (or engage in other activities) using trademarks or brands that compromise, mimic, copy, incorporate or are similar to our trademarks or brands, which could lead to customer confusion and impact our business. In addition, if there are jurisdictions where another proprietor has already established trademark rights that conflict with our rights, interests or activities, then we may face trademark disputes and we may have to market our products with other trademarks or without our existing brands or trademarks, which may undermine our marketing efforts. In addition, we may have difficulty in establishing strong brand recognition with consumers if others use similar marks for similar products.

Pursuant to a brand framework agreement with SunPower, SunPower assigned to us the non-U.S. SUNPOWER trademarks and SunPower retained ownership of its SUNPOWER trademarks in the U.S. and a limited license to the SUNPOWER trademarks in Canada. We market solar panels under the SUNPOWER or MAXEON brand based on our trademark rights and agreements with SunPower. We face risks of such products being negatively associated with the SUNPOWER or MAXEON brand if any negative publicity were to be incurred against these brands, including negative publicity that is not within our control or based on our activities.

**Risks Related to Cybersecurity**

***We may be subject to breaches of information technology systems utilized by us or our suppliers, vendors, customers and other third parties with whom we conduct business, which could impact our business or our business data, lead to disclosure of our internal information, damage our reputation or relationships with suppliers or customers, disrupt access to our online services, and impact our operations. Such breaches could subject us to significant reputational, financial, legal, and operational consequences.***

Our business requires us to use, store, and share with certain third parties with whom we conduct business confidential and proprietary information, intellectual property, commercial banking information, information and personal data concerning customers, end users, employees, and business partners, and corporate information

Table of Contents

concerning internal processes and business functions. Malicious attacks to gain access to such information affects many companies across various industries, including ours.

In many instances, we use encryption and authentication technologies to secure the transmission and storage of data, and multi-factor authentication to access certain systems. These security measures may be compromised as a result of third-party security breaches, employee error, malfeasance, faulty password management, or other irregularity or malicious effort, and result in persons obtaining unauthorized access to our data.

We devote resources to network security, data encryption, access control, and other security measures to protect our systems and data, but these security measures cannot provide absolute security. Because the techniques used to obtain unauthorized access, disable or degrade service, or sabotage systems change frequently, target end users through phishing, social engineering, and other malicious techniques, and/or may be difficult to detect for long periods of time, we may be unable to anticipate these techniques or implement adequate preventative measures. As a result, we have experienced breaches of our systems in the past, and we may experience a breach of our systems in the future that reduces our ability to protect sensitive data. In addition, hardware, software, or applications we develop or procure from third parties may contain defects in design or manufacture or other problems that could unexpectedly compromise information security. Unauthorized parties may also attempt to gain access to our systems or facilities or the systems or facilities of third parties with whom we conduct business through fraud, trickery or other forms of deceiving team members, contractors and temporary staff. If we or a third party with whom we conduct business experience, or are perceived to have experienced, a significant data security breach, fail to detect and appropriately respond to a significant data security breach, or fail to implement disclosure controls and procedures that provide for timely disclosure of data security breaches deemed material to our business, including corrections or updates to previous disclosures, we could be exposed to a risk of loss, increased insurance costs, remediation and prospective prevention costs, damage to our reputation and brand, litigation and possible liability, or government enforcement actions, any of which could detrimentally affect our business, results of operations, and financial condition.

We also share information with contractors and third-party providers to conduct our business. In particular, we rely on cloud service providers and face the risks of security breaches emanating from these platforms and interruptions to 24/7 access and the operational availability of such platforms, which will disrupt key business processes. While we generally review and typically request or require such contractors and third-party providers to implement security measures, such as encryption and authentication technologies to secure the transmission and storage of data, those third-party providers may experience a significant data security breach, which may also detrimentally affect our business, results of operations, and financial condition as discussed above.

As a result of the COVID-19 pandemic, the vast majority of our employees who are capable of performing their function remotely have adopted a hybrid work arrangement., which may exacerbate the aforementioned cybersecurity risks. See the Risk Factor titled "*The COVID-19 pandemic has had an adverse impact on, and may continue to adversely impact, our business, operations, and financial performance, as well as on the business operations and financial performance of many of our suppliers, dealers and customers. We are unable to predict the extent to which the pandemic and related impacts will continue to adversely impact our business operations, financial performance, results of operations, financial position, and the achievement of our strategic objectives.* "

***We may be subject to information technology system failures or network disruptions that could damage our business operations, financial conditions, or reputation.***

We may be subject to information technology system failures and network disruptions. These may be caused by natural disasters, accidents, power disruptions, telecommunications failures, acts of terrorism or war, computer viruses, physical or electronic break-ins, or similar events or disruptions. System redundancy may be ineffective or inadequate, and our disaster recovery planning may not be sufficient for all eventualities. Such failures or disruptions could result in delayed or canceled orders. System failures and disruptions could also impede the manufacturing and shipping of products, delivery of online services, transactions processing, and financial reporting.

Table of Contents

**Risks Related to the Separation from SunPower**

***Our historical financial information is not necessarily representative of the results we would have achieved as a standalone public company and may not be a reliable indicator of our future results.***

Our historical financial statements for the periods prior to the Spin-off on August 26, 2020 have been derived (carved out) from SunPower consolidated financial statements and accounting records, and these financial statements and the other historical financial information of Maxeon included in this Form 20-F are presented on a combined basis. This combined information does not necessarily reflect the financial position, results of operations and cash flows we would have achieved as a standalone public company during the period presented, or those that we will achieve in the future.

This is primarily because of the following factors:

- For the period covered by our combined financial statements, our business was operated within legal entities which hosted portions of other SunPower businesses.

- Income taxes attributable to our business were determined using the separate return approach, under which current and deferred income taxes are calculated as if a separate tax return had been prepared in each tax jurisdiction. Actual outcomes and results could differ from these separate tax return estimates, including those estimates and assumptions related to realization of tax benefits within certain SunPower tax groups.

- Our combined financial statements include an allocation and charges of expenses related to certain SunPower functions such as those related to financial reporting and accounting operations, human resources, real estate and facilities services, procurement and information technology. However, the allocations and charges may not be indicative of the actual expense that would have been incurred had we operated as an independent, publicly traded company for the period presented therein.

- Our combined financial statements include an allocation from SunPower of certain corporate-related general and administrative expenses that we would incur as a publicly traded company that we have not previously incurred. The allocation of these additional expenses, which are included in the combined financial statements, may not be indicative of the actual expense that would have been incurred had we operated as an independent, publicly traded company for the period presented therein.

- Our combined financial statements include an allocation of interest expense from SunPower of $12.2 million, related to SunPower's 4.00% debentures due 2023 for which the proceeds were used to finance our solar cell manufacturing facility in the Philippines which relates to our historical business. This cost may not be indicative of the actual expense that would have been incurred had we operated as an independent, public company for the period presented nor for future periods, with interest expenses arising from our own debt facilities.

- In connection with the Spin-off, we incurred one-time costs after the consummation of the Spin-off relating to the transfer of information technology systems from SunPower to us.

Therefore, our historical financial information may not necessarily be indicative of our future financial position, results of operations or cash flows, and the occurrence of any of the risks discussed in this "Risk Factors" section, or any other event, could cause our future financial position, results of operations or cash flows to materially differ from our historical financial information.

***SunPower could suffer significant tax liability as a result of the Spin-off, and in certain circumstances, we could be required to indemnify SunPower for material taxes pursuant to indemnification obligations under the Tax Matters Agreement. In addition, we have agreed to certain restrictions designed to preserve the tax treatment of the Spin-off that may reduce our strategic and operating flexibility.***

In connection with the Spin-off, SunPower received a written opinion from SunPower's counsel (the "Tax Opinion") to the effect that the distributions of shares made in connection with the Spin-off should not result in any

Table of Contents

recognition of gain and loss to (and no amount should be includible in the income of) SunPower shareholders under Section 355 of the Code.

The Tax Opinion was based on certain facts, assumptions and representations from, and undertakings by, SunPower and us and other relevant parties. The failure of any factual representation or assumption to be true, correct, and complete, or any undertaking to be fully complied with, could affect the validity of the Tax Opinion. The Tax Opinion will not be binding in any court, and there can be no assurance that the relevant tax authorities or any court will not take a contrary position. In addition, the Tax Opinion was based on current law, and cannot be relied upon if current law changes with retroactive effect.

If the Spin-off distribution is determined not to qualify for the treatment described in the Tax Opinion, or if any conditions in the Tax Opinion are not observed, then SunPower could suffer adverse U.S. withholding tax consequences and, under certain circumstances, we could have an indemnification obligation to SunPower with respect to some or all of the resulting tax to SunPower under the tax matters agreement we entered into with SunPower.

In addition, under the tax matters agreement, we have agreed to certain restrictions designed to preserve the tax-free nature of the distribution for U.S. federal income tax purposes to SunPower shareholders. These restrictions may limit our ability to pursue strategic transactions or engage in new businesses or other transactions that might be beneficial and could discourage or delay strategic transactions that our shareholders may consider favorable.

**Risks Related to the Ownership of Our Shares**

*TotalEnergies's and TZE's significant ownership of our shares may adversely affect the liquidity and value of our shares.*

As of January 1, 2023, TotalEnergies (as defined under "Item 4.A. History and Development of the Company") and its affiliates own approximately 24.4% of the voting power of outstanding Maxeon shares and TZE owns approximately 24.0% of the voting power of outstanding Maxeon shares. At their current shareholding, TotalEnergies and TZE possess significant influence and control over our affairs. On August 17, 2022, we issued our 2027 Notes, all of which were initially purchased by TZE. To the extent TZE converts the 2027 Notes held by it into Maxeon shares, then its voting power of the outstanding Maxeon shares, and its already significant influence over our affairs, in particular, will increase. TotalEnergies and/or TZE may have different interests than other Maxeon shareholders on matters which may affect our operational and financial decisions. As long as each of TotalEnergies and TZE own a significant percentage of our shares, the ability of our other shareholders to influence matters requiring shareholder approval will be limited. On November 1, 2022, TotalEnergies filed a Schedule 13D/A indicating that they have classified the Maxeon shares which they hold as "held-for-sale" for financial reporting purposes based on, among other things, TotalEnergies' management's plan to sell such shares in one or more transactions within twelve months of the issuance of the financial statements of the TotalEnergies'group (the "TotalEnergies' Future Share Divestment"). In the event that TotalEnergies elects to sell its shares to a single purchaser, that purchaser would possess similarly significant influence and control over our affairs. Among other things, TotalEnergies and/or TZE's influence could delay, defer or prevent a sale of Maxeon that other shareholders support, or, conversely, this influence could result in the consummation of such a transaction that other shareholders do not support. This concentrated influence could discourage potential investors from seeking to acquire Maxeon shares and, as a result, might harm the market price of Maxeon shares.

*If a substantial number of Maxeon shares become available for sale and are sold in a short period of time, the market price for our shares could experience volatility and/or decline.*

Each of TotalEnergies and TZE have the ability to sell a substantial number of Maxeon shares. We filed a registration statement on Form F-3 (File No. 333-268309), which was declared effective on November 23, 2022, pursuant to which each of TotalEnergies and TZE may offer and re-sell the Maxeon shares which they own and the Maxeon shares which may be issued on conversion of the 2027 Notes including ordinary shares issuable upon conversion of any PIK Notes (as defined herein) or, subject to certain conditions, by directly issuing ordinary shares in lieu of cash payment of interest ("Interest Payment Ordinary Shares"), assuming payment of all amounts due

34

Table of Contents

with respect to the remaining 4.0% of interest payable as payable-in-kind interest or as Interest Payment Ordinary Shares. If our existing significant shareholders sell substantial amounts of Maxeon shares in the market, including pursuant to the TotalEnergies' Future Share Divestment, the market price of Maxeon shares could decrease significantly. The disclosure of the TotalEnergies' Future Share Divestment and any perception in the market that our other existing significant shareholders might sell shares could also depress our share price. A decline in the price of Maxeon shares may impede our ability to raise capital through the issuance of additional shares or other equity securities.

*Your percentage ownership in Maxeon may be diluted in the future.*

In the future, we may issue additional shares in connection with capital markets transactions, acquisitions or otherwise, including equity awards that we will be granting to our directors, officers and employees and conditional capital we hold for purposes of our employee participation plans. For instance, in April 2021, pursuant to the TZS Private Placement (as defined under "Item 4.A. History and Development of the Company"), Maxeon sold to TZE 1,870,000 ordinary shares at $18.00 per share. See "Item 5.B. Liquidity and Capital Resources - Current Sources of Liquidity and Capital Resources."

The conversion of some or all of the Green Convertible Notes and the 2027 Notes will dilute the ownership interests of existing shareholders. In particular, to the extent TZE SG continues to hold all or a portion of the 2027 Notes, upon the conversion of such notes, TZE SG may receive additional Maxeon shares pursuant to the terms of 2027 Notes thereby increasing its ownership interests and voting power, which will consequently dilute the ownership interests of other, existing shareholders. See "—TotalEnergies's and TZE's significant ownership of our shares may adversely affect the liquidity and value of our shares." Additionally, in connection with the Green Convertible Notes, Maxeon granted to TZE SG an option to purchase an amount of Maxeon shares that would allow TZE SG to maintain its percentage ownership of outstanding Maxeon shares following any conversion of the Green Convertible Notes as compared to its percentage ownership existing immediately prior to any such conversion. See "Item 7.B. Related Party Transactions—Dilution Protection Agreement." Any sales in the public market of the shares issuable upon conversion of the Green Convertible Notes and the 2027 Notes could adversely affect prevailing market prices of our shares. In addition, the existence of the Green Convertible Notes and the 2027 Notes may encourage short selling by market participants because the conversion of the Green Convertible Notes and/ or the 2027 Notes could depress the price of our shares.

Furthermore, the Compensation Committee of the Maxeon Board has and it is anticipated that it will continue to grant equity awards to our employees and directors, from time to time, under our employee benefits plans. These additional awards will have a dilutive effect on our earnings per share, which could adversely affect the market price of our shares.

*The effect of the Physical Delivery Forward and Prepaid Forward, which were entered into in connection with the issuance of our Green Convertible Notes, may affect the value of Maxeon shares and may result in unexpected market activity in Maxeon shares.*

In connection with the issuance of the Green Convertible Notes, we entered into a Physical Delivery Forward with a Physical Delivery Forward Counterparty with respect to the Physical Delivery Maxeon Shares (all defined terms under "Note 11. *Debt and Credit Sources*" to our consolidated and combined financial statements"). Pursuant to the Physical Delivery Forward, the Physical Delivery Forward Counterparty agreed to deliver such Physical Delivery Maxeon Shares to us or a third-party trustee designated by us for no consideration at or around the maturity of the Green Convertible Notes. The delivery of such Physical Delivery Maxeon Shares is subject to the conditions set forth in the agreements governing the Physical Delivery Forward, including receipt of required shareholder approvals on an annual basis and subject under Singapore law to an aggregate limit of 20% as of the date of the annual shareholder purchase approval (calculated together with the number of ordinary shares to be purchased in connection with the Prepaid Forward).

In connection with the issuance of the Green Convertible Notes, we entered into a Prepaid Forward (as defined under "Item 5.B. Liquidity and Capital Resources – Current Sources of Liquidity and Capital Resources") with an affiliate of one of the initial purchasers, pursuant to which we will repurchase 2.5 million Maxeon shares, subject to

35

Table of Contents

the conditions set forth in the agreements governing the Prepaid Forward, including receipt of required shareholder approvals on an annual basis. Under the terms of the Prepaid Forward, the Prepaid Forward Counterparty (as defined under "Note 11. *Debt and Credit Sources*" to our consolidated and combined financial statements) will be obligated to deliver the number of Maxeon shares underlying the transaction to us, or pay cash to the extent we fail to provide to Prepaid Forward Counterparty evidence of a valid shareholder authorization, on or shortly after the maturity date of the Green Convertible Notes, subject to the ability of the Prepaid Forward Counterparty to elect to settle all or a portion of the transaction early.

We may not be able to obtain requisite shareholder approvals to take back the shares under the Physical Delivery Forward or Prepaid Forward at the maturity date or earlier subject to noteholders' request for conversion of the Green Convertible Notes.

In addition, the Prepaid Forward Counterparty (or its affiliates) are likely to modify their hedge positions in respect of the Prepaid Forward by entering into or unwinding various derivative transactions with respect to Maxeon shares and/or by purchasing Maxeon shares or other securities of us in secondary market transactions prior to maturity of the Prepaid Forward.

The effect, if any, of any of these transactions, events and activities on the market price of Maxeon shares will depend in part on market conditions and cannot be ascertained at this time, but any of these activities could adversely affect the value of Maxeon shares.

***We are subject to counterparty risk with respect to the Prepaid Forward and the Physical Delivery Forward.***

Each of the Prepaid Forward Counterparty and the Physical Delivery Forward Counterparty is a financial institution, and we will be subject to the risk that either or both might default under the Prepaid Forward and/or the Physical Delivery Forward. Our exposure to the credit risk of the Prepaid Forward Counterparty and/or the Physical Delivery Forward Counterparty is not secured by any collateral. Global economic conditions have from time to time resulted in the actual or perceived failure or financial difficulties of many financial institutions, including the bankruptcy filing by Lehman Brothers Holdings Inc. and its various affiliates. If the Prepaid Forward Counterparty or the Physical Delivery Forward Counterparty becomes subject to insolvency proceedings, we will become an unsecured creditor in those proceedings with a claim equal to our exposure at that time under our transactions with the Prepaid Forward Counterparty or the Physical Delivery Forward Counterparty. Our exposure will depend on many factors, but, generally, the increase in our exposure will be correlated with increases in the market price or the volatility of Maxeon shares. In addition, upon a default by the Prepaid Forward Counterparty or the Physical Delivery Forward Counterparty, we may suffer adverse tax consequences and may experience more dilution than currently anticipated with respect to Maxeon shares. We can provide no assurances as to the financial stability or viability of the Prepaid Forward Counterparty or the Physical Delivery Forward Counterparty.

***We do not intend to pay dividends on our shares and no assurance can be given that we will pay or declare dividends in the future.***

For the foreseeable future, we intend to retain any earnings to finance the development of our business, and we do not anticipate paying any cash dividends on our shares, and no assurance can be given that we will pay or declare dividends in the future. The Maxeon Board may, in its discretion, recommend the payment of a dividend in respect of a given fiscal year. However, the declaration, timing, and amount of any dividends to be paid by us following the Spin-off will be subject to the approval of our shareholders at the relevant Annual General Meeting of shareholders. The determination of the Maxeon Board as to whether to recommend a dividend and the approval of any such proposed dividend by our shareholders, will depend upon many factors, including our financial condition, earnings, corporate strategy, capital requirements of our operating subsidiaries, covenants, legal requirements and other factors deemed relevant by the Maxeon Board and shareholders. See "Item 10.B. Memorandum and Articles of Association—Dividends" for more information.

Table of Contents

***We may issue additional Maxeon shares, other equity or equity-linked or debt securities, which may materially and adversely affect the price of the Maxeon shares.***

We may issue additional equity, equity-linked or debt securities for a number of reasons, including to finance our operations and business strategy (including in connection with expansion of our manufacturing capacity, acquisitions, strategic collaborations or other transactions), to satisfy our obligations for the repayment of existing indebtedness, to adjust our ratio of debt to equity, or for other reasons. Any future issuances of equity securities or equity-linked securities could substantially dilute the interests of our existing shareholders and may materially and adversely affect the price of Maxeon shares. We cannot predict the timing or size of any future issuances or sales of equity, equity-linked or debt securities, or the effect, if any, that such issuances or sales, may have on the market price of Maxeon shares. Market conditions could require us to accept less favorable terms for the issuance of our securities in the future.

***The market price for Maxeon shares has been, and may in the future continue to be, volatile.***

The market price for Maxeon shares has been highly volatile and subject to wide fluctuations. During the period from August 26, 2020, the first day on which Maxeon shares were listed on NASDAQ, until January 1, 2023, the market price of Maxeon shares ranged from $7.48 to $57.97 per share. The market price of Maxeon shares may continue to be volatile and subject to wide fluctuations in response to a wide variety of factors, including the factors discussed in this risk factors section and the following:

- announcements of new products by us or our competitors;

- technological breakthroughs in the solar and other renewable power industries;

- reduction or elimination of government subsidies and economic incentives for the solar industry;

- news regarding any gain or loss of customers by us;

- news regarding recruitment or loss of key personnel by us or our competitors;

- announcements of competitive developments, acquisitions or strategic alliances in our industry;

- the operating and stock price performance of other companies, other industries and other events or factors beyond our control;

- the impacts of the COVID-19 pandemic on us and the national and global economies;

- regulatory developments in our target markets affecting us, our customers or our competitors;

- announcements regarding patent litigation or the issuance of patents to us or our competitors;

- announcements of studies and reports relating to the conversion efficiencies of our products or those of our competitors;

- actual or anticipated fluctuations in our quarterly results of operations;

- changes in financial projections or estimates about our financial or operational performance by securities research analysts;

- changes in the economic performance or market valuations of other solar power technology companies;

- release or expiry of lock-up or other transfer restrictions on our outstanding shares;

- sales or perceived sales of additional shares or Green Convertible Notes or 2027 Notes;

- commencement of, or our involvement in, litigation;

Table of Contents

- speculative trading practices by certain market participants;

- actual or purported "short squeeze" trading activity;

- trading of our shares, which can have an outsized impact on our stock price given the limited public float;

- fluctuations in the exchange rates;

- inflation;

- rising interest rates;

- general market conditions or other developments affecting us or our industry; and

- changes in the general condition of the global economy and credit markets.

Any of these factors may result in large and sudden changes in the volume and price at which our shares will trade.

On some occasions, our stock price may be, or may be purported to be, subject to "short squeeze" activity. A "short squeeze" is a technical market condition that occurs when the price of the stock increases substantially, forcing market participants who have taken a position that its price would fall (i.e. who had sold the stock "short"), to buy it, which in turn may create significant, short-term demand for the stock not for fundamental reasons, but rather due to the need for such market participants to acquire the stock in order to forestall the risk of even greater losses. A "short squeeze" condition in the market for a stock can lead to short-term conditions involving very high volatility and trading that may or may not track fundamental valuation models. Market disruptions such as the various U.S. key market-wide circuit breakers since March 9, 2020 triggered by concerns over economic slowdown led to historic drops for the U.S. capital markets. These market fluctuations may also have a material adverse effect on the market price of our shares. In the past, following periods of volatility in the market price of their stock, many companies have been the subject of securities class action litigation. If we become involved in similar securities class action litigation in the future, it could result in substantial costs and diversion of our management's attention and resources and could harm our stock price, business, prospects, financial condition and results of operations.

In addition, the stock market in general, and NASDAQ and the securities of technology companies and solar companies in particular, have experienced severe price and volume fluctuations. These trading prices and valuations, including our own market valuation and those of companies in our industry generally, may not be sustainable. These broad market and industry factors may decrease the market price of our shares, regardless of our actual operating performance. Because the Green Convertible Notes and 2027 Notes are convertible into our shares (and/or cash equivalent to the value of our shares), volatility or depressed share prices could have a similar effect on the trading price of the Green Convertible Notes and 2027 Notes.

***Securities analysts may not publish favorable research or reports about our business or may publish no information at all, which could cause our stock price or trading volume to decline.***

The trading market can be influenced to some extent by the research and reports that industry or financial analysts publish about us and our business. We do not control these analysts. As a foreign private issuer, the analysts who publish information about Maxeon shares may have had relatively little experience with us or our industry, which could affect their ability to accurately forecast our results and could make it more likely that we fail to meet their estimates. If any of the analysts who cover us provide inaccurate or unfavorable research or issue an adverse opinion regarding our stock price, our stock price could decline. If one or more of these analysts cease coverage of us or fail to publish reports covering us regularly, we could lose visibility in the market, which in turn could cause our stock price or trading volume to decline and result in the loss of all or a part of your investment in us.

Table of Contents

***We are a foreign private issuer and, as a result, we are not subject to U.S. proxy rules and are subject to Exchange Act reporting obligations that, to some extent, are more lenient and less frequent than those of a U.S. domestic public company.***

Since the consummation of the Spin-off, we have been reporting under the Exchange Act as a non-U.S. company with foreign private issuer status. Because we qualify as a foreign private issuer under the Exchange Act, we are exempt from certain provisions of the Exchange Act that are applicable to U.S. domestic public companies, including (i) the sections of the Exchange Act regulating the solicitation of proxies, consents or authorizations in respect of a security registered under the Exchange Act, (ii) the sections of the Exchange Act requiring insiders to file public reports of their stock ownership and trading activities and liability for insiders who profit from trades made in a short period of time and (iii) the rules under the Exchange Act requiring the filing with the SEC of quarterly reports on Form 10-Q containing unaudited financial and other specified information, or current reports on Form 8-K, upon the occurrence of specified significant events. In addition, foreign private issuers are not required to file their annual report on Form 20-F until four months after the end of each financial year, while U.S. domestic issuers that are large accelerated filers are required to file their annual report on Form 10-K within 60 days after the end of each fiscal year. Foreign private issuers are also exempt from the Regulation FD, aimed at preventing issuers from making selective disclosures of material information. In addition, as a foreign private issuer, we are also entitled to rely on exceptions from certain corporate governance requirements of the NASDAQ.

As a result of the above, you may not have the same protections afforded to shareholders of companies that are not foreign private issuers.

***As a foreign private issuer, we are permitted and expect to follow certain home country corporate governance requirements in lieu of certain NASDAQ requirements applicable to domestic issuers.***

As a foreign private issuer, we are permitted to, and intend to, follow certain home country corporate governance requirements in lieu of certain NASDAQ requirements. Following our home country corporate governance requirements, as opposed to the requirements that would otherwise apply to a U.S. company listed on the NASDAQ, may provide less protection than is afforded to investors under the NASDAQ rules applicable to domestic issuers.

In particular, we follow home country requirements instead of NASDAQ requirements otherwise applicable to U.S. companies regarding:

- NASDAQ's requirement that a majority of the Maxeon Board be "independent" as defined by the NASDAQ rules. Singapore law does not impose a similar requirement.

- NASDAQ's requirement that an issuer provide for a quorum as specified in its bylaws for any meeting of the holders of ordinary shares, which quorum may not be less than 33 1/3% of the outstanding shares of an issuer's voting ordinary shares. Singapore law does not impose a similar requirement and our Constitution provides that two members of Maxeon present shall constitute a quorum for a general meeting.

- NASDAQ's requirement that all members of our Compensation Committee be "independent" as defined in the NASDAQ rules. While the Maxeon Board has established a Compensation Committee, Singapore law does not require us to maintain such a committee and does not require a majority of such committee to be independent directors. Similarly, Singapore law does not require that we disclose information regarding third-party compensation of our directors or director nominees.

- NASDAQ's requirement that our Nominating and Corporate Governance Committee be "independent" as defined in the NASDAQ rules. Singapore law does not require a Nominating and Corporate Governance Committee to be comprised entirely of independent directors, and nominations of persons for election to the Maxeon Board will be recommended by our Nominating and Corporate Governance Committee whose members are not all independent directors as defined by the NASDAQ rules.

Table of Contents

- NASDAQ's requirement that issuers obtain shareholder approval prior to the issuance of securities in connection with certain acquisitions, changes of controls or private placements of securities, or the establishment or amendment of certain stock option, purchase or other compensation plans. Under Singapore law, new shares may be issued only with the prior approval of our shareholders in a general meeting. Approval, if granted, shall continue in force until the earlier of:

    - the conclusion of the next annual general meeting after the date on which the approval was given; and

    - the expiration of the period within which the next annual general meeting after that date is required by law to be held.

Any such approval may be revoked or varied by the company in a general meeting.

***We may lose our foreign private issuer status, which would then require us to comply with the Exchange Act's domestic reporting regime and cause us to incur significant additional legal, accounting and other expenses.***

We became a foreign private issuer as of the date of the Spin-off and therefore we are not required to comply with all of the periodic disclosure and current reporting requirements of the Exchange Act applicable to U.S. domestic issuers. In order to maintain our status as a foreign private issuer, either (a) a majority of our shares must be directly or indirectly owned of record by non-residents of the United States or (b)(i) a majority of our executive officers or directors may not be U.S. citizens or residents, (ii) more than 50% of our assets cannot be located in the United States and (iii) our business must be administered principally outside the United States. If pursuant to the TotalEnergies Future Share Divestment or sales of our shares by any of our other existing significant shareholders, the majority of our shares are no longer directly or indirectly owned of record by non-residents of the United States, and we are unable to meet any of the other requirements to qualify as a foreign private issuer, then we will lose our foreign private issuer status.

If we were to lose our foreign private issuer status, we would be required to comply with the Exchange Act reporting and other requirements applicable to U.S. domestic issuers, which are more detailed and extensive than the requirements for foreign private issuers. For instance, we would be required to make changes in our corporate governance practices in accordance with various SEC and NASDAQ rules. The regulatory and compliance costs to us under U.S. securities laws when we would be required to comply with the reporting requirements applicable to a U.S. domestic issuer could be significantly higher than the costs we will incur as a foreign private issuer. As a result, a loss of foreign private issuer status could increase our legal and financial compliance costs and could make some activities highly time-consuming and costly. If we were required to comply with the rules and regulations applicable to U.S. domestic issuers, it could make it more difficult and expensive for us to obtain director and officer liability insurance, and we could be required to accept reduced coverage or incur substantially higher costs to obtain coverage. These rules and regulations could also make it more difficult for us to attract and retain qualified members of the Maxeon Board.

***New rules and regulations impacting public companies may strain our resources, divert management's attention and affect our ability to attract and retain qualified board members.***

As a public company, we are subject to the reporting requirements of the Exchange Act, the Sarbanes-Oxley Act, the Dodd-Frank Wall Street Reform and Consumer Protection Act, the listing requirements of NASDAQ on which Maxeon shares are traded and other applicable securities rules and regulations. The Securities and Exchange Commission (the "SEC" or the "Commission") and other regulators have and continue to propose and adopt new rules and regulations and make additional changes to existing regulations that require our compliance. Shareholder activism, the current political environment and the current high level of government intervention and regulatory reform may lead to substantial new regulations and disclosure obligations, which may lead to additional compliance costs and impact, in ways we cannot currently anticipate. For example on December 14, 2022, the SEC adopted amendments to Rule 10b5-1 under the Exchange Act. The amendments add new conditions for the availability of the affirmative defense to insider trading liability provided by the use of 10b5-1 plans. In addition, on March 21, 2022 the SEC proposed rule changes that would require registrants to include certain climate-related disclosures in their registration statements and periodic reports, including information about climate-related risks that are reasonably

40

Table of Contents

likely to have a material impact on their business, results of operations, or financial condition, and certain climate-related financial statement metrics in a note to their audited financial statements. Finally, NASDAQ listed companies are now required to comply with the NASDAQ board diversity disclosure rules. We anticipate that we will incur considerable costs and expenses associated with complying with the proposed climate-related rules if they are adopted by the SEC, as well as other rules and regulations implemented by the SEC and the NASDAQ, particularly if we no longer qualify as a "foreign private issuer." We expect these rules and regulations to increase our legal and financial compliance costs and to make some activities more time-consuming and costly, while also diverting some of management's time and attention from revenue-generating activities. Furthermore, these rules and regulations could make it more difficult or more costly for us to obtain certain types of insurance, including director and officer liability insurance, and we may be forced to accept reduced policy limits and coverage or incur substantially higher costs to obtain the same or similar coverage. The impact of these requirements could also make it more difficult for us to attract and retain qualified persons to serve on our board of directors, our board committees or as executive officers. If we fail to comply with these rules and regulations, we could be subject to a number of penalties, including the delisting of our Maxeon shares, fines, sanctions or other regulatory action or civil litigation.

***We may be classified as a passive foreign investment company, which could result in adverse U.S. federal income tax consequences to U.S. Holders of our shares.***

Based upon, among other things, the nature of our business, the current and anticipated valuation of our assets and the composition of our income and assets, we do not believe we were a passive foreign investment company ("PFIC") for U.S. federal income tax purposes for the taxable year ended January 1, 2023 and we do not expect to be treated as a PFIC for the current taxable year or in the foreseeable future. However, the application of the PFIC rules is subject to uncertainty in several respects. In addition, a separate determination must be made after the close of each taxable year as to whether we were a PFIC for that year. Accordingly, we cannot assure you that we will not be a PFIC for our current, or any future, taxable year. A non-U.S. corporation will generally be a PFIC for any taxable year if either (i) at least 75.0% of its gross income for such year is passive income or (ii) at least 50.0% of the value of its assets (based on an average of the quarterly values of the assets) during such year is attributable to assets that produce passive income or are held for the production of passive income. For this purpose, we will be treated as owning our proportionate share of the businesses and earning our proportionate share of the income of any other business in which we own, directly or indirectly, at least 25.0% (by value) of the stock. Because the value of our assets for purposes of the PFIC test will generally be determined in part by reference to the market price of our shares, fluctuations in the market price of the shares may cause us to become a PFIC. In addition, changes in the composition of our income or assets may cause us to become a PFIC. As a result, dispositions of operating companies could increase the risk that we become a PFIC. If we are a PFIC for any taxable year during which a U.S. Holder holds our shares, certain adverse U.S. federal income tax consequences could apply to such U.S. Holder. For further information on such U.S. federal income tax implications, see "Item 10.E. Taxation—Material U.S. Federal Income Tax Considerations—Passive Foreign Investment Company."

**Risks Related to Doing Business in China**

***Uncertainties with respect to the PRC legal system, which continues to evolve, including with respect to the enforcement of laws and the possibility of changes of rules and regulations with little or no advance notice, could materially and adversely affect us.***

We participate in panel manufacturing operations through our Huansheng JV in China with TZE. These operations are generally subject to laws and regulations applicable to foreign investment in China and, in particular, laws applicable to wholly foreign-owned enterprises and joint venture companies. In addition, the corporate governance and business activities of Huansheng JV are subject to the general PRC company law and contract law, respectively.

The PRC legal system is based on written statutes. Prior court decisions may be cited for reference but have limited precedential value. Since 1979, PRC legislation and regulations have significantly enhanced the protections afforded to various forms of foreign investments in China. However, since these laws and regulations are relatively new and the PRC legal system is still developing, the implementation and enforcement of many laws, regulations and rules may be inconsistent, which may limit legal protections available to us, especially under the international

41

Table of Contents

legal framework. Changes in PRC law could negatively affect our current agreements and important business rights including use of our intellectual property, our capacity allocation rights and our exclusive territorial sales rights. In addition, any litigation in China may be protracted and may result in substantial costs and divert our resources and the attention of our management.

Even though, currently, we and our Huansheng JV are not subject to PRC laws relating to the collection, use, sharing, retention, security, and transfer of confidential and private information, such as personal information and other data, these laws continue to develop, and the PRC government may adopt other rules and restrictions in the future. Non-compliance could result in penalties or other significant legal liabilities. For example, the Cybersecurity Law, the Cybersecurity Review Measures and the PRC's Data Security Law impose regulations, review and conditions on the storage, security, purchase, collection and use of personal information and important data collected and generated by a critical information infrastructure operator ("CIIO") in the course of its operations in China, including on the purchase of data affecting national security. While we believe our business and the business of our Huansheng JV do not currently include the type of activities subject to this regulation, uncertainty remains about the final content of these and other regulations, interpretation and implementation, and various other implications. It also remains uncertain whether any future regulatory changes would impose additional restrictions on companies like us and our Huansheng JV.

We conduct limited operations in China with about 45 employees as of January 1, 2023, and participate in panel manufacturing operations through our Huansheng JV with TZE, and generated revenues from sales in PRC of $20.3 million for the fiscal year ended January 1, 2023, which represents 1.9% of our total revenue for the period. There is a risk that the PRC government may intervene or negatively influence our operations at any time. While we believe that the recent statements or regulatory actions by the relevant organs of the PRC government, including statements relating to the PRC Data Security Law, the Draft Measures, the PRC Personal Information Protection Law, guidance related to capital raising outside of the PRC through VIEs as well as the anti-monopoly enforcement actions, should not have any material adverse impact on our ability to conduct our existing business operations, there is no guarantee that this will continue to be the case or that the PRC government will not seek to intervene or negatively influence the operations of our Huansheng JV or our operations at any time. If certain PRC laws and regulations, including existing laws and regulations and those enacted or promulgated in the future, were to become applicable to a company such as us in the future, the application of such laws and regulations may have a material adverse impact on our business, financial condition and results of operations. We cannot predict the extent of such impact if such events were to occur.

***Changes in political and economic policies of the PRC government could have a material adverse effect on the overall economic growth of China, which could materially and adversely affect our competitive position***.

We conduct operations in China through our participation in panel manufacturing operations through our Huansheng JV in China with TZE. In addition, a portion of our sales are made in China and our revenue generated from sales in China was $20.3 million for the fiscal year ended January 1, 2023, representing 1.9% of our total revenue for period.

Accordingly, our business, financial condition, results of operations and prospects are affected significantly by economic, political and legal developments in China. The PRC economy differs from the economies of most developed countries in many respects, including:

- the level of government involvement;

- the level of development;

- the growth rate;

- the control of foreign exchange; and

- the allocation of resources.

42

Table of Contents

While the PRC economy has grown significantly in the past 30 years, the growth has been uneven, both geographically and among various sectors of the economy. The PRC government has implemented various measures to encourage economic growth and guide the allocation of resources. Some of these measures benefit the overall PRC economy, but may have a negative effect on us.

The PRC economy has been transitioning from a planned economy to a more market-oriented economy. Although in recent years the PRC government has implemented measures emphasizing the utilization of market forces for economic reform, the reduction of state ownership of productive assets and the establishment of sound corporate governance in business enterprises, a substantial portion of the productive assets in China is still owned by the PRC government. The PRC government, including at both the national and local levels, has exercised and continues to exercise substantial control over virtually every sector of the PRC economy via regulation and state ownership. The PRC government also exercises significant control over China's economic growth through allocating resources, controlling payment of foreign currency-denominated obligations, setting monetary policy,limiting financing options of private businesses, controlling energy consumption and providing preferential treatment to particular industries or companies. With respect to the COVID-19 pandemic, the PRC Government implemented stringent containment measures in an effort to control the outbreak in line with its "Dynamic Zero-COVID" policy, including businesses and public service closures, transport suspension and periodic lockdowns in various cities and regions across China. More recently, the PRC Government has relaxed its "Dynamic Zero-COVID" policy and a relaxation of these containment measures has led to a spike in infection in the community. These changes in implementation of the PRC Government's "Dynamic Zero-COVID" policy have led to fluctuations of labor due to infections and previously, travel and other restrictions and shipment delays due to transportation interruptions. See "*We depend on our Huansheng JV for our Performance line solar panels and any failure to obtain sufficient volume or competitive pricing could significantly impact our revenues, ability to grow and damage our customer relationships.*"

Future governmental actions, including any decision not to continue to support recent economic reforms and/or to return to a more centrally planned economy, regional or local variations in the implementation of such economic policies, or new, stricter regulations or interpretations of existing regulations could significantly affect economic conditions in China and materially impair our ability to conduct our panel manufacturing through our Huansheng JV within China or conduct sales into China, which could have a material adverse effect on our results of operations. We cannot predict whether changes in China's political, economic and social conditions, laws, regulations and policies will have any material adverse effect on our current or future business, financial condition and results of operations.

***Allegations of forced labor, the implementation of laws both recently enacted and proposed against the use of forced labor, and customer sentiment as a result of this issue, could have an adverse impact on our business.***

Measures addressing the use of forced labor in the global solar supply chain by the United States and other countries are disrupting global solar supply chains and our operations could be adversely impacted. The Uyghur Forced Labor Prevention Act, in effect in the United States from June 21, 2022 creates a rebuttable presumption that imports of any goods made either wholly or in part in Xinjiang have been produced with forced labor. That presumption is rebuttable if the U.S. Customs and Border Protection ("CBP") determines, based on "clear and convincing evidence", that the goods in question were not produced "wholly or in part by forced labor", and submits a report to the U.S. Congress setting out its findings. Polysilicon has been identified as a high priority for the CBP, with other critical inputs including aluminum coming under scrutiny.

Other jurisdictions have also been enacting similar legislation, or are in the process of doing so. For instance, Germany's Supply Chain Due Diligence Act forbidding forced labor in supply chains went into effect on January 1, 2023. The European Union and Australia both have legislative initiatives to ban importation of goods produced with forced labor underway, with the European Commission publishing a legislative proposal to ban products made with forced labor on September 14, 2022 and Australia expected to update its Modern Slavery Act in 2023.

Maxeon maintains policies and procedures, including conducting due diligence and audits on suppliers (and their suppliers throughout the supply chain to the original source of the raw materials to the extent practicable) to maintain compliance with all relevant laws and regulations, and is, to its knowledge, in compliance with all applicable laws. Our supply chain mapping has not identified any source or supplier from the Xinjiang region.

43

Table of Contents

However, these laws may impact Maxeon's imports into the United States and elsewhere as the standards applied are evolving, raising new challenges for traceability and compliance throughout complex supply chains.

Allegations of forced labor may also affect customer sentiment and tarnish the reputation of the solar industry as a whole and thereby have an adverse effect on our business. Our due diligence procedures for our suppliers are regularly reviewed, and form the basis of our belief that our solar products are not produced with forced labor. If, despite these procedures, allegations of forced labor are made against our solar products, this may impact Maxeon's imports into the United States and elsewhere, tarnish our reputation and adversely impact our business.

**Risks Related to Being a Singapore Company**

***It may be difficult to enforce a judgment of U.S. courts for civil liabilities under U.S. federal securities laws against us, our directors or officers in Singapore.***

We are incorporated under the laws of Singapore and certain of our officers and directors are or will be residents outside of the United States. Moreover, most of our assets are located outside of the United States. Although we are incorporated outside of the United States, we have agreed to accept service of process in the United States through our agent designated for that specific purpose.

There is no treaty in force between the United States and Singapore providing for the reciprocal recognition and enforcement of judgments in civil and commercial matters, such that a final judgment for the payment of money rendered by any federal or state court in the United States based on civil liability, whether or not predicated solely upon the federal securities laws, would, therefore, not be automatically enforceable in Singapore. Additionally, there is doubt whether a Singapore court may impose civil liability on us or our directors and officers who reside in Singapore in a suit brought in the Singapore courts against us or such persons with respect to a violation solely of the federal securities laws of the United States, unless the facts surrounding such a violation would constitute or give rise to a cause of action under Singapore law. Accordingly, it may be difficult for investors to enforce against us, our directors or our officers in Singapore, judgments obtained in the United States which are predicated upon the civil liability provisions of the federal securities laws of the United States.

***We are incorporated in Singapore and our shareholders may have greater difficulty in protecting their interests than they would as shareholders of a corporation incorporated in the United States.***

Our corporate affairs are governed by our Constitution and by the laws governing companies incorporated in Singapore. The rights of our shareholders and the responsibilities of the members of the Maxeon Board under Singapore law are different from those applicable to a corporation incorporated in the United States. Therefore, our public shareholders may have more difficulty in protecting their interest in connection with actions taken by our management or members of the Maxeon Board than they would as shareholders of a corporation incorporated in the United States.

***Singapore corporate law may impede a take-over of our company by a third party, which could adversely affect the value of our shares.***

The Singapore Code on Take-overs and Mergers (the "Singapore Take-overs Code") and Sections 138, 139 and 140 of the Securities and Futures Act 2001 of Singapore contain certain provisions that may delay, deter or prevent a future takeover or change in control of our company for so long as we remain a public company with more than 50 shareholders and net tangible assets of S$5 million (approximately $4 million USD) or more. Any person acquiring an interest, whether by a series of transactions over a period of time or not, either on his own or together with parties acting in concert with such person, in 30% or more of our voting shares, or, if such person holds, either on his own or together with parties acting in concert with such person, between 30% and 50% (both inclusive) of our voting shares, and such person (or parties acting in concert with such person) acquires additional voting shares representing more than 1% of our voting shares in any six-month period, must, except with the consent of the Securities Industry Council of Singapore, extend a mandatory take-over offer for all the remaining voting shares in accordance with the provisions of the Singapore Take-overs Code.

44

Table of Contents

On January 30, 2020, the Securities Industry Council of Singapore waived the application of the Singapore Take-overs Code to us, subject to certain conditions. Pursuant to the waiver, for as long as we are not listed on a securities exchange in Singapore, and except in the case of a tender offer (within the meaning of U.S. securities laws) where the Tier 1 Exemption set forth in Rule 14d-1(c) under the Exchange Act (the "Tier 1 Exemption") is available and the offeror relies on the Tier 1 Exemption to avoid full compliance with the tender offer regulations promulgated under the Exchange Act, the Singapore Take-overs Code shall not apply to us. In connection with receipt of the waiver, the SunPower Board submitted to the Securities Industry Council of Singapore a written confirmation to the effect that it is in the interests of SunPower shareholders who will become holders of Maxeon shares as a result of the Spin-off that a waiver of the provisions of the Singapore Take-overs Code is obtained. However, if the conditions for the waiver are no longer applicable, the Singapore Take-overs Code will be applicable and while the primary objective of the Singapore Take-overs Code is fair and equal treatment of all shareholders in a take-over or merger situation, its provisions may discourage or prevent certain types of transactions involving an actual or threatened change of control of our company. These legal requirements may impede or delay a take-over of our company by a third party, and thereby have a material adverse effect on the value of our shares. In addition, as the Green Convertible Notes are convertible into our ordinary shares, under the Singapore Take-overs Code (where the Singapore Take-overs Code may be applicable), if a take-over offer is made for the Maxeon shares, a comparable offer has to be made for the Green Convertible Notes (so long as the Green Convertible Notes are outstanding) in accordance with the provisions of the Singapore Take-overs Code.

*Under Singapore law, our directors have general authority to allot and issue new shares on terms and conditions and with any preferences, rights or restrictions as may be determined by the Maxeon Board in its sole discretion.*

Under Singapore law, we may only allot and issue new shares with the prior approval of our shareholders in a general meeting. Subject to the general authority to allot and issue new shares provided by our shareholders, the provisions of the Singapore Companies Act and our Constitution, the Maxeon Board may allot and issue new shares on terms and conditions and with the rights (including preferential voting rights) and restrictions as they may think fit to impose. Any additional issuances of new shares by our directors could adversely impact the market price of our shares.

## ITEM 4. INFORMATION ON THE COMPANY

## 4.A. HISTORY AND DEVELOPMENT OF THE COMPANY

### General Corporate Information

We are incorporated under the laws of Singapore in accordance with the Singapore Companies Act. We are currently registered with ACRA under the name "Maxeon Solar Technologies, Ltd." We were formed by SunPower in connection with our separation from SunPower, for an unlimited duration, effective as of the date of our incorporation with ACRA on October 11, 2019.

We are domiciled in Singapore and our registered office is currently located at 8 Marina Boulevard #05-02, Marina Bay Financial Centre, 018981, Singapore, which also currently serves as our principal executive offices, and our telephone number is +65 6338 1888. Our agent for service of process in the United States is CSC Global and its address is 251 Little Falls Drive, Wilmington, Delaware 19808.

### General Development of Business

On the Distribution Date, SunPower completed the previously announced Spin-off of Maxeon. The Spin-off was completed by way of a Distribution of all of the Maxeon shares. As a result of the Distribution of the Maxeon shares on the Distribution Date, Maxeon became an independent, public company and the Maxeon shares started trading on the NASDAQ Global Select Market under the symbol "MAXN."

In connection with the Spin-off, Maxeon and SunPower entered into a number of agreements providing for the framework of the relationship between the two companies following the Spin-off.

Table of Contents

Immediately after the Distribution and pursuant to the terms of the Investment Agreement dated November 8, 2019 (the "Investment Agreement"), Maxeon and TCL Zhonghuan Renewable Energy Technology Co. Ltd. (formerly known as Tianjin Zhonghuan Semiconductor Co., Ltd.), a PRC joint stock limited company ("TZE"), completed the previously announced transaction in which Zhonghuan Singapore Investment and Development Pte. Ltd., a Singapore private limited company ("TZE SG") and an affiliate of TZE, purchased from Maxeon, for $298.0 million, 8,915,692 of Maxeon shares (the "TZE Investment").TZE Investment, TotalEnergies Solar INTL SAS ("TotalEnergies Solar"), TotalEnergies Gaz Electricité Holdings France SAS, ("TotalEnergies Gaz", with TotalEnergies Solar, each an affiliate of TotalEnergies SE and collectively "TotalEnergies"),as holders of record of SunPower's common stock, were issued Maxeon's shares by way of pro rata distribution.

In connection with the TZE Investment, Maxeon, TotalEnergies Solar, TotalEnergies Gaz, and TZE SG, entered into a Shareholders Agreement relating to certain rights and obligations of each of TotalEnergies and TZE SG bearing on Maxeon's governance and the ability of TotalEnergies and TZE SG to buy, sell or vote their Maxeon shares. At the closing of the TZE Investment, Maxeon also entered into a Registration Rights Agreement with TotalEnergies and TZE SG, granting each of the shareholders certain registration rights with regard to their Maxeon shares.

On July 17, 2020, Maxeon issued $200.0 million aggregate principal amount of its Green Convertible Notes (as defined under "Item 5.B. Liquidity and Capital Resources"). Upon satisfaction of the relevant conditions, the Green Convertible Notes will be convertible into Maxeon shares at an initial conversion price of $18.19 per share and an initial conversion rate of 54.9611 Maxeon shares per $1,000 principal amount of Green Convertible Notes. The conversion rate and conversion price will be subjected to adjustment in specified circumstances. We will settle conversions by paying or delivering, as applicable, cash, Maxeon shares or a combination of cash and Maxeon shares, at our election. For more information, see "Item 5.B. Liquidity and Capital Resources - Current Sources of Liquidity and Capital Resources".

In April 2021, the Company completed an offering of $125.0 million of ordinary shares at a public offering price of $18.00 per share. In April 2021, pursuant to a stock purchase agreement, dated April 13, 2021, with an affiliate of TZE, the Company also sold to TZE 1,870,000 ordinary shares at a price of $18.00 per share, in a private placement exempt from the registration requirements of the Securities Act of 1933, as amended (the "TZE Private Placement"). As of January 1, 2023, TotalEnergies's and TZE SG's ownership of the Maxeon outstanding shares was approximately 24.4% and 24.0%, respectively.

On August 17, 2022, we issued our 2027 Notes, all of which were initially purchased by TZE SG. To the extent some or all of the 2027 Notes held by TZE SG are converted into Maxeon shares or we directly issue ordinary shares in lieu of interest cash payment in accordance with the terms of the 2027 Notes, TZE has a beneficial ownership interest in 19,734,322 ordinary shares which includes 10,785,692 outstanding ordinary shares beneficially owned by TZE following the consummation of the Spin-Off and the TZE SG Private Placement, and 8,948,630 ordinary shares issuable upon conversion of the 2027 Notes. The maximum number of ordinary shares issuable upon conversion of the 2027 Notes is 10,908,331 ordinary shares including 8,948,630 ordinary shares issuable upon conversion of the 2027 Notes and an additional 1,959,701 ordinary shares issuable upon conversion of PIK Notes or Interest Payment Ordinary Shares issuable in lieu of cash payment of interest, assuming payment of all amounts due with respect to the remaining 4.0% of interest payable as PIK Notes or as Interest Payment Ordinary Shares.

**Principal Capital Expenditures**

Our capital expenditures amounted to $63.3 million, $154.2 million and $27.7 million during fiscal years 2022, 2021 and 2020, respectively, primarily consisting of expenditures related to the expansion of our solar cell manufacturing and assembly capacity as well as our technology conversions. Our manufacturing and assembly activities have required and will continue to require significant investment of capital and substantial engineering expenditures. Our capital expenditures, which are subject to obtaining necessary board consents, are expected to be funded with cash from operations, financing, or other available sources of liquidity. We expect total capital expenditures ranging from $100 million to $120 million in fiscal year 2023. As of January 1, 2023, we had committed to capital expenditures of $54.8 million. The capital expenditures mainly relate to preparation for

capacity expansion for our Maxeon 7 technology, completion of manufacturing capacity for Performance line panels to be sold in the U.S. market, completion of manufacturing capacity for our Maxeon 6 product platform, further developing Maxeon 7 technology and operating a pilot line, as well as various corporate initiatives. The above excludes capital expenditures in connection to the investment plan to deploy a multi-GW factory in the United States to manufacture solar products for both the DG and utility-scale power plant markets

**Significant Acquisitions, Dispositions and other Events**

In fiscal year 2017, SunPower entered into our Huansheng JV with TZE to manufacture Performance line products in China that constitute a part of the Maxeon Business and in 2021, we made certain amendments to the original transaction documents. For more information, see "Item 7.B. Related Party Transactions—Agreements with TZE—Agreements with TZE in Connection with the Huansheng JV."

In September 2021, TZE made a capital injection of RMB270.0 million (equivalent to $41.6 million) to Huansheng JV to facilitate the capacity expansion of Huansheng JV. The Company did not make a proportionate injection based on its equity interest in Huansheng JV which resulted in a dilution of the Company's equity ownership from 20.0% to 16.3%. Consequently, we recorded a gain of $3.0 million related to the deemed disposal of the equity ownership, including $0.03 million relating to the recycling of other comprehensive income to profit or loss. The gain is presented within "Other, net" in our Consolidated and Combined Statements of Operations. As of January 1, 2023, TZE owns a 83.7% equity stake and we own a 16.3% equity stake in Huansheng JV.

In addition, we have made significant investments in certain of our manufacturing facilities to enhance our production capabilities. For more information, see "Item 4.D. Property, Plants and Equipment—Major Facilities."

**More Information**

All inquiries to us should be directed at the address and telephone number of our principal executive office set forth above. Our website is https://www.maxeon.com/. The information contained on or accessible through our website does not form part of this annual report. The SEC maintains an Internet site that contains reports, proxy and information statements, and other information regarding issuers, such as we, that file electronically, with the SEC at www.sec.gov.

**4.B.  BUSINESS OVERVIEW**

**Overview**

Maxeon is one of the world's leading global manufacturers and marketers of premium solar power technology. We have developed and maintained this leadership position through decades of technological innovation and investment, in addition to the development of sales and distribution channels across six continents. Headquartered in Singapore, we manufacture our solar cells in Malaysia and the Philippines, assemble solar cells into panels in Mexico, Malaysia and China (through our Huansheng JV), and sell our products across more than 100 countries.

**Our Markets**

Solar has become one of the fastest growing renewable energy sources over the last few decades. According to a report from Wood Mackenzie dated December 7, 2022, through effective investments and projects, the solar market has achieved more than 1,100 GW of global installed capacity as of 2022, representing a compound annual growth rate of 30% since 2009.

As solar technology has developed, manufacturing costs have declined and performance has improved, although there were increases in manufacturing costs driven by higher freight rates and material costs over the course of 2021 and in the first half of 2022. Today, solar power, together with enhanced balance of system technology, has among the lowest levelized cost of energy ("LCOE") of all major energy sources.

In the long term, market growth is expected to continue and even accelerate. According to a November 30, 2022 report by Bloomberg New Energy Finance ("BNEF"), by 2050, solar technology is expected to represent from

47

Table of Contents

28% (net zero scenario) to 29% (economic transition scenario) of global electricity generation, with a balanced distribution among key regions worldwide—a significant increase compared to its current penetration of approximately 6% of global generation.

We believe the following factors have driven and will continue to drive demand in the global solar power industry, including demand for our products:

- solar generation costs have fallen to the point where solar power is one of the lowest-cost electricity sources on an LCOE basis in certain regions and is even considered by BNEF to be the lowest cost source in countries such as China, India, France, Japan, Australia, or Spain;

- renewable energy is one of the most relevant topics and targets of government incentives and policies as a result of increased concerns regarding climate change;

- solar power is at the center of public discussion, which helps to grow public awareness of its advantages, such as peak energy generation, significantly smaller fuel and supply chain risk, sustainability from an environmental perspective, scalability and reliability;

- structural limitations for fossil fuel supply and issues around energy security increasing the long-term demand for alternative sources of energy;

- significant secular increase in electricity demand; and

- solar energy as a viable option to generate energy in developing countries, rural areas, and regions without indigenous fuel resources.

**Our Business**

We are one of the world's leading global manufacturers and marketers of premium solar technology. We have developed and maintained this leadership position through decades of technological innovation and investment, in addition to the development of sales and distribution channels supplying customers in more than 100 countries on six continents. We own and operate solar cell and panel manufacturing facilities located in Malaysia, Mexico and the Philippines and we participate in a joint venture for panel manufacturing in China with TZE. During fiscal year 2022, 40.3% of our revenue was attributable to the United States and Canada, 45.3% to EMEA, 13.5% to Asia Pacific and 0.9% to other markets.

Our primary products are the Maxeon line of interdigitated back contact ("IBC") solar cells and panels, and the Performance line (formerly, "P-Series") of shingled solar cells and panels. We believe the Maxeon line of solar panels are the highest-efficiency solar panels on the market with an aesthetically pleasing design, and the Performance line of solar panels offers a high-value and cost-effective solution. The Maxeon line is primarily targeted at residential and small-scale commercial customers across the globe. The Performance line was initially targeted at the large-scale commercial and utility-scale power plant markets, but has proven to be attractive to our customers in the distributed generation (which we refer to as "DG") markets as well. During fiscal year 2022, 54.1% of our revenue was attributable to products in our Maxeon line and the other 45.9% was attributable to products in our Performance line. 84.9% of our revenue was attributable to DG applications and 15.1% attributable to power plant applications.

Our proprietary technology platforms, including the Maxeon line and Performance line, target distinct market segments, serving both the DG and power plant markets. This ability to address the full market spectrum allows us to benefit from a range of diverse industry drivers and retain a balanced and diversified customer base.

We believe that our Maxeon line of IBC technology stands apart from the competition in key categories which our customers value, including product efficiency, energy yield, reliability, safety and aesthetics. We believe the combination of these characteristics enables the delivery of an unparalleled product and value proposition to our customers. Our Maxeon line products use a unique cell architecture and advanced module materials to deliver nearly

48

Table of Contents

20% more energy in any given amount of roof space over the first 25 years, as compared to conventional front-contact mono-PERC panels, and come with a leading warranty in the industry.

Our Performance line technology is designed to deliver higher performance compared with conventional panels. This is possible due to several patented features and improvements we have employed in our product. Some of the main differentiators from the competition for our shingled design is that in our design, standard mono-PERC cells are interconnected using electrically conductive adhesive instead of soldered metal ribbons. This technique greatly improves long-term durability, increases efficiency from reduced electrical resistance and less inactive white space between cells, and – when combined with novel electrical bussing – improves shade performance. In addition, our Performance line's robust shingled cells and advanced encapsulant are highly resistant to thermal stresses, humidity, light and temperature-induced degradation ("LeTID") and potential-induced degradation ("PID").

We have begun manufacturing our high efficiency bifacial Performance line solar panels for the United States large-scale commercial and utility-scale power plant markets through conversion of our Malaysia and Mexico facilities. Our cumulative bookings to supply our Performance line solar panels for the United States large-scale commercial and utility-scale power plant markets is 4.2 GW extending into 2025 and uses substantially all of our Performance Line manufacturing capacity. In addition, one of our customers has the option, secured with a deposit, to purchase an additional 1.5 GW through 2027.

In December 2020, we introduced an AC version of our Maxeon product to the international marketplace. We already produce a similar product for SunPower's use in North America. These modules combine a microinverter with the module to create an integrated unit that is ready to connect to the low voltage power grid. These "AC modules" provide significant installation and energy production advantages versus traditional systems and allow us to capture an additional portion of the value of a solar installation. In 2021 we introduced an AC version of our Performance line to compliment the AC version of our Maxeon line. Since the introduction, there has been increasing demand for these AC modules.

In May 2021, we also announced the commercialization of our new Maxeon Air™ technology platform, which is the result of five years of research, development and testing. This new technology platform enables the production of Maxeon Air solar panels, which are conformable, ultra-light, robust and fire-certified panels that can be adhered directly to the roof without the need for racking or other mounting systems. Maxeon Air panels were tested during the first half of 2022 with selected membrane suppliers and the product availability is scheduled to begin in 2023.

In May 2022, we introduced SunPower One, an integrated ecosystem of clean energy products and services that builds on our industry-leading panels and leverages our global distribution channels. As part of the initial launch of SunPower One, we announced a battery storage system, SunPower Reserve, an electric vehicle charger, SunPower Drive, and a consumer experience that helps homeowners better understand and manage their photovoltaic battery, and EV charging devices, view detailed information on their energy consumption, and receive personalized tips on how to maximize the most savings from their investment. The roll-out of SunPower Reserve will commence in 2023.

**Our Strengths**

We believe the following strengths of our business distinguish us from our competitors, enhance our leadership position in our industry and position us to capitalize on the expected continued growth in our market:

- *Leading provider of premium solar technology*. Our established leadership position in solar technology is grounded in over 35 years of experience. Over that time, our solar technology has been awarded over 1,300 patents. We have also made substantial investments in research and development, having invested more than $593 million since 2007 which is more than any other crystalline panel manufacturer. Together, these factors have allowed us to create truly differentiated products which have maintained 20% relative lifetime energy density advantage over the industry average solar panel efficiency since 2012.

49

Table of Contents

- *Established differentiated sales, marketing, and distribution channels in each of our key markets*. We have built relationships with dealer/installers, distributors, and white label partners globally to ensure reliable distribution channels for our products. As examples, we have over 750 sales and installation partners in the Asia Pacific region, over 1,000 in the Europe, Middle East and Africa region, and over 50 in Latin America. In North America, we have supply contracts with SunPower through 2025 for our products to be used in its residential business. Please see "Item 7.B Related Party Transactions."

- *Well-positioned to capture growth across solar markets*. We believe solar growth will be driven by strong expansion in both DG and power plant applications. Over the past four years we grew our total MW deployed by a multiple of approximately two in EU DG markets and Australia. We also believe that our technology, with superior efficiency and lower degradation rates, provides significant advantages to customers in the DG markets.

- *Unique cutting-edge innovative technology*. Our Maxeon 3 and Maxeon 6 panels have the highest rated efficiency among panels currently in commercial production. We also believe that our current technology stands apart from the competition on every meaningful performance metric, including efficiency, energy yield, reliability and aesthetics. Additionally, our Performance line shingled cell technology delivers up to 7% more energy compared to conventional panels, allowing us to achieve a diverse sales base across both DG and the utility power plant markets.

- *Strategic partnerships with top tier companies worldwide*. Our strategic relationship with SunPower provides valuable access to a leading solar distribution business in North America and a market-leading brand platform for international market growth. We have a supply relationship with TotalEnergies S.E., which is active in the global downstream solar market. We also seek to have strategic partnerships across the business chain, as exemplified by our relationship with TZE, which provides valuable connections in Asia's supply chain and distribution channels, as well as research and development collaboration between companies pushing the technological frontier.

- *Unmatched investment in research and development, translating into next-generation leading products*. Our superior technology has been key to our leadership position. Through efficient, disciplined and business-oriented investments, we were able to develop patent-protected technology which we expect to leverage in our next-generation products. Our Maxeon 7 panels are expected to achieve an even higher efficiency while allowing for reduced costs given their significantly simplified manufacturing process. We expect this next-generation solar panel to achieve superior performance at reduced costs, unlocking mass market adoption and commercialization through multiple pathways.

- *Experienced management team*. We have a strong and experienced management team with combined experience in the manufacturing and/or solar and semiconductor sectors of over 151 years complemented by expertise in technology and product innovation.

**Our Strategy**

We are strategically positioned to deploy advanced solar technologies at scale. We draw on over 35 years of technology innovation around high-performance solar products and have well-established global channels available to market our products. Our primary focus includes:

- *Commercializing Maxeon 7 Technology.* Maxeon 7 is the latest in a series of innovative IBC product technologies developed by Maxeon (and our predecessor company SunPower) over the past 20 years. We believe that Maxeon 7 and future technologies based on this innovative new cell architecture will offer higher performance levels than our current IBC products. We have been operating a pilot line in our Philippines cell manufacturing facility for over a year to demonstrate process control and product performance. Given our expectations related to the value proposition of Maxeon 7 and heightened demand for solar panels, we are considering adding incremental capacity for the manufacture of Maxeon 7 products at one of our Philippines cell manufacturing facilities that is currently not in use. We are currently in the

50

Table of Contents

process of making the necessary preparations for such a capacity expansion and have reserved a portion of our 2023 planned capex for that purpose.

- *Enhancing our access to the low-cost Asia-centric supply chain and expanding our global channels to market.* We benefit from our strategic partner TZE's knowledge of and access to the upstream supply markets and distribution channels in Asia. In addition, we leverage access to TZE's silicon wafers for our Performance line technologies.

- *Addressing the United States solar market with Performance Line.* We are in the process of ramping up our expanded solar cell and module capacity in our Malaysia and Mexico facilities manufacturing Performance line shingled module technology for use in the United States market.

- *Expanding our manufacturing footprint into the United States.* We have announced plans to build a multi-GW factory in the United States to supply both the DG and utility-scale markets, contingent upon us securing the necessary funding and other factors beyond our control.

- *Leveraging our established distributed generation channels to drive continued growth.* As a leading DG player, we have a robust sales and marketing platform to access key markets around the world. The expansion of this network is a vital element for future growth, as is the inclusion of additional product lines such as AC modules which expand our share of wallet with our existing channel partners.

- *Adding value "Beyond the Panel" for increased revenue and margin.* Our strong channels to market in the DG business offer an opportunity for Maxeon to bundle adjacent products together with our panel sales. We have already begun adding microinverters to certain of our panels for sale, and are further expanding our product portfolio to include battery storage systems, EV chargers and customer focused services.

- *Enhancing our financial performance through our superior technology, manufacturing processes and strategy.* We believe we have the ability to translate our superior technology into strong financial returns as we couple our premium average selling prices with enhanced manufacturing processes and a scalable low-cost footprint, resulting in rapidly expanding margins and cash generation.

With our corporate headquarters in Singapore and existing manufacturing facilities in Malaysia, the Philippines, and China (through our Huansheng JV), we believe our significant Asian presence will help strengthen relationships and sourcing arrangements across our supply chain. We have added Performance line capacity to our own manufacturing facilities in Malaysia and Mexico and have converted our Malaysia manufacturing facility to produce our Maxeon 6 modules. Our Huansheng JV and its affiliates also plan to increase its Performance line capacity. As of January 1, 2023, we had the majority of our targeted 1.8 GW of Performance line cell capacity in operation, and contractual access to over 7.3 GW of Performance line supply from our Huansheng JV.

**Our Industry**

The solar power industry manufactures and deploys solar panels and systems across a range of end-use applications. With estimated 2022 annual shipment volumes of 206 GW to 266 GW according to Q4'22 PV Installations Tracker from S&P Global (previously IHS Markit) and Wood Mackenzie Global Solar Outlook - Q4 2022, solar power comprises the largest fraction of newly installed global electric power generation equipment. The two primary application segments are DG, mainly for residential and commercial rooftops systems, and utility-scale for large ground-mounted power generation systems. During 2022, total industry shipment volume mix was approximately 41% DG and 59% utility-scale according to Q4 '22 PV Installations Tracker from S&P Global compiled on November 25, 2022.

The market for electric generation products is heavily influenced by national, state/provincial and local government laws, regulations and policies concerning the electric utility industry globally, as well as policies promulgated by electric utilities. The market for electric generation equipment is also influenced by trade and local content laws, regulations and policies. In addition, on-grid applications depend on access to the grid, which is also regulated by government entities.

Table of Contents

**Our Products**

**Maxeon Solar Panels**

Maxeon offers a comprehensive panel portfolio ensuring maximum flexibility to address all customers' energy needs. Our flagship Maxeon solar panels are the highest efficiency panels available on the market and deliver maximum energy production and unmatched reliability, while providing leading environmental sustainability and aesthetics.

Maxeon panels lead the solar industry in panel efficiency and deliver more savings by generating the most solar energy in a given amount of roof space. Over time, the advantage grows, because Maxeon panels also have the lowest degradation rate in the solar industry. While third party studies show that most standard panels tend to degrade around 0.7% per year, Maxeon panels degrade at a significantly lower rate of 0.2% per year. To translate into real results – that means a Maxeon panel delivers nearly 20% more energy from the same footprint as standard panels over the first 25 years. When combined with our 40-year warranty period for certain products, which is the industry's longest warranty, that advantage grows to 80% more guaranteed energy over the lifetime of the system. In addition, based on third party reliability validation by PV Evolution Labs, Maxeon panels are one of the top performers. The reliability test subjected solar panels to various weather condition conditions, including but not limited to temperature change, damp heat and wind pressure.

The innovation behind Maxeon panels is protected by patents globally covering cell and panel design, as well as key manufacturing tools and processes. Maxeon panels feature a unique ribbon-less back-contact cell structure utilizing a metal foundation that minimizes the impact of climatic stresses as well as shading and cell cracks. Through this, Maxeon panels produce up to 30% more energy under shaded conditions from the same footprint as standard panels over their first 25 years and are not reliant on a bypass diode in the junction box to prevent hotspots – the cells are intrinsically resistant to the formation of hotspots. When Maxeon back-contact cells are cracked from impacts, the metal foundation maintains electrical connections to any broken sections, maintaining module power. The lower risk is conveyed to our customers through a leading panel warranty which, unlike most conventional warranties, is based on actual field-testing data. The power warranty guarantees no more than 0.25% per year power drop – the lowest rate in the solar industry. Field data shows that only 0.005% or 1 in 20,000 Maxeon panels have been returned under warranty.

Maxeon has pioneered sustainability efforts in solar manufacturing, and our Maxeon panels have been recognized with the prestigious Cradle to Cradle Certified™ designation for DC panels. The Cradle to Cradle designation demonstrates the products' quality based on rankings of material health, material reutilization, renewable energy use, water stewardship, and social fairness. Maxeon discloses its ingredients through the Declare label – available for all Maxeon panels. Our Mexicali, Mexico manufacturing facility is certified by NSF Sustainability as Zero Waste to Landfill. The certification means that this facility diverts more than 99% of its waste, with 1% or less going to landfills.

Finally, the back-contact cell design of Maxeon panels provides an uncluttered and elegant design aesthetic – with panels available in black and white backsheets. This has made Maxeon panels the panel of choice for architects and designers for decades.

Our latest technology, Maxeon 6, utilizes a similar design to Maxeon 3 but with larger silicon wafers, further increasing solar cell power. When fully ramped, we expect Maxeon technology on larger wafers to be less expensive to manufacture than Maxeon 3 technology. In fiscal year 2022, we completed the conversion of our Fab 3 Malaysia facility from Maxeon 5 to Maxeon 6 production capacity. This results in close to 500 MW of Maxeon 6 production capacity.

**Performance Solar Panels**

Our Performance line of solar panels utilize high efficiency mono-PERC cells to deliver higher reliability and efficiency than conventional panels. With more than 15 GW deployed across more than 80 countries to date, Performance line solar panels are the industry's most deployed shingled cell panel technology.

Table of Contents

The innovation behind Performance line solar panels is protected by patents in the U.S. and foreign jurisdictions covering cell and panel designs, as well as key manufacturing tools and processes. These products utilize a proprietary manufacturing process to assemble conventional silicon solar cells into panels with increased energy yield and reliability compared with conventional panels. Similar to Maxeon panels, the cell interconnects used in conventional panels are "designed out" to provide high reliability. The unique inter-cell bussing is robust under shading and cell cracking stresses, to maximize energy production and lifetime reliability.

Performance line solar panels are produced by Huansheng JV, an Yixing, China based joint venture in which we own a 16.3% equity stake as of January 1, 2023 and its affiliates. Huansheng JV (including its affiliates) currently has a capacity to supply approximately 12 GW per year of Performance line solar panels, with plans for expansion of capacity in 2023 to 20 GW. We have the right, but not the obligation, to take up to 33% of this capacity for sale directly into global DG markets outside of China and power plant markets in the United States and Mexico regions, and a further 33% for sale into global power plant markets with the exception of China, the United States and Mexico through a marketing joint venture in which we own an 80% stake. In 2022, we also began deliveries of Performance line solar panels from our facility in Mexico, which is in the process of ramping up to its planned capacity of 1.8 GW. We have announced plans to build a multi-GW factory in the United States to supply both the DG and utility-scale markets, contingent upon us securing the necessary funding and other factors beyond our control.

In late 2020 we introduced a new line of Maxeon AC Modules and, in 2021, Performance line AC Modules, for sale in Europe and Australia. These AC modules are built based on prior experiences from shipping AC modules for sale in the United States since 2012. These products are versions of our DC panels with factory-attached microinverters. These modules integrate an inverter with each PV module in a controlled factory environment, creating a single unit that is ready to connect to the low voltage power grid. AC Modules provide significant installation and energy production advantages versus traditional systems and allow us to capture an additional portion of the value of a solar installation. For example, our average selling prices in Europe have increased more than 5 percent sequentially due to an increase in demand for AC modules.

We generally provide a 25-year warranty for the solar panels that we manufacture for defects in materials and workmanship and for greater than promised declines in power performance, subject to certain conditions. Effective from January 1, 2022, this has been extended to a 40-year warranty for certain Maxeon line modules in certain countries. Conventional panels generally provide 10-12 years of product warranty coverage, exposing claimants to potential issues making claims after the product warranty has expired; but, before the power warranty has expired. We generally provide a power warranty guaranteeing a certain minimum level of power output over time. Our warranty for Maxeon panels leads the industry with 0.25 percent per year maximum degradation, while our warranty for Performance line panels provides 0.45 percent per year. The warranty provides that we will elect to either (a) repair; (b) replace; or (c) refund the customer based on the computation stipulated in the warranty agreement.

**Beyond the Panel**

In 2022, we introduced SunPower One, an integrated ecosystem of clean energy products and services that builds on our industry-leading panels and leverages our global distribution channels. As part of the initial launch of SunPower One, we announced a battery storage system, SunPower Reserve, an electric vehicle charger, SunPower Drive, and a consumer experience that helps homeowners better understand and manage their photovoltaic battery and EV charging devices, view detailed information on their energy consumption, and receive personalized tips on how to maximize the savings from their investment. The roll-out of SunPower Reserve will commence in 2023.

**Principal Markets**

During fiscal year 2022, 40.3% of our revenue was attributable to North America, 45.3% to EMEA, 13.5% to Asia Pacific and 0.9% to other markets. While we expect that North America will continue to represent a key market for us, we anticipate continuing to sell the majority of our products outside of North America in the future.

The Maxeon line, which includes our Maxeon 3, Maxeon 6 and Maxeon 7 solar panels, is primarily targeted at residential and commercial customers across the globe. The Performance line was initially targeted at the large-scale

commercial and utility-scale power plant markets, but has proven to be attractive to our customers in the DG markets as well.

**Research and Development**

We engage in extensive research and development efforts to improve solar cell efficiency and solar panel performance through the enhancement of our existing products, development of new techniques, and reductions in manufacturing cost and complexity. Our research and development group works closely with our manufacturing facilities, equipment suppliers and customers to improve solar cell design and to lower solar cell, solar panel and system product manufacturing and assembly costs.

In addition, we work closely with our current and potential suppliers of crystalline silicon, a key raw material used in the manufacture of solar cells, to develop specifications that meet our standards and ensure high quality while at the same time controlling costs. In the past, prior to us establishing our own research and development teams in Singapore and Silicon Valley, we relied on SunPower to perform research and development work under a Product Collaboration Agreement, with work conducted in SunPower's Silicon Valley research and development lab. In 2022, we established our own Silicon Valley research and development lab in anticipation of the expiration of the Product Collaboration Agreement with SunPower in 2022. We expect that the combination of our two global innovation teams in Singapore and Silicon Valley will increase the speed at which Maxeon can bring new technologies and products to market in the coming years.

**Manufacturing and Supplies**

*Manufacturing*

We currently operate solar cell manufacturing facilities in the Philippines and Malaysia and solar module assembly facilities in Mexico and Malaysia. We regularly evaluate our manufacturing capabilities in support of anticipated demand for our products and from time to time may determine to upgrade and expand, relocate or to shut down one or more facilities as opportunities to streamline our manufacturing operations become apparent.

As part of the solar panel manufacturing process, polysilicon is melted and grown into crystalline ingots and sliced into wafers by business partners specializing in those processes. The wafers are processed into solar cells in our manufacturing facilities located in the Philippines and Malaysia.

The Maxeon 3 solar cell manufacturing facility that we own and operate in the Philippines has an annual capacity of approximately 560 MW. In fiscal year 2022, we completed the conversion of our Fab 3 Malaysia facility from Maxeon 5 to Maxeon 6 production capacity. This results in close to 500 MW of Maxeon 6 production capacity.

In order to expand our capacity to produce Performance line shingled module technology for use in the United States market, aimed at large-scale commercial and utility-scale power plant markets, we are expanding our Malaysia cell manufacturing facility to add up to 1.8 GW of mono-PERC solar cells production and upgraded our assembly facility in Mexico with equivalent module assembly capacity. Product deliveries commenced in first half of 2022. We expect to complete our production capacity ramp of mono-PERC solar cells to 1.8 GW during 2023. We have also announced plans to deploy a multi-GW factory in the United States to manufacture solar products for both the DG and utility-scale power plant markets, contingent upon us securing the necessary funding and other factors beyond our control.

*Supplies*

We source the materials and components for our solar cells and panels both internally and from third-party suppliers based on quality, performance, and cost considerations. We typically assemble proprietary components, while we purchase generally available components from third-party suppliers. In a few cases, proprietary components are only available from a sole supplier. While we secure supply of these specific components, we may face production disruptions if the supplier is not fulfilling its obligations, and adoption of new tariffs between different countries may negatively affect the cost of some materials.

Table of Contents

We purchase a portion of our Performance line solar panels from our Huansheng JV which currently has capacity to supply approximately 12 GW of Performance line solar panels. We have the right, but not the obligation, to take up to 33% of this capacity for sale directly into global DG markets outside of China and power plant markets in the United States and Mexico regions, and a further 33% for sale into global power plant markets with the exception of China, the United States and Mexico through a marketing joint venture in which we own an 80% stake.

We purchase wafers and, prior to the expiration of the long-term fixed supply agreement for polysilicon in fiscal year 2022, we also purchased polysilicon from various manufacturers on both a contracted and a purchase order basis. We work with our suppliers and partners along all steps of the value chain to reduce costs by improving manufacturing technologies and expanding economies of scale. Crystalline silicon is the principal commercial material for solar cells and is used in several forms, including single-crystalline, or monocrystalline silicon, multi-crystalline, or polycrystalline silicon, ribbon and sheet silicon, and thin-layer silicon. With the expiration of the long-term fixed supply agreement for polysilicon, our solar cell value chain starts with silicon wafers which are produced from polysilicon.

Silicon wafers are a critical raw material used in the production of our photovoltaic products. To maintain competitive manufacturing operations, we depend on our suppliers to timely deliver polysilicon in sufficient quantities and of appropriate quality. See "Risk Factors - Risks Related To Our Operations - A disruption in our supply chain for silicon wafers could interrupt or impair our ability to manufacture solar cells and modules, including for the United States market, and could prevent us from delivering our products to our customers within required timeframes and could in turn result in sales and installation delays, cancellations, penalty payments, and loss of market share."

In 2008, due to a polysilicon shortage and to match its estimated customer demand forecasts and growth strategy, SunPower entered into long-term fixed supply agreements for polysilicon. In connection with the Spin-off, we entered into an agreement with SunPower pursuant to which we effectively received SunPower's rights under the continuing long-term fixed supply agreements (including SunPower's deposits and advanced payments thereunder) and, in return, we performed all of SunPower's existing and future obligations under the agreements (including all take-or-pay obligations). Maxeon was not permitted to cancel or exit the agreements prior to their expiration. The agreements were structured as "take or pay" agreements that specify future quantities of polysilicon to be purchased up to the end of fiscal year 2022 and the pricing of polysilicon required to be supplied and purchased. The agreements also provided for penalties or forfeiture of advanced deposits in the event Maxeon terminated the arrangement. Additionally, under the agreements, Maxeon had made prepayments to the suppliers. During fiscal year 2022, our supplier communicated to us that they believed certain price escalation clauses for silicon metal have been triggered under the agreements and therefore increased pricing would apply to our purchases of polysilicon for the then remaining deliveries in 2022. We did not agree that these inflationary price escalation clauses applied, and agreed to make a one-off and final settlement payment of $15.2 million to the supplier in equal monthly installments from August 2022 until January 2023. As of January 1, 2023, we have made five of the six installment payments with the remaining amount owed being recorded under "Accounts payable" in our Consolidated Balance Sheets as of January 1, 2023. This long-term fixed supply agreement for polysilicon has now expired in accordance with its terms.

On November 16, 2021, we entered into a silicon wafer master supply agreement with Zhonghuan Hong Kong Ltd ("TZE HK"), a subsidiary of TZE for the purchase of P-Type G12 wafers which are intended to be incorporated into the Company's Performance line modules planned for manufacture in Malaysia and Mexico and sale into the United States. The Company expects TZE HK to be its primary wafer supplier for Performance line modules and deliveries commenced in 2022. Deposit arrangements, payment terms and pricing mechanisms will be agreed to with TZE HK for the Company to reserve specified volumes in advance. The master supply agreement also sets out a general framework and customary operational and legal terms which govern the purchases of silicon wafer from TZE by the Company and its subsidiaries, including engineering changes, supply chain management, inspection, representations and warranties and legal compliance. Throughout 2022, we entered into addendums to the master supply agreement, pursuant to which TZE HK will supply us with wafers to meet our volume requirements for calendar year 2023.

Table of Contents

As of January 1, 2023, future purchase obligations under our long-term fixed supply agreements for silicon wafer totaled $118.9 million and advance payment obligations to suppliers totaled $2.1 million is classified as "Advances to suppliers, current portion" in our Consolidated Balance Sheets. See "Note 9. *Commitments and Contingencies*" for outstanding future purchase commitments.

During fiscal year 2022, we recognized charges of $8.3 million related to losses incurred as a result of ancillary sales to third parties of excess polysilicon procured under our long-term fixed supply agreements. In addition, we estimate that we paid $11.3 million above the market price for polysilicon utilized in our manufacturing process, which is the difference between our contractual cost under the long-term fixed supply agreements and the price of polysilicon available in the market as derived from publicly available information, multiplied by the volume of polysilicon we have consumed.

For more information about risks related to our supply chain and risks related to the Maxeon Business generally, see "Item 3.D. Risk Factors".

**Key Corporate Functions**

In connection with the Spin-off, we have created standalone corporate and support functions for our business and operations. Key corporate functions include tax, treasury, accounting, internal audit, investor relations, human resources, communications, legal and corporate governance, information technology, facilities, and administrative support services.

In connection with the Spin-off, we and SunPower agreed to provide and/or make available various administrative services and assets to each other pursuant to the Transition Services Agreement. Services provided include, among others, certain services related to finance, accounting, business technology, human resources, facilities, document management and record retention, relationship and strategy management, module operations, and technical and quality support. The services provided under the Transition Services Agreement have been largely wound down.

**Intellectual Property**

We rely on a combination of patent, copyright, trade secret, trademark, and contractual protections to establish and protect our proprietary rights. We typically require our business partners to enter into confidentiality and non-disclosure agreements before we disclose any sensitive aspects of our solar cells, technology, or business plans. We typically enter into proprietary information agreements with employees, consultants, vendors, customers, and joint venture partners.

We own multiple patents and patent applications that cover aspects of the technology in the solar cells and panels that we currently manufacture and market. We continue to file for and receive new patent rights on a regular basis. The lifetime of a utility patent typically extends for 20 years from the date of filing with the relevant government authority. We assess appropriate opportunities for patent protection of those aspects of our technology, designs, methodologies, and processes that we believe provide significant competitive advantages to us, and for licensing opportunities of new technologies relevant to our business. As of January 1, 2023, we held 1,483 patents and 412 pending patent applications across all jurisdictions including the United States. While patents are an important element of our intellectual property strategy, our business as a whole is not dependent on any one patent or any single pending patent application. We additionally rely on trade secret rights to protect our proprietary information and know-how. We employ proprietary processes and customized equipment in our manufacturing facilities. We therefore require employees and consultants to enter into confidentiality agreements to protect them.

When appropriate, we enforce our intellectual property rights against other parties. For more information about risks related to our intellectual property, see "Item 3.D. Risk Factors."

**Competition**

The market for solar electric power technologies is competitive and continually evolving, resulting in price reductions in the market and reduced margins which may continue and could lead to loss of market share. Our solar

Table of Contents

power products and systems compete with many competitors in the solar power market, including, but not limited to: Canadian Solar Inc., First Solar Inc., Hanwha QCELLS Corporation, JA Solar Holdings Co., Jinko Solar, LONGi Solar, REC Solar, Risen Energy and Trina Solar Ltd.

In addition, universities, research institutions, and other companies have brought to market alternative technologies, such as thin-film solar technology, which compete with our photovoltaic technology in certain applications. Furthermore, the solar power market in general competes with other energy providers such as electricity produced from conventional fossil fuels supplied by utilities and other sources of renewable energy, including wind, hydro, biomass, solar thermal, and emerging DG technologies such as micro-turbines, sterling engines and fuel cells.

In the large-scale on-grid solar power systems market, we face direct competition from a number of companies, including those that manufacture, distribute, or install solar power systems as well as construction companies that have expanded into the renewable sector. In addition, we will occasionally compete with DG equipment suppliers.

We believe that the key competitive factors in the market for solar power systems include:

- total system price;

- LCOE evaluation;

- customer cost of energy evaluation;

- sunlight to electricity conversion efficiency and energy yield;

- aesthetic appearance of solar panels and systems;

- interface with standard mounting systems;

- strength of distribution relationships;

- commercial payment terms;

- established sales channels to customers;

- timeliness of new product introductions; and

- warranty protection, quality, and customer service.

We believe that we can compete favorably with respect to each of these elements, although we may be at a disadvantage in comparison to larger companies with broader product lines, greater technical service and support capabilities, and financial resources. See "Item 3.D. Risk Factors" for more details.

**Seasonality**

See "Item 5.A. Operating Results" for more details.

**Government Regulation**

*Public Policy Considerations*

Different public policy mechanisms have been used by governments to accelerate the adoption and use of solar power. Examples of customer-focused financial mechanisms include capital cost rebates, performance-based incentives, feed-in tariffs, tax credits, renewable portfolio standards, net metering, and carbon regulations. Some of these government mandates and economic incentives are scheduled to be reduced or to expire, or could be eliminated altogether. Capital cost rebates provide funds to customers based on the cost and size of a customer's solar power system. Performance-based incentives provide funding to a customer based on the energy produced by

Case 3:24-cv-03869-EMC    Document 71    Filed 12/20/24    Page 67 of 382

Table of Contents

their solar power system. Feed-in tariffs pay customers for solar power system generation based on energy produced, at a rate generally guaranteed for a period of time. Tax credits reduce a customer's taxes at the time the taxes are due. Renewable portfolio standards mandate that a certain percentage of electricity delivered to customers come from eligible renewable energy resources. Net metering allows customers to deliver to the electric grid any excess electricity produced by their on-site solar power systems, and to be credited for that excess electricity at or near the full retail price of electricity. Carbon regulations, including cap-and-trade and carbon pricing programs, increase the cost of fossil fuels, which release climate-altering carbon dioxide and other greenhouse gas emissions during combustion.

In addition to the mechanisms described above, it should be noted the United Nations has adopted Sustainable Development Goals ("SDGs"), which are being promoted by governments, corporations and civil society. Achieving several of the SDGs requires mass adoption of clean energy by 2030 and this is driving government policies. In Europe, for instance, the European Commission has harmonized its target date with the SDGs and mandated that its member states adopt integrated national climate and energy plans aimed at increasing their renewable energy targets to be achieved by 2030. At the 2021 UN Climate Change Conference (known as COP26) held in Glasgow, United Kingdom in October to November 2021, many nations around the world updated their national commitments to reduce carbon. By the end of COP26, 151 countries had submitted new climate plans (known as nationally determined contributions, or NDCs) to reduce emissions by 2030. At the subsequent UN Climate Change Conference in Egypt in November 2022, these national commitments remained in place. These developments could benefit the deployment of solar.

### Environmental Regulations

We use, generate, and discharge toxic, volatile, or otherwise hazardous chemicals and wastes in our research and development, manufacturing, and construction activities. We are subject to a variety of laws and regulations related to the purchase, storage, use, and disposal of hazardous materials in jurisdictions where we operate. We believe that we have all environmental permits necessary to conduct our business and expect to obtain all necessary environmental permits for future activities. We believe that we have properly handled our hazardous materials and wastes and have appropriately remediated any contamination at any of our premises. For more information about risks related to environmental regulations, see "Item 3.D. Risk Factors."

### Legal Proceedings

We are a party to various litigation matters and claims that arise from time to time in the ordinary course of our business. While we believe the ultimate outcome of such matters will not have a material adverse effect on us, the outcomes of these litigation matters are not determinable and negative outcomes may adversely affect our financial position, liquidity, or results of operations.

In addition, in connection with the separation, we entered into a Separation and Distribution Agreement pursuant to which SunPower has agreed to indemnify us for certain litigation claims in which we or one of our subsidiaries is named as a defendant or party. While we expect to suffer no material financial liability because these matters are indemnified, it may drain our resources to cooperate with SunPower to defend these claims and our reputation with key stakeholders may be affected.

### 4.C. ORGANIZATIONAL STRUCTURE

### Organizational Structure

Following the Spin-off, we are a separate, standalone company independent of SunPower. SunPower does not retain any ownership interest in us. See "Item 4.A. History and Development of the Company" for additional information.

Table of Contents

**Significant Subsidiaries**

Below is a list of our significant subsidiaries as of January 1, 2023:

| Name | Country of Incorporation | % of Equity Interest |
|---|---|---|
| Maxeon Solar Pte. Ltd | Singapore | 100 |
| SunPower Malaysia Manufacturing Sdn. Bhd. | Malaysia | 100 |
| SunPower Systems Sarl | Switzerland | 100 |
| SunPower Corporation Mexico, S. de R.L. de C.V. | Mexico | 100 |
| Maxeon Americas, Inc. | United States | 100 |

## 4.D. PROPERTY, PLANTS AND EQUIPMENT

Our corporate headquarters is located in Singapore. The principal office for our international operations, which is also our registered office, is located in Singapore.

To ensure that we have sufficient manufacturing capacity to meet future production needs, we regularly review the capacity and utilization of our manufacturing facilities. The Malaysia Atomic Energy Licensing Board, Malaysian Investment Development Authority, Malaysia Department of Environment, Department of Occupational Safety & Health, Fire and Rescue Department of Malaysia, Mexico Secretaria de Proteccion al Ambiente, Philippines Department of Environment and Natural Resources, Laguna Lake Development Authority, PEZA, Philippines Department of Health/Food and Drugs Authority, European Agency for Safety and Health at Work and other regulatory agencies regulate the approval for use of manufacturing facilities for photovoltaic products and equipment, and compliance with these regulations may require a substantial amount of validation time prior to start-up and approval. Accordingly, it is important to our business that we plan ahead to ensure we have sufficient manufacturing capacity to meet our future production needs.

**Major Facilities**

The following table sets forth our most significant facilities as of January 1, 2023:

| Location | Size of Site (in square feet) | Held | Lease Term | Major Activity |
|---|---|---|---|---|
| France | 27,000 | Leased | 2023 | Global support office |
| France | 42,000 | Owned | NA | Former solar assembly facility |
| France | 36,000 | Owned | NA | Former solar assembly facility |
| Malaysia | 883,000 | Owned | NA | Solar manufacturing facility |
| Mexico | 186,000 | Leased | 2027 | Solar module assembly facility |
| Mexico | 320,000 | Leased | 2026 | Solar module assembly facility |
| Mexico | 124,000 | Leased | 2027 | Storage facility |
| Philippines | 641,000 | Owned | NA | Former solar cell manufacturing facility |
| Philippines | 118,000 | Owned | NA | Former solar module assembly facility |
| Philippines | 163,000 | Leased | 2024 | Solar cell manufacturing support and storage facility |
| Philippines | 389,000 | Owned | NA | Solar cell manufacturing facility |
| Philippines | 65,000 | Owned | NA | Global support offices |
| Singapore | 37,000 | Leased | 2025 | Global support offices and research and development facility |

We believe that we have satisfactory title to our plants and facilities in accordance with standards generally accepted in our industry. We believe that all of our current production facilities are in good operating condition.

Table of Contents

For information concerning our material plans to the facilities, see "Item 4.A. History and Development of the Company—Principal Capital Expenditures".

**Environmental, Social and Governance ("ESG") Matters**

We integrate core values of ESG into our business strategy to protect the environment, to add value to the business, manage risk and enhance our reputation. As a leader in the solar industry, we believe that setting a high standard for the entire solar industry is essential in protecting the environment. We intend to make a meaningful and positive impact on the environment, for the communities we serve, the energy industry, our stakeholders and beyond. Our sustainability approach is grounded in our purpose of Powering Positive Change. In 2022, we introduced our industry-leading 40 year solar panel warranty to support long term energy production and sustainability. We also completed an Energy Payback Time assessment for our solar panels (measuring the electricity put into our panels as compared to the energy produced), launched our Modern Slavery Statement. We also released our second annual Sustainability Report, which is available on our website at https://www.maxeon.com/, prepared in accordance to the Global Reporting Initiative ("GRI") Sustainability Reporting Standards, Core option, aligned to the Sustainability Accounting Standards Board ("SASB"), Singapore Exchange ("SGX") Sustainability Reporting requirement and the United Nations Sustainable Development Goals ("SDGs" or "Global Goals"). The information contained on or accessible through our website does not form part of this annual report.

Our ESG strategy centers around three main pillars, namely environmental, social and governance, across 14 key material topics divided across each of these three pillars, and aligned to the SDGs, with focus on the four key SDGs most we have chosen to focus on as a company:

- SDG7: Affordable and Clean Energy
- SDG10: Reduce Inequalities
- SDG12: Responsible Consumption and Production
- SDG16: Peace, Justice and Strong Institutions

*Environmental*

As a testament to our commitment to producing solar panels that are as sustainable as the energy they produce, our SunPower Maxeon solar panels have been Cradle to Cradle certified since 2014, which is a globally recognized measure of product sustainability from the Cradle to Cradle Products Innovation Institute. To achieve the certification, products are assessed across five categories: material health, material reutilization, renewable energy and carbon management, water stewardship, and social fairness. The certification recognizes products that are creating a positive impact on the environment and society by promoting a circular economy through their design and manufacturing. In 2022, we achieved Cradle to Cradle Silver certification from the Cradle to Cradle Products Innovation Institute for our Maxeon 3, 5 and 6 panels sold in the United States as X-Series, M-Series and A-Series, respectively.

To better understand the efficiency and performance of our products, we have engaged an external consultant to perform an assessment of our solar panels' energy payback time (EPBT) in 2022. In the assessment performed on Maxeon's energy usage data, the energy requirements for the production of Maxeon solar panels were determined to be exceptionally low, as compared to the solar energy these panels produced with an overall result providing an EPBT of less than a year. Therefore, energy produced over our technology's lifetime far exceeds the energy required in its production.

We also recognize the importance of reducing our operational carbon footprint and strive to lower our own energy consumption, greenhouse gas ("GHG") emissions, water consumption and waste. The following are some examples of our environmental ESG efforts:

- **Managing our carbon footprint:** We are committed to managing our footprint throughout our value chain, working collaboratively with suppliers, distribution partners and customers to drive holistic results across the lifecycle of our products and our operations. For instance, we implemented our 'Supplier

60

Table of Contents

Sustainability Guidelines' which require our suppliers to actively work to reduce the consumption of natural resources, including material sourcing such as polysilicon, and include sustainability criteria to track this environmental impact. In 2022, Maxeon embarked on a partnership with STACS on ESGpedia to enhance supplier sustainability monitoring.

- **Waste management:** We continue to strengthen our waste recycling programs across our factories. We were the first company in Mexico to be third party verified as Landfill-free since 2015, which we maintain. This certification stipulates that less than 1% of waste materials can be sent to a landfill and less than 10% of waste materials can be sent to a waste-to-energy facility, as verified through an external audit process management by NSF International, an independent organization that oversees the Landfill-Free standard for companies around the world. To achieve this certification, we adopted a lifecycle focused approach across our supply chain, including focusing on contracting with downstream waste vendors through a selection process to reduce our waste in the initial stages of sourcing, and implementing a range of waste reduction procedures during the manufacturing process, including the segregation of waste. In 2022, we have also made incremental progress on improving the sustainable packaging of our solar cells and modules to reduce waste.

- **Creating a circular economy:** Through our environmental sustainability initiatives in energy, water and waste management, we seek to move from a linear economy to a circular economy approach across our operations and to support the efforts of our customers to do the same. We strive to ensure that our facilities are built as sustainably as possible, adopting the principles of Leadership in Energy and Environmental Design ("LEED") certification, developed by the U.S. Green Building Council for the design, construction, operation and maintenance of environmentally sustainable structures. Five of our manufacturing facilities are LEED-certified, with three LEED Gold manufacturing facilities and two LEED Platinum administrative buildings.

*Social*

The safety and well-being of our employees is paramount. Occupational Health and Safety ("OHS") is embedded in our day-to-day operations, from the product design stage through the review stage. For 2022, we report zero work related fatalities and a Total Recordable Incident Rate (TRIR) of 1.14.

During the COVID-19 pandemic, to safeguard the health of our employees and support the communities where we operate, we implemented an immediate, holistic COVID-19 response across the organization. We established health and safety policies, implemented business practices to minimize transmission of COVID-19 within our premises.

In addition to creating a safe workplace for our employees, we strive to integrate our purpose of Powering Positive Change throughout our business operations and supply chain. For example, we are committed to fair labor and respect for human right practices. We have established our Global Human Rights Policy which sets standards for our global business conduct related to human rights and labor for employees, suppliers and any other business partners. We also implemented our Conflicts Minerals Policy to avoid the use of conflict minerals.

Maxeon understands the importance of supporting the communities where we live and work. We believe access to healthy environmental conditions is a fundamental human right. We aim to help correct inequities through our Maxeon Gives program which we launched in 2022. We also partnered with non-profits and government agencies on Corporate Social Responsibility (CSR) programmes globally to contribute back to the communities.

Furthermore, we believe in diversity and inclusion in our workforce and the communities we serve as reflected in our zero-tolerance policy towards all forms of discrimination and harassment in the workplace, and also demonstrated in our Board Diversity statement, which is available on our website at https://www.maxeon.com/, under the heading "Investor Relations – Governance" and our hiring statement, which is available in our sustainability report which stipulates that employment decisions are made on merit. See "*Board Diversity.*" The information contained on or accessible through our website does not form part of this annual report.

Table of Contents

*Governance*

We believe that good governance is essential to creating and preserving value for our customers, shareholders and other stakeholders. This includes a sound approach to corporate governance that complies with all applicable laws, rules, regulations and policies as well as adherence to our values. We have an extensive set of corporate governance policies that include a Global Anti-Corruption Compliance Policy, an Insider Trading Policy, a Whistleblower Policy, a Global Human Rights Policy, a Modern Slavery Statement and a Conflict Minerals Policy as well as our Code of Ethics and Business Conduct.

We have established a governance structure to drive ESG strategies, initiatives and performance. Our ESG progress is supervised by our Executive Leadership Team (ELT) and further governed by our Nominating and Corporate Governance Committee, which consists of two independent directors and two directors appointed by our shareholders, TotalEnergies and TZE. As we strive towards remaining abreast of macro ESG trends, opportunities and risks, our Global ESG team and Chief Legal Officer, who is also our Global ESG Executive Leader, provide quarterly updates and presentations to the Committee on global ESG shifts, as well as our own ESG initiatives and progress. Our Global ESG Lead is based in the Singapore headquarters alongside our legal team, to effectively solidify our sustainability approach, framework and efforts. As a result, we can effectively cross-collaborate within the organization to execute our ESG ambitions and track our progress. Maxeon has embedded sustainability into its company culture, as reflected in it's corporate key results (Maxeon's version of "Key Performance Indicators"). Employees are asked to align their individual objectives to Maxeon's corporate key results in which ESG was identified as critical to achieving broader company goals, during the annual performance review exercise.

We also strive to maintain the integrity of our products and services. We have a Quality Policy which sets standards with regard to product quality and reliability. In addition to implementing comprehensive quality management systems, we provide our customers with a long-term warranty. All of our manufacturing plants and research and development facilities are certified to internationally recognized standards, such as ISO 9001:2015 Quality Management System, ISO45001: 2018 Occupational Safety and Health Management System and ISO14001: 2015 Environmental Management System.

We are subject to laws and regulations concerning the environment, safety matters, regulation of chemicals and product safety in the countries where we manufacture and sell our products or otherwise operate our business. As a result, we have established internal policies and standards that aid our operations in systematically identifying relevant hazards, assessing and mitigating risks and communicating risk information. These internal policies and standards are in place to ensure our operations comply with relevant environmental, health and safety laws and regulations. In addition, we conduct periodic audits of our operations. The potential risks we identify are integrated into our business planning, including investments in reducing safety and health risks to our associates and reducing our impact on the environment. We have also dedicated resources to monitor legislative and regulatory developments and emerging issues to anticipate future requirements and undertake policy advocacy when strategically relevant.

*Reporting*

A notable part of our commitment to sustainable development and operations is our commitment to transparent reporting of ESG performance indicators, as we recognize the importance of this information to investors, lenders and others in understanding how we assess sustainability information and evaluate risks and opportunities. We publish an annual sustainability report (the "Sustainability Report") prepared in accordance to the GRI Sustainability Reporting Standards, Core option, aligned to the SASB, SGX Sustainability Reporting requirement and the United Nations SDGs, which includes our strategy, key performance indicators and achievements. Our historical sustainability reports are available on our website at https://www.maxeon.com/ under the heading "ESG and Sustainability".

On July 17, 2020, Maxeon issued $200.0 million of Green Convertible Notes and received total net proceeds of $176 million. We published our first Eligible Green Expenditures Progress Report in July 2021 for the period from July 17, 2020 to June 30, 2021, disclosing the use of $176 million in net proceeds to finance or refinance, in whole or in part, existing and new "Eligible Green Expenditures", which is defined as capital expenditures and research and development expenditures related to the development or manufacture of products, key components and

machinery primarily dedicated to solar energy generation by us or any of our subsidiaries. Specifically, the amounts were allocated to patents and other intellectual property, manufacturing equipment capital expenditures, international research and development operating expenditures and operating and capital expenditures associated with our Product Collaboration Agreement with SunPower. See "Item 7.B. Related Party Transactions – Agreements with SunPower – Product Collaboration Agreement." In August 2022, we published our final Eligible Green Expenditures Progress Report for the period July 1, 2021 through June 30, 2022 to report the allocation of the remaining net proceeds from the issuance together with our Green Bond Assurance report. In addition, we also published our Green Bond Framework in August 2022. The Eligible Green Expenditures Progress Reports and our Green Bond Framework are available on our website at https://www.maxeon.com/, under the heading "ESG and Sustainability."

Nothing on our website, including our Sustainability Report, Eligible Green Expenditures Progress Report, Green Bond Framework, Modern Slavery Statement and/or sections thereof, is deemed incorporated by reference into this Form 20-F.

## ITEM 4.A. UNRESOLVED STAFF COMMENTS

Not Applicable.

## ITEM 5. OPERATING AND FINANCIAL REVIEW AND PROSPECTS

## 5.A. OPERATING RESULTS

This operating and financial review should be read together with the section captioned "Item 4.B. Business Overview" and the consolidated and combined financial statements of Maxeon and the related notes to those statements included elsewhere in this Form 20-F. Among other things, those financial statements include more detailed information regarding the basis of preparation for the following information. The consolidated and combined financial statements of Maxeon have been prepared in accordance with GAAP. This discussion contains forward-looking statements that involve risks and uncertainties. As a result of many factors, such as those set forth under "Risk Factors" and elsewhere in this Form 20-F, our actual results may differ materially from those anticipated in these forward-looking statements. Please see discussion under "Special Note About Forward-Looking Statements" in this Form 20-F.

The discussion and analysis of the financial condition and results of operations of certain items for the fiscal year ended January 3, 2021, and year-to-year comparison between fiscal year ended January 2, 2022, and January 3, 2021, that are not included in this Form 20-F can be found in "Item 5. Operating And Financial Review And Prospects" of our Form 20-F for the fiscal year ended January 2, 2022 filed on March 24, 2022, which is incorporated by reference herein.

### Overview

We manufacture and supply solar cells and panels, and have begun bundling adjacent products such as microinverters, to resellers and commercial and residential end customers. We sell our solar panels and "Beyond the Panel" products primarily to dealers, project developers, system integrators and distributors, and recognize revenue at a point in time when control of such products transfers to the customer, which generally occurs upon shipment or delivery depending on the terms of the contracts with the customer. There are no rights of return. Other than standard warranty obligations, there are no significant post-shipment obligations (including installation, training or customer acceptance clauses) with any of our customers that could have an impact on revenue recognition. Our revenue recognition policy is consistent across all geographic areas. See "Note 5. *Revenue from Contracts with Customers*" to our consolidated and combined financial statements.

Our consolidated and combined financial statements have been derived (i) from the consolidated financial statements and accounting records of SunPower as if we had operated on our own prior to the Spin-off, for the periods prior to August 26, 2020 and (ii) subsequent to August 26, 2020, the consolidated financial statements of the Company and its subsidiaries with the Company as an independent public company.

Table of Contents

During fiscal years 2022 and 2021, we had sales of $283.3 million and $225.9 million, respectively, to SunPower representing the sale of solar modules to SunPower. The pricing term prior to the Spin-off was made at transfer prices determined based on management's assessment of market-based pricing terms. Subsequent to the Spin-off, pricing was based on the Supply Agreement with SunPower, as amended. As of February 14, 2022, we entered into the 2022/2023 Supply Agreement which terminates and replaces the Supply Agreement, pursuant to which the Company is supplying SunPower with IBC Modules for use in residential installations in the Domestic Territory. We amended the 2022/2023 Supply Agreement on January 5, 2023 to increase minimum product volumes, update the pricing of IBC Modules for 2023 and extend exclusivity provisions that prohibit us from selling Maxeon 6 IBC Modules to anyone other than SunPower for use in the Domestic Territory until December 31, 2023. The 2022/2023 Supply Agreement continues until December 31, 2023, subject to customary early termination provisions triggered by a breach of the other party (with the right to cure) and insolvency events affecting the other party. The pricing of our modules sold to SunPower is fixed for 2022 and 2023, based on the power output (in watts) of the IBC Module, but the pricing has been updated to reflect current market trends. Additionally, either party may terminate undelivered volumes of Maxeon 6 IBC Modules during 2023 if the parties fail to reach an agreement adjusting pricing in the event of fluctuations in cost of polysilicon above a specified threshold.

The Company and SunPower entered into the 2024/2025 Supply Agreement with an effective date of December 31, 2022. Under the 2024/2025 Supply Agreement, in 2024 and 2025 the Company will supply certain volumes of Maxeon 6 IBC Modules to SunPower for use in residential installations in the Domestic Territory. The 2024/2025 Supply Agreement continues until December 31, 2025, subject to customary early termination provisions triggered by a breach of the other party (with the right to cure) and insolvency events affecting the other party. Following the entry into the 2024/2025 Supply Agreement, the pricing of our sales to SunPower contains an indexed-pricing provision for certain production commodities. In the event that adjustments to the final module price result in an increase in or discount to the final module price above certain thresholds, either party may terminate the 2024/2025 Supply Agreement for convenience without penalty or damages subject to certain terms and conditions.

See "Item 7.B. Related Party Transactions."

## Basis of Presentation

Standalone financial statements have not been historically prepared for our business. Our consolidated and combined financial statements have been derived (i) from the consolidated financial statements and accounting records of SunPower as if we had operated on our own prior to the Spin-off, for the periods prior to August 26, 2020 and (ii) subsequent to August 26, 2020, the consolidated financial statements of the Company and its subsidiaries with the Company as an independent public company. All periods presented have been accounted for in conformity with GAAP and pursuant to the regulations of the SEC.

For further information on the basis of presentation of the combined financial statements see "Note 1. *Background and Basis of Presentation*" to our consolidated and combined financial statements included elsewhere in this Form 20-F.

## Trends and Uncertainties

### Demand

Our business is subject to industry-specific seasonal fluctuations including changes in weather patterns and economic incentives that are based on tax credits, among other factors that drive demand in the latter half of the year. Sales have historically reflected these seasonal trends with the largest percentage of total revenues realized during the last two quarters of a fiscal year.

Volatility in the applied trade and tariff policies of the United States has created market challenges for us, and for our supplier and customer bases, since the beginning of 2018. Safeguard tariffs imposed in February 2018

64

pursuant to Section 201 of the Trade Act of 1974 had significant market effects during the four ensuing years. While a technology-based exclusion for IBC products muted the impact on us, our solar products based on other technologies were and remain subject to the safeguard tariffs. The safeguard measure was extended in February 2022 for an additional four-year period. Bifacial cells and modules were initially subject to the safeguard measure, then excluded, then re-covered, then re-excluded pursuant to a November 2021 U.S. Court of International Trade Decision, and on January 14, 2022, the Biden Administration filed a notice of appeal against the decision before the U.S. Court of Appeals for the Federal Circuit. During the same timeframe, tariffs imposed on goods of PRC origin pursuant to Section 301 of the Trade Act of 1974 significantly affected trade in solar power system components and finished products. The Section 301 tariffs remain in force and have no specified expiration date.

During 2021, a distinct set of challenges arose for the U.S. solar market as a result of a "withhold release order" ("WRO") imposed pursuant to Section 307 of the Tariff Act of 1930 on products whose upstream silicon materials are sourced, or suspected of being sourced, from Hoshine Silicon Industry Co. Ltd. and its affiliates. The basis for this WRO was a finding that Hoshine and its affiliates utilize and benefit from forced labor in China's Xinjiang Province. U.S. Customs and Border Protection detained numerous incoming shipments of silica-based products (including PV solar modules) at ports of entry and subjected importers to a lengthy and arduous process of proving that no forced labor was involved at the furthest upstream stages of their supply chains. In response, some companies altogether stopped trying to ship solar products to the United States; at a number of under-construction U.S. solar projects, expected module deliveries did not materialize. The WRO remains in force and has been expanded legislatively via the Uyghur Forced Labor Prevention Act ("UFLPA"), signed into law on December 23, 2021, which establishes a presumption that all goods processed in Xinjiang Province utilize forced labor and are therefore ineligible for entry into the U.S. market. Given Xinjiang Province's major role in global production of polysilicon and upstream silica materials such as MGSi, and given China's current pre-eminence as a location for polysilicon ingoting and wafering, these developments necessitate and are triggering a significant re-configuration of many manufacturers' supply chains for the U.S. market.

These regulatory disruptions—on top of longstanding anti-dumping and countervailing duties on Chinese and Taiwanese solar cells and modules—have resulted and may continue to result in a wide range of impacts to the U.S. solar industry, global manufacturing market and our business, including market volatility, price fluctuations, and demand suppression.

Aside from the effects on our suppliers, customers, partners, and projects, we did not incur tariff charges for fiscal years 2022 and 2021.

*Supply*

We continue to focus on the sale of our lower cost, high efficiency Performance line of solar panels to the United States market, and plan to add up to 1.8 GW of Performance line capacity, with cells produced in our Fab 3 Malaysia facility, and module production in Mexico. Sales of these products are designated for the United States market. In addition, our Huansheng JV and its affiliates in China have expanded capacity from 5 GW in 2020 to more than 12 GW in 2022, with plans for expansion of capacity in 2023 to 20 GW. Maxeon maintains up to 66% off-take rights of this expanded capacity for our international markets which includes the capacity made available through the Temporary HSTJ Agreement (refer to Item 7.B. Related Party Transaction - Agreements with TZE in Connection with the Huansheng JV).

In April 2022, Department of Commerce ("Commerce") initiated an anti-circumvention inquiry ("ACI") on Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules, from China ("China AD/CVD Orders") and published an affirmative preliminary determination for the scope on December 8, 2022. However, on December 19, 2022, Commerce issued a memorandum clarifying that modules assembled in (and exported to the United States from) third countries, from cells fabricated in Cambodia, Malaysia, Thailand, or Vietnam, are not covered by the preliminary determination and indeed are not "inquiry merchandise" for purposes of the ACI. Accordingly, Maxeon's modules assembled in Mexico are unaffected by the ACI.

We continue to see significant and increasing opportunities in technologies and capabilities adjacent to our core product offerings that can significantly reduce our customers' CCOE, including the integration of energy storage and EV charging, managed by a whole home digital energy experience complemented by value-add services. We have

65

Table of Contents

made investments to realize those opportunities, resulting in the launch of SunPower One – our integrated home energy management solution, enabling our customers to make intelligent energy choices by addressing how they buy energy, how they use energy, and when they use it. SunPower One represents the next major step in our "Beyond the Panel" initiative, which started with integrating advanced module-level control electronics to our portfolio of technology designed to enable longer series strings and significant balance of system components cost reductions in large arrays. We currently offer solar panels that use microinverters designed to eliminate the need to mount or assemble additional components on the roof or the side of a building and enable optimization and monitoring at the solar panel level to ensure maximum energy production by the solar system.

We continue to improve our unique, differentiated solar cell and panel technology. We emphasize improvement of our solar cell efficiency and LCOE and CCOE performance through enhancement of our existing products, development of new products and reduction of manufacturing cost and complexity in conjunction with our overall cost-control strategies.

We previously reduced our overall solar cell manufacturing output in an ongoing effort to match profitable demand levels, with increasing bias toward our highest efficiency Maxeon 3 and Maxeon 6 products, which utilize our latest solar cell technology, and our Performance line of solar panels, which utilize conventional cell technology. In fiscal year 2022, we completed the conversion of our Fab 3 Malaysia facility from Maxeon 5 to Maxeon 6 production capacity. This results in close to 500 MW of Maxeon 6 production capacity. In addition, we have started operating our pilot line for our new Maxeon 7 technology. Given our expectations related to the value proposition of Maxeon 7 and heightened demand for solar panels, we are considering adding incremental capacity for the manufacture of Maxeon 7 products at one of our Philippines cell manufacturing facilities that is currently not in use. We are currently in the process of making the necessary preparations for such a capacity expansion and have reserved a portion of our 2023 planned capex for that purpose.

The supply chain within the solar industry has met many challenges since the COVID-19 global pandemic commenced. Logistics costs have been volatile, and critical raw materials, such as polysilicon, have experienced cost surges for various reasons such as the China Energy Rationalization, import requirements such as UFLPA and the Covid-19 global pandemic.

We work with our suppliers and partners to ensure the reliability of our supply chain. We have contracted with a supplier for multi-year supply agreements, under which we have annual minimum purchase obligations. For more information about our purchase commitments and obligations, see "Item 5.B Liquidity and Capital Resources— Material Cash Requirements" and "Note 9. *Commitments and Contingencies*" to our consolidated and combined financial statements included elsewhere in this Form 20-F.

We currently believe our supplier relationships and various short- and long-term contracts will afford us the volume of material and services required to meet our planned output; however, we face the risk that the pricing of critical material may not be competitive, resulting in a higher manufacturing cost which we may be unable to pass on.

For a further discussion of trends, uncertainties and other factors that could impact our operating results, see the section entitled "Risk Factors" included elsewhere in this Form 20F.

**Critical Accounting Policies and Significant Estimates**

Our significant accounting policies are set out in "Note 2. *Summary of Significant Accounting Policies*" to our consolidated and combined financial statements included elsewhere in this Form 20-F, which have been prepared in accordance with GAAP. The preparation of these financial statements requires us to make estimates and judgments that affect the reported amount of assets and liabilities, revenues and expenses and related disclosure of contingent assets and liabilities at the date of our audited consolidated and combined financial statements. Actual results may differ from these estimates under different assumptions or conditions.

Critical accounting policies are those that reflect significant judgments or uncertainties, and which could potentially result in materially different results under different assumptions and conditions. We have described below what we believe are our most critical accounting policies.

66

Table of Contents

Due to the macro-economic trends such as the continued effects of the COVID-19 pandemic and continued heightened geopolitical tensions, there has been continued uncertainty and disruption in the global economy and financial markets. We are not aware of any specific event or circumstance that would require updates to our estimates and judgments or require us to revise the carrying value of our assets or liabilities as of the date of issuance of this Form 20-F. These estimates may change as new events occur and additional information is obtained. Actual results could differ materially from these estimates under different assumptions or conditions.

There were no other significant changes in our critical accounting estimates during fiscal year 2022 compared to those described below.

The following paragraphs describe the significant estimates and assumptions applied by management in the preparation of the consolidated and combined financial statements.

### Revenue Recognition

We sell our solar panels and balance of system components primarily to dealers, project developers, system integrators and distributors, and recognize revenue at a point in time when control of such products transfers to these customers, which generally occurs upon shipment or delivery depending on the terms of the contracts with the customer. In determining the transaction price for revenue recognition, the Company evaluates whether the price is subject to refund or adjustment in determining the consideration to which the Company expects to be entitled. There are no rights of return; however, the Company may be required to pay consideration to the customer in certain instances of delayed delivery. The Company then allocates the transaction price to each distinct performance obligation based on their relative standalone selling price, when applicable. Other than standard warranty obligations, there are no significant post-shipment obligations (including installation, training or customer acceptance clauses) with any of our customers that could have an impact on revenue recognition. As a practical expedient, the Company does not adjust the transaction price for the effects of a significant financing component if, at contract inception, the period between customer payment and the transfer of goods or services is expected to be one year or less. In the case of the existence of a significant financing component, the amount of the consideration is adjusted to reflect what the cash selling price of the promised service would have been if payments had occurred as control of the service was transferred to the customer. The discount rate used in determining the significant financing component is the rate that would be reflected in a separate financing transaction between the Company and the customer at contract inception. Our revenue recognition policy is consistent across all geographic areas.

### Allowance for Credit losses

For fiscal years 2022 and 2021, we maintained allowances for credit losses for estimated losses resulting from the inability of our customers to make required payments. A considerable amount of judgment is required to assess the likelihood of the ultimate realization of accounts receivable. We make our estimates of the collectability of our accounts receivable by analyzing historical bad debts, specific customer creditworthiness and current economic trends.

Accounting Standards Codification No. 326, *Financial Instruments – Credit Losses (*"ASC 326") requires measurement and recognition of expected credit losses for financial assets held. We recognize an allowance for credit loss at the time a receivable is recorded based on our estimate of expected credit losses and adjust this estimate over the life of the receivable as needed. An account receivable is written off against the allowance for credit loss made after all collection effort has ceased. We evaluate the aggregation and risk characteristics of a receivable pool and develop loss rates that reflect historical collections, current forecasts of future economic conditions over the time horizon we are exposed to credit risk, and payment terms or conditions that may materially affect future forecasts. Historically, credit losses have been within our estimates.

Table of Contents

*Inventories valuation*

Inventories are accounted for on a first-in-first-out basis and requires judgment in determining the realizability and the valuation of inventories. We evaluate the realizability of our inventories based on assumptions about expected demand and market conditions. Our assumption of expected demand is developed based on our analysis of bookings, sales backlog, sales pipeline, market forecast, and competitive intelligence. Our assumption of expected demand is compared to available inventory, production capacity, future polysilicon purchase commitments, available third-party inventory, and growth plans. Our factory production plans, which drive materials requirement planning, are established based on our assumptions of expected demand. We respond to reductions in expected demand by temporarily reducing manufacturing output and adjusting expected valuation assumptions as necessary. In addition, expected demand by geography has changed historically due to changes in the availability and size of government mandates and economic incentives. We do not expect that there will be material change in future on estimates or assumptions that we used to record inventory at the lower of cost and net realizable value. However, if estimates or assumptions change based on unforeseen manner, we may be exposed to losses that could be material.

*Long-Lived Assets*

We evaluate our long-lived assets, including property, plant and equipment, and definite-lived intangible assets, for impairment whenever events or changes in circumstances arise. This evaluation includes consideration of technology obsolescence that may indicate that the carrying value of such assets may not be recoverable. The assessments require significant judgment in determining whether such events or changes have occurred. Factors considered important that could result in an impairment review include significant changes in the manner of use of a long-lived asset or in its physical condition, a significant adverse change in the business climate or economic trends that could affect the value of a long-lived asset, significant under-performance relative to expected historical or projected future operating results, or a current expectation that, more likely than not, a long-lived asset will be sold or otherwise disposed of significantly before the end of its previously estimated useful life.

For purposes of the impairment evaluation, long-lived assets are grouped with other assets and liabilities at the lowest level for which identifiable cash flows are largely independent of the cash flows of other assets and liabilities. We exercise judgment in assessing such groupings and levels. We then compare the estimated future undiscounted net cash flows expected to be generated by the asset group (including the eventual disposition of the asset group at residual value) to the asset group's carrying value to determine if the asset group is recoverable. If our estimate of future undiscounted net cash flows is insufficient to recover the carrying value of the asset group, we record an impairment loss in the amount by which the carrying value of the asset group exceeds the fair value. Fair value is generally measured based on (i) internally developed discounted cash flows for the asset group, (ii) third-party valuations, and (iii) quoted market prices, if available. If the fair value of an asset group is determined to be less than its carrying value, an impairment in the amount of the difference is recorded in the period that the impairment indicator occurs. Apart for the impairment charge of $0.4 million as a result of the exit activity in connection to the closure of our module factory in Porcelette, France, we have not recorded any impairment charges for fiscal year 2022.

*Product Warranties*

We generally provide a 25-year standard warranty for the solar panels that we manufacture for defects in materials and workmanship and for greater than promised declines in power performance. Effective from January 1, 2022, this has been extended to a 40-year standard warranty for certain Maxeon line modules in certain countries. The warranty provides that we will repair or replace any defective solar panels during the warranty period. In addition, we pass through to customers long-term warranties from the original equipment manufacturers of certain system components, such as inverters. Warranties of 25 years from solar panel suppliers are standard in the solar industry, while certain system components carry warranty periods ranging from 5 to 20 years.

The warranty excludes system output shortfalls attributable to force majeure events, customer curtailment, irregular weather, and other similar factors. In the event that the system output falls below the warrantied performance level during the applicable warranty period, and provided that the shortfall is not caused by a factor that

68

Table of Contents

is excluded from the performance warranty, the warranty provides that we will elect to either (a) repair; (b) replace; or (c) pay the customer a liquidated damage based on the computation stipulated in the warranty agreement.

We maintain reserves to cover the expected costs that could result from these warranties. Our expected costs are generally in the form of product replacement or repair. Warranty reserves are based on our best estimate of such costs and are recognized as a cost of revenue. We continuously monitor product returns for warranty failures and maintain a reserve for the related warranty expenses based on various factors including historical warranty claims, results of accelerated lab testing, field monitoring, vendor reliability estimates, and data on industry averages for similar products. Due to the potential for variability in these underlying factors, the difference between our estimated costs and our actual costs could be material to our combined financial statements. If actual product failure rates or the frequency or severity of reported claims differ from our estimates or if there are delays in our responsiveness to outages, we may be required to revise our estimated warranty liability. Historically, warranty costs have been within our expectations

### Investments in Equity Interests

Investments in entities in which we can exercise significant influence, but do not own a majority equity interest or otherwise control, are accounted for under the equity method. We record our share of the results of these entities as "Equity in losses of unconsolidated investees" on the Consolidated and Combined Statements of Operations. We monitor our investments for other-than-temporary impairment by considering factors such as current economic and market conditions and the operating performance of the entities and record reductions in carrying values when necessary. The fair value of privately-held investments is estimated using the best available information as of the valuation date, including current earnings trends, discounted projected future cash flows, and other company specific information, including recent financing rounds.

### Accounting for Income Taxes

The Company recognizes deferred tax assets and liabilities for the expected tax consequences of temporary differences between the tax bases of assets and liabilities and their reported amounts using enacted tax rates in effect for the year the differences are expected to reverse. The Company records a valuation allowance to reduce the deferred tax assets to the amount that is more likely than not to be realized which depends on the ability to generate sufficient taxable income in the related jurisdiction in the future. In evaluating our ability to recover our deferred tax assets, we consider the available evidence, including the accumulated losses, timing and amount of reversal of taxable temporary differences, and our forecast future taxable income.

The Company records accruals for uncertain tax positions when the Company believes that it is not more likely than not that the tax position will be sustained on examination by the taxing authorities based on the technical merits of the position. The Company makes adjustments to these accruals when facts and circumstances change, such as the closing of a tax audit or the refinement of an estimate. The provision for income taxes include the effects of adjustments for uncertain tax positions, as well as any related interest and penalties.

As applicable, interest and penalties on tax contingencies are included in "Provision for income taxes" in the Consolidated and Combined Statements of Operations and such amounts were not material for the period presented. In addition, foreign exchange gains (losses) may result from estimated tax liabilities, which are expected to be settled in currencies other than the U.S. dollar.

### Variable Interest Entities ("VIE")

We regularly evaluate our relationships and involvement with unconsolidated VIEs and our other equity and cost method investments, to determine whether we have a controlling financial interest in them or have become the primary beneficiary, thereby requiring us to consolidate their financial results into our financial statements. If we determine that we hold a variable interest, we then evaluate whether we are the primary beneficiary. If we determine that we are the primary beneficiary, we will consolidate the VIE. The determination of whether we are the primary beneficiary is based upon whether we have the power to direct the activities that most directly impact the economic performance of the VIE and whether we absorb any losses or receive any benefits that would be potentially significant to the VIE.

Table of Contents

***Basis of Preparation of the Combined Financial Statements Prior to Spin-off***

For the purpose of the combined financial statements prior to the Spin-off, management believes that all allocations have been performed on a reasonable basis and reflect the services received by the Company, the cost incurred on behalf of the Company and the assets and liabilities of the Company. Although, the combined financial statements reflect management's best estimate of all historical costs related to the Company, this may, however, not necessarily reflect what the results of operations, financial position, or cash flows would have been had the Company been a separate entity, nor the future results of the Company as it will exist upon completion of the proposed separation.

**Components of Results of Operations**

***Revenue***

We recognize revenue from the sale of solar panels and related solar system components, primarily to dealers, system integrators and distributors, and in some cases on a multi-year, firm commitment basis. For a discussion of how and when we recognize revenue, see "Critical Accounting Policies and Significant Estimates–Revenue Recognition."

***Cost of Revenue***

We generally recognize our cost of revenue in the same period that we recognize related revenue. Cost of revenue includes actual cost of material, labor and manufacturing overhead incurred for revenue-producing units shipped. Cost of revenue also includes associated warranty costs and other costs. The cost of solar panels is the single largest cost element in our cost of revenue. Our cost of solar panels consists primarily of: (i) polysilicon, silicon ingots and wafers used in the production of solar cells, (ii) other materials and chemicals including glass, frame, and backing, and (iii) direct labor costs and assembly costs. Other factors that contribute to our cost of revenue include salaries and personnel-related costs, depreciation, facilities related charges, freight, as well as charges related to sales of raw materials inventory and write-downs.

***Gross Loss***

Our gross loss is affected by a number of factors, including average selling prices for our solar power components, our product mix, our actual manufacturing costs, the utilization rate of our solar cell manufacturing facilities, inventory net realizable value charges, losses on third party polysilicon sales, and actual overhead costs.

***Research and Development***

Our research and development activities are undertaken by our team in Singapore, together with our Silicon Valley research and development lab established in fiscal year 2022. Prior to the expiration of the Product Collaboration Agreement with SunPower in fiscal year 2022, SunPower performed research and development work in collaboration with Maxeon in SunPower's Silicon Valley research and development labs. Research and development expense consists of salaries and related personnel costs, overheads for the labs and equipment, and the cost of solar panel materials, various prototyping materials, and services used for the development and testing of products. Research and development expense is reported inclusive of payments made under collaborative arrangements. Please refer to "Item 7.B Related Party Transactions."

***Sales, General and Administrative***

Sales, general and administrative expense consists primarily of salaries and related personnel costs, professional fees, bad debt expenses, and other selling and marketing expenses.

***Restructuring***

Table of Contents

Restructuring expense of $2.1 million in fiscal year 2022 consists of mainly costs associated with the Company's June 2022 restructuring plan to reduce costs and focus on improving cash flow, the majority of which is related to the closure of our module factory in Porcelette, France. Restructuring expense of $8.1 million in fiscal year 2021 consists primarily of costs associated with the Company's May 2021 restructuring plan to reduce costs and focus on improving cash flow, the majority of which related to the closure of a manufacturing facility in Toulouse, France. See "Note 8. *Restructuring*" to our consolidated and combined financial statements.

***Other Expense, Net***

Interest expense primarily relates to the Green Convertible Notes, 2027 Notes and other debt facilities.

Other, net includes primarily loss on extinguishment of debt, gains or losses on foreign exchange and remeasurement of the Prepaid Forward associated with our Green Convertible Notes.

***Income Taxes***

Deferred tax assets and liabilities are recognized for temporary differences between financial statement and income tax bases of assets and liabilities. Valuation allowances are provided against deferred tax assets when management cannot conclude that it is more likely than not that some portion or all deferred tax assets will be realized.

We currently benefit from a preferential tax rate of 5% in the Philippines in accordance with our registration with the PEZA. We also benefit from a tax holiday granted by the Malaysian government to our former joint venture AUOSP (now our wholly owned subsidiary, SunPower Malaysia Manufacturing Sdn. Bhd.) subject to certain hiring, capital spending, and manufacturing requirements. The third and final five-year tranche of this incentive was granted a 70% tax exemption and will expire on June 30, 2026. Malaysian Investment Development Authority ("MIDA") and the Company have been in discussions on additional conditions required to reinstate the full tax exemption that the Company was granted previously. We have agreed to the conditions for such reinstatement with MIDA and are waiting for formal approval from the Malaysian Government. As the formal approval have not been received, we recorded the tax provision based on the 70% tax exemption status for our Malaysian subsidiary. Our Swiss entity, SunPower Systems Sarl is subject to the statutory tax rate after the 2019 Switzerland tax reform that eliminated the auxiliary company designation starting fiscal year 2020. For additional information see "Note 2. *Summary of Significant Accounting Policies*" and "Note 13. *Income Taxes*" to our consolidated and combined financial statements.

***Equity in Losses of Unconsolidated Investees***

Equity in losses of unconsolidated investees represents our reportable share of losses generated from entities in which we own an equity interest accounted for under the equity method.

***Net Loss Attributable to Noncontrolling Interests***

We determined that we hold controlling interests in certain less-than-wholly owned entities and have fully consolidated these entities as a result. Noncontrolling interests represent the portion of net assets in these consolidated subsidiaries that are not attributable, directly or indirectly, to us. Net losses attributable to the noncontrolling interests represent the portion of our net loss allocated to the noncontrolling interests.

Table of Contents

**Results of Operations**

Set forth below is a discussion of our results of operations for the periods indicated and the summary of selected financial results derived from our consolidated and combined financial statements and related notes appearing elsewhere in this Form 20-F:

| | | Fiscal Year Ended | | |
|---|---|---|---|---|
| | | January 1, 2023 | | January 2, 2022 |
| **(In thousands)** | | | | |
| **Selected Consolidated and Combined Statements of Operations Data:** | | | | |
| Revenue | $ | 1,060,113 | $ | 783,279 |
| Cost of revenue | | 1,108,061 | | 812,293 |
| Gross loss | | (47,948) | | (29,014) |
| Operating expenses | | 152,346 | | 143,433 |
| Operating loss | | (200,294) | | (172,447) |
| Other expense, net | | (25,589) | | (66,616) |
| Loss before income taxes and equity in losses of unconsolidated investees | | (225,883) | | (239,063) |
| Provision for income taxes | | (32,191) | | (203) |
| Equity in losses of unconsolidated investees | | (9,072) | | (16,480) |
| Net loss | | (267,146) | | (255,746) |
| Net loss attributable to the stockholders | $ | (267,424) | $ | (254,520) |

*Revenue and Cost of Revenue*

| | | Fiscal Year Ended | | |
|---|---|---|---|---|
| | | January 1, 2023 | | January 2, 2022 |
| **(In thousands)** | | | | |
| Revenue | $ | 1,060,113 | $ | 783,279 |
| Cost of revenue | | 1,108,061 | | 812,293 |
| *Gross loss percentage* | | (5)% | | (4)% |

During fiscal year 2022, we recognized revenue of $1,060.1 million from sales of modules and components with shipments of 2,348MW, of which $283.3 million, or 26.7% of total revenue, represented sales of solar modules to SunPower. The pricing term for the sale of solar modules to SunPower was based on the Supply Agreement with SunPower, which was mutually terminated in February 2022 and replaced with the 2022/2023 Supply Agreement. Maxeon's cost of revenue for IBC Modules had historically been negatively impacted by the increase in logistics rates all along the supply chain and the increase in cost of certain raw materials such as glass, silicon, and aluminum. Under the Supply Agreement, Maxeon was unable to pass through cost increases to SunPower because the Supply Agreement contained fixed prices established in 2020 that were not subject to market-based adjustment. The 2022/2023 Supply Agreement also contains fixed pricing for 2022 and 2023 based on the power output (in watts) of the IBC Module, but the pricing has been updated to reflect current market trends. The 2022/2023 Supply Agreement also provides that either party may terminate undelivered volumes of Maxeon 6 IBC Modules during 2023 if the parties fail to reach an agreement adjusting pricing in the event of fluctuations in cost of polysilicon above a specified threshold. Refer to "Item 7.B. Related Party Transactions."

For fiscal year 2022, except for revenue transactions with SunPower, we had no other customer that accounted for more than 10% of revenue. The increase of $276.8 million in revenue as compared to fiscal year 2021 was

72

Table of Contents

primarily due to higher sales for the DG business in the United States, Europe and Australia, and was mainly attributable to a combination of higher volume and better prices as a result of various factors including the 2022/2023 Supply Agreement, a higher proportion of sales involving newer technology and price recovery for increasing costs. The increase was also attributable to sales for the utility-scale business into the United States, for which the first shipment took place in April 2022, accounting for $131.1 million in fiscal year 2022. This was partially offset by a decrease of $93.0 million in lower utility-scale revenue from other countries, primarily driven by lower volume, consistent with the selective profitability-based approach given the highly competitive market and rising input costs.

During fiscal year 2021, we recognized revenue from sales of modules and components of $783.3 million with shipments of 1,956MW, of which $225.9 million, or 28.8% of total revenue, represented sales of solar modules to SunPower. For fiscal year 2021, except for revenue transactions with SunPower, we had no customers that accounted for more than 10% of revenue. Cost of revenue was $1,108.1 million in fiscal year 2022. The increase of $295.8 million in cost of revenue compared to fiscal year 2021 was primarily due to higher volumes and higher materials costs. Our cost of revenue for Maxeon line and Performance line solar modules have continued to be impacted by the increase in raw materials cost such as glass, polysilicon, and aluminum, as well as Performance line module-supply from our Huansheng JV. We estimate that we paid $11.3 million above the market price for polysilicon, as we were bound by our long-term fixed supply agreements for polysilicon utilized in our manufacturing process, which is the difference between our contractual cost under the long-term fixed supply agreements and the price of polysilicon available in the market as derived from publicly available information, multiplied by the volume of polysilicon we have consumed. The higher cost was also driven by higher inventory reserves and higher under-utilization cost, mainly arising from the Performance line module supply to United States utility-scale business, a one-off settlement of $15.2 million with a polysilicon supplier to resolve a contract dispute regarding the applicability of a price escalation clause and incremental expense of $1.3 million in connection with the re-evaluation of our Maxeon 7 capacity growth plan. Included in cost of revenue is $8.3 million relating to losses incurred as a result of ancillary sales to third parties of excess polysilicon procured under the long-term fixed supply agreements.

Cost of revenue was $812.3 million in fiscal year 2021 and includes $14.3 million related to losses incurred as a result of ancillary sales to third parties of excess polysilicon procured under the long-term fixed supply agreements. In addition, we estimated that we paid $47.2 million above the market price for polysilicon, as we were bound by our long-term fixed supply agreements for polysilicon utilized in our manufacturing process, which is the difference between our contractual cost under the long-term fixed supply agreements and the price of polysilicon available in the market as derived from publicly available information, multiplied by the volume of polysilicon we have consumed.

***Revenue by Geography***

| | Fiscal Year Ended | | | |
| --- | --- | --- | --- | --- |
| | January 1, 2023 | | January 2, 2022 | |
| **(In thousands)** | | | | |
| United States | $ | 427,111 | $ | 227,499 |
| France | | 80,872 | | 88,454 |
| Italy | | 126,195 | | 83,957 |
| Rest of world[1] | | 425,935 | | 383,369 |
| Total revenue | $ | 1,060,113 | $ | 783,279 |

[1] Revenue included under "Rest of the world" comprise of countries that are individually less than 10% for the periods presented.

Revenues are attributed to U.S. and international geographies primarily based on the destination of the shipments. The increase in sales attributed to the U.S by 87.7% or $199.6 million compared to fiscal year 2021 was mainly due to sales for the utility-scale business into the United States, for which the first shipment took place in

73

Table of Contents

April 2022, accounting for $131.1 million in fiscal year 2022. In addition, there was higher sales to SunPower of $283.3 million for fiscal year 2022 as compared to $227.5 million for fiscal year 2021.

***Operating Expenses***

| | Fiscal Year Ended | |
|---|---|---|
| | January 1, 2023 | January 2, 2022 |
| **(In thousands)** | | |
| Operating expenses: | | |
| Research and development | $ 49,682 | $ 46,5_ |
| Sales, general and administrative | 100,546 | 88,8_ |
| Restructuring charges | 2,118 | 8,0_ |
| Total operating expenses | $ 152,346 | $ 143,4_ |

***Research and Development Expenses***

Research and development expenses were $49.7 million in fiscal year 2022, primarily associated with expenditures on our Maxeon 6 and Maxeon 7 cell and panel technology, comprised primarily of compensation expense (including stock-based compensation) of $30.0 million, as well as facilities expense of $6.0 million, research and development materials of $3.9 million, expenses for leased equipment of $3.1 million, external services of $2.4 million and depreciation and amortization expense of $1.5 million. Included in these expenses is $16.4 million related to the Product Collaboration Agreement with SunPower, which has now expired. Please refer to "Item 7.B Related Party Transactions." The increase in research and development expenses of $3.2 million as compared to fiscal year 2021 is mainly due to more research and development personnel and higher compensation charges of $4.3 million, and higher depreciation charge of $0.7 million as the Company has more assets with the expiration of the Product Collaboration Agreement. This was offset by a lower expenses for leased equipment of $2.0 million

Research and development expenses were $46.5 million in fiscal year 2021, primarily associated with expenditures on our Maxeon 5, Maxeon 6 and Maxeon 7 cell and panel technology comprised primarily of compensation expense (including stock-based compensation) of $25.7 million, as well as facilities expense of $5.2 million, expenses for leased equipment of $5.1 million, research and development materials of $4.1 million, external consulting of $2.4 million and depreciation and amortization expense of $0.8 million. Included in these expenses is $30.9 million related to the Product Collaboration Agreement with SunPower. Please refer to "Item 7.B Related Party Transactions."

***Sales, General and Administrative Expenses***

Sales, general and administrative expenses were $100.5 million in fiscal year 2022 and were comprised primarily of $47.7 million of compensation expense (including stock-based compensation) and $23.6 million of professional fees and outside services, as well as $7.6 million of equipment related expenses, $5.8 million of insurance expense, $2.8 million of facilities related costs including rent, utilities and maintenance, and $1.5 million of depreciation expense. Included in these expenses is a net credit of $3.0 million related to the transition services agreement with SunPower. The increase of sales, general and administrative expenses of $11.7 million as compared to 2021 is primarily driven by higher compensation expenses of $7.1 million due to increase headcount resulting in higher remuneration, lower net release from bad debt reserve of $1.9 million due to one-off reversal in fiscal year 2021 and $2.4 million from higher marketing investments on roadshows and exhibition as well as travel expenses due to ease of travel restrictions

Sales, general and administrative expenses were $88.8 million in fiscal year 2021 and comprised primarily of $40.6 million of compensation expense (including stock-based compensation), $25.3 million of professional fees and outside services, $6.5 million of insurance expense, $6.1 million of equipment related expenses, $3.9 million of

74

Table of Contents

facilities related costs including rent, utilities and maintenance, and $1.4 million of depreciation expense. Included in these expenses is a net charge of $5.2 million related to the transition services agreement with SunPower.

### Restructuring charges

Restructuring expense for fiscal year 2022 was $2.1 million. The majority of the cost relates to our June 2022 restructuring plan on the planned closure of our module factory in Porcelette, France. Restructuring expense was $8.1 million in fiscal year 2021. The majority of the cost relates to our May 2021 restructuring plan on the planned closure of our module factory in Toulouse, France

See "Note 8. *Restructuring*" to the consolidated and combined financial statements for further information regarding our restructuring plans.

### Other expense, net

| | Fiscal Year Ended | |
|---|---|---|
| | January 1, 2023 | January 2, 2022 |
| (In thousands) | | |
| Other expense, net | | |
| Interest expense, net | $ (27,812) | $ (27,848) |
| Loss on extinguishment of debt | — | (5,075) |
| Other, net | 2,223 | (33,693) |
| Other expense, net | $ (25,589) | $ (66,616) |

Of the total $27.8 million in interest expense incurred during fiscal year 2022, $16.4 million relates to the Green Convertible Notes due 2025 and $7.1 million relates to the 2027 Notes. The remaining interest expense relates to the Company's other outstanding debt arrangements.

Of the total $27.8 million in interest expense incurred during fiscal year 2021, $23.7 million relates to the Green Convertible Notes due 2025, $3.5 million relates to our term loan and working capital facilities that were terminated during the year. The remaining interest expense relates to the Company's other outstanding debt arrangements.

Loss on extinguishment of debt of $5.1 million arose from the write-off of unamortized debt issuance cost following the termination of our $50.0 million working capital facility in September 2021 and the expiration of the availability period for draw down of our $75.0 million term loans in August 2021.

Other, net for fiscal year 2022 primarily comprised of a $2.4 million gain on the remeasurement of Prepaid Forward associated with the Green Convertible Notes and $1.0 million gain arising from the recognition of reimbursement of litigation cost, partially offset by a foreign exchange loss of $0.4 million and loss of $1.5 million on derivative instruments.

Other, net for fiscal year 2021 primarily comprised of $34.5 million loss on remeasurement of the Prepaid Forward associated with the Green Convertible Notes and a loss of $3.5 million on derivative instruments, partially offset by foreign exchange gain of $1.4 million and a gain of $3.0 million related to the deemed disposal of our equity ownership in Huansheng JV. There was a capital injection of RMB270.0 million (equivalent to $41.6 million) by TZE into Huansheng JV in September 2021 which diluted our equity ownership of the joint venture from 20.0% to 16.3%.

75

Table of Contents

*Income Taxes*

| (In thousands) | Fiscal Year Ended | |
| --- | --- | --- |
| | January 1, 2023 | January 2, 2022 |
| Provision for income taxes | $ (32,191) | $ (203) |

In fiscal year 2022, our income tax expense of $32.2 million was primarily due to the tax expense in jurisdictions that were profitable, provision of higher unrecognized tax benefit and an increase in valuation allowance on our deferred tax assets.

In fiscal year 2021, our income tax expense of $0.2 million was primarily due to tax expenses in jurisdictions that were profitable and an increase in unrecognized tax benefits.

*Equity in Losses of Unconsolidated Investees*

For the fiscal years 2022 and 2021, our unconsolidated investee, Huansheng JV, experienced a loss for which we recorded our reportable share of $9.1 million and $16.5 million, respectively. The decrease of $7.4 million in equity in losses of unconsolidated investee was primarily due to lower losses attributable to Huansheng JV and a lower share of losses by the Company due to dilution of shareholdings that happened in September 2021.

*Net (Income) Loss Attributable to Noncontrolling Interests*

For the fiscal years 2022 and 2021, we attributed $0.3 million of net income and $1.2 million of net loss, respectively, to noncontrolling interests. The change from a net loss to net income attributable to noncontrolling interests was a result of more profitable operations from our consolidated investee during fiscal year 2022.

**Reconciliation of Non-GAAP Financial Measures**

We present certain non-GAAP measures such as non-GAAP gross loss, non-GAAP operating expenses and earnings before interest, taxes, depreciation and amortization ("EBITDA") adjusted for stock-based compensation, restructuring charges and fees, remeasurement (gain) loss on prepaid forward and physical delivery forward, loss on extinguishment of debt, impairment, equity in losses of unconsolidated investees and related gains and loss related to settlement of price escalation dispute ("Adjusted EBITDA") to supplement our consolidated and combined financial results presented in accordance with GAAP. Non-GAAP gross loss is defined as gross loss excluding stock-based compensation and loss related to settlement of price escalation dispute. Non-GAAP operating expenses is defined as operating expenses excluding stock-based compensation and restructuring charges and fees.

We believe that non-GAAP gross loss, non-GAAP operating expenses and Adjusted EBITDA provide greater transparency into management's view and assessment of the Company's ongoing operating performance by removing items management believes are not representative of our continuing operations and may distort our longer-term operating trends. We believe these measures are useful to help enhance the comparability of our results of operations across different reporting periods on a consistent basis and with our competitors, distinct from items that are infrequent or not associated with the Company's core operations as presented above. We also use these non-GAAP measures internally to assess our business, financial performance and current and historical results, as well as for strategic decision-making and forecasting future results. Given our use of non-GAAP measures, we believe that these measures may be important to investors in understanding our operating results as seen through the eyes of management. These non-GAAP measures are neither prepared in accordance with GAAP nor are they intended to be a replacement for GAAP financial data, should be reviewed together with GAAP measures and may be different from non-GAAP measures used by other companies.

Each of the non-GAAP financial measures excludes one or more of the following items in arriving to the non-GAAP measures:

Table of Contents

- *Stock-based compensation expense*. Stock-based compensation relates primarily to equity incentive awards. Stock-based compensation is a non-cash expense that is dependent on market forces that are difficult to predict and is excluded from non-GAAP gross loss, non-GAAP operating expense and Adjusted EBITDA. Management believes that this adjustment for stock-based compensation expense provides investors with a basis to measure our core performance, including the ability to compare our performance with the performance of other companies, without the period-to-period variability created by stock-based compensation.

- *Restructuring charges and fees.* We incur restructuring charges and fees related to reorganization plans aimed towards realigning resources consistent with our global strategy and improving its overall operating efficiency and cost structure. Restructuring charges and fees are excluded from non-GAAP operating expenses and Adjusted EBITDA because they are not considered core operating activities. Although we have engaged in restructuring activities and initiatives, past activities have been discrete events based on unique sets of business objectives. As such, management believes that it is appropriate to exclude restructuring charges and fees from our non-GAAP financial measures as they are not reflective of ongoing operating results nor do these charges contribute to a meaningful evaluation of our past operating performance.

- *Remeasurement (gain) loss on prepaid forward and physical delivery forward*. This relates to the mark-to-market fair value remeasurement of privately negotiated prepaid forward and physical delivery transactions. The transactions were entered into in connection with the issuance on July 17, 2020 of the 6.50% Green Convertible Senior Notes due 2025 for an aggregate principal amount of $200.0 million. The prepaid forward is remeasured to fair value at the end of each reporting period, with changes in fair value booked in earnings. The fair value of the prepaid forward is primarily affected by the Company's share price. The physical delivery forward was remeasured to fair value at the end of the Note Valuation Period on September 29, 2020, and was reclassified to equity after remeasurement, and will not be subsequently remeasured. The fair value of the physical delivery forward was primarily affected by the Company's share price. The remeasurement (gain) loss on prepaid forward and physical delivery forward is excluded from Adjusted EBITDA because it is not considered core operating activities. As such, management believes that it is appropriate to exclude these mark-to-market adjustments from our Adjusted EBITDA as they are not reflective of ongoing operating results nor do the (gain) loss contribute to a meaningful evaluation of our past operating performance.

- *Loss on extinguishment of debt*. This relates to the loss that arose from the termination of our $50.0 million working capital facility in September 2021 and the expiration of the availability period for draw down of our $75.0 million term loans in August 2021. Loss on debt extinguishment is excluded from Adjusted EBITDA because it is not considered part of core operating activities. Such activities are discrete events based on unique sets of business objectives. As such, management believes that it is appropriate to exclude the loss on extinguishment of debt from our non-GAAP financial measures as it is not reflective of ongoing operating results nor do these charges contribute to a meaningful evaluation of our past operating performance.

- *Impairment*. This relates to the impairment of assets recorded by our equity method investee, Huansheng JV. Asset impairment is excluded from our Adjusted EBITDA financial measure as it is non-cash in nature and not reflective of ongoing operating results. As such, management believes that it is appropriate to exclude such charges as they do not contribute to a meaningful evaluation of our past operating performance.

- *Equity in losses of unconsolidated investees and related gains.* This relates to the loss on our unconsolidated equity investment Huansheng JV and gains on such investment. This is excluded from our Adjusted EBITDA financial measure as it is non-cash in nature and not reflective of our core operational performance. As such, management believes that it is appropriate to exclude such charges as they do not contribute to a meaningful evaluation of our performance.

77

Table of Contents

- *Loss related to settlement of price escalation dispute.* This relates to loss arising from the settlement of price escalation dispute with a polysilicon supplier related to our long-term, firm commitment polysilicon supply agreement. This is excluded from our Adjusted EBITDA financial measure as it is non-recurring and not reflective of ongoing operating results. As such, management believes that it is appropriate to exclude such charges as the loss does not contribute to a meaningful evaluation of our past operating performance.

**Reconciliation of Non-GAAP Financial Measures**

| | Fiscal Year Ended | |
|---|---|---|
| (In thousands) | January 1, 2023 | January 2, 2022 |
| Gross loss[1] | $ (47,948) | $ (29,014) |
| Stock-based compensation | 1,535 | 1,250 |
| Loss related to settlement of price escalation dispute | 15,170 | — |
| Non-GAAP Gross loss[1] | (31,243) | (27,764) |
| | | |
| GAAP Operating expenses | 152,346 | 143,433 |
| Stock-based compensation | (13,045) | (5,981) |
| Restructuring charges and fees | (5,632) | (8,084) |
| Non-GAAP Operating expenses | 133,669 | 129,368 |
| | | |
| GAAP Net loss attributable to the stockholders[1] | (267,424) | (254,520) |
| Interest expense, net | 27,812 | 27,848 |
| Provision for income taxes | 32,191 | 203 |
| Depreciation | 56,470 | 41,827 |
| Amortization | 272 | 383 |
| EBITDA[1] | (150,679) | (184,259) |
| Impairment | — | 5,058 |
| Stock-based compensation | 14,580 | 7,231 |
| Loss related to settlement of price escalation dispute | 15,170 | — |
| Restructuring charges and fees[2] | 5,632 | 7,156 |
| Remeasurement (gain) loss on physical delivery forward and prepaid forward | (2,411) | 34,468 |
| Equity in losses of unconsolidated investees and related gain | 9,072 | 8,447 |
| Loss on extinguishment of debt | — | 5,075 |
| Adjusted EBITDA[3] | (108,636) | (116,824) |

[1] The Company's GAAP and Non-GAAP results were impacted by the effects of certain items. Refer to supplementary information in the table below.

[2] Amount represents restructuring charges and fees related to reorganization plans, excluding accelerated depreciation amounting to $0.9 million included in the depreciation line for fiscal year 2021.

[3] The Adjusted EBITDA for fiscal year 2021 did not contain an adjustment for equity in losses of unconsolidated investees and related gain on such equity investment. For a reconciliation of Adjusted EBITDA to GAAP Net loss attributable to the stockholders for fiscal year 2021, please refer to our Form 20-F filed with the SEC on March 24, 2022.

Table of Contents

*Supplementary information affecting GAAP and Non-GAAP results*

|  |  | Fiscal Year Ended | |
| --- | --- | --- | --- |
| **(In thousands)** | **Financial statements item impacted** | **January 1, 2023** | **January 2, 2022** |
| Incremental cost of above market polysilicon[1] | Cost of revenue | $                        11,329 | $                        47,188 |
| Loss on ancillary sales of excess polysilicon[2] | Cost of revenue | 8,328 | 14,264 |

[1]  Relates to the difference between our contractual cost for the polysilicon under the long-term fixed supply agreements with our supplier and the price of polysilicon available in the market as derived from publicly available information at the beginning of each quarter, multiplied by the volume of modules sold within the quarter.

[2]  In order to reduce inventory and improve working capital, we had periodically elected to sell polysilicon inventory procured under the long-term fixed supply agreements in the market at prices below our purchase price, thereby incurring a loss.

## 5.B.  LIQUIDITY AND CAPITAL RESOURCES

### Current Sources of Liquidity and Capital Resources

As of January 1, 2023, we had unrestricted cash and cash equivalents of $227.4 million, restricted cash of $40.5 million and short-term securities representing a 4-month time deposit of $76.0 million as compared to $166.5 million of unrestricted cash and cash equivalents, $25.7 million of restricted cash and nil short-term securities as of January 2, 2022.

We have collected material customer advances in connection with certain of our supply agreements we have entered into. The customer advances are amortized based on the contractually agreed upon utilization schedule at the point of transfer of control of goods to the customer. Refer to "Note 5. *Revenue from contracts with customers*" to our consolidated and combined financial statements for more details on the amortization of the customer advances and details on secured assets made for some of the supply agreements.

*2027 Notes*

On August 17, 2022, the Company completed the sale of $207,000,000 in aggregate principal amount of 7.50% first lien senior secured convertible notes due 2027 ("2027 Notes") to Zhonghuan Singapore Investment and Development Pte. Ltd ("TZE SG"), a wholly owned subsidiary of TCL Zhonghuan Renewable Energy Technology Co. Ltd. (formerly known as Tianjin Zhonghuan Semiconductor Co., Ltd.) ("TZE") and an existing shareholder of the Company, at a purchase price equivalent to 97% of the principal amount of the 2027 Notes. This resulted in aggregate net proceeds of $187.2 million after giving effect to the discount and estimated issuance costs. The 2027 Notes were issued pursuant to an indenture (the "Indenture") dated August 17, 2022, among the Company, certain subsidiaries of the Company party thereto as guarantors, Deutsche Bank Trust Company Americas, as trustee, and DB Trustees (Hong Kong) Limited, as collateral trustee (the issuance of the 2027 Notes, the "Issuance"). The Issuance of the 2027 Notes was made pursuant to the exemption from registration provided by Regulation D under the Securities Act of 1933, as amended.

The 2027 Notes will mature on August 17, 2027, the fifth anniversary of Closing. Interest on the 2027 Notes will be paid semi-annually and it can take the following forms: (a) a portion shall be paid in cash and (b) the remainder may be paid, at the Company's election, (i) in cash, (ii) by increasing the principal amount of the outstanding 2027 Notes or issuing additional 2027 Notes in a corresponding amount (the "PIK Notes"), (iii) subject to certain conditions, in ordinary shares of the Company (the "Shares"), and/or (iv) a combination of any two or more forms of payment as described in (i) through (iii). The 2027 Notes are convertible, at the option of the holder of the 2027 Notes, from and after the date of Closing until the fifth scheduled trading day immediately preceding the maturity date of the 2027 Notes, in accordance with the terms and conditions set forth in the Indenture. Upon the

conversion of any 2027 Note, the Company shall have the option to settle such conversion by way of cash and/or newly issued Shares, at an initial conversion price of $23.13 per Share, subject to adjustments to be set forth in the Indenture (the "Conversion Price"). The Company may redeem the 2027 Notes (a) on or after August 17, 2024, the second anniversary of the Closing if the closing sale price per Share exceeds 130% of the Conversion Price then in effect on at least 20 trading days (whether or not consecutive) during the 30 consecutive trading days ending on, and including, the trading day immediately before the date of the redemption notice and (b) at any time upon the occurrence of certain changes in relevant tax laws, at a redemption price equal to 100% of the principal amount of the 2027 Notes plus accrued and unpaid interest, in accordance with the terms and conditions to be set forth in the Indenture. In the event all of the 2027 Notes were to be fully converted into Shares by the Investor on the basis of the Conversion Price in effect as of Closing and in accordance with the terms and conditions of the Indenture, the Investor would hold approximately 36.8% of the outstanding shares of the Company (inclusive of its existing 24.1% ownership). This potential increase in the Investor's ownership of the Company's shares would not result in a change to the Investor's existing governance rights under the terms of the shareholders agreement dated August 26, 2020 (the "Shareholders Agreement") entered into by and among the Investor, the Company and TotalEnergies Solar INTL SAS and TotalEnergies Gaz Electricité Holdings France SAS (collectively referred to as "TotalEnergies").

*Revolving Credit Facility*

In June 2018, SunPower entered into a Revolving Credit agreement which entitles us to an uncommitted, on demand import and export combined financing of $50.0 million through Standard Chartered Bank Malaysia Berhad at a 1.5% per annum over LIBOR interest rate over a maximum financing tenor of 90 days. The interest rate for the Revolving Credit agreement was updated to 1.5% per annum over SOFR interest rate over a maximum financing tenor of 90 days in August 2022. In October 2021, Standard Chartered Bank Malaysia Berhad reduced the facility limit under the SCB Agreement (as defined below) to $25.0 million. The facility limit was reinstated to $50.0 million in December 2021, and the terms of the agreement remain unchanged. As of January 1, 2023 and January 2, 2022, the outstanding amount was $50.0 million and $24.7 million respectively.

*2025 Green Convertible Notes*

On July 17, 2020, Maxeon issued $200.0 million aggregate principal amount of its 6.50% Green Convertible Senior Notes due 2025 (the "Green Convertible Notes") pursuant to an indenture (the "Indenture"), dated July 17, 2020 between Maxeon and Deutsche Bank Trust Company Americas, as trustee.

The Green Convertible Notes are senior, unsecured obligations of Maxeon and accrue regular interest at a rate of 6.50% per annum, payable semi-annually in arrears on January 15 and July 15 of each year, beginning on January 15, 2021. Additional interest may accrue on the Green Convertible Notes in certain circumstances. The Green Convertible Notes will mature on July 15, 2025, unless earlier repurchased, redeemed or converted, and are subject to the terms and conditions set forth in the Indenture. The Green Convertible Notes will be also redeemable, in whole or in part, at a cash redemption price equal to their principal amount, plus accrued and unpaid interest, if any, at Maxeon's option at any time, and from time to time, on or after July 17, 2023 and on or before the 60th scheduled trading day immediately before the maturity date, but only if the last reported sale price per ordinary share of Maxeon exceeds 130% of the conversion price for a specified period of time. In addition, the Green Convertible Notes will be redeemable, in whole and not in part, at a cash redemption price equal to their principal amount, plus accrued and unpaid interest, if any, at Maxeon's option in connection with certain changes in tax law. Upon the occurrence of a fundamental change (as defined in the Indenture), noteholders may require Maxeon to repurchase their Green Convertible Notes for cash. The repurchase price will be equal to the principal amount of the Green Convertible Notes to be repurchased, plus accrued and unpaid interest, if any, to, but excluding, the applicable repurchase date.

Upon satisfaction of the relevant conditions, the Green Convertible Notes will be convertible into Maxeon shares at an initial conversion price of $18.19 per share and an initial conversion rate of 54.9611 Maxeon shares per $1,000 principal amount of Green Convertible Notes. The conversion rate and conversion price will be subjected to adjustment in specified circumstances. We will settle conversions by paying or delivering, as applicable, cash, Maxeon shares or a combination of cash and Maxeon shares, at our election.

In connection with the issuance of the Green Convertible Notes, the Company entered into a privately negotiated forward-starting physical delivery forward transaction (the "Physical Delivery Forward") of $60.0 million worth of Maxeon shares and a forward-starting forward share purchase transaction of $40.0 million (the "Prepaid Forward") with Merrill Lynch International.

See also "Note 11. *Debt and Credit Sources*" to our consolidated and combined financial statements included in "Item 18. Financial Statements" in this Form 20-F.

**Cash Flows**

A summary of the sources and uses of cash, cash equivalents, restricted cash and restricted cash equivalents is as follows:

| | Fiscal Year Ended | |
| --- | --- | --- |
| | January 1, 2023 | January 2, 2022 |
| **(In thousands)** | | |
| Net cash provided by (used in) operating activities | $ 3,437 | $ (4,866) |
| Net cash used in investing activities | (139,301) | (154,448) |
| Net cash provided by financing activities | 211,474 | 141,808 |

*Operating Activities*

Net cash provided by operating activities in fiscal year 2022 was $3.4 million and was primarily driven by (i) non-cash charges of $89.2 million related to depreciation and amortization, stock-based compensation, excess or obsolete inventories and other non-cash charges; (ii) $7.1 million non-cash interest expense primarily attributable to amortization of stock lending fees and accretion associated with the Green Convertible Note and 2027 Notes; (iii) non-cash equity in losses of unconsolidated investee of $9.1 million; and (iv) a favorable change in working capital of $158.8 million. This was offset by a net loss of $267.1 million, adjusted for non-cash remeasurement gain on Prepaid Forward of $2.4 million.

The favorable working capital movement arose from $195.7 million increase in contract liabilities arising from advance collections from customers for certain contracts entered during the year and partially offset by utilization, an increase of $70.6 million in accounts payable and other accrued liabilities due to timing of settlement of invoices and a $49.6 million decrease in advance payments to suppliers. This was offset by $106.6 million increase in inventories, $35.69 million increase in prepaid expenses and other assets and increase in accounts receivables of $15.3 million, primarily attributable to billing and collection cycles,.

Net cash used in operating activities in fiscal year 2021 was $4.9 million and was primarily the result of a net loss of $255.7 million of which $47.2 million relates to out-of-market polysilicon cost. Net cash used in operating activities is also adjusted for (i) non-cash charges of $60.8 million related to depreciation and amortization, stock-based compensation and other non-cash charges; (ii) non-cash remeasurement gain on the Prepaid Forward of $34.5 million; (iii) a $13.4 million non-cash interest expense primarily attributable to amortization of stock lending fees and accretion associated with the Green Convertible Note and Convertible Notes 2027; (iv) non-cash equity in losses of unconsolidated investee of $16.5 million; and (v) a favorable change in working capital of $129.1 million.

The significant cash movements within the working capital are, a $72.5 million increase in contract liabilities arising from advance collections from customers, a $41.1 million decrease in advance payments to suppliers, an increase in accounts payable and other accrued liabilities of $41.1 million due to timing of settlement of invoices, and a decrease in accounts receivables of $38.3 million, primarily attributable to billing and collection cycles. This

Table of Contents

was offset by a $43.2 million increase in inventories primarily due to slower shipment resulting from COVID-19 and a $20.5 million increase in prepaid expenses and other assets.

*Investing Activities*

Net cash used in investing activities in fiscal year 2022 was $139.3 million. Out of which, $63.3 million pertains to capital expenditures and $76.0 million pertains to the purchase of a time deposit.

Net cash used in investing activities in fiscal year 2021 was $154.4 million, which was primarily capital expenditures.
See "Item 4.A. History and Development of the Company – Principal Capital Expenditures" for more information.

*Financing Activities*

Net cash provided by financing activities in fiscal year 2022 was $211.5 million. The significant cash activities were the proceeds from the issuance 2027 Notes of $187.2 million and the net proceeds of $25.3 million from other debts arrangement. The gross inflows and outflows for the year were $258.4 million and $233.1 million respectively.

Net cash provided by financing activities in fiscal year 2021 was $141.8 million. The significant cash activities were the proceeds from the issuance of ordinary shares of $169.7 million, and the net payment of $22.9 million to a bank under the Revolving Credit agreement. The gross inflows and outflows for the year were $170.3 million and $193.2 million respectively.

**Material Cash Requirements**

As of January 1, 2023 and January 2, 2022, our outstanding debt was $459.2 million and $225.6 million, respectively.

We expect total capital expenditures ranging from $100 million to $120 million in fiscal year 2023. As of January 1, 2023, we had committed to capital expenditures of $54.8 million through the issuance of purchase orders. The capital expenditures mainly relate to preparation for capacity expansion for our Maxeon 7 technology, completion of manufacturing capacity for Performance line panels to be sold in the U.S. market, completion of manufacturing capacity for our Maxeon 6 product platform, further developing Maxeon 7 technology and operating a pilot line, as well as various corporate initiatives. The above excludes capital expenditures in connection to the investment plan to deploy a multi-GW factory in the United States to manufacture solar products for both the DG and utility-scale power plant markets.

Inflationary price increases impacting the cost of raw materials, manufacturing equipment, labor, electricity, and logistics services have had and could continue to have the effect of increasing our capital requirements. Additionally, shortages and shipping delays may require us to expend additional working capital to accumulate more buffer stocks of raw materials, semi-finished or finished goods.

Additionally, from time-to-time, we are required to provide financial and performance assurance to third parties and in connection with such obligations we procure letters of credit, bank guarantees, and surety bonds. The additional debt supporting these instruments results in increased expenses, collateralization and would likely impose new restrictive covenants.

**Anticipated Sources of Funds**

We believe that our current cash and cash equivalents and cash expected to be generated from operations will be sufficient to meet our obligations over the next 12 months. We expect that we will address our working capital requirements and fund our committed and uncommitted capital expenditures through our current cash and cash equivalents, cash generated from operations, customer prepayments, available funds to the extent available to us

Table of Contents

under our existing debt facility and additional debt or equity financing to the extent we are able to raise such funding on acceptable terms.

We expect our long-term cash requirements to be largely driven by capital expenditures and working capital requirements necessary to improve our profitability and business growth. The dynamic nature of the markets we operate in, the volatility in the capital markets, the current status of our business, rising inflation and interest rates, supply chain challenges, as well as the worldwide uncertainty created by the war in Ukraine and the potential for impacts as a result of any new outbreaks of COVID-19 or other health crises on our business operations make it difficult to quantify with certainty our long-term capital requirements and our ability to fully meet our long-term liquidity needs. Our long-term liquidity needs would be further negatively impacted if the macro conditions set forth above worsen or last a sustained period of time. See also Risk Factor "*We may be unable to obtain access to external financing necessary to make adequate capital expenditures necessary to improve our profitability, remain competitive and grow our business*."

The Company will continue to pursue opportunities to seek additional funding, which may include the offering of debt and equity securities, to fund future capital expenditures and to better position it for execution on its strategy and to weather the challenges facing the industry. However, the Company can make no assurance that it will be able to successfully obtain additional financing. The current economic environment and market conditions could limit our ability to raise capital on acceptable terms or at all, and lenders may be unwilling to lend funds on acceptable terms or at all in the amounts that would be required to supplement cash flows to support our funding needs. The sale of additional equity or convertible debt securities would result in dilution to our stockholders and additional debt would also result in increased expenses, collateralization and would likely impose new restrictive covenants.

In addition to pursuing financing opportunities, we continue to focus on improving our overall operating performance and liquidity by assessing and evaluating different options that may be available to us, such as selling raw materials inventory to third parties, liquidating certain investments, evaluating additional restructuring plans or strategic options and renegotiating for more favorable payment terms with customers and vendors. From time to time, we evaluate our staffing levels in response to changes in our business needs and demand for our products in order to manage costs and improve performance which may result in restructuring of our workforce and associated costs. We cannot, however, assure you that any such options will materialize or be available to us on commercially acceptable terms or at all.

Our liquidity is subject to various risks including the risks identified in "Risk Factors" and market risks identified in "Item 11. Quantitative and Qualitative Disclosures about Market Risk".

**Liabilities Associated with Uncertain Tax Positions**

Due to the complexity and uncertainty associated with our tax positions, we cannot make a reasonably reliable estimate of the period in which cash settlement will be made for our liabilities associated with uncertain tax positions in other long-term liabilities. As of January 1, 2023, total liabilities associated with uncertain tax positions was $16.8 million, included within "Other long-term liabilities" in our Consolidated Balance Sheets. As of January 2, 2022, the liabilities associated with uncertain tax position was $13.5 million of which $3.7 million and $9.8 million were included within "Accrued liabilities" and "Other long-term liabilities" in our Consolidated Balance Sheets, respectively. The long-term unrecognized tax benefits are not expected to be paid within the next twelve months.

**Foreign Currency Exchange Risk**

Maxeon's reporting and functional currency is the U.S. dollar for most entities. Generally, we minimize the foreign currency exposure and its gains and losses with natural matching of inflows and outflows. In addition, we use hedging strategies including consolidated balance sheet hedge with foreign currency forwards contract and participating forwards in order to mitigate foreign currency risk other than the functional currency.

Our exposure to movements in foreign currency exchange rates is primarily related to sales to European customers that are denominated in Euros. Revenue generated from these European customers represented 41% and

Table of Contents

39% of our total revenue in fiscal years 2022 and 2021, respectively. A 10% change in the Euro exchange rate would have impacted our revenue by approximately $43.7 million and $30.9 million in fiscal years 2022 and 2021, respectively.

In the past, we have experienced an adverse impact on our revenue, gross margin and profitability as a result of foreign currency fluctuations. When foreign currencies appreciate against the U.S. dollar, inventories and expenses denominated in foreign currencies become more expensive. An increase in the value of the U.S. dollar relative to foreign currencies could make our solar power products more expensive for international customers, thus potentially leading to a reduction in demand, our sales and profitability. Furthermore, many of our competitors are foreign companies that could benefit from such a currency fluctuation, making it more difficult for us to compete with those companies.

As at January 1, 2023, we had designated outstanding cash flow hedge option contracts with a notional value of $213.3 million to hedge the exposure of Euro and Australian dollar against U.S. dollar. Because we hedge some of our expected future foreign exchange exposure, if associated revenues do not materialize we could experience a reclassification of gains or losses into earnings. Such a reclassification could adversely impact our revenue, margins and results of operations. We cannot predict the impact of future exchange rate fluctuations on our business and operating results.

We conduct hedging activities which involve the use of forward currency contracts that are designed to hedge our balance sheet exposure to changes in the foreign exchange rate between the U.S. dollar and other currencies although these contracts are not designated as hedging instruments. As at January 1, 2023 and January 2, 2022, we had outstanding forward currency contracts with aggregate notional values of $14.9 million and $53.6 million, respectively.

**Credit Risk**

We have certain financial and derivative instruments that subject us to credit risk. These consist primarily of cash and cash equivalents, restricted cash and cash equivalents, short-term securities, investments, accounts receivable and advances to suppliers, and derivative financial instruments. We are exposed to credit losses in the event of nonperformance by the counterparties to our financial and derivative instruments. Our investment policy requires cash and cash equivalents, restricted cash and cash equivalents, and investments to be placed with high-quality financial institutions and limits the amount of credit risk from any one issuer. We additionally perform ongoing credit evaluations of our customers' financial condition whenever deemed necessary and generally do not require collateral.

We entered into agreements with a vendor that specify future quantities and pricing of silicon wafers to be supplied through fiscal year 2023. As of January 1, 2023, we have remaining advances to this supplier totaling $2.1 million.

We enter into foreign currency derivative contracts with high-quality financial institutions and limit the amount of credit exposure to any single counterpart. As of January 1, 2023, the foreign currency derivative contracts are limited to a time period of seven months or less. We regularly evaluate the credit standing of our counterparty financial institutions.

**Interest Rate Risk**

We are exposed to interest rate risk because many of our customers depend on debt financing to purchase our solar power systems. An increase in interest rates could make it difficult for our customers to obtain the financing necessary to purchase our solar power systems on favorable terms, or at all, and thus lower demand for our solar power products, reduce revenue and adversely impact our operating results. An increase in interest rates could lower a customer's return on investment in a system or make alternative investments more attractive relative to solar power systems, which, in each case, could cause our customers to seek alternative investments that promise higher returns or demand higher returns from our solar power systems, thereby reducing gross margin and adversely impacting our operating results. This risk is significant to our business because our sales model is highly sensitive to

84

Table of Contents

interest rate fluctuations and the availability of credit, and would be adversely affected by increases in interest rates or liquidity constraints.

We do not believe that an immediate 10% increase in interest rates would have a material effect on our financial statements under potential future borrowings. In addition, lower interest rates would have an adverse impact on our interest income. Due to the relatively short-term nature of our investment portfolio, we do not believe that an immediate 10% decrease in interest rates would have a material effect on the fair market value of our money market funds. Since we believe we have the ability to liquidate substantially all of this portfolio, we do not expect our operating results or cash flows to be materially affected to any significant degree by a sudden change in market interest rates on our investment portfolio.

**Equity Price Risk Involving Minority Investments in Joint Ventures and Other Non-Public Companies**

Our investments held in our joint ventures and other non-public companies expose us to equity price risk. As of January 1, 2023 and January 2, 2022, investments of $3.1 million and $11.2 million, respectively, are accounted for using the equity method. As of January 1, 2023 and January 2, 2022, investments of $4.0 million and $4.0 million, respectively, are accounted for using the measurement alternative method.

These strategic equity investments in third parties are subject to risk of changes in market value and could result in realized impairment losses. We generally do not attempt to reduce or eliminate our market exposure in equity investments. We monitor these investments for impairment and record reductions in the carrying values when necessary. Circumstances that indicate an other-than-temporary decline include the valuation ascribed to the issuing company in subsequent financing rounds, decreases in quoted market prices and declines in operations of the issuer. There can be no assurance that our equity investments will not face risks of loss in the future.

**Quantitative and Qualitative Disclosures About Market Risk**

See "Item 11. Quantitative and Qualitative Disclosures About Market Risk."

**5.C.  RESEARCH AND DEVELOPMENT, PATENTS AND LICENSES, ETC.**

Our research and development spending totaled $49.7 million and $46.5 million for the fiscal years 2022 and 2021, respectively. As described in the "Risk Factors" section and elsewhere in this Form 20-F, government regulations and policies can make developing or marketing new technologies expensive or uncertain due to various restrictions on trade and technology transfers. See "Item 3.D. Risk Factors." For further information on our research and development policies and additional product information, see "Item 4.B. Business Overview."

**5.D.  TREND INFORMATION**

Please see "Item 5.A. Operating Results—Trends and Uncertainties" and "Item 4.B. Business Overview—Our Markets" for trend information.

**5.E.  CRITICAL ACCOUNTING ESTIMATES**

Please see "Item 5.A. Operating Results—Critical Accounting Policies and Significant Estimates" for critical accounting estimates information.

**ITEM 6. DIRECTORS, SENIOR MANAGEMENT AND EMPLOYEES**

**6.A.  DIRECTORS AND SENIOR MANAGEMENT**

**Board of Directors**

Our Constitution provides that, subject to the regulations of Maxeon contained in the Constitution for the time being in force, the minimum number of directors is two and the maximum number is ten. We may vary the maximum number of directors by ordinary resolution from time to time. In accordance with the terms of the

Table of Contents

Shareholders Agreement, the Maxeon Board consists of ten directors, including three TotalEnergies designees, three TZE designees, three independent directors and Maxeon's chief executive officer.

| Director | Age | Appointment Date |
| --- | --- | --- |
| William Mulligan, Chief Executive Officer | 62 | January 23, 2023 |
| Kris Sennesael, Independent Director | 54 | June 6, 2022 |
| Donald Colvin, Independent Director | 70 | August 13, 2020 |
| Steve Leonard, Independent Director | 60 | June 7, 2021 |
| Gavin Adda, TotalEnergies designee | 47 | May 24, 2022 |
| Erick Chabanne, TotalEnergies designee | 58 | August 27, 2020 |
| Nikita Taldykin, TotalEnergies designee | 43 | October 25, 2021 |
| Xu Luo Luo, TZE designee | 40 | January 18, 2023 |
| Zhang Changxu, TZE designee | 47 | August 27, 2020 |
| Sean Wang, TZE designee | 59 | October 17, 2022 |

**Biographies**

*William Mulligan, Chief Executive Officer*

William Mulligan is our Chief Executive Officer and a member of Maxeon's Board. Before joining Maxeon, he served as the Chief Operating Officer for Sila Nanotechnologies, a battery materials company. Prior to that, Dr. Mulligan held senior leadership positions at SunPower Corporation from May 1998 to August 2010 and again from November 2014 to March 2019, including Executive Vice President of Global Operations, Vice President Technology Strategy and Vice President Research and Development. He was also a Board Member and then President and Chief Executive Officer at SolarBridge Technologies, a micro inverter company from June 2011 to November 2014. Before that he has held engineering roles at AstroPower and Fairchild/National Semiconductor. Dr. Mulligan has almost 30 years of solar industry experience and over 30 technical publications relating to solar technology to his credit. Dr. Mulligan holds a B.A. in History and a B.S. in Chemistry from the University of Washington, a M.S.E. in Chemical Engineering from the University of Michigan, and a Ph.D. in Materials Science from Colorado School of Mines.

*Donald Colvin*

Donald Colvin serves as an independent director and Chairman of Maxeon's Board, Chairman of its Compensation Committee, member of its Audit Committee and member of its Nominating and Corporate Governance Committee. Mr. Colvin also serves as an independent director and chairman of the audit committee for Viavi Solutions and Agilysys. Mr. Colvin has served on other boards throughout his career, including as an independent director on the audit committee for Applied Micro Circuits Corporation and Isola and an advisory board member for Conexant Systems. Mr. Colvin was interim Chief Financial Officer for Isola during 2015 and 2016, appointed by their Board to restructure the company, and prior to this was Chief Financial Officer of Caesars Entertainment Corporation from November 2012 to January 2015. Mr. Colvin has also served as Chief Financial Officer for ON Semiconductor Corp., Amtel Corporation and European Silicon Structures. Mr. Colvin has also held a number of financial leadership positions for multinational companies. Mr. Colvin holds a B.A. in economics and an M.B.A. from the University of Strathclyde in Scotland.

*Kris Sennesael*

Kris Sennesael serves as an independent director on Maxeon's Board of Directors, Chairman of its Audit Committee, and member of the Compensation and Coordination Committees. Mr. Sennesael is currently the Senior Vice President and Chief Financial Officer of Skyworks Solutions, an innovator of high performance analog semiconductors with over $5 billion in revenues. Previously, Mr. Sennesael served as Chief Financial Officer for Enphase Energy, a semiconductor-based renewable energy solutions provider, from September 2012 to August

Table of Contents

2016. Earlier, he served as Chief Financial Officer for Standard Microsystems Corporation, a global fabless semiconductor company, from January 2009 to August 2012, prior to which he held financial positions at ON Semiconductor, AMI Semiconductor, and Alcatel Microelectronics. Mr. Sennesael graduated from the University of Ghent, Belgium, with a Bachelor of Economics and Master of Economics, and from the Vlerick Management School with a Master in Business Administration.

### Steve Leonard

Steve Leonard serves as an independent non-executive director on Maxeon's Board of Directors, as Chairman of its Nominating and Corporate Governance Committee and its Coordination Committee, and as a member of its Audit Committee. Mr. Leonard also currently serves as an independent non-executive director of Singapore Post Ltd. (SingPost), an international leader in e-commerce logistics and services; of AsiaSat, a privately held Hong Kong-based satellite operator; and of SC Bank Solutions (Singapore) Ltd., a digital-banking joint venture between Standard Chartered Bank and NTUC Enterprise. Mr. Leonard serves on the advisory board of Cambridge Innovation Capital, a deep-tech venture capital firm with strong links to the University of Cambridge in England, and on the advisory board of SDG Impact Japan, a sustainability-focused investment platform based in Tokyo. Mr. Leonard has 30 years of experience in the private sector building information technology companies, and seven years of experience in the public sector working for the Singaporean government leading various national programs.

### Gavin Adda

Gavin Adda serves as a director designated by TotalEnergies on Maxeon's Board of Directors and member of its Coordination Committee. Mr. Adda has served as the Chief Executive Officer of TotalEnergies Renewables Distributed Generation (DG) Asia since 2017. TotalEnergies DG Asia was created when TotalEnergies acquired Mr. Adda's company. He also serves as Co-Chairman of the European Chamber of Commerce (Sustainability Committee) in Singapore and he serves on the TotalEnergies Executive Management Committee for Asia. Previously, he served as Chief Executive Officer and Founder of CleantechEnergy Private Limited in India, which was acquired by Shell and Keppel. Prior to that, Mr. Adda held various executive level positions at REC Solar Limited and Samsung Group. Mr. Adda graduated from Cambridge University in 1996 with a Bachelor of Arts and a Master of Arts, and from INSEAD in 2006 with a Master in Business Administration..

### Erick Chabanne

Erick Chabanne serves as a director designated by TotalEnergies on Maxeon's Board of Directors and member of its Compensation Committee. Mr. Chabanne is the Vice President Corporate Affairs of Marketing & Services for Asia-Pacific & Middle East for TotalEnergies, located in Singapore. He has held various positions within TotalEnergies since 1990 in the downstream division, including Chief Financial Officer in Cameroon and Kenya, Managing Director of the subsidiaries in Zambia and Réunion, Director of Safety/Health/Environment and Sustainable Development for Africa and Middle East Division, Vice President Corporate Affairs of Totalgaz in France and Head of Department of Management Control for the Marketing & Services Division. Mr. Chabanne graduated with a Master of Business Administration from the University of Ottawa and E.S.L.S.C.A Business School.

### Nikita Taldykin

Nikita Taldykin serves as a director designated by TotalEnergies on Maxeon's Board of Directors and member of its Nominating and Corporate Governance Committee. Since 2022, Mr. Taldykin has been the Vice President - Business Development and Strategy of TotalEnergies E&P USA, Inc., located in Houston, Texas. In this role, he sits on various management committees and boards of directors and is responsible for the development and implementation of new business strategies both in the traditional and new energies in the United States. He joined TotalEnergies in 2010 and has since held several business development and legal roles, including the previous role of Vice President and General Counsel - Upstream and Corporate Services in which he was responsible for managing legal and compliance affairs for TotalEnergies' upstream affiliates in the United States. Mr. Taldykin began his career in private practice at Vinson & Elkins LLP, where he focused on domestic and cross-border energy transactions across Asia-Pacific, Europe, North America, Africa, Latin America and the Caribbean. Mr. Taldykin

Table of Contents

obtained a Bachelor of Arts in Government and Economics from Georgetown University and a Juris Doctor from Georgetown University Law Center, located in Washington, D.C..

*Xu Luo Luo*

Xu Luo Luo serves as a director designated by TZE on Maxeon's Board of Directors and member of Maxeon's Nominating and Corporate Governance Committee. Mr. Xu is the Associate President of TCL Group since 2018, in this role, he is responsible for corporate development, merger and acquisition, partnership, strategic investment and capitalization, he sits on several management committees including TCL Group investment committee and TCL Capital, and he has held various management positions within TCL Group since 2012. Mr. Xu also currently serves as vice-chairman at Printronics Circuit, a specialized PCB manufacturer listed on Shenzhen Stock Exchange, director at Homa, a refrigerator ODM manufacturer listed on Shenzhen Stock Exchange; he has served on other boards throughout his career, including as Chairman of Highly, a consumer electronics distributor listed on Beijing Stock Exchange. Previously, he has held various management position at BAIC/Foton Motor, a commercial vehicle manufacturer listed on Shanghai Stock Exchange, and AVL, a world's leading mobility technology provider for development, simulation and testing of powertrain. At TCL, he has led numerous growth and transformation initiatives, including spin-off of TCL Industries (incl. TCL Electronics, the world's leading TV manufacturer listed on Hong Kong Stock Exchange, and Tonly, a leading audio and video ODM manufacturer) from TCL Group, TCL acquisition of Zhonghuan, one of the world's top solar ingot and wafer manufacturer listed on Shenzhen Exchange, Printronics Circuit, and Homa. Mr. Xu holds a bachelor degree in computer science, and postgraduate degree in excellence management from University of Warwick.

*Zhang Changxu*

Zhang Changxu serves as a director designated by TZE on Maxeon's Board of Directors and member of its Compensation Committee. Ms. Zhang is currently a Board Director and the Chief Operations Officer and Chief Financial Officer of TZE and a board director of Huansheng Photovoltaic (Jiangsu) Co., Ltd. From 2012, she served in various leadership roles for TZE, including as Chief Financial Officer of Inner Mongolia Zhonghuan Photovoltaic Material Co. Ltd., and CFO and General Manager of Tianjin Huanou Semiconductor Materials and Technology Co., Ltd. Ms. Zhang has extensive experience in corporate management from her management roles in finance, sales and marketing, supply chain and comprehensive planning. She has a Master's Degree in software engineering from Tongji University and a Bachelor's Degree in business administration from Shanxi University of Finance and Economics.

*Sean Wang*

Sean Wang serves as a director designated by TZE on Maxeon's Board of Directors and member of its Coordination Commitee. Mr. Wang is the Executive President of International Operations for TZE. Prior to his role at TZE, he was Chairman of Shanghai E-Talent Digitech Investment from October 2019 to June 2022. Earlier, Mr. Wang served as the Senior Vice President and Chief Investment Director of ENN Group from March 2018 to September 2019 and has held senior management roles at ENN Energy Holdings Limited. Prior to this, Mr. Wang was a managing partner at Sino-Sin Investment Fund and an Executive Director and Chief Financial Officer at China Rongsheng Heavy Industries Group, and has held various other executive leadership roles during his career. Mr. Wang graduated from Hamline University in 1986 with a Bachelor of Economics and from the Carlson School of Management at the University of Minnesota with a Master of Business Administration in 1989.

88

Table of Contents

**Senior Management**

The following table sets forth information regarding our senior management as of the date of this Form 20-F. William Mulligan serves as our Chief Executive Officer.

| Name | Age | Title | Appointment Date |
|------|-----|-------|------------------|
| Mark Babcock | 52 | Chief Revenue Officer | December 15, 2020 |
| | | Chief Financial Officer | March 15, 2021 |
| Kai Strohbecke | 52 | | |
| Lindsey Roon Wiedmann | 45 | Chief Legal Officer | August 21, 2020 |
| Philippe Costemale | 56 | Chief Operating Officer | August 15, 2022 |
| Peter Aschenbrenner | 67 | Chief Strategy Officer | August 21, 2020 |
| Tiffany See | 47 | Chief Human Resources Officer | August 21, 2020 |
| Ralf Elias | 52 | Chief Product Officer | July 1, 2021 |

**Biographies**

*Mark Babcock, Chief Revenue Officer*

Mark Babcock is our Chief Revenue Officer and is responsible for all revenue generating processes, accelerating our expansion strategy and international growth, and ensuring the best experience to installation partners, distributors and customers globally. Before joining Maxeon, Mr. Babcock led Eurogility, a market entry consultancy. Prior to that, he held senior positions in the distributed generation solar businesses of Flex, SunEdison and SunPower Corporation, with regional and global responsibilities. He has also held management roles at Carrier Corporation and United Technologies Fire and Security. Mr. Babcock holds a Bachelor of Arts degree from Sewanee - The University of the South, and a Master of Business Administration from Vanderbilt University.

*Kai Strohbecke, Chief Financial Officer*

Kai Strohbecke is our Chief Financial Officer and is responsible for our activities and processes in the areas of Accounting, Tax, Financial Reporting, Financial Planning & Analysis, Treasury, Investor Relations and Information Technology. Prior to joining Maxeon, Mr. Strohbecke served as the Vice President Finance and Global Operations Controller for Micron Technology in Singapore. Until 2013, he served for ten years as CFO at Inotera Memories, a memory semiconductor manufacturing company located in Taiwan that he helped list on the Taiwan Stock Exchange in 2006. Before joining Inotera, Mr. Strohbecke worked in various management roles with increasing responsibility at Infineon and Siemens Semiconductor Group in Germany, Taiwan and the United States. Mr. Strohbecke holds a bachelor's degree in Business Administration from Berufsakademie Mannheim, Germany and a joint EMBA degree from Tsinghua University (Beijing) and INSEAD.

*Lindsey Roon Wiedmann, Chief Legal Officer*

Lindsey Wiedmann is our Chief Legal Officer and leads our global legal and sustainability teams. During her decade with SunPower before continuing with Maxeon in 2020, she has provided legal expertise in the areas of project finance and development, mergers and acquisitions, joint ventures, corporate governance, compliance, disputes and other significant matters in support of the residential, commercial and power plant business units globally with legal teams in France, Mexico and the United States. Ms. Wiedmann was also the lead SunPower attorney for 8point3 Energy Partners LP's initial public offering in 2015 and nearly three years of acquisitions and operational activity as a public company. Prior to joining SunPower, Ms. Wiedmann spent six years practicing project finance at Latham & Watkins LLP in San Francisco and Singapore. Ms. Wiedmann received her Bachelor of Science degree from University of California, San Diego and her Juris Doctor degree from Columbia Law School.

89

Table of Contents

**Philippe Costemale, Chief Operating Officer**

Philippe Costemale is our Chief Operating Officer and is responsible for manufacturing, quality, supply chain, cell technology deployment and EHS globally. Mr. Costemale brings to Maxeon over 20 years' experience in smart manufacturing transformation, consolidating global and regional supply chain, and accelerating new business models. An industry executive with wide and varied knowledge in growing B2B business, Mr. Costemale has worked across Europe, Asia and North America, most recently as Vice President Global Manufacturing and Supply Chain for Technicolor based in Hong Kong. He spent 14 years at global manufacturing giant Jabil leading the business and operations for Europe, heading up a team of 11 GMs and delivering strategies that significantly boosted annual revenue, ensured world-class quality and strengthened customer partnerships. Mr. Costemale graduated from the European Business School Paris-London-Madrid and is an ASQ Certified Six Sigma Black Belt from the American Society for Quality.

**Peter Aschenbrenner, Chief Strategy Officer**

Peter Aschenbrenner is our Chief Strategy Officer. Prior to joining Maxeon he served as SunPower's Executive Vice President of Corporate Strategy and Business Development, responsible for driving SunPower's strategy, mergers and acquisition and business activities. Previously, he was SunPower's Vice President of Marketing and Sales, where he established the SunPower brand and oversaw development of the industry's first dealer network program. Prior to joining SunPower in 2003, Mr. Aschenbrenner served as Senior Vice President of Global Operations at AstroPower, Inc., a solar product manufacturing company. He has more than 40 years of solar industry experience, including management positions at Siemens Solar, PV Electric GmbH and ARCO Solar. Mr. Aschenbrenner graduated from Stanford University in 1978 with a Bachelor of Arts degree in product design.

**Tiffany See, Chief Human Resources Officer**

Tiffany See is our Chief Human Resources Officer and is responsible for developing and executing human resource strategy in support of the overall business plan and strategic direction of the organization, specifically in the areas of succession planning, talent management, change management, organizational and performance management, training and development, and compensation. Before joining Maxeon, since November 2018, she was Head of Asia - Human Resources at BHP, a global resources company. Prior to BHP, Ms. See was Executive Director, Human Resources (Asia), for Dell Technologies, where she spent 17 years in a variety of human resources leadership positions. Ms. See holds a bachelor's degree in Commerce from the University of Newcastle (Australia), and a Bachelor of Laws from University of New England (Australia). Ms. See is also a Certified Solution Focused Coach.

**Ralf Elias, Executive Vice President and Global Head of Distributed Generation ("DG") Products**

Mr. Elias brings more than two decades of executive experience to Maxeon, including serving as Global Vice President IoT/Global Business Development and Partnerships at Samsung Electronics. Prior to that, Mr. Elias worked for 14 years in various management roles with increasing responsibility at Vodafone Group, where he became Group Head of Products and Innovation, and General Manager Product Development. At Vodafone he led numerous innovative engineering and commercial projects for add-on services culminating in the development of the global SMART HOME and Consumer IoT strategy. Mr. Elias holds a bachelor's degree in mechanical engineering from the University of Essen, and an MBA from the Technical University of Munich.

**6.B. COMPENSATION**

**Non-Employee Director Compensation**

In August 2020, our Board adopted a policy for cash and equity-based compensation that shall be payable to eligible non-employee members of the Board who are not nominated representatives of TotalEnergies and TZE, or their corporate affiliates ("Outside Directors").

Under the cash-based compensation, an annual compensation of $100,000 in the form of cash shall be payable to each eligible Outside Director and up to $150,000 shall be payable to the chairman of the Board. Under the

90

Table of Contents

equity-based compensation, an annual fee of $200,000 in the form of restricted stock units ("RSUs") awards shall be payable to each eligible Outside Director, including the chairman of the Board. RSUs will vest immediately upon grant.

A stock ownership guidelines policy was adopted by the Company in June 2021, requiring Outside Directors to hold Maxeon shares equal or greater than 3x annual cash retainer fees. Outside Directors have five years to achieve compliance.

For fiscal year 2022, we paid and accrued fees and compensation of approximately $0.3 million and granted 46,999 RSUs to our Outside Directors.

**Executive Officer Compensation**

Our Executive Compensation program for fiscal year 2022 include the following:

- A Corporate Bonus Plan ("CBP") payable annually in the form of cash. The payouts are dependent on meeting a number of corporate and individual objectives, including Maxeon's financial performance and achievement of key results, as well as individual performance;

- Time-based RSUs that generally vest over three years;

- Performance-based restricted stock units ("PSUs") that generally vest over three years after achieving performance targets as determined from time-to-time; and

- Transformation Incentive Plan ("TIP") with a number of restricted stock units to be granted after achieving performance targets over a three-year performance period ("TIP Grant"). 50% of the TIP Grant will vest immediately upon grant and the remaining 50% will vest one year after grant.

A stock ownership guidelines policy was adopted by the Company in June 2021, requiring the Chief Executive Officer to hold Maxeon shares equal or greater than 3x annual base salary and other Executive Officers to hold Maxeon shares equal or greater than 1x annual base salary. Executive officers have five years to achieve compliance.

For fiscal year 2022, we paid and accrued compensation of approximately $9.8 million and granted 383,168 RSUs and 258,564 PSUs to our Executive Officers. The amount of compensation paid include benefits-in-kind such as insurance premiums, retirement plans and other benefits as the Company deems suitable.

Our Singapore subsidiaries are required by the laws and regulations of Singapore to make contributions, as employers, to the Central Provident Fund for all employees working in Singapore who are Singapore citizens or permanent residents and employed by our Singapore subsidiaries as prescribed under the Central Provident Fund Act 1953 of Singapore. The contribution rates vary, depending on the age of the executive officers.

**6.C. BOARD PRACTICES**

**General**

The composition of the Maxeon Board and committees of the Maxeon Board are governed by our Constitution, together with the Shareholders Agreement.

**Composition of the Maxeon Board**

The Maxeon Board consists of 10 directors, including three TotalEnergies designees, three TZE designees, three independent directors and our Chief Executive Officer. Mr. Colvin is the Chairman of the Maxeon Board. The Chairman is entitled to a casting vote in the case of an equality of votes.

The Shareholders Agreement includes provisions adjusting the rights of each of TotalEnergies and TZE to designate a particular number of directors depending on changes in their share ownership, including a provision

91

Table of Contents

allowing either shareholder, if they acquire at least 50% of our shares, to designate a majority of the directors. Each of TotalEnergies and TZE will lose the right to designate any directors if they hold less than 10% of our outstanding shares.

**Committees of the Maxeon Board**

So long as TotalEnergies or TZE have the right to designate at least one director to the Maxeon Board, each committee of the Maxeon Board other than the Audit Committee will contain a board designee of such shareholder. Generally, if the other shareholder also has a right to designate at least one director, then the number of appointees to each committee for each shareholder shall be equal. All committees will have at least two independent directors and the Audit Committee will be composed entirely of independent directors.

The Maxeon Board delegates certain of its responsibilities to the following committees: the Audit Committee, the Compensation Committee, the Coordination Committee, and the Nominating and Corporate Governance Committee, the purpose and responsibilities of each which are described further below.

*Audit Committee*

Messrs. Sennesael (Chair), Leonard and Colvin are members of the Audit Committee.

The purpose of the Audit Committee is primarily to:

- oversee our accounting and financial reporting processes;

- oversee the audit of our financial statements and internal controls by our independent public registered accounting firm;

- assist the Maxeon Board in the oversight of our compliance with legal and regulatory requirements and performance of the internal audit function;

- oversee management's identification, evaluation, and mitigation of major risks to us;

- oversee our privacy and data security risk exposures and mitigations; and

- provide to the Maxeon Board such information as it may deem necessary to make the Maxeon Board aware of the financial matters requiring its attention.

*Compensation Committee*

Messrs. Colvin (Chair), Sennesael, Chabanne and Ms. Zhang are members of the Compensation Committee.

The purpose of the Compensation Committee is primarily to:

- implement, review and modify the compensation of the Maxeon Board and senior management;

- oversee our compensation philosophy; and

- administer our equity incentive plans.

*Coordination Committee*

Messrs. Leonard (Chair), Sennesael, Adda and Wang are members of the Coordination Committee.

The purpose of the Coordination Committee is primarily to discuss our business opportunities and our performance against targets set forth in our approved annual budget.

Table of Contents

***Nominating and Corporate Governance Committee***

Messrs. Leonard (Chair), Colvin, Taldykin and Xu are members of the Nominating and Corporate Governance Committee.

The purpose of the Nominating and Corporate Governance Committee is primarily to:

• select and recommend candidates for members of the Maxeon Board;

• evaluate whether incumbent directors should be nominated for re-election to the Maxeon Board upon expiration of such directors' terms; and

• oversee the Company's environmental, social and governance ("ESG") programme.

Except by an ordinary resolution of the shareholders (which may be general or specific to a transaction or contractual arrangement), a director and the chief executive officer (or person(s) holding an equivalent position), are not permitted to vote in respect of any contract or proposed contract or arrangement with us in which he or she has directly or indirectly a personal material interest and if he or she does so his or her vote will not be counted nor, except where present in the capacity of a proxy, will he or she be counted in the quorum present at the meeting. Neither of these prohibitions will apply to: (i) any arrangement for giving any director or chief executive officer (or person(s) holding an equivalent position) any security or indemnity in respect of money lent by him or her to or obligations undertaken by him or her for the benefit of our company, (ii) any arrangement for the giving by our company of any security to a third party in respect of a debtor obligation of our company for which the director or chief executive officer (or person(s) holding an equivalent position) himself or herself has assumed responsibility in whole or in part under a guarantee or indemnity by the deposit of security or (iii) any contract by a director or chief executive officer (or person(s) holding an equivalent position) to subscribe for or underwrite shares or debentures of our company.

There is no age limit requirement for directors to retire.

**Board Diversity**

Maxeon is committed to a policy of inclusion and follows the guiding principle that our Board of Directors composition should reflect diversity of experience and perspectives.

In furtherance of this commitment, when considering candidates to fill an open seat on the Board of Directors, the Nominating & Corporate Governance Committee will request that the pool of potential candidates to be considered by the Nominating & Corporate Governance Committee for nomination to the Board of Directors include a diverse group of qualified candidates in terms of experience and skills, age and tenure, gender, ethnic and social background.

In addition, the Nominating & Corporate Governance Committee shall review periodically the composition of the Board of Directors to ensure it reflects the knowledge, experience, skills and diversity required for the Board of Directors to fulfil its duties.

The table below provides certain highlights of the composition of our directors. Each of the categories listed in the below table has the meaning as it is used in Nasdaq Rule 5605(f).

Table of Contents

**Board Diversity Matrix (As of February 24, 2023)**

| | | |
|---|---|---|
| Country of Principal Executive Offices | | Singapore |
| Foreign Private Issuer | | Yes |
| Disclosure Prohibited Under Home Country Law | | No |
| Total Number of Directors | | 10 |

| | Female | Male | Non-Binary | Did Not Disclose Gender |
|---|---|---|---|---|
| **Part I: Gender Identity** | | | | |
| Directors | 1 | 9 | 0 | 0 |
| **Part II: Demographic Background** | | | | |
| Underrepresented Individual in Home Country Jurisdiction | | 0 | | |
| LGBTQ+ | | 0 | | |
| Did Not Disclose Demographic Background | | 0 | | |

**Corporate Governance Differences**

The NASDAQ allows a foreign private issuer, such as Maxeon, to follow its home country practices in lieu of certain NASDAQ corporate governance standards. We rely on a number of these exemptions, which are described below:

- We rely on an exemption from the requirement that a majority of the Maxeon Board be "independent" as defined by the NASDAQ rules.

- We rely on an exemption from the requirement that an issuer provide for a quorum as specified in its bylaws for any meeting of the holders of ordinary shares, which quorum may not be less than 33 1/3% of the outstanding shares of an issuer's voting ordinary shares. In compliance with Singapore law, our Constitution provides that two members of Maxeon present shall constitute a quorum for a general meeting.

- We rely on an exemption from the requirement that all members of our Compensation Committee be "independent" as defined in the NASDAQ rules. While the Maxeon Board established a Compensation Committee, Singapore law does not require us to maintain such a committee nor does it impose a requirement that all members are independent. Similarly, Singapore law does not require that we disclose information regarding third-party compensation of our directors or director nominees.

- We rely on an exemption from the requirement that our Nominating and Corporate Governance Committee be "independent" as defined in the NASDAQ rules. Singapore law does not require a Nominating and Corporate Governance Committee to be comprised entirely of independent directors, and nominations of persons for election to the Maxeon Board will be recommended by our Nominating and Corporate Governance Committee whose members are not all independent directors as defined by the NASDAQ rules.

- We rely on an exemption from the requirement that issuers obtain shareholder approval prior to the issuance of securities in connection with certain acquisitions, changes of controls or private placements of securities, or the establishment or amendment of certain stock option, purchase or other compensation plans. Under Singapore law, new shares may be issued only with the prior approval of our shareholders in a general meeting. Approval, if granted, shall continue in force until the earlier of:

  - the conclusion of the next annual general meeting after the date on which the approval was given; and

  - the expiration of the period within which the next annual general meeting after that date is required by law to be held.

Table of Contents

Any such approval may be revoked or varied by the company in a general meeting.

**Code of Conduct and Business Ethics**

The Maxeon Board has adopted a written Code of Business Conduct and Ethics reinforcing our guiding principles to act with the highest level of integrity and ethical standards and setting forth our expectations regarding personal and corporate conduct for all of our directors, officers, employees and representatives.

**Related Party Transactions Policy**

The Maxeon Board has adopted a written Related Party Transactions Policy governing the notification, review, approval and ratification of related party transactions involving Company's directors, officers, and significant shareholders. Under such policy, the Company will enter into or ratify related party transactions only when the Audit Committee determines that the related party transaction in question is in, or is not inconsistent with, the best interests of the Company and the shareholders.

## 6.D. EMPLOYEES

The table below sets forth the breakdown of the total year-end number of our full-time equivalent employees by main category of activity for the past three fiscal years.

| | As of | | |
|---|---|---|---|
| | **January 1, 2023** | **January 2, 2022** | **January 3, 2021** |
| | **(full-time equivalents)** | | |
| Marketing & Sales | 131 | 96 | 83 |
| Production & Supply | 4,788 | 3,788 | 4,296 |
| Research & Development | 197 | 112 | 96 |
| General & Administrative | 228 | 206 | 134 |
| **Total** | **5,344** | **4,202** | **4,609** |

The table below sets forth the breakdown of the total year-end number of our full-time equivalent employees by geography for the past three fiscal years.

| | As of | | |
|---|---|---|---|
| | **January 1, 2023** | **January 2, 2022** | **January 3, 2021** |
| | **(full-time equivalents)** | | |
| Australia | 28 | 22 | 15 |
| China | 45 | 40 | 28 |
| Europe | 111 | 127 | 147 |
| Japan | 10 | 8 | 10 |
| Malaysia | 1,773 | 1,408 | 1,529 |
| Mexico | 2,068 | 1,397 | 1,719 |
| Philippines | 1,081 | 1,105 | 1,115 |
| Singapore | 97 | 74 | 30 |
| South Africa | 10 | 10 | 12 |
| United Kingdom | 6 | 3 | 3 |
| United States | 115 | 8 | 1 |
| **Total** | **5,344** | **4,202** | **4,609** |

Although in certain countries we have works councils and statutory employee representation obligations, our employees are generally not represented by labor unions on an ongoing basis. We have never experienced a work stoppage, and we believe our relations with our employees to be good.

### 6.E. SHARE OWNERSHIP

The following sets forth the total amount of Maxeon shares directly or indirectly owned by Maxeon's directors and executive officers as of February 24, 2023. This is based on 45,067,059 Maxeon shares outstanding as of February 24, 2023.

Beneficial ownership is determined in accordance with the rules and regulations of the SEC. In computing the number of shares beneficially owned by a person and the percentage ownership of that person, we have included shares that such person has the right to acquire within 60 days of February 24, 2023, including through the exercise of any option, warrant or other right or the conversion of any other security. These shares, however, are not included in the computation of the percentage ownership of any other person.

| Holder | Maxeon Shares | Percentage Ownership |
|---|---|---|
| William Mulligan | 3,563 | * |
| Donald Colvin | 31,205 | * |
| Steve Leonard | 24,201 | * |
| Kris Sennesael | 8,774 | * |
| Gavin Adda[1] | — | * |
| Erick Chabanne[2] | — | * |
| Nikita Taldykin[3] | — | * |
| Sean Wang[4] | — | * |
| ZHANG Changxu[5] | — | * |
| XU Luo Luo[6] | — | * |
| Kai Strohbecke[7][13] | 14,197 | * |
| Lindsey Roon Wiedmann[8][13] | 59,012 | * |
| Philippe Costemale | — | * |
| Peter Claus Aschenbrenner[9][13] | 71,117 | * |
| Mark Babcock[10][13] | 25,437 | * |
| Tiffany See[11][13] | 38,429 | * |
| Ralf Elias[12][13] | 12,786 | * |

\*     Less than 1%.

[1]   Mr. Adda is an executive officer of TotalEnergies and may be deemed to have beneficial interests in the shares beneficially owned by TotalEnergies, but he disclaims beneficial ownership of such shares.

[2]   Mr. Chabanne is an executive officer of TotalEnergies and may be deemed to have beneficial interests in the shares beneficially owned by TotalEnergies, but he disclaims beneficial ownership of such shares.

[3]   Mr. Taldykin is an executive officer of TotalEnergies and may be deemed to have beneficial interests in the shares beneficially owned by TotalEnergies, but he disclaims beneficial ownership of such shares.

[4]   Mr. Wang is a director of TZE and may be deemed to have beneficial interests in the shares beneficially owned by TZE, but he disclaims beneficial ownership of such shares.

[5]   Ms. Zhang is a director of TZE and may be deemed to have beneficial interests in the shares beneficially owned by TZE, but she disclaims beneficial ownership of such shares.

Table of Contents

(6)   Mr. Xu is an executive officer of TZE and may be deemed to have beneficial interests in the shares beneficially owned by TZE, but he disclaims beneficial ownership of such shares.

(7)   Represents 14,197 ordinary shares issuable upon vesting of RSUs held by Mr. Strohbecke within 60 days from February 24, 2023.

(8)   Represents (i) 33,704 ordinary shares held or beneficially owned by Ms. Wiedmann, and (ii) 25,308 ordinary shares issuable upon vesting of RSUs and PSUs held by Ms. Wiedmann within 60 days from February 24, 2023.

(9)   Represents (i) 45,586 ordinary shares held or beneficially owned by Mr. Aschenbrenner, and (ii) 25,531 ordinary shares issuable upon vesting of RSUs and PSUs held by Mr. Aschenbrenner within 60 days from February 24, 2023

(10)  Represents (i)15,802 ordinary shares held or beneficially owned by Mr. Babcock, and (ii) 9,891 ordinary shares issuable upon vesting of RSUs held by Mr. Babcock within 60 days from February 24, 2023

(11)  Represents (i) 26,470 ordinary shares held or beneficially owned by Ms. See, and (ii) 11,959 ordinary shares issuable upon vesting of RSUs and PSUs held by Ms. See within 60 days from February 24, 2023

(12)  Represents (i) 4,308 ordinary shares held or beneficially owned by Mr. Elias, and (ii) 8,478 ordinary shares issuable upon vesting of RSUs held by Mr. Elias within 60 days from February 24, 2023

(13)  The amount of Maxeon shares owned does not include shares that may be vested as PSUs in the 60 days following February 24, 2023 as the vesting of such shares are subject to determination of whether performance targets have been achieved and such determination has not been made as of February 24, 2023.

None of our shareholders have different voting rights from other shareholders as of the date of this annual report on Form 20-F.

97

**ITEM 7. MAJOR SHAREHOLDERS AND RELATED PARTY TRANSACTIONS**

**7.A. MAJOR SHAREHOLDERS**

The information below describes the beneficial ownership of our shares by each person or entity that beneficially own 5% or more of our shares, as of February 24, 2023.

Beneficial ownership is determined in accordance with the rules and regulations of the SEC. In computing the number of shares beneficially owned by a person and the percentage ownership of that person, we have included shares that such person has the right to acquire within 60 days, including through the exercise of any option, warrant or other right or the conversion of any other security. These shares, however, are not included in the computation of the percentage ownership of any other person.

As of February 24, 2023, we believe that there were 479 record holders in the United States and no more than 46.73% of our outstanding shares are held of record by residents of the United States.

| Holder | Maxeon Shares | Percentage Ownership |
|---|---|---|
| TotalEnergies SE[1][3] | 10,994,431 | 24.4 % |
| Zhonghuan Singapore Investment and Development Pte. Ltd.[2][4] | 19,734,322 | 36.5 % |

[1] Based on the information contained in a Schedule 13D/A filed with the SEC on October 27, 2022 by TotalEnergies SE. TotalEnergies Solar INTL SAS is a direct wholly owned subsidiary of TotalEnergies Gaz Electricité Holdings France SAS, which is an indirect wholly owned subsidiary of TotalEnergies SE. Each of TotalEnergies SE, TotalEnergies Gaz Electricité Holdings France SAS and TotalEnergies Solar INTL SAS have shared voting and dispositive power over 10,994,431 Maxeon shares.

[2] Based on the information contained in a Schedule 13D filed with the SEC on August 18, 2022 by Zhonghuan Singapore Investment and Development Pte. Ltd. Zhonghuan Singapore Investment and Development Pte. Ltd. is a direct wholly owned subsidiary of TCL Zhonghuan Renewable Energy Technology Co. Ltd. (formerly known as Tianjin Zhonghuan Semiconductor Co., Ltd.) ("TZE"). TZE has shared voting and dispositive power over 10,785,692 ordinary shares. TZE is deemed to be a beneficial owner of, and has shared voting and dispositive power over, an additional 8,948,630 ordinary shares issuable upon conversion of the 2027 Notes, TZE is also deemed to be a beneficial owner of up to an additional 1,959,701 ordinary shares issuable upon conversion of PIK Notes or Interest Payment Ordinary Shares issuable in lieu of cash payment of interest, assuming payment of all amounts due with respect to the remaining 4.0% of interest payable as PIK Notes or as Interest Payment Ordinary Shares.

[3] Based on a denominator equal to the sum of 45,067,059 ordinary shares outstanding on February 24, 2023.

[4] Based on a denominator equal to the sum of (a) 45,067,059 ordinary shares outstanding on February 24, 2023, and (b) the number of ordinary shares issuable upon exercise or conversion of convertible securities within 60 days of February 24, 2023 beneficially owned by the applicable major shareholder.

Following the Spin-off, the shares owned by TZE increased pursuant to the TZE Private Placement where we sold 1,870,000 ordinary shares at $18.00 per share to TZE on April 14, 2021. See "Item 5.B. Liquidity and Capital Resources – Current Sources of Liquidity and Capital Resources."

The voting rights of our major shareholders do not differ from the voting rights of holders of our shares who are not major shareholders.

We are not aware of any arrangement that may, at a subsequent date, result in a change of our control.

Table of Contents

**7.B.  RELATED PARTY TRANSACTIONS**

**Agreements with SunPower, TZE and TotalEnergies in Connection with the Spin-off**

On August 26, 2020 (the "Distribution Date"), SunPower completed the previously announced spin-off (the "Spin-off") of Maxeon. The Spin-off was completed by way of a pro rata distribution of all of the then-issued and outstanding ordinary shares, no par value, of Maxeon (the "Maxeon shares") to holders of record of SunPower's common stock (the "Distribution") as of the close of business on August 17, 2020. As a result of the Distribution of the Maxeon shares, on the Distribution Date, we became an independent, public company and the Maxeon shares started trading on the NASDAQ Global Select Market under the symbol "MAXN."

In connection with the Spin-off, we entered into a number of agreements with SunPower providing for the framework of the relationship between the two companies following the Spin-off. On November 8, 2019, we entered into the Separation and Distribution Agreement with SunPower. The Separation and Distribution Agreement sets forth our agreements with SunPower regarding the principal actions to be taken in connection with the separation and distribution.

We also entered into certain ancillary agreements that govern the relationships between SunPower and us following the Distribution, including: a tax matters agreement, employee matters agreement, transition services agreement, back-to-back agreement, brand framework agreement, cross license agreement, collaboration agreement, and supply agreement (collectively, the "Ancillary Agreements"), each as previously described in our Registration Statement for fiscal year 2019 on Form 20-F filed on July 2, 2020 and filed as exhibits to our Form 20-F for fiscal year 2020 filed on April 6, 2021 (as incorporated by reference to the exhibits filed on Form 6-K on August 26, 2020).

Under the transition services agreement, we and SunPower provided various administrative services and assets to each other through August 26, 2021 with an option to extend for up to additional 180 days. Services provided include, among others, certain services related to finance, accounting, business technology, human resources, facilities, document management and record retention, relationship and strategy management, module operations, and technical and quality support. The services provided under the Transition Services Agreement have been largely wound down. During fiscal years 2022, we recorded $0.7 million of income associated with the transition services agreement. In addition, there was a credit from SunPower of $2.3 million in connection to charges made in a prior period. During fiscal year 2021, we recorded $2.5 million of income associated with the transition services agreement and $7.7 million of expense for services provided by SunPower to us. This resulted in a net decrease of operating expenses of $3.0 million in fiscal year 2022and increase in a net operation expense of $5.2 million in fiscal year 2021, presented separately within operating expenses on the Consolidated and Combined Statement of Operations.

Pursuant to the terms of the Investment Agreement (the "Investment Agreement") entered into on November 8, 2019 between Maxeon and TCL Zhonghuan Renewable Energy Technology Co. Ltd. (formerly known as Tianjin Zhonghuan Semiconductor Co., Ltd.), a PRC joint stock limited company ("TZE"), Maxeon and TZE completed the previously announced transaction in which Zhonghuan Singapore Investment and Development Pte. Ltd., a Singapore private limited company ("TZE SG") and an affiliate of TZE, purchased from Maxeon, for $298.0 million, 8,915,692 of Maxeon shares (the "TZE Investment"), representing approximately 29.5% of the outstanding Maxeon shares after giving effect to the Spin-off and the TZE Investment. Following the TZE Investment, TotalEnergies Solar INTL SAS ("TotalEnergies Solar", formerly "Total Solar"), TotalEnergies Gaz Electricité Holdings France SAS, ("TotalEnergies Gaz", formerly "Total Gaz", with TotalEnergies Solar, each an affiliate of TotalEnergies SE and collectively "TotalEnergies", a controlling shareholder of SunPower) held approximately a 36.4% beneficial ownership of Maxeon's ordinary shares.

In connection with the TZE Investment, Maxeon, TotalEnergies Solar, TotalEnergies Gaz, and TZE SG, entered into a Shareholders Agreement relating to certain rights and obligations of each of Total and TZE SG bearing on Maxeon's governance and the ability of TotalEnergies and TZE SG to buy, sell or vote their Maxeon shares. At the closing of the TZE Investment, Maxeon also entered into a Registration Rights Agreement with TotalEnergies and TZE SG, granting each of the shareholders certain registration rights with regard to their Maxeon shares. Copies of

99

Table of Contents

each of these agreements have been filed, or incorporated by reference, as exhibits to the Form 20-F for fiscal year 2020 filed on April 6, 2021.

***Dilution Protection Agreement***

In connection with the Green Convertible Notes, Maxeon granted to TZE SG an option to purchase an amount of Maxeon shares that would allow TZE to maintain its percentage ownership of outstanding Maxeon shares following any conversion of the Green Convertible Notes as compared to its percentage ownership existing immediately prior to any such conversion.

**Agreements with SunPower**

***Product Collaboration Agreement and Ancillary Agreements***

Following the Spin-off, on August 26, 2020, we entered into a Product Collaboration Agreement with SunPower that was anticipated to expire in 2022. The Product Collaboration Agreement established a framework for the development of next-generation Maxeon 7 panels, flex panels, shingled solar panels, and any other products that are agreed to by the parties. Each project under the agreement is governed by a written plan agreed to by the parties. Each plan includes agreed-upon budgets, cost allocations and resource responsibilities of the parties. Any new intellectual property arising from the agreement is owned by us and subject to a limited license to SunPower.

During fiscal year 2022, we entered into an amendment to the scope of the Cross-License Agreement with SunPower. In connection to the amendment and in anticipation of the expiration of the Product Collaboration Agreement, we have taken steps to develop our own research and development team globally, including hiring employees to perform research and development operations in San Jose, CA., and entering into ancillary agreements with SunPower to sublease the research and development facility located in San Jose, CA, which is subject to landlord consent, and transfer certain assets. We also entered into a new plan under the Product Collaboration Agreement to end existing plans and provide transition support for the Company to develop the research and development team globally. The Product Collaboration Agreement is anticipated to end in 2023.

During fiscal years 2022 and 2021, we recorded charges of $17.0 million and $32.9 million respectively that we reimbursed SunPower under the Product Collaboration Agreement.

***Supply Agreement, 2022/2023 Supply Agreement and, 2024/2025 Supply Agreement***
*Supply Agreement (August 2020 – February 2022)*

In connection with the Spin-off, on August 26, 2020 we entered into the Supply Agreement with SunPower pursuant to which SunPower purchased, and we sold, certain designated products for use in the Territory. On February 25, 2021, we entered into an amendment to the Supply Agreement that updated and amended 2021 volumes and pricing. This amendment also extended the exclusivity term for the Direct Market Segment (as defined in the Supply Agreement) from August 26, 2021 to June 30, 2021 and provided for optional sales by Maxeon and purchases by SunPower of additional product types, including Performance line panels.

*2022/2023 Supply Agreement (February 2022 – Present)*

As of February 14, 2022, we entered into a new master supply agreement with SunPower (the "2022/2023 Supply Agreement") which terminates and replaces the previous Supply Agreement. We amended the 2022/2023 Supply Agreement on January 5, 2023 to increase minimum product volumes, update the pricing of Maxeon 6 IBC Modules for 2023 and extend exclusivity provisions that prohibit us from selling Maxeon 6 IBC Modules to anyone other than SunPower for use in the Domestic Territory until December 31, 2023. Under the 2022/2023 Supply Agreement, as amended, SunPower is required to purchase, and Maxeon is required to supply, specified amounts of Maxeon 6 IBC Modules (marketed in the U.S. and Canada under the SunPower brand as M-series) on an exclusive basis for the residential market in the Territory through the end of 2023. For 2022, the minimum volumes were specifically enumerated for each purchased product. For 2023, SunPower may purchase certain minimum volumes based on its forecasted requirements, subject to certain limitations. The pricing of our modules sold to SunPower is

Table of Contents

fixed for 2022 and 2023, based on the power output (in watts) of the IBC Module, but the pricing has been updated to reflect current market trends. Additionally, either party may terminate undelivered volumes of Maxeon 6 IBC Modules during 2023 if the parties fail to reach an agreement adjusting pricing in the event of fluctuations in cost of polysilicon above a specified threshold. The 2022/2023 Supply Agreement continues until December 31, 2023, subject to customary early termination provisions triggered by a breach of the other party (with the right to cure) and insolvency events affecting the other party.

Maxeon's exclusivity to SunPower for Maxeon 3 panels (marketed in the U.S. and Canada under the SunPower brand as X-series) for the residential market in the Territory concluded at the end of 2022.

Maxeon's cost of revenue for IBC Modules has historically been negatively impacted by the increase in logistics rates all along the supply chain and the increase in cost of certain raw materials such as glass, silicon, and aluminum. Under the original Supply Agreement, Maxeon was unable to pass through cost increases to SunPower because the original Supply Agreement contained fixed prices established in 2020 that were not subject to market-based adjustment. The 2022/2023 Supply Agreement also contains fixed pricing for 2022 and 2023 based on the power output (in watts) of the IBC Module, but the pricing has been updated to reflect current market trends. The Master Supply Agreement also provides that either party may terminate undelivered volumes of Maxeon 6 IBC Modules during 2023 if the parties fail to reach an agreement adjusting pricing in the event of fluctuations in cost of polysilicon above a specified threshold.

The IBC Modules to be sold under the 2022/2023 Supply Agreement will be covered with a 25-year product warranty and are subject to serial defects coverage. Except with respect to tariffs (for which Maxeon is responsible), in the event there is a change in law in the Domestic Territory and the parties fail to agree to equitable adjustments to schedule or price, as applicable, Maxeon is permitted to terminate future delivery and exclusivity obligations. The 2022/2023 Supply Agreement contains a mutual non-solicitation provision, a non-circumvention provision with respect to SunPower dealers, as well as limitation of liability, capped delay liquidated damages, termination for cause and force majeure provisions customary within the solar industry.

*2024-2025 Supply Agreement*

On December 31, 2022, Maxeon and SunPower also agreed to enter into a new Master Supply Agreement, that will govern module sales beginning in 2024 through 2025 (the "2024/2025 Supply Agreement"). Under the 2024/2025 Supply Agreement, SunPower is required to purchase, and the Company is required to supply, certain volumes of Maxeon 6 IBC Modules during 2024 and 2025. The 2024/2025 Supply Agreement contains customary early termination provisions triggered by a breach of the other party (with the right to cure) and insolvency events affecting the other party.

The 2024/2025 Supply Agreement also contains an exclusivity provision that requires, subject to certain exceptions, Maxeon to sell its Maxeon 6 panels (marketed in the U.S. and Canada under the SunPower brand as M-series) exclusively to SunPower and also prohibits SunPower from purchasing certain high-efficiency modules for use in the residential market from other parties. This exclusivity provision is applicable until December 31, 2024 and, if extended by SunPower, through December 31, 2025. The 2024/2025 Supply Agreement also includes an option for the Company to elect to sell (and whereby SunPower would accordingly be required to purchase) additional volumes of Maxeon 6 IBC Modules during the applicable exclusivity period, subject to a certain cap.

The 2024/2025 Supply Agreement contains an indexed pricing provision that tracks five production commodities: polysilicon, aluminum, glass, transpacific container freight, and crude oil. Under this provision, the final price paid for the modules may be adjusted if actual commodities' prices as published in the identified indices differ from agreed baseline values. Subject to an agreed allowance for certain commodity price fluctuations, higher commodity pricing will require the final module price to be adjusted higher; while lower commodity pricing will require a discount to the final module price. In the event that adjustments to the final module price result in an increase in or discount to the final module price above certain thresholds, the Company or SunPower, as the case may be, may have a right to elect to terminate the 2024/2025 Supply Agreement for convenience without penalty or damages subject to certain terms and conditions.

Table of Contents

The Maxeon 6 IBC Modules will be covered with a 25-year product warranty and are subject to serial defects coverage. Except with respect to tariffs outside of the Territory (for which the Company is responsible), in the event there is a change in tariffs or law in the Territory, such changes are shared equally amongst the Company and SunPower up to an agreed threshold. SunPower may elect to pay the full costs of any change in tariffs or change in law in the Territory in excess of the agreed threshold. If SunPower elects not to pay such additional change in tariff or change in law costs, and the parties fail to agree to equitable adjustments to the 2024/2025 Supply Agreement, either party may terminate remaining contractual obligations without penalty or damages, subject to certain terms and conditions. The 2024/2025 Supply Agreement contains a mutual non-solicitation provision, a non-circumvention provision with respect to SunPower dealers, as well as limitation of liability, capped delay liquidated damages, termination for cause and force majeure provisions customary within the solar industry.

**Agreements with TZE**

***Agreements with TZE in Connection with the Huansheng JV***

In 2016 and 2017, SunPower entered into two joint ventures with TZE and other former partners, Huansheng JV, which is based in China and focused on sales of Performance line products within China, and SunPower Systems International Limited ("SPSI"), which is based in Hong Kong and focused on international sales. In September 2021, TZE made a capital injection of RMB270.0 million (equivalent to $41.6 million) to Huansheng JV to facilitate the capacity expansion of Huansheng JV. The Company did not make a proportionate injection based on its equity interest in Huansheng JV which resulted in a dilution of the Company's equity ownership from 20.0% to 16.3%. Consequently, we recorded a gain of $3.0 million related to the deemed disposal of the equity ownership, including $0.03 million relating to the recycling of other comprehensive income to profit or loss. The gain is presented within "Other, net" in our Consolidated and Combined Statements of Operations. As of January 1, 2023, TZE owns a 83.7% equity stake and we own a 16.3% equity stake in Huansheng JV while TZE owns a 20% interest and we own 80% equity stake in SPSI.

In 2020, Huansheng JV made investments in Huansheng New Energy (Jiangsu) Co., Ltd. ("HSNE"), in order to ramp up the manufacturing capacity of Performance line products in China, concurrent with investments by TZE and certain local partners in China. Following additional capital investment by other shareholders into HSNE subsequent to the initial investment, TZE currently owns 71.4% of HSNE directly and indirectly through its 83.7% ownership of Huansheng JV. As of January 1, 2023, through our 16.3% equity stake of Huansheng JV, our effective ownership of HSNE is 3.9%.

In February 2021, we and SPSI entered into an offshore master supply agreement with Huansheng JV and HSNE (the "Offshore Master Supply Agreement") pursuant to which we will purchase and Huansheng JV and HSNE will supply us with Performance line products. The Offshore Master Supply Agreement provides that the pricing of Performance line products is subject to segmented pricing principles and most favored nation pricing favorable to us, with the specific price and volume to be determined in a quarterly volume commitment letter subject to approvals from our Board.

In February 2021, we and SPSI also entered into an amended and restated business activities framework agreement with Huansheng JV, HSNE, and TZE (the "Amended and Restated Business Activities Framework Agreement"). Under the initial business activities framework agreement entered into in 2017, we have the right, but not the obligation, to take up to 33% of Huansheng JV's capacity for sale directly into global DG markets outside of China and power plant markets in the United States and Mexico regions, while SPSI has the right, but not the obligation, to take up to 33% of Huansheng JV's capacity (in addition to the 33% to which we are entitled) for sale into global power plant markets with the exception of China, the United States and Mexico. The Amended and Restated Business Activities Framework Agreement maintains our rights in the initial agreement while also allowing Huansheng JV and HSNE to sell directly into global power plant markets outside of China under their own brand if approved on a case-by-case basis by us or SPSI depending on which entity shares the market with Huansheng JV or HSNE, subject to a royalty payment for our license. In connection with these agreements, we also entered into intellectual property license agreements with Huansheng JV and HSNE.

Table of Contents

In November 2021, we and SPSI entered into an amendment to the Amended and Restated Business Activities Framework Agreement ("BAFA Amendment") and an amendment to the Offshore Master Supply Agreement (the "MSA Amendment"). The BAFA Amendment and the MSA Amendment are aimed at providing more predictability to transfer pricing applicable to Performance line modules.

Under the MSA Amendment, for the Company's DG sales channels, a pricing mechanism has been agreed to with Huansheng JV for P5 and P6 products based on prices set forth in a specified index for the month of scheduled delivery of the relevant products. The parties further agreed to review the pricing mechanism for P5 and P6 products at specified intervals and augment such pricing mechanism upon mutual agreement. Under the MSA Amendment, the P3 generation of products will have a fixed pricing mechanism that will be reviewed by the parties at specified intervals. These pricing arrangements have been in effect since July 6, 2021, although the MSA Amendment was not formally signed until November 2021. For the Company's utility-scale projects, a profit-sharing pricing mechanism will continue to be applied. The pricing process will be based on a forecast of recurring manufacturing and financing costs upon which binding quotes will be sought and booked, provided that the binding quote is not higher than the price contracted for products or bindings offers made by Huansheng JV and HSNE for the delivery of Performance line modules in China in the same period.

The BAFA Amendment does not change the Company's right to purchase up to 33% of Huansheng JV's and HSNE's annual production capacity for the sale of Performance line modules directly into global DG markets outside of China and utility-scale markets in the United States and Mexico regions, and SPSI's right to take up to 33% of Huansheng JV's and HSNE's annual production capacity for the sale of Performance line modules into global utility-scale markets with the exception of China, the United States and Mexico.

In October 2022, we entered into a temporary agreement with Huansheng New Energy (Tianjin) Co., Ltd. ("HSTJ") (the "Temporary HSTJ Agreement"), a company which HSPV and its local partner have invested in, which included HSTJ as a party to the existing arrangements under the BAFA Amendment and the MSA Amendment and enabled HSTJ to manufacture and sell Performance Line products. The Temporary HSTJ Agreement is valid for 6 months and may be extended for a further 3 months with the Company's consent.

### Silicon Wafer Master Supply Agreement

On November 16, 2021, we entered into a silicon wafer master supply agreement with Zhonghuan Hong Kong Ltd ("TZE HK"), a subsidiary of TZE for the purchase of P-Type G12 wafers which are intended to be incorporated into the Company's Performance line modules planned for manufacture in Malaysia and Mexico and sale into the United States. The Company expects TZE HK to be its primary wafer supplier for Performance line modules and deliveries commenced in 2022. Deposit arrangements, payment terms and pricing mechanisms will be agreed to with TZE HK for the Company to reserve specified volumes in advance. The master supply agreement also sets out a general framework and customary operational and legal terms which govern the purchases of silicon wafer from TZE by the Company and its subsidiaries, including engineering changes, supply chain management, inspection, representations and warranties and legal compliance. In March 2022, we entered into an addendum to the master supply agreement, pursuant to which TZE HK will supply the Company with wafers to meet the Company's volume requirements for calendar year 2023. In connection with the supply agreement, we made a deposit of $2.1 million and $2.5 million as of January 1, 2023 and January 2, 2022, respectively, to reserve specified volumes in advance for delivery up to fiscal year 2023. As of January 1, 2023, the full prepayment of $2.1 million is recorded in " Advances to suppliers, current portion" on the Consolidated Balance Sheets. As of January 2, 2022, prepayment of $1.8 million and $0.7 million is recorded in "Advances to suppliers, current portion" and "Advances to suppliers, non-current portion", respectively, on the Consolidated Balance Sheets.

### Hohhot Huanju New Energy Development Co., Ltd.

We were a party to a joint venture with TZE and another partner to develop and operate a large-scale solar power plant in Hohhot, Inner Mongolia, called Hohhot Huanju New Energy Development Co., Ltd. ("Huanju"). In fiscal year 2020, we disposed our equity stake in Huanju to TZE with a consideration of $3.2 million. Accordingly,

Table of Contents

we have recorded a gain on disposal of investment of $0.5 million in Others, net in our Consolidated and Combined Statements of Operations.

**Agreements with TotalEnergies**

*Total Solarization Agreement*

In November 2016, SunPower and TotalEnergies entered into a four-year, up to 200 MW supply agreement to support the solarization of certain TotalEnergies facilities. This agreement covers the supply of 150 MW of Maxeon 2 panels with an option to purchase up to another 50 MW of Performance line solar panels. In March 2017, SunPower received a prepayment totaling $88.5 million. The prepayment is secured by certain of Maxeon's assets located in Mexico. In August 2020, SunPower, TotalEnergies and Maxeon signed an assignment and assumption agreement, consent and release whereby SunPower assigned its rights and obligations under the original agreements to us as part of the Spin-off and we agreed with TotalEnergies and SunPower to make certain commercial amendments to the original agreements. On February 22, 2021, TotalEnergies, Maxeon and its affiliate SunPower System Sarl entered into a Second Amended and Restated Initial Implementing Agreement (the "Amendment to the Solarization Agreement") replacing the existing agreement, for the supply to TotalEnergies, until December 31, 2025, of approximately 70 MW of PV modules (out of the above mentioned 150 MW volume committed by TotalEnergies). The Amendment to the Solarization Agreement also (i) updates the list of PV modules available for ordering by TotalEnergies, (ii) amends the pricing conditions (including the price adjustment mechanism of the existing agreement) of certain of those PV modules to reflect PV market-based pricing, (iii) provides the terms for the repayment in 12 installments by Maxeon, between the first quarter of 2023 and the fourth quarter of 2025, of the difference between the $88.5 million prepayment and the actual price of the 150 MW initial volume as at December 31, 2025 once the remaining 70 MW of PV modules will have been fully ordered by TotalEnergies; and (iv) provides for the release of SunPower System Sarl from the Mexican pledge of its assets upon full repayment of that difference.

*Framework Agreement*

In October 2021, the Company, through its subsidiary Maxeon Solar Pte. Ltd. ("MSPL"), executed a master contract for the supply of goods and/or services (the "Framework Agreement") with TotalEnergies Global Procurement ("TotalEnergies GP"), an affiliate of TotalEnergies. The Framework Agreement will remain effective for a three-year term unless earlier terminated or extended for a maximum of two terms of one year each. The Framework Agreement generally provides the terms and conditions pursuant to which the Company will sell and deliver Performance line modules for utility power plant projects upon the issuance of purchase orders by TotalEnergies GP or any of its affiliates and acceptance by the Company. The Framework Agreement also sets out detailed quality, inspection, testing and performance specifications. All solar panels delivered under the Framework Agreement will be covered by a 12-year product warranty, a 25-year power warranty, and are subject to serial defects coverage. The Framework Agreement also contains limitation of liability, capped delay-liquidated damages, termination for cause, and force majeure provisions that are customary within the solar industry, as well as traceability provisions.

In November 2021, the Company executed an order request from Danish Fields Solar LLC, a wholly-owned subsidiary by TotalEnergies SE for the sale of Performance line modules, that is governed by the Framework Agreement. In connection with this order request, after the provision of security in certain assets located in Mexico, the Company received total prepayment of $57.1 million. The delivery of the modules is expected to be completed by the third quarter of fiscal year 2023. In March 2022, the order request was amended to change the timing of the utilization of the prepayment. As of January 1, 2023, after adjusting for the significant financing component, we have $58.8 million of such prepayment in "Contract liabilities, current portion" on our Consolidated Balance Sheets related to the aforementioned supply agreement.

As of January 1, 2023, total advance payments from TotalEnergies, inclusive of the order with Danish Fields Solar LLC, was $63.2 million, of which $58.9 million was classified as short-term in our Consolidated Balance Sheets, based on projected shipment dates.

Table of Contents

*Solar Power Purchase Agreement*

In February 2022, the Company, through its subsidiary SunPower Malaysia Manufacturing Sdn Bhd ("SPMY") entered into a long-term solar power purchase agreement ("PPA") with TotalEnergies Renewables Malaysia Sdn Bhd ("TotalEnergies Malaysia"), a wholly-owned subsidiary by TotalEnergies SE. Under the PPA, TotalEnergies Malaysia will install and maintain a solar PV system at SPMY's rooftop for 20 years at a fixed price per kWh with a guaranteed annual energy output ranging from 10.8 GW to 11.9 GW to the SPMY. SPMY has the option to purchase the PV system at any time for a fixed price, which goes down to zero after 20 years. The PV system will be constructed and installed using the Company's Performance line modules. As of January 1, 2023, TotalEnergies is awaiting for approval from a regulatory body in Malaysia before commencing work in connection with the PPA.

## 7.C. INTERESTS OF EXPERTS AND COUNSEL

Not Applicable.

## ITEM 8. FINANCIAL INFORMATION

## 8.A. CONSOLIDATED AND COMBINED STATEMENTS AND OTHER FINANCIAL INFORMATION

Please refer to "Item 18. Financial Statements."

### Export Sales

Export sales outside of Singapore constituted 99% of the Company's total sales during the fiscal years 2022. Such sales accounted for 100% of the Company's total sales during the fiscal year 2021 and 2020.

### Legal Proceedings

We are a party to various litigation matters and claims that arise from time to time in the ordinary course of our business and in enforcing or defending our intellectual property rights. While we believe that the ultimate outcome of such matters will not have a material adverse effect on us, their outcomes are unpredictable, and negative outcomes may adversely affect our financial position, liquidity, or results of operations.

In addition, under the Separation and Distribution Agreement we entered into with SunPower in connection with the Spin-off, SunPower has agreed to indemnify us for certain litigation claims to which certain of our subsidiaries are named the defendant or party. The liabilities related to these legal claims are reflected on our Consolidated Balance Sheets as of January 1, 2023. While we expect to suffer no material financial liability because these matters are indemnified, it may drain our resources to cooperate with SunPower to defend these claims and our reputation with key stakeholders may be affected.

### Dividend policy

Please refer to "Item 10.B. Constitution—Dividends" for the Company's dividend policy.

## 8.B. SIGNIFICANT CHANGES

A discussion of significant changes in our business can be found under "Item 4.A. History and Development of the Company", "Item 4.B. Business Overview" and "Item 5.A. Operating Results—Results of Operations."

## ITEM 9. THE OFFER AND LISTING

## 9.A. OFFER AND LISTING DETAILS

The ordinary shares of Maxeon are listed on the NASDAQ under the symbol "MAXN".

Table of Contents

**9.B.  PLAN OF DISTRIBUTION**

Not Applicable.

**9.C.  MARKETS**

The ordinary shares of Maxeon are listed on the NASDAQ under the symbol "MAXN" and the ISIN code SGXZ25336314 and CUSIP code Y58473102.

**9.D.  SELLING SHAREHOLDERS**

Not Applicable.

**9.E.  DILUTION**

Not Applicable.

**9.F.  EXPENSES OF THE ISSUE**

Not Applicable.

**ITEM 10. ADDITIONAL INFORMATION**

**10.A. SHARE CAPITAL**

Not Applicable.

**10.B. CONSTITUTION**

The following description of our Constitution is a summary and is qualified by reference to the Constitution, a copy of which was included as Exhibit 99.1 to our Form 6-K (File No. 001-39368) filed with the SEC on August 27, 2020 and incorporated by reference herein. See also "Item 6.C. Board Practices."

**New Shares**

Under Singapore law, new shares may be issued only with the prior approval of our shareholders in a general meeting. General approval may be sought from our shareholders in a general meeting for the issue of shares. Approval, if granted, will lapse at the earlier of:

• the conclusion of the next annual general meeting;

• the expiration of the period within which the next annual general meeting is required by law to be held (i.e., within six months of our financial year end); and

• any subsequent revocation or variation of such approval by our shareholders in a general meeting.

Subject to this and the provisions of the Singapore Companies Act, our Constitution and the Shareholders Agreement, all new shares are under the control of the Maxeon Board who may allot and issue new shares to such persons on such terms and conditions and with the rights and restrictions as they may think fit to impose.

**Preference Shares**

Under the Singapore Companies Act, different classes of shares in a public company may be issued only if (a) the issue of the class or classes of shares is provided for in the constitution of the public company and (b) the constitution of the public company sets out in respect of each class of shares the rights attached to that class of shares. Our Constitution provides that we may issue shares of a different class with preferential, deferred, qualified or special rights, privileges, conditions or restrictions as the Maxeon Board may determine from time to time, and

Table of Contents

that such shares may be issued which are, or at the option of the Company are, liable to be redeemed (on such terms and manner of redemption as determined by the Maxeon Board) provided that the terms of such preference shares are set out in the Constitution, and is approved by special resolution at a general meeting of our shareholders.

We may, subject to the Singapore Companies Act and the prior approval in a general meeting of our shareholders, issue preference shares which are, or at our option, subject to redemption provided that such preference shares may not be redeemed out of capital unless:

- all the directors have made a solvency statement in relation to such redemption; and

- we have lodged a copy of the solvency statement with ACRA.

Further, the shares must be fully paid-up before they are redeemed.

**Register of Members**

Persons who are registered in our register of members will be recognized as members of the Company with the corresponding rights of members under applicable law and the Constitution. We will not, except as required by applicable law, recognize any equitable, contingent, future or partial interest in any ordinary share or other rights for any ordinary share other than the absolute right thereto of the registered holder of that ordinary share. We may close our register of members for any time or times, provided that our register of members may not be closed for more than 30 days in the aggregate in any calendar year. We typically will close our register of members to determine shareholders' entitlement to receive dividends and other distributions.

Maxeon shares listed and traded on NASDAQ, are held through The Depository Trust Company ("DTC"). Accordingly, DTC or its nominee, Cede & Co., will be the shareholder on record registered in our register of members. The holders of Maxeon shares held in book-entry interests through DTC or its nominee may become a registered shareholder by exchanging its interest in such shares for certificated ordinary shares and being registered in our register of members in respect of such shares. The procedures by which a holder of book-entry interests held through the facilities of the DTC may exchange such interests for certificated ordinary shares are determined by DTC (including the broker, bank, nominee or other institution that holds the shares within DTC) and Computershare, which will act as our transfer agent, in accordance with their internal policies and guidelines regulating the withdrawal and exchange of book-entry interests for certificated ordinary shares.

If (a) the name of any person is without sufficient cause entered in or omitted from the register of members; or (b) default is made or there is unnecessary delay in entering in the register of members the fact of any person having ceased to be a member, the person aggrieved or any member of the company or the company, may apply to the Singapore courts for rectification of the register of members. The Singapore courts may either refuse the application or order rectification of the register of members, and may direct the company to pay any damages sustained by any party to the application. The Singapore courts will not entertain any application for the rectification of a register of members in respect of an entry which was made in the register of members more than 30 years before the date of the application.

**Transfer of Ordinary Shares**

Subject to applicable securities laws in relevant jurisdictions and our Constitution, our shares are freely transferable, fully paid and are not subject to further capital calls. Shares may be transferred by a duly signed instrument of transfer in any usual or common form or in a form acceptable to our directors and any applicable stock exchange. The Maxeon Board may decline to register any transfer unless, among other things, evidence of payment of any stamp duty payable with respect to the transfer is provided together with other evidence as the directors may reasonably require to show the right of the transferor to make the transfer and, if the instrument of transfer is executed by some other person on his or her behalf, the authority of the person to do so. We will replace lost or destroyed certificates for shares upon notice to us and upon, among other things, the applicant furnishing evidence and indemnity as the directors may require and the payment of all applicable fees.

107

Table of Contents

Shareholders who hold Maxeon shares electronically in book-entry form through the facilities of the DTC and that wish to become registered shareholders must contact the broker, bank, nominee or other institution that holds their shares and complete a transfer of these shares from DTC to themselves (by transferring such shares to an account maintained by Computershare, our transfer agent and registrar) according to the procedures established by DTC, such broker, bank, nominee or other institution and Computershare.

**Election and Re-election of Directors**

Under our Constitution, our shareholders by ordinary resolution, or the Maxeon Board, may appoint any person to be a director as an additional director or to fill a casual vacancy, provided that any person so appointed by the Maxeon Board shall hold office only until the next annual general meeting, and shall then be eligible for re-election, subject to the Shareholders Agreement. See also "Item 6.C. Board Practices".

**Shareholders' Meetings**

We are required to hold an annual general meeting within six months after the end of each financial year. Our previous financial year ended on January 1, 2023 and subsequent financial years will end on the last day of a period of 12 months after the end of the previous financial year. The Maxeon Board may convene an extraordinary general meeting whenever they think fit and they must do so upon the written request of shareholders holding not less than one-tenth of the paid-up shares as at the date of deposit carries the right to vote at general meetings (disregarding paid-up capital held as treasury shares). In addition, two or more shareholders holding not less than one-tenth of our total number of issued shares (excluding our treasury shares) may call a meeting of our shareholders. The Singapore Companies Act requires not less than:

- 14 days' written notice to be given by us of a general meeting to pass an ordinary resolution; and

- 21 days' written notice to be given by us of a general meeting to pass a special resolution,

to every member. Our Constitution further provides that in computing the notice period, both the day on which the notice is served, or deemed to be served, and the day on which the meeting is to be held shall be excluded.

The Singapore Companies Act provides that a shareholder is entitled to attend any general meeting and speak on any resolution put before the general meeting. Unless otherwise required by law or by our Constitution, voting at general meetings is by ordinary resolution, requiring the affirmative vote of a simple majority of the shareholders present in person or represented by proxy at the meeting and entitled to vote on the resolution. An ordinary resolution suffices, for example, for appointments of directors. A special resolution, requiring an affirmative vote of not less than three-fourths of the shareholders present in person or represented by proxy at the meeting and entitled to vote on the resolution, is necessary for certain matters under Singapore law, such as an alteration of our Constitution.

**Voting Rights**

Voting at any meeting of shareholders is by a show of hands unless a poll is required by the rules and regulations of any applicable stock exchange or duly demanded before or on the declaration of the result of the show of hands. If voting is by a show of hands, every shareholder who is entitled to vote and who is present in person or by proxy at the meeting has one vote. On a poll, every shareholder who is present in person or by proxy or by attorney, or in the case of a corporation, by a representative, has one vote for every share held by such shareholder or which such shareholder represents. Proxies need not be shareholders.

Only those shareholders who are registered in our register of members will be entitled to vote at any meeting of shareholders. Where our shares are held through the facilities of the DTC, DTC will grant an omnibus proxy to DTC participants holding Maxeon shares in book-entry form through a broker, bank, nominee, or other institution that is a direct or indirect participant of DTC. Such shareholders will have the right to instruct their broker, bank, nominee or other institution holding these shares on how to vote such shares by completing the voting instruction form provided by the applicable broker, bank, nominee, or other institution. Whether voting is by a show of hands or by a poll, DTC's vote will be voted by the chairman of the meeting according to the results of the votes of the

108

Table of Contents

DTC participants (which results will reflect the instructions received from shareholders that own Maxeon shares electronically in book-entry form). In the case of a tie vote, the chairman of the meeting shall be entitled to a casting vote.

**Dividends**

All of our shareholders have the right to participate in any dividends. We have no current plans to pay annual or semi-annual cash dividends. However, although we have no plan to do so, in the event that we divest a portion of, or our entire equity interest in, any of our businesses, we may distribute such cash proceeds or declare a distribution-in-kind of shares in our businesses. Under Singapore law, no dividend may be paid except out of profits. Any dividends would be limited by the amount of available distributable reserves, which, under Singapore law, will be assessed on the basis of our standalone unconsolidated accounts (which will be based upon the Singapore Financial Reporting Standards (International)). Under Singapore law, it is possible to effect a capital reduction exercise to return cash and/or assets to our shareholders. The completion of a capital reduction exercise can be effected in several ways, including by a special resolution of shareholders and the signing of a solvency statement by the directors and pursuant to such other conditions as set out in the Singapore Companies Act or pursuant to the approval of the Singapore Courts, and we may not be successful in our attempts to obtain such approval.

Additionally, because we are a holding company, our ability to pay cash dividends, or declare a distribution-in-kind of the ordinary shares of any of our businesses, may be limited by restrictions on our ability to obtain sufficient funds through dividends from our businesses, including restrictions under the terms of the agreements governing the indebtedness of our businesses. Subject to the foregoing, the payment of cash dividends in the future, if any, will be at the discretion of the Maxeon Board and will depend upon such factors as earnings levels, capital requirements, contractual restrictions, our overall financial condition, available distributable reserves and any other factors deemed relevant by the Maxeon Board. Generally, a final dividend is declared out of profits disclosed by the accounts presented to the annual general meeting, and requires approval of our shareholders. However, the Maxeon Board may declare interim dividends without approval of our shareholders.

**Reserves**

The Maxeon Board may from time to time set aside out of the profits of Maxeon and reserve such sums as they think proper which, at the discretion of the Maxeon Board, shall be applicable for any purpose to which the profits of Maxeon may properly be applied and pending such application may either be employed in the business of Maxeon or be invested. The Maxeon Board may divide the reserve into such special funds as they think fit and may consolidate into one fund any special funds or any parts of any special funds into which the reserve may have been divided or, without placing the same to reserve, carry forward any profits, subject to applicable laws.

**Bonus and Rights Issues**

In a general meeting, our shareholders may, upon the recommendation of the directors, capitalize any reserves or profits and distribute them as fully paid bonus shares to the shareholders in proportion to their shareholdings.

**Singapore Code on Take-Overs and Mergers**

The Singapore Take-overs Code regulates, among other things, the acquisition of voting shares of Singapore-incorporated public companies with more than 50 shareholders and net tangible assets of S$5.0 million or more. Any person acquiring an interest, whether by a series of transactions over a period of time or not, either on the person's own or together with parties acting in concert with such person, in 30% or more of our voting shares, or, if such person holds, either on the person's own or together with parties acting in concert with such person, between 30% and 50% (both amounts inclusive) of our voting shares, and if such person (or parties acting in concert with such person) acquires additional voting shares representing more than 1% of our voting shares in any six-month period, must, except with the consent of the Securities Industry Council of Singapore, extend a mandatory take-over offer for all the remaining voting shares in accordance with the provisions of the Singapore Take-overs Code.

Table of Contents

Responsibility for ensuring compliance with the Singapore Take-overs Code rests with parties (including company directors) to a take-over or merger and their advisors.

Under the Singapore Take-overs Code, "parties acting in concert" comprise individuals or companies who, pursuant to an agreement or understanding (whether formal or informal), cooperate, through the acquisition by any of them of shares in a company, to obtain or consolidate effective control of that company. Certain persons are presumed (unless the presumption is rebutted) to be acting in concert with each other. They include:

- a company and its parent company, subsidiaries or fellow subsidiaries (together, the related companies), the associated companies of any of the company and its related companies, companies whose associated companies include any of these companies and any person who has provided financial assistance (other than a bank in the ordinary course of business) to any of the foregoing for the purchase of voting rights;

- a company and its directors (together with their close relatives, related trusts and companies controlled by any of the directors, their close relatives and related trusts);

- a company and its pension funds and employee share schemes;

- a person and any investment company, unit trust or other fund whose investment such person manages on a discretionary basis but only in respect of the investment account which such person manages;

- a financial or other professional advisor, including a stockbroker, and its clients in respect of shares held by the advisor and persons controlling, controlled by or under the same control as the advisor;

- directors of a company (together with their close relatives, related trusts and companies controlled by any of such directors, their close relatives and related trusts) which is subject to an offer or where the directors have reason to believe a bona fide offer for the company may be imminent;

- partners; and

- an individual and such person's close relatives, related trusts, any person who is accustomed to act in accordance with such person's instructions and companies controlled by the individual, such person's close relatives, related trusts or any person who is accustomed to act in accordance with such person's instructions and any person who has provided financial assistance (other than a bank in the ordinary course of business) to any of the foregoing for the purchase of voting rights.

Subject to certain exceptions, a mandatory take-over offer must be in cash or be accompanied by a cash alternative at not less than the highest price paid by the offeror or parties acting in concert with the offeror during the offer period and within the six months prior to its commencement.

Under the Singapore Take-overs Code, where effective control of a company is acquired or consolidated by a person, or persons acting in concert, a general offer to all other shareholders is normally required. In the case where our company has more than one class of equity share capital, a comparable take-over offer must be made for each class of shares in accordance with the Singapore Take-overs Code and the Securities Industry Council of Singapore should be consulted in advance in such cases. In addition, an offeror must treat all shareholders of the same class in an offeree company equally. A fundamental requirement is that shareholders in the company subject to the take-over offer must be given sufficient information, advice and time to enable them to make an informed decision on the offer. These legal requirements may impede or delay a take-over of our company by a third party.

The Singapore Take-overs Code generally provides that the board of directors of the offeree company should bring an offer to its shareholders in accordance with the Singapore Take-overs Code and refrain from an action which will deny the shareholders from the possibility to decide on the offer.

On January 30, 2020, the Securities Industry Council of Singapore waived application of the Singapore Take-overs Code to us, subject to certain conditions. Pursuant to the waiver, for as long as we are not listed on a securities exchange in Singapore, and except in the case of a tender offer (within the meaning of U.S. securities laws) where

110

Table of Contents

the Tier 1 Exemption is available and the offeror relies on the Tier 1 Exemption to avoid full compliance with the tender offer rules promulgated under the Exchange Act, the Singapore Take-overs Code shall not apply to us. In connection with receipt of the waiver, the SunPower Board submitted to the Securities Industry Council of Singapore a written confirmation to the effect that it is in the interests of SunPower shareholders who will become holders of Maxeon shares as a result of the Spin-off that a waiver of the provisions of the Singapore Take-overs Code is obtained.

**Liquidation or Other Return of Capital**

On a winding-up or other return of capital, subject to any special rights attaching to any other class of shares and preferential rights under law, holders of shares will be entitled to participate in any surplus assets in proportion to their shareholdings.

**Limitations on Rights to Hold or Vote Ordinary Shares**

Except as discussed above under "—Singapore Code on Take-overs and Mergers," there are no limitations imposed by the laws of Singapore or by our Constitution on the right of non-resident shareholders to hold or vote with respect to ordinary shares, nor does our Constitution discriminate against any existing or prospective shareholder as a result of such shareholder owning a substantial number of Maxeon shares.

**Limitations of Liability and Indemnification Matters**

Pursuant to the Singapore Companies Act, any provision (whether in the constitution, a contract with the company or otherwise) that purports to exempt or indemnify the officers of a company (including directors) (to any extent) against any liability which by law would otherwise attach to them in connection with any negligence, default, breach of duty or breach of trust, of which they may be guilty in relation to the company is void. However, the Singapore Companies Act specifically provides that we are allowed to:

- purchase and maintain for any officer insurance against any liability which by law would otherwise attach to such officer in respect of any negligence, default, breach of duty or breach of trust of which such officer may be guilty in relation to us;

- indemnify any officer against liability incurred by the officer to a person other than the company, except when the indemnity is against: (a) any liability of the officer to pay: (i) a fine in criminal proceedings; or (ii) a sum payable to a regulatory authority by way of a penalty in respect of non-compliance with any requirement of a regulatory nature (however arising); or; (b) any liability incurred by the officer: (i) in defending criminal proceedings in which the officer is convicted; (ii) in defending civil proceedings brought by the company or a related company in which judgment is given against the officer; or (iii) in connection with an application for relief under Sections 76A(13) or 391 of the Singapore Companies Act in which the court refuses to grant the officer relief;

- indemnify any auditor against any liability incurred or to be incurred by such auditor in defending any proceedings (whether civil or criminal) in which judgment is given in such auditor's favor or in which such auditor is acquitted; or

- indemnify any auditor against any liability incurred or to be incurred by such auditor in connection with any application under Sections 76A(13) or 391 of the Singapore Companies Act in which relief is granted to such auditor by the court.

Our Constitution provides that, subject to the provisions of the Singapore Companies Act and any other applicable law, every director, chief executive officer, auditor, secretary or other officer of our company shall be entitled to be indemnified by our company against all costs, charges, losses, expenses and liabilities incurred or to be incurred by him or her in the execution and discharge of his or her duties or in relation thereto and in particular and without prejudice to the generality of the foregoing, no director, secretary or other officer of our company shall be liable for the acts, receipts, neglects or defaults of any other director or officer or for joining in any receipt or other act for conformity or for any loss or expense happening to our company through the insufficiency or deficiency of

111

Table of Contents

title to any property acquired by order of the directors for or on behalf of our company or for the insufficiency or deficiency of any security in or upon which any of the moneys of our company shall be invested or for any loss or damage arising from the bankruptcy, insolvency or tortious act of any person with whom any moneys, securities or effects shall be deposited or left or for any other loss, damage or misfortune whatsoever which shall happen to or be incurred by our company in the execution of the duties of his or her office or in relation thereto unless the same shall happen through his or her own negligence, willful default, breach of duty or breach of trust.

The limitation of liability and indemnification provisions in our Constitution may discourage shareholders from bringing a lawsuit against directors for breach of their fiduciary duties. They may also reduce the likelihood of derivative litigation against directors and officers, even though an action, if successful, might benefit us and our shareholders. A shareholder's investment may be harmed to the extent we pay the costs of settlement and damage awards against directors and officers pursuant to these indemnification provisions. Insofar as indemnification for liabilities arising under the Securities Act may be permitted to our directors, officers and controlling persons pursuant to the foregoing provisions, or otherwise, we have been advised that, in the opinion of the SEC, such indemnification is against public policy as expressed in the Securities Act, and is, therefore, unenforceable.

**Comparison of Shareholder Rights**

The information in this section has been included previously in our registration statement on Amendment No. 2 to Form 20-F (File No. 001-39368) filed with the SEC on July 31, 2020 and has not changed since, and therefore is incorporated by reference to that registration statement.

**10.C. MATERIAL CONTRACTS**

For information concerning our material contracts, see "Item 4. Information On The Company", "Item 5. Operating And Financial Review And Prospects" and "Item 7.B. Related Party Transactions.".

**10.D. EXCHANGE CONTROLS**

There are currently no exchange control restrictions in effect in Singapore.

**10.E. TAXATION**

The following summary of the U.S. federal income tax and Singapore tax consequences of receipt, ownership and disposition of our shares is based upon laws, regulations, decrees, rulings, income tax conventions (treaties), administrative practice and judicial decisions in effect at the date of this registration statement. Legislative, judicial or administrative changes or interpretations may, however, be forthcoming that could alter or modify the descriptions and conclusions set forth herein. Any such changes or interpretations may be retroactive and could affect the tax consequences to holders of our shares. This summary does not purport to be a legal opinion or to address all tax aspects that may be relevant to a holder of our shares. Each prospective holder is urged to consult its own tax advisor as to the particular tax consequences to such holder of the receipt, disposition and ownership of our shares, including the applicability and effect of any other tax laws or tax treaties, of pending or proposed changes in applicable tax laws as of the date of this registration statement, and of any actual changes in applicable tax laws after such date.

**Material U.S. Federal Income Tax Considerations**

The following summarizes certain U.S. federal income tax considerations to U.S. Holders (as defined below), of owning and disposing of our shares, as well as certain considerations relating to the Spin-off. This summary applies only to U.S. Holders that hold our shares as capital assets (generally, property held for investment).

This summary is based on the Code, its legislative history, Treasury regulations promulgated under the Code and on judicial and administrative interpretations of the Code and the Treasury regulations, all as in effect on the date hereof, and all of which are subject to change, possibly with retroactive effect. This summary does not purport to be a complete description of the consequences of the transactions described in this registration statement, nor does it address the application of estate, gift or non-income U.S. federal tax laws, the Medicare tax on net investment

Table of Contents

income or any state, local or foreign tax laws. The tax treatment of a holder of our shares may vary depending upon that holder's particular situation. Moreover, this summary does not address certain holders that may be subject to special rules not discussed below, such as (but not limited to):

- persons that are not U.S. Holders (as defined below);

- persons that are subject to alternative minimum taxes;

- insurance companies;
- tax-exempt entities, "individual retirement accounts" or "Roth IRAs";

- banks and other financial institutions;

- real estate investment companies and regulated investment companies;

- U.S. expatriates;

- broker-dealers;

- persons required for U.S. federal income tax purposes to accelerate the recognition of any item of gross income with respect to our shares as a result of such income being recognized on an applicable financial statement;

- partnerships (or other entities classified as partnerships for U.S. federal income tax purposes) and other pass-through entities and persons that hold our shares through partnerships (or other entities classified as pass-through entities for U.S. federal income tax purposes);

- a U.S. Holder that owns shares through a non-U.S. broker or other non-U.S. intermediary;

- holders whose functional currency is not the U.S. dollar;

- persons that actually or constructively own 10% or more of the total combined voting power of all classes of our voting stock;

- persons owning our shares in connection with a trade or business conducted outside of the United States;

- traders in securities that elect to apply a mark-to-market method of accounting,

- holders that hold our shares as part of a "hedge," "straddle," "conversion," "constructive sale," "wash sale," or other risk reduction transaction, an integrated transaction or other similar transaction for U.S. federal income tax purposes; and

- individuals who receive our shares upon the exercise of compensatory options or otherwise as compensation.

Moreover, no advance rulings have been or will be sought from the U.S. Internal Revenue Service (the "IRS") regarding any matter discussed in this registration statement.

**U.S. Holders and prospective investors should consult their tax advisors regarding the application of the U.S. federal tax rules to their particular circumstances as well as the state, local, non U.S. and other tax consequences to them of the receipt, ownership and disposition of our shares.**

For purposes of this summary, a "U.S. Holder" is a beneficial owner of our shares that is, for U.S. federal income tax purposes:

- an individual who is a citizen or resident of the United States;

113

Table of Contents

- a corporation (or other entity taxable as a corporation for U.S. federal income tax purposes) created or organized in the United States or under the laws of the United States;

- an estate, the income of which is subject to U.S. federal income taxation regardless of its source; or

- a trust that (1) is subject to the primary supervision of a court within the United States and the control of one or more U.S. persons for all substantial decisions or (2) has a valid election in effect under applicable U.S. Treasury regulations to be treated as a U.S. person.

If a partnership (or other entity taxable as a partnership for U.S. federal income tax purposes) holds our shares, the tax treatment of a partner in such partnership will generally depend upon the status of the partner and the activities of the partnership. If you are a partner in a partnership holding our shares, you should consult your tax advisor.

*Tax Matters in Connection with the Spin-off*

SunPower received a Tax Opinion providing that the distribution of Maxeon shares should not result in any recognition of gain or loss for U.S. federal income tax as to (and no amount should be includible in the income of) SunPower shareholders. The Tax Opinion is subject to qualifications and limitations. See "Item 3.D. Risk Factors—Risks Related to the Separation from SunPower." In connection with the Spin-off, we have also entered into a tax matters agreement with SunPower, which restricts us from taking certain actions that could affect the qualification of the distribution as tax-free to SunPower shareholders.

If it were determined that the distribution did not so qualify, we could be required to indemnify SunPower for taxes resulting therefrom. This could occur if, notwithstanding our intentions, we take or fail to take any action we are prohibited from taking or required to take by the terms of the tax matters agreement to preserve the intended tax treatment of the transaction, a representation or covenant we made that serves as the basis for the Tax Opinion is determined to be false or as a result of the application of legal rules that depend in part on facts outside our control. For example, U.S. tax law requires that both SunPower and we continue to remain engaged in our respective active trades and businesses. If we cease to so engage in our active trades and businesses in a manner that causes the distributions under the Spin-off to become taxable, we would be required to indemnify SunPower for any taxes and related costs resulting from our actions. Our indemnification obligations to SunPower in these circumstances are set forth in the tax matters agreement referenced above in "Item 7.B. Related Party Transactions—Agreements with SunPower, TZE and TotalEnergies in Connection with the Spin-off." If we are required to indemnify SunPower, we may be subject to substantial liabilities that could materially adversely affect our financial position.

*Taxation of Dividends and Other Distributions on the Shares*

We have no current plans to pay annual or semi-annual cash dividends (see "Item 10.B. Memorandum and Articles of Association—Dividends."). If, however, we do pay dividends and subject to the discussion below under "—Passive Foreign Investment Company", the gross amount of any such distribution made to a U.S. Holder with respect to our shares, generally will be includible in income on the day on which the distribution is actually or constructively received by a U.S. Holder as dividend income to the extent the distribution is paid out of our current or accumulated earnings and profits. Such dividends will not be eligible for the dividends-received deduction generally allowed to U.S. corporations with respect to dividends received from other U.S. corporations. Distributions in excess of our current and accumulated earnings and profits will be treated first as a non-taxable return of capital, thereby reducing the U.S. Holder's adjusted tax basis in our shares (but not below zero), and thereafter as either long-term or short-term capital gain depending upon whether the U.S. Holder held our shares for more than one year as of the time such distribution is actually or constructively received. Because we do not prepare calculations of our earnings and profits using U.S. federal income tax principles, it is expected that distributions generally will be taxable to U.S. Holders as dividends.

Distributions treated as dividends that are received by a non-corporate U.S. Holder (including an individual) from "qualified foreign corporations" generally qualify for a reduced tax rate so long as certain holding period and other requirements are met. Dividends paid on our shares should qualify for the reduced rate if we are treated as a

114

Table of Contents

"qualified foreign corporation" by virtue of our stock with respect to which such dividend was paid being readily tradable on NASDAQ. The United States does not currently have a comprehensive income tax treaty with Singapore, therefore, if our shares are not considered to be readily tradable on an established securities market in the United States (such as NASDAQ), we will not be treated as a "qualified foreign corporation" and dividends with respect to our shares will not qualify for the reduced rate.

Dividends on our shares received by a U.S. Holder will generally be treated as foreign source income for U.S. foreign tax credit purposes and generally will be treated as "passive category income" for U.S. foreign tax credit purposes. The creditability of non-U.S. income taxes is subject to limitations, including some that vary depending on a U.S. Holder's circumstances. In addition, recently issued U.S. Treasury regulations require non-U.S. income tax laws to meet certain requirements in order for taxes imposed under such laws to be eligible for credit. We have not determined whether these requirements have been met with respect to Singapore withholding taxes. U.S. Holders should consult their tax advisers regarding the creditability or deductibility of Singapore taxes withheld with respect to the shares generally and in their particular circumstances.

### *Taxation of Dispositions of the Shares*

A U.S. Holder will recognize gain or loss on the sale or other taxable disposition of our shares in an amount equal to the difference between the amount realized on such sale or other taxable disposition and such U.S. Holder's adjusted tax basis in our shares. Such gain or loss generally will be long-term capital gain (taxable at a reduced rate for non-corporate U.S. Holders) or loss if, on the date of sale or disposition, such shares were held by such U.S. Holder for more than one year. The deductibility of capital losses is subject to significant limitations. Gain or loss, if any, recognized by a U.S. Holder generally will be treated as U.S. source gain or loss, as the case may be for foreign tax credit purposes.

If any Singaporean tax is imposed on the sale or other disposition of our shares, a U.S. Holder's amount realized will include the gross amount of the proceeds of the sale or other disposition before deduction of the Singaporean tax. See "—Material Singapore Tax Considerations—Income Taxation Under Singapore Law—Capital Gains upon Disposition of Shares" for a description of when a disposition may be subject to taxation by Singapore. U.S. Holders should consult their own tax advisors concerning the creditability or deductibility of any Singaporean income tax imposed on the disposition of shares in their particular circumstances.

**U.S. Holders should consult their tax advisors regarding the particular tax considerations to them of the ownership and disposition of our shares under the laws of the United States (federal, state and local) or any other relevant taxation jurisdiction.**

### *Passive Foreign Investment Company*

In general, a non-U.S. corporation will be classified as a PFIC for U.S. federal income tax purposes for any taxable year in which either (i) 75% or more of its gross income consists of certain types of "passive" income or (ii) 50% or more of the fair market value of its assets (determined on the basis of a quarterly average) produce or are held for the production of passive income. For this purpose, "gross income" generally includes all sales revenues less the cost of goods sold, plus income from investments and from incidental or outside operations or sources, and "passive income" generally includes, for example, dividends, interest, certain rents and royalties, certain gains from the sale of stock and securities, and certain gains from commodities transactions. For this purpose, cash is categorized as a passive asset and our unbooked intangibles will be taken into account and generally treated as non-passive assets. We will be treated as owning our proportionate share of the assets and earning our proportionate share of the income of any other corporation in which we own, directly or indirectly, 25% or more (by value) of the shares. As a publicly traded foreign corporation we intend for this purpose to treat the aggregate fair market value of our gross assets as being equal to the aggregate value of our outstanding stock ("market capitalization") plus the total amount of our liabilities and to treat the excess of the fair market value of our assets over their book value as a non-passive asset to the extent attributable to our nonpassive income

Based on the nature of our business, the composition of our income and assets, and the value of our shares, we do not believe we were a PFIC for the taxable year ended January 1, 2023 and do not anticipate being a PFIC for our current taxable year or in the foreseeable future. Nevertheless, because PFIC status is a factual determination made

115

Table of Contents

annually after the close of each taxable year on the basis of the composition of our income and assets, there can be no assurance that we will not be a PFIC for the current taxable year or any future taxable year.

If we are classified as a PFIC for any taxable year during which a U.S. Holder holds our shares, the U.S. Holder will generally be subject to imputed interest taxes, characterization of any gain from the sale or exchange of our shares as ordinary income, and other disadvantageous tax treatment with respect to our shares unless the U.S. Holder makes a mark-to-market election (as described below). Further, if we are classified as a PFIC for any taxable year during which a U.S. Holder holds our shares and any of our non-U.S. subsidiaries is also a PFIC, such U.S. Holder would be treated as owning a proportionate amount (by value) of the shares of each such non-U.S. subsidiary classified as a PFIC (each such subsidiary, a lower tier PFIC) for purposes of the application of these rules. U.S. Holders should consult their tax advisors regarding the application of the PFIC rules to any of our subsidiaries.

As an alternative to the foregoing rules, a U.S. holder of "marketable stock" in a PFIC may make a mark-to-market election. A mark-to-market election may be made with respect to our shares, provided they are actively traded, defined for this purpose as being traded on a "qualified exchange," other than in de minimis quantities, on at least 15 days during each calendar quarter. We anticipate that our shares should qualify as being actively traded, but no assurances may be given in this regard. If a U.S. Holder of our shares makes this election, the U.S. Holder will generally (i) include as income for each taxable year the excess, if any, of the fair market value of our shares held at the end of the taxable year over the adjusted tax basis of such shares and (ii) deduct as a loss the excess, if any, of the adjusted tax basis of our shares over the fair market value of such shares held at the end of the taxable year, but only to the extent of the net amount previously included in income as a result of the mark-to-market election. The U.S. Holder's adjusted tax basis in our shares would be adjusted to reflect any income or loss resulting from the mark-to-market election. In addition, any gain such U.S. Holder recognizes upon the sale or other disposition of our shares will be treated as ordinary income and any loss will be treated as ordinary loss, but only to the extent of the net amount previously included in income as a result of the mark-to-market election. If a U.S. Holder makes a mark-to-market election in respect of a corporation classified as a PFIC and such corporation ceases to be classified as a PFIC, the U.S. Holder will not be required to take into account the gain or loss described above during any period that such corporation is not classified as a PFIC. In the case of a U.S. Holder who has held our shares during any taxable year in respect of which we were classified as a PFIC and continues to hold such shares (or any portion thereof) and has not previously made a mark-to-market election, and who is considering making a mark-to-market election, special tax rules may apply relating to purging the PFIC taint of such shares. Because a mark-to-market election cannot be made for any lower tier PFICs that we may own, a U.S. Holder may continue to be subject to the PFIC rules with respect to such U.S. Holder's indirect interest in any investments held by us that are treated as an equity interest in a PFIC for U.S. federal income tax purposes.

We do not intend to provide the information necessary for U.S. Holders of our shares to make a qualified electing fund election, which, if available, would result in tax treatment different from the general tax treatment for PFICs described above.

If a U.S. Holder owns our shares during any taxable year that we are a PFIC, such U.S. Holder may be subject to certain reporting obligations with respect to our shares, including reporting on IRS Form 8621.

Each U.S. Holder should consult its tax advisor concerning the U.S. federal income tax consequences of receiving, holding, and disposing of our shares if we are or become classified as a PFIC, including the possibility of making a mark-to-market election.

***Information Reporting and Backup Withholding***

Payments of dividends and sales proceeds from a sale, exchange or other taxable disposition (including redemption) of our shares that are made within the United States, by a U.S. payor or through certain U.S.-related financial intermediaries to a U.S. Holder generally are subject to information reporting, unless the U.S. Holder is a corporation or other exempt recipient. In addition, such payments may be subject to backup withholding, unless (1) the U.S. Holder is a corporation or other exempt recipient or (2) the U.S. Holder provides a correct taxpayer identification number and certifies that it is not subject to backup withholding in the manner required.

116

Table of Contents

Backup withholding is not an additional tax. The amount of any backup withholding from a payment to a U.S. Holder will generally be allowed as a credit against the U.S. Holder's U.S. federal income tax liability or may entitle the U.S. Holder to a refund, provided that the required information is timely furnished to the IRS.

***Foreign Financial Asset Reporting***

Certain U.S. Holders who are individuals or certain specified entities that own "specified foreign financial assets" with an aggregate value in excess of U.S.$50,000 (and in some circumstances, a higher threshold) may be required to report information relating to our shares by attaching a complete IRS Form 8938, Statement of Specified Foreign Financial Assets (which requires U.S. Holders to report "foreign financial assets," which generally include financial accounts held at a non-U.S. financial institution, interests in non-U.S. entities, as well as stock and other securities issued by a non-U.S. person), to their tax return for each year in which they hold our shares, subject to certain exceptions (including an exception for our shares held in accounts maintained by U.S. financial institutions). U.S. Holders should consult their tax advisors regarding their reporting obligations with respect to their acquisition, ownership, and disposition of our shares.

***Treatment of Maxeon as a U.S. Company for U.S. Federal Income Tax Purposes***

Under current U.S. federal income tax law, a corporation is generally considered a tax resident in the jurisdiction of its organization or incorporation. Thus, as a corporation organized under the laws of Singapore, we expect to be classified as a non-U.S. corporation (and therefore a non-U.S. tax resident) for U.S. federal income tax purposes. In certain circumstances, however, Section 7874 of the Code may cause a corporation organized outside the United States to be treated as a U.S. corporation (and, therefore, taxable in the United States) unless one or more exceptions apply. The application of Section 7874 of the Code and its various exceptions is complex and subject to factual and legal uncertainties, with respect to some of which the IRS has yet to issue guidance. Moreover, changes to Section 7874 of the Code or the U.S. Treasury regulations promulgated thereunder (or other relevant provisions of U.S. federal income tax law), which may be given prospective or retroactive effect, could adversely affect our status as a non-U.S. corporation for U.S. federal income tax purposes. As a result, there can be no assurance that the IRS will agree with the position that we should not be treated as a U.S. corporation for U.S. federal income tax purposes; however, we expect that Section 7874 of the Code will not apply to treat us as a U.S.-resident corporation for U.S. federal income tax purposes. The foregoing discussion assumes that we are not treated as a U.S. corporation for U.S. federal income tax purposes.

If we were to be treated as a U.S. corporation for U.S. federal income tax purposes, we would be subject to U.S. corporate income tax on our worldwide income and the income of our non-U.S. subsidiaries would be subject to U.S. tax when deemed recognized under the U.S. federal income tax rules for controlled foreign subsidiaries. The gross amount of any dividends paid by us to a non-U.S. shareholder would be subject to U.S. withholding tax at a rate of 30% unless the non-U.S. shareholder were to be eligible for an exemption or reduced withholding rate under an applicable income tax treaty. However, the application of income tax treaties and relief thereunder to foreign corporations re-characterized as U.S. corporations pursuant to Section 7874 of the Code is subject to substantial uncertainty. In the event Section 7874 were to apply to an investment in our shares, non-U.S. investors in our shares should consult their advisors as to the potential application of any income tax treaty provisions to income received with respect to our shares. Also, in the event we were to be re-characterized as a U.S. corporation under Section 7874 of the Code, dividends paid by us to a U.S. Holder would be subject to U.S. reporting and backup withholding requirements as if we were a U.S. corporation.

**Material Singapore Tax Considerations**

The following discussion is a summary of Singapore income tax, goods and services tax ("GST") and stamp duty considerations relevant to the acquisition, ownership and disposition of our shares by an investor who is not tax resident or domiciled in Singapore and who does not carry on business or otherwise have a presence in Singapore. The statements made herein regarding taxation are general in nature and based upon certain aspects of the current tax laws of Singapore and administrative guidelines issued by the relevant authorities in force as of the date hereof and are subject to any changes in such laws or administrative guidelines or the interpretation of such laws or guidelines occurring after such date, which changes could be made on a retrospective basis. The statements made

117

Table of Contents

herein do not purport to be a comprehensive or exhaustive description of all of the tax considerations that may be relevant to a decision to acquire, own or dispose of our shares and do not purport to deal with the tax consequences applicable to all categories of investors, some of which (such as dealers in securities) may be subject to special rules. Prospective shareholders are advised to consult their own tax advisors as to the Singapore or other tax consequences of the acquisition, ownership of or disposal of our shares, taking into account their own particular circumstances. The statements below are based upon the assumption that we are a tax resident in Singapore for Singapore income tax purposes and we (including our subsidiaries) do not own any Singapore residential properties. It is emphasized that neither us nor any other persons involved in this registration statement accepts responsibility for any tax effects or liabilities resulting from the acquisition, holding or disposal of our shares.

### Income Taxation Under Singapore Law

*Dividends or Other Distributions with Respect to Shares*

Singapore does not impose withholding tax on dividend distributions. Under the one-tier corporate tax system, dividends paid by a Singapore tax resident company will be tax exempt in the hands of a shareholder, whether or not the shareholder is a company or an individual and whether or not the shareholder is a Singapore tax resident.

*Capital Gains upon Disposition of Shares*

Under current Singapore tax laws, there is no tax on capital gains while gains of an income nature would be subject to tax at the prevailing corporate income tax rate of 17.0%. There are no specific laws or regulations which deal with the characterization of whether a gain is income or capital in nature. Gains arising from the disposal of our shares may be construed to be of an income nature and subject to Singapore income tax, if they arise from activities which the Inland Revenue Authority of Singapore ("IRAS") regards as the carrying on of a trade or business in Singapore. Such gains, even if they do not arise from an activity in the ordinary course of trade or business or from an ordinary incident of some other business activity, may also be considered gains or profits of an income nature if the investor had the intention or purpose of making a profit at the time of acquisition of our shares. However, under Singapore tax laws, there is a temporary safe harbor rule where any gains derived by a divesting company from its disposal of ordinary shares in an investee company between June 1, 2012 and December 31, 2027 are generally exempt from tax if immediately prior to the date of the relevant disposal, the divesting company has held at least 20% of the ordinary shares in the investee company for a continuous period of at least 24 months. The safe harbor rule is only applicable if the divesting company, at the time of lodgment of its income tax return in Singapore relating to the period in which the disposal of ordinary shares occurred, provides such information and documentation as may be specified by the IRAS.

*Goods and Services Tax*

Issuance and transfer of our shares to investors belonging in Singapore is exempt from GST and to investors belonging outside Singapore is zero-rated (i.e., charged at 0% GST). Consequently, investors should not incur any GST on the subscription of our shares. The subsequent disposal of our shares by investors is similarly exempt from GST or zero-rated, as the case may be. Services such as brokerage and handling services rendered by a GST-registered person to an investor belonging in Singapore in connection with the investor's purchase or transfer of our shares will be subject to GST at the prevailing standard-rate (currently of 8.0%). Similar services rendered contractually to and directly for the benefit of an investor belonging outside Singapore should be zero-rated (i.e., charged at 0% GST) provided that the investor is not physically present in Singapore at the time the services are performed.

### Stamp Duty

Where our shares evidenced in certificated forms are acquired in Singapore, stamp duty is payable on the instrument of their transfer at the rate of 0.2% of the consideration or market value of our shares, whichever is higher.

Table of Contents

Where an instrument of transfer (including electronic documents) is executed outside Singapore, stamp duty may be payable if the instrument of transfer is executed outside Singapore and is received in Singapore. The stamp duty is borne by the purchaser unless there is an agreement to the contrary. An electronic instrument that is executed outside Singapore is considered received in Singapore if (a) it is retrieved or accessed by a person in Singapore; (b) an electronic copy of it is stored on a device (including a computer) and brought into Singapore; or (c) an electronic copy of it is stored on a computer in Singapore.

On the basis that any transfer instruments in respect of our shares traded on the NASDAQ are executed outside Singapore through our transfer agent and share registrar in the United States for registration in our branch share register maintained in the United States, no stamp duty would be payable in Singapore on such transfers to the extent that the instruments of transfer (including electronic documents) are not received in Singapore.

As the relevant deeming provisions under Section 60F of the Singapore Stamp Duty Act are quite broad, registered shareholders of our shares may wish to note that electronic document executed outside Singapore may still be deemed to be received in Singapore if the branch records is accessed/retried in Singapore. As it may not be practical to anticipate the circumstances where an instrument may be considered received in Singapore, investors should consult their tax advisors regarding the particular Singapore stamp duty implications for them.

***Tax Treaties Regarding Withholding Taxes***

There is no comprehensive avoidance of double taxation agreement between the United States and Singapore.

### 10.F. DIVIDENDS AND PAYING AGENTS

Not Applicable.

### 10.G. STATEMENT BY EXPERTS

Not Applicable.

### 10.H. DOCUMENTS ON DISPLAY

We are subject to the periodic reporting and other informational requirements of the Exchange Act. Under the Exchange Act, we are required to file reports and other information with the SEC. You may read any reports or other information that we file through EDGAR system through the SEC's website on the Internet at www.sec.gov. The information on that website is not part of this annual report and is not incorporated by reference herein. As a foreign private issuer, we are exempt from the rules under the Exchange Act prescribing the furnishing and content of quarterly reports and proxy statements, and officers, directors and principal shareholders are exempt from the reporting and short-swing profit recovery provisions contained in Section 16 of the Exchange Act.

Our financial statements have been prepared in accordance with GAAP. We will furnish our shareholders with annual reports, which will include a review of operations and annual audited consolidated and combined financial statements prepared in conformity with GAAP.

### 10.I. SUBSIDIARY INFORMATION

Not Applicable.

### 10.J. ANNUAL REPORT TO SECURITY HOLDERS

Not Applicable.

### ITEM 11. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK

The major financing risks faced by us will be managed by our treasury function. For information about the effects of currency and interest rate fluctuations and how we manage currency and interest risk, see "Item 5.B. Liquidity And Capital Resources". Please also see the information set forth under "Note 12. *Derivative Financial*

Table of Contents

*Instruments*" of our consolidated and combined financial statements and related notes included elsewhere in this Form 20-F.

**ITEM 12. DESCRIPTION OF SECURITIES OTHER THAN EQUITY SECURITIES**

**12.A. DEBT SECURITIES**

Not Applicable.

**12.B. WARRANTS AND RIGHTS**

Not Applicable.

**12.C. OTHER SECURITIES**

Not Applicable.

**12.D. AMERICAN DEPOSITARY SHARES**

Not Applicable.

**PART II**

**ITEM 13. DEFAULTS, DIVIDEND ARREARAGES AND DELINQUENCIES**

Not Applicable.

**ITEM 14. MATERIAL MODIFICATIONS TO THE RIGHTS OF SECURITY HOLDERS AND USE OF PROCEEDS**

Not Applicable.

**ITEM 15. CONTROLS AND PROCEDURES**

**Evaluation of Disclosure Controls and Procedures**

The Company maintains "disclosure controls and procedures," as defined in Rule 13a-15(e) and 15d-15(e) under the Exchange Act, that are designed to provide reasonable assurance that information required to be disclosed in reports that we file or submit under the Exchange Act is recorded, processed, summarized, and reported within the time periods specified in SEC rules and forms, and that such information is accumulated and communicated to our management, including our Chief Executive Officer and Chief Financial Officer, as appropriate to allow timely decisions regarding required disclosure. In designing and evaluating our disclosure controls and procedures, management recognizes that disclosure controls and procedures, no matter how well conceived and operated, can provide only reasonable, not absolute, assurance that the objectives of the disclosure controls and procedures are met. Additionally, in designing disclosure controls and procedures, our management is required to apply its judgment in evaluating the cost-benefit relationship of possible disclosure controls and procedures. The design of any disclosure control and procedure also is based in part upon certain assumptions about the likelihood of future events, and there can be no assurance that any design will succeed in achieving its stated goals under all potential future conditions.

Based on their evaluation as of the end of the period covered by this Annual Report on Form 20-F, our Chief Executive Officer and Chief Financial Officer have concluded that our disclosure controls and procedures were effective as of January 1, 2023.

Table of Contents

**Management's Report on Internal Control over Financial Reporting**

Management is responsible for establishing and maintaining adequate internal control over financial reporting, as defined in Exchange Act Rule 13a-15(f). Management conducted an evaluation of the effectiveness of our internal control over financial reporting using the criteria described in Internal Control-Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013 framework) ("COSO"). Based on this evaluation, management concluded that our internal control over financial reporting was effective as of January 1, 2023 based on the criteria described in Internal Control-Integrated Framework issued by COSO. Management reviewed the results of its assessment with our Audit Committee.

**Attestation Report of the Registered Public Accounting Firm**

The effectiveness of the Company's internal control over financial reporting as of January 1, 2023 has been audited by Ernst & Young LLP, an independent registered public accounting firm, as stated in their report included in this Annual Report on Form 20-F.

**Changes in Internal Control over Financial Reporting**

We regularly review our system of internal controls over financial reporting and make changes to our processes and systems to improve controls and increase efficiency, while ensuring that we maintain an effective internal control environment. Changes may include such activities as implementing new and more efficient systems, consolidating activities, and migrating processes.

There were no changes in our internal control over financial reporting during fiscal year 2022 that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting.

**ITEM 16. [RESERVED]**

**ITEM 16A. AUDIT COMMITTEE AND FINANCIAL EXPERT**

Our board of directors has determined that each of Kris Sennesael and Donald Colvin qualifies as an "audit committee financial expert" as defined in Item 16A of Form 20-F. Each member of the Audit Committee is an "independent director" as defined in the NASDAQ Marketplace Rules.

**ITEM 16B. CODE OF ETHICS**

Our board of directors has adopted a code of business conduct and ethics that applies to all of our directors, officers, employees, including certain provisions that specifically apply to our principal executive officer, principal financial officer, principal accounting officer or controller and any other persons who perform similar functions for us. Our code of business conduct and ethics is filed as Exhibit 11.1 to this Form 20-F. The information contained on our website is not incorporated by reference in this Annual Report on Form 20-F. We will disclose on our website any amendments to, or waivers from, a provision of our code of business conduct and ethics that applies to our directors or executive officers to the extent required under the rules of the SEC or Nasdaq.

**ITEM 16C. PRINCIPAL ACCOUNTANT FEES AND SERVICES**

The following table sets forth the aggregate fees billed by Ernst & Young LLP in Singapore, our independent registered public accounting firm, during the period indicated.

| | Fiscal Year Ended | |
| --- | --- | --- |
| | January 1, 2023 | January 2, 2022 |
| (In thousands) | | |
| Audit fees | $ 1,541 | $ 1,677 |
| Audit-related fees[1] | 408 | 371 |
| Others[2] | 297 | 338 |
| | $ 2,246 | $ 2,386 |

[1] Relates to the aggregate fees for services with respect to review of interim financial information and other professional services rendered related to the audit of our financial statements that are not reported under "audit fees."

[2] Fees for fiscal year 2022 relates to the fees billed for the 2027 Notes issuance and professional services rendered for system implementation. Fees for fiscal year 2021 primarily relates to the aggregate fees billed for the ordinary shares issuance for fiscal year ended January 3, 2021.

The policy of our Audit Committee is to pre-approve all audit and non-audit services provided by Ernst & Young LLP, our independent registered public accounting firm, including audit services, audit-related services and tax services as described above, other than those for de minimis services which are approved by the Audit Committee prior to the completion of the audit.

**ITEM 16D. EXEMPTIONS FROM THE LISTING STANDARDS FOR AUDIT COMMITTEES**

Not Applicable.

**ITEM 16E. PURCHASES OF EQUITY SECURITIES BY THE ISSUER AND AFFILIATED PURCHASERS**

Not Applicable.

**ITEM 16F. CHANGE IN CERTIFYING ACCOUNTANT**

Not Applicable.

**ITEM 16G. CORPORATE GOVERNANCE**

We are subject to NASDAQ corporate governance standards. However, NASDAQ rules permit a foreign private issuer like us to follow the corporate governance practices of its home country. Certain corporate governance practices in Singapore, which is our home country, may differ significantly from NASDAQ corporate governance standards. Other than the home country practice described in the section "Item 6.C Board Practices—Corporate Governance Differences", we are not aware of any significant ways in which our corporate governance practices differ from those followed by U.S. domestic companies under the NASDAQ listing rules. See "Item 3.D Risk Factors—Risks Related to the Ownership of Our Shares— As a foreign private issuer, we are permitted and expect to follow certain home country corporate governance requirements in lieu of certain NASDAQ requirements applicable to domestic issuers."

**ITEM 16H. MINE SAFETY DISCLOSURE**

Not Applicable.

122

Table of Contents

**ITEM 16I. DISCLOSURE REGARDING FOREIGN JURISDICTIONS THAT PREVENT INSPECTIONS**

Not Applicable.

123

Table of Contents

Table of Contents

**PART III**

**ITEM 17. FINANCIAL STATEMENTS**

We have elected to provide financial statements pursuant to Item 18.

**ITEM 18. FINANCIAL STATEMENTS**

The consolidated and combined financial statements of Maxeon are included at the end of this annual report.

**ITEM 19. EXHIBITS**

We have filed the following documents as exhibits to this Form 20-F:

| Exhibit Number | Description |
| --- | --- |
| 1.1 | Maxeon Solar Technologies, Ltd.'s Constitution (incorporated by reference to Exhibit 99.1 from our report on Form 6-K (File No. 001-39368) filed with the SEC on August 27, 2020) |
| 2.1 | Form of Specimen Share Certificate for Maxeon Solar Technologies, Ltd.'s Ordinary Shares (incorporated by reference to Exhibit 2.1 from our registration statement on Amendment No. 2 to Form 20-F (File No. 001-39368) filed with the SEC on July 31, 2020) |
| 2.2 | Separation and Distribution Agreement, dated November 8, 2019, by and between SunPower Corporation and Maxeon Solar Technologies, Pte. Ltd. (incorporated by reference to Exhibit 2.1 to the Current Report on Form 8-K filed by SunPower Corporation on November 12, 2019) |
| 2.3 | Registration Rights Agreement, dated August 26, 2020, by and among Maxeon Solar Technologies, Ltd., Zhonghuan Singapore Investment and Development Pte. Ltd., Total Gaz Electricité Holdings France SAS and Total Solar INTL SA (incorporated by reference to Exhibit 99.10 from our report on Form 6-K (File No. 001-39368) filed with the SEC on August 27, 2020) |
| 2.4 | Shareholders Agreement, dated August 26, 2020, by and among Maxeon Solar Technologies, Ltd., Zhonghuan Singapore Investment and Development Pte. Ltd., Total Gaz Electricité Holdings France SAS and Total Solar INTL SAS (incorporated by reference to Exhibit 99.11 from our report on Form 6-K (File No. 001-39368) filed with the SEC on August 27, 2020) |
| 2.5 | Indenture, dated as of July 17, 2020, between Maxeon Solar Technologies, Ltd. and Deutsche Bank Trust Company Americas, as Trustee (incorporated by reference to Exhibit 4.1 to the Current Report on Form 8-K filed by SunPower Corporation on July 20, 2020) |
| 2.6 | Form of Global Note, representing Maxeon Solar Technologies, Ltd.'s 6.50% Green Convertible Senior Notes due 2025 (incorporated by reference to Exhibit 4.2 to the Current Report on Form 8-K filed by SunPower Corporation on July 20, 2020) |
| 2.7 | Description of Securities registered under Section 12 of the Exchange Act |
| 4.1 | Tax Matters Agreement, dated August 26, 2020, by and between Maxeon Solar Technologies, Ltd. and SunPower Corporation (incorporated by reference to Exhibit 99.2 from our report on Form 6-K (File No. 001-39368) filed with the SEC on August 27, 2020) |
| 4.2 | Employee Matters Agreement, dated August 26, 2020, by and between Maxeon Solar Technologies, Ltd. and SunPower Corporation (incorporated by reference to Exhibit 99.3 from our report on Form 6-K (File No. 001-39368) filed with the SEC on August 27, 2020) |
| 4.3 | Transition Services Agreement, dated August 26, 2020, by and between Maxeon Solar Technologies, Ltd. and SunPower Corporation (incorporated by reference to Exhibit 99.4 from our report on Form 6-K (File No. 001-39368) filed with the SEC on August 27, 2020) |
| 4.4 | Back-to-Back Agreement, dated August 26, 2020, by and between Maxeon Solar Technologies, Ltd. and SunPower Corporation (incorporated by reference to Exhibit 99.6 from our report on Form 6-K (File No. 001-39368) filed with the SEC on August 27, 2020) |

Table of Contents

| Exhibit Number | Description |
|---|---|
| 4.5 | Brand Framework Agreement, dated August 26, 2020, by and between Maxeon Solar Technologies, Ltd. and SunPower Corporation (incorporated by reference to Exhibit 99.7 from our report on Form 6-K (File No. 001-39368) filed with the SEC on August 27, 2020) |
| 4.6 | Cross-License Agreement, dated August 26, 2020, by and between Maxeon Solar Technologies, Ltd. and SunPower Corporation (incorporated by reference to Exhibit 99.8 from our report on Form 6-K (File No. 001-39368) filed with the SEC on August 27, 2020) |
| 4.7 | Collaboration Agreement, dated August 26, 2020, by and between Maxeon Solar Technologies, Ltd. and SunPower Corporation (incorporated by reference to Exhibit 99.9 from our report on Form 6-K (File No. 001-39368) filed with the SEC on August 27, 2020) |
| 4.8 | Investment Agreement, dated November 8, 2019, among SunPower Corporation, Maxeon Solar Technologies, Pte. Ltd., Tianjin Zhonghuan Semiconductor Co., Ltd. and, for the limited purposes set forth therein, Total Solar INTL SAS (incorporated by reference to Exhibit 10.1 to the Current Report on Form 8-K filed by SunPower Corporation on November 12, 2019) |
| 4.9 | Consent and Waiver Relating to Replacement Financing and Certain Other Matters, dated July 9, 2020, among SunPower Corporation, Maxeon Solar Technologies, Pte. Ltd. and Tianjin Zhonghuan Semiconductor Co., Ltd.† (incorporated by reference to Exhibit 4.10 from our registration statement on Amendment No. 2 to Form 20-F (File No. 001-39368) filed with the SEC on July 31, 2020) |
| 4.10 | Side Letter, dated July 31, 2020, among SunPower Corporation, Maxeon Solar Technologies, Ltd. and Tianjin Zhonghuan Semiconductor Co., Ltd. (incorporated by reference to Exhibit 4.11 from our registration statement on Amendment No. 2 to Form 20-F (File No. 001-39368) filed with the SEC on July 31, 2020) |
| 4.11 | Prepaid Forward Share Purchase Confirmation, dated as of July 17, 2020, by and between Maxeon Solar Technologies, Ltd. and Merrill Lynch International (incorporated by reference to Exhibit 10.1 to the Current Report on Form 8-K filed by SunPower Corporation on July 20, 2020) |
| 4.12 | Physical Delivery Forward Confirmation, dated as of July 17, 2020, by and between Maxeon Solar Technologies, Ltd. and Merrill Lynch International (incorporated by reference to Exhibit 10.2 to the Current Report on Form 8-K filed by SunPower Corporation on July 20, 2020) |
| 4.13 | P-Series Products Offshore Master Supply Agreement, dated as of February 8, 2021, by and among Huansheng Photovoltaic (Jiangsu) Co., Ltd, Huansheng New Energy (Jiangsu) Co., Ltd, Maxeon Solar Technologies, Ltd, and SunPower Systems International Limited (incorporated by reference to Exhibit 4.19 of our Form 20-F for the fiscal year ended January 3, 2021 (File No. 001-39368) filed with SEC on April 6, 2021) |
| 4.14 | Business Activities Framework Agreement, dated as of February 8, 2021, by and among Huansheng Photovoltaic (Jiangsu) Co., Ltd, Huansheng New Energy (Jiangsu) Co., Ltd, Maxeon Solar Technologies, Ltd, Tianjin Zhonghuan Semiconductor Co., Ltd, and SunPower Systems International Limited (incorporated by reference to Exhibit 4.20 of our Form 20-F for the fiscal year ended January 3, 2021 (File No. 001-39368) filed with SEC on April 6, 2021) |
| 4.15 | Underwriting Agreement, dated as of April 15, 2021, by and between Maxeon Solar Technologies, Ltd., BofA Securities, Inc. and Morgan Stanley & Co. LLC (incorporated by reference to Exhibit 99.1 from our report on Form 6-K (File No. 001-39368) filed with SEC on April 20, 2021) |
| 4.16 | Ordinary Share Purchase Agreement, dated April 13, 2021, by and between Maxeon Solar Technologies Ltd. and Zhonghuan Singapore Investment and Development Pte. Ltd. (incorporated by reference to Exhibit 99.2 from our report on Form 6-K (File No. 001-39368) filed with SEC on April 16, 2021) |
| 4.17 | Amendment to the Offshore Master Supply Agreement, dated as of November 15, 2021, by and among Huansheng Photovoltaic (Jiangsu) Co., Ltd, Huansheng New Energy (Jiangsu) Co., Ltd, Maxeon Solar Technologies, Ltd, and SunPower Systems International Limited (incorporated by reference to Exhibit 99.1 from our report on Form 6-K (File No. 001-39368) filed with SEC on November 17, 2021) |
| 4.18 | Amendment to the Business Activities Framework Agreement, dated as of November 15, 2021, by and among Huansheng Photovoltaic (Jiangsu) Co., Ltd, Huansheng New Energy (Jiangsu) Co., Ltd, Maxeon Solar Technologies, Ltd, Tianjin Zhonghuan Semiconductor Co., Ltd, and SunPower Systems International Limited (incorporated by reference to Exhibit 99.2 from our report on Form 6-K (File No. 001-39368) filed with SEC on November 17, 2021) |

| Exhibit Number | Description |
| --- | --- |
| 4.19 | Master Contract for the Supply of Goods and/or Services, dated as of October 27, 2021, by and between Maxeon Solar Pte. Ltd. and TotalEnergies Global Procurement (incorporated by reference to Exhibit 99.2 from our report on Form 6-K (File No. 001-39368) filed with SEC on November 17, 2021) |
| 4.20 | Silicon Wafer Master Supply Agreement dated as November 16, 2021, by and between Maxeon Solar Pte. Ltd. and Zhonghuan Hong Kong Holdings Limited. (incorporated by reference to Exhibit 99.2 from our report on Form 6-K (File No. 001-39368) filed with SEC on November 17, 2021) |
| 4.21 | Master Supply Agreement, dated as of February 14, 2022, by and between, SunPower Corporation, and Maxeon Solar Technologies, Ltd. |
| 4.22† | Convertible Notes Purchase Agreement, dated August 12, 2022, by and between Maxeon Solar Technologies, Ltd. and Zhonghuan Singapore Investment and Development Pte. Ltd. (incorporated by reference to Exhibit 99.1 from our report on Form 6-K (File No. 001-39368) filed with the SEC on August 12, 2022) |
| 4.23† | Indenture, dated August 17, 2022, by and among Maxeon Solar Technologies, Ltd., the Guarantors party thereto, Deutsche Bank Trust Company Americas and DB Trustees (Hong Kong) Limited (incorporated by reference to Exhibit 99.1 from our report on Form 6-K (File No. 001-39368) filed with the SEC on August 17, 2022) |
| 4.24 | Form of Global Note, representing Maxeon Solar Technologies, Ltd.'s 7.50% Convertible First Lien Senior Secured Notes due 2027 (incorporated by reference to Exhibit 99.2 from our report on Form 6-K (File No. 001-39368) filed with the SEC on August 17, 2022) |
| 4.25 | Registration Rights Agreement, dated August 17, 2022, by and between Maxeon Solar Technologies, Ltd. and Zhonghuan Singapore Investment and Development Pte. Ltd. (incorporated by reference to Exhibit 99.3 from our report on Form 6-K (File No. 001-39368) filed with the SEC on August 17, 2022) |
| 4.26 | Supplemental Indenture No. 1, dated September 30, 2022, by and among Maxeon Solar Technologies, Ltd., Deutsche Bank Trust Company Americas and DB Trustees (Hong Kong) Limited (incorporated by reference to Exhibit 99.1 from our report on Form 6-K (File No. 001-39368) filed with the SEC on October 4, 2022) |
| 4.27 | Supplemental Indenture No. 2, dated October 14, 2022, by and among the Maxeon Solar Technologies, Ltd., SunPower Systems Sárl, Deutsche Bank Trust Company Americas and DB Trustees (Hong Kong) Limited (incorporated by reference to Exhibit 99.1 from our report on Form 6-K (File No. 001-39368) filed with the SEC on October 18, 2022) |
| 4.28 | Supplemental Indenture No. 3, dated October 14, 2022, by and among the Maxeon Solar Technologies, Ltd., SunPower Philippines Manufacturing Ltd., Deutsche Bank Trust Company Americas, DB Trustees (Hong Kong) Limited and Rizal Commercial Banking Corporation – Trust and Investments Group (incorporated by reference to Exhibit 99.2 from our report on Form 6-K (File No. 001-39368) filed with the SEC on October 18, 2022) |
| 4.29 | First Amendment to Master Supply Agreement dated February 14, 2022, dated December 31, 2022, by and between Maxeon Solar Technologies, Ltd. and SunPower Corporation |
| 4.30 | Master Supply Agreement, dated December 31, 2022, by and between Maxeon Solar Technologies, Ltd. and SunPower Corporation |
| 8.1 | List of Subsidiaries |
| 11.1 | Code of Business Conduct and Ethics |
| 12.1* | Certification by the Chief Executive Officer Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 12.2* | Certification by the Chief Financial Officer Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002 |
| 13.1** | Certification by the Chief Executive Officer Pursuant to 18 U.S.C. Section 1350, as Adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |

Table of Contents

| Exhibit Number | Description |
|---|---|
| 13.2** | Certification by the Chief Financial Officer Pursuant to 18 U.S.C. Section 1350, as Adopted Pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 |
| 15.1* | Consent of Ernst & Young LLP |
| 101 INS* | Inline XBRL Instance Document |
| 101.SCH* | Inline XBRL Taxonomy Extension Schema Document |
| 101.CAL* | Inline XBRL Taxonomy Extension Calculation Linkbase Document |
| 101.DEF* | Inline XBRL Taxonomy Extension Definition Linkbase Document |
| 101.LAB* | Inline XBRL Taxonomy Extension Label Linkbase Document |
| 101.PRE* | Inline XBRL Taxonomy Extension Presentation Linkbase Document |
| 104* | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

---

\*    Filed herewith.
\*\*   Furnished herewith.
†    Portions of this exhibit have been redacted pursuant to Item 601(b)(10)(iv) of Regulation S-K because the   Company customarily and actually treats the redacted information as private or confidential and the omitted information is not material.

127

Table of Contents

**SIGNATURES**

The registrant hereby certifies that it meets all of the requirements for filing on Form 20-F and that it has duly caused and authorized the undersigned to sign this annual report on its behalf.

MAXEON SOLAR TECHNOLOGIES, LTD.


By:     /s/ William Mulligan
          Name: William Mulligan
          Title: Director and Chief Executive Officer


Date:  March 7, 2023

128

Table of Contents

Table of Contents

**INDEX TO FINANCIAL STATEMENTS**

Audited Consolidated and Combined Financial Statements

| | |
|---|---|
| Report of Independent Registered Public Accounting Firms (PCAOB ID No. 1247) | F-2 |
| Consolidated Balance Sheets | F-7 |
| Consolidated and Combined Statements of Operations | F-9 |
| Consolidated and Combined Statements of Comprehensive Loss | F-10 |
| Consolidated and Combined Statements of Equity | F-11 |
| Consolidated and Combined Statements of Cash Flows | F-13 |
| Notes to Consolidated and Combined Financial Statements | F-16 |

F-1

Table of Contents

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

*To the Stockholders and the Board of Directors of Maxeon Solar Technologies, Ltd.*

*Opinion on the Financial Statements*

We have audited the accompanying consolidated balance sheets of Maxeon Solar Technologies, Ltd. (the Company) as of January 1, 2023 and January 2, 2022, the related consolidated and combined statements of operations, comprehensive loss, equity, and cash flows for each of the three years in the period ended January 1, 2023, and the related notes (collectively referred to as the "consolidated and combined financial statements"). In our opinion, the consolidated and combined financial statements present fairly, in all material respects, the financial position of the Company at January 1, 2023 and January 2, 2022, and the results of its operations and its cash flows for each of the three years in the period ended January 1, 2023, in conformity with U.S. generally accepted accounting principles.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) (PCAOB), the Company's internal control over financial reporting as of January 1, 2023, based on criteria established in Internal Control-Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013 framework) and our report dated March 7, 2023 expressed an unqualified opinion thereon.

*Adoption of ASU No. 2020-06, Debt—Debt with Conversion and Other Options (Subtopic 470-20) and Derivatives and Hedging—Contracts in Entity's Own Equity (Subtopic 815-40): Accounting for Convertible Instruments and Contracts in an Entity's Own Equity*

As discussed in Note 2 to the consolidated and combined financial statements, the Company has changed its method for accounting for convertible notes due to the adoption of ASU No. 2020-06, Debt—Debt with Conversion and Other Options (Subtopic 470-20) and Derivatives and Hedging—Contracts in Entity's Own Equity (Subtopic 815-40): Accounting for Convertible Instruments and Contracts in an Entity's Own Equity.

*Basis for Opinion*

These financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on the Company's financial statements based on our audits. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audits in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement, whether due to error or fraud. Our audits included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our audits also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that our audits provide a reasonable basis for our opinion.

Table of Contents

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

*To the Stockholders and the Board of Directors of Maxeon Solar Technologies, Ltd.*

*Critical Audit Matters*

The critical audit matters communicated below are matters arising from the current period audit of the financial statements that were communicated or required to be communicated to the audit committee and that: (1) relate to accounts or disclosures that are material to the financial statements and (2) involved our especially challenging, subjective or complex judgments. The communication of critical audit matters does not alter in any way our opinion on the consolidated and combined financial statements, taken as a whole, and we are not, by communicating the critical audit matters below, providing separate opinions on the critical audit matters or on the accounts or disclosures to which they relate.

*Warranty Valuation*

*Description of the Matter*

As discussed in Notes 2 and 9 to the consolidated and combined financial statements, the Company provides a 25-year standard warranty for its manufactured solar panels, for defects in materials and workmanship and for greater than promised declines in power performance. The Company also provides a 40-year standard warranty period for certain Maxeon line modules in certain countries, effective for systems installed on or after January 1, 2022. The Company's warranty reserves, which totaled $28.3 million (Short Term + Long Term Product Warranty) as of January 1, 2023, are generally computed using a statistical model that incorporates assumptions based on management's best estimate of expected costs that could result from these warranties. This estimate considers a variety of factors, including historical warranty claims, results of accelerated lab testing, field monitoring, vendor reliability estimates, and industry data for similar products.

Auditing the Company's warranty accrual involved a high degree of subjectivity due to significant measurement uncertainty associated with the estimate given the relatively short period of available historical data in relation to the contractual warranty period, and the sensitivity of the Company's estimation of required reserves to changes in significant assumptions, including management's projection of future failure rates and expected product repair or replacement costs.

*How We Addressed the Matter in Our Audit*

We obtained an understanding, evaluated the design, and tested the operating effectiveness of the Company's internal controls over the warranty reserve process. This included controls over the development and review of the significant assumptions and data underlying the warranty reserve computation.

Our audit procedures included, among others, evaluating the significant assumptions used by the Company in estimating warranty reserve. We assessed the historical accuracy of management's estimates, obtained support to evaluate repair or replacement cost estimates and failure rate assumptions, and performed sensitivity analyses to evaluate the effect of potential changes in assumptions that were most significant to the estimate. We also involved specialist to assist in the evaluation of the methodology applied, including the recalculation of management's assumptions, within the Company's statistical model.

Table of Contents

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

*To the Stockholders and the Board of Directors of Maxeon Solar Technologies, Ltd.*

*Critical Audit Matters (cont'd)*

*Inventory Reserve Valuation*

*Description of the Matter*

The Company's net inventories totaled $303.2 million as of January 1, 2023, which included $21.3 million of inventory reserves. As explained in Note 2 to the consolidated and combined financial statements, the Company computed inventory cost on a first-in first-out basis, and applied judgment in determining the realizability and the valuation of inventories. Excess and obsolete inventories and inventories with unfavorable pricing and cost fluctuations were written down to the estimated net realizable value if less than cost. The determination of the net realizable value associated with the eventual disposition of inventory involved significant judgments that considered several factors affected by market and economic conditions outside the Company's control. In particular, the significant assumptions applied were sensitive to the expected demand for the Company's products in relation to industry supply and demand and competitive pricing environments.

Auditing management's assessment of net realizable value for inventory was challenging because it involved subjective auditor judgment to evaluate management's assessment of the factors that are affected by market and economic conditions outside the Company's control.

*How We Addressed the Matter in Our Audit*

We obtained an understanding, evaluated the design, and tested the operating effectiveness of the Company's internal controls over the inventory valuation process. This included controls over the determination and calculation of the inventory's expected lower of cost or net realizable value, including related estimated selling prices, and the Company's excess and obsolete inventory reserve process, including the determination of product demand forecasts, as well as reserve process for inventories with unfavorable pricing and cost fluctuations, and how factors outside of the Company's control might affect management's judgment related to the valuation of excess and obsolete inventory and inventories with unfavorable pricing and cost fluctuations.

Our substantive audit procedures included, among others, evaluating the significant assumptions, including the Company's estimated selling prices and product demand forecasts, and testing the underlying data used in management's inventory valuation assessment. We evaluated inventory levels compared to forecasted product demand, historical sales, and specific product considerations. We also compared the demand forecast to business plans and previous forecasts to actual results and industry and economic trends to evaluate management's estimates and performed sensitivity analyses to evaluate the changes in inventory valuation that would result from changes in the significant assumptions.

/s/ Ernst & Young LLP

We have served as the Company's auditor since 2020.

Singapore
March 7, 2023

Table of Contents

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

*To the Stockholders and the Board of Directors of Maxeon Solar Technologies, Ltd.*

*Opinion on Internal Control Over Financial Reporting*

We have audited Maxeon Solar Technologies, Ltd.'s internal control over financial reporting as of January 1, 2023, based on criteria established in Internal Control—Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013 framework) (the COSO criteria). In our opinion, Maxeon Solar Technologies, Ltd. (the Company) maintained, in all material respects, effective internal control over financial reporting as of January 1, 2023, based on the COSO criteria.

We also have audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States) (PCAOB), the consolidated balance sheet of the Company as of January 1, 2023 and January 2, 2022, the related consolidated and combined statements of operations, comprehensive loss, equity, and cash flows for each of the three years in the period ended January 1, 2023, and the related notes and our report dated March 7, 2023 expressed an unqualified opinion thereon.

*Basis for Opinion*

The Company's management is responsible for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting included in the accompanying Management's Report on Internal Control over Financial Reporting. Our responsibility is to express an opinion on the Company's internal control over financial reporting based on our audit. We are a public accounting firm registered with the PCAOB and are required to be independent with respect to the Company in accordance with the U.S. federal securities laws and the applicable rules and regulations of the Securities and Exchange Commission and the PCAOB.

We conducted our audit in accordance with the standards of the PCAOB. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether effective internal control over financial reporting was maintained in all material respects.

Our audit included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, testing and evaluating the design and operating effectiveness of internal control based on the assessed risk, and performing such other procedures as we considered necessary in the circumstances. We believe that our audit provides a reasonable basis for our opinion.

F-5

Table of Contents

***Definition and Limitations of Internal Control Over Financial Reporting***

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (1) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (2) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (3) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

/s/ Ernst & Young LLP

Singapore
March 7, 2023

F-6

Table of Contents

**MAXEON SOLAR TECHNOLOGIES, LTD.**
**CONSOLIDATED BALANCE SHEETS**
**(In thousands, except for shares data)**

| | | January 1, 2023 | | January 2, 2022 |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets | | | | |
| Cash and cash equivalents | $ | 227,442 | $ | 166,542 |
| Short-term securities | | 76,000 | | — |
| Restricted short-term marketable securities | | 968 | | 1,079 |
| Accounts receivable, net[1] | | 54,301 | | 39,730 |
| Inventories | | 303,230 | | 212,820 |
| Advances to suppliers, current portion[1] | | 2,137 | | 51,045 |
| Prepaid expenses and other current assets[1] | | 126,971 | | 61,904 |
| **Total current assets** | **$** | **791,049** | **$** | **533,120** |
| Property, plant and equipment, net | | 380,468 | | 386,630 |
| Operating lease right of use assets | | 17,844 | | 15,397 |
| Intangible assets, net | | 291 | | 420 |
| Advances to suppliers, net of current portion[1] | | — | | 716 |
| Deferred tax assets | | 10,348 | | 5,183 |
| Other long-term assets[1] | | 60,418 | | 115,077 |
| **Total assets** | **$** | **1,260,418** | **$** | **1,056,543** |
| **Liabilities and Equity** | | | | |
| Current liabilities | | | | |
| Accounts payable[1] | $ | 247,870 | $ | 270,475 |
| Accrued liabilities[1] | | 135,157 | | 78,680 |
| Contract liabilities, current portion[1] | | 139,267 | | 44,059 |
| Short-term debt | | 50,526 | | 25,355 |
| Operating lease liabilities, current portion | | 3,412 | | 2,467 |
| **Total current liabilities** | **$** | **576,232** | **$** | **421,036** |
| Long-term debt | | 1,649 | | 213 |
| Contract liabilities, net of current portion[1] | | 161,678 | | 58,994 |
| Operating lease liabilities, net of current portion | | 15,603 | | 13,464 |
| Convertible debt[1] | | 378,610 | | 145,772 |
| Deferred tax liabilities | | 14,913 | | 1,150 |
| Other long-term liabilities[1] | | 63,663 | | 61,039 |
| **Total liabilities** | **$** | **1,212,348** | **$** | **701,668** |
| Commitments and contingencies (Note 9) | | | | |
| Equity | | | | |
| Common stock, no par value (45,033,027 and 44,246,603 issued and outstanding as of January 1, 2023 and January 2, 2022, respectively) | $ | — | $ | — |
| Additional paid-in capital | | 584,808 | | 624,261 |
| Accumulated deficit | | (520,263) | | (262,961) |
| Accumulated other comprehensive loss | | (22,108) | | (11,844) |
| Equity attributable to the Company | | 42,437 | | 349,456 |
| Noncontrolling interests | | 5,633 | | 5,419 |
| Total equity | | 48,070 | | 354,875 |
| **Total liabilities and equity** | **$** | **1,260,418** | **$** | **1,056,543** |

Table of Contents

(1)    We have related-party balances for transactions with TCL Zhonghuan Renewable Energy Technology Co. Ltd (formerly known as Tianjin Zhonghuan Semiconductor Co., Ltd), SunPower Corporation ("SunPower") and TotalEnergies S.E. and its affiliates as well as unconsolidated entities in which we have a direct equity investment. These related-party balances are recorded within the "Accounts receivable, net," "Advances to suppliers, current portion," "Advances to suppliers, net of current portion," "Prepaid expenses and other current assets," "Other long-term assets," "Accounts payable," "Accrued liabilities," "Contract liabilities, current portion," "Contract liabilities, net of current portion," "Convertible debt," and "Other long-term liabilities" financial statement line items in our Consolidated Balance Sheets (see Note 3, Note 4, Note 6, Note 10 and Note 11).

The accompanying notes are an integral part of these consolidated and combined financial statements.

F-8

**MAXEON SOLAR TECHNOLOGIES, LTD.**
**CONSOLIDATED AND COMBINED STATEMENTS OF OPERATIONS**
**(In thousands, except per share data)**

| | Fiscal Year Ended | | |
| --- | --- | --- | --- |
| | January 1, 2023 | January 2, 2022 | January 3, 2021 |
| Revenue[1] | $ 1,060,113 | $ 783,279 | $ 844,836 |
| Cost of revenue[1] | 1,108,061 | 812,293 | 854,617 |
| Gross loss | (47,948) | (29,014) | (9,781) |
| Operating expenses | | | |
| Research and development[1] | 49,682 | 46,527 | 34,194 |
| Sales, general and administrative[1] | 100,546 | 88,822 | 86,202 |
| Restructuring charges | 2,118 | 8,084 | — |
| Total operating expenses | 152,346 | 143,433 | 120,396 |
| Operating loss | (200,294) | (172,447) | (130,177) |
| Other (expense) income, net | | | |
| Interest expense[1] | (27,812) | (27,848) | (31,859) |
| Loss on extinguishment of debt | — | (5,075) | — |
| Other, net | 2,223 | (33,693) | 36,349 |
| Other (expense) income, net | (25,589) | (66,616) | 4,490 |
| Loss before income taxes and equity in losses of unconsolidated investees | (225,883) | (239,063) | (125,687) |
| Provision for income taxes | (32,191) | (203) | (12,127) |
| Equity in losses of unconsolidated investees | (9,072) | (16,480) | (3,198) |
| Net loss | (267,146) | (255,746) | (141,012) |
| Net (income) loss attributable to noncontrolling interests | (278) | 1,226 | (1,619) |
| Net loss attributable to stockholders | $ (267,424) | $ (254,520) | $ (142,631) |
| | | | |
| Loss per share: | | | |
| Basic and diluted | $ (6.54) | $ (6.79) | $ (5.82) |
| | | | |
| Weighted average shares used in loss per share computation: | | | |
| Basic and diluted | 40,920 | 37,457 | 24,502 |

[1] We have related-party transactions with TCL Zhonghuan Renewable Energy Technology Co. Ltd (formerly known as Tianjin Zhonghuan Semiconductor Co., Ltd), SunPower and TotalEnergies S.E. and its affiliates as well as unconsolidated entities in which we have a direct equity investment. These related-party transactions are recorded within the "Revenue," "Cost of revenue," "Operating expenses: Research and development and Sales, general and administrative," and "Other expense, net: Interest expense" financial statement line items in our Consolidated and Combined Statements of Operations (see Note 3, Note 4 and Note 10).

The accompanying notes are an integral part of these consolidated and combined financial statements.

Table of Contents

**MAXEON SOLAR TECHNOLOGIES, LTD.**
**CONSOLIDATED AND COMBINED STATEMENTS OF COMPREHENSIVE LOSS**
**(In thousands)**

| | Fiscal Year Ended | | |
| --- | --- | --- | --- |
| | **January 1, 2023** | **January 2, 2022** | **January 3, 2021** |
| Net loss | $ (267,146) | $ (255,746) | $ (141,012) |
| Components of other comprehensive loss, net of taxes | | | |
| Currency translation adjustment | (2,954) | (5,461) | (3,818) |
| Net (loss) gain in derivatives (Note 12) | (8,207) | 3,165 | 782 |
| Net gain on long-term pension liability adjustment | 897 | 843 | 263 |
| Total other comprehensive loss | (10,264) | (1,453) | (2,773) |
| Total comprehensive loss | (277,410) | (257,199) | (143,785) |
| Comprehensive (income) loss attributable to noncontrolling interests | (278) | 1,226 | (1,619) |
| Comprehensive loss attributable to stockholders | $ (277,688) | $ (255,973) | $ (145,404) |

The accompanying notes are an integral part of these consolidated and combined financial statements.

F-10

Table of Contents

**MAXEON SOLAR TECHNOLOGIES, LTD.**
**CONSOLIDATED AND COMBINED STATEMENTS OF EQUITY**
(In thousands)

| | Shares | Amount | Additional paid-in Capital | Net Parent Investment | Accumulated Deficit | Accumulated Other Comprehensive Loss | Equity Attributable to the Company | Noncontrolling Interests | Total Equity |
|---|---|---|---|---|---|---|---|---|---|
| **Balance at December 29, 2019** | — | $ — | $ — | $ 369,837 | $ — | $ (7,618) | $ 362,219 | $ 5,304 | 367,523 |
| Net (loss) income | — | — | — | (134,190) | (8,441) | — | (142,631) | 1,619 | (141,012) |
| Issuance of common stock, net of issuance cost | 8,930 | — | 297,541 | — | — | — | 297,541 | — | 297,541 |
| Issuance of Physical Delivery Forward | 3,797 | — | 58,466 | — | — | — | 58,466 | — | 58,466 |
| Reclassification of Physical Delivery Forward | — | — | (64,089) | — | — | — | (64,089) | — | (64,089) |
| Issuance of convertible debt, net of issuance cost | — | — | 52,189 | — | — | — | 52,189 | — | 52,189 |
| Conversion of Net parent investment into common stock, net of issuance cost | 21,268 | — | 105,285 | (106,061) | — | — | (776) | — | (776) |
| Distribution to noncontrolling interests | — | — | — | — | — | — | — | (278) | (278) |
| Recognition of share-based compensation | — | — | 2,082 | — | — | — | 2,082 | — | 2,082 |
| Other comprehensive loss | — | — | — | — | — | (2,773) | (2,773) | — | (2,773) |
| Net parent distribution | — | — | — | (129,586) | — | — | (129,586) | — | (129,586) |
| **Balance at January 3, 2021** | 33,995 | — | 451,474 | — | (8,441) | (10,391) | 432,642 | 6,645 | 439,287 |
| Net loss | — | — | — | — | (254,520) | — | (254,520) | (1,226) | (255,746) |
| Issuance of common stock, net of issuance cost | 9,916 | — | 169,684 | — | — | — | 169,684 | — | 169,684 |
| Issuance of common stock for stock-based compensation, net of tax withheld | 336 | — | (4,245) | — | — | — | (4,245) | — | (4,245) |
| Recognition of stock-based compensation | — | — | 7,348 | — | — | — | 7,348 | — | 7,348 |
| Other comprehensive loss | — | — | — | — | — | (1,453) | (1,453) | — | (1,453) |
| **Balance at January 2, 2022** | **44,247** | $ — | $ **624,261** | $ — | $ **(262,961)** | $ **(11,844)** | $ **349,456** | $ **5,419** | $ **354,875** |

F-11

Table of Contents

| | Shares | Amount | Additional paid-in Capital | Net Parent Investment | Accumulated Deficit | Accumulated Other Comprehensive Loss | Equity Attributable to the Company | Noncontrolling Interests | Total Equity |
|---|---|---|---|---|---|---|---|---|---|
| Effect of adoption of ASU 2020-06 | — | — | (52,188) | — | 10,122 | — | (42,066) | — | (42,066) |
| Net (loss) income | — | — | — | — | (267,424) | — | (267,424) | 278 | (267,146) |
| Issuance of common stock for stock-based compensation, net of tax withheld | 786 | — | (257) | — | — | — | (257) | — | (257) |
| Distribution to non-controlling interests | — | — | — | — | — | — | — | (64) | (64) |
| Recognition of stock-based compensation | — | — | 12,992 | — | — | — | 12,992 | — | 12,992 |
| Other comprehensive loss | — | — | — | — | — | (10,264) | (10,264) | — | (10,264) |
| Balance at January 1, 2023 | 45,033 | $ — | $ 584,808 | $ — | $ (520,263) | $ (22,108) | $ 42,437 | $ 5,633 | $ 48,070 |

The accompanying notes are an integral part of these consolidated and combined financial statements.

F-12

Table of Contents

**MAXEON SOLAR TECHNOLOGIES, LTD.**
**CONSOLIDATED AND COMBINED STATEMENTS OF CASH FLOWS**
**(In thousands)**

| | Fiscal Year Ended | | |
| --- | --- | --- | --- |
| | January 1, 2023 | January 2, 2022 | January 3, 2021 |
| **Cash flows from operating activities** | | | |
| Net loss | $ (267,146) | $ (255,746) | $ (141,012) |
| Adjustments to reconcile net loss to net cash used in operating activities | | | |
| Depreciation and amortization | 56,219 | 42,210 | 47,328 |
| Stock-based compensation | 14,580 | 7,231 | 7,250 |
| Non-cash interest expense | 7,078 | 13,361 | 19,851 |
| Gain from dilution of interest in joint venture | — | (2,975) | — |
| Equity in losses of unconsolidated investees | 9,072 | 16,480 | 3,198 |
| Loss on debt extinguishment | — | 5,075 | — |
| Loss (Gain) on retirement of property, plant and equipment | 243 | 2,442 | (641) |
| Loss on impairment of property, plant and equipment | 417 | — | — |
| Deferred income taxes | 8,598 | 5,587 | (1,330) |
| Gain on equity investments | — | — | (1,822) |
| Remeasurement loss (gain) on Physical Delivery Forward and Prepaid Forward | (2,411) | 34,468 | (38,236) |
| Provision for (utilization of) excess or obsolete inventories | 16,342 | (319) | (3,470) |
| Other, net | 1,607 | (1,765) | 3,078 |
| Changes in operating assets and liabilities | | | |
| Accounts receivable | (15,332) | 38,268 | 71,231 |
| Inventories | (106,622) | (43,174) | 28,682 |
| Prepaid expenses and other assets | (35,685) | (20,529) | (7,396) |
| Operating lease right-of-use assets | 3,192 | 2,449 | 2,264 |
| Advances to suppliers | 49,624 | 41,147 | 28,473 |
| Accounts payable and other accrued liabilities | 70,567 | 41,098 | (143,462) |
| Contract liabilities | 195,650 | 72,488 | (61,344) |
| Operating lease liabilities | (2,556) | (2,662) | (1,804) |
| Net cash provided by (used in) operating activities | 3,437 | (4,866) | (189,162) |
| **Cash flows from investing activities** | | | |
| Purchases of property, plant and equipment | (63,337) | (154,194) | (27,689) |
| Proceeds from disposal of restricted short-term marketable securities | 958 | 1,318 | 6,572 |
| Purchase of restricted short-term marketable securities | (968) | (1,094) | (1,340) |
| Purchase of short-term securities | (76,000) | — | — |
| Proceeds from (cash paid for) disposal of property, plant and equipment | 189 | (417) | 1,283 |
| Purchases of intangibles | (143) | (61) | — |
| Installment payment for acquisition of subsidiary | — | — | (30,000) |
| Proceeds from sale of unconsolidated investee | — | — | 3,220 |

F-13

Table of Contents

| | Fiscal Year Ended | | |
| --- | --- | --- | --- |
| | January 1, 2023 | January 2, 2022 | January 3, 2021 |
| Proceeds from dividends and partial return of capital by an unconsolidated investee | — | — | 2,462 |
| Net cash used in investing activities | (139,301) | (154,448) | (45,492) |
| **Cash flows from financing activities** | | | |
| Proceeds from debt | 258,426 | 170,311 | 236,446 |
| Repayment of debt | (233,138) | (193,237) | (226,664) |
| Payment for tax withholding obligations for issuance of common stock upon vesting of restricted stock units | (257) | (4,245) | — |
| Net proceeds from issuance of convertible debt | 187,232 | — | 190,330 |
| Net proceeds from issuance of common stock | — | 169,684 | 296,765 |
| Payment for realized amount on underwriting physical delivery forward | — | — | (1,606) |
| Payment for prepaid forward | — | — | (40,000) |
| Distribution to noncontrolling interest | (64) | — | (278) |
| Repayment of finance lease obligations and other debt | (725) | (705) | (651) |
| Net parent distribution | — | — | (133,996) |
| Net cash provided by financing activities | 211,474 | 141,808 | 320,346 |
| Effect of exchange rate changes on cash, cash equivalents, restricted cash and restricted cash equivalents | 119 | 166 | 77 |
| Net increase (decrease) in cash, cash equivalents, restricted cash and restricted cash equivalents | 75,729 | (17,340) | 85,769 |
| Cash, cash equivalents, restricted cash and restricted cash equivalents, beginning of period | 192,232 | 209,572 | 123,803 |
| Cash, cash equivalents, restricted cash and restricted cash equivalents, end of period | $ 267,961 | $ 192,232 | $ 209,572 |
| **Non-cash transactions** | | | |
| Property, plant and equipment purchases funded by liabilities | 35,264 | $ 58,562 | $ 27,736 |
| Right-of-use assets obtained in exchange for lease obligations | 5,639 | 5,029 | 4,791 |
| Cost from issuance of common stock paid in shares | — | 1,078 | — |
| Property, plant and equipment obtained through capital lease | 2,127 | — | — |
| Interest expense financed by SunPower | — | — | 11,333 |
| Aged supplier financing balances reclassified from accounts payable to short-term debt | — | — | 23,933 |
| **Supplemental cash flow information** | | | |
| Cash paid for interest | $ 12,910 | $ 15,159 | $ 3,443 |
| Cash paid for income taxes | 6,454 | 9,584 | 12,486 |

The accompanying notes are an integral part of these consolidated and combined financial statements.

F-14

Table of Contents

The following table reconciles our cash and cash equivalents and restricted cash and restricted cash equivalents reported on our Consolidated Balance Sheets and the cash, cash equivalents, restricted cash and restricted cash equivalents reported on our Consolidated and Combined Statements of Cash Flows for fiscal years 2022, 2021 and 2020:

| (In thousands) | January 1, 2023 | | January 2, 2022 | | January 3, 2021 |
|---|---|---|---|---|---|
| Cash and cash equivalents | $ | 227,442 | $ | 166,542 | $ 206,744 |
| Restricted cash and restricted cash equivalents, current portion, included in prepaid expenses and other current assets | | 37,974 | | 1,661 | 2,483 |
| Restricted cash and restricted cash equivalents, net of current portion, included in other long-term assets | | 2,545 | | 24,029 | 345 |
| Total cash, cash equivalents, restricted cash and restricted cash equivalents shown in Consolidated and Combined Statements of Cash Flows | $ | 267,961 | $ | 192,232 | $ 209,572 |

The accompanying notes are an integral part of these consolidated and combined financial statements.

F-15

Table of Contents

**NOTE 1. BACKGROUND AND BASIS OF PRESENTATION**

*Background*

On November 11, 2019, SunPower Corporation ("SunPower") announced its intention to separate into two independent publicly traded companies: one comprising its solar panel cell and solar manufacturing operations and supply to resellers and commercial and residential end customers outside of the United States of America and Canada (the "Domestic Territory"), which will conduct business as Maxeon Solar Technologies, Pte. Ltd. (the "Company," "Maxeon," "we," "us," and "our"), a company incorporated under the Laws of Singapore and a wholly owned subsidiary of SunPower, and one comprising its solar panel manufacturing operations, equipment supply, and sales of energy solutions and services in the Domestic Territory, including direct sales of turn-key engineering, procurement and construction services, sales to its third-party dealer network, sales of energy under power purchase agreements, storage and services solutions, cash sales and long-term leases directly to end customers which will continue as SunPower.

On August 26, 2020 (the "Distribution Date"), SunPower completed the previously announced Spin-off (the "Spin-off") of Maxeon. The Spin-off was completed by way of a pro rata distribution of all of the then-issued and outstanding ordinary shares, of Maxeon (the "Maxeon shares") to holders of record of SunPower's common stock (the "Distribution") as of the close of business on August 17, 2020. As a result of the Distribution of the Maxeon shares, on the Distribution Date, Maxeon became an independent, public company under the name Maxeon Solar Technologies, Ltd. and the Maxeon shares started trading on the NASDAQ Global Select Market under the symbol "MAXN."

In connection with the Spin-off, Maxeon and SunPower entered into a number of agreements providing for the framework of the relationship between the two companies following the Spin-off. On November 8, 2019, we entered into the Separation and Distribution Agreement with SunPower which sets forth our agreements with SunPower regarding the principal actions to be taken in connection with the separation and distribution. Immediately after the Distribution and pursuant to the terms of the November 8, 2019 Investment Agreement (the "Investment Agreement"), Maxeon and TCL Zhonghuan Renewable Energy Technology Co. Ltd. (formerly known as Tianjin Zhonghuan Semiconductor Co., Ltd.), a PRC joint stock limited company ("TZE"), completed the previously announced transaction in which Zhonghuan Singapore Investment and Development Pte. Ltd., a Singapore private limited company ("TZE SG") and an affiliate of TZE, purchased from Maxeon, for $298.0 million, 8,915,692 of Maxeon shares (the "TZE Investment"), representing approximately 29.5% of the outstanding Maxeon shares after giving effect to the Spin-off and the TZE Investment. Following the TZE Investment, TotalEnergies Solar INTL SAS ("TotalEnergies Solar"), TotalEnergies Gaz Electricité Holdings France SAS, ("TotalEnergies Gaz", with TotalEnergies Solar, each an affiliate of TotalEnergies SE (TotalEnergies SE) and collectively "TotalEnergies") held approximately a 36.4% beneficial ownership of Maxeon's ordinary shares.

In connection with the TZE Investment, Maxeon, TotalEnergies Solar, TotalEnergies Gaz, and TZE SG, entered into a Shareholders Agreement relating to certain rights and obligations of each of Total and TZE SG bearing on Maxeon's governance and the ability of TotalEnergies and TZE SG to buy, sell or vote their Maxeon shares. At the closing of the TZE Investment, Maxeon also entered into a Registration Rights Agreement with TotalEnergies and TZE SG, granting each of the shareholders certain registration rights with regard to their Maxeon shares.

In April 2021, pursuant to a stock purchase agreement, dated April 13, 2021, with an affiliate of TZE, the Company sold to TZE 1,870,000 ordinary shares at a price of $18.00 per share, in a private placement exempt from the registration requirements of the Securities Act of 1933, as amended (the "TZE Private Placement"). As of January 1, 2023, TotalEnergies's and TZE SG's ownership of the Maxeon outstanding shares was approximately 24.4% and 24.0%, respectively.

Table of Contents

*Liquidity*

As of January 1, 2023, we had unrestricted cash and cash equivalents of $227.4 million, restricted cash of $40.5 million and short-term securities representing a 4-months time deposit of $76.0 million. We believe that our current cash and cash equivalents and cash expected to be generated from operations will be sufficient to meet our obligations over the next 12 months. We expect that we will address our working capital requirements and fund our committed and uncommitted capital expenditures through our current cash and cash equivalents, cash generated from operations, customer prepayments, available funds to the extent available to us under our existing debt facility and additional debt or equity financing to the extent we are able to raise such funding on acceptable terms.

We expect our long-term cash requirements to be largely driven by capital expenditures and working capital requirements necessary to improve our profitability and business growth. The dynamic nature of the markets we operate in, the volatility in the capital markets, the current status of our business, rising inflation and interest rates, supply chain challenges, as well as the worldwide uncertainty created by the war in Ukraine and the potential for impacts as a result of any new outbreaks of COVID-19 or other health crises on our business operations make it difficult to quantify with certainty our long-term capital requirements and our ability to fully meet our long-term liquidity needs. Our long-term liquidity needs would be further negatively impacted if the macro conditions set forth above worsen or last a sustained period of time.

The Company will continue to pursue opportunities to seek additional funding, which may include the offering of debt and equity securities, to fund future capital expenditures and to better position it for execution on its strategy and to weather the challenges facing the industry. However, the Company can make no assurance that it will be able to successfully obtain additional financing. The current economic environment and market conditions could limit our ability to raise capital on acceptable terms or at all, and lenders may be unwilling to lend funds on acceptable terms or at all in the amounts that would be required to supplement cash flows to support our funding needs. The sale of additional equity or convertible debt securities would result in dilution to our stockholders and additional debt would also result in increased expenses, collateralization and would likely impose new restrictive covenants.

In addition to pursuing financing opportunities, we continue to focus on improving our overall operating performance and liquidity by assessing and evaluating different options that may be available to us, such as selling raw materials inventory to third parties, liquidating certain investments, evaluating additional restructuring plans or strategic options and renegotiating for more favorable payment terms with customers and vendors. From time to time, we evaluate our staffing levels in response to changes in our business needs and demand for our products in order to manage costs and improve performance which may result in restructuring of our workforce and associated costs.

*Basis of Presentation Prior to Spin-off*

Standalone financial statements have not been historically prepared for our business. These consolidated and combined financial statements of the Company have been derived (i) from the consolidated financial statements and accounting records of SunPower as if we had operated on our own prior to the Spin-off, for the periods prior to August 26, 2020 and (ii) subsequent to August 26, 2020, the consolidated financial statements of the Company and its subsidiaries with the Company as an independent public company.

Prior to the Spin-off, as there was no controlling financial interest present between or among the entities that comprise our business, we prepared the financial statements of the Company on a combined basis. Net parent investment in the Company's business is shown in lieu of equity attributable to the Company as there is no consolidated entity in which SunPower holds an equity interest. Net parent investment represents SunPower's interest in the recorded net assets of the Company. See Note 3. *Net Parent Investment and Transactions with SunPower and TotalEnergies.* All periods presented have been accounted for in conformity with GAAP and pursuant to the regulations of the SEC.

The following paragraphs describe the significant estimates and assumptions applied by management prior to Spin-off which is included in the Consolidated and Combined Statements of Operations and Comprehensive Loss.

F-17

Table of Contents

The Consolidated and Combined Statements of Operations and Comprehensive Loss of the Company include all sales and costs directly attributable to the Company, including costs for facilities, functions and services used by the Company. The Consolidated and Combined Statements of Operations and Comprehensive Loss also reflect allocations of general corporate expenses from SunPower including, but not limited to, executive management, finance, legal, information technology, employee benefits administration, treasury, risk management, procurement, and other shared services. These allocations were made on a direct usage basis when identifiable, with the remainder allocated on the basis of revenue or headcount as relevant measures. Management of the Company and SunPower consider these allocations to be a reasonable reflection of the utilization of services by, or the benefits provided to, the Company. The allocations may not, however, reflect the expense we would have incurred as a standalone company for the period presented. Actual costs that may have been incurred if the Company had been a standalone company would depend on a number of factors, including the chosen organizational structure, what functions were outsourced or performed by employees and strategic decisions made in areas such as information technology and infrastructure.

In December 2015, SunPower issued $425.0 million in principal amount of its 4.00% senior convertible debentures due 2023 (the "4.00% debentures due 2023"), the proceeds of which were used to finance our solar cell manufacturing facility in the Philippines which relates to our historical business. As such, interest and other costs associated with the 4.00% debentures due 2023 are reflected in the Consolidated and Combined Statements of Operations and Comprehensive Loss up to the date of Spin-off as the 4.00% debentures due 2023 are legal obligations of SunPower and were not transferred to us.

SunPower managed its global currency exposure by engaging in hedging transactions where management deems appropriate. This included derivatives not designated as hedging instruments consisting of forward and option contracts used to hedge re-measurement of foreign currency denominated monetary assets and liabilities primarily for intercompany transactions, receivables from customers, and payables to third parties. The Company's consolidated and combined financial statements included these hedging instruments to the extent the derivative instrument was designated as a hedging instrument of a hedged item (e.g., inventory) that is included in the consolidated and combined financial statements. Any changes in fair value of the hedging instrument previously recognized in SunPower's accumulated other comprehensive income for cash flow hedges which relates to our historical business are also included.

SunPower maintained various stock-based compensation plans at a corporate level. The Company's employees participated in those programs and a portion of the cost of those plans was included in our consolidated and combined financial statements. SunPower also has defined benefit plans at a subsidiary level for certain employees. Where a legal entity within the Company sponsors the plan, the related financial statement amounts are included in the consolidated and combined financial statements following the single employer accounting model.

As described in Note 13. *Income Taxes*, current and deferred income taxes and related tax expense had been determined based on the standalone results of the Company by applying Accounting Standards Codification No. 740, *Income Taxes* ("ASC 740"). As a result of applying ASC 740 to the Company's operations in each country using the separate return approach, under which current and deferred income taxes are calculated as if a separate tax return had been prepared in each tax jurisdiction. In various tax jurisdictions, SunPower and the Company's businesses operated within the same legal entity and certain subsidiaries were part of SunPower's tax group. This required an assumption that the subsidiaries and operations of the Company in those tax jurisdictions operated on a standalone basis and constitute separate taxable entities. Actual outcomes and results could differ from these separate tax return estimates, including those estimates and assumptions related to realization of tax benefits within SunPower's tax groups. Uncertain tax positions represent those tax positions to which the Company is the primary obligor and are evaluated and accounted for as uncertain tax positions pursuant to ASC 740. Determining which party is the primary obligor to the taxing authority is dependent on the specific facts and circumstances of their relationship to the taxing authority.

Management believes that all allocations have been performed on a reasonable basis and reflect the services received by the Company, the cost incurred on behalf of the Company and the assets and liabilities of the Company. Although, the combined financial statements reflect management's best estimate of all historical costs related to the Company, this may, however, not necessarily reflect what the results of operations, financial position, or cash flows

F-18

Table of Contents

would have been had the Company been a separate entity, nor the future results of the Company as it will exist upon completion of the proposed separation.

**NOTE 2. SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES**

*Principles of Combination and consolidation*

The consolidated and combined financial statements includes the Company's net assets and results of operations as described above prior to Spin-off. Subsequent to Spin-off, it incorporates the financial statements, its subsidiaries and the VIEs for which the Company or a subsidiary of the Company is the primary beneficiary. All intercompany transactions and accounts within the consolidated and combined businesses of the Company have been eliminated.

*Fiscal Periods*

The Company has a 52-to-53-week fiscal year that ends on the Sunday closest to December 31. Accordingly, every fifth or sixth year will be a 53-week fiscal year. Fiscal year 2022 is a 53-week fiscal year while fiscal year 2021 and 2020 are 52-week fiscal years. Our fiscal year 2022 ended on January 1, 2023, our fiscal year 2021 ended on January 2, 2022 and our fiscal year 2020 ended on January 3, 2021.

*Use of Estimates*

The preparation of the consolidated and combined financial statements in conformity with GAAP requires us to make estimates and assumptions that affect the amounts reported in the consolidated and combined financial statements and accompanying notes. Significant estimates in these consolidated and combined financial statements include (i) revenue recognition, specifically, management's assessment of market-based pricing terms related to sales of solar modules to SunPower for periods prior to the Spin-off, the nature and timing of satisfaction of performance obligations, standalone selling price of performance obligations and variable consideration; (ii) allowances for credit losses for accounts receivable; (iii) inventory write-downs; (iv) stock-based compensation; (v) long-lived asset impairment, specifically estimates for valuation assumptions including discount rates and future cash flows, economic useful lives of property, plant and equipment, intangible assets, and investments; (vi) fair value of financial instruments; (vii) valuation of contingencies such as accrued warranty; (viii) the incremental borrowing rate used in discounting of lease liabilities; and (ix) income taxes and tax valuation allowances. Actual results could materially differ from those estimates.

Due to the macro-economic trends such as the continued effects of the COVID-19 pandemic and continued heightened geopolitical tensions, there has been continued uncertainty and disruption in the global economy and financial markets. We are not aware of any specific event or circumstance that would require updates to our estimates and judgments or require us to revise the carrying value of our assets or liabilities as of the date of issuance of the financial statements. These estimates may change as new events occur and additional information is obtained. Actual results could differ materially from these estimates under different assumptions or conditions.

*Lease Accounting – Arrangements with Maxeon as a lessee*

We determine if an arrangement is a lease at inception. Our operating lease agreements are primarily for real estate and are included within operating lease right-of-use ("ROU") assets and operating lease liabilities on the Consolidated Balance Sheets. Finance leased assets are included in property, plant and equipment, net and finance lease liabilities are included in short-term debt and long-term debt on the Consolidated Balance Sheets. We elected the practical expedient to combine our lease and related non-lease components for all our leases. In addition, leases with an initial term of 12 months or less are not recorded on the Consolidated Balance Sheets and the Company recognizes lease expense for these leases on a straight-line basis over the lease term.

ROU assets represent our right to use an underlying asset for the lease term and lease liabilities represent our obligation to make lease payments arising from the lease. ROU assets and lease liabilities are recognized at the commencement date based on the present value of lease payments over the lease term. Variable lease payments are excluded from the ROU assets and lease liabilities and are recognized in the period in which the obligation for those payments is incurred. As most of our leases do not provide an implicit rate, we use our incremental borrowing rate

Table of Contents

based on the information available at commencement date in determining the present value of lease payments. ROU assets also include any lease prepayments made and exclude lease incentives. Many of our lessee agreements include options to extend the lease, which we do not include in our minimum lease terms unless they are reasonably certain to be exercised. Rental expense for lease payments related to operating leases is recognized on a straight-line basis over the lease term.

*Lease Accounting – Arrangements with Maxeon as a lessor*

We account for a lease arrangement in which we act as the lessor as an operating lease as it does not meet the criteria for a sales-type lease or a direct financing lease. Initial direct costs incurred in negotiating and arranging an operating lease are deferred and recognized over the lease term on the same basis as the lease income. Lease income is recognized on a straight-line basis over the lease term. We exclude from our measurement of consideration in a contract all taxes assessed by governmental authorities on lease that are both (i) imposed on and concurrent with a specific lease revenue-producing transaction and (ii) collected from a lessee.

*Financial instruments - Credit Losses*

Accounting Standards Codification No. 326, *Financial Instruments – Credit Losses* ("ASC 326") requires remeasurement and recognition of expected credit losses for financial assets held. The amendment applies to entities which hold financial assets and net investments in leases that are not accounted for at fair value through net income as well as loans, debt securities, accounts receivables, and any other financial assets not excluded from the scope that have the contractual right to receive cash.

We recognize an allowance for credit loss at the time a receivable is recorded based on our estimate of expected credit losses and adjust this estimate over the life of the receivable as needed. An account receivable is written off against the allowance for credit loss made after all collection effort has ceased. We evaluate the aggregation and risk characteristics of a receivable pool and develop loss rates that reflect historical collections, current forecasts of future economic conditions over the time horizon we are exposed to credit risk, and payment terms or conditions that may materially affect future forecasts.

As of January 1, 2023, we reported $54.3 million of accounts receivable, net of credit loss allowance of $0.8 million. Based on the aging analysis as of January 1, 2023, 99.0% of our gross trade account receivable was outstanding less than 60 days. Refer to Note 6. *Balance Sheet Components* for more details on changes in allowance for credit losses. We have not seen significant changes to the recovery rate of our account receivable as a result of the COVID-19 pandemic, but we are continuing to actively monitor the impact of the COVID-19 pandemic on our expected credit losses.

*Advances to Suppliers*

Advances to suppliers relate to prepayments made under long-term agreements with suppliers for the procurement of polysilicon and silicon wafers that specify future quantities and pricing of polysilicon and silicon wafers to be supplied by the vendors and provide for certain consequences, such as forfeiture of advanced deposits, in the event that the Company terminates the arrangement. The credit loss allowance on our advanced prepayments to suppliers under long-term supply agreements are reviewed by management at each reporting period. We have no history of recording write-offs related to our advanced prepayments to suppliers, and given our purchase obligation to these suppliers significantly exceeds the remaining advanced prepayments balance as of January 1, 2023 and January 2, 2022, the likelihood of our suppliers terminating the existing contractual arrangements is considered to be remote. We also periodically evaluate the credit worthiness of these suppliers and have noted no material deterioration in their respective credit conditions that would call into question their abilities to continue to supply us with the quantities of polysilicon specified in our supply agreements. The typical time it takes for us to receive the delivery of raw materials under this agreement was approximately 40-50 days from the date the purchase order is submitted to the supplier. As of January 2, 2022, the advances to suppliers comprised of $49.2 million for the supply of polysilicon and $2.5 million for the supply of silicon wafer. The advances in connection to the polysilicon was fully applied to deliveries through January 1, 2023 where the long-term agreements ended. $0.4 million of the

F-20

Table of Contents

advances for the silicon wafer was applied against silicon purchased during fiscal year 2022 and as of January 1, 2023, such advances to supplier of $2.1 million will be applied to silicon wafer purchases in fiscal year 2023.

*Net Parent Investment*

Net parent investment in the Consolidated and Combined Statements of Equity represents SunPower's interest in the recorded net assets of the Company, the net effect of transactions with and allocations from SunPower and the Company's accumulated deficit. See Note 3. *Net Parent Investment and Transactions with SunPower and TotalEnergies* for further information about transactions between the Company and SunPower.

*Fair Value of Financial Instruments*

The fair value of a financial instrument is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date. The carrying values of cash and cash equivalents, accounts receivable, and accounts payable approximate their respective fair values due to their short-term maturities. Equity investments without readily determinable fair value are measured at cost less impairment and are adjusted for observable price changes in orderly transactions for an identical or similar investment of the same issuer. Derivative financial instruments are carried at fair value based on quoted market prices for financial instruments with similar characteristics. The effective portion of derivative financial instruments is excluded from earnings and reported as a component of "Accumulated other comprehensive loss" in the Consolidated Balance Sheets. The ineffective portion of derivatives financial instruments are included in "Other, net" in the Consolidated and Combined Statements of Operations.

*Comprehensive Loss*

Comprehensive loss is defined as the change in equity during a period from non-owner sources. Our comprehensive loss for the period presented is comprised of (i) our net loss; (ii) foreign currency translation adjustment of our foreign subsidiaries whose assets and liabilities are translated from their respective functional currencies at exchange rates in effect at the balance sheet dates, and revenues and expenses are translated at average exchange rates prevailing during the applicable period; (iii) changes in fair value for derivatives designated as hedging instruments (see Note 12. *Derivative Financial Instruments*); and (iv) net gain (loss) on long-term pension liability adjustment.

*Cash Equivalents*

Highly liquid investments with original or remaining maturities of ninety days or less at the date of purchase are considered cash equivalents.

*Short-Term and Long-Term Investments*

We may invest in money market funds and debt securities. In general, investments with original maturities of greater than ninety days and remaining maturities of one year or less are classified as short-term investments, and investments with maturities of more than one year are classified as long-term investments. Investments with maturities beyond one year may be classified as short-term based on their highly liquid nature and because such investments represent the investment of cash that is available for current operations. Despite the long-term maturities, we have the ability and intent, if necessary, to liquidate any of these investments in order to meet our working capital needs within our normal operating cycles.

Our debt securities, classified as held-to-maturity, are Philippine government bonds that we maintain as collateral for business transactions within the Philippines.

*Cash in Restricted Accounts*

Cash and cash equivalents in restricted accounts comprise primarily of monies held in escrow in connection with the Company's module sales to a customer and accounts restricted for use in connection with our leases.

Table of Contents

*Inventories*

Inventories are accounted for on a first-in-first-out basis and are valued at the lower of cost and net realizable value. We evaluate the realizability of our inventories based on assumptions about expected demand and market conditions. Our assumption of expected demand is developed based on our analysis of bookings, sales backlog, sales pipeline, market forecast, and competitive intelligence. Our assumption of expected demand is compared to available inventory, production capacity, future polysilicon purchase commitments, available third-party inventory, and growth plans. Our factory production plans, which drive materials requirement planning, are established based on our assumptions of expected demand. We respond to reductions in expected demand by temporarily reducing manufacturing output and adjusting expected valuation assumptions as necessary. In addition, expected demand by geography has changed historically due to changes in the availability and size of government mandates and economic incentives.

We evaluate whether losses should be accrued on inventory purchase commitments that may arise from firm, non-cancellable, and unhedged commitments for the future purchase of inventory items. Such losses are measured in the same way as inventory losses, and are recognized unless determined to be recoverable through firm sales contracts or when there are other circumstances that reasonably assure continuing sales without price decline.

We evaluate the terms of our inventory purchase agreements with suppliers, including joint ventures, for the procurement of polysilicon, ingots, wafers, and solar cells and establish accruals for estimated losses on adverse purchase commitments as necessary, such as lower of cost or net realizable value adjustments, forfeiture of advanced deposits and liquidated damages. Obligations related to non-cancellable purchase orders for inventories match current and forecasted sales orders that will consume these ordered materials, and actual consumption of these ordered materials is compared to expected demand regularly. Other market conditions that could affect the realizable value of our inventories and are periodically evaluated by us include historical inventory turnover ratio, anticipated sales price, new product development schedules, the effect new products might have on the sale of existing products, product obsolescence, customer concentrations, and product merchantability, among other factors. If, based on assumptions about expected demand and market conditions, we determine that the cost of inventories exceeds its net realizable value or inventory is excess or obsolete, or we enter into arrangements with third parties for the sale of raw materials that do not allow us to recover our current contractually committed price for such raw materials, we record a write-down or accrual equal to the difference between the cost of inventories and the estimated net realizable value, which may be material. If actual market conditions are more favorable, we may have higher gross margins when products that have been previously written down are sold in the normal course of business (see Note 6. *Balance Sheet Components*).

*Property, Plant and Equipment*

Property, plant and equipment are stated at cost, less accumulated depreciation. Depreciation is computed using the straight-line method over the estimated useful lives of the assets as presented below. Leasehold improvements are amortized over the shorter of the estimated useful lives of the assets and the remaining term of the lease. Repairs and maintenance costs are expensed as incurred.

|  | **Useful Lives in Years** |
| --- | --- |
| Buildings | 20 to 30 |
| Leasehold improvements | 1 to 20 |
| Manufacturing equipment | 7 to 15 |
| Computer equipment | 2 to 7 |
| Solar power systems | 30 |
| Furniture and fixtures | 3 to 5 |

F-22

Table of Contents

*Intangible Assets*

Intangible assets are stated at cost less accumulated amortization. Definite-lived intangible assets are amortized using the straight-line method over the estimated useful lives of the intangible assets as follows:

|  | Useful Lives in Years |
|---|---|
| Patents | 12 |
| Trademarks | 2 to 3 |
| Purchased technology | 1 to 7 |

*Long-Lived Assets*

We evaluate our long-lived assets, including property, plant and equipment, and definite-lived intangible assets, for impairment whenever events or changes in circumstances arise. This evaluation includes consideration of technology obsolescence that may indicate that the carrying value of such assets may not be recoverable. The assessments require significant judgment in determining whether such events or changes have occurred. Factors considered important that could result in an impairment review include significant changes in the manner of use of a long-lived asset or in its physical condition, a significant adverse change in the business climate or economic trends that could affect the value of a long-lived asset, significant under-performance relative to expected historical or projected future operating results, or a current expectation that, more likely than not, a long-lived asset will be sold or otherwise disposed of significantly before the end of its previously estimated useful life.

For purposes of the impairment evaluation, long-lived assets are grouped with other assets and liabilities at the lowest level for which identifiable cash flows are largely independent of the cash flows of other assets and liabilities. We exercise judgment in assessing such groupings and levels. We then compare the estimated future undiscounted net cash flows expected to be generated by the asset group (including the eventual disposition of the asset group at residual value) to the asset group's carrying value to determine if the asset group is recoverable. If our estimate of future undiscounted net cash flows is insufficient to recover the carrying value of the asset group, we record an impairment loss in the amount by which the carrying value of the asset group exceeds the fair value. Fair value is generally measured based on (i) internally developed discounted cash flows for the asset group, (ii) third-party valuations, and (iii) quoted market prices, if available. If the fair value of an asset group is determined to be less than its carrying value, an impairment in the amount of the difference is recorded in the period that the impairment indicator occurs. See Note 6. *Balance Sheet Components* for additional information.

*Product Warranties*

We generally provide a 25-year standard warranty for the solar panels that we manufacture for defects in materials and workmanship and for greater than promised declines in power performance. Effective from January 1, 2022, this has been extended to a 40-year standard warranty for certain Maxeon line modules in certain countries. The warranty provides that we will repair or replace any defective solar panels during the warranty period. In addition, we pass through to customers long-term warranties from the original equipment manufacturers of certain system components, such as inverters. Warranties of 25 years from solar panel suppliers are standard in the solar industry, while certain system components carry warranty periods ranging from 5 to 20 years.

The warranty excludes system output shortfalls attributable to force majeure events, customer curtailment, irregular weather, and other similar factors. In the event that the system output falls below the warrantied performance level during the applicable warranty period, and provided that the shortfall is not caused by a factor that is excluded from the performance warranty, the warranty provides that we will elect to either (a) repair; (b) replace; or (c) pay the customer a liquidated damage based on the computation stipulated in the warranty agreement.

We maintain reserves to cover the expected costs that could result from these warranties. Our expected costs are generally in the form of product replacement or repair. Warranty reserves are based on our best estimate of such costs and are recognized as a cost of revenue. We continuously monitor product returns for warranty failures and

Table of Contents

maintain a reserve for the related warranty expenses based on various factors including historical warranty claims, results of accelerated lab testing, field monitoring, vendor reliability estimates, and data on industry averages for similar products. Due to the potential for variability in these underlying factors, the difference between our estimated costs and our actual costs could be material to our combined financial statements. If actual product failure rates or the frequency or severity of reported claims differ from our estimates or if there are delays in our responsiveness to outages, we may be required to revise our estimated warranty liability. Historically, warranty costs have been within our expectations (see Note 9. *Commitments and Contingencies*).

*Revenue Recognition*

We sell our solar panels and balance of system components primarily to dealers, project developers, system integrators and distributors, and recognize revenue at a point in time when control of such products transfers to these customers, which generally occurs upon shipment or delivery depending on the terms of the contracts with the customer. In determining the transaction price for revenue recognition, the Company evaluates whether the price is subject to refund or adjustment in determining the consideration to which the Company expects to be entitled. There are no rights of return; however, the Company may be required to pay consideration to the customer in certain instances of delayed delivery. The Company then allocates the transaction price to each distinct performance obligation based on their relative standalone selling price, when applicable. Other than standard warranty obligations, there are no significant post-shipment obligations (including installation, training or customer acceptance clauses) with any of our customers that could have an impact on revenue recognition. As a practical expedient, the Company does not adjust the transaction price for the effects of a significant financing component if, at contract inception, the period between customer payment and the transfer of goods or services is expected to be one year or less. In the case of the existence of a significant financing component, the amount of the consideration is adjusted to reflect what the cash selling price of the promised service would have been if payments had occurred as control of the service was transferred to the customer. The discount rate used in determining the significant financing component is the rate that would be reflected in a separate financing transaction between the Company and the customer at contract inception. Our revenue recognition policy is consistent across all geographic areas.

*Cost of Revenue*

Cost of revenue includes actual cost of materials, labor and manufacturing overheads incurred for revenue-producing units shipped and includes associated warranty costs and other costs.

*Shipping and Handling Costs*

We account for shipping and handling activities related to contracts with customers as costs to fulfill our promise to transfer goods and, accordingly, record such costs in cost of revenue.

*Taxes Collected from Customers and Remitted to Governmental Authorities*

We exclude from our measurement of transaction prices all taxes assessed by governmental authorities that are both (i) imposed on and concurrent with a specific revenue-producing transaction and (ii) collected from customers. Accordingly, such tax amounts are not included as a component of revenue or cost of revenue.

F-24

Table of Contents

*Stock-Based Compensation*

The stock-based compensation expense for the restricted stock units ("RSUs") is based on the measurement date fair value of the award and is recognized only for those awards expected to meet the service vesting conditions on a straight-line basis over the requisite service period of the award. For performance-based stock units ("PSUs") grants, the expense is based on the measurement date fair value of the award and is recognized over the vesting term if the performance targets are considered probable of being achieved. Stock-based compensation expense is determined at the aggregate grant level for service-based awards and at the individual vesting tranche level for awards with performance and/or market conditions. The forfeiture rate is estimated based on SunPower and the Company's historical experience.

*Advertising Costs*

Advertising costs are expensed as incurred. Advertising expense totaled approximately $4.7 million, $3.5 million and $2.4 million in fiscal years 2022 , 2021 and 2020, respectively.

*Research and Development Expense*

Research and development expense consists primarily of salaries and related personnel costs, depreciation and the cost of solar cell and solar panel materials. Research and development expense is reported net of contributions under collaborative arrangements. Subsequent to the Spin-off, the Company entered into the Collaboration Agreement with SunPower to perform research and development work in SunPower's Silicon Valley research and development labs for the development of future technology improvements and continue to improve our expected product differentiation, which has now expired. All research and development costs are expensed as incurred.

*Government Grants*

Government grants are recognized when there is reasonable assurance that the Company will comply with the conditions attached to it and the grant will be received. Government grants for the purpose of giving immediate financial support to the Company with no future related costs or obligation are recognized when received. Government grants with certain operating conditions are recorded as liability when received and will be recognized in earnings when the conditions are met.

*Restructuring Charges*

The Company records charges associated with approved restructuring plans to reorganize our manufacturing network, to remove duplicative headcount and infrastructure associated with business acquisitions or to simplify business processes and accelerate innovation. Restructuring charges can include severance costs in connection with the termination of a specified number of employees, infrastructure charges to vacate facilities and consolidate operations, and contract cancellation costs. The Company records restructuring charges based on estimated employee terminations and site closure and consolidation plans. The Company accrues for severance and other employee separation costs under these actions when it was probable that benefits will be paid and the amount is reasonably estimable. The rates used in determining severance accruals are based on existing plans, historical experiences and negotiated settlements.

*Translation of Foreign Currency*

The Company and certain of its subsidiaries use their respective local currency as their functional currency. Accordingly, foreign currency assets and liabilities are translated using exchange rates in effect at the end of the period. Aggregate exchange gains and losses arising from the translation of foreign assets and liabilities are included in "Accumulated other comprehensive loss" in the Consolidated Balance Sheets. Foreign subsidiaries that use the U.S. dollar as their functional currency remeasure monetary assets and liabilities using exchange rates in effect at the end of the period. Exchange gains and losses arising from the remeasurement of monetary assets and liabilities are included in "Other, net" in the Consolidated and Combined Statements of Operations. Non-monetary assets and liabilities are carried at their historical values.

F-25

Table of Contents

We include gains or losses from foreign currency transactions in "Other, net" in the Consolidated and Combined Statements of Operations with the other hedging activities described in Note 12. *Derivative Financial Instruments*.

*Concentration of Credit Risk*

We are exposed to credit losses in the event of nonperformance by the counterparties to our financial and derivative instruments. Financial and derivative instruments that potentially subject us to concentrations of credit risk are primarily cash and cash equivalents, investments, accounts receivable, advances to suppliers, and foreign currency forward contracts. Our investment policy requires cash and cash equivalents and investments to be placed with high-quality financial institutions and to limit the amount of credit risk from any one issuer.

We perform ongoing credit evaluations of our customers' financial condition whenever deemed necessary. We maintain an allowance for credit losses based on the expected collectability of all accounts receivable, which takes into consideration an analysis of historical bad debts, specific customer creditworthiness and current economic trends. We believe that our concentration of credit risk is limited because of our large number of customers, credit quality of the customer base, small account balances for most of these customers, and customer geographic diversification. During fiscal years 2022, 2021 and 2020, we recorded revenues of $283.3 million, $225.9 million and $231.2 million, or 26.7%, 28.8% and 27.4% of total revenue, respectively, representing the sale of solar modules to SunPower. The pricing term prior to the Spin-off was made at transfer prices determined based on management's assessment of market-based pricing terms. Subsequent to the Spin-off, pricing is based on the Supply Agreement with SunPower. Except for revenue transactions with SunPower, for fiscal years 2022 and 2021, we had no customers that accounted for at least 10% of revenue. As of January 1, 2023 and January 2, 2022, SunPower accounted for 9.6% and 9.7% of our accounts receivable, respectively. Two customers individually accounted for 10% or more of accounts receivable as of January 1, 2023,

*Income Taxes*

The Company recognizes deferred tax assets and liabilities for the expected tax consequences of temporary differences between the tax bases of assets and liabilities and their reported amounts using enacted tax rates in effect for the year the differences are expected to reverse. The Company records a valuation allowance to reduce the deferred tax assets to the amount that is more likely than not to be realized which depends on the ability to generate sufficient taxable income in the related jurisdiction in the future. In evaluating our ability to recover our deferred tax assets, we consider the available evidence, including the accumulated losses, timing and amount of reversal of taxable temporary differences, and our forecast future taxable income.

The Company records accruals for uncertain tax positions when the Company believes that it is not more likely than not that the tax position will be sustained on examination by the taxing authorities based on the technical merits of the position. The Company makes adjustments to these accruals when facts and circumstances change, such as the closing of a tax audit or the refinement of an estimate. The provision for income taxes include the effects of adjustments for uncertain tax positions, as well as any related interest and penalties.

As applicable, interest and penalties on tax contingencies are included in "Provision for income taxes" in the Consolidated and Combined Statements of Operations and such amounts were not material for the period presented. In addition, foreign exchange gains (losses) may result from estimated tax liabilities, which are expected to be settled in currencies other than the U.S. dollar.

*Investments in Equity Interests*

Investments in entities in which we can exercise significant influence, but do not own a majority equity interest or otherwise control, are accounted for under the equity method. We record our share of the results of these entities as "Equity in losses of unconsolidated investees" on the Consolidated and Combined Statements of Operations. We monitor our investments for other-than-temporary impairment by considering factors such as current economic and market conditions and the operating performance of the entities and record reductions in carrying values when necessary. The fair value of privately-held investments is estimated using the best available information as of the valuation date, including current earnings trends, discounted projected future cash flows, and other company specific

information, including recent financing rounds (see Note 6. *Balance Sheet Components* and Note 7. *Fair Value Measurements*).

*Variable Interest Entities ("VIE")*

We regularly evaluate our relationships and involvement with unconsolidated VIEs and our other equity and cost method investments, to determine whether we have a controlling financial interest in them or have become the primary beneficiary, thereby requiring us to consolidate their financial results into our financial statements. If we determine that we hold a variable interest, we then evaluate whether we are the primary beneficiary. If we determine that we are the primary beneficiary, we will consolidate the VIE. The determination of whether we are the primary beneficiary is based upon whether we have the power to direct the activities that most directly impact the economic performance of the VIE and whether we absorb any losses or receive any benefits that would be potentially significant to the VIE.

*Noncontrolling Interests*

Noncontrolling interests represents the portion of net assets in consolidated subsidiaries that are not attributable, directly or indirectly, to us and are presented as a separate component within Equity in the Consolidated Balance Sheets. Net losses (income) attributable to the non-controlling interests are recorded within "Net losses (income) attributable to noncontrolling interests" in the Consolidated and Combined Statements of Operations.

*Recently Adopted Accounting Pronouncements*

In August 2020, the FASB issued ASU 2020-06, *Debt - Debt with Conversion and Other Options (Subtopic 470-20) and Derivatives and Hedging - Contracts in Entity's Own Equity (Subtopic 815-40) - Accounting for Convertible Instruments and Contracts in an Entity's Own Equity*. The amendment reduces the number of accounting models used for convertible debt instruments and convertible preferred stock, which results in fewer embedded conversion features separately recognized from the host contracts. We adopted the ASU during the first quarter of fiscal year 2022 on a modified retrospective basis. The adoption of ASU 2020-06 impacted the Green Convertible Notes (see Note 11. *Debt and Credit Sources)* which is no longer bifurcated between liability and equity components. This resulted in an increase to the carrying value of the convertible debt by $42.1 million. Additional paid-in-capital was reduced by $52.2 million and $10.1 million cumulative effect of adoption was recognized to the opening balance of accumulated deficit as of January 3, 2022.

In November 2021, the FASB issued ASU 2021-10, *Government Assistance (Topic 832): Disclosures by Business Entities about Government Assistance* which required disclosures about government assistance in the notes to the financial statements. ASU 2021-10 is effective for annual periods beginning after December 15, 2021. Early adoption is permitted and the ASU can be applied prospectively or retrospectively. The Company adopted ASU 2021-10 on its annual report of fiscal year 2022 and applied its provisions prospectively. See Note 9. *Commitments and Contingencies — Government grants* for additional information.

**NOTE 3. NET PARENT INVESTMENT AND TRANSACTIONS WITH SUNPOWER AND TOTALENERGIES**

SunPower is a majority-owned subsidiary of TotalEnergies Solar and TotalEnergies Gaz, each a subsidiary of TotalEnergies SE. Prior to the Spin-off, we were partially owned by TotalEnergies SE through its ownership of SunPower.

In connection with the Spin-off, following the TZE Investment whereby TZE SG and an affiliate of TZE, purchased from Maxeon, for $298.0 million, 8,915,692 of Maxeon shares. TZE Investment, TotalEnergies Solar INTL SAS ("TotalEnergies Solar"), TotalEnergies Gaz Electricité Holdings France SAS, ("TotalEnergies Gaz", with TotalEnergies Solar, each an affiliate of TotalEnergies SE and collectively "TotalEnergies"),as holders of record of SunPower's common stock, were issued Maxeon's shares by way of pro rata distribution.

In April 2021, pursuant to a stock purchase agreement, dated April 13, 2021, with an affiliate of TZE, the Company sold to TZE 1,870,000 ordinary shares at a price of $18.00 per share, in a private placement exempt from

F-27

Table of Contents

the registration requirements of the Securities Act of 1933, as amended (the "TZE Private Placement"). As of January 1, 2023, TotalEnergies's and TZE SG's ownership of the Maxeon outstanding shares was approximately 24.4% and 24.0%, respectively.

*Transactions with SunPower*

*Sales to SunPower*

During fiscal years 2022, 2021 and 2020, we had sales of $283.3 million, $225.9 million and $231.2 million to SunPower representing the sale of solar modules to SunPower. The pricing term prior to the Spin-off was made at transfer prices determined based on management's assessment of market-based pricing terms. Subsequent to the Spin-off, pricing is based on the supply agreement with SunPower. Sales to SunPower were recognized in line with our revenue recognition policy for sales to third-party customers, as discussed in Note 2. *Summary of Significant Accounting Policies*. As of January 1, 2023 and January 2, 2022, accounts receivable due from SunPower related to these sales amounted to $5.4 million and $4.0 million, respectively.

*Allocation of Corporate Expenses*

As discussed in Note 1. *Basis of Presentation Prior to Spin-off,* the Consolidated and Combined Statements of Operations and Comprehensive Loss include an allocation of general corporate expenses from SunPower for certain management and support functions, prior to the Spin-off. These allocations amounted to $9.2 million in fiscal years 2020, and were reflected in sales, general, and administrative expenses. Management believes the basis on which the expenses have been allocated to be a reasonable reflection of the utilization of services provided to or the benefit received by us during the period presented. Allocated costs may differ from actual costs which would have been incurred if we had operated independently during the periods presented.

In December 2015, SunPower issued 4.00% debentures due 2023, the proceeds of which were used to finance our solar cell manufacturing facility in the Philippines which relates to our historical business. As such, $11.3 million of interest expense associated with the 4.00% debentures due 2023 is reflected in the Consolidated and Combined Statements of Operations for each of the fiscal years 2020 up to date of Spin-off to reflect our historical cost of doing business. This cost may not be indicative of the actual expense that would have been incurred had we operated as an independent, public company for the period presented nor future periods.

*Agreements with SunPower*

In connection with the Spin-off, we also entered into certain ancillary agreements that govern the relationships between SunPower and us following the Distribution, including: a tax matters agreement, employee matters agreement, transition services agreement, back-to-back agreement, brand framework agreement, cross license agreement, collaboration agreement, and supply agreement (collectively, the "Ancillary Agreements").

In addition, under the Separation and Distribution Agreement with SunPower, SunPower has agreed to indemnify us for certain litigation and claims to which we are a party. The liabilities related to these claims and an offsetting receivable from SunPower are reflected on our Consolidated Balance Sheets. See Note 6. *Balance Sheet Components* and Note 9. *Commitments and Contingencies - Indemnifications*.

In February 2021, we entered into an amendment to the SunPower Supply Agreement (the "Amendment to the SunPower Supply Agreement") that updated and amended 2021 volumes and pricing. The Amendment to the SunPower Supply Agreement also brought forward the exclusivity term for the Direct Market Segment (as defined in the SunPower Supply Agreement) from August 26, 2021 to June 30, 2021 and provided for optional sales by Maxeon and purchases by SunPower of additional product types, including Performance line panels. The purchase price for each product, subject to certain adjustments, have been fixed for 2020 and 2021 based on the power output (in watts) of the relevant product. For subsequent periods, the purchase price will be set based on a formula and fixed for the covered period, subject to the same adjustments.

On February 14, 2022, we entered into the 2022/2023 Supply Agreement which terminates and replaces the Supply Agreement, pursuant to which the Company is supplying SunPower with IBC Modules for use in residential

F-28

installations in the Domestic Territory. The 2022/2023 Supply Agreement provided for a minimum product volume and fixed pricing for 2022 and 2023 to reflect the prevailing market trends at the point of the 2022/2023 Supply Agreement, based on the power output (in watts) of the IBC Module. We amended the 2022/2023 Supply Agreement on January 5, 2023 to increase minimum product volumes, update the pricing of IBC Modules for 2023 and extend exclusivity provisions that prohibit us from selling Maxeon 6 IBC Modules to anyone other than SunPower for use in the Domestic Territory until December 31, 2023. The 2022/2023 Supply Agreement continues until December 31, 2023, subject to customary early termination provisions triggered by a breach of the other party (with the right to cure) and insolvency events affecting the other party. The pricing of our modules sold to SunPower is fixed for 2022 and 2023, based on the power output (in watts) of the IBC Module, but the pricing has been updated to reflect current market trends.

The Company and SunPower entered into the 2024/2025 Supply Agreement with an effective date of December 31, 2022. Under the 2024/2025 Supply Agreement, in 2024 and 2025 the Company will supply certain volumes of Maxeon 6 IBC Modules to SunPower for use in residential installations in the Domestic Territory. The 2024/2025 Supply Agreement continues until December 31, 2025, subject to customary early termination provisions triggered by a breach of the other party (with the right to cure) and insolvency events affecting the other party. Following the entry into the 2024/2025 Supply Agreement, the pricing of our sales to SunPower contains an indexed-pricing provision for certain production commodities. In the event that adjustments to the final module price result in an increase in or discount to the final module price above certain thresholds, either party may terminate the 2024/2025 Supply Agreement for convenience without penalty or damages subject to certain terms and conditions.

The below table summarizes our transactions with SunPower subsequent to the Spin-off, in relation to these agreements:

| | Fiscal Year Ended | | |
|---|---|---|---|
| (In thousands) | January 1, 2023 | January 2, 2022 | January 3, 2021 |
| Charges from product collaboration agreement | $ 17,035 | $ 32,887 | $ 10,846 |
| Net (credit) charges from transition services agreement | (3,019) | 5,217 | 6,229 |

We had the following balances related to transactions with SunPower as of January 1, 2023 and January 2, 2022:

| | As of | |
|---|---|---|
| (In thousands) | January 1, 2023 | January 2, 2022 |
| Accounts receivable | $ 5,403 | $ 3,959 |
| Other receivables from SunPower (Note 6) | 14,703 | 13,979 |
| Other receivables, non-current | 1,458 | 1,458 |
| Accounts payable | 1,910 | 2,315 |
| Accrued liabilities (Note 6) | 7,769 | 8,361 |

*Net Parent Investment*

Net parent investment on the Consolidated and Combined Statements of Equity represents SunPower's historical investment in the Company, the net effect of transactions with and allocations from SunPower and the Company's accumulated earnings. Prior to the Spin-off, the Company was dependent on SunPower for its working capital and financing requirements as SunPower used a centralized approach for cash management and financing of its operations. SunPower provided funding for our operating and investing activities including pooled cash managed by SunPower treasury to fund operating expenses and capital expenditures. SunPower also directly collected our receivables. These activities were reflected as a component of net parent investment, and this arrangement is not reflective of the manner in which we would operate on a stand-alone business separate from SunPower during the period presented. Accordingly, none of SunPower's cash, cash equivalents or debt at the corporate level have been

Table of Contents

assigned to the Company in the consolidated and combined financial statements. Net parent investment represents SunPower's interest in the recorded net assets of the Company and the net parent (distribution) contribution represents the settlement as part of the Spin-off exercise. All significant transactions between the Company and SunPower have been included in the accompanying consolidated and combined financial statements. Transactions with SunPower are reflected in the accompanying Consolidated and Combined Statements of Equity as "Net parent distribution".

*Transactions with TotalEnergies*

The following related party balances and amounts are associated with transactions entered into with TotalEnergies and its affiliates:

| | As of | |
|---|---|---|
| **(In thousands)** | **January 1, 2023** | **January 2, 2022** |
| Accounts receivable | $ 770 | $ 821 |
| Accounts payable | 8 | — |
| Contract liabilities, current portion | 58,852 | 31,069 |
| Contract liabilities, net of current portion | 4,319 | 23,840 |
| Refund liabilities (Note 6) | 22,146 | 22,566 |

| | Fiscal Year Ended | | |
|---|---|---|---|
| **(In thousands)** | **January 1, 2023** | **January 2, 2022** | **January 3, 2021** |
| Revenue | $ 76,216 | $ 14,733 | $ 73,599 |
| Interest expense incurred on the 4.00% debentures acquired by TotalEnergies[1] | — | — | 2,667 |

[1] Represents TotalEnergies share of the 4.00% debentures issued by SunPower in December 2015. The proceeds were used to finance our solar cell manufacturing facility in the Philippines which relates to our historical business. As such, the related interest expense was reflected in the Consolidated and Combined Statements of Operations prior to Spin-off. The related obligation on the 4.00% debentures were not transferred to us as part of the Spin-off.

*Supply Agreements*

In November 2016, SunPower and TotalEnergies entered into a 4-year, up to 200 megawatts ("MW") supply agreement to support the solarization of certain TotalEnergies facilities. The agreement covers the supply of 150 MW of Maxeon 2 panels with an option to purchase up to another 50 MW of Performance line solar panels. In March 2017, SunPower received a prepayment totaling $88.5 million. The prepayment is secured by certain of Maxeon's assets located in Mexico.

We recognize revenue for the solar panels supplied under this arrangement consistent with our revenue recognition policy for solar power components at a point in time when control of such products transfers to the customer, which generally occurs upon shipment or delivery depending on the terms of the contracts. In the second quarter of fiscal year 2017, we started to supply TotalEnergies with solar panels under the supply agreement.

In August 2020, SunPower, TotalEnergies and Maxeon signed an assignment and assumption agreement, consent and release whereby SunPower assigned its rights and obligations under the original agreements to us as part of the Spin-off and we agreed with TotalEnergies and SunPower to make certain commercial amendments to the original agreements. On February 22, 2021, TotalEnergies, Maxeon and its affiliate SunPower System Sarl entered into a Second Amended and Restated Initial Implementing Agreement (the "Amendment to the Solarization Agreement") replacing the existing agreement, for the supply to TotalEnergies, until December 31, 2025, of approximately 70 MW of PV modules (out of the 150 MW volume committed by TotalEnergies in the Total Supply Agreement). The Amendment to the Solarization Agreement also (i) updates the list of PV modules available for

F-30

ordering by TotalEnergies, (ii) amends the pricing conditions (including the price adjustment mechanism of the existing agreement) of certain of those PV modules to reflect PV market-based pricing, (iii) provides the terms for the repayment in 12 installments by Maxeon, between the first quarter of 2023 and the fourth quarter of 2025, of the difference between the prepayment and the actual price of the 150 MW initial volume as at December 31, 2025 once the remaining 70 MW of PV modules will have been fully ordered by TotalEnergies; and (iv) provides for the release of SunPower System Sarl from the Mexican pledge of its assets upon full repayment of that difference.

As a result of the Amendment to the Solarization Agreement, $22.1 million which is expected to be repaid to TotalEnergies is reclassified from "Contract liabilities, net of current portion" to "Other long-term liabilities" on our Consolidated Balance Sheets. As of January 1, 2023 and January 2, 2022, we had nil and $8.1 million, respectively, of "Contract liabilities, current portion", and $2.2 million and $3.5 million, respectively, of "Contract liabilities, net of current portion" on our Consolidated Balance Sheets related to the aforementioned supply agreement.

In November 2021, the Company executed an order request from Danish Fields Solar LLC, a wholly-owned subsidiary of TotalEnergies SE, for the sale of Performance line modules that is governed by a framework agreement entered into between the Company and TotalEnergies Global Procurement on October 27, 2021. After granting security interests in certain assets located in Mexico, the Company received total prepayment of $57.1 million. The delivery of the modules is expected to be completed by the third quarter of fiscal year 2023. In March 2022, the order request was amended to change the timing of the utilization of the prepayment. The Company has assessed that the contract includes a significant financing component. Accordingly, the carrying amount for such prepayment is adjusted for the discount rate at the contract inception. As of January 1, 2023, after adjusting for the significant financing component, we have $58.8 million of such prepayment in "Contract liabilities, current portion" on our Consolidated Balance Sheets related to the aforementioned supply agreement. The interest expense on significant financing component of $2.4 million for fiscal year 2022, has been recognized in "Interest expense, net" in the Consolidated and Combined Statements of Operation.

*4.00% Debentures Due 2023*

In December 2015, SunPower issued the 4.00% debentures due 2023. An aggregate principal amount of $100.0 million of the 4.00% debentures due 2023 were acquired by TotalEnergies. The Consolidated and Combined Statements of Operations includes $2.7 million in interest expense related to interest charges incurred on the 4.00% debentures due 2023 for fiscal year 2020. See Note 1. *Background and Basis of Presentation* for additional details related to the 4.00% debentures due 2023.

**NOTE 4. TCL ZHONGHUAN RENEWABLE ENERGY TECHNOLOGY CO. LTD. (FORMERLY KNOWN AS TIANJIN ZHONGHUAN SEMICONDUCTOR CO., LTD.) ("TZE")**

*Transactions with TCL Zhonghuan Renewable Energy Technology Co. Ltd. (formerly known as Tianjin Zhonghuan Semiconductor Co., Ltd.) ("TZE") and its affiliates*

During fiscal year 2021, the Company sold its entire equity interest in *Hohhot Huanju New Energy Development Co. Ltd. ("Hohhot")* to Zhonghuan Energy (Inner Mongolia) Co., Ltd, an affiliate of TZE at a consideration of RMB 21,938,086.22 (equivalent to $3.2 million) and this was determined based on valuation of Hohhot on December 31, 2019. The Company recognized a gain of $0.5 million from the disposal.

In March 2016, we entered into an agreement with Dongfang Electric Corporation and TZE to form Huansheng Photovoltaic (Jiangsu) Co., Ltd., a jointly owned solar cell manufacturing facility to manufacture our Performance line modules in China. In September 2021, TZE made a capital injection of RMB270.0 million (equivalent to $41.6 million) to Huansheng JV to facilitate the capacity expansion of Huansheng JV. The Company did not make a proportionate injection based on its equity interest in Huansheng JV which resulted in a dilution of the Company's equity ownership from 20.0% to 16.3%. Consequently, we recorded a gain of $3.0 million related to the deemed disposal of the equity ownership, including $0.03 million relating to the recycling of other comprehensive income to profit or loss. The gain is presented within "Other, net" in our Consolidated and Combined Statements of Operations. As at January 1, 2023, we had an equity ownership of 16.3% in the joint venture and account for the

Table of Contents

joint venture as an equity method investment. Please refer to Note 10 *Equity Investments* for transactions with the joint venture.

In April 2021, pursuant to a stock purchase agreement dated April 13, 2021 with an affiliate of TZE, the Company sold to TZE 1,870,000 ordinary shares at a price of $18.00 per share, in a private placement exempt from the registration requirements of the Securities Act of 1933. As of January 1, 2023, TotalEnergies's and TZE SG's ownership of the Company's outstanding common stock was approximately 24.4% and 24.0% respectively.

On November 16, 2021, we entered into a silicon wafer master supply agreement with Zhonghuan Hong Kong Ltd ("TZE HK"), a subsidiary of TZE for the purchase of P-Type G12 wafers which are intended to be incorporated into the Company's Performance line modules planned for manufacture in Malaysia and Mexico and sale into the United States. The Company expects TZE HK to be its primary wafer supplier for Performance line modules and deliveries commenced in 2022. Deposit arrangements, payment terms and pricing mechanisms will be agreed to with TZE HK for the Company to reserve specified volumes in advance. The master supply agreement also sets out a general framework and customary operational and legal terms which govern the purchases of silicon wafer from TZE by the Company and its subsidiaries, including engineering changes, supply chain management, inspection, representations and warranties and legal compliance.

In connection with the supply agreement, we made a deposit of $2.1 million and $2.5 million as of January 1, 2023 and January 2, 2022, respectively, to reserve specified volumes in advance for delivery up to fiscal year 2023. As of January 1, 2023, the full prepayment of $2.1 million is recorded in " Advances to suppliers, current portion" on the Consolidated Balance Sheets. As of January 2, 2022, prepayment of $1.8 million and $0.7 million is recorded in "Advances to suppliers, current portion" and "Advances to suppliers, non-current portion", respectively, on the Consolidated Balance Sheets.

On August 17, 2022, the Company completed the sale of $207.0 million in aggregate principal amount of 7.50% first lien senior secured convertible notes due 2027 ("2027 Notes") to Zhonghuan Singapore Investment and Development Pte. Ltd ("TZE SG"), a wholly owned subsidiary of TCL Zhonghuan Renewable Energy Technology Co. Ltd. (formerly known as Tianjin Zhonghuan Semiconductor Co., Ltd.) ("TZE") and an existing shareholder of the Company, at a purchase price equivalent to 97% of the principal amount of the 2027 Notes.

The following related party balances and amounts summarizes transactions entered into with TZE and its affiliates, excluding transactions with Huansheng joint venture:

| | As of | | | |
|---|---|---|---|---|
| (In thousands) | January 1, 2023 | | January 2, 2022 | |
| Advances to suppliers, current | $ | 2,137 | $ | 1,8 |
| Prepayment for purchases | | 12,872 | | 6,2 |
| Advances to suppliers, non current | | — | | 7 |
| Convertible notes (Note 11) | | 207,000 | | - |

| | Fiscal Year Ended | | | |
|---|---|---|---|---|
| (In thousands) | January 1, 2023 | | January 2, 2022 | January 3, 2021[1] |
| Payments for purchases of silicon wafer | $ | 87,228 | $ 10,392 | $ 1 |
| Contractual interest expense on 2027 Notes | | 5,822 | — | - |
| Proceeds for sale of investment | | — | — $ | 3,2 |

[1] Amount for fiscal year 2020 represents transaction subsequent to Spin-off.

F-32

Table of Contents

**NOTE 5. REVENUE FROM CONTRACTS WITH CUSTOMERS**

During fiscal years 2022, 2021 and 2020, we recognized revenue for sales of modules and components from contracts with customers of $1,060.1 million, $783.3 million and $844.8 million, respectively. We recognize revenue for sales of modules and components at the point that control transfers to the customer, which typically occurs upon shipment or delivery to the customer, depending on the terms of the contract. Payment terms are typically between 30 and 45 days.

*Contract Assets and Liabilities*

As of January 1, 2023 and January 2, 2022, contract assets is $0.6 million and $1.6 million, respectively, and has been presented within "Prepaid expenses and other current assets" and "Other long-term assets". Contract assets consist of unbilled receivables which represent revenue that has been recognized based on the satisfaction of performance obligations in advance of billing the customer based on the contractual billing terms. During fiscal year 2022 and 2021, the decrease in contract assets of $1.0 million and $0.2 million, respectively, was primarily due to billings of previously unbilled receivables.

Contract liabilities consist of deferred revenue and customer advances, which represent consideration received from a customer based on the contractual payment terms prior to transferring control of goods or services to the customer under the terms of a sales contract. As of January 1, 2023 and January 2, 2022, the Company has pledged certain equipment assets and inventory of $93.1 million and $61.4 million, respectively, to serve as collateral for the advances from customers. During fiscal years 2022, the increase in contract liabilities of $197.9 million was primarily due to additional customer advances, partially offset by utilization of contract liabilities previously recorded due to the completion of performance obligations. During fiscal year 2021, increase in contract liabilities of $49.2 million was primarily due to additional customer advances, partially offset by $22.6 million expected to be repaid to TotalEnergies that was reclassified from "Contract liabilities, net of current portion" to "Other long-term liabilities" in our Consolidated Balance Sheets and utilization of contract liabilities previously recorded due to the completion of performance obligations. During fiscal years 2022 and 2021, we recognized revenue of $14.9 million and $15.2 million that was included in contract liabilities as of January 2, 2022 and January 3, 2021, respectively. Except for a contract with TotalEnergies (refer to Note 3. *Net Parent Investment and Transactions with SunPower and TotalEnergies*), there is no significant financing component for the contract assets and contract liabilities.

**NOTE 6. BALANCE SHEET COMPONENTS**

*Accounts Receivable, Net*

|  | As of | |
| --- | --- | --- |
| (In thousands) | January 1, 2023 | January 2, 2022 |
| Accounts receivable, gross[1] | $ 55,218 | $ 40,895 |
| Less: allowance for credit losses | (807) | (940) |
| Less: allowance for sales returns | (110) | (225) |
| Accounts receivable, net | $ 54,301 | $ 39,730 |

[1] The Company maintains factoring arrangements with two separate third-party factor agencies related to our accounts receivable from customers in Europe and the United States. As a result of these factoring arrangements, title of certain accounts receivable balances was transferred to third-party vendors, and both arrangements were accounted for as a sale of financial assets given effective control over these financial assets has been surrendered. As a result, these financial assets have been excluded from our Consolidated Balance Sheets.

In connection with the factoring arrangements, we sold accounts receivable invoices amounting to $577.9 million and $336.7 million in fiscal years 2022 and 2021, respectively. As of January 1, 2023 and

Table of Contents

January 2, 2022, total uncollected accounts receivable from end customers under both arrangements were $63.6 million and $36.7 million, respectively.

| (In thousands) | Balance at Beginning of Period | | Charges to Expense | | Deductions | | Balance at End of Period |
|---|---|---|---|---|---|---|---|
| Allowance for credit losses | | | | | | | |
| Year ended January 1, 2023 | $ | 940 | $ | (13) | $ | (120) | $ | 807 |
| Year ended January 2, 2022 | | 3,768 | | (1,973) | | (855) | | 940 |
| | | | | | | | |
| Allowance for sales returns | | | | | | | |
| Year ended January 1, 2023 | $ | 225 | $ | (115) | $ | — | $ | 110 |
| Year ended January 2, 2022 | | 359 | | (134) | | — | | 225 |

*Inventories*

| | As of | | | |
|---|---|---|---|---|
| (In thousands) | January 1, 2023 | | January 2, 2022 | |
| Raw materials | $ | 83,350 | $ | 47,894 |
| Work-in-process | | 76,718 | | 47,953 |
| Finished goods | | 143,162 | | 116,973 |
| Inventories | $ | 303,230 | $ | 212,820 |

As of January 1, 2023 and January 2, 2022, the Company had reserves to reflect the inventories at lower of cost and net realizable value of $21.3 million and $4.9 million respectively.

*Prepaid Expenses and Other Current Assets*

| | As of | | | |
|---|---|---|---|---|
| (In thousands) | January 1, 2023 | | January 2, 2022 | |
| VAT receivables, current portion | $ | 7,320 | $ | 9,063 |
| Tax receivables | | 3,819 | | 6,843 |
| Receivables from tolling partners | | 14,923 | | 5,895 |
| Other receivables from SunPower (Note 3) | | 14,703 | | 13,979 |
| Other receivables | | 19,394 | | 4,763 |
| Deferred issuance cost | | 1,652 | | — |
| Restricted cash | | 37,974 | | 1,661 |
| Prepaid expenses | | 24,229 | | 14,626 |
| Derivative financial instruments (Note 12) | | 703 | | 3,526 |
| Asset held for sale[1] | | 1,490 | | — |
| Other prepaid expenses and other current assets | | 764 | | 1,548 |
| Prepaid expenses and other current assets | $ | 126,971 | $ | 61,904 |

[1] As part of the May 2021 Restructuring Plan, the Company had approved to put up the building to be sold on March 2022. The Company has managed to identify a buyer and the sales is expected to be completed during fiscal year 2023.

F-34

Table of Contents

*Intangible Assets, Net*

| (In thousands) | Gross | Accumulated Amortization | Net |
|---|---|---|---|
| As of January 1, 2023 | | | |
| Trademarks and purchased technology | $ 2,305 | $ (2,014) | $ 291 |
| | | | |
| As of January 2, 2022 | | | |
| Trademarks and purchased technology | $ 2,162 | $ (1,742) | $ 420 |

Aggregate amortization expense for intangible assets totaled $0.3 million and $0.4 million and $5.0 million for fiscal years 2022, 2021, and 2020 respectively.

As of January 1, 2023, the estimated future amortization expense related to definite-lived intangible assets is as follows:

| (In thousands) | |
|---|---|
| Fiscal Year | |
| 2023 | $ 138 |
| 2024 | 89 |
| 2025 | 50 |
| 2026 | 11 |
| 2027 | 2 |
| Thereafter | 1 |
| Total future amortization expense | $ 291 |

*Property, Plant and Equipment, Net*

| | As of | |
|---|---|---|
| (In thousands) | January 1, 2023 | January 2, 2022 |
| Manufacturing equipment | $ 300,089 | $ 171,217 |
| Land and buildings | 151,763 | 145,134 |
| Leasehold improvements | 89,215 | 83,293 |
| Solar power systems | 1,300 | 1,337 |
| Computer equipment | 39,011 | 39,815 |
| Furniture and fixtures | 1,378 | 1,360 |
| Construction-in-process | 15,786 | 124,494 |
| Property, plant and equipment, gross | 598,542 | 566,650 |
| Less: accumulated depreciation | (218,074) | (180,020) |
| Property, plant and equipment, net | $ 380,468 | $ 386,630 |

Table of Contents

Aggregate depreciation expense for property, plant and equipment totaled $56.5 million and $41.8 million and $42.3 million for fiscal years 2022, 2021, and 2020 respectively.

*Other Long-term Assets*

| | As of | | | |
|---|---|---|---|---|
| **(In thousands)** | **January 1, 2023** | | **January 2, 2022** | |
| Equity investments without readily determinable fair value (Note 10) | $ | 4,000 | $ | 4,000 |
| Equity method investments (Note 10) | | 3,061 | | 11,230 |
| Prepaid Forward (Note 11) | | 34,661 | | 32,250 |
| Prepayment for capital expenditure | | 7,890 | | 34,631 |
| Restricted cash | | 2,545 | | 24,029 |
| Other | | 8,261 | | 8,937 |
| Other long-term assets | $ | 60,418 | $ | 115,077 |

*Accrued Liabilities*

| | As of | | | |
|---|---|---|---|---|
| **(In thousands)** | **January 1, 2023** | | **January 2, 2022** | |
| Employee compensation and employee benefits | $ | 25,885 | $ | 18,769 |
| Short-term warranty reserves[1] | | 7,082 | | 11,457 |
| Restructuring reserve (Note 8) | | 563 | | 1,177 |
| Accrued interest payable | | 13,577 | | 6,056 |
| Other payables to SunPower (Note 3) | | 7,769 | | 8,361 |
| VAT payables | | 8,418 | | 6,687 |
| Derivative financial instruments (Note 12) | | 5,318 | | 536 |
| Legal accruals | | 7,903 | | 7,177 |
| Taxes payable | | 13,575 | | 2,296 |
| Unrecognized tax benefits | | — | | 3,731 |
| Payable to factor agencies | | 1,172 | | 1,073 |
| Refund liabilities to TotalEnergies, current portion (Note 3) | | 7,382 | | — |
| Repurchase obligation[2] | | 30,508 | | — |
| Other | | 6,005 | | 11,360 |
| Accrued liabilities | $ | 135,157 | $ | 78,680 |

[1] Included in the warranty reserve is the short-term system warranty reserve of $0.03 million as of January 1, 2023 and January 2, 2022, relating to SunPower's business which is indemnified by SunPower under the Separation and Distribution Agreement and accordingly, the Company has recorded the corresponding receivables under "Prepaid expense and other current assets" on the Consolidated Balance Sheets.

[2] Amount relates to obligation to the suppliers who perform toll manufacturing of wafers for the Company. The Company has sold polysilicons to these suppliers and will have to repurchase back in the form of wafers.

Table of Contents

*Other Long-term Liabilities*

| (In thousands) | As of | |
|---|---|---|
| | January 1, 2023 | January 2, 2022 |
| Long-term warranty reserves | $ 26,130 | $ 23,762 |
| Unrecognized tax benefits | 16,823 | 9,834 |
| Long-term security deposit payable | 2,012 | 1,990 |
| Long-term pension liability | 1,632 | 2,341 |
| Refund liabilities to TotalEnergies, net of current portion (Note 3) | 14,764 | 22,566 |
| Other | 2,302 | 546 |
| Other long-term liabilities | $ 63,663 | $ 61,039 |

(1) Included in the warranty reserve is the long-term system warranty reserve of $4.7 million and $3.8 million as of January 1, 2023 and January 2, 2022, respectively, relating to SunPower's business which is indemnified by SunPower under the Separation and Distribution Agreement and accordingly, the Company has recorded the corresponding receivables under "Prepaid expense and other current assets" on the Consolidated Balance Sheets.

*Accumulated Other Comprehensive Loss*

| (In thousands) | As of | |
|---|---|---|
| | January 1, 2023 | January 2, 2022 |
| Cumulative translation adjustment | $ (21,695) | $ (18,741) |
| Unrecognized gain on long-term pension liability adjustment | 5,105 | 4,208 |
| Net unrealized (loss) gain on derivative instruments | (5,518) | 2,689 |
| Accumulated other comprehensive loss | $ (22,108) | $ (11,844) |

## NOTE 7. FAIR VALUE MEASUREMENTS

Fair value is estimated by applying the following hierarchy, which prioritizes the inputs used to measure fair value into three levels and bases the categorization within the hierarchy upon the lowest level of input that is available and significant to the fair value measurement (observable inputs are the preferred basis of valuation):

• Level 1—Quoted prices in active markets for identical assets or liabilities.

• Level 2—Measurements are inputs that are observable for assets or liabilities, either directly or indirectly, other than quoted prices included within Level 1.

• Level 3—Prices or valuations that require management inputs that are both significant to the fair value measurement and unobservable.

*Assets and Liabilities Measured at Fair Value on a Recurring Basis*

We measure certain assets and liabilities at fair value on a recurring basis. There were no transfers between fair value measurement levels during the presented periods. We did not have any assets or liabilities measured at fair value on a recurring basis requiring Level 3 inputs as of January 1, 2023 or January 2, 2022.

F-37

Table of Contents

The following table summarizes our assets and liabilities measured and recorded at fair value on a recurring basis as of January 1, 2023 and January 2, 2022:

| (In thousands) | January 1, 2023 Total Fair Value | | Level 2 | | January 2, 2022 Total Fair Value | | Level 2 | |
|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | |
| Prepaid expenses and other current assets | | | | | | | | |
| Derivative financial instruments (Note 12) | $ | 703 | $ | 703 | $ | 3,526 | $ | 3,526 |
| | | | | | | | | |
| Other long-term assets | | | | | | | | |
| Prepaid Forward | | 34,661 | | 34,661 | $ | 32,250 | $ | 32,250 |
| Total assets | $ | 35,364 | $ | 35,364 | $ | 35,776 | $ | 35,776 |
| | | | | | | | | |
| **Liabilities** | | | | | | | | |
| Accrued liabilities | | | | | | | | |
| Derivative financial instruments (Note 12) | | 5,318 | | 5,318 | | 536 | | 536 |
| Total liabilities | $ | 5,318 | $ | 5,318 | $ | 536 | $ | 536 |

*Assets and Liabilities Measured at Fair Value on a Non-Recurring Basis*

We measure certain investments and non-financial assets (including property, plant and equipment) at fair value on a non-recurring basis in periods after initial measurement in circumstances when the fair value of such asset is impaired below its recorded cost. As of January 1, 2023, in relation to the June 2022 Restructuring Plan, we have impaired a property to its fair value. The write down of property amounting to $0.4 million is included in the cost of disposal and retirement of property, plant and equipment under the June 2022 Restructuring Plan in Note 8. There were no other material items recorded at fair value on a non-recurring basis. As of January 2, 2022, there were no material items recorded at fair value on a non-recurring basis.

*Held-to-Maturity Debt Securities*

We have 2 held-to-maturity debt securities, namely, a Philippine government bonds and a 4-month time deposit placed with Deutsche Bank AG, Singapore Branch.

The Philippine government bonds that we maintain is used as collateral for business transactions within Philippines. These bonds have various maturity dates and are classified as "Restricted short-term marketable securities" in our Consolidated Balance Sheets. As of January 1, 2023 and January 2, 2022, these bonds had a carrying value of $1.0 million and $1.1 million respectively.

In September 2022, we have placed a 4-month time deposit with Deutsche Bank AG, Singapore Branch. The deposit matures in January 2023, bears interest at a rate of 3.65% per annum, and is recorded in "Short-term securities" in our Consolidated Balance Sheets. The carrying value of the time deposit as of January 1, 2023 is $76.0 million.

For both of the held-to-maturity securities, we have recorded them at amortized cost based on our ability and intent to hold the securities until maturity. We monitor for changes in circumstances and events that would affect our ability and intent to hold such securities until the recorded amortized costs are recovered. No other-than-temporary impairment loss was incurred during the period presented.

Table of Contents

*Non-Marketable Equity Investments*

Our non-marketable equity investments are securities in privately-held companies without readily determinable market values. On January 1, 2018, we adopted ASU 2016-01 and elected to adjust the carrying value of our non-marketable equity securities to cost less impairment, adjusted for observable price changes in orderly transactions for an identical or similar investment of the same issuer. As of January 1, 2023 and January 2, 2022, we had $4.0 million in investments accounted for under the measurement alternative method.

*Equity Method Investments*

Our investments accounted for under the equity method are described in Note 10. *Equity Investments*. We monitor these investments, which are included within "Other long-term assets" in our Consolidated Balance Sheets, for impairment and record reductions in the carrying values when necessary. Circumstances that indicate an other-than-temporary decline include Level 3 measurements such as the valuation ascribed to the issuing company in subsequent financing rounds, decreases in quoted market prices, and declines in the results of operations of the issuer.

**NOTE 8. RESTRUCTURING**

*Maxeon's Restructuring Plans*

May 2021 Restructuring Plan

In fiscal year 2021, the Company adopted a restructuring plan to reduce costs and focus on improving cash flow, primarily related to the closure of a France-based manufacturing facility in Toulouse. The Company expects less than 40 employees to be affected in connection with this restructuring plan. This represents a mixture of manufacturing and non-manufacturing employees. The restructuring activities is completed in fiscal year 2022.

June 2022 Restructuring Plan

In fiscal year 2022, the Company adopted a restructuring plan to reduce costs and focus on improving cash flow, primarily related to the closure of our module factory in Porcelette, France. The Company expects less than 30 employees to be affected in connection with this restructuring plan. This represents a mixture of manufacturing and non-manufacturing employees. The restructuring activities is expected to be completed by fiscal year 2023.

Table of Contents

The following table summarizes the period-to-date restructuring charges by plan recognized in our Consolidated and Combined Statements of Operations:

| | Fiscal Year Ended | | |
|---|---|---|---|
| (In thousands) | January 1, 2023 | January 2, 2022 | January 3, 2021 |
| **May 2021 Restructuring Plan:** | | | |
| Severance and benefits | (475) | 4,313 | — |
| Cost of disposal and retirement of property, plant and equipment | 60 | 252 | — |
| Total May 2021 Restructuring Plan | (415) | 4,565 | — |
| **June 2022 Restructuring Plan:** | | | |
| Severance and benefits | 1,981 | — | — |
| Cost of disposal and retirement of property, plant and equipment | 599 | — | — |
| Total June 2022 Restructuring Plan | 2,580 | — | — |
| **Other Restructuring:** | | | |
| Severance and benefits | — | 1,077 | — |
| Cost of disposal and retirement of property, plant and equipment | (47) | 2,440 | — |
| Other costs[1] | — | 2 | — |
| Total Other Restructurings | (47) | 3,519 | — |
| Total restructuring charges | $ 2,118 | $ 8,084 | $ — |

[1]    Other costs primarily represent associated legal and advisory services, and costs of relocating employees.

The following table summarizes the restructuring reserve movements during fiscal year 2022:

| (In thousands) | January 2, 2022 | (Credits) Charges | (Payments) Recovery | January 1, 2023 |
|---|---|---|---|---|
| **May 2021 Restructuring Plan:** | | | | |
| Severance and benefits | $ 1,177 | $ (475) | $ (660) | $ 42 |
| Cost of disposal and retirement of property, plant and equipment | — | 60 | (60) | — |
| Total May 2021 Restructuring Plan | 1,177 | (415) | (720) | 42 |
| **June 2022 Restructuring Plan:** | | | | |
| Severance and benefits | — | 1,981 | (1,460) | 521 |
| Cost of disposal and retirement of property, plant and equipment | — | 599 | (599) | — |
| Total June 2022 Restructuring Plan | — | 2,580 | (2,059) | 521 |
| **Other Restructuring:** | | | | |
| Cost of disposal and retirement of property, plant and equipment | — | (47) | 47 | — |
| Total Other Restructurings | — | (47) | 47 | — |
| Total restructuring charges | $ 1,177 | $ 2,118 | $ (2,732) | $ 563 |

**NOTE 9. COMMITMENTS AND CONTINGENCIES**

F-40

Table of Contents

*Maxeon as a lessee*

We lease certain facilities under non-cancellable operating leases from third parties. As of January 1, 2023 and January 2, 2022, future minimum lease payments for facilities under operating leases were $22.5 million and $19.2 million, respectively, to be paid over the remaining contractual terms of up to 4.6 years. The Company has the option to extend certain leases for up to 10 years. These options are included in the lease term when it is reasonably certain that the option will be exercised.

We also lease certain buildings, machinery and equipment under non-cancellable finance leases. As of January 1, 2023 and January 2, 2022, future minimum lease payments for assets under finance leases were $2.2 million and $0.9 million, to be paid over the remaining contractual terms of up to 4.4 years and 1.3 years, respectively. Of the $2.2 million, $0.6 million is included in "Short-term debt" and $1.6 million is included in "Long-term debt" on the Consolidated Balance Sheets as of January 1, 2023.

We have disclosed quantitative information related to the lease contracts we have entered into as a lessee by aggregating the information based on the nature of the asset such that assets with similar characteristics and lease terms are shown within one single financial statement line item.

The table below presents the summarized quantitative information with regard to lease contracts we have entered into:

| | Fiscal Year Ended | |
| --- | --- | --- |
| (In thousands) | January 1, 2023 | January 2, 2022 |
| Operating lease expense | $ 4,173 | $ 2,875 |
| Cash paid for amounts included in the measurement of lease liabilities | | |
| Cash paid for operating leases | 3,537 | 3,088 |
| Right-of-use assets obtained in exchange for lease obligations | 5,639 | 5,029 |
| Weighted-average remaining lease term (in years) – operating leases | 4.6 | 5.6 |
| Weighted-average discount rate – operating leases | 6.4 % | 7.1 % |

The following table presents our minimum future rental payments on leases placed in service as of January 1, 2023:

| (In thousands) | Operating Leases | Finance Lease |
| --- | --- | --- |
| 2023 | $ 4,649 | $ 662 |
| 2024 | 4,760 | 505 |
| 2025 | 4,504 | 520 |
| 2026 | 4,159 | 536 |
| 2027 | 2,192 | 183 |
| Thereafter | 2,243 | — |
| **Total lease payments** | 22,507 | 2,406 |
| Less: imputed interest | (3,470) | (214) |
| **Total** | $ 19,037 | $ 2,192 |

*Maxeon as a lessor*

We lease certain facilities under operating leases to third parties and affiliates of Total. Some of these leases include an option to extend the lease either at the option of the lessees or upon mutual written agreement of both parties.

F-41

Table of Contents

The following table presents our minimum future rental receivables on the operating leases as of January 1, 2023:

| (In thousands) | Total | Payments Due by Fiscal Year | | | | | |
| | | 2023 | 2024 | 2025 | 2026 | 2027 | Thereafter |
|---|---|---|---|---|---|---|---|
| Minimum future rental receivable | $ 4,309 | $ 2,157 | $ 2,152 | $ — | $ — | $ — | $ — |

*Purchase Commitments*

We purchase raw materials for inventory and manufacturing equipment from a variety of vendors. During the normal course of business, in order to manage manufacturing lead times and help assure adequate supply, we enter into agreements with contract manufacturers and suppliers that either allow them to procure goods and services based on specifications defined by us, or that establish parameters defining our requirements. In certain instances, these agreements allow us the option to cancel, reschedule or adjust our requirements based on our business needs before firm orders are placed. Consequently, purchase commitments arising from these agreements are excluded from our disclosed future obligations under non-cancellable and unconditional commitments.

We also have agreements with several suppliers, including one of our non-consolidated investees, for the procurement of ingots, and wafers, as well as certain module-level power electronics and related equipment.

Future purchase obligations under non-cancellable purchase orders and long-term supply and service agreements as of January 1, 2023 are as follows:

| (In thousands) | Fiscal Year 2023 | Fiscal Year 2024 | Fiscal Year 2025 and thereafter | Total[1] |
|---|---|---|---|---|
| Future purchase obligations | $ 304,515 | $ 579 | $ — | $ 305,094 |

[1] Total future purchase obligations comprised of $184.2 million related to non-cancellable purchase orders and $120.9 million related to long-term supply and service agreements.

During fiscal year 2022, 2021 and 2020, the total amounts purchased under the unconditional purchase obligations is $128.3 million, $116.7 million, and $105.7 million, respectively.

We expect that all obligations related to non-cancellable purchase orders for manufacturing equipment will be recovered through future cash flows of the solar cell manufacturing lines and solar panel assembly lines when such long-lived assets are placed in service. Factors considered important that could result in an impairment review include significant under-performance relative to expected historical or projected future operating results, significant changes in the manner of use of acquired assets, and significant negative industry or economic trends. Obligations related to non-cancellable purchase orders for inventories match current and forecasted sales orders that will consume these ordered materials and actual consumption of these ordered materials is regularly compared to expected demand. We anticipate total obligations will be recovered because the quantities required to be purchased are expected to be utilized in the manufacture and profitable sale of solar power products in the future based on our long-term operating plans. The terms of the supply agreements are reviewed regularly by us and we assess the need for any accruals for estimated losses on adverse purchase commitments, such as lower of cost or net realizable value adjustments that will not be recovered by future sales prices, forfeiture of advanced deposits and liquidated damages, as necessary.

*Advances to Suppliers*

As noted above, we have entered into agreements with various vendors, and such agreements with one of our vendors are structured as "take or pay" contracts, that specify future quantities and pricing of products to be supplied. Certain agreements also provide for penalties or forfeiture of advanced deposits in the event we terminate

F-42

Table of Contents

the arrangements. Under certain agreements, we were required to make prepayments to the vendors over the terms of the arrangements. As of January 1, 2023 and January 2, 2022, advances to suppliers totaled $2.1 million and $51.8 million, respectively, of which $2.1 million and $51.0 million are classified as "Advances to suppliers, current portion" in our Consolidated Balance Sheets. One supplier accounted for 100% of total advances to suppliers as of January 1, 2023 and two suppliers accounted for 100% of total advances to suppliers as of January 2, 2022.

*Product Warranties*

The following table summarizes the product warranty activities for fiscal years 2022 and 2021:

| (In thousands) | Fiscal Year | | | |
| --- | --- | --- | --- | --- |
| | 2022 | | 2021 | |
| Balance at the beginning of the period | $ | 30,616 | $ | 31,129 |
| Accruals for warranties issued during the period | | 6,366 | | 3,216 |
| Settlements and adjustments during the period | | (8,635) | | (3,729) |
| Balance at the end of the period | $ | 28,347 | $ | 30,616 |

*Liabilities Associated with Uncertain Tax Positions*

Total liabilities associated with uncertain tax positions were $16.8 million and $13.5 million as of January 1, 2023 and January 2, 2022, respectively. Out of these balance, $16.8 million and $9.8 million are included within "Other long-term liabilities" in our Consolidated Balance Sheets as of January 1, 2023 and January 2, 2022, respectively as they are not expected to be paid within the next 12 months. Due to the complexity and uncertainty associated with our tax positions, we cannot make a reasonably reliable estimate of the period in which cash settlement, if any, would be made for our liabilities associated with uncertain tax positions in Other long-term liabilities.

*Defined Benefit Pension Plans*

Prior to the Spin-off, SunPower maintained defined benefit pension plans for certain of our employees and they continue to be part of these pension plans after the Spin-off and the maintenance of such defined benefit pension plans has been transferred to the Company. Benefits under these plans are generally based on an employee's age, years of service and compensation. Funding requirements are determined on an individual country and plan basis and are subject to local country practices and market circumstances. The funded status of the pension plans, which represents the difference between the benefit obligation and fair value of plan assets, is calculated on a plan-by-plan basis. We have elected to measure plan assets and benefit obligation using the month-end that is closest to our fiscal year-end. The benefit obligation and related funded status are determined using assumptions as of the end of each fiscal year. We recognize the overfunded or underfunded status of our pension plans as an asset or liability on our Consolidated Balance Sheets. As of January 1, 2023 and January 2, 2022, the underfunded status of our pension plans presented within "Other long-term liabilities" on our Consolidated Balance Sheets was $1.6 million and $2.3 million, respectively. The impact of transition assets and obligations and actuarial gains and losses are recorded within "Accumulated other comprehensive loss" and are generally amortized as a component of net periodic cost over the average remaining service period of participating employees. We recorded a gain of $0.9 million for fiscal year 2022, a gain of $0.8 million for fiscal year 2021 and a loss of $0.3 million for fiscal year 2020 related to our benefit plans.

Our entity in Philippine has a tax qualified defined benefit plan covering its regular employees. Under the plan, all employees of the entity who have not reached the age of 60 are qualified and become automatically members of the plan.

The Fund is administered by a trustee bank, under a Trust Agreement, designated by the Philippines' subsidiary acting through the Retirement Committee. The Trustee shall have administrative control over the

F-43

Table of Contents

management of the Fund, and shall be vested with all powers, authority and discretion necessary or expedient for that purpose, in addition to any express powers conferred by the Trust Agreement. The Trustee may adopt and prescribe such rules and regulations as are necessary for the efficient administration of the Fund, provided such are not inconsistent with the Rules and Regulations of the Retirement Plan.

Under the existing regulatory framework in Philippine, it requires a provision for retirement pay to qualified private sector employees in the absence of any retirement plan in the entity, provided however that the employee's retirement benefits under any collective bargaining and other agreement shall not be less than those provided under the law. The law does not require minimum funding of the plan.

*Indemnifications*

In the ordinary course of business, the Company enters into contractual arrangements under which the Company may agree to indemnify a third party to such arrangement from any losses incurred relating to the services they perform on behalf of the Company or for losses arising from certain events as defined within the particular contract, which may include, for example, litigation or claims relating to past performance. Historically, payments made related to these indemnifications have been immaterial.

Similarly, the Company enters into contractual arrangements under which SunPower or other third parties agrees to indemnify the Company for certain litigation and claims to which we are a party. As the exposure related to these claims are directly attributable to the Company's historical operations, the Company has recognized a receivable from SunPower in the amount of $4.6 million as of January 1, 2023, consistent with the Company's recognition and measurement principles and assumptions. The receivable balances are recorded in "Prepaid expenses and other current assets" in the Consolidated Balance Sheets.

*Legal Matters*

We are a party to various litigation matters and claims that arise from time to time in the ordinary course of our business. While we believe that the ultimate outcome of such matters will not have a material adverse effect on us, their outcomes are not determinable and negative outcomes may adversely affect our financial position, liquidity, or results of operations. In addition, under the Separation and Distribution Agreement entered into with SunPower in connection with the Spin-off, SunPower indemnifies us for certain litigation claims to which certain of our subsidiaries are named the defendant or party. The liabilities related to these legal claims and an offsetting receivable from SunPower are reflected on our Consolidated Balance Sheets as of January 1, 2023 and January 2, 2022. Please refer to Note 3. *Net Parent Investment and Transactions with SunPower and TotalEnergies.*

During fiscal year 2022, the Company has received a legal claim from a supplier. The Company has made a provision for the estimated amount of exposure in relation to this claim in "Accrued liabilities" on the Consolidated Balance Sheets as of January 1, 2023. The Company is not able to estimate the possible cost or liabilities in excess of the accrual.

*Letters of Credit and Bank Guarantees*

The Company provides standby letters of credit or other guarantee instruments to various parties as required for certain transactions initiated during the ordinary course of business, to guarantee the Company's performance in accordance with contractual or legal obligations. As of January 1, 2023, the maximum potential payment obligation that the Company could be required to make under these guarantee agreements was $46.1 million. The contractual terms of the guarantees range from 1 month to 45 months. We have not recorded any liability in connection with these guarantee agreements beyond that required to appropriately account for the underlying transaction being guaranteed. We do not believe, based on historical experience and information currently available, that it is probable that any amounts will be required to be paid under these guarantee agreements. Certain guarantee agreements are collateralized by restricted cash totaling to $39.7 million which is included in "Prepaid expenses and other current assets" and "Other long-term assets" on the Consolidated Balance Sheets as of January 1, 2023.

*Government grant*

For the fiscal year 2022, the Company has recognized government grant of $0.7 million. Of which, $0.3 million and $0.4 million is recorded in "Cost of revenue" and "Operating expenses", respectively, on the Consolidated and Combined Statements of Operations. In connection to such government grant, the Company has not received $0.5 million of such grant and the related receivable is included in "Prepaid expenses and other current assets" on the Consolidated Balance Sheets as of January 1, 2023. The Company has recognized the grant when there is reasonable assurance, and it is probable that the Company meets the conditions and the grant will be received.

## NOTE 10. EQUITY INVESTMENTS

*Equity Method Investments*

*Huansheng Photovoltaic (Jiangsu) Co., Ltd ("Huansheng")*

In March 2016, SunPower entered into an agreement with Dongfang Electric Corporation and TZE. to form Huansheng Photovoltaic (Jiangsu) Co., Ltd., a jointly owned solar cell manufacturing facility to manufacture our Performance line modules in China. The joint venture is based in Yixing City in Jiangsu Province, China. In March 2016, we made an initial $9.2 million investment for a 15% equity ownership interest in the joint venture, which was accounted for under the cost method. In February 2017, we invested an additional $9.0 million which included an investment of $7.7 million and reinvested dividends of $1.3 million, bringing our equity ownership to 20% of the joint venture. In February and April 2018, we invested an additional $6.3 million and $7.0 million (net of $0.7 million of dividends reinvested), respectively, maintaining our equity ownership at 20% of the joint venture. In September 2021, TZE made a capital injection of RMB270.0 million (equivalent to $41.6 million) to Huansheng JV to facilitate the capacity expansion of Huansheng JV. The Company did not make a proportionate injection based on its equity interest in Huansheng JV which resulted in a dilution of the Company's equity ownership from 20.0% to 16.3%. Consequently, we recorded a gain of $3.0 million related to the deemed disposal of the equity ownership, including $0.03 million relating to the recycling of other comprehensive income to profit or loss. The gain is presented within "Other, net" in our Consolidated and Combined Statements of Operations.

We have concluded that we are not the primary beneficiary of the joint venture because, although we are obligated to absorb losses and has the right to receive benefits, we alone do not have the power to direct the activities of the joint venture that most significantly impact its economic performance. We account for our investment in the joint venture using the equity method because we are able to exercise significant influence over the joint venture due to our board position. The Company is not contractually obligated to provide additional funding to the joint venture and therefore, the maximum exposure to loss is restricted to the carrying amount of the investment as disclosed on the Consolidated Balance Sheets.

For the fiscal years 2022, 2021 and 2020, the equity method investment held by the Company in Huansheng JV have met the significance criteria as defined under Rule 4-08(g) of Regulation S-X. The summarized financial information as of January 1, 2023 and January 2, 2022 and for the fiscal years ended 2022, 2021 and 2020 is as follows:

| (In thousands) | As of | |
| | January 1, 2023 | January 2, 2022 |
|---|---|---|
| Current assets | $ 556,744 | $ 581,048 |
| Non-current assets | 615,107 | 524,831 |
| Current liabilities | 444,202 | 323,664 |
| Non-current liabilities | 304,088 | 321,557 |
| Non-controlling interest | 395,173 | 402,526 |

F-45

| (In thousands) | Fiscal Year Ended | | |
|---|---|---|---|
| | January 1, 2023 | January 2, 2022 | January 3, 2021 |
| Revenue | $ 1,619,358 | $ 1,018,731 | $ 419,582 |
| Gross (loss) profit | $ (40,099) | 25,204 | 28,108 |
| Loss from operations | $ (177,283) | (27,427) | (10,013) |
| Net loss | $ (159,888) | (126,338) | (13,386) |
| Net loss attributable to Huansheng JV | $ (62,820) | (95,939) | (14,599) |

Related-party transactions with Huansheng JV are as follows:

| (In thousands) | As of | |
|---|---|---|
| | January 1, 2023 | January 2, 2022 |
| Accounts payable | $ 38,452 | $ 64,498 |

| (In thousands) | Fiscal Year Ended | | |
|---|---|---|---|
| | January 1, 2023 | January 2, 2022 | January 3, 2021 |
| Payments made to investee for products/services | $ 114,518 | $ 140,610 | $ 267,247 |

*Huaxia CPV (Inner Mongolia) Power Co., Ltd. ("CCPV")*

In December 2012, SunPower entered into an agreement with TCL Zhonghuan Renewable Energy Technology Co. Ltd. (formerly known as Tianjin Zhonghuan Semiconductor Co., Ltd.) ("TZE"), Inner Mongolia Power Group Co. Ltd. and Hohhot Jinqiao City Development Company Co., Ltd. to form CCPV, a jointly owned entity to manufacture and deploy our low-concentration PV ("LCPV") concentrator technology in Inner Mongolia and other regions in China. CCPV is based in Hohhot, Inner Mongolia. The establishment of the entity was subject to approval of the PRC government, which was received in the fourth quarter of fiscal year 2013. In December 2013, we made a $16.4 million equity investment in CCPV, for a 25% equity ownership.

We have concluded that we are not the primary beneficiary of CCPV because, although we are obligated to absorb losses and have the right to receive benefits, we alone do not have the power to direct the activities of CCPV that most significantly impact its economic performance. We account for our investment in CCPV using the equity method because we are able to exercise significant influence over CCPV due to our board position. Due to changes in certain facts and circumstances, in fiscal year 2017, we impaired the entire amount of this investment.

*Equity Investments without Readily Determinable Fair Value*

*Deca Technologies, Inc.*

In September 2010, SunPower entered into an agreement to purchase preferred shares of Deca Technologies, Inc., a subsidiary of Cypress Semiconductor, that commercializes a proprietary electronic system interconnect technology. The investment was intended to monetize our intellectual property and capabilities in an adjacent field and potential co-development opportunities in the future. Pursuant to the share purchase agreement, we are entitled to certain liquidation and conversion rights of holders of such preferred shares. Concurrent with the purchase agreement, we also entered into a lease and facility service agreement and license agreement. During fiscal year 2020, in connection with an equity transaction with a third-party investor, the Company agreed to give up the liquidation and conversion rights in exchange for two transactions which increased the equity ownership to 8%, together with a cash dividend of $2.5 million representing a return of capital. In addition, we recorded a gain of $1.3 million related to an increase in the fair value of our investment, based on observable market transactions with the third-party investor. The gain is presented within "Other, net" on our Consolidated and Combined Statements of Operations. As of January 1, 2023 and January 2, 2022, our total equity investment in Deca Technologies, Inc. was $4.0 million.

F-46

*Hohhot Huanju New Energy Development Co. Ltd. ("Hohhot")*

In November 2015, SunPower entered into an agreement with Zhonghuan Energy (Inner Mongolia) Co. Ltd and another investor to form Hohhot Huanju New Energy Development Co. Ltd, a jointly owned entity to develop, construct and operate a photovoltaic station up to 300 MW. Hohhot is based in Hohhot, Inner Mongolia. In December 2017, we made a $2.7 million equity investment in Hohhot, for a 4.6% equity ownership. During fiscal year 2020, we disposed the entire equity ownership in Hohhot to Zhonghuan Energy (Inner Mongolia) Co. Ltd at a consideration of RMB 21.9 million (equivalent to $3.2 million]), determined based on valuation of Hohhot's net assets and we recorded a gain of $0.5 million. This gain was presented within "Other, net" on our Consolidated and Combined Statements of Operations.

Our equity investments consist of equity method investments and equity investments without readily determinable fair value. The below table represents the Company maximum exposure to loss of the equity investments where the Company is not the primary beneficiary.

| | As of | | | |
|---|---|---|---|---|
| **(In thousands)** | **January 1, 2023** | | **January 2, 2022** | |
| Equity method investment | $ | 3,061 | $ | 11,230 |
| Equity investments without readily determinable fair value | | 4,000 | | 4,000 |
| Total equity investments | $ | 7,061 | $ | 15,230 |

*Variable Interest Entities ("VIE")*

A VIE is an entity that has either (i) insufficient equity to permit the entity to finance its activities without additional subordinated financial support, or (ii) equity investors who lack the characteristics of a controlling financial interest. Under ASC 810, Consolidation, an entity that holds a variable interest in a VIE and meets certain requirements would be considered to be the primary beneficiary of the VIE and is required to consolidate the VIE in its consolidated financial statements. In order to be considered the primary beneficiary of a VIE, an entity must hold a variable interest in the VIE and have both:

- The power to direct the activities that most significantly impact the economic performance of the VIE; and

- The right to receive benefits from, or the obligation to absorb losses of the VIE that could be potentially significant to the VIE.

We follow guidance on the consolidation of VIEs that requires companies to utilize a qualitative approach to determine whether it is the primary beneficiary of a VIE. The process for identifying the primary beneficiary of a VIE requires consideration of the factors that indicate a party has the power to direct activities that most significantly impact the investees' economic performance, including powers granted to the investees' governing board and, to a certain extent, a company's economic interest in the investee. We analyze our investments in VIEs and classify them as either:

- A VIE that must be consolidated because we are the primary beneficiary or the investee is not a VIE and we hold the majority voting interest with no significant participative rights available to the other partners; or

- A VIE that does not require consolidation because we are not the primary beneficiary or the investee is not a VIE and we do not hold the majority voting interest.

As part of the above analysis, if it is determined that we have the power to direct the activities that most significantly impact the investees' economic performance, we consider whether or not we have the obligation to absorb losses or rights to receive benefits of the VIE that could potentially be significant to the VIE.

Table of Contents

*Consolidated VIE*

To comply with local government laws in the Philippines, SPML Land, Inc. ("SPML Land") was formed on July 20, 2006 to own land, buildings and equipment that is leased by SPML Land to SunPower Philippines Manufacturing Limited ("SPML"), which is a subsidiary of the Company. SPML owns 40% equity interest in SPML Land and certain SPML employees own the remaining 60% equity interest in SPML Land. Financing for the capital expenditure of SPML Land is provided by SPML.

Based on the relevant accounting guidance summarized above, we have concluded that we are the primary beneficiary as we have the power to direct the activities that significantly impact its economic performance and we have exposure to significant profits or losses, and as such, we consolidate the entity.

The aggregate carrying amounts of the total assets and total liabilities of SPML Land as of January 1, 2023 were $21.7 million and $4.2 million respectively and as of January 2, 2022 were $22.4 million and $7.7 million, respectively.

**NOTE 11. DEBT AND CREDIT SOURCES**

**Green Convertible Notes**

On July 17, 2020, Maxeon issued $200.0 million aggregate principal amount of its 6.5% Green Convertible Senior Notes due 2025 ("Green Convertible Notes"), if not earlier repurchased or converted. The Green Convertible Notes are senior, unsecured obligations of Maxeon and will accrue regular interest at a rate of 6.5% per annum, payable semi-annually in arrears on January 15 and July 15 of each year, beginning on January 15, 2021. Upon satisfaction of the relevant conditions, the Green Convertible Notes will be convertible into Maxeon shares at an initial conversion price of $18.19 per share and an initial conversion rate of 54.9611 Maxeon shares per $1,000 principal amount of Green Convertible Notes. The conversion rate and conversion price will be subjected to adjustment in specified circumstances. We will settle conversions by paying or delivering, as applicable, cash, Maxeon shares or a combination of cash and Maxeon shares, at our election. The Green Convertible Notes will be also redeemable, in whole or in part, at a cash redemption price equal to their principal amount, plus accrued and unpaid interest, if any, at Maxeon's option at any time, and from time to time, on or after July 17, 2023 and on or before the 60th scheduled trading day immediately before the maturity date, but only if the last reported sale price per ordinary share of Maxeon exceeds 130% of the conversion price for a specified period of time. In addition, the Green Convertible Notes will be redeemable, in whole and not in part, at a cash redemption price equal to their principal amount, plus accrued and unpaid interest, if any, at Maxeon's option in connection with certain changes in tax law. Upon the occurrence of a fundamental change (as defined in the Indenture), noteholders may require Maxeon to repurchase their Green Convertible Notes for cash. The repurchase price will be equal to the principal amount of the Green Convertible Notes to be repurchased, plus accrued and unpaid interest, if any, to, but excluding, the applicable repurchase date.

Prior to the adoption of ASU 2020-06, the Green Convertible Notes was classified as a financial instrument that had both an equity and liability component. The liability component was recorded at fair value on initial recognition with the residual accounted for in equity. Subsequently, the liability portion was recorded at amortized cost. As a result of adopting ASU 2020-06, the Company made certain adjustments to its accounting for the Green Convertible Notes. The adoption of ASU 2020-06 eliminated the bifurcation of the liability and equity components of the Green Convertible Notes into a single liability instrument. As a result of the adoption, the carrying amount of the Green Convertible Notes increased by $42.1 million to $187.8 million as of January 3, 2022. Additional paid-in-capital was reduced by $52.2 million and $10.1 million cumulative effect of adoption was recognized to the opening balance of accumulated deficit as of January 3, 2022.

As at January 1, 2023 and January 2, 2022, the net carrying amount of the Green Convertible Notes was $191.3 million and $145.8 million respectively, recorded in "Convertible debt" on the Consolidated Balance Sheets. The fair value of the Green Convertible Notes was $218.6 million and $218.5 million respectively, determined using Level 2 inputs based on market prices as reported by an independent pricing source and the face value of the debt is $200.0 million.

Table of Contents

As of January 1, 2023 and January 2, 2022, included in the net carrying amount of the Green Convertible Notes is the unamortized debt issuance cost of $8.7 million, to be amortized over a term of the note until 2025.

As of January 2, 2022, the net carrying amount of the equity component was $52.2 million, recorded in "Additional paid-in capital" in the Condensed Consolidated Balance Sheets. Included in the net carrying amount of the Green Convertible Notes as of January 2, 2022 was the unamortized discount of $45.5 million to be amortized over the term of the Green Convertible Notes until 2025, based on an effective interest rate of 15.7%. Following the adoption of ASU 2020-06, both components had been eliminated.

For fiscal year 2022 and 2021, the total interest expense arising from the convertible note that is recorded in the Consolidated and Combined Statements of Operation is $16.4 million and $23.7 million respectively. Included in the total interest expense are the coupon interest of $13.0 million for both fiscal year 2022 and 2021. The amortization of debt issuance costs and debt discount is $3.4 million and $10.7 million for fiscal year 2022 and 2021, respectively.

As at January 1, 2023 , the if-converted value of the Green Convertible Notes is below the outstanding principal amount by $23.5 million while as at January 2, 2022 , the if-converted value is below the outstanding principal amount by $47.2 million.

**Physical Delivery Forward**

On July 17, 2020 and in connection with the issuance of the Green Convertible Notes, the Company entered into a privately negotiated forward-starting physical delivery forward transaction (the "Physical Delivery Forward") with Merrill Lynch International (the "Physical Delivery Forward Counterparty"), with respect to approximately $60.0 million worth of ordinary shares (the "Physical Delivery Maxeon Shares"), pursuant to which the Physical Delivery Forward Counterparty agreed to deliver the Physical Delivery Maxeon Shares to Maxeon or a third-party trustee designated by Maxeon for no consideration at or around the maturity of the Green Convertible Notes subject to the conditions set forth in the agreements governing the Physical Delivery Forward. The Physical Delivery Forward became effective on the first day of the 15 consecutive trading days commencing on September 9, 2020 and ended on September 29, 2020 (the "Note Valuation Period").

The Company filed a registration statement on Form F-3 with the SEC on September 2, 2020. On September 9, 2020, Maxeon filed a final prospectus supplement related to the offering of up to $60.0 million of its ordinary shares in connection with the Physical Delivery Forward. Up to Note Valuation date on September 29, 2020, we issued and sold $58.5 million out of the approximately $60.0 million worth of shares in the Physical Delivery Forward, representing 3.8 million shares issued with the weighted average underwritten price of $15.40. The related shares are excluded from both basic and diluted loss per share calculation as this is an own share lending arrangement. During the Note Valuation Period, the Physical Delivery Forward was a liability classified financial instrument that is remeasured to fair value as it represents a net cash settled provision that is akin to an obligation to repurchase the Company's stock. At the end of the Note Valuation Period, the carrying amount of the Physical Delivery Forward was $64.1 million and a gain of $8.5 million was recorded in Other (expense) income, net in the Consolidated and Combined Statements of Operations. The fair value of the Physical Delivery Forward was affected by the Company's share price and other factors impacting the valuation model. This was subsequently reclassified to equity after remeasurement, at the end of the Note Valuation Period, and thereafter will not be subsequently remeasured.

**Prepaid Forward**

On July 17, 2020 and in connection with the issuance of the Green Convertible Notes, Maxeon entered into a privately negotiated forward-starting forward share purchase transaction (the "Prepaid Forward") with Merrill Lynch International (the "Prepaid Forward Counterparty"), pursuant to which Maxeon will repurchase approximately $40.0 million worth of ordinary shares, subject to the conditions set forth therein, including receipt of required shareholder approvals on an annual basis.

The Prepaid Forward became effective on the first day of the Note Valuation Period. The number of ordinary shares of Maxeon to be repurchased under the Prepaid Forward is determined based on the arithmetic average of the

F-49

Table of Contents

volume-weighted average prices per ordinary share of Maxeon over the Note Valuation Period, subject to a floor price and subject under Singapore law to a limit in aggregate of no more than 20% of the total number of ordinary shares in Maxeon's capital as of the date of the annual shareholder repurchase approval (calculated together with the number of ordinary shares to be repurchased in connection with the Physical Delivery Forward), and Maxeon will prepay the purchase price for the Prepaid Forward in cash using a portion of the net proceeds from the sale of the Green Convertible Notes. Under the terms of the Prepaid Forward, the Prepaid Forward Counterparty will be obligated to deliver the number of ordinary shares of Maxeon underlying the transaction to Maxeon which is 2.5 million shares, or pay cash to the extent Maxeon fails to provide to Prepaid Forward Counterparty evidence of a valid shareholder authorization, on or shortly after the maturity date of the Green Convertible Notes, subject to the ability of the Prepaid Forward Counterparty to elect to settle all or a portion of the transaction early.

The Prepaid Forward is classified as an asset and remeasured to fair value at the end of each reporting period, with changes in fair value booked in earnings as the contract includes provisions that could require cash settlement. As of January 1, 2023 and January 2, 2022, the carrying amount of the Prepaid Forward is $35.7 million and $32.3 million respectively, and is recognized as "Other long-term assets" in the Consolidated Balance Sheets. The remeasurement to fair value for fiscal year 2022 and 2021 was a gain of $3.4 million and a loss of $34.5 million respectively, recorded as Other (expense) income, net in the Consolidated and Combined Statements of Operations. The fair value of the Prepaid Forward is affected by the Company's share price and other factors impacting the valuation model.

**2027 Convertible Notes**

On August 17, 2022, Maxeon completed its sale of $207.0 million aggregate principal amount of 7.5% first lien senior secured convertible notes due 2027 ("2027 Notes") to TZE SG at a purchase price equivalent to97% of the principal amount of the 2027 Notes. The 2027 Notes will accrue regular interest at a rate of 7.5% per annum, payable semi-annually in arrears on February 17 and August 17 of each year, beginning on February 17, 2023. Payment of interest will take the following forms: (a) the initial 3.5% of the total 7.5% interest payable on an interest payment date shall be paid in cash and (b) the remaining 4.0% of interest payable on such interest payment date may be paid, at the Company's election, (i) in cash, (ii) by increasing the principal amount of the outstanding 2027 Notes or by issuing additional 2027 Notes in a corresponding amount (the "PIK Notes"), in accordance with the terms and conditions of the Indenture, (iii) if subject to certain conditions, in ordinary shares of the Company (the "Shares"), and/or (iv) a combination of any two or more forms of payment as described in (i) through (iii). The payment of principal and interest are jointly and severally unconditionally guaranteed, on a senior secured basis, by certain subsidiaries of the Company.

From and after August 17, 2022 until the fifth scheduled trading day immediately preceding August 17, 2027, the holder of 2027 Notes may, at its option, convert its 2027 Notes at an initial conversion price of $23.13 per ordinary shares and an initial conversion rate of 43.2301 ordinary shares for $1,000 principal amount of 2027 Notes, in accordance with the terms and conditions of the indenture dated August 17, 2022 (the "Indenture"). The conversion rate and conversion price will be subjected to adjustment in specified circumstances. The Company can elect to settle the conversions by paying or delivering, as applicable, cash, ordinary shares of the Company or a combination of cash and ordinary shares of Maxeon. The 2027 Notes will be also redeemable, in whole or in part, at a cash redemption price equal to their principal amount, plus accrued and unpaid interest, if any, at Maxeon's option at any time, and from time to time, on or after August 17, 2024, if the closing sale price per Share exceeds 130% of the Conversion Price then in effect on at least 20 trading days (whether or not consecutive) during the 30 consecutive trading days ending on, and including, the trading day immediately before the date of the redemption notice. In addition, the 2027 Notes will be redeemable, in whole and not in part, at a cash redemption price equal to their principal amount, plus accrued and unpaid interest, if any, at Maxeon's option in connection with certain changes in tax law. Upon the occurrence of a fundamental change (as defined in the Indenture), noteholders may require Maxeon to repurchase their 2027 Notes for cash. The repurchase price will be equal to the principal amount of the 2027 Notes to be repurchased, plus accrued and unpaid interest, if any, to, but excluding, the applicable repurchase date.

As at January 1, 2023, the net carrying amount of the 2027 Notes was $187.3 million, recorded in "Convertible debt" on the Consolidated Balance Sheets. The fair value of the 2027 Notes was $199.5 million, determined using

Table of Contents

Level 2 inputs based on market prices as reported by an independent pricing source and the face value of the debt is $207.0 million. As of January 1, 2023, the unamortized debt issuance cost and debt discount is $19.7 million. For fiscal year 2022, the total interest expense arising from the 2027 Notes that is recorded in the Consolidated and Combined Statements of Operation is $7.1 million. As of January 1, 2023, the if-converted value of the 2027 Notes is below the outstanding principal amount by $63.3 million.

As at January 1, 2023, the Company has pledged certain assets as collaterals for the 2027 Notes. The carrying amount of the assets pledged as collaterals is $2,447 million (inclusive of intercompany balances not reflected on the consolidated balance sheet). The collaterals includes pledges of the shares of (or other ownership of equity interests in) certain subsidiaries and certain other material assets (including intellectual properties) to the extent the pledges are not restricted under existing regulations, law or contractual obligations.

**Other Debt and Credit Sources**

In June 2018, SunPower entered into a Revolving Credit agreement which entitles us to an uncommitted, on demand import and export combined financing of $50.0 million through Standard Chartered Bank Malaysia Berhad at a 1.5% per annum over LIBOR interest rate over a maximum financing tenor of 90 days. The interest rate for the Revolving Credit agreement was updated to 1.5% per annum over SOFR interest rate over a maximum financing tenor of 90 days in August 2022. As at January 1, 2023 and January 2, 2022, the outstanding amount and face value of this outstanding debt was $50.0 million and $24.7 million respectively. The total amount is recorded in "Short-term debt" on the Consolidated Balance Sheets and matures in fiscal year 2023 and 2022 respectively. During the fiscal years 2022 and 2021, the Company recorded interest expense of $1.6 million and $0.5 million, respectively, related to this debt, which is reported as interest expense on the Consolidated and Combined Statements of Operations.

Certain of our subsidiaries had debt facilities with a syndicate of lenders entered on July 14, 2020 which were terminated and the availability period of the draw down expired in fiscal year 2021. In connection with the expiration and termination of these debt facilities, a loss on extinguishment of debt of $5.1 million was recognized. The charge to earnings from the debt issuance cost was $2.6 million and $1.7 million for fiscal year 2021 and 2020 respectively, which is reported as "Interest expense" on the Consolidated and Combined Statements of Operations.

Table of Contents

**NOTE 12. DERIVATIVE FINANCIAL INSTRUMENTS**

The following tables present information about our hedge instruments measured at fair value on a recurring basis as of January 1, 2023 and January 2, 2022 all of which utilize Level 2 inputs under the fair value hierarchy:

| (In thousands) | Balance Sheet Classification | January 1, 2023 | January 2, 2022 |
|---|---|---|---|
| Assets: | | | |
| Derivatives designated as hedging instruments: | | | |
| Foreign currency forward option contracts | Prepaid expenses and other current assets | $ 64 | $ 2,878 |
| Foreign currency forward exchange contracts | Prepaid expenses and other current assets | 63 | 14 |
| | | $ 127 | $ 2,892 |
| | | | |
| Derivatives not designated as hedging instruments: | | | |
| Foreign currency forward exchange contracts | Prepaid expenses and other current assets | $ 576 | $ 634 |
| | | $ 703 | $ 3,526 |
| | | | |
| Liabilities: | | | |
| Derivatives designated as hedging instruments: | | | |
| Foreign currency forward option contracts | Accrued liabilities | $ 213 | $ 536 |
| Foreign currency forward exchange contracts | Accrued liabilities | 5,105 | — |
| | | $ 5,318 | $ 536 |

| | January 1, 2023 | | Gross Amounts Not Offset in the Consolidated Balance Sheet, but Have Rights to Offset |
|---|---|---|---|
| (In thousands) | Gross Amounts | Net Amounts Presented | Financial Instruments |
| Derivative assets | $ 703 | $ 703 | $ 703 |
| Derivative liabilities | 5,318 | 5,318 | 5,318 |

| | January 2, 2022 | | Gross Amounts Not Offset in the Combined Balance Sheet, but Have Rights to Offset |
|---|---|---|---|
| (In thousands) | Gross Amounts | Net Amounts Presented | Financial Instruments |
| Derivative assets | $ 3,526 | $ 3,526 | $ 3,526 |
| Derivative liabilities | 536 | 536 | 536 |

Table of Contents

We recorded a loss of $1.5 million, a loss of $3.4 million, and a gain of $3.0 million on these derivative instruments during fiscal year 2022, 2021 and 2020 respectively under "Other, net" in the Consolidated and Combined Statements of Operations.

As of January 2, 2022, there was a cumulative gain of $2.7 million recorded in "Accumulated Other Comprehensive Loss" ("OCL") in connection with the derivatives designated as cash flow hedges. During fiscal year 2022, we recognized an unrealized gain of $7.3 million and reclassified $15.5 million of gain from OCL to profit or loss, with a net loss on derivatives of $8.2 million in the OCL. As of January 1, 2023, the cumulative loss in OCL for the derivatives was $5.5 million.

During fiscal year 2021, we recognized an unrealized gain of $5.8 million and reclassified $2.6 million of gain from OCL to profit or loss, with a net gain on derivatives of $3.2 million in the OCL.

We classify cash flows related to derivative financial instruments as operating activities in our Consolidated and Combined Statements of Cash Flows.

*Foreign Currency Exchange Risk*

*Designated Derivatives Hedging Cash Flow Exposure*

Our cash flow exposure primarily relates to anticipated third-party foreign currency revenues and expenses. We derive a portion of our revenues in foreign currencies as part of our ongoing business operations. In addition, a portion of our assets are held in foreign currencies. We enter into foreign currency option contracts and foreign currency forward exchange contracts designated as cash flow hedges to hedge certain forecasted revenue transactions denominated in Euros and Australian dollars. We also enter into foreign currency forward contracts designated as cash flow hedges to hedge certain forecasted purchase transactions denominated in Chinese Renminbi. Our foreign currency forward and option contracts are entered into for periods consistent with the related underlying exposures and do not constitute positions that are independent of those exposures.

As of January 1, 2023 and January 2, 2022, the derivatives designated as hedging instruments for either gross external or intercompany revenue up to our net economic exposure had notional values of $213.3 million and $121.3 million respectively. These derivatives have a maturity of ten months or less. The effective portion of these cash flow hedges is reclassified into revenue when third-party revenue is recognized in our Consolidated and Combined Statements of Operations.

As of January 2, 2022, the derivatives designated as hedging instrument for purchases had a notional value of $22.6 million. These derivatives had a maturity of three months or less. The effective portion of these cash flow hedges is reclassified into cost of revenue when the cost of the purchase is recognized in our Consolidated and Combined Statements of Operations.

*Non-Designated Derivatives Hedging Transaction Exposure*

Derivatives not designated as hedging instruments consist of forward contracts used to hedge re-measurement of foreign currency denominated monetary assets and liabilities primarily for intercompany transactions, receivables from customers, and payables to third parties. Changes in exchange rates between our subsidiaries' functional currencies and the currencies in which these assets and liabilities are denominated can create fluctuations in our reported combined financial position, results of operations and cash flows. As of January 1, 2023, to hedge balance sheet exposure, we held foreign currency forward contracts with an aggregate notional value of $14.9 million. These foreign currency forward contracts have maturity of three months or less. As of January 2, 2022, to hedge balance sheet exposure, we held foreign currency forward contracts with an aggregate notional value of $53.6 million. These contracts matured in January 2022.

*Credit Risk*

Our option and forward contracts do not contain any credit-risk-related contingent features. We are exposed to credit losses in the event of nonperformance by the counterparties to these option and forward contracts. We enter

F-53

Table of Contents

into derivative contracts with high-quality financial institutions and limit the amount of credit exposure to any single counterparty. In addition, we continuously evaluate the credit standing of our counterparties.

**NOTE 13. INCOMES TAXES**

Prior to Spin-off, the Company's income tax expense and deferred tax balances have been calculated on a separate return basis as if the Company filed its own tax returns, although its operations have been included in SunPower's U.S. federal, state and non-U.S. tax returns. The separate return method applies the accounting guidance for income taxes to the standalone financial statements as if the Company were a separate taxpayer and a standalone enterprise for the period presented.

*Provision for Income Taxes*

The components of current and deferred income tax expense reflected in the Consolidated and Combined Statements of Operations are as follows:

| | Fiscal Year | | |
|---|---|---|---|
| (In thousands) | 2022 | 2021 | 2020 |
| Provision for income taxes: | | | |
| Current tax (expense) benefits | $ (13,239) | $ 3,952 | $ (12,644) |
| Deferred tax (expense) benefit | (18,952) | (4,155) | 517 |
| Provision for income taxes | $ (32,191) | $ (203) | $ (12,127) |

The provision for income taxes differs from the amounts obtained by applying the statutory Singapore tax rate of 17% to income before taxes as shown below:

| | Fiscal Year | | |
|---|---|---|---|
| (In thousands) | 2022 | 2021 | 2020 |
| Statutory rate | 17 % | 17 % | 17 % |
| Tax benefit at statutory rate | $ 38,400 | $ 40,641 | $ 21,367 |
| Foreign tax rate differential | (45,985) | (37,390) | (19,356) |
| Change in valuation allowance | (30,595) | (12,510) | (10,431) |
| Unrecognized tax benefits (expense) | 3,455 | 7,797 | (3,896) |
| Other | 2,534 | 1,259 | 189 |
| Provision for income taxes | $ (32,191) | $ (203) | $ (12,127) |

In the year ended January 1, 2023, the change in effective tax rates was due to an unrecognized tax benefit of $3.5 million due to expiry of statute of limitations in other jurisdictions. There was also a significant valuation allowance recognized against our deferred tax assets which increased the tax expense, As part of the tax expense under "Other", was for Swiss capital tax, recognition of deferred tax, and payment of tax penalties in other jurisdictions. The change in the effective tax rate was also affected by the mix of the tax rates in the various jurisdictions in which the Company's entities generate taxable income.

Tax incentives include a preferential tax rate on gross income attributable to activities covered by Philippines Economic Zone Authority registrations in the Philippines. The Philippine net income attributable to all other activities will be taxed at the statutory Philippines corporate income tax rate, currently 25%. The earlier income tax holiday in the Philippines, granted for manufacturing lines, has since ended on January 1, 2020.

SunPower Malaysia Manufacturing Sdn. Bhd. enjoys a tax incentive in Malaysia where we manufacture our solar power products, subject to certain terms and conditions imposed by the Malaysia Investment Development Authority. The current tax incentive in Malaysia was granted to our former joint venture AUOSP (now a wholly owned subsidiary). The third and final five-year tranche of this incentive was granted a 70% tax exemption and will

expire on June 30, 2026. Malaysian Investment Development Authority ("MIDA") and the Company have been in discussions on additional conditions required to reinstate the full tax exemption that the Company was granted previously. We have agreed to the conditions for such reinstatement with MIDA and are waiting for formal approval from the Malaysian Government.

Maxeon Singapore received a Development and Expansion Incentive - International Headquarters Award ("DEI-IHQ") from the Singapore Economic Development Board ("EDB") with effect from January 1, 2021 and will allow qualifying activities to be taxed at a concessionary tax rate, subject to certain terms and conditions imposed by EDB. All other non-qualifying income will be taxed at the statutory Singapore corporate income tax rate of 17%.

*Deferred Tax Assets and Liabilities*

Long-term deferred tax assets and liabilities are presented in the Consolidated Balance Sheets as follows:

| | As of | |
| --- | --- | --- |
| (In thousands) | January 1, 2023 | January 2, 2022 |
| Deferred tax assets: | | |
| Net operating loss carryforward | $ 49,183 | $ 32,486 |
| Reserves and accruals | 21,666 | 1,698 |
| Fixed assets | — | 905 |
| Total deferred tax assets | 70,849 | 35,089 |
| Valuation allowance | (60,501) | (29,906) |
| Total deferred tax assets, net of valuation allowance | 10,348 | 5,183 |
| Deferred tax liabilities: | | |
| Intangible assets and accruals | (14,913) | (1,150) |
| Total deferred tax liabilities | (14,913) | (1,150) |
| Net deferred tax assets | $ (4,565) | $ 4,033 |

The Company's deferred tax assets primarily relate to timing differences that are expected to reverse and net operating losses. The net operating losses, amounting to $606.9 million, can be carried forward indefinitely and are available for offset against future tax liabilities.

*Valuation Allowance*

In determining whether it is more likely than not that deferred tax assets are recoverable, the assessment is required to be done on a jurisdiction by jurisdiction basis; we believe that sufficient uncertainty exists with regard to the realizability of these assets such that a valuation allowance is necessary. Factors considered in providing a valuation allowance include the lack of a significant history of consistent profits, the lack of consistent profitability in the solar industry, the limited capacity of carrybacks to realize these assets, and other factors. Based on the absence of sufficient positive objective evidence, we are unable to assert that it is more likely than not that we will generate sufficient taxable income to realize net deferred tax assets. Should we achieve a certain level of profitability in the future, we may be able to reverse the valuation allowance which would result in a non-cash income statement benefit of $60.5 million.

*Unrecognized Tax Benefits*

Current accounting guidance contains a two-step approach to recognizing and measuring uncertain tax positions. The first step is to evaluate the tax position for recognition by determining if the weight of available evidence indicates that it is more likely than not that the position will be sustained on audit, including resolution of related appeals or litigation processes, if any. The second step is to measure the tax benefit as the largest amount that is more than 50% likely of being realized upon ultimate settlement.

Table of Contents

A reconciliation of the beginning and ending amounts of unrecognized tax benefits during fiscal years 2022 and 2021 is as follows:

| | Fiscal Year Ended | | |
|---|---|---|---|
| (In thousands) | January 1, 2023 | | January 2, 2022 |
| Balance at beginning of period | $ 34,695 | $ | 39,506 |
| Additions for tax positions related to the current year | 10,971 | | 1,186 |
| Reduction of tax position relating to settlement with taxing authorities | (2,252) | | (2,554) |
| Reductions for tax positions from prior years/statute of limitations expirations | (9,249) | | (3,174) |
| Foreign exchange gain | (304) | | (269) |
| Balance at end of period | $ 33,861 | $ | 34,695 |

The unrecognized tax benefits for fiscal years 2022 and 2021 are $33.9 million and $34.7 million, respectively, that if recognized, would impact our effective tax rate. Certain components of the unrecognized tax benefits are recorded against deferred tax asset balances.

We believe that events that could occur in the next 12 months and cause a change in unrecognized tax benefits include, but are not limited to, the following:

- commencement, continuation or completion of examinations of our tax returns by foreign taxing authorities; and

- expiration of statutes of limitation on our tax returns.

The calculation of unrecognized tax benefits involves dealing with uncertainties in the application of complex global tax regulations. Uncertainties include, but are not limited to, the impact of legislative, regulatory and judicial developments, transfer pricing and the application of withholding taxes. We regularly assess our tax positions in light of legislative, bilateral tax treaty, regulatory and judicial developments in the countries in which we do business. We determined that an estimate of the range of reasonably possible change in the amounts of unrecognized tax benefits within the next 12 months cannot be made.

*Classification of Interests and Penalties*

We accrue interest and penalties on tax contingencies which are classified as "Provision for income taxes" in our Consolidated and Combined Statements of Operations. Accrued interest and penalties as of January 1, 2023 and January 2, 2022 was $0.9 million and $0.4 million, respectively.

*Tax Years and Examination*

Tax returns are filed in each jurisdiction in which we are registered to do business. In many countries in which we file tax returns, a statute of limitations period exists. After the statute of limitations period expires, the respective tax authorities may no longer assess additional income tax for the expired period. Similarly, we are no longer eligible to file claims for refund for any tax that we may have overpaid. We have a tax examination in Switzerland relating to the tax year 2020 as of January 1, 2023.

We do not expect the examinations to result in a material assessment outside of existing reserves. If a material assessment in excess of current reserves results, the amount that the assessment exceeds current reserves will be a current period charge to earnings.

**NOTE 14. COMMON STOCK**

Table of Contents

On April 14, 2021, we announced a public offering to sell, subject to market and other conditions, $125.0 million of ordinary shares through an underwritten public offering. Maxeon also granted the underwriters an option, to purchase up to an additional $18.7 million of ordinary shares offered in the public offering on the same terms and conditions, at a public offering price of $18.00 per share (together with the public offering, the "Offering"). The option was exercised in full by the underwriters. 8,046,025 shares were issued during the Offering, with 59,914 shares issued to a third-party as payment for issuance cost incurred.

In addition, pursuant to a stock purchase agreement, dated April 13, 2021, with an affiliate of Tianjin Zhonghuan Semiconductor, Maxeon agreed to sell to TZE 1,870,000 ordinary shares at $18.00 per share, in a private placement exempt from the registration requirements of the Securities Act of 1933 (the "TZE Private Placement").

The Offering and the TZE Private Placement closed in April 2021. The net proceeds were approximately $169.7 million after giving effect to the underwriting discounts and commissions as well as other issuance costs.

**Common Stock**

*Voting Rights - Common Stock*

All common stockholders are entitled to one vote per share on all matters submitted to be voted on by our stockholders.

*Dividends - Common Stock*

All common stockholders are entitled to receive equal per share dividends when and if declared by the Board of Directors.

**Shares Reserved for Future Issuance Under Equity Compensation Plans**

We had shares of common stock reserved for future issuance as follows:

| | As of | |
|---|---|---|
| (In thousands) | January 1, 2023 | January 2, 2022 |
| Equity compensation plans | 3,166 | 3,363 |

**NOTE 15. NET LOSS PER SHARE**

We calculate basic net loss per share by dividing earnings allocated to common stockholders by the basic weighted-average number of common shares outstanding for the period. Shares issued in connection with the Physical Delivery Forward are excluded for the purpose of calculating net loss per share after its reclassification from liability to equity at the end of the Note Valuation Period as this constitutes a share lending arrangement. Diluted weighted-average shares is computed using basic weighted-average number of common shares outstanding plus any potentially dilutive securities outstanding during the period using the treasury-stock-type method and the if-converted method, except when their effect is anti-dilutive. Potentially dilutive securities include stock options, restricted stock units, and the outstanding Green Convertible Notes and 2027 Notes. The following table presents the calculation of basic and diluted net loss per share attributable to stockholders:

F-57

Table of Contents

| (In thousands, except per share data) | Fiscal Year Ended | | |
| --- | --- | --- | --- |
| | January 1, 2023 | January 2, 2022 | January 3, 2021 |
| Net loss: | | | |
| Net loss attributable to stockholders | (267,424) | (254,520) | (142,631) |
| | | | |
| Number of shares: | | | |
| Basic and diluted weighted-average common shares[1] | 40,920 | 37,457 | 24,502 |
| | | | |
| Basic and diluted net loss per share[1] | (6.54) | (6.79) | (5.82) |

[1] As a result of our net loss attributable to stockholders for fiscal years 2020, 2021 and 2022, the inclusion of all potentially dilutive restricted stock units, and common shares under the Green Convertible Notes and 2027 Notes, where applicable, would be anti-dilutive. Therefore, these were excluded from the computation of the weighted-average shares for diluted net loss per share.

**NOTE 16. STOCK-BASED COMPENSATION**

Prior to the Spin-off, certain of the Company's employees participated in stock-based compensation plans sponsored by SunPower. SunPower's stock-based compensation plans include incentive compensation plans. Certain awards granted under the plans were based on SunPower's common shares and, as such, are not in the Company's Consolidated and Combined Statements of Equity. Stock-based compensation expense include expense attributable to the Company based on the awards and terms previously granted to the Company's employees and an allocation of SunPower's corporate and shared functional employee expenses.

Subsequent to the Spin-off on August 26, 2020 and in accordance with the employee matters agreement entered with SunPower, certain adjustments were made to the unvested restricted stock-based compensation awards with the intention of preserving the intrinsic value of the awards prior to the Spin-off. Unvested restricted stock unit awards and performance-contingent awards have been adjusted to provide holders with restricted stock units awards and performance-contingent awards under the Company's stock-based compensation plans.

The modification resulted in an issuance of 1.2 million shares to the employees of Maxeon in replacement of 2.1 million of unvested shares under SunPower's Plan, with no changes to other terms of the original grant. There was no incremental compensation charge in relation to the modification.

*Equity Incentive Programs*

*SunPower's Stock-based Incentive Plans*

During fiscal years 2020 and 2019, SunPower had two stock incentive plans applicable to our employees: (i) the Third Amended and Restated 2005 SunPower Corporation Stock Incentive Plan ("2005 Plan") and (ii) the SunPower Corporation 2015 Omnibus Incentive Plan ("2015 Plan"). The 2005 Plan was adopted by SunPower's Board of Directors in August 2005 and was approved by stockholders in November 2005. The 2015 Plan, which subsequently replaced the 2005 Plan, was adopted by SunPower's Board of Directors in February 2015, and was approved by its stockholders in June 2015. On November 13, 2018, SunPower filed post-effective amendments to registration statements associated with the 2005 Plan, among others, to deregister shares no longer required to be registered for issuance under those plans, as no new awards had been made and all options had been exercised or had expired.

The 2015 Plan allows for the grant of options, as well as grant of stock appreciation rights, restricted stock grants, restricted stock units and other equity rights. The 2015 Plan also allows for tax withholding obligations related to stock option exercises or restricted stock awards to be satisfied through the retention of shares otherwise

F-58

Table of Contents

released upon vesting. The 2015 Plan includes an automatic annual increase mechanism equal to the lower of three percent of the outstanding shares of all classes of SunPower's common stock measured on the last day of the immediately preceding fiscal year, 6 million shares, or such other number of shares as determined by SunPower's Board of Directors. In fiscal year 2015, SunPower's Board of Directors voted to reduce the stock incentive plan's automatic increase from 3% to 2%. Under the 2015 Plan, the restricted stock grants and restricted stock units typically vest in equal installments annually over three years or four years.

The majority of shares issued are net of the minimum statutory withholding requirements that SunPower paid on behalf of our employees. During fiscal years 2020, SunPower withheld 0.1 million shares to satisfy the employees' tax obligations, respectively. SunPower paid such withholding requirements in cash to the appropriate taxing authorities. Shares withheld are treated as common stock repurchases for accounting and disclosure purposes and reduce the number of shares outstanding upon vesting.

*Maxeon's Stock-based Incentive Plans*

On August 3, 2020, the Board of Maxeon adopted 2020 Omnibus Incentive Plan ("2020 Plan") which was approved by SunPower, the sole shareholder prior to the Spin-off, on August 4, 2020. The 2020 Plan allows for the grant of awards representing the right to acquire, or based on the value of, Maxeon's ordinary shares ("Maxeon Shares"), and includes non-statutory share options, share appreciation rights, restricted shares, restricted share units, and cash-based incentive awards. Replacement awards may also be granted under the Plan in substitution of awards of common stock of SunPower Corporation held by certain participants whose employment will be transferred to Maxeon. The 2020 Plan includes an automatic annual increase mechanism equal to three percent of the number of outstanding Maxeon Shares of all classes of Maxeon on the last day of the immediately preceding fiscal year or by a small number determined by the Board. Under the 2020 Plan, the restricted stock units typically vest in equal installments annually over four years. Starting from fiscal year 2022, awards granted vest in equal installments annually over three years.

During fiscal year 2022, the Company has rolled out Transformation Incentive Plan ("TIP") with a number of restricted stock units to be granted after achieving performance targets over a three-year performance period ("TIP Grant"). 50% of the TIP Grant will vest immediately upon grant and the remaining 50% will vest one year after grant. The expected award value is recorded as a liability until the determination of the number of shares to be awarded wherby such balance will be reclassified to equity. As of January 1, 2023, the related liability of $1.7 million is recorded in "Accrued liabilities" in the "Consolidated Balance Sheets".

The majority of shares issued are net of the minimum statutory withholding requirements that Maxeon pays on behalf our employees. During fiscal year 2022 and 2021, Maxeon withheld 32,875 and 132,337 shares to satisfy the employees' tax obligations. Maxeon pays such withholding requirements in cash to the appropriate taxing authorities. Shares withheld are treated as common stock repurchases for accounting and disclosure purposes and reduce the number of shares outstanding upon vesting.

The following table summarizes the stock-based compensation expense by line item in the Consolidated and Combined Statements of Operations:

| | Fiscal Year Ended | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| (In thousands) | | January 1, 2023 | | January 2, 2022 | | January 3, 2021 |
| Cost of revenue | $ | 1,535 | $ | 1,250 | $ | 2,080 |
| Research and development | | 1,513 | | 352 | | 1,217 |
| Sales, general and administrative | | 11,532 | | 5,629 | | 3,953 |
| Total stock-based compensation expense | $ | 14,580 | $ | 7,231 | $ | 7,250 |

F-59

Table of Contents

For fiscal year 2022, 2021 and 2020, the net stock-based compensation expense capitalized to inventory $0.2 million, nil and $0.4 million, respectively.

The following table summarizes the non-vested restricted stock units' activities under the 2020 Plan:

| (In thousands) | Restricted Stock Units Shares | Performance Stock Units Shares |
|---|---|---|
| Outstanding as of January 2, 2022 | 1,069 | 112 |
| Granted | 1,633 | 259 |
| Vested | (762) | (56) |
| Forfeited | (199) | (102) |
| Outstanding as of January 1, 2023 | 1,741 | 213 |

We estimate the fair value of our restricted stock awards and units at our stock price on the grant date. The weighted-average grant date fair value of restricted stock units and performance stock units granted under the 2020 Plan during fiscal year 2022, 2021 and 2020 was $15.34, $25.51 and $18.70 respectively. The total fair value of restricted stock units and performance stock units vested under the 2020 Plan during fiscal year 2022, 2021 and 2020 was $13.1 million, $14.5 million and $0.4 million, respectively.

As of January 1, 2023, the total unrecognized stock-based compensation related to outstanding restricted stock units and performance stock units was $25.3 million, which we expect to recognize over a weighted-average period of 2.1 years.

## NOTE 17. SEGMENT AND GEOGRAPHICAL INFORMATION

We determine operating segments based on how our chief operating decision maker ("CODM") manages the business, including making operating decisions, deciding how to allocate resources and evaluating operating performance. Our CODM is our Chief Executive Officer who reviews our operating results on a consolidated basis. We operate in a single operating segment and a single reportable segment based on the operating results available and evaluated regularly by our CODM to make decisions about resource allocation and assess performance. The following table summarizes the allocation of net revenue based on geography:

| (In thousands) | Fiscal Year | | |
|---|---|---|---|
| | 2022 | 2021 | 2020 |
| United States[1] | $ 427,111 | $ 227,499 | $ 235,606 |
| France | 80,872 | 88,454 | 125,366 |
| Italy | 126,195 | 83,957 | 41,882 |
| Rest of world[2] | 425,935 | 383,369 | 441,982 |
| Total revenue | $ 1,060,113 | $ 783,279 | $ 844,836 |

[1]  During fiscal years 2022, 2021 and 2020, we had sales of $283.3 million, $225.9 million and $231.2 million, respectively, to SunPower representing the sale of solar modules to SunPower. The pricing term prior to the Spin-off was made at transfer prices determined based on management's assessment of market-based pricing terms. Subsequent to the Spin-off, pricing is based on the Supply Agreement with SunPower.

[2]  Revenue included under "Rest of the world" comprise of countries that are individually less than 10% for the periods presented.

Revenues are attributed primarily based on the destination of the shipments.

Table of Contents

The following table summarizes the allocation of net property, plant, and equipment based on geography:

| | As of | |
|---|---|---|
| (In thousands) | January 1, 2023 | January 2, 2022 |
| Malaysia | $ 227,656 | $ 240,711 |
| Mexico | 82,056 | 67,208 |
| Philippines | 60,216 | 69,740 |
| Europe | 3,372 | 6,714 |
| Singapore | 4,519 | 1,314 |
| United States | 2,628 | 933 |
| Rest of world | 21 | 10 |
| Property, plant, and equipment, net, by geography | $ 380,468 | $ 386,630 |

Long-lived assets are attributed based upon the country in which the asset is located or owned.

F-61

# Exhibit 2

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 6-K

**Report of Foreign Private Issuer**
**Pursuant to Rule 13a-16 or 15d-16**
**of the Securities Exchange Act of 1934**

**Date of Report: August 2023**

**Commission File Number: 001-39368**

# MAXEON SOLAR TECHNOLOGIES, LTD.
**(Exact Name of registrant as specified in its charter)**

**8 Marina Boulevard #05-02**
**Marina Bay Financial Centre**
**018981, Singapore**
**(Address of principal executive office)**

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F:

Form 20-F ☒ Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): ☐

**Explanatory Note**

On August 10, 2023, Maxeon Solar Technologies, Ltd. (the "Company"), issued a press release entitled "Maxeon Solar Technologies Announces Second Quarter 2023 Financial Results." A copy of this press release is furnished as Exhibit 99.1 herewith.

Other than as indicated below, the information in this Form 6-K (including in Exhibit 99.1) shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act") or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act.

The U.S. GAAP financial information contained in (i) the condensed consolidated balance sheets, (ii) condensed consolidated statements of operations and (iii) condensed consolidated statements of cash flows, and the other financial under the headings "Supplementary information affecting GAAP and Non-GAAP results" and "Reconciliation of Non-GAAP Financial Measures", in each case, included in the press release attached as Exhibit 99.1 to this Report on Form 6-K are hereby incorporated by reference into the Company's registration statements on Form F-3 (File No. 333-271971), Form F-3 (File No. 333-265253), Form F-3 (File No. 333-268309) and Form S-8 (File No. 333-241709).

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

MAXEON SOLAR TECHNOLOGIES, LTD.
(Registrant)

August 10, 2023                                              By:     /s/ Kai Strohbecke

Kai Strohbecke
Chief Financial Officer

**EXHIBITS**

| Exhibit | Title |
|---------|-------|
| 99.1 | Press release on second quarter 2023 financial results |
| 99.2 | Financial results for the second quarter ended July 2, 2023 |

**Exhibit 99.1**



**Investor Contact:**
Robert Lahey
robert.lahey@maxeon.com
+1 (202) 246-1872

**Media Contact:**
Anna Porta
anna.porta@maxeon.com
+39 345 7706205

## Maxeon Solar Technologies Announces Second Quarter 2023 Financial Results

*--$56 Million GAAP Gross Profit, $30 Million Adjusted EBITDA--*
*--New Mexico site selected for US cell and module facility--*

**Singapore, August 11, 2023** - Maxeon Solar Technologies, Ltd. (NASDAQ:MAXN) ("Maxeon" or "the Company"), a global leader in solar innovation and channels, today announced its financial results for the second quarter ended July 2, 2023.

Maxeon's Chief Executive Officer Bill Mulligan noted, "Maxeon delivered another solid quarter, with year-on-year revenue growth of 46 percent and adjusted EBITDA above our guidance mid-point. We were thrilled to announce the selection of Albuquerque as the site for our planned US solar cell and module factory, and were also pleased to recently celebrate the completion of our 1.8 GW capacity expansion in Mexicali. These two milestones position the company well for continued expansion in the US utility scale market."

Continued Mulligan, "The demand environment in the global distributed generation (DG) market weakened significantly in late-Q2 due to the combined effect of higher interest rates, the impact of policy disruption in California, and significant channel inventory industry-wide. Our DG sales team was able to deliver on-plan ASP and gross profit but came in short of target on volume and revenue. We expect these challenging market conditions to persist at least through Q3, particularly in residential, and we have increased our sales focus on the commercial and industrial (C&I) segment as a result. We therefore expect a somewhat higher mix of C&I sales over the next few quarters with some push-out of volume from Q3 to Q4 and into 2024 due to the longer sales cycles associated with C&I projects.

In DG, we believe that we are well positioned to navigate the current market dynamics thanks to our differentiated panel technology, direct-to-installer channel model, and geographic diversification, and that our overall portfolio of US utility scale and global DG exposure is a sound strategic platform that provides long term opportunity for profitable growth while diversifying market risk."

**Selected Q2 Unaudited Financial Summary**

| (In thousands, except shipments) | Fiscal Q2 2023 | Fiscal Q1 2023 | Fiscal Q2 2022 |
|---|---|---|---|
| Shipments, in MW | 807 | 774 | 521 |
| Revenue | $ 348,373 | $ 318,332 | $ 238,080 |
| Gross profit (loss)[1] | 56,223 | 53,625 | (39,324) |
| GAAP Operating expenses | 47,830 | 41,921 | 35,701 |
| GAAP Net (loss) income attributable to the stockholders[1] | (1,509) | 20,271 | (87,920) |
| Capital expenditures | 24,169 | 16,500 | 18,231 |

| | Other Financial Data[1], [2] | | |
|---|---|---|---|
| (In thousands) | Fiscal Q2 2023 | Fiscal Q1 2023 | Fiscal Q2 2022 |
| Non-GAAP Gross profit (loss) | $ 56,748 | $ 54,142 | $ (23,905) |
| Non-GAAP Operating expenses | 40,883 | 38,056 | 30,162 |
| Adjusted EBITDA[3] | 30,240 | 30,984 | (36,833) |

[1]  The Company's GAAP and Non-GAAP results were impacted by the effects of certain items. Refer to "*Supplementary information affecting GAAP and Non-GAAP results*" below.

[2]  The Company's use of Non-GAAP financial information, including a reconciliation to U.S. GAAP, is provided under "Use of Non-GAAP Financial Measures" below.

*Supplementary information affecting GAAP and Non-GAAP results*

| | | Three Months Ended | | |
|---|---|---|---|---|
| (In thousands) | Financial statements item affected | July 2, 2023 | April 2, 2023 | July 3, 2022 |
| Incremental cost of above market polysilicon[1] | Cost of revenue | 184 | 237 | 3,308 |

[1]  Relates to the difference between our contractual cost for the polysilicon under the long-term fixed supply agreements with our supplier, which ended in the fiscal year 2022, and the price of polysilicon available in the market as derived from publicly available information at the beginning of each quarter, multiplied by the volume of modules sold within the quarter.

**Fiscal Year 2023 and Third Quarter 2023 Outlook**

For the third quarter of 2023, the Company anticipates the following results:

| (In millions, except shipments) | Outlook |
|---|---|
| Shipments, in MW | 700 - 740 |
| Revenue | $280 - $320 |
| Gross profit | $29 - $39 |
| Non-GAAP gross profit[1] | $30 - $40 |
| Operating expenses | $50 ± $2 |
| Non-GAAP operating expenses[2] | $43 ± $2 |
| Adjusted EBITDA[3] | $2 - $12 |
| Capital expenditures[4] | $29 - $35 |

For fiscal year 2023, the Company is revising its annual guidance to reflect the near term softening of residential demand and the challenging market conditions which the Company expects to persist through the fourth quarter:

- Revenue to be within a range of $1,250 million to 1,350 million.

- Adjusted EBITDA to be within a range of $80 million to $100 million.

We reaffirm our annual capital expenditures[4] guidance to be within a range of $150 million to $170 million, which was updated to account for the Maxeon 7 capacity expansion following the successful equity raise last May. Refer to our prospectus supplement filed with the Securities and Exchange Commission on May 16, 2023.

[1]  The Company's Non-GAAP gross profit is impacted by the effects of adjusting for stock-based compensation expense.

[2]  The Company's Non-GAAP operating expenses are impacted by the effects of adjusting for stock-based compensation expense.

1

**Page 6**

(3)     The Company cannot provide a reconciliation between its Adjusted EBITDA projection and the most directly comparable GAAP measures without unreasonable efforts because it is unable to predict with reasonable certainty the ultimate outcome of the remeasurement gain or loss of the prepaid forward and the equity in gain or loss of unconsolidated investees.

(4)     Capital expenditures mainly relates to the preparation for capacity expansion for our Maxeon 7 technology, completion of manufacturing capacity for Performance line panels to be sold in the U.S. market, completion of manufacturing capacity for our Maxeon 6 product platform, further developing Maxeon 7 technology and operating a pilot line, as well as various corporate initiatives. The above excludes capital expenditures in connection to the investment plan to deploy a multi-GW factory in the United States to manufacture solar products for both the DG and utility-scale power plant markets.

These anticipated results for the third quarter of 2023 are preliminary, unaudited and represent the most current information available to management. The Company's business outlook is based on management's current views and estimates with respect to market conditions, production capacity and the global economic environment. Please refer to Forward Looking Statements section below. Management's views and estimates are subject to change without notice.

**For more information**

Maxeon's second quarter 2023 financial results and management commentary can be found on Form 6-K by accessing the Financials & Filings page of the Investor Relations section of Maxeon's website at: https://corp.maxeon.com/investor-relations. The Form 6-K and Company's other filings are also available online from the Securities and Exchange Commission at www.sec.gov.

**Conference Call Details**

The Company will hold a conference call on August 10, 2023, at 5:00 PM U.S. ET / August 11, 2023, at 5:00 AM Singapore Time, to discuss results and to provide an update on the business.

To join the live conference call, participants must first register here, where a dial-in number will be provided.

A simultaneous audio-only webcast of the conference call will be available on Maxeon's website here. A webcast replay will be available on Maxeon's website for one year at https://corp.maxeon.com/events-and-presentations.

**About Maxeon Solar Technologies**

Maxeon Solar Technologies Ltd (NASDAQ: MAXN) is Powering Positive Change™. Headquartered in Singapore, Maxeon designs and manufactures Maxeon® and SunPower® brand solar panels, and has sales operations in more than 100 countries, operating under the SunPower brand in certain countries outside the United States. The Company is a leader in solar innovation with access to over 1,000 patents and two best-in-class solar panel product lines. Maxeon products span the global rooftop and solar power plant markets through a network of more than 1,700 trusted partners and distributors. A pioneer in sustainable solar manufacturing, Maxeon leverages a 35-plus-year history in the solar industry and numerous awards for its technology. For more information about how Maxeon is Powering Positive Change™ visit us at https://www.maxeon.com/, on LinkedIn and on Twitter @maxeonsolar.

**Forward-Looking Statements**

This press release contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including, but not limited to, statements regarding: (a) our expectations regarding pricing trends, demand and growth projections; (b) potential disruptions to our operations and supply chain that may result from epidemics, natural disasters or military conflicts, including the duration, scope and impact on the demand for our products, market disruptions from the war in Ukraine; (c) anticipated product launch timing and our expectations regarding ramp, customer acceptance and demand, upsell and expansion opportunities; (d) our expectations and plans for short- and long-term strategy, including our anticipated areas of focus and investment, market expansion, product and technology focus, and projected growth and profitability; (e) our ability to meet short term and long term material cash requirements, our ability to complete an equity or debt offering or financing at favorable terms, if at all, and our overall liquidity, substantial indebtedness and ability to obtain additional financing; (f) our technology outlook, including anticipated fab capacity expansion and utilization and expected ramp and production timelines for the Company's next-generation Maxeon 7 and Performance line solar panels, expected cost reductions, and future performance; (g) our strategic goals and plans, including capacity expansion, partnership discussions with respect to the Company's next-generation technology, and our relationship with SunPower Corporation as one of our largest customers and our relationships with our other existing customers, suppliers and partners, and our ability to achieve and maintain them; (h) our expectations regarding our future performance and revenues resulting from contracted orders, bookings, backlog, and pipelines in our sales channels and feedback from our partners; (i) our projected effective tax rate and changes to the valuation allowance related to our deferred tax

2

**Page 7**

assets; and (j) our third quarter and annual fiscal year 2023 guidance, including shipments, revenue, gross profit, non-GAAP gross profit, operating expenses, non-GAAP operating expenses, Adjusted EBITDA, capital expenditures, and related assumptions.

The forward-looking statements can be also identified by terminology such as "may," "might," "could," "will," "aims," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates" and similar statements. Among other things, the quotations from management in this press release and Maxeon's operations and business outlook contain forward-looking statements.

These forward-looking statements are based on our current assumptions, expectations and beliefs and involve substantial risks and uncertainties that may cause results, performance or achievement to materially differ from those expressed or implied by these forward-looking statements. These statements are not guarantees of future performance and are subject to a number of risks. The reader should not place undue reliance on these forward-looking statements, as there can be no assurances that the plans, initiatives or expectations upon which they are based will occur. Factors that could cause or contribute to such differences include, but are not limited to: (1) challenges in executing transactions key to our strategic plans, including regulatory and other challenges that may arise; (2) our liquidity, substantial indebtedness, terms and conditions upon which our indebtedness is incurred, and ability to obtain additional financing for our projects, customers and operations; (3) our ability to manage supply chain shortages and/or excess inventory and cost increases and operating expenses; (4) potential disruptions to our operations and supply chain that may result from damage or destruction of facilities operated by our suppliers, difficulties in hiring or retaining key personnel, epidemics, natural disasters, including impacts of the war in Ukraine; (5) our ability to manage our key customers and suppliers; (6) the success of our ongoing research and development efforts and our ability to commercialize new products and services, including products and services developed through strategic partnerships; (7) competition in the solar and general energy industry and downward pressure on selling prices and wholesale energy pricing, including impacts of inflation, economic recession and foreign exchange rates upon customer demand; (8) changes in regulation and public policy, including the imposition and applicability of tariffs; (9) our ability to comply with various tax holiday requirements as well as regulatory changes or findings affecting the availability of economic incentives promoting use of solar energy and availability of tax incentives or imposition of tax duties; (10) fluctuations in our operating results and in the foreign currencies in which we operate; (11) appropriately sizing, or delays in expanding our manufacturing capacity and containing manufacturing and logistics difficulties that could arise; (12) unanticipated impact to customer demand and sales schedules due, among other factors, to the war in Ukraine, economic recession and environmental disasters; (13) challenges managing our acquisitions, joint ventures and partnerships, including our ability to successfully manage acquired assets and supplier relationships; (14) reaction by securities or industry analysts to our annual and/or quarterly guidance, in combination with our results of operations or other factors, and/ or third party reports or publications, whether accurate or not, which may cause such securities or industry analysts to cease publishing research or reports about us, or adversely change their recommendations regarding our ordinary shares, which may negatively impact the market price of our ordinary shares and volume of our stock trading; (15) reaction by investors to our annual and/or quarterly guidance, in combination with our results of operations or other factors, and/ or third party reports or publications, whether accurate or not, which may negatively impact the market price of our ordinary shares and volume of our stock trading and (16) unpredictable outcomes resulting from our litigation activities or other disputes. A detailed discussion of these factors and other risks that affect our business is included in filings we make with the Securities and Exchange Commission ("SEC") from time to time, including our most recent report on Form 20-F, particularly under the heading "Risk Factors". Copies of these filings are available online from the SEC at www.sec.gov, or on the SEC Filings section of our Investor Relations website at https://corp.maxeon.com/investor-relations. All forward-looking statements in this press release are based on information currently available to us, and we assume no obligation to update these forward-looking statements in light of new information or future events.

3

**Page 8**

**Use of Non-GAAP Financial Measures**

We present certain non-GAAP measures such as non-GAAP gross profit (loss), non-GAAP operating expenses and earnings before interest, taxes, depreciation and amortization ("EBITDA") adjusted for stock-based compensation, restructuring benefits (charges and fees), remeasurement gain (loss) on prepaid forward and physical delivery forward, loss related to settlement of price escalation dispute and equity in losses of unconsolidated investees ("Adjusted EBITDA") to supplement our consolidated financial results presented in accordance with GAAP. Non-GAAP gross profit (loss) is defined as gross profit (loss) excluding stock-based compensation. Non-GAAP operating expenses is defined as operating expenses excluding stock-based compensation and restructuring benefits (charges and fees).

We believe that non-GAAP gross profit (loss), non-GAAP operating expenses and Adjusted EBITDA provide greater transparency into management's view and assessment of the Company's ongoing operating performance by removing items management believes are not representative of our continuing operations and may distort our longer-term operating trends. We believe these measures are useful to help enhance the comparability of our results of operations across different reporting periods on a consistent basis and with our competitors, distinct from items that are infrequent or not associated with the Company's core operations as presented above. We also use these non-GAAP measures internally to assess our business, financial performance and current and historical results, as well as for strategic decision-making and forecasting future results. Given our use of non-GAAP measures, we believe that these measures may be important to investors in understanding our operating results as seen through the eyes of management. These non-GAAP measures are neither prepared in accordance with GAAP nor are they intended to be a replacement for GAAP financial data, should be reviewed together with GAAP measures and may be different from non-GAAP measures used by other companies.

As presented in the "Reconciliation of Non-GAAP Financial Measures" section, each of the non-GAAP financial measures excludes one or more of the following items in arriving to the non-GAAP measures:

- *Stock-based compensation expense.* Stock-based compensation relates primarily to equity incentive awards. Stock-based compensation is a non-cash expense that is dependent on market forces that are difficult to predict and is excluded from non-GAAP gross profit (loss), non-GAAP operating expense and Adjusted EBITDA. Management believes that this adjustment for stock-based compensation expense provides investors with a basis to measure our core performance, including the ability to compare our performance with the performance of other companies, without the period-to-period variability created by stock-based compensation.

- *Restructuring benefits (charges and fees).* We incur restructuring benefits (charges and fees) related to reorganization plans aimed towards realigning resources consistent with our global strategy and improving its overall operating efficiency and cost structure. Restructuring benefits (charges and fees) are excluded from non-GAAP operating expenses and Adjusted EBITDA because they are not considered core operating activities. Although we have engaged in restructuring activities and initiatives, past activities have been discrete events based on unique sets of business objectives. As such, management believes that it is appropriate to exclude restructuring benefits (charges and fees) from our non-GAAP financial measures as they are not reflective of ongoing operating results nor do these charges contribute to a meaningful evaluation of our past operating performance.

- *Remeasurement gain (loss) on prepaid forward and physical delivery forward.* This relates to the mark-to-market fair value remeasurement of privately negotiated prepaid forward and physical delivery transactions. The transactions were entered into in connection with the issuance on July 17, 2020 of the 6.50% Green Convertible Senior Notes due 2025 for an aggregate principal amount of $200 million. The prepaid forward is remeasured to fair value at the end of each reporting period, with changes in fair value booked in earnings. The fair value of the prepaid forward is primarily affected by the Company's share price. The physical delivery forward was remeasured to fair value at the end of the Note Valuation Period on September 29, 2020, and was reclassified to equity after remeasurement, and will not be subsequently remeasured. The fair value of the physical delivery forward was primarily affected by the Company's share price. The remeasurement gain (loss) on prepaid forward and physical delivery forward is excluded from Adjusted EBITDA because it is not considered core operating activities. As such, management believes that it is appropriate to exclude the mark-to-market adjustments from our Adjusted EBITDA as it is not reflective of ongoing operating results nor do the loss contribute to a meaningful evaluation of our past operating performance.

- *Equity in income (losses) of unconsolidated investees.* This relates to the income (loss) on our unconsolidated equity investment Huansheng JV. This is excluded from our Adjusted EBITDA financial measure as it is non-cash in nature and not reflective of our core operational performance. As such, management believes that it is appropriate to exclude such charges as they do not contribute to a meaningful evaluation of our performance.

4

- *Loss related to settlement of price escalation dispute.* This relates to loss arising from the settlement of price escalation dispute with a polysilicon supplier related to our long-term, firm commitment polysilicon supply agreement which ended in the fiscal year 2022. This is excluded from our Adjusted EBITDA financial measure as it is non-recurring and not reflective of ongoing operating results. As such, management believes that it is appropriate to exclude such charges as the loss does not contribute to a meaningful evaluation of our past and future operating performance.

**Reconciliation of Non-GAAP Financial Measures**

| (In thousands) | Three Months Ended | | |
| --- | --- | --- | --- |
| | July 2, 2023 | April 2, 2023 | July 3, 2022 |
| **Gross profit (loss)** | $ 56,223 | $ 53,625 | $ (39,324) |
| Stock-based compensation | 525 | 517 | 249 |
| Loss related to settlement of price escalation dispute | - | - | 15,170 |
| **Non-GAAP Gross profit (loss)** | **56,748** | **54,142** | **(23,905)** |
| | | | |
| **GAAP Operating expenses** | **47,830** | **41,921** | **35,701** |
| Stock-based compensation | (7,071) | (4,144) | (1,896) |
| Restructuring benefits (charges and fees) | 124 | 279 | (3,643) |
| **Non-GAAP Operating expenses** | **40,883** | **38,056** | **30,162** |
| | | | |
| **GAAP Net (loss) income attributable to the stockholders** | **(1,509)** | **20,271** | **(87,920)** |
| Interest expense, net | 8,903 | 8,999 | 5,685 |
| Provision for income taxes | 5,893 | 5,984 | 937 |
| Depreciation | 14,546 | 14,383 | 15,305 |
| Amortization | 45 | 68 | 75 |
| EBITDA | 27,878 | 49,705 | (65,918) |
| Stock-based compensation | 7,596 | 4,661 | 2,145 |
| Loss related to settlement of price escalation dispute | - | - | 15,170 |
| Restructuring (benefits) charges and fees | (124) | (279) | 3,643 |
| Remeasurement (gain) loss on prepaid forward | (4,718) | (23,849) | 3,986 |
| Equity in (income) losses of unconsolidated investees | (392) | 746 | 4,141 |
| **Adjusted EBITDA** | **30,240** | **30,984** | **(36,833)** |

**Reconciliation of Non-GAAP Outlook**

| (In millions) | Outlook |
| --- | --- |
| **Gross profit** | $29 - $39 |
| Stock-based compensation | 1 |
| **Non-GAAP gross profit** | **$30 - $40** |
| | |
| **Operating expenses** | $50 ± $2 |
| Stock-based compensation | (7) |
| **Non-GAAP operating expenses** | **$43 ± $2** |

©2023 Maxeon Solar Technologies, Ltd. All rights reserved. MAXEON is a registered trademark of Maxeon Solar Technologies, Ltd. Visit https://corp.maxeon.com/trademarks for more information.

5

**MAXEON SOLAR TECHNOLOGIES, LTD.**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(unaudited)**
**(In thousands, except for shares data)**

| | | As of | | |
|---|---|---|---|---|
| | | July 2, 2023 | | January 1, 2023 |
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 375,461 | $ | 227,442 |
| Short-term securities | | 60,000 | | 76,000 |
| Restricted short-term marketable securities | | 991 | | 968 |
| Accounts receivable, net | | 61,731 | | 54,301 |
| Inventories | | 349,336 | | 303,230 |
| Advances to suppliers, current portion | | 1,407 | | 2,137 |
| Prepaid expenses and other current assets | | 105,300 | | 126,971 |
| **Total current assets** | $ | 954,226 | $ | 791,049 |
| Property, plant and equipment, net | | 361,311 | | 380,468 |
| Operating lease right of use assets | | 25,863 | | 17,844 |
| Other intangible assets, net | | 313 | | 291 |
| Deferred tax assets | | 10,228 | | 10,348 |
| Other long-term assets | | 102,373 | | 60,418 |
| **Total assets** | $ | 1,454,314 | $ | 1,260,418 |
| **Liabilities and Equity** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 211,909 | $ | 247,870 |
| Accrued liabilities | | 107,648 | | 135,157 |
| Contract liabilities, current portion | | 177,921 | | 139,267 |
| Short-term debt | | 35,512 | | 50,526 |
| Operating lease liabilities, current portion | | 5,331 | | 3,412 |
| **Total current liabilities** | $ | 538,321 | $ | 576,232 |
| Long-term debt | | 1,424 | | 1,649 |
| Contract liabilities, net of current portion | | 156,231 | | 161,678 |
| Operating lease liabilities, net of current portion | | 21,845 | | 15,603 |
| Convertible debt | | 382,040 | | 378,610 |
| Deferred tax liabilities | | 14,333 | | 14,913 |
| Other long-term liabilities | | 67,027 | | 63,663 |
| **Total liabilities** | $ | 1,181,221 | $ | 1,212,348 |
| Commitments and contingencies | | | | |
| Equity: | | | | |
| Common stock, no par value (52,646,297 and 45,033,027 issued and outstanding as of July 2, 2023 and January 1, 2023, respectively) | $ | - | $ | - |
| Additional paid-in capital | | 789,312 | | 584,808 |
| Accumulated deficit | | (501,501) | | (520,263) |
| Accumulated other comprehensive loss | | (20,546) | | (22,108) |
| Equity attributable to the Company | | 267,265 | | 42,437 |
| Noncontrolling interests | | 5,828 | | 5,633 |
| Total equity | | 273,093 | | 48,070 |
| **Total liabilities and equity** | $ | 1,454,314 | $ | 1,260,418 |

6

**Page 11**

**MAXEON SOLAR TECHNOLOGIES, LTD.**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(unaudited)**
**(In thousands, except per share data)**

| | Three Months Ended | | Six Months Ended | |
| --- | --- | --- | --- | --- |
| | July 2, 2023 | July 3, 2022 | July 2, 2023 | July 3, 2022 |
| Revenue | $ 348,373 | $ 238,080 | $ 666,705 | $ 461,161 |
| Cost of revenue | 292,150 | 277,404 | 556,857 | 513,449 |
| Gross profit (loss) | 56,223 | (39,324) | 109,848 | (52,288) |
| Operating expenses: | | | | |
| Research and development | 13,012 | 12,416 | 24,088 | 26,310 |
| Sales, general and administrative | 34,492 | 21,520 | 65,520 | 45,271 |
| Restructuring charges | 326 | 1,765 | 143 | 1,530 |
| Total operating expenses | 47,830 | 35,701 | 89,751 | 73,111 |
| Operating income (loss) | 8,393 | (75,025) | 20,097 | (125,399) |
| Other (expense) income, net | | | | |
| Interest expense, net | (8,903) | (5,684) | (17,902) | (10,470) |
| Other, net | 4,550 | (1,978) | 28,993 | (2,130) |
| Other (expense) income, net | (4,353) | (7,662) | 11,091 | (12,600) |
| Income (loss) before income taxes and equity in (income) losses of unconsolidated investees | 4,040 | (82,687) | 31,188 | (137,999) |
| Provision for income taxes | (5,893) | (937) | (11,877) | (1,762) |
| Equity in income (losses) of unconsolidated investees | 392 | (4,141) | (354) | (7,201) |
| Net (loss) income | (1,461) | (87,765) | 18,957 | (146,962) |
| Net income attributable to noncontrolling interests | (48) | (155) | (195) | (70) |
| Net loss (income) attributable to the stockholders | $ (1,509) | $ (87,920) | $ 18,762 | $ (147,032) |
| | | | | |
| Net (loss) income per share attributable to stockholders: | | | | |
| Basic and diluted | $ (0.03) | $ (2.15) | $ 0.43 | $ (3.61) |
| | | | | |
| Weighted average shares used to compute net (loss) income per share: | | | | |
| Basic | 45,158 | 40,853 | 43,273 | 40,751 |
| Diluted | 45,158 | 40,853 | 44,110 | 40,751 |

7

**Page 12**

**MAXEON SOLAR TECHNOLOGIES, LTD.**
**CONDENSED CONSOLIDATED STATEMENTS OF EQUITY**
**(unaudited)**
**(In thousands)**

| | Shares | Amount | Additional Paid In Capital | Accumulated Deficit | Accumulated Other Comprehensive Loss | Equity Attributable to the Company | Noncontrolling Interests | Total Equity |
|---|---|---|---|---|---|---|---|---|
| **Balance at January 1, 2023** | 45,033 | $ - | $ 584,808 | $ (520,263) | $ (22,108) | $ 42,437 | $ 5,633 | $ 48,070 |
| | | | | | | | | - |
| Net income | - | - | - | 20,271 | - | 20,271 | 147 | 20,418 |
| Issuance of common stock for stock-based compensation, net of tax withheld | 377 | - | - | - | - | - | - | - |
| Recognition of stock-based compensation | - | - | 4,033 | - | - | 4,033 | - | 4,033 |
| Other comprehensive income | - | - | - | - | 1,627 | 1,627 | - | 1,627 |
| **Balance at April 2, 2023** | 45,410 | $ - | $ 588,841 | $ (499,992) | $ (20,481) | $ 68,368 | $ 5,780 | $ 74,148 |
| Net loss (income) | - | $ - | $ - | $ (1,509) | $ - | $ (1,509) | $ 48 | $ (1,461) |
| Issuance of common stock, net of issuance cost | 7,120 | - | 193,491 | - | - | 193,491 | - | 193,491 |
| Issuance of common stock for stock-based compensation, net of tax withheld | 116 | - | - | - | - | - | - | - |
| Recognition of stock-based compensation | - | - | 6,980 | - | - | 6,980 | - | 6,980 |
| Other comprehensive loss | - | - | - | - | (65) | (65) | - | (65) |
| **Balance at July 2, 2023** | 52,646 | - | 789,312 | (501,501) | (20,546) | 267,265 | 5,828 | 273,093 |

8

| | Shares | Amount | Additional Paid In Capital | Accumulated Deficit | Accumulated Other Comprehensive Loss | Equity Attributable to the Company | Noncontrolling Interests | Total Equity |
|---|---|---|---|---|---|---|---|---|
| **Balance at January 2, 2022** | 44,247 | $ - | $ 624,261 | $ (262,961) | $ (11,844) | $ 349,456 | $ 5,419 | $ 354,875 |
| Effect of adoption of ASU 2020-06 | - | - | (52,189) | 10,122 | - | (42,067) | - | (42,067) |
| Net loss | - | - | - | (59,112) | - | (59,112) | (85) | (59,197) |
| Issuance of common stock for stock-based compensation, net of tax withheld | 354 | - | (2) | - | - | (2) | - | (2) |
| Distribution to noncontrolling interest | - | - | - | - | - | - | (64) | (64) |
| Recognition of stock-based compensation | - | - | 1,466 | - | - | 1,466 | - | 1,466 |
| Other comprehensive income | - | - | - | - | (803) | (803) | - | (803) |
| **Balance at April 3, 2022** | 44,601 | $ - | $ 573,536 | $ (311,951) | $ (12,647) | $ 248,938 | $ 5,270 | $ 254,208 |
| Net (loss) income | - | - | - | (87,920) | - | (87,920) | 155 | (87,765) |
| Issuance of common stock for stock-based compensation, net of tax withheld | 108 | - | (21) | - | - | (21) | - | (21) |
| Recognition of stock-based compensation | - | - | 2,844 | - | - | 2,844 | - | 2,844 |
| Other comprehensive loss | - | - | - | - | (755) | (755) | - | (755) |
| **Balance at July 3, 2022** | 44,709 | - | 576,359 | (399,871) | (13,402) | 163,086 | 5,425 | 168,511 |

9

**MAXEON SOLAR TECHNOLOGIES, LTD.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(unaudited)**
**(In thousands)**

| | Six Months Ended | |
|---|---|---|
| | July 2, 2023 | July 3, 2022 |
| **Cash flows from operating activities** | | |
| Net profit (loss) | $ 18,957 | $ (146,962) |
| Adjustments to reconcile net profit (loss) to operating cash flows | | |
| Depreciation and amortization | 29,042 | 28,368 |
| Stock-based compensation | 12,257 | 4,842 |
| Non-cash interest expense | 4,657 | 2,819 |
| Equity in losses of unconsolidated investees | 354 | 7,201 |
| Deferred income taxes | (460) | 475 |
| Loss on impairment of property, plant and equipment | 442 | - |
| Loss on disposal of property, plant and equipment | 9 | 191 |
| Remeasurement (gain) loss on prepaid forward | (28,567) | 4,383 |
| (Utilization of) provision for inventory reserves | (10,377) | 10,126 |
| Other, net | 20 | 558 |
| Changes in operating assets and liabilities | | |
| Accounts receivable | (23,850) | (18,728) |
| Inventories | (65,706) | (80,028) |
| Prepaid expenses and other assets | 654 | (19,800) |
| Operating lease right-of-use assets | 2,303 | 1,337 |
| Advances to suppliers | 730 | 34,907 |
| Accounts payable and other accrued liabilities | (13,507) | 58,134 |
| Contract liabilities | 48,661 | 117,329 |
| Operating lease liabilities | (1,928) | (1,454) |
| Net cash (used in) provided by operating activities | (26,309) | 3,698 |
| **Cash flows from investing activities** | | |
| Purchases of property, plant and equipment | (40,669) | (39,913) |
| Purchases of intangible assets | (135) | - |
| Proceeds from maturity of short-term securities | 76,000 | - |
| Purchase of short-term securities | (60,000) | - |
| Purchase of restricted short-term marketable securities | (10) | - |
| Proceeds from disposal of property, plant and equipment | - | 32 |
| Net cash used in investing activities | (24,814) | (39,881) |

10

|  | Six Months Ended | |
| --- | --- | --- |
|  | July 2, 2023 | July 3, 2022 |
| **Cash flows from financing activities** | | |
| Proceeds from debt | 114,539 | 130,010 |
| Repayment of debt | (129,526) | (105,650) |
| Repayment of finance lease obligations | (252) | (332) |
| Payment for tax withholding obligations for issuance of common stock upon vesting of restricted stock units | - | (23) |
| Net proceeds from issuance of common stock | 194,226 | - |
| Distribution to noncontrolling interest | - | (64) |
| Net cash provided by financing activities | 178,987 | 23,941 |
| Effect of exchange rate changes on cash, cash equivalents and restricted cash | 81 | 160 |
| Net increase (decrease) in cash, cash equivalents and restricted cash | 127,945 | (12,082) |
| Cash, cash equivalents and restricted cash, beginning of period | 267,961 | 192,232 |
| Cash, cash equivalents and restricted cash, end of period | $ 395,906 | $ 180,150 |
| **Non-cash transactions** | | |
| Property, plant and equipment purchases funded by liabilities | $ 16,485 | $ 33,800 |
| Property, plant and equipment obtained through capital lease | - | 2,127 |
| Right-of-use assets obtained in exchange for lease obligations | 10,322 | 1,257 |

The following table reconciles our cash and cash equivalents and restricted cash reported on our Condensed Consolidated Balance Sheets and the cash, cash equivalents and restricted cash reported on our Condensed Consolidated Statements of Cash Flows as of July 2, 2023 and July 3, 2022:

| (In thousands) | July 2, 2023 | July 3, 2022 |
| --- | --- | --- |
| Cash and cash equivalents | $ 375,461 | $ 138,347 |
| Restricted cash, current portion, included in Prepaid expenses and other current assets | 20,443 | 35,396 |
| Restricted cash, net of current portion, included in Other long-term assets | 2 | 6,407 |
| Total cash, cash equivalents and restricted cash shown in Condensed Consolidated Statements of Cash Flows | $ 395,906 | $ 180,150 |

11

**Exhibit 99.2**

**Financial Results for the Second Quarter Ended July 2, 2023**

**Overview**

Maxeon Solar Technologies, Ltd ("Maxeon", the "Company", "we", "us", and "our") (NASDAQ: MAXN) is Powering Positive Change™. Headquartered in Singapore, Maxeon designs and manufactures Maxeon® and SunPower® brand solar panels, and has sales operations in more than 100 countries, operating under the SunPower brand in certain countries outside the United States. The Company is a leader in solar innovation with access to over 1,000 patents and two best-in-class solar panel product lines. Maxeon products span the global rooftop and solar power plant markets through a network of more than 1,700 trusted partners and distributors. A pioneer in sustainable solar manufacturing, Maxeon leverages a 35-plus-year history in the solar industry and numerous awards for its technology.

**Unaudited Summary of Financial Results**

We are in the business of manufacturing and supplying solar cells and panels to the power plant, commercial and residential markets. We sell our solar panels and balance of system components primarily to dealers, project developers, system integrators and distributors, and recognize revenue at a point in time when control of such products transfers to the customer, which generally occurs upon shipment or delivery depending on the terms of the contracts with the customer. There are no rights of return. Other than standard warranty obligations, there are no significant post-shipment obligations (including installation, training or customer acceptance clauses) with any of our customers that could have an impact on revenue recognition. Our revenue recognition policy is consistent across all geographic areas.

*Revenue by market*

The following table sets forth our revenue by market for the periods indicated:

| | Three Months Ended | | Six Months Ended | |
|---|---|---|---|---|
| | July 2, 2023 | July 3, 2022 | July 2, 2023 | July 3, 2022 |
| (In percentage) | | | | |
| U.S. and Canada | 55.7% | 35.6% | 53.7% | 34.7% |
| EMEA | 37.7% | 48.7% | 38.7% | 46.2% |
| Asia Pacific | 5.8% | 14.7% | 7.0% | 18.3% |
| Other markets | 0.8% | 1.0% | 0.6% | 0.8% |
| Total revenues | 100.0% | 100.0% | 100.0% | 100.0% |

*Revenue by products*

Our primary products are the Maxeon line of interdigitated back contact ("IBC") solar cells and panels, and the Performance line of solar cells and shingled panels. We believe the Maxeon line of solar panels are the highest-efficiency solar panels on the market with an aesthetically pleasing design, and the Performance line of shingled solar panels offers a high-value and cost-effective solution. The Maxeon line is primarily targeted at residential and small-scale commercial customers across the globe. The Performance line was initially targeted at the large-scale commercial and utility-scale power plant markets, but has proven to be attractive to our customers in the distributed generation (which we refer to as "DG") markets as well.

The following table sets forth our revenue by products for the periods indicated:

1

| | Three Months Ended | | Six Months Ended | |
| --- | --- | --- | --- | --- |
| | **July 2, 2023** | **July 3, 2022** | **July 2, 2023** | **July 3, 2022** |
| (In percentage) | | | | |
| IBC | 41.2% | 52.3% | 43.4% | 56.0% |
| Performance line | 58.8% | 47.7% | 56.6% | 44.0% |
| Total revenues | 100.0% | 100.0% | 100.0% | 100.0% |

For information on the trends and uncertainties to our business, please refer to our Annual Report on Form 20-F for the fiscal year ended January 1, 2023.

### *Revenue and Cost of Revenue*

| | Three Months Ended | | | | Six Months Ended | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | **July 2, 2023** | | **July 3, 2022** | | **July 2, 2023** | | **July 3, 2022** | |
| (In thousands) | | | | | | | | |
| Revenue | $ | 348,373 | $ | 238,080 | $ | 666,705 | $ | 461,161 |
| Cost of revenue | | 292,150 | | 277,404 | | 556,857 | | 513,449 |
| Gross profit (loss) | $ | 56,223 | $ | (39,324) | $ | 109,848 | $ | (52,288) |
| Gross margin | | 16.1% | | (16.5)% | | 16.5% | | (11.3)% |

*Three Months Ended July 2, 2023 Compared to Three Months Ended July 3, 2022*

During the three months ended July 2, 2023, we recognized revenue from sales of modules and components of $348.4 million with shipments of 807MW, of which $79.3 million, or 22.8%, represented sales of solar modules to SunPower Corporation ("SunPower"). During the three months ended July 3, 2022, we recognized revenue from sale of modules and components of $238.1 million with shipments of 521MW, of which $63.1 million or 26.5%, represented sales of solar modules to SunPower. The pricing terms for the sale of solar modules to SunPower were based on the exclusive supply agreement with SunPower (the "Supply Agreement"), which was mutually terminated in February 2022 and replaced with the 2022/2023 Supply Agreement. For the three months ended July 2, 2023, other than the sale transactions with SunPower, there was one customer that accounted for at least 10% of revenue. For the three months ended July 3, 2022, other than the sale transactions with SunPower, there was no customer that accounted for at least 10% of revenue.

The increase of $110.3 million in revenue during the three months ended July 2, 2023 as compared to the three months ended July 3, 2022 was primarily due to higher shipments for the utility-scale business in the United States. The higher revenue in the utility-scale business in the United States is also driven by an increase in selling price pursuant to agreements entered into with a customer and its affiliate on March 7, 2023.

Cost of revenue was $292.2 million and $277.4 million in the three months ended July 2, 2023 and July 3, 2022, respectively. Cost of revenue includes actual cost of materials, labor and manufacturing overhead incurred for revenue-producing units shipped, and associated warranty costs. The increase of $14.7 million in cost of revenue during the three months ended July 2, 2023 as compared to the three months ended July 3, 2022 was primarily due to higher shipments, partially offset by declining container rates and logistic cost reduction initiatives and a one-off settlement of $15.2 million with a polysilicon supplier to resolve a contract dispute regarding the applicability of a price escalation clause in the three months ended July 3, 2022.

*Six Months Ended July 2, 2023 Compared to Six Months Ended July 3, 2022*

During the six months ended July 2, 2023, we recognized revenue from sales of modules and components of $666.7 million with shipments of 1,581MW, of which $151.0 million, or 22.6%, represented sales of solar modules to SunPower. During the six months ended July 3, 2022, we recognized revenue from sales of modules and components of $461.2 million with shipments of 1,009MW, of which $137.8 million or 29.9%, represented sales of solar modules to SunPower. For the six months ended July 2, 2023, other than transactions with SunPower, there

2

was one other customer whom had accounted for at least 10% of revenue. For the six months ended July 3, 2022, SunPower was the only customer whom had accounted for at least 10% of revenues.

The increase of $205.5 million in revenue during the six months ended July 2, 2023 as compared to the six months ended July 3, 2022 was primarily due to sales for the utility-scale business in the United States. This is driven by a combination of higher volume and selling price pursuant to agreements entered into with a customer and its affiliate on March 7, 2023. The Company also experienced higher sales for the DG business in Europe, particularly Italy and France, mainly attributable to higher shipments driven by strong demand for renewable energy solutions.

Cost of revenue was $556.9 million and $513.4 million in the six months ended July 2, 2023 and July 3, 2022, respectively. Cost of revenue includes actual cost of materials, labor and manufacturing overhead incurred for revenue-producing units shipped, and associated warranty costs. The increase of $43.4 million in cost of revenue during the six months ended July 2, 2023 as compared to the six months ended July 3, 2022 was primarily due to higher shipments, partially offset by declining container rates and logistic cost reduction initiatives, lower losses of $18.6 million on the polysilicon procured under long-term fixed supply agreements that ended during fiscal year 2022 and a one-off settlement of $15.2 million with a polysilicon supplier to resolve a contract dispute regarding the applicability of a price escalation clause in the three months ended July 3, 2022.

*Revenues by Geography*

| | Three Months Ended | | Six Months Ended | |
| | July 2, 2023 | July 3, 2022 | July 2, 2023 | July 3, 2022 |
|---|---|---|---|---|
| **(In thousands)** | | | | |
| United States | $ 194,031 | $ 84,647 | $ 357,654 | $ 159,838 |
| Italy | 40,649 | 30,223 | 79,008 | 57,473 |
| Rest of the world[1] | 113,693 | 123,210 | 230,043 | 243,850 |
| Total revenues | $ 348,373 | $ 238,080 | $ 666,705 | $ 461,161 |

[1]   Revenues included under "Rest of the world" comprise countries that are individually less than 10% for the periods presented.

Revenues are attributed to U.S. and international geographies primarily based on the destination of the shipments.

The sales attributed to the U.S. includes $79.3 million and $63.1 million in sales to SunPower for the three months ended July 2, 2023 and July 3, 2022 respectively. For the six months ended July 2, 2023 and July 3, 2022, the sales attributed to the U.S. includes $151.0 million and $137.8 million in sales to SunPower respectively.

*Operating Expenses*

Operating expenses includes primarily salaries and related personnel costs, professional fees and related operating cost to fulfil the functional requirements and responsibilities.

| | Three Months Ended | | Six Months Ended | |
| | July 2, 2023 | July 3, 2022 | July 2, 2023 | July 3, 2022 |
|---|---|---|---|---|
| **(In thousands)** | | | | |
| Operating expenses: | | | | |
| Research and development | $ 13,012 | $ 12,416 | $ 24,088 | $ 26,310 |
| Sales, general and administrative | 34,492 | 21,520 | 65,520 | 45,271 |
| Restructuring charges | 326 | 1,765 | 143 | 1,530 |
| Total operating expenses | $ 47,830 | $ 35,701 | $ 89,751 | $ 73,111 |

3

*Research and Development Expenses*

*Three Months Ended July 2, 2023 Compared to Three Months Ended July 3, 2022*

Research and development expenses were $13.0 million in the three months ended July 2, 2023, primarily associated with expenditures on our Maxeon 7 and 8 cell and panel technology, comprising compensation expense (including stock-based compensation) of $7.9 million, facilities expense of $1.8 million, expense for leased equipment of $0.6 million and research and development materials of $0.4 million. Included in these expenses is $1.0 million related to the Product Collaboration Agreement with SunPower. The increase in research and development expenses was primarily due to higher expense incurred for design and development of tools, higher consulting fees and travelling expenses.

Research and development expenses were $12.4 million in the three months ended July 3, 2022, primarily associated with expenditures on our Maxeon 6 and 7 cell and panel technology, mainly comprising compensation expenses (including stock-based compensation) of $7.7 million, facilities expense of $1.3 million, expenses for leased equipment of $1.2 million and research and development materials of $0.7 million. Included in these expenses is $6.0 million related to the Product Collaboration Agreement with SunPower.

*Six Months Ended July 2, 2023 Compared to Six Months Ended July 3, 2022*

Research and development expenses were $24.1 million in the six months ended July 2, 2023 primarily associated with expenditures on our Maxeon 7 and 8 cell and panel technology, comprising compensation expense (including stock-based compensation) of $14.9 million, facilities expense of $3.3 million, expenses for leased equipment of $0.8 million, and research and development materials of $0.7 million. Included in these expenses is $1.9 million related to the Product Collaboration Agreement with SunPower. The decrease in research and development expenses was primarily driven by decrease of $1.0 million in compensation expense due to non-recurrence of discretionary expense, a net decrease by $0.9 million on the facilities expense and leased equipment as a result of transfer of the research and development assets to Maxeon which was originally under the Product Collaboration Agreement and lower research and development materials by $1.1 million. This was partially offset by higher expenses incurred for design and development of tools, higher consulting fees and travelling expenses.

Research and development expenses were $26.3 million in the six months ended July 03, 2022, primarily associated with expenditures on our Maxeon 6 and 7 cell and panel technology, mainly comprising compensation expenses (including stock-based compensation) of $16.0 million, facilities expense of $2.6 million, expenses for leased equipment of $2.5 million and research and development materials of $1.8 million. Included in these expenses is $15.2 million related to the Product Collaboration Agreement with SunPower.

*Sales, General and Administrative Expenses*

*Three Months Ended July 2, 2023 Compared to Three Months Ended July 3, 2022*

Sales, general and administrative expenses were $34.5 million in the three months ended July 2, 2023 and comprised primarily of $19.2 million of compensation expense (including stock-based compensation), $6.5 million of professional fees, $1.9 million of equipment related expenses, $1.3 million of insurance expense, $1.6 million of marketing fees and $0.8 million of facilities-related costs including rent, utilities and maintenance. The increase in expenses is primarily driven by higher compensation expenses of $9.8 million due to higher headcount and also, non-recurrence of reversal of certain charges in connection to the transition service agreement with SunPower, higher professional fees and increased marketing and travelling expenses by $1.2 million due to higher travel activity after the lifting of travel restrictions globally.

Sales, general and administrative expenses were $21.5 million in the three months ended July 3, 2022 and comprised primarily of $9.4 million of compensation expenses (including stock-based compensation), $6.0 million of professional fees, $1.6 million of equipment related expenses, $1.5 million of insurance expenses, $0.9 million of marketing fees and $0.6 million of facilities-related costs including rent, utilities and maintenance.

4

*Six Months Ended July 2, 2023 Compared to Six Months Ended July 3, 2022*

Sales, general and administrative expenses were $65.5 million in the six months ended July 2, 2023 and comprised primarily of $36.3 million of compensation expense (including stock-based compensation), $13.9 million of professional fees, $3.1 million of equipment related expenses, $2.3 million of insurance expense, $2.4 million of marketing fees and $1.5 million of facilities-related costs including rent, utilities and maintenance. The increase in expenses was primarily driven by higher compensation expenses of $16.3 million due to higher headcount and also, non-recurrence of reversal of certain charges in connection to the transition service agreement with SunPower, higher professional fees, higher travelling expenses by $1.1 million due to more travel activity after the lifting of travel restrictions globally and increased marketing expenses by $0.5 million due to more investment in installer partner trainings, brand and developing new sales channels.

Sales, general and administrative expenses were $45.3 million in the six months ended July 3, 2022 and comprised primarily of $20.0 million of compensation expenses (including stock-based compensation), $12.5 million of professional fees, $3.2 million of insurance expense, $2.9 million of equipment related expenses, $1.9 million of marketing fees and $1.2 million of facilities-related costs including rent, utilities and maintenance.

### Restructuring Expenses

*Three and Six Months Ended July 2, 2023 Compared to Three and Six Months Ended July 3, 2022*

Restructuring expense were $0.3 million and $0.1 million in the three and six months ended July 2, 2023 respectively. This primarily consists of a restructuring plan charge for June 2022 on the closure of our module factory in Porcelette, France.

Restructuring charges were $1.8 million and $1.5 million in the three and six months ended July 3, 2022 respectively. This primarily consists of a restructuring plan charge for June 2022 on the closure of our module factory in Porcelette, France.

### Other (expense) income, net

| (In thousands) | Three Months Ended | | Six Months Ended | |
| --- | --- | --- | --- | --- |
| | July 2, 2023 | July 3, 2022 | July 2, 2023 | July 3, 2022 |
| Other (expense) income, net: | | | | |
| Interest expense, net | $ (8,903) | $ (5,684) | $ (17,902) | $ (10,470) |
| Other, net | 4,550 | (1,978) | 28,993 | (2,130) |
| Other (expense) income, net | $ (4,353) | $ (7,662) | $ 11,091 | $ (12,600) |

*Three Months Ended July 2, 2023 Compared to Three Months Ended July 3, 2022*

Of the total $8.9 million in interest expense, net, incurred during the three months ended July 2, 2023, $4.7 million relates to the Convertible Notes due 2027 issued in August 2022 ("2027 Notes"), $4.1 million relates to the Green Convertible Notes due 2025, $0.6 million relates to interest expense on significant financing component on prepayments received, and interest expense in connection to other debt arrangements. This was partially offset by interest income from the Company's investments.

Of the total $5.7 million in interest expense, net, incurred during the three months ended July 3, 2022, $4.1 million relates to the Green Convertible Notes due 2025, $1.0 million relates to other outstanding debt arrangements and $0.6 million relates to interest expense on significant financing component on prepayment received.

Other, net for the three months ended July 2, 2023 primarily comprised of a $4.7 million gain on the remeasurement of the Prepaid Forward associated with the Green Convertible Notes. This was partially offset by loss of $1.0 million on derivative instruments.

Other, net for the three months ended July 3, 2022 primarily comprised of a $4.0 million loss on the remeasurement of the Prepaid Forward associated with the Green Convertible Notes and a loss of $1.0 million on

5

derivative instruments. This was partially offset by a foreign exchange gain of $1.6 million and a $1.0 million gain arising from the recognition of reimbursement of litigation costs.

*Six Months Ended July 2, 2023 Compared to Six Months Ended July 3, 2022*

Of the total $17.9 million in interest expense, net, incurred during the six months ended July 2, 2023, $9.5 million relates to the 2027 Notes, $8.2 million relates to the Green Convertible Notes due 2025, $1.2 million relates to interest expense on significant financing component on prepayments received, and interest expense in connection to other debt arrangements. This was partially offset by interest income from the Company's investments.

Of the total $10.5 million in interest expense, net, incurred during the six months ended July 3, 2022, $8.2 million relates to the Green Convertible Notes due 2025, $1.2 million relates to other outstanding debt arrangements and $1.1 million relates to interest expense on significant financing component on prepayments received.

Other, net for the six months ended July 2, 2023 primarily comprised of a $28.6 million gain on the remeasurement of the Prepaid Forward associated with the Green Convertible Notes and foreign exchange gain of $0.6 million. This was partially offset by a loss of $1.0 million on derivative instruments.

Other, net for the six months ended July 3, 2022 primarily comprised of a $4.4 million loss on the remeasurement of the Prepaid Forward associated with the Green Convertible Notes and a loss of $2.0 million on derivative instruments. This was partially offset by a foreign exchange gain of $2.8 million and a $1.0 million gain arising from the recognition of reimbursement of litigation costs.

For more information on the 2027 Notes, Prepaid Forward and Green Convertible Notes, please refer to "Item 5.B. Liquidity and Capital Resources" disclosure in our Annual Report on Form 20-F for the fiscal year ended January 1, 2023.

*Income Taxes*

| | Three Months Ended | | Six Months Ended | |
| --- | --- | --- | --- | --- |
| | **July 2, 2023** | **July 3, 2022** | **July 2, 2023** | **July 3, 2022** |
| **(In thousands)** | | | | |
| Provision for income taxes | $ (5,893) | $ (937) | $ (11,877) | $ (1,762) |

*Three and Six Months Ended July 2, 2023 Compared to Three and Six Months Ended July 3, 2022*

The interim income tax expense and other income tax related information contained in these condensed consolidated financial statements are calculated in accordance with FASB guidance for interim reporting of income tax, based on a projected annual effective tax rate while excluding loss jurisdictions which cannot be benefited. Our projected effective tax rate is based on forecasted annualized results which may fluctuate in future periods due to the uncertainty in our annual forecasts resulting from the risks identified in "Risk Factors" as previously disclosed in our Annual Report on Form 20-F for the year ended January 1, 2023 on our operating results. The Company did not have any specific projects which may give rise to any significant, unusual, infrequent in nature or discontinued operations in the three and six months ended July 2, 2023.

In the three and six months ended July 2, 2023, we recorded income tax provision of $5.9 million and $11.9 million respectively. The tax expense was primarily due to current year income tax expense in profitable jurisdictions and prior year income tax true-ups for entities that filed their tax returns in current period. In the three and six months ended July 3, 2022, we recorded income tax provision of $0.9 million and income tax provision of $1.8 million respectively. The tax expense was primarily due to current year income tax expense in profitable jurisdictions and prior year income tax true-ups.

6

**Page 22**

We benefit from a tax holiday granted by the Malaysian government, subject to certain hiring, capital spending, and manufacturing requirements. The third and final five-year tranche of this tax holiday was granted a 70% tax exemption and will expire on June 30, 2026. Malaysian Investment Development Authority ("MIDA") and the Company have been in discussions on additional conditions required to reinstate the full tax exemption that the Company was granted previously. We have agreed to the conditions for such reinstatement with MIDA and are waiting for formal approval from the Malaysian Government. As formal approval has not been received as at July 2, 2023, the income tax provisions reflects the 70% tax exemption status for our Malaysian subsidiary.

We record a valuation allowance to reduce our deferred tax assets to the amount that is more likely than not to be realized. In assessing the need for a valuation allowance, we consider historical levels of income, expectations and risks associated with the estimates of future taxable income and ongoing prudent and feasible tax planning strategies. In the event that we determine that we would be able to realize additional deferred tax assets in the future in excess of the net recorded amount, or if we subsequently determine that realization of an amount previously recorded is unlikely, we would record an adjustment to the deferred tax asset valuation allowance, which would change income tax in the period of adjustment.

### Equity in income (losses) of unconsolidated investees

*Three and Six Months Ended July 2, 2023 Compared to Three and Six Months Ended July 3, 2022*

For the three months ended July 2, 2023, our unconsolidated investee, Huansheng JV reported a gain for which we recorded our reportable share of $0.4 million. This was offset against the losses in the first 3 months of the fiscal year which resulted in a loss of $0.4 million for the six months ended July 2, 2023.

For the three and six months ended July 3, 2022, Huansheng JV reported a loss for which we recorded our reportable share of $4.1 million and $7.2 million respectively. The income for the three months ended July 2, 2023 and lower loss for the six months ended July 2, 2023 is mainly due to lower loss attributable to the shareholder for Huansheng JV.

### Net (Income) loss Attributable to Noncontrolling Interests

*Three and Six Months Ended July 2, 2023 Compared to Three and Six Months Ended July 3, 2022*

For the three and six months ended July 2, 2023, we attributed an insignificant amount and $0.2 million of net income, respectively, to noncontrolling interests. The noncontrolling interests held 20% and 24.05% shareholding of our subsidiaries, SunPower Systems International Limited and SunPower Energy Systems Southern Africa (Pty) Ltd, respectively. For the three and six months ended July 3, 2022, we attributed $0.2 million and $0.1 million of net income, respectively, to these noncontrolling interests. The change in net income attributable to noncontrolling interests was a result of the profitability from our non-wholly owned subsidiaries.

### Recent Developments

The Company's 6.5% Green Convertible Senior Notes due 2025 became convertible during the third quarter of 2023 as the circumstances for conversion set out in Section 5.01(C)(i)(1) of the indenture dated July 17, 2020 between the Company and Deutsche Bank Trust Company Americas (the "2025 Notes Indenture") have been satisfied.

On August 5, 2023, SunPower Corporation ("SunPower") delivered a written notice to the Company alleging breach of its non-circumvention obligations under the Master Supply Agreement dated February 14, 2022, as amended as of December 31, 2022 ("2022 MSA") and the Master Supply Agreement dated December 31, 2022 ("2024 MSA") (collectively, the "Master Supply Agreements"), to which we are responding by conducting a thorough investigation and providing the information, as well as taking proactive steps, requested by SunPower to cure the alleged non-compliance. On August 6, 2023, Maxeon delivered a notice of breach to SunPower for failure to make approximately $29 million in payments required under the Master Supply Agreements for panels delivered. SunPower and Maxeon have engaged in good faith discussions and the Company intends to work collaboratively towards resolution as also contemplated under the dispute provisions of the Master Supply Agreements.

7

As previously disclosed in our prospectus supplement dated May 16, 2023, we estimate total capital expenditures for the planned interdigitated back contact ("IBC") manufacturing capacity expansion to be approximately $200 million, of which approximately $50 million related to preparation of the facility and other long-lead time items had already been included in our prior guidance of 2023 capital expenditures. We currently expect total capital expenditures for fiscal year 2023 to range from $150 million to $170 million, of which approximately $100 million relates to this IBC manufacturing capacity expansion. We anticipate that approximately $100 million of capital expenditures will be required beyond fiscal year 2023 to complete this project.

We are supplementing our risk factors previously disclosed in our Annual Report on Form 20-F for the year ended January 1, 2023 with the following risk factors:

***We derive a significant portion of our revenues from our largest customers and are subjected to concentration of credit risk. Any disagreements with our largest customers, including SunPower, can impact our revenues and our long-term relationships.***

Historically, we have relied on a limited number of customers for a substantial portion of our revenue. During fiscal year 2022, SunPower accounted for 26.7% of our total revenue and 9.6% of our accounts receivable as of January 1, 2023. During the six months ended July 2, 2023, $151.0 million or 22.7% of our revenue represented sales of solar modules to SunPower. Two other customers accounted for at least 10% of accounts receivable as of January 1, 2023 and no other customer accounted for at least 10% of revenue for fiscal year 2022. For the six months ended July 2, 2023, other than transactions with SunPower, there was one other customer who had accounted for at least 10% of revenue. The loss of any of our significant customers, their inability to perform under their agreements, their default in payment or the renegotiation of any of their agreements, could have a material and adverse effect on our financial results.

Because we rely on key customers for a significant portion of our revenues and accounts receivable, we depend on the creditworthiness of these customers. If the financial condition of our customers declines, our credit risk could increase. Should one or more of our significant customers declare bankruptcy, it could materially and adversely affect the collectability of our accounts receivable and our allowance for credit losses, cash flows and net income.

We entered into a supply agreement with SunPower, effective from February 14, 2022, as amended on January 5, 2023, (the "2022/2023 Supply Agreement"), which terminated and replaced the supply agreement which we entered into with SunPower in connection with the Spin-off pursuant to which we supply SunPower with IBC Modules for use in residential installations in Canada and the United States (excluding Puerto Rico, American Samoa, Guam, the Northern Mariana Islands and the U.S. Virgin Islands) (the "Domestic Territory"). On January 5, 2023, we also entered into a new supply agreement with SunPower (the "2024/2025 Supply Agreement" and together with the 2022/2023 Supply Agreement, the "SunPower Supply Agreements") pursuant to which we will supply SunPower with Maxeon 6 IBC Modules in the Domestic Territory in 2024 and 2025. Under the SunPower Supply Agreements, SunPower is required to purchase, and we are required to supply, certain volumes of products during each calendar quarter of their respective terms. The proceeds generated under the SunPower Supply Agreements constitute a material portion of our revenues and margins, and the structure of the SunPower Supply Agreements were negotiated based on prevailing market conditions with volumes established based on SunPower's forecasted requirements. Should market conditions change prior to the end of term of the respective SunPower Supply Agreement, the performance of our obligations thereunder may materially and adversely affect our revenues and results of operations as compared to terms available in the market with other third parties. We may be under pressure to renegotiate the contract and may be subject to the risk of renegotiation by SunPower. There is also a risk that SunPower may not be able perform its obligations under the SunPower Supply Agreements. Similar to the supply agreement executed at Spin-off, the 2022/2023 Supply Agreement (as amended) also contains fixed pricing for 2022 and 2023 based on the power output (in watts) of the IBC Module, but the pricing has been updated to reflect current market trends. The 2022/2023 Supply Agreement also provides that either party may terminate undelivered volumes of Maxeon 6 IBC Modules during 2023 if the parties fail to reach an agreement adjusting pricing in the event of fluctuations in cost of polysilicon above a specified threshold. There is no assurance that we will be able to reach an agreement on the pricing in 2023, or that the 2022/2023 Supply Agreement will not be terminated. The 2024/2025 Supply Agreement contains an indexed pricing provision that tracks five production commodities: polysilicon, aluminum, glass, transpacific container freight, and crude oil. Under this provision, the final price paid for the modules may be adjusted if actual commodities' prices as published in the identified indices differ from agreed baseline values. In the event that adjustments to the final module price result in an increase in or discount to the final module price above certain thresholds, we or SunPower, as the case may be, may have a right to

8

---

elect to terminate the 2024/2025 Supply Agreement for convenience without penalty or damages subject to certain terms and conditions.

The SunPower Supply Agreements also contains mutual non-solicitation provision, a non-circumvention provision with respect to SunPower dealers, as well as limitation of liability, capped delay liquidated damages, termination for cause and force majeure provisions customary within the solar industry. On August 5, 2023, SunPower delivered a written notice to the Company alleging breach of its non-circumvention obligations under the SunPower Supply Agreements, to which we are responding by conducting a thorough investigation and providing the information, as well as taking proactive steps, requested by SunPower to cure the alleged non-compliance. On August 6, 2023, the Company delivered a written notice of breach to SunPower for failure to make approximately $29 million in payments required under the SunPower Supply Agreements for panels delivered. SunPower and the Company have engaged in good faith discussions and the Company intends to work collaboratively towards resolution; however, failure to cure any breach within 30 days of receiving written notice, may result in termination of the SunPower Supply Agreements.

If the parties decide to terminate either SunPower Supply Agreement or not to extend the term of either of these agreements, such termination will negatively impact our revenues in the short term and may materially impact our results of operations for an undetermined amount of time as it may take time for us to rebuild customer demand for such products in the United States.

**Liquidity and Capital Resources**

*Current Sources of Liquidity and Capital Resources*

As of July 2, 2023, we had unrestricted cash and cash equivalents of $375.5 million, restricted cash of $20.4 million and short-term securities representing a 6-months time deposit of $60.0 million as compared to $227.4 million of unrestricted cash and cash equivalents, $40.5 million of restricted cash and short-term securities representing a 4-month time deposit of $76.0 million as of January 1, 2023.

On May 19, 2023, the Company completed an underwritten public offering of an aggregate of to 7,490,000 ordinary shares (following the underwriters' exercise of the over-allotment option in full), including 5,620,000 ordinary shares offered by Maxeon (the "Company Offering") and 1,870,000 ordinary shares offered by an affiliate of TotalEnergies SE ("TotalEnergies") (the "TotalEnergies Offering" and, together with the Company Offering, the "Offering"), each at a price per share of of $28.00. In addition, pursuant to a share purchase agreement, dated May 16, 2023, with an affiliate of TZE, Maxeon sold to Zhonghuan Singapore Investment and Development Pte. Ltd ("TZE SG") 1,500,000 ordinary shares at $28.00 per share (the "TZE Private Placement"), in a private placement exempt from the registration requirements of the Securities Act of 1933, as amended, for a total investment of $42.0 million. The net proceeds from the Company Offering and TZE Private Placement were approximately $193.5 million after giving effect to the underwriting discounts and commissions, as well as other offering costs. The Company did not receive any proceeds from the TotalEnergies Offering.

We have collected material customer advances in connection with certain of our supply agreements we have entered into. The customer advances are amortized based on the contractually agreed upon utilization schedule at the point of transfer of control of goods to the customer. As of July 2, 2023, the customer advances included within "Contract liabilities, current portion" and "Contract liabilities, net of current portion" in our Condensed Consolidated Balance Sheets is $173.4 million and $156.2 million, respectively.

*Material Cash Requirements*

As of July 2, 2023, our outstanding debt was $444.0 million, of which $35.5 million and $408.5 million was classified as short-term and long-term respectively, in our Condensed Consolidated Balance Sheets. As of January 1, 2023, our outstanding debt was $459.2 million.

We expect total capital expenditures ranging from $150 million to $170 million in fiscal year 2023. As of July 2, 2023, we have committed to capital expenditures of $111.3 million via the issuance of purchase orders relating to deliveries for and beyond the remaining fiscal year 2023. The capital expenditures mainly relate to the preparation for capacity expansion for our Maxeon 7 technology, completion of manufacturing capacity for

9

Performance line panels to be sold in the U.S. market, completion of manufacturing capacity for our Maxeon 6 product platform, further developing Maxeon 7 technology and operating a pilot line, as well as various corporate initiatives. The above excludes capital expenditures in connection to the investment plan to deploy a multi-GW factory in the United States to manufacture solar products for both the DG and utility-scale power plant markets.

Additionally, from time-to-time, we are required to provide financial and performance assurance to third parties and in connection with such obligations we procure letters of credit, bank guarantees, and surety bonds. The additional debt supporting these instruments could result in increased expenses, collateralization and may impose new restrictive covenants.

### Anticipated Sources of Funds

We believe that our current cash, cash equivalents, along with cash expected to be generated from operations will be sufficient to meet our obligations over the next 12 months. We expect that we will meet our working capital requirements and fund our committed and uncommitted capital expenditures through our current cash and cash equivalents, cash generated from operations, customer prepayments, available funds to the extent available to us under our existing debt facility which we are renewing, and additional debt or equity financing to the extent we are able to raise such funding on acceptable terms.

We expect our long-term cash requirements to be largely driven by capital expenditures and working capital requirements necessary to improve our profitability and business growth. Given the dynamic nature of the markets we operate in, the volatility in the capital markets, the current status of our business, rising inflation and interest rates, supply chain challenges, as well as the worldwide uncertainty created by the war in Ukraine, we currently lack the visibility to reasonably quantify our expected long-term capital requirements and our ability to fully meet our long-term liquidity needs. Our long-term liquidity needs would be further negatively impacted if the macro conditions set forth above last a sustained period of time.

The Company will continue to pursue opportunities to seek additional funding from time to time to fund capital expenditures and to better position it for execution on its strategy and to weather the challenges facing the industry. However, the Company can make no assurance that it will be able to successfully obtain additional financing. The current economic environment and market conditions could limit our ability to raise capital by issuing new equity or debt securities on acceptable terms or at all, and lenders may be unwilling to lend funds on acceptable terms or at all in the amounts that would be required to supplement cash flows to support our funding needs. The sale of additional equity investments or convertible debt securities would result in dilution to our stockholders and may not be available on favorable terms or at all. Additional debt would result in increased expenses and collateralization and would likely impose new restrictive covenants.

In addition to pursuing financing opportunities, we continue to focus on improving our overall operating performance and liquidity by assessing and evaluating different options that may be available to us, such as selling raw materials inventory to third parties, liquidating certain investments, evaluating additional restructuring plans or strategic options and renegotiating for more favorable payment terms with customers and vendors. From time to time, we evaluate our staffing levels in response to changes in our business needs and demand for our products in order to manage costs and improve performance which may result in restructuring of our workforce and associated costs. We cannot, however, assure you that any such options will materialize or be available to us on commercially acceptable terms or at all.

Our liquidity is subject to various risks including the risks identified in "Risk Factors" and market risks identified in "Quantitative and Qualitative Disclosures about Market Risk" in the Annual Report on Form 20-F for the fiscal year ended January 1, 2023.

10

**Page 26**

**Cash Flows**

A summary of the sources and uses of cash, cash equivalents and restricted cash is as follows:

| | Six Months Ended | |
| --- | --- | --- |
| | **July 2, 2023** | **July 3, 2022** |
| **(In thousands)** | | |
| Net cash (used in) provided by operating activities | $ (26,309) | $ 3,698 |
| Net cash used in investing activities | (24,814) | (39,881) |
| Net cash provided by financing activities | 178,987 | 23,941 |

### *Operating Activities*

Net cash used in operating activities in the six months ended July 2, 2023 was $26.3 million and was primarily the result of: (i) increase in inventories of $65.7 million; (ii) adjustment for non-cash remeasurement gain on Prepaid Forward of $28.6 million; (iii) increase in accounts receivables of $23.9 million, primarily attributable to billings and collection cycles; (iv) decrease in accounts payable and other accrued liabilities of $13.5 million, primarily attributable to the timing of invoice payments; and (v) utilization of inventory reserves of $10.4 million.

This was partially offset by (i) net income of $19.0 million; (ii) an adjustment for non-cash charges of $41.3 million related to depreciation and amortization and stock-based compensation and other non-cash charges; and (iii) $48.7 million increase in contract liabilities arising from advance collections from customers.

Net cash provided by operating activities in the six months ended July 3, 2022 was $3.7 million and was primarily the result of: (i) adjustment for non-cash charges of $33.8 million related to depreciation and amortization, stock-based compensation and other non-cash charges; (ii) adjustment for non-cash remeasurement loss on Prepaid Forward of $4.4 million; (iii) $117.3 million increase in contract liabilities arising from advance collections from customers; (iv) $58.1 million increase in accounts payable and other accrued liabilities, primarily attributable to the timing of invoice payments and an increase in purchases; and (v) $34.9 million decrease in advance payment to suppliers.

This was partially offset by: (i) net loss of $147.0 million of which $19.0 million relates to out-of-market polysilicon cost; (ii) increase in accounts receivables of $18.7 million, primarily attributable to billings and collection cycles; (iii) increase in inventories of $80.0 million; and (iv) increase in prepaid and other assets of $19.8 million due to advance payments.

### *Investing Activities*

Net cash used in investing activities in the six months ended July 2, 2023 was $24.8 million and was primarily due to purchase of short-term securities of $60.0 million and capital expenditures of $40.7 million. This was partially offset by proceeds from maturity of short-term securities of $76.0 million.

Net cash used in investing activities in the six months ended July 3, 2022 was $39.9 million arising from capital expenditures.

### *Financing Activities*

Net cash provided by financing activities in the six months ended July 2, 2023 was $179.0 million, which included $194.2 million in net proceeds from issuance of common stock and $114.5 million in proceeds from debt. This was partially offset by repayment of debt obligations of $129.5 million.

Net cash provided by financing activities in the six months ended July 3, 2022 was $23.9 million, which included $130.0 million in proceeds from debt. This was partially offset by repayment of debt obligations of $105.7 million.

11

**Page 27**

**Forward-Looking Statements**

Certain statements relating to Maxeon in this document or documents incorporated by reference constitute forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including, but not limited to, statements regarding: (a) our expectations regarding pricing trends, demand and growth projections; (b) potential disruptions to our operations and supply chain that may result from epidemics, natural disasters or military conflicts, including the duration, scope and impact on the demand for our products, market disruptions from the war in Ukraine; (c) anticipated product launch timing and our expectations regarding ramp, customer acceptance and demand, upsell and expansion opportunities; (d) our expectations and plans for short- and long-term strategy, including our anticipated areas of focus and investment, market expansion, product and technology focus, and projected growth and profitability; (e) our ability to meet short term and long term material cash requirements; our ability to complete an equity or debt offering or financing at favorable terms, if at all, and our overall liquidity, substantial indebtedness and ability to obtain additional financing; (f) our technology outlook, including anticipated fab capacity expansion and utilization and expected ramp and production timelines for the Company's next-generation Maxeon 7 and Performance line solar panels, expected cost reductions, and future performance; (g) our strategic goals and plans, including capacity expansion, partnership discussions with respect to the Company's next-generation technology, and our relationship with SunPower Corporation as one of our largest customers and our relationships with our other existing customers, suppliers and partners, and our ability to achieve and maintain them; (h) our expectations regarding our future performance and revenues resulting from contracted orders, bookings, backlog, and pipelines in our sales channels and feedback from our partners; (i) our projected effective tax rate and changes to the valuation allowance related to our deferred tax assets; and (j) our third quarter and annual fiscal year 2023 guidance, including shipments, revenue, gross profit, non-GAAP gross profit, operating expenses, non-GAAP operating expenses, Adjusted EBITDA, capital expenditures, and related assumptions.

The forward-looking statements can be also identified by terminology such as "may," "might," "could," "will," "aims," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates" and similar statements. Among other things, the quotations from management in this press release and Maxeon's operations and business outlook contain forward-looking statements.

12

**Page 28**

Exhibit 3

**S&P Global**
Market Intelligence

# Maxeon Solar Technologies, Ltd.
# NasdaqGS:MAXN
# FQ2 2023 Earnings Call Transcripts

## Thursday, August 10, 2023 9:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ2 2023- | | | -FQ3 2023- | -FY 2023- | -FY 2024- |
|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | CONSENSUS |
| **EPS Normalized** | (0.13) | (0.14) | NM | (0.07) | 0.06 | 0.23 |
| **Revenue (mm)** | 372.63 | 348.37 | ▼ (6.51 %) | 396.35 | 1507.16 | 1732.23 |

Currency: USD
Consensus as of  Jul-31-2023 1:56 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

### - EPS NORMALIZED -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ3 2022** | (1.59) | (1.67) | NM |
| **FQ4 2022** | (1.29) | (1.39) | NM |
| **FQ1 2023** | (0.57) | 0.03 | NM |
| **FQ2 2023** | (0.13) | (0.14) | NM |

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | .......................................................................................... | **3** |
| **Presentation** | .......................................................................................... | **4** |
| **Question and Answer** | .......................................................................................... | **9** |

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Kai Strohbecke**
*Chief Financial Officer*

**Peter C. Aschenbrenner**
*Chief Strategy Officer*

**Robert Lahey**
*Head of Investor Relations*

**William P. Mulligan**
*Chief Executive Officer*

## ANALYSTS

**Andrew Salvatore Percoco**
*Morgan Stanley, Research Division*

**Brian K. Lee**
*Goldman Sachs Group, Inc.,
Research Division*

**Donovan Due Schafer**
*Northland Capital Markets,
Research Division*

**Graham Frederick Price**
*Raymond James & Associates,
Inc., Research Division*

**Julien Patrick Dumoulin-Smith**
*BofA Securities, Research Division*

**Kevin Grant Pollard**
*Pickering Energy Partners Insights*

**Philip Shen**
*ROTH MKM Partners, LLC,
Research Division*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, ladies and gentlemen. Welcome to the Maxeon Solar Technologies Second Quarter 2023 Earnings Call. [Operator Instructions] As a reminder, this conference call is being recorded.

I would now like to turn the conference over to our host, Mr. Robert Lahey of Maxeon Solar Technologies. Sir, you may begin.

**Robert Lahey**
*Head of Investor Relations*

Thank you, operator. Good day, everyone, and welcome to Maxeon's Second Quarter 2023 Earnings Conference Call.

With us today are Chief Executive Officer, Bill Mulligan; Chief Financial Officer, Kai Strohbecke; and Chief Strategy Officer, Peter Aschenbrenner. Let me cover a few housekeeping items before I turn the call over to Bill.

As a reminder, a replay of this call will be available later today on the Investor Relations page of Maxeon's website. During today's call, we will make forward-looking statements that are subject to various risks and uncertainties that are described in the safe harbor slide of today's presentation, today's press release, the 6-K and other SEC filings. Please see those documents for additional information regarding those factors that may affect these forward-looking statements.

To enhance this call, we have also posted a supplemental slide deck on the Events and Presentations page of Maxeon's Investor Relations website.

Also, we will reference certain non-GAAP measures during today's call. Please refer to the appendix of our supplemental slide deck as well as today's earnings press release, both of which are available on Maxeon's Investor Relations website for a presentation of the most directly comparable GAAP measure as well as the relevant GAAP to non-GAAP reconciliations.

With that, let me turn the call over to Maxeon's CEO, Bill Mulligan.

**William P. Mulligan**
*Chief Executive Officer*

Thanks, Rob.

Maxeon delivered a solid second quarter with revenue growth 9% sequentially and 46% year-on-year. This growth was driven largely by our increasing exposure to the U.S. utility-scale sector. In spite of significant price pressure in the distributed generation market, we maintained strong ASPs that allowed us to achieve gross profit and adjusted EBITDA above our guidance midpoint.

However, we experienced a rapidly worsening demand environment late in the quarter, which unfavorably impacted our DG shipment volume and associated revenue. Kai and I will cover that in greater detail later in my remarks.

Last, but certainly not least, I'm very pleased to report that we have selected Albuquerque, New Mexico, as our U.S. manufacturing site, a major step forward for this project.

I'll now provide an update of our second quarter key initiatives and accomplishments in our utility-scale and distributed generation businesses. Kai will then review our Q2 financial performance and expectations for Q3 and the full year, and then we'll conclude with Q&A.

As mentioned above, Maxeon's utility-scale business has become our primary growth driver. We shipped over 1.4 gigawatts of annualized volume in the second quarter, 90% of which was to customers in the

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

United States. This included Primergy's Gemini site outside of Las Vegas. Our first project in the U.S. utility-scale market as an independent company and the new record holder for the largest solar power plant in the country. Completing this 968-megawatt project was a big deal for us, and we can now shift our focus to delivering further into our 3.5 gigawatt backlog with higher contracted ASPs.

We also celebrated our Mexicali Modco achieving full capacity in late June with a ribbon cutting ceremony attended by Governor Ávila and other senior government officials from the State of Baja, California. We expect that Mexicali shipments will continue to ramp up through the second half of this year.

Over the past 4 quarters, our technology and operations teams have delivered continued improvement, expanding factory output by over 3x and increasing average panel power by around 5%. With this solid operating foundation in place, and offtake visibility at contracted prices into 2027, the table is fit nicely for our U.S. expansion.

We disclosed today that we have selected a site near Albuquerque for our U.S. cell and module factory, and we are very grateful for the strong interest and support extended by the state and local governments. I'm speaking to you today from our new site where we will be welcoming Governor Grisham and other dignitaries tomorrow for a press event.

We are pleased to have completed our exhaustive site selection process and are now moving forward quickly to submit site-specific plans to the DOE so that they can conduct site diligence and complete environmental studies, including a NEPA review. Due to strong customer demand and the anticipated availability of sufficient infrastructure at the New Mexico site, we are evaluating the option of upsizing the scale of our U.S. factory by approximately 50% to a nameplate capacity of 4.5 gigawatts. We are currently in discussions with customers and expect to be in a position to provide more definitive information in the near future regarding the final design capacity of our Albuquerque factory.

Maxeon is uniquely positioned to be a leader in reshoring a solar supply chain to the United States. Our product is in strong demand due to its industry-leading performance, reliable delivery record and high ESG standards. And our stakeholders appreciate the value of our proven experience in deploying world-class solar technology worldwide, including in North America. We are highly focused on moving forward swiftly to realize this exciting project.

Now let's shift gears to the DG business. As I mentioned earlier, we experienced an unexpectedly rapid change in the market demand environment late in Q2. The cause of this change was high levels of industry-wide channel inventory in both the U.S. and Europe. In the U.S., the primary drivers were the implementation of NEM 3.0 in California and the effect of higher interest rates on residential sell-through and low cost of power regions such as the Southeast and Texas or sales processes focused mostly on year 1 bill savings. The NEM 2.0 sales rush in the first quarter essentially pulled in demand that would normally have been spread over several quarters. And it will now take time to replenish the top of the funnel.

The consequent installer backlogs led many sales professionals in California to take time off in the second quarter. And dealers are just now testing NEM 3.0 sales processes and the end customer value propositions. We fully expect the California market will regain its fundamental strength over time, but we have tempered our volume outlook in California for the second half of 2023 to reflect the impact of this policy disruption.

We saw less impact from the aforementioned demand softness in the Southeast in Texas since our exposure in those states is relatively limited. In U.S. residential, we are typically most active in locations with high utility prices, roof size constraints and installer sales processes based on product quality and long-term savings.

The majority of U.S. DG sales were to SunPower and were in line with the terms of our supply agreement. In addition to SunPower, we now also have our own Maxeon-branded dealer channel, which is showing promising growth, roughly doubling sales from distribution to installers in Q2, although behind our original volume targets due to the demand factors mentioned above. As a reminder, the purpose of this channel is to address segments of the market not currently served by SunPower. We have increased the rate of new sales hires and dealer onboarding and expect to start seeing the results of this activity later this year.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

While we continue to maintain a net positive relationship with SunPower, as recently disclosed, both parties believe that certain provisions under the master supply agreement have not been complied with and have notified the other of such noncompliance. SunPower has alleged noncompliance of the non-circumvention clause, to which we are responding by conducting a thorough investigation and providing the information requested by SunPower as well as taking proactive steps to cure the alleged noncompliance. Maxeon has notified SunPower, in writing, that it has failed to pay approximately $29 million of past due invoices.

As contemplated under the dispute provisions of the master supply agreement, we have engaged with SunPower and intend to work towards a swift resolution of such claims. We remain confident that both parties are incentivized to resolve these disputes in a manner that is beneficial for both parties and consistent with the spirit of the current contracts.

In Europe, overall demand is still growing, although the abundance of low-priced Chinese modules have created a significant inventory bubble in the commodity segment of the market. Because we sell a fundamentally different product and have direct access to installers, the market dynamic is a bit different for Maxeon. Having said that, the sales environment in Europe is also quite challenging, and the job of our sales team is more difficult today as price reductions are a top-of-mind theme in customer conversations.

In Q2, we reduced IBC prices in line with our earlier plans and made ASP cuts on our performance line panels that were more than offset by cost reductions. Even with these price decreases, we held our Q2 DG gross margins above 20% in Europe. Overall, in our DG business, our differentiated products and channels enabled Q2 ASPs that were largely within the expected range, and we hit our planned profitability levels both in absolute dollars and percentage terms.

To mitigate the current demand slowdown in residential, we have been allocating increased sales focus and products to C&I applications, both in the U.S. and in Europe. Due to the longer sales cycles associated with C&I projects, we expect these sales to somewhat increase the weighting of our second half shipments towards Q4 and into 2024, as Kai will explain later.

We have experienced several demand cycles in our 19 years in the solar business and have built our product portfolio and channel strategy to be as resilient as possible to the impact of such cycles. We believe that our strategy of selling differentiated products through a differentiated channel is effective, and we intend to continue to develop this strategy. Key next steps along this journey include extending our competitive advantage with Maxeon 7, expanding revenue and profit contributions from our Beyond the Panel strategy and continuing to ramp up our Maxeon-branded channel in the U.S.

In summary, we strongly believe that our portfolio of U.S. utility-scale and global DG exposure is a sound strategic platform that provides long-term opportunity for profitable growth while diversifying market risk.

With that, I'll turn it over to Kai.

**Kai Strohbecke**
*Chief Financial Officer*

Thank you, Bill.

I will discuss the drivers and details of last quarter's performance and then provide guidance for the current quarter as well as updated guidance for the full year.

Total shipments for the second quarter were 807 megawatts, up 4% sequentially and 55% year-on-year. We fell short of our guidance of 860 to 900 megawatts, primarily due to the previously mentioned unexpectedly rapid changes in U.S. and European DG demand.

Revenues for the second quarter were $348 million, also below our guidance. We posted healthy sequential growth in U.S. DG and maintained our ASP levels there above $0.70. In our new Maxeon-branded channel, our volume ramp was lower than expected, but higher-than-planned ASPs allowed us to exceed our objectives in terms of profit margins.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

In Europe, we executed planned price decreases on both IBC and performance line SKUs, but held our price premium to market, which enabled us to slightly expand gross margin sequentially. Non-GAAP gross profit in the second quarter was $57 million or 16.3% of revenues, which was above our guidance midpoint. This was driven by strong efforts by the sales team to maintain ASPs, continued cost reduction progress by the operations team and the favorable supply chain environment particularly with regards to polysilicon and freight costs.

Non-GAAP operating expenses were $41 million in the second quarter, up from $38 million in the first quarter and consistent with our guidance of $42 million, plus or minus $2 million.

Adjusted EBITDA in the second quarter was $30 million or 8.7% of revenue and in line with our guidance of $24 million to $34 million. GAAP net income attributable to stockholders came in at negative $1.5 million compared to the $20 million result in the previous quarter. The difference was primarily driven by a delta of $19 million from the mark-to-market valuation adjustment of our prepaid forward.

Moving on to the balance sheet. We closed the second quarter with cash, cash equivalents, restricted cash and short-term investments of $456 million compared to $304 million at the end of the first quarter. This increase was attributable to our capital raise in May and partially offset by second quarter capital expenditures of $24 million as well as some debt repayment.

Following our capital raise, we began planned project expenditures for our next-generation IBC technology, which accounted for more than half of our CapEx for the quarter. Inventories expanded from $316 million to $349 million during the quarter, reflecting the slowdown of DG demand and the continued ramp of our performance line cell and module capacity for the U.S. utility-scale market.

In this current quarter, we expect continued competitive pressure and challenging demand dynamics in the residential market to hamper our growth trajectory on volume and margin. And in utility-scale, we still have some lower price bookings from 2021 to fulfill. In DG, we expect competitive pricing pressure and challenging demand to persist in residential for the remainder of the year and, therefore, expect to see a somewhat higher mix of C&I business.

With this context in mind, I'll now turn to our guidance for the third quarter of 2023 and the full year. We project third quarter shipments of between 700 and 740 megawatts. The midpoint of this guidance represents a roughly 10% sequential decline due to the softer near-term residential demand order. We project third quarter revenues of $280 million to $320 million, consistent with the expected sequential volume decrease.

Non-GAAP gross profit is expected to be in the range of $30 million to $40 million, reflecting expected gross margins in the low double digits. This profile of lower Q3 margin sequentially is consistent with our previous expectations, but we now expect that our Q3 gross margin percentage will be also affected by the challenging market conditions.

Non-GAAP operating expenses are expected to be $43 million, plus or minus $2 million, a $1 million increase from the previous quarter at the midpoint, mainly resulting from incremental investment in our U.S. DG sales and marketing team. Adjusted EBITDA in the third quarter is expected to be between $2 million and $12 million.

Third quarter capital expenditures are projected to be in the range of $29 million to $35 million, higher than previous quarters, reflecting a full quarter of Maxeon 7 CapEx investment, which we started late in the second quarter following our capital raise. For 2023, we expect total CapEx to be in the range of $150 million to $170 million, consistent with our previous guidance, which we adjusted in May to account for Maxeon 7.

As a reminder, this annual CapEx guidance excludes spending for any U.S. manufacturing. For the full year 2023, we are updating our revenue guidance to $1.25 billion to $1.35 billion and our adjusted EBITDA guidance to $80 million to $100 million.

With that, I'll turn the call back to Bill to summarize before we go to Q&A.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**William P. Mulligan**
*Chief Executive Officer*

Thanks, Kai.

As I have said on previous earnings calls, my goal is to help make Maxeon one of the most profitable companies in the solar industry by driving aggressive manufacturing cost reduction and operational excellence, while extending our panel technology leadership and leveraging our unique global channels to market. Despite the current industry headwinds, I am still fully focused on this objective.

Looking forward, over the coming 3 years, we have a pipeline of projects that I expect will drive financial performance improvement at a structural level. In 2024, we expect to benefit from an entire year of full capacity operation in our utility-scale manufacturing facilities, selling into a firm backlog at higher contracted prices. In 2025, we expect to see significant contribution from our new Maxeon 7 capacity. And in 2026, we are excited about the prospect of ramping our new Albuquerque cell and module factories. Thank you for your support. Now let's go to Q&A. Operator, please proceed.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions]

Our first question from the line of Julien Dumoulin-Smith with Bank of America.

**William P. Mulligan**
*Chief Executive Officer*

Julien, are you there?

**Julien Patrick Dumoulin-Smith**
*BofA Securities, Research Division*

Sorry, I was on mute there. Apologies. I wanted to just ask you guys about what's going on in Europe here? And how are you thinking about the IBC versus P-Series. Can you talk a little bit about where the pressures are and just confirm how you're adapting to the new evolving landscape, especially as you think about the international markets? And maybe how you think about C&I as another evolving end market to pivot into. And maybe how this impacts your expansion opportunities, if you think about leaning in the Max 7 and further DG-oriented production expansion?

**William P. Mulligan**
*Chief Executive Officer*

Yes. Julien, Yes. Well, it has been tough in Europe. I think the conditions there deteriorated faster than most of us in the industry expected, primarily driven by these really high inventory levels in the commodity sector. We are somewhat immune to that because we sell with a different value proposition and sell direct to installers with a unique product, but we're not isolated from it. So it has created some pressure for us.

We're going to respond in a couple of ways. First of all, there's still many opportunities to grow within Europe just from a market share standpoint. For example, in Europe and Germany, the biggest PV market in Europe, we still have a very small share. So we're doubling down on our sales and marketing efforts to try to just grow the bigger -- the full pie.

And you mentioned C&I. That really is a good opportunity for us. We have a lot of past experience in that sector for those of you who have been following this company for a long time. It's a sector we know well. And there is a lot of opportunity there. There are specialty applications within that sector where our high-performance products play really well. For example, in Carrefour, in building integrated TV or even in the U.S. here, particularly in things like agricultural applications where ammonia resistance of our panels is valued.

So we do have other markets we can pivot into. But I would say, fundamentally, we do believe Europe is still growing. It's a bit of a plateau. We still are very bullish on the DG market in the long haul, but I think this is obviously a little bit of a bump in a road here.

**Kai Strohbecke**
*Chief Financial Officer*

And Julian, this is Kai. Since you also asked about the P-Series specifically in Europe. So on the P-Series, as you know, we are in a position where our costs follow a commodity price index. So basically follow the prices of commodity panels that go into Europe. And also, we have an offtake right from our joint venture, but not an obligation. So here also, we can modulate the offtake in line with our demand forecast.

**Julien Patrick Dumoulin-Smith**
*BofA Securities, Research Division*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Excellent. And then if I can pivot super quickly over to the question of -- look, you've got this SunPower arrangement, obviously, in '23, but also there's some question marks on '24. Can you talk a little bit about that conversation here and the reopener? And how one could impact the other here? Just elaborate a little bit more about the situation at hand and the conversation ahead, if you will, and tie those 2 together, if you can?

**William P. Mulligan**
*Chief Executive Officer*

Yes. As we mentioned in my prepared remarks, we have entered into a dispute with SunPower. But at a high level, we do believe that our interests are fundamentally aligned. It's a symbiotic relationship. And they've had many years of experience. They know how to do it well. We deliver a really high-quality product that is great for their channel. So we think it's a mutually beneficial relationship, and it's going to be in the interest of both parties to resolve this thing as fast as possible.

**Julien Patrick Dumoulin-Smith**
*BofA Securities, Research Division*

All right. But you're still expecting some amount of volumes next year. No change those conversations?

**Kai Strohbecke**
*Chief Financial Officer*

The contract stands as it is, Julian. So we expect that it will continue and the volumes will continue.

**Operator**

Our next question comes from the line of Philip Shen of ROTH MKM.

**Philip Shen**
*ROTH MKM Partners, LLC, Research Division*

Just wanted to follow up on the SunPower thread there. You talked about maybe having $29 million that you're collecting and then SunPower has their allegations against you guys. I wanted to understand what the path to resolution might look like and as well as the timing. And so do you think it's a near-term type of resolution? Or do you think this could sustain for some period of time? And during that time, are additional receivables being added to the balance, and so is that increasing over time?

**William P. Mulligan**
*Chief Executive Officer*

Yes, Bill here. Yes, this thing has just started. So I don't really want to speculate on the trajectory that will take. I will just say, once again, this is a very symbiotic, mutually beneficial relationship. There's plenty of value here to go around. I think it's something that both parties will be certainly incentivized to resolve quickly. And Kai, maybe you could speak to the second half of that question.

**Kai Strohbecke**
*Chief Financial Officer*

Yes. I would say that on the topic of the cash flow, we are in contact with SunPower on that topic. We are willing to work with them. But of course, at the same time, we've got to monitor our exposure and modulate accordingly. So -- but generally, I think there is a path that we can come to a resolution there.

**Philip Shen**
*ROTH MKM Partners, LLC, Research Division*

Got it. Okay. Is there a way to frame what the size of the potential exposure might be? $29 million seems like a base level. Is there an -- like what might a cap be on that number?

**Kai Strohbecke**
*Chief Financial Officer*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

No, not really at the moment. So the number that we have disclosed, obviously, is the $29 million that is overdue, we have shipped more than that. There's other invoices out there. Maybe just one number I can give, which we have publicly disclosed last quarter, our total sales with SunPower were $79.3 million in the second quarter. So just to give an extra reference point.

**Philip Shen**
*ROTH MKM Partners, LLC, Research Division*

Okay. Got it. And is all of that in question in terms of collections or just a modest percentage?

**Kai Strohbecke**
*Chief Financial Officer*

Well, as I said, at the moment, we are stating the facts here, and we are in discussion with SunPower to resolve that situation. So I can't comment about what is in question, what is not. I think we're going to come to a resolution. From our standpoint -- just to add, from our standpoint, you have seen our liquidity balance. So I think we are in a position to help our customers there to some degree.

**Philip Shen**
*ROTH MKM Partners, LLC, Research Division*

Shifting over to the slowdown that you're experiencing. In your release you talked about that slowdown could persist at least through Q3. So I was wondering if you could share how long do you think the slowdown lasts and maybe speak to it from the 2 key continents, U.S. and Europe? And then could it persist through '24? And what do you think needs to happen in order for the challenging environment to turn around? So -- and there might be differences between the regions.

**William P. Mulligan**
*Chief Executive Officer*

Yes. So Phil, I would say, as you can see from our guidance, we expect Q4 to be stronger than Q3. So there's going to be some recovery there. Part of that is due to seasonality. I would say, having been through many of these cycles before, they actually can correct fairly quickly, not oftentimes as fast as they deteriorate, unfortunately, but I'm still quite bullish on the long-term prospects of this market.

I think we will see a recovery in California. It's still a very strong market. It's a new world under NEM 3.0, but I think the value proposition still works. You will see increasing storage attach rates. It's still going to make sense economically for end customers. And so I think it's just going to take a little time for this to settle out for the inventory bubble to be bled off. And then hopefully -- no one can predict the future, but hopefully, I think the long-term fundamentals -- I mean, I know the long-term fundamentals of DG are strong.

**Peter C. Aschenbrenner**
*Chief Strategy Officer*

Phil, this is Peter. Just to make a note, just to be clear, we don't see an actual demand slowdown, market slowdown in Europe. The market there is growing nicely. The issue there is inventory that needs to be worked off.

**Operator**

Our next question is from Brian Lee of Goldman Sachs & Company.

**Brian K. Lee**
*Goldman Sachs Group, Inc., Research Division*

I guess just following up on the line of question around SunPower here. I just wanted to understand a little bit the dynamics. So given the situation there, are you restricting shipments to SunPower in the near term, just given the situation of not getting paid? Or are they, I guess, reneging on contracts, should we obligate in volumes in the near term until some of this gets resolved? Kind of what's the sort of go forward here in 3Q, 4Q? Because it sounded like in your prepared remarks, 2Q came in, in line with expectations,

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

all obligations, what kind of fulfill, but what's this current situation translating into in terms of how you're treating them over the next couple of quarters?

**Kai Strohbecke**
*Chief Financial Officer*

Yes. Brian, it's Kai. So we can't really go into all the details here of the conversations at all, so this is relatively fresh. So I just wanted to say that we reiterate from the previous answer that we are willing to work with them. That we, of course, have to monitor our exposure and modulate that we have the ability to be helpful here and also that we expect that the contract is going to be honored. And I think I'll leave it there.

**Brian K. Lee**
*Goldman Sachs Group, Inc., Research Division*

Okay. But I guess just given the guidance here coming in relatively soft versus expectations and maybe versus normal seasonality this part of the year, I guess the question is how much of this is broader market slowdown, inventory rebalancing versus just this customer-specific issue, albeit I'm sure there's some demand issues underlying some of the challenges with that customer. But what part of this is just the broader market read across versus what you're trying to ultimately resolve with SunPower here in the near term?

**William P. Mulligan**
*Chief Executive Officer*

Yes. I mean, again, we're assuming that we're going to get the SunPower relationship back on track and the contracted shipments are part of our guidance. The softness we're seeing here is largely a result of the broader market slowdown in inventory buildup in Europe. And so it's at times like these where we see a slowdown in DG that we're very happy that we are a diversified company and have exposure to the utility-scale sector that's very strong and growing.

As we noted in my prepared remarks, we are -- it's the growth area for our company going forward. In fact, we're here in Albuquerque, New Mexico, at our new site. We're super excited about getting this project up and running. It will be a few years before it starts to contribute meaningfully. But in the meantime, we're also growing our existing Malaysia, Mexicali revenue for next year.

So these markets tend to be somewhat cyclical. So we believe having some diversification between the DG market, which is currently in a bit of a slump, and the U.S. utility-scale sector, which is currently on fire is a good strategy.

**Brian K. Lee**
*Goldman Sachs Group, Inc., Research Division*

Understood. Maybe just 2 final ones, and I'll pass it on, and I hate to keep harping on this, but it seems like it's a pretty incremental development here. So I just want to make sure we're all on the same page. So what it sounds like you're saying, Bill, and correct me if I'm misinterpreting it, you are basically assuming shipments to SunPower over the rest of the year is in line with whatever your original expectations would have been prior to this kind of challenging status with the customer having arisen here recently. That would be the first question.

And the second question is, presumably, the back and forth here is around price. Is that fair? And then what's the potential resolution if you guys need to come to some sort of compromise? Is it all just going to come down to price?

**William P. Mulligan**
*Chief Executive Officer*

Yes. I think in terms of the contracted volumes that your presumption was largely correct. In terms of what the dispute is about, I really can't say much more than was in our prepared remarks that there's -- the mutual breaches were discussed there.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Kai Strohbecke**
*Chief Financial Officer*

And just to say, the guidance is really the contracted minimum. So no upside or anything -- any additional volume. So really the minimum that is in the contract.

**Operator**

Our next question comes from the line of Andrew Percoco of Morgan Stanley.

**Andrew Salvatore Percoco**
*Morgan Stanley, Research Division*

I just wanted to come back to the manufacturing facility in Albuquerque. So as you think through that incremental 1.5 gigawatts that you might add, very clearly it's dependent on the strong demand that you're seeing. I mean is that broad-based demand? Or could there be 1 or 2 large customers that are willing to sign as anchor tenants on that incremental capacity?

And maybe a slightly different question on the same topic. How are you thinking about contracting out that capacity when it comes to pricing around domestic content and some of the dynamics that play with the global polysilicon prices?

**William P. Mulligan**
*Chief Executive Officer*

Okay. Great. Well, I'll take the first end of that, and I'll let Peter talk a little bit about the pricing environment.

Yes. I think when you think about utility-scale customers, the developers we're selling to, they buy in big chunks, right? Our Primergy customer is just a great example, 968 megawatts, right? 4 gigawatts to 1 customer for 1 project. When we think about it, it's less than 10 utility-scale customers that will contract this entire volume.

The upscaling is basically just really based on the strong market environment. And also the fact that we found this really outstanding site here that is really shovel-ready, and will have all the necessary facilities that we need for such a large facility in place in time to ramp this facility.

So we're in negotiations with customers. We're optimistic about it. It will be at least 3 gigawatts, but we'd like to be in a position to be able to have the land, the space, utilities, the infrastructure to be able to upscale in this really strong market environment right now.

And Peter, I don't know if you want to mention ITC or...

**Peter C. Aschenbrenner**
*Chief Strategy Officer*

Sure. I'd say that in terms of pricing structure for any incremental supply, but also for the baseline 3 gigawatt supply, there's no fundamental difference there in terms of our philosophy. We're looking at pricing that includes the value of local manufacturing, both at the cell and module level.

And I think we've been clear that we expect that that will be a big help to our customers in terms of getting them the ITC bonus. So there's some value of that for us. And it also would involve indexing to keep price inputs -- cost inputs for us so that our margin would be protected over time with a multiyear offtake tenor.

**William P. Mulligan**
*Chief Executive Officer*

And when we execute this project, we will have signed contracts. And right now, we're talking about contracting all the way through 2028 and into 2029 with these customers.

**Andrew Salvatore Percoco**

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Morgan Stanley, Research Division*

Got it. Okay. That's helpful. And then coming back to the size of the facility. So it sounds like it's pretty easy to add extra 1.5 gigawatts based on the land that you have available to you there. How much higher can it go before you need to start doing substantial rework around the land or substation upgrades? Just wondering what's the max capacity that we could be thinking about longer term at this facility specifically?

**William P. Mulligan**
*Chief Executive Officer*

I'm looking out over a field that runs flat for about 5 miles out to the mountains with nothing there. So we have a lot of space here. And -- actually, in all seriousness, we have options on adjacent parcels that will give us optionality to go even bigger if we want to. And perhaps, I think one of the things that's likely to happen in the U.S. is more localization of components of the supply chain closer to the -- where the end demand is. So I think that's a probable outcome as well over time.

**Operator**

Our next question comes from the line of Graham Price of Raymond James.

**Graham Frederick Price**
*Raymond James & Associates, Inc., Research Division*

I guess just following up on the prior question. If you do end up upsizing the expansion project to 4.5 gigawatts, would the DOE loan scale as well? And if we think about something like an 80% LTV, is that kind of in the ballpark?

**Peter C. Aschenbrenner**
*Chief Strategy Officer*

This is Peter. We would expect the DOE loan to scale. The constraints there are typically around some of the financial metrics, loan to total value, debt coverage ratio, et cetera, which should scale with the size of the facility. Obviously, that's not a done deal yet, but that would be our expectation.

With respect to the total coverage of the loan to total project costs, we haven't mentioned that or disclosed that specifically. What we've said is we would expect that to be a majority of the -- to cover a majority of the expense of the project -- to the project cost and together with customer prepayments would be a large majority.

**Graham Frederick Price**
*Raymond James & Associates, Inc., Research Division*

Okay. Got it. That's helpful. And for my follow-up, just quickly on the guidance, are you able to provide the breakout between IBC versus shingled maybe for 3Q and the full year? I know previously, IBC was expected about 1 gigawatt, but obviously, that's come down a bit.

**Kai Strohbecke**
*Chief Financial Officer*

No. No, Graham. Typically, we do not provide that guidance on a shipment or a revenue basis the breakdown. The 1 gigawatt is our internal capacity for IBC.

**Operator**

Next question comes from the line of Kevin Pollard of Pickering Energy Partners.

**Kevin Grant Pollard**
*Pickering Energy Partners Insights*

I wanted to stay with the utility-scale just a little bit longer and this expansion in the U.S. with -- I think we've talked in the past kind of about targeted low to mid-teens gross margin for what you were bringing in from Mexico. As you think about the expansion in the U.S. and taking into account the totality of the

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

$0.11 credit ITC value-add pricing, but also higher U.S. costs, what is a reasonable expectation for the margin of those facilities?

**Kai Strohbecke**
*Chief Financial Officer*

Kevin, it's Kai. I think you already kind of put up the pieces pretty well here in terms of how to think about the margin. The incentives that we are getting -- so-called SEMA incentives under the IRA are meant to kind of bridge the difference in cost between Southeast Asian-made modules and modules made in the United States and also provide a little bit of an incentive to build in the United States and not just make it about the same margin and return-wise.

And then, of course, on top of that, there is the ITC credit that we expect to be eligible for with the products, which also is going to provide an additional benefit here. So overall, we actually expect to be above this 15% long-term financial model margins for us in that part of the business. How much above the 15%? We haven't really commented on. I think it's a pretty -- it's a bit premature to comment on that right now on this call, but we do expect them to be above that marker.

**Kevin Grant Pollard**
*Pickering Energy Partners Insights*

Okay. Great. And then I guess on the DG side, with the shift in focus to the C&I, does that have a similar margin profile to the residential? Or is it a little bit -- I typically think of that as being a little bit lower margin business? Can you comment on that?

**Kai Strohbecke**
*Chief Financial Officer*

Yes. C&I typically is a little bit lower margin. But as I said earlier, we typically do sell into the value segment of -- subsegments of that segment, which are things like carports and other specialty applications that command a premium. And then also from a cost structure, the format of these panels is different. They're more commercial format panel, and so they're a little less costly to make. So yes, the margin profile is a little bit lower, but they also come in bigger chunks of sales as well. So there's a little less OpEx required to move them into the channel.

**Kevin Grant Pollard**
*Pickering Energy Partners Insights*

Okay. And just one last quick one on the guidance. So the implied Q4 is a pretty decent step-up in EBITDA. I think I heard earlier you referenced seasonality in that. But is there an improvement quarter-on-quarter in the DG business embedded in that improvement in Q4?

**Kai Strohbecke**
*Chief Financial Officer*

If you talk on an absolute level there, Kevin, there is more shipments into the DG and margins on a quarter-on-quarter basis, we would expect them also to be slightly healthier again -- compared to the third quarter. So we will have both volume effect and the favorable margin effect that then gives us more EBITDA dollars basically for the quarter for the reasons that we talked about a seasonal, but also given the Maxeon business recovery.

**Operator**

[Operator Instructions] Our next question comes from the line of Donovan Schafer of Northland Capital Markets.

**Donovan Due Schafer**
*Northland Capital Markets, Research Division*

So I want to kind of flesh out the C&I side of the business a little bit just because you are kind of a sprawling organization, you've got a heck of a lot of products to offer. And historically, there was -- you

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

could do some larger C&I-type sales with a direct force. You talked about like agrivoltaics and stuff. But then there's also historically when part of SunPower, there was the CVAR channel, commercial value-added resellers. I kind of forget if that's still something that SunPower owns in the U.S. market or if you have your own CVAR channel in the U.S. while also having like a direct C&I channel? And then what that's like in Europe?

And also, again, with all the product offerings, you have cases where IBC can be fantastic if roof space is limited, but then if you're talking about like a big box retail store, maybe they'll go with P-Series. And then you even have stuff that -- like the Maxeon Air panel that was going to be pretty -- was going to be lightweight so that you could go on rooftops in Europe that are 100 years old and not have to retrofit the building. There's a whole suite of stuff you've got there in kind of different channels.

So I'm just wondering if you can kind of update us where the bigger parts of that are? Where the emphasis is? And kind of just help us to think about it instead of -- just, again, it's a real sprawling offering you've got. Anything there would be helpful.

**Peter C. Aschenbrenner**
*Chief Strategy Officer*

Sure. This is Peter. I'll take that one. So CVAR was kind of the organized channel approach that SunPower had for many years and in fact, that -- we have a similar channel in Europe. SunPower, I believe, got out of that business some time ago. We've continued to serve commercial customers in Europe generally through a similar structure where a lot -- many of the installers do both, but some of the installers are specialized primarily in small commercial, might we say small commercial, but it's up to, say, 0.5 megawatt in terms of roof size.

And as you said, there is certainly a fair share of installations that can benefit from higher efficiency, higher productivity, shade tolerance, all the things that our technology can deliver. And in addition to -- there's some owners that own the building, want a longer-term energy delivery prospect as opposed to being primarily focused on year 1 savings. So you see the same kind of distribution of buying behavior in commercial that you do in residential, and we cater to the premium part of that market.

In the U.S., we do have kind of -- I'd say, legacy connections to some of the players -- the EPC players that serve that small commercial, light commercial market. And there's also a reasonable amount of demand in slightly larger beyond the meter -- behind-the-meter applications where because of limited land space or because of expensive BOS in the case of a car park, where, again, our product makes a lot of sense. And then as you mentioned, Maxeon Air, planning to introduce that and a little bit higher volumes next year, serves a specific segment.

So the C&I market's not new for us. I think what is new is the more of a bias towards that market to mitigate a little bit of slack on the resi side until that inventory clears.

**William P. Mulligan**
*Chief Executive Officer*

Right. And I think what I would add, particularly in Europe, we don't talk a lot about it. But for example, in Italy, we already do a fair amount of C&I business. And up until recently, we have been very supply constrained on our IBC product. So it hasn't been a huge focus for us. But given that we have a lot of historical knowledge and like Peter said, some legacy connections here, it's something we feel like we can move into fairly quickly.

He also mentioned Maxeon Air, which is still in our plans. And you're right, that could be a really excellent product for a number of different applications.

**Donovan Due Schafer**
*Northland Capital Markets, Research Division*

Okay. And then a second question I have is, this is for you, Bill. I watched a video clip of you from Intersolar Europe. I believe -- I'm kind of trying to recall this off the top of my head. So I might be remembering some things incorrectly here, so feel free to correct me if I'm wrong.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

But in the interview, you were talking about plans to move to topCON with the P-Series shingling. So I'm just curious if you -- if it's -- if you have any kind of a timeline around that, if that's premature? And then if there would be meaningful investments that would need to be done or if this is basically just using really the same type of slicing and dicing shingling equipment that you have? And there would just be sort of additional validation or certification work around shifting or being -- enabling to do topCON.

And then lastly, just that's -- if it's just about kind of keeping up with general solar trends or if there would be any sort of special incremental technology benefits? I mean, I know -- or performance benefits? I know you get an uplift in durability, efficiencies and stuff with the current mono PERC cells? Is any of that kind of magnified or multiplied in if you started doing this with topCON?

**William P. Mulligan**
*Chief Executive Officer*

Yes. Okay. Great. Good question. Yes, our new U.S. factory will use topCON technology. It's maturing rapidly right now in the industry. So there's not very much technology risk with it at this stage. That being said, it does get harder and harder to make high-efficiency cells at -- the further up you move in the efficiency charts. Our intel is that there are a lot of companies in the topCON space that are currently still struggling with yields and costs.

Our long, long experience in high-efficiency technology actually puts us in a preferred position to address some of these issues because when we start to converge on very high-efficiency solar cell designs, a lot of the issues converge as well. And so we have technology solutions and expertise that I think can make us a really world-class topCON manufacturer.

And so that's part of our strategy. Everything going forward will likely be topCON technology. Whether or not we retrofit some of our old PERC capacity, TBD, but it could be because that product is still doing very well, being able to import that into the U.S., and we had to contract it out for a long time.

**Peter C. Aschenbrenner**
*Chief Strategy Officer*

Don, it's Peter -- just in all of our technology going forward for our performance line will be topCON.

**William P. Mulligan**
*Chief Executive Officer*

That's right. Sorry for the performance line. Of course, we're going to continue to grow and expand our IBC portfolio as well.

**Donovan Due Schafer**
*Northland Capital Markets, Research Division*

Okay. And just to be clear on a couple of things. So Bill, when you said yield -- other companies struggling on yield, you're talking about the manufacturing yields, not like an energy yield or something for the cells?

**William P. Mulligan**
*Chief Executive Officer*

Perhaps a little bit of both, but yes. I think...

**Donovan Due Schafer**
*Northland Capital Markets, Research Division*

And then you're saying, so there would be a sort of retrofit of some kind that would be required for, say, like the Mexicali facility? Not that you would necessarily [indiscernible] you're not...

**William P. Mulligan**
*Chief Executive Officer*

Let's hope not. Yes. Yes. We built those facilities just a couple of years ago, we had seen this trend coming. So we did plan additional space in the facilities to upgrade, if necessary. It's just a pure question

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

of economics of that additional investment payback. And so we'll do that math. And when the time comes, we'll consider that. But for right now, we have a lot of work on our hands to build a 3-gigawatt factory here in New Mexico. So we're going to focus on that.

**Operator**

And for this question, we'll welcome back Philip Shen of ROTH MKM.

**Philip Shen**
*ROTH MKM Partners, LLC, Research Division*

Just had a few on the DOE loan guarantee and the new facility. I was wondering if you could give us a sense of the timing of when that could be finalized? Are we getting closer? Could it be in the next month or so? Or do you think we have to wait until year-end or perhaps into '24?

And then also, can you remind us or help us understand what the wafer sources would be? And so have you with this announcement locked in a secured supply of wafers, if you mentioned that earlier, sorry if I missed it.

And then finally, why announce this facility today when the DOE loan guarantee has not been provided?

**William P. Mulligan**
*Chief Executive Officer*

All right. Thanks, Phil. Well, the site selection process, unfortunately, has taken a little bit longer than we liked. It really has been the bottleneck for completion of DOE due diligence. There's a certain amount of site-specific diligence they have to do, including things like environmental review. Also, we really can't finalize the financial model for the project until we knew the site-specific details.

So that's done now. And so we expect that we're going to be able to move this project forward at a rapid clip from this point. I'm sort of hesitant to forecast timing. Perhaps Peter can give some color on that. And also Peter has been a little closer to the wafer supply situation. So...

**Peter C. Aschenbrenner**
*Chief Strategy Officer*

Yes. On the timing, Phil, as Bill said, I think the sort of -- this is the last major obstacle out of the way here in terms of completing the DOE diligence. We'll see what that turns into in terms of timing of a conditional approval.

On wafer supply, I think our objective in the midterm on this project is to be able to source wafers in the U.S., and there's a variety of people looking at that. We're in conversations with those. But at the time that we would sign the DOE loan and give the formal go-ahead in the project, we would have all of our wafer supply locked up. That's normally the way we handle as well as the customer offtake commitments. And in terms of the why now, I would say that we have a site event planned for tomorrow, and we thought that investors would want to know about it.

**William P. Mulligan**
*Chief Executive Officer*

Yes. And I mean it does allow us to get moving, right? We will do a certain amount of engineering and maybe some long lead time risk purchases to keep the timeline moving forward. So we can't -- we really couldn't unlock all of that until we hit the site.

**Operator**
As there are no further questions, we will now conclude the call. Thank you all again, and you may now disconnect.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2023 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2023 S&P Global Market Intelligence.

# Exhibit 4

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**FORM 6-K**

**Report of Foreign Private Issuer**
**Pursuant to Rule 13a-16 or 15d-16**
**of the Securities Exchange Act of 1934**

**Date of Report:  October 2023**

**Commission File Number: 001-39368**

# MAXEON SOLAR TECHNOLOGIES, LTD.
(Exact Name of registrant as specified in its charter)

**8 Marina Boulevard #05-02**
**Marina Bay Financial Centre**
**018981, Singapore**
(Address of principal executive office)

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F:

Form 20-F ☒ Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): ☐

**Page 1**

**Introductory Note**

On October 10, 2023, Maxeon Solar Technologies, Ltd. (NASDAQ:MAXN) (the "Company"), published a press release announcing a business update and preliminary third quarter revenue and shipment results.

**Incorporation by Reference**

The information contained in this report is hereby incorporated by reference into the Company's registration statements on Form F-3 (File No. 333-271971), Form F-3 (File No. 333-265253), Form F-3 (File No. 333-268309), and Form S-8 (File No. 333-241709), each filed with the Securities and Exchange Commission.

**Page 2**

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

MAXEON SOLAR TECHNOLOGIES, LTD.
(Registrant)

October 10, 2023                                      By:         /s/ Kai Strohbecke
                                                                  Kai Strohbecke
                                                                  Chief Financial Officer

**EXHIBITS**

| Exhibit | Title |
|---------|-------|
| 99.1 | Press release dated October 10, 2023 |

**Exhibit 99.1**

**Maxeon Solar Technologies provides Business Update and Announces Preliminary Third Quarter Revenue and Shipment Results**

SINGAPORE, October 10, 2023 (PRNewswire) -- Maxeon Solar Technologies, Ltd. (NASDAQ:MAXN) ("Maxeon" or "the Company"), a global leader in solar innovation and channels, today provided a business update following the end of the third quarter, during which the Company's performance was impacted by reduced shipments to its largest distributed generation (DG) customer located in the United States and an industry-wide demand slowdown in the global DG markets.

Maxeon's CEO Bill Mulligan commented, "as disclosed in our last earnings call, our largest US DG customer breached their payment obligations under our current Master Supply Agreement (MSA) and we paused shipments in late July as a result.  While this customer has recently made several payments on their outstanding balance and is now close to becoming current, we continue to pause our shipments and engage in good faith towards resolution of certain ongoing claims of breach under the MSA.  We do not have visibility into how quickly such resolution can be achieved. It is our position that we have firm quantity and pricing contracts in place."

The Company currently expects third quarter 2023 revenues to be in the range of $224 to $229 million, and shipments to be in the range of 622 to 632 megawatts. As a result, the range of our Adjusted EBITDA guidance we provided for the third quarter is expected to shift downward by approximately $30 million, due to the factors mentioned above as well as certain inventory adjustments.

"In light of the current market environment, Maxeon is taking decisive action to re-engineer its IBC manufacturing capacity and strengthen the fundamentals of our DG business while maintaining full pace and unchanged direction in our U.S. large scale business," Mulligan continued. "Instead of refurbishing our Fab 5 facility in the Philippines, which we now plan to utilize for the scale-up of our next-generation Maxeon 8 technology, we will convert our legacy Maxeon 3 capacity in the Philippines to Maxeon 7 technology. This will allow us to accelerate market introduction of world-record efficiency Maxeon 7 panels by several months and reduce capital expenditures by about $100 million."

Through the acquisition of Solaria's sales channel assets, the Company intends to not only accelerate its IBC product sales through its own Maxeon-branded in the US, but also to enable introduction of a "value" offering, complementary to our premium IBC product. This is the same two-tiered product strategy the Company successfully employs in Europe today.

Maxeon also plans to use this opportunity to begin the preparation of its Fab 3 facility in Malaysia to install a TOPCon solar cell pilot line ahead of the start-up of our planned manufacturing facility in Albuquerque. This pilot line will de-risk our planned US factory ramp.

Maxeon's Albuquerque solar cell and module factory remains on track.   Engineering and pre-construction work are in progress and environmental surveys have been completed.  Customer negotiations and due diligence on our DOE loan application are proceeding as planned.

Restructuring actions are expected to result in a reduction of approximately 15% of the Company's global workforce, with most of the reductions expected to occur by the end of the year.

Exhibit 99.1

"As a result of rapidly changing market and industry conditions, we have acted decisively to streamline our operations, invest in new technology, and adjust our mix between the DG and utility-scale markets. We believe that Maxeon is well positioned to weather this market disruption and come out stronger on the other side," said Mulligan.

"Maxeon's strategy is to deliver premium, differentiated products and a superior customer experience across a balanced global portfolio of DG and utility scale markets.  The current industry disruption provides an opportunity to re-engineer and rebalance our technology portfolio. I'm confident that this is the right strategy for Maxeon, and that our highly experienced teams, industry-leading technology, and strong track record and presence in attractive high-growth markets provide us with the tools to successfully execute this strategy."

The Company will provide further detail on its third quarter 2023 results and fourth quarter 2023 guidance, as well as on the impacts of the above-mentioned restructuring activities, during its third quarter 2023 earnings call, which is currently scheduled for November 15, 2023.

**Forward-Looking Statements**

This press release contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including, statements regarding our expectations for our third quarter 2023 revenues, shipments and Adjusted EBITDA and the assumptions underlying those expectations. Additional forward-looking statements include, but are not limited, to statements regarding our expectations for market and industry conditions, our restructuring plans, including those to streamline our operations, invest in new technology, and adjust our mix between the DG and utility-scale markets as described herein, our relationship with SunPower Corporation and the resolution of claims of breach of the MSA, as well as our ability to execute on our plans and strategy.

Additional forward-looking statements can be identified by terminology such as "may," "might," "could," "will," "aims," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates" and similar statements. These forward-looking statements are based on our current assumptions, expectations and beliefs and involve substantial risks and uncertainties that may cause results, performance or achievement to materially differ from those expressed or implied by these forward-looking statements. These statements are not guarantees of future performance and are subject to a number of risks. The reader should not place undue reliance on these forward-looking statements, as there can be no assurances that the plans, initiatives or expectations upon which they are based will occur. Factors that could cause or contribute to such differences include, but are not limited to: (1) challenges in executing transactions key to our strategic plans, including executing of restructuring plans, regulatory and other challenges that may arise; (2) our liquidity, substantial indebtedness, terms and conditions upon which our indebtedness is incurred, and ability to obtain additional financing for our projects, customers and operations; (3) our ability to manage supply chain shortages and/or excess inventory and cost increases and operating expenses; (4) potential disruptions to our operations and supply chain that may result from damage or destruction of facilities operated by our suppliers, difficulties in hiring or retaining key personnel, epidemics, natural disasters, including impacts of the war in Ukraine; (5) our ability to manage our key customers and suppliers; (6) the success of our ongoing research and development efforts and our ability to commercialize new products and services, including products and services developed through strategic partnerships; (7) competition in the solar and general energy industry and

Exhibit 99.1

downward pressure on selling prices and wholesale energy pricing, including impacts of inflation, economic recession and foreign exchange rates upon customer demand; (8) changes in regulation and public policy, including the imposition and applicability of tariffs; (9) our ability to comply with various tax holiday requirements as well as regulatory changes or findings affecting the availability of economic incentives promoting use of solar energy and availability of tax incentives or imposition of tax duties; (10) fluctuations in our operating results and in the foreign currencies in which we operate; (11) appropriately sizing, or delays in expanding our manufacturing capacity and containing manufacturing and logistics difficulties that could arise; (12) unanticipated impact to customer demand and sales schedules due, among other factors, to the war in Ukraine, economic recession and environmental disasters; (13) challenges managing our acquisitions, joint ventures and partnerships, including our ability to successfully manage acquired assets and supplier relationships; (14) reaction by securities or industry analysts to our annual and/or quarterly guidance, in combination with our results of operations or other factors, and/ or third party reports or publications, whether accurate or not, which may cause such securities or industry analysts to cease publishing research or reports about us, or adversely change their recommendations regarding our ordinary shares, which may negatively impact the market price of our ordinary shares and volume of our stock trading; (15) reaction by investors to our annual and/or quarterly guidance, in combination with our results of operations or other factors, and/ or third party reports or publications, whether accurate or not, which may negatively impact the market price of our ordinary shares and volume of our stock trading; (16) unpredictable outcomes resulting from our litigation activities or other disputes; and (17) the actual numbers and timing of employee reductions are subject to, and will be dependent on, applicable laws and regulations.. A detailed discussion of these factors and other risks that affect our business is included in filings we make with the Securities and Exchange Commission ("SEC") from time to time, including our most recent report on Form 20-F, particularly under the heading "Risk Factors". Copies of these filings are available online from the SEC at www.sec.gov, or on the SEC Filings section of our Investor Relations website at https://corp.maxeon.com/investor-relations. All forward-looking statements in this press release are based on information currently available to us, and we assume no obligation to update these forward-looking statements in light of new information or future events.

**Statement Regarding Preliminary Unaudited Financial Information**

This press release includes certain preliminary, unaudited financial information for the three months ended October 1, 2023. The unaudited revenue and shipment information for the quarter ended October 1, 2023, is preliminary, based on the information available at this time and subject to change in connection with the completion of the Company's financial closing procedures for the quarter ended October 1, 2023. The Company's actual results and financial condition as reflected in the financial statements that will be included in the Company's earnings release to be filed with the SEC on Form 6-K, may be adjusted or presented differently from the financial information herein and the variations could be material. Please see "Forward-Looking Statements" for additional information about the preliminary information.

# Exhibit 5

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 6-K

**Report of Foreign Private Issuer**
**Pursuant to Rule 13a-16 or 15d-16**
**of the Securities Exchange Act of 1934**

**Date of Report: November 2023**

**Commission File Number: 001-39368**

# MAXEON SOLAR TECHNOLOGIES, LTD.
**(Exact Name of registrant as specified in its charter)**

**8 Marina Boulevard #05-02**
**Marina Bay Financial Centre**
**018981, Singapore**
**(Address of principal executive office)**

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F:

Form 20-F ☒ Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): ☐

**Explanatory Note**

On November 15, 2023, Maxeon Solar Technologies, Ltd. (the "Company"), issued a press release entitled "Maxeon Solar Technologies Announces Third Quarter 2023 Financial Results." A copy of this press release is furnished as Exhibit 99.1 herewith.

Other than as indicated below, the information in this Form 6-K (including in Exhibit 99.1) shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act") or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act.

The U.S. GAAP financial information contained in (i) the condensed consolidated balance sheets, (ii) condensed consolidated statements of operations and (iii) condensed consolidated statements of cash flows, and the other financial under the headings "Supplementary information affecting GAAP and Non-GAAP results" and "Reconciliation of Non-GAAP Financial Measures", in each case, included in the press release attached as Exhibit 99.1 to this Report on Form 6-K are hereby incorporated by reference into the Company's registration statements on Form F-3 (File No. 333-271971), Form F-3 (File No. 333-265253), Form F-3 (File No. 333-268309) and Form S-8 (File No. 333-241709).

**Page 2**

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

MAXEON SOLAR TECHNOLOGIES, LTD.
(Registrant)

November 15, 2023

By: /s/ Kai Strohbecke

Kai Strohbecke
Chief Financial Officer

**EXHIBITS**

| Exhibit | Title |
| --- | --- |
| 99.1 | Press release on third quarter 2023 financial results |
| 99.2 | Financial results for the third quarter ended October 1, 2023 |

**Exhibit 99.1**



**Investor Contact:**
Robert Lahey
robert.lahey@maxeon.com
+1 (202) 246-1872

**Media Contact:**
Anna Porta
anna.porta@maxeon.com
+39 345 7706205

# Maxeon Solar Technologies Announces Third Quarter 2023 Financial Results

*--$228 Million Revenue, $2.7 Million Gross Income--*
*--SunPower Dispute Settled--*

**Singapore, November 16, 2023** - Maxeon Solar Technologies, Ltd. (NASDAQ:MAXN) ("Maxeon" or "the Company"), a global leader in solar innovation and channels, today announced its financial results for the third quarter ended October 1, 2023.

Maxeon's Chief Executive Officer Bill Mulligan noted, "Maxeon's Chief Executive Officer Bill Mulligan commented, "As indicated in our preliminary results announcement of our third quarter financials, the third quarter was significantly impacted by the absence of shipments to SunPower for a majority of the quarter as well as by the industry-wide supply and demand imbalance in Europe. Maxeon has responded by taking decisive action to adjust its market focus and manufacturing footprint to reposition Maxeon for success."

Continued Mulligan, "We are increasingly focused on the favorable landscape for our US utility-scale products. In early October, we announced our plan to build a TOPCon pilot line in our Malaysian Fab 3. We believe that this will accelerate and de-risk the ramp of our planned solar cell manufacturing facility in New Mexico, which we have decided to expand from 3.0 to 3.5 GW of capacity. Engineering and pre-construction work are on track, and we have hired several key leadership positions, including human resources, facilities, and a site General Manager. Negotiations on offtake contracts are progressing per plan, and we are closely engaged with the Department of Energy Loan Program Office to complete the loan process. We expect to announce material updates on both the product offtake and financing fronts by our fourth quarter 2023 earnings call."

"In DG, our business was negatively impacted by SunPower falling behind on payments, which caused Maxeon to suspend shipments to them starting in July. I am pleased to announce that we have reached a settlement with SunPower that has allowed us to resume shipments, while mutually releasing all outstanding claims. The settlement calls for SunPower to purchase 85 MW of IBC panels at contracted pricing through February 2024 and to post a $30 million payment security bond. Under the settlement terms, both existing supply agreements with SunPower will be terminated. The settlement also contemplates Maxeon receiving a warrant to purchase 1.7 million shares of SunPower's common stock, resolves outstanding claims and contract breaches, and ends constraints on Maxeon product sales to SunPower installers at the end of this quarter, clearing the way for Maxeon to aggressively ramp sales into the US market by leveraging its acquisition of Solaria Corporation and accelerated ramp plans for Maxeon 7 capacity."

"We expect 2024 to be a pivotal year for Maxeon. Our US utility-scale business is expected to contribute material margins for the first time since we entered the market in 2022, and we plan to break ground on our transformational New Mexico Facility. Efforts to restructure and rejuvenate the DG business are in full gear, and we project to exit the year with a portfolio of our latest-generation products, gross margins into the teens and decreased customer concentration."

**Selected Q3 Unaudited Financial Summary**

| (In thousands, except shipments) | | Fiscal Q3 2023 | | Fiscal Q2 2023 | | Fiscal Q3 2022 |
|---|---|---|---|---|---|---|
| Shipments, in MW | | 628 | | 807 | | 605 |
| Revenue | $ | 227,630 | $ | 348,373 | $ | 275,449 |
| Gross profit (loss)[1] | | 2,728 | | 56,223 | | (15,747) |
| GAAP Operating expenses | | 66,562 | | 47,830 | | 41,196 |
| GAAP Net loss attributable to the stockholders[1] | | (108,257) | | (1,509) | | (44,691) |
| Capital expenditures | | 15,127 | | 24,169 | | 16,110 |

| | Other Financial Data[1, 2] | | | | | |
|---|---|---|---|---|---|---|
| (In thousands) | | Fiscal Q3 2023 | | Fiscal Q2 2023 | | Fiscal Q3 2022 |
| Non-GAAP Gross profit (loss) | $ | 2,728 | $ | 56,748 | $ | (15,492) |
| Non-GAAP Operating expenses | | 37,535 | | 40,883 | | 34,651 |
| Adjusted EBITDA | | (19,923) | | 30,240 | | (34,501) |

[1] The Company's GAAP and Non-GAAP results were impacted by the effects of certain items. Refer to "*Supplementary information affecting GAAP and Non-GAAP results*" below.

[2] The Company's use of Non-GAAP financial information, including a reconciliation to U.S. GAAP, is provided under "Use of Non-GAAP Financial Measures" below.

*Supplementary information affecting GAAP and Non-GAAP results*

| | | Three Months Ended | | |
|---|---|---|---|---|
| (In thousands) | Financial statements item affected | October 1, 2023 | July 2, 2023 | October 2, 2022 |
| Incremental cost of above market polysilicon[1] | Cost of revenue | 104 | 184 | 603 |

[1] Relates to the difference between our contractual cost for the polysilicon under the long-term fixed supply agreements with our supplier, which ended in the fiscal year 2022, and the price of polysilicon available in the market as derived from publicly available information at the beginning of each quarter, multiplied by the volume of modules sold within the quarter.

**Fourth Quarter 2023 and Fiscal Year 2023 Outlook**

For the fourth quarter of 2023, the Company anticipates the following results:

| (In millions, except shipments) | Outlook |
|---|---|
| Shipments, in MW | 610 - 650 |
| Revenue[5] | $220 - $260 |
| Gross loss[5] | $5 - $15 |
| Non-GAAP gross loss[1][5] | $5 - $15 |
| Operating expenses | $113 ± $4 |
| Non-GAAP operating expenses[2] | $38 ± $2 |
| Adjusted EBITDA[3][5] | $(27) - $(37) |
| Capital expenditures[4] | $10 - $20 |

For fiscal year 2023, the Company is revising its annual guidance to reflect the near term softening of residential demand, the recent SunPower settlement and the challenging market conditions which the Company expects to persist through the fourth quarter:

- Revenue to be within a range of $1,114 million to $1,154 million.

1

**Page 6**

- Adjusted EBITDA to be within a range of $4 million to $14 million.

- Capital expenditures[4] to be within a range of $66 million to $76 million.

[1]   The Company's Non-GAAP gross loss is impacted by the effects of adjusting for stock-based compensation expense.

[2]   The Company's Non-GAAP operating expenses are impacted by the effects of adjusting for stock-based compensation expense.

[3]   The Company cannot provide a reconciliation between its Adjusted EBITDA projection and the most directly comparable GAAP measures without unreasonable efforts because it is unable to predict with reasonable certainty the ultimate outcome of the remeasurement gain or loss of the prepaid forward and the equity in gain or loss of unconsolidated investees.

[4]   Capital expenditures mainly relate to the conversion of our Fab 4 in the Philippines to our new Maxeon 7 technology and remaining payments to the equipment suppliers of the Performance series lines in Malaysia and Mexico for the US utility segment. We are also investing into development of our next generation cell technology (Maxeon 8), in addition to the various programs to enhance our IT infrastructure and security, as well as to support the Beyond the Panel offering. The above also includes capital expenditures for preparatory activities in connection with the investment plan to deploy a multi-GW factory in the United States to manufacture solar products for the utility-scale power plant market.

[5]   The Company's Shipment, Revenue, Gross loss, Non-GAAP gross loss and Adjusted EBITDA has included transactions with SunPower based on the contracted volume pursuant to the settlement agreement.

These anticipated results for the fourth quarter of 2023 are preliminary, unaudited and represent the most current information available to management. The Company's business outlook is based on management's current views and estimates with respect to market conditions, production capacity and the global economic environment. Please refer to Forward Looking Statements section below. Management's views and estimates are subject to change without notice.

**For more information**

Maxeon's third quarter 2023 financial results and management commentary can be found on Form 6-K by accessing the Financials & Filings page of the Investor Relations section of Maxeon's website at: https://corp.maxeon.com/investor-relations. The Form 6-K and Company's other filings are also available online from the Securities and Exchange Commission at www.sec.gov.

**Conference Call Details**

The Company will hold a conference call on November 15, 2023, at 5:00 PM U.S. ET / November 16, 2023, at 6:00 AM Singapore Time, to discuss results and to provide an update on the business.

To join the live conference call, participants must first register here, where a dial-in number will be provided.

A simultaneous audio-only webcast of the conference call will be available on Maxeon's website here. A webcast replay will be available on Maxeon's website for one year at https://corp.maxeon.com/events-and-presentations.

**About Maxeon Solar Technologies**

Maxeon Solar Technologies Ltd (NASDAQ: MAXN) is Powering Positive Change™. Headquartered in Singapore, Maxeon designs and manufactures Maxeon® and SunPower® brand solar panels, and has sales operations in more than 100 countries, operating under the SunPower brand in certain countries outside the United States. The Company is a leader in solar innovation with over 1,600 patents and two best-in-class solar panel product lines. Maxeon products span the global rooftop and solar power plant markets through a network of more than 1,700 trusted partners and distributors. A pioneer in sustainable solar manufacturing, Maxeon leverages a 35-plus-year history in the solar industry and numerous awards for its technology. For more information about how Maxeon is Powering Positive Change™ visit us at https://www.maxeon.com/, on LinkedIn and on Twitter @maxeonsolar.

**Forward-Looking Statements**
This press release contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including, but not limited to, statements regarding: (a) our expectations regarding pricing trends, demand and growth projections; (b) potential disruptions to our operations and supply chain that may result from epidemics, natural disasters or military conflicts, including the duration, scope and impact on the demand for our products, market disruptions from the war in Ukraine and the Israel-Hamas conflict; (c) anticipated product launch timing and our expectations regarding ramp, customer acceptance and demand, upsell and expansion opportunities; (d) our expectations and plans for

2

**Page 7**

short- and long-term strategy, including our anticipated areas of focus and investment, market expansion, product and technology focus, implementation of restructuring plans and projected growth and profitability; (e) our ability to meet short term and long term material cash requirements; our ability to complete an equity or debt offering or financing at favorable terms, if at all, and our overall liquidity, substantial indebtedness and ability to obtain additional financing; (f) our technology outlook, including anticipated fab capacity expansion and utilization and expected ramp and production timelines for the Company's next-generation Maxeon 7 and Performance line solar panels, expected cost reductions, and future performance; (g) our strategic goals and plans, including capacity expansion, partnership discussions with respect to the Company's next-generation technology, and our relationship with our existing customers, suppliers and partners, and our ability to achieve and maintain them; (h) our expectations regarding our future performance and revenues resulting from contracted orders, bookings, backlog, and pipelines in our sales channels and feedback from our partners; (i) our projected effective tax rate and changes to the valuation allowance related to our deferred tax assets; and (j) our fourth quarter and annual fiscal year 2023 guidance, including shipments, revenue, gross loss, non-GAAP gross loss, operating expenses, non-GAAP operating expenses, Adjusted EBITDA, capital expenditures, and related assumptions.

The forward-looking statements can be also identified by terminology such as "may," "might," "could," "will," "aims," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates" and similar statements. Among other things, the quotations from management in this press release and Maxeon's operations and business outlook contain forward-looking statements.

These forward-looking statements are based on our current assumptions, expectations and beliefs and involve substantial risks and uncertainties that may cause results, performance or achievement to materially differ from those expressed or implied by these forward-looking statements. These statements are not guarantees of future performance and are subject to a number of risks. The reader should not place undue reliance on these forward-looking statements, as there can be no assurances that the plans, initiatives or expectations upon which they are based will occur. Factors that could cause or contribute to such differences include, but are not limited to: (1) challenges in executing transactions key to our strategic plans, including regulatory and other challenges that may arise; (2) our liquidity, substantial indebtedness, terms and conditions upon which our indebtedness is incurred, and ability to obtain additional financing for our projects, customers and operations; (3) our ability to manage supply chain shortages and/or excess inventory and cost increases and operating expenses; (4) potential disruptions to our operations and supply chain that may result from damage or destruction of facilities operated by our suppliers, difficulties in hiring or retaining key personnel, epidemics, natural disasters, including impacts of the war in Ukraine and the Israel-Hamas conflict; (5) our ability to manage our key customers and suppliers, including the impact of the termination of the supply agreements with one of the Company's biggest customers, SunPower Corporation; (6) the success of our ongoing research and development efforts and our ability to commercialize new products and services, including products and services developed through strategic partnerships; (7) competition in the solar and general energy industry and downward pressure on selling prices and wholesale energy pricing, including impacts of inflation, economic recession and foreign exchange rates upon customer demand; (8) changes in regulation and public policy, including the imposition and applicability of tariffs; (9) our ability to comply with various tax holiday requirements as well as regulatory changes or findings affecting the availability of economic incentives promoting use of solar energy and availability of tax incentives or imposition of tax duties; (10) fluctuations in our operating results and in the foreign currencies in which we operate; (11) appropriately sizing, or delays in expanding our manufacturing capacity and containing manufacturing and logistics difficulties that could arise; (12) unanticipated impact to customer demand and sales schedules due, among other factors, to the war in Ukraine and the Israel-Hamas conflict, economic recession and environmental disasters; (13) challenges managing our acquisitions, joint ventures and partnerships, including our ability to successfully manage acquired assets and supplier relationships; (14) reaction by securities or industry analysts to our annual and/or quarterly guidance, in combination with our results of operations or other factors, and/ or third party reports or publications, whether accurate or not, which may cause such securities or industry analysts to cease publishing research or reports about us, or adversely change their recommendations regarding our ordinary shares, which may negatively impact the market price of our ordinary shares and volume of our stock trading; (15) reaction by investors to our annual and/or quarterly guidance, in combination with our results of operations or other factors, and/ or third party reports or publications, whether accurate or not, which may negatively impact the market price of our ordinary shares and volume of our stock trading and (16) unpredictable outcomes resulting from our litigation activities or other disputes. A detailed discussion of these factors and other risks that affect our business is included in filings we make with the Securities and Exchange Commission ("SEC") from time to time, including our most recent report on Form 20-F, particularly under the heading "Risk Factors". Copies of these filings are available online from the SEC at www.sec.gov, or on the SEC Filings section of our Investor Relations website at https://corp.maxeon.com/investor-relations. All forward-looking statements in this press release are based on information currently available to us, and we assume no obligation to update these forward-looking statements in light of new information or future events.

3

**Page 8**

**Use of Non-GAAP Financial Measures**

We present certain non-GAAP measures such as non-GAAP gross profit (loss), non-GAAP operating expenses and earnings before interest, taxes, depreciation and amortization ("EBITDA") adjusted for stock-based compensation, restructuring (charges and fees) benefits, remeasurement (loss) gain on prepaid forward and physical delivery forward and equity in losses (income) of unconsolidated investees ("Adjusted EBITDA") to supplement our consolidated financial results presented in accordance with GAAP. Non-GAAP gross profit (loss) is defined as gross profit (loss) excluding stock-based compensation. Non-GAAP operating expenses is defined as operating expenses excluding stock-based compensation and restructuring (charges and fees) benefits.

We believe that non-GAAP gross profit (loss), non-GAAP operating expenses and Adjusted EBITDA provide greater transparency into management's view and assessment of the Company's ongoing operating performance by removing items management believes are not representative of our continuing operations and may distort our longer-term operating trends. We believe these measures are useful to help enhance the comparability of our results of operations across different reporting periods on a consistent basis and with our competitors, distinct from items that are infrequent or not associated with the Company's core operations as presented above. We also use these non-GAAP measures internally to assess our business, financial performance and current and historical results, as well as for strategic decision-making and forecasting future results. Given our use of non-GAAP measures, we believe that these measures may be important to investors in understanding our operating results as seen through the eyes of management. These non-GAAP measures are neither prepared in accordance with GAAP nor are they intended to be a replacement for GAAP financial data, should be reviewed together with GAAP measures and may be different from non-GAAP measures used by other companies.

As presented in the "Reconciliation of Non-GAAP Financial Measures" section, each of the non-GAAP financial measures excludes one or more of the following items in arriving to the non-GAAP measures:

- *Stock-based compensation expense.* Stock-based compensation relates primarily to equity incentive awards. Stock-based compensation is a non-cash expense that is dependent on market forces that are difficult to predict and is excluded from non-GAAP gross profit (loss), non-GAAP operating expense and Adjusted EBITDA. Management believes that this adjustment for stock-based compensation expense provides investors with a basis to measure our core performance, including the ability to compare our performance with the performance of other companies, without the period-to-period variability created by stock-based compensation.

- *Restructuring (charges and fees) benefits.* We incur restructuring (charges and fees) benefits related to reorganization plans and business acquisition aimed towards realigning resources consistent with our global strategy and improving its overall operating efficiency and cost structure. Restructuring (charges and fees) benefits are excluded from non-GAAP operating expenses and Adjusted EBITDA because they are not considered core operating activities. Although we have engaged in restructuring activities and initiatives, past activities have been discrete events based on unique sets of business objectives. As such, management believes that it is appropriate to exclude restructuring (charges and fees) benefits from our non-GAAP financial measures as they are not reflective of ongoing operating results nor do these charges contribute to a meaningful evaluation of our past operating performance.

- *Remeasurement loss (gain) on prepaid forward and physical delivery forward.* This relates to the mark-to-market fair value remeasurement of privately negotiated prepaid forward and physical delivery transactions. The transactions were entered into in connection with the issuance on July 17, 2020 of the 6.50% Green Convertible Senior Notes due 2025 for an aggregate principal amount of $200 million. The prepaid forward is remeasured to fair value at the end of each reporting period, with changes in fair value booked in earnings. The fair value of the prepaid forward is primarily affected by the Company's share price. The physical delivery forward was remeasured to fair value at the end of the Note Valuation Period on September 29, 2020, and was reclassified to equity after remeasurement, and will not be subsequently remeasured. The fair value of the physical delivery forward was primarily affected by the Company's share price. The remeasurement loss (gain) on prepaid forward and physical delivery forward is excluded from Adjusted EBITDA because it is not considered core operating activities. As such, management believes that it is appropriate to exclude the mark-to-market adjustments from our Adjusted EBITDA as it is not reflective of ongoing operating results nor do the loss contribute to a meaningful evaluation of our past operating performance.

- *Equity in (losses) income of unconsolidated investees.* This relates to the (loss) income on our unconsolidated equity investment Huansheng JV. This is excluded from our Adjusted EBITDA financial measure as it is non-cash in nature and not reflective of our core operational performance. As such, management believes that it is appropriate to exclude such charges as they do not contribute to a meaningful evaluation of our performance.

4

**Reconciliation of Non-GAAP Financial Measures**

| | Three Months Ended | | |
|---|---|---|---|
| (In thousands) | October 1, 2023 | July 2, 2023 | October 2, 2022 |
| **Gross profit (loss)** | $ 2,728 | $ 56,223 | $ (15,747) |
| Stock-based compensation | - | 525 | 255 |
| **Non-GAAP Gross profit (loss)** | 2,728 | 56,748 | (15,492) |
| | | | |
| **GAAP Operating expenses** | 66,562 | 47,830 | 41,196 |
| Stock-based compensation | (4,888) | (7,071) | (5,918) |
| Restructuring (charges and fees) benefits | (24,139) | 124 | (627) |
| **Non-GAAP Operating expenses** | 37,535 | 40,883 | 34,651 |
| | | | |
| **GAAP Net loss attributable to the stockholders** | (108,257) | (1,509) | (44,691) |
| Interest expense, net | 7,734 | 8,903 | 8,035 |
| (Benefit from) provision for income taxes | (2,554) | 5,893 | 2,399 |
| Depreciation | 14,495 | 14,546 | 13,845 |
| Amortization | 38 | 45 | 50 |
| EBITDA | (88,544) | 27,878 | (20,362) |
| Stock-based compensation | 4,888 | 7,596 | 6,173 |
| Restructuring charges and fees (benefits) | 24,139 | (124) | 627 |
| Remeasurement loss (gain) on prepaid forward | 37,137 | (4,718) | (24,521) |
| Equity in losses (income) of unconsolidated investees | 2,457 | (392) | 3,582 |
| **Adjusted EBITDA** | (19,923) | 30,240 | (34,501) |

**Reconciliation of Non-GAAP Outlook**

| (In millions) | Outlook |
|---|---|
| **Gross loss** | $5 - $15 |
| Stock-based compensation | - |
| **Non-GAAP gross loss** | **$5 - $15** |
| | |
| **Operating expenses** | $113 ± $4 |
| Stock-based compensation | $(5) |
| Restructuring charges and fees | $(70) ± 2 |
| **Non-GAAP operating expenses** | **$38 ± $2** |

©2023 Maxeon Solar Technologies, Ltd. All rights reserved. MAXEON is a registered trademark of Maxeon Solar Technologies, Ltd. Visit https://corp.maxeon.com/trademarks for more information.

5

**Page 10**

**MAXEON SOLAR TECHNOLOGIES, LTD.**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(unaudited)**
**(In thousands, except for shares data)**

| | | As of | | |
|---|---|---|---|---|
| | | **October 1, 2023** | | **January 1, 2023** |
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 208,100 | $ | 227,442 |
| Short-term securities | | 60,000 | | 76,000 |
| Restricted short-term marketable securities | | - | | 968 |
| Accounts receivable, net | | 91,332 | | 54,301 |
| Inventories | | 386,140 | | 303,230 |
| Advances to suppliers, current portion | | 1,407 | | 2,137 |
| Prepaid expenses and other current assets | | 92,383 | | 126,971 |
| **Total current assets** | $ | **839,362** | $ | **791,049** |
| Property, plant and equipment, net | | 357,993 | | 380,468 |
| Operating lease right of use assets | | 24,821 | | 17,844 |
| Other intangible assets, net | | 276 | | 291 |
| Deferred tax assets | | 10,239 | | 10,348 |
| Other long-term assets | | 68,057 | | 60,418 |
| **Total assets** | $ | **1,300,748** | $ | **1,260,418** |
| **Liabilities and Equity** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 180,929 | $ | 247,870 |
| Accrued liabilities | | 101,745 | | 135,157 |
| Contract liabilities, current portion | | 204,494 | | 139,267 |
| Short-term debt | | 23,434 | | 50,526 |
| Operating lease liabilities, current portion | | 5,946 | | 3,412 |
| **Total current liabilities** | $ | **516,548** | $ | **576,232** |
| Long-term debt | | 1,314 | | 1,649 |
| Contract liabilities, net of current portion | | 125,353 | | 161,678 |
| Operating lease liabilities, net of current portion | | 20,649 | | 15,603 |
| Convertible debt | | 383,788 | | 378,610 |
| Deferred tax liabilities | | 14,333 | | 14,913 |
| Other long-term liabilities | | 63,203 | | 63,663 |
| **Total liabilities** | $ | **1,125,188** | $ | **1,212,348** |
| Commitments and contingencies | | | | |
| Equity: | | | | |
| Common stock, no par value (52,780,052 and 45,033,027 issued and outstanding as of October 1, 2023 and January 1, 2023, respectively) | $ | - | $ | - |
| Additional paid-in capital | | 795,218 | | 584,808 |
| Accumulated deficit | | (609,758) | | (520,263) |
| Accumulated other comprehensive loss | | (15,610) | | (22,108) |
| Equity attributable to the Company | | 169,850 | | 42,437 |
| Noncontrolling interests | | 5,710 | | 5,633 |
| Total equity | | 175,560 | | 48,070 |
| **Total liabilities and equity** | $ | **1,300,748** | $ | **1,260,418** |

6

**Page 11**

**MAXEON SOLAR TECHNOLOGIES, LTD.**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(unaudited)**
**(In thousands, except per share data)**

| | Three Months Ended | | Nine Months Ended | |
| --- | --- | --- | --- | --- |
| | October 1, 2023 | October 2, 2022 | October 1, 2023 | October 2, 2022 |
| Revenue | $ 227,630 | $ 275,449 | $ 894,335 | $ 736,610 |
| Cost of revenue | 224,902 | 291,196 | 781,759 | 804,645 |
| Gross profit (loss) | 2,728 | (15,747) | 112,576 | (68,035) |
| Operating expenses: | | | | |
| Research and development | 11,627 | 11,968 | 35,715 | 38,278 |
| Sales, general and administrative | 31,771 | 29,143 | 97,291 | 74,414 |
| Restructuring charges | 23,164 | 85 | 23,307 | 1,615 |
| Total operating expenses | 66,562 | 41,196 | 156,313 | 114,307 |
| Operating loss | (63,834) | (56,943) | (43,737) | (182,342) |
| Other (expense) income, net | | | | |
| Interest expense | (10,464) | (8,821) | (32,337) | (19,544) |
| Other, net | (34,174) | 27,267 | (1,210) | 25,391 |
| Other (expense) income, net | (44,638) | 18,446 | (33,547) | 5,847 |
| Loss before income taxes and equity in losses of unconsolidated investees | (108,472) | (38,497) | (77,284) | (176,495) |
| Benefit from (provision for) income taxes | 2,554 | (2,399) | (9,323) | (4,161) |
| Equity in losses of unconsolidated investees | (2,457) | (3,582) | (2,811) | (10,784) |
| Net loss | (108,375) | (44,478) | (89,418) | (191,440) |
| Net loss (income) attributable to noncontrolling interests | 118 | (213) | (77) | (283) |
| Net loss attributable to the stockholders | $ (108,257) | $ (44,691) | $ (89,495) | $ (191,723) |
| | | | | |
| Net loss per share attributable to stockholders: | | | | |
| Basic and diluted | $ (2.21) | $ (1.09) | $ (1.98) | $ (4.70) |
| | | | | |
| Weighted average shares used to compute net loss per share: | | | | |
| Basic and diluted | 48,925 | 40,951 | 45,157 | 40,818 |

7

**Page 12**

**MAXEON SOLAR TECHNOLOGIES, LTD.**
**CONDENSED CONSOLIDATED STATEMENTS OF EQUITY**
**(unaudited)**
**(In thousands)**

| | Shares | Amount | | Additional Paid In Capital | | Accumulated Deficit | | Accumulated Other Comprehensive Loss | | Equity Attributable to the Company | | Noncontrolling Interests | | Total Equity |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance at January 1, 2023** | 45,033 | $ | - | $ 584,808 | $ | (520,263) | $ | (22,108) | $ | 42,437 | $ | 5,633 | $ | 48,070 |
| Net income | - | - | | - | | 20,271 | | - | | 20,271 | | 147 | | 20,418 |
| Issuance of common stock for stock-based compensation, net of tax withheld | 377 | - | | - | | - | | - | | - | | - | | - |
| Recognition of stock-based compensation | - | - | | 4,033 | | - | | - | | 4,033 | | - | | 4,033 |
| Other comprehensive income | - | - | | - | | - | | 1,627 | | 1,627 | | - | | 1,627 |
| **Balance at April 2, 2023** | 45,410 | $ | - | $ 588,841 | $ | (499,992) | $ | (20,481) | $ | 68,368 | $ | 5,780 | $ | 74,148 |
| Net loss (income) | - | $ | - | $ - | $ | (1,509) | $ | - | $ | (1,509) | $ | 48 | $ | (1,461) |
| Issuance of common stock, net of issuance cost | 7,120 | - | | 193,491 | | - | | - | | 193,491 | | - | | 193,491 |
| Issuance of common stock for stock-based compensation, net of tax withheld | 116 | - | | - | | - | | - | | - | | - | | - |
| Recognition of stock-based compensation | - | - | | 6,980 | | - | | - | | 6,980 | | - | | 6,980 |
| Other comprehensive loss | - | - | | - | | - | | (65) | | (65) | | - | | (65) |
| **Balance at July 2, 2023** | 52,646 | | - | 789,312 | | (501,501) | | (20,546) | | 267,265 | | 5,828 | | 273,093 |
| Net loss | - | - | | - | | (108,257) | | - | | (108,257) | | (118) | | (108,375) |
| Issuance of common stock for stock-based compensation, net of tax withheld | 134 | - | | - | | - | | - | | - | | - | | - |
| Recognition of stock-based compensation | - | - | | 5,906 | | - | | - | | 5,906 | | - | | 5,906 |
| Other comprehensive income | - | - | | - | | - | | 4,936 | | 4,936 | | - | | 4,936 |
| **Balance at October 1, 2023** | 52,780 | | - | 795,218 | | (609,758) | | (15,610) | | 169,850 | | 5,710 | | 175,560 |

8

| | Shares | Amount | Additional Paid In Capital | Accumulated Deficit | Accumulated Other Comprehensive Loss | Equity Attributable to the Company | Noncontrolling Interests | Total Equity |
|---|---|---|---|---|---|---|---|---|
| **Balance at January 2, 2022** | 44,247 | $  - | $  624,261 | $  (262,961) | $  (11,844) | $  349,456 | $  5,419 | $  354,875 |
| Effect of adoption of ASU 2020-06 | - | - | (52,189) | 10,122 | - | (42,067) | - | (42,067) |
| Net loss | - | - | - | (59,112) | - | (59,112) | (85) | (59,197) |
| Issuance of common stock for stock-based compensation, net of tax withheld | 354 | - | (2) | - | - | (2) | - | (2) |
| Distribution to noncontrolling interest | - | - | - | - | - | - | (64) | (64) |
| Recognition of stock-based compensation | - | - | 1,466 | - | - | 1,466 | - | 1,466 |
| Other comprehensive income | - | - | - | - | (803) | (803) | - | (803) |
| **Balance at April 3, 2022** | 44,601 | $  - | $  573,536 | $  (311,951) | $  (12,647) | $  248,938 | $  5,270 | $  254,208 |
| Net (loss) income | - | - | - | (87,920) | - | (87,920) | 155 | (87,765) |
| Issuance of common stock for stock-based compensation, net of tax withheld | 108 | - | (21) | - | - | (21) | - | (21) |
| Recognition of stock-based compensation | - | - | 2,844 | - | - | 2,844 | - | 2,844 |
| Other comprehensive loss | - | - | - | - | (755) | (755) | - | (755) |
| **Balance at July 3, 2022** | 44,709 | - | 576,359 | (399,871) | (13,402) | 163,086 | 5,425 | 168,511 |
| Net (loss) income | - | - | - | (44,691) | - | (44,691) | 213 | (44,478) |
| Issuance of common stock for stock-based compensation, net of tax withheld | 288 | | (233) | - | - | (233) | - | (233) |
| Recognition of stock-based compensation | - | - | 5,272 | - | - | 5,272 | - | 5,272 |
| Other comprehensive income | - | - | - | - | 1,406 | 1,406 | - | 1,406 |
| **Balance at October 2, 2022** | 44,997 | - | 581,398 | (444,562) | (11,996) | 124,840 | 5,638 | 130,478 |

9

**MAXEON SOLAR TECHNOLOGIES, LTD.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(unaudited)**
**(In thousands)**

| | Nine Months Ended | |
| --- | --- | --- |
| | October 1, 2023 | October 2, 2022 |
| **Cash flows from operating activities** | | |
| Net loss | $ (89,418) | $ (191,440) |
| Adjustments to reconcile net loss to operating cash flows | | |
| Depreciation and amortization | 43,579 | 42,263 |
| Stock-based compensation | 17,145 | 11,015 |
| Non-cash interest expense | 7,042 | 4,735 |
| Equity in losses of unconsolidated investees | 2,811 | 10,784 |
| Deferred income taxes | (472) | 2,540 |
| Loss on impairment of property, plant and equipment | 442 | - |
| Loss on disposal of property, plant and equipment | 33 | 260 |
| Remeasurement loss (gain) on prepaid forward | 8,570 | (20,137) |
| Gain on liquidation of subsidiaries | - | (235) |
| (Utilization of) provision for inventory reserves | (1,351) | 25,899 |
| Other, net | 63 | 886 |
| Changes in operating assets and liabilities | | |
| Accounts receivable | (37,353) | (20,150) |
| Inventories | (110,646) | (113,883) |
| Prepaid expenses and other assets | 5,498 | (22,907) |
| Operating lease right-of-use assets | 3,766 | 2,104 |
| Advances to suppliers | 730 | 37,892 |
| Accounts payable and other accrued liabilities | (52,808) | 68,609 |
| Contract liabilities | 27,404 | 127,814 |
| Operating lease liabilities | (2,917) | (2,341) |
| Net cash used in operating activities | (177,882) | (36,292) |
| **Cash flows from investing activities** | | |
| Purchases of property, plant and equipment | (55,796) | (56,023) |
| Purchases of intangible assets | (136) | (41) |
| Proceeds from maturity of short-term securities | 76,000 | - |
| Purchase of short-term securities | (60,000) | (76,000) |
| Purchase of restricted short-term marketable securities | (10) | - |
| Proceeds from maturity of restricted short-term marketable securities | 971 | - |
| Proceeds from disposal of property, plant and equipment | - | 33 |
| Net cash used in investing activities | (38,971) | (132,031) |
| **Cash flows from financing activities** | | |
| Proceeds from debt | 148,992 | 196,388 |
| Repayment of debt | (175,942) | (171,141) |
| Repayment of finance lease obligations | (477) | (433) |
| Payment for tax withholding obligations for issuance of common stock upon vesting of restricted stock units | - | (257) |

10

**Page 15**

|  | Nine Months Ended | |
| --- | --- | --- |
|  | October 1, 2023 | October 2, 2022 |
| Net proceeds from issuance of convertible debt | - | 188,812 |
| Net proceeds from issuance of common stock | 193,531 | - |
| Distribution to noncontrolling interest | - | (64) |
| Net cash provided by financing activities | 166,104 | 213,305 |
| Effect of exchange rate changes on cash, cash equivalents and restricted cash | 124 | 348 |
| Net (decrease) increase in cash, cash equivalents and restricted cash | (50,625) | 45,330 |
| Cash, cash equivalents and restricted cash, beginning of period | 267,961 | 192,232 |
| Cash, cash equivalents and restricted cash, end of period | $ 217,336 | $ 237,562 |
| **Non-cash transactions** | | |
| Property, plant and equipment purchases funded by liabilities | $ 10,158 | $ 40,154 |
| Property, plant and equipment obtained through capital lease | - | 2,127 |
| Right-of-use assets obtained in exchange for lease obligations | 10,743 | 4,778 |

The following table reconciles our cash and cash equivalents and restricted cash reported on our Condensed Consolidated Balance Sheets and the cash, cash equivalents and restricted cash reported on our Condensed Consolidated Statements of Cash Flows as of October 1, 2023 and October 2, 2022:

| (In thousands) | October 1, 2023 | October 2, 2022 |
| --- | --- | --- |
| Cash and cash equivalents | $ 208,100 | $ 199,085 |
| Restricted cash, current portion, included in Prepaid expenses and other current assets | 9,234 | 35,968 |
| Restricted cash, net of current portion, included in Other long-term assets | 2 | 2,509 |
| Total cash, cash equivalents and restricted cash shown in Condensed Consolidated Statements of Cash Flows | $ 217,336 | $ 237,562 |

11

**Page 16**

**Exhibit 99.2**

**Financial Results for the Third Quarter Ended October 1, 2023**

**Overview**

Maxeon Solar Technologies, Ltd ("Maxeon", the "Company", "we", "us", and "our") (NASDAQ: MAXN) is Powering Positive Change™. Headquartered in Singapore, Maxeon designs and manufactures Maxeon® and SunPower® brand solar panels, and has sales operations in more than 100 countries, operating under the SunPower brand in certain countries outside the United States. The Company is a leader in solar innovation with over 1,600 patents and two best-in-class solar panel product lines. Maxeon products span the global rooftop and solar power plant markets through a network of more than 1,700 trusted partners and distributors. A pioneer in sustainable solar manufacturing, Maxeon leverages a 35-plus-year history in the solar industry and numerous awards for its technology.

**Unaudited Summary of Financial Results**

We are in the business of manufacturing and supplying solar cells and panels to the power plant, commercial and residential markets. We sell our solar panels and balance of system components primarily to dealers, project developers, system integrators and distributors, and recognize revenue at a point in time when control of such products transfers to the customer, which generally occurs upon shipment or delivery depending on the terms of the contracts with the customer. There are no rights of return. Other than standard warranty obligations, there are no significant post-shipment obligations (including installation, training or customer acceptance clauses) with any of our customers that could have an impact on revenue recognition. Our revenue recognition policy is consistent across all geographic areas.

*Revenue by market*

The following table sets forth our revenue by market for the periods indicated:

| | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
| | October 1, 2023 | October 2, 2022 | October 1, 2023 | October 2, 2022 |
| (In percentage) | | | | |
| U.S. | 63.8% | 38.7% | 56.2% | 36.2% |
| EMEA | 28.3% | 49.6% | 36.1% | 47.5% |
| Asia Pacific | 7.1% | 10.8% | 7.0% | 15.5% |
| Other markets | 0.8% | 0.9% | 0.7% | 0.8% |
| Total revenues | 100.0% | 100.0% | 100.0% | 100.0% |

*Revenue by products*

Our primary products are the Maxeon line of interdigitated back contact ("IBC") solar cells and panels, and the Performance line of solar cells and shingled panels. We believe the Maxeon line of solar panels are the highest-efficiency solar panels on the market with an aesthetically pleasing design, and the Performance line of shingled solar panels offers a high-value and cost-effective solution. The Maxeon line is primarily targeted at residential and small-scale commercial customers across the globe. The Performance line was initially targeted at the large-scale commercial and utility-scale power plant markets, but has proven to be attractive to our customers in the distributed generation (which we refer to as "DG") markets as well.

The following table sets forth our revenue by products for the periods indicated:

1

| (In percentage) | Three Months Ended | | Nine Months Ended | |
| --- | --- | --- | --- | --- |
|  | October 1, 2023 | October 2, 2022 | October 1, 2023 | October 2, 2022 |
| IBC | 26.8% | 52.9% | 38.9% | 54.5% |
| Performance line | 73.2% | 47.1% | 61.1% | 45.5% |
| Total revenues | 100.0% | 100.0% | 100.0% | 100.0% |

We are supplementing our trends and uncertainties to our business previously disclosed in our Annual Report on Form 20-F for the year ended January 1, 2023 with the following:

*Demand*

Our business is subject to industry-specific seasonal fluctuations including changes in weather patterns and economic incentives that are based on tax credits, among other factors, that drive demand throughout the year. We have historically reflected these seasonal trends with the largest percentage of total revenues realized during the last two quarters of a fiscal year. In the three months ended October 1, 2023, we faced various factors that have affected the demand, including stiff competition and over-supply in the industry. The impact was prominent in the global DG markets and this trend may continue into the following quarter. Following the October 6, 2023 acquisition of certain assets from Complete Solaria, Inc., we will tap onto another US DG sales channel with established customer base.

Volatility in the applied trade and tariff policy of the United States has created market challenges and opportunity at the same time, for us, and our supplier and customer bases, since the beginning of 2018. Safeguard tariffs imposed in February 2018 pursuant to Section 201 of the Trade Act of 1974 had significant market effects during the four ensuing years. While a technology-based exclusion for IBC products muted the impact on us, our solar products based on other technologies were and remain subject to the safeguard tariffs. The safeguard measure was extended in February 2022 for an additional four-year period. Bifacial cells and modules were initially subject to the safeguard measure, then excluded, then re-covered, then re-excluded pursuant to a November 2021 U.S. Court of International Trade Decision, and on January 14, 2022, the Biden Administration filed a notice of appeal against the decision before the U.S. Court of Appeals for the Federal Circuit. During the same timeframe, tariffs imposed on goods of People's Republic of China ("PRC") origin pursuant to Section 301 of the Trade Act of 1974 significantly affected trade in solar power system components and finished products. The Section 301 tariffs remain in force and have no specified expiration date.

During 2021, a distinct set of challenges arose for the U.S. solar market as a result of a "withhold release order" ("WRO") imposed pursuant to Section 307 of the Tariff Act of 1930 on products whose upstream silicon materials are sourced, or suspected of being sourced, from Hoshine Silicon Industry Co. Ltd. and its affiliates. The basis for this WRO was a finding that Hoshine and its affiliates utilize and benefit from forced labor in China's Xinjiang Province. U.S. Customs and Border Protection detained numerous incoming shipments of silica-based products (including PV solar modules) at ports of entry and subjected importers to a lengthy and arduous process of proving that no forced labor was involved at the furthest upstream stages of their supply chains. In response, some companies altogether stopped trying to ship solar products to the United States; at a number of under-construction U.S. solar projects, expected module deliveries did not materialize. The WRO remains in force and has been expanded legislatively via the Uyghur Forced Labor Prevention Act ("UFLPA"), signed into law on December 23, 2021, which establishes a presumption that all goods processed in Xinjiang Province utilize forced labor and are therefore ineligible for entry into the U.S. market. Given Xinjiang Province's major role in global production of polysilicon and upstream silica materials such as MGSi, and given China's current pre-eminence as a location for polysilicon ingoting and wafering, these developments necessitate and are triggering a significant re-configuration of many manufacturers' supply chains for the U.S. market.

These regulatory disruptions-on top of longstanding anti-dumping and countervailing duties on Chinese and Taiwanese solar cells and modules-have resulted and may continue to result in a wide range of impacts to the U.S. solar industry, global manufacturing market and our business, including market volatility, price fluctuations, and demand suppression.

Aside from the effects on our suppliers, customers, partners, and projects, we did not incur tariff charges for nine months ended October 1, 2023.

2

*Supply*

We continue to focus on the sale of our lower cost, high efficiency Performance line of solar panels to the United States market, and have added 1.8 GW of Performance line capacity during fiscal year 2023, with cells produced in our Fab 3 Malaysia facility, and module production in Mexico. Sales of these products are designated for the United States utility scale market. In addition, our Huansheng JV and its affiliates in China have expanded capacity from 5 GW in 2020 to more than 12 GW in 2022, and is in the midst of expanding its capacity to 20 GW. Maxeon maintains up to 66% off-take rights of this expanded capacity for our international markets which includes the capacity made available through the Temporary HSTJ Agreement (refer to Item 7.B. Related Party Transaction - Agreements with TZE in Connection with the Huansheng JV in our Annual Report on Form 20-F for the year ended January 1, 2023).

In April 2022, Department of Commerce ("Commerce") initiated an anti-circumvention inquiry ("ACI") on Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules, from China ("China AD/CVD Orders") and published an affirmative preliminary determination for the scope on December 8, 2022. However, on December 19, 2022, Commerce issued a memorandum clarifying that modules assembled in (and exported to the United States from) third countries, from cells fabricated in Cambodia, Malaysia, Thailand, or Vietnam, are not covered by the preliminary determination and indeed are not "inquiry merchandise" for purposes of the ACI. Accordingly, Maxeon's modules assembled in Mexico are unaffected by the ACI.

We continue to see significant and increasing opportunities in technologies and capabilities adjacent to our core product offerings that can significantly reduce our customers' cost of energy ("CCOE"), including the integration of energy storage and EV charging, managed by a whole home digital energy experience complemented by value-add services. We have made investments to realize those opportunities, resulting in the launch of SunPower One - our integrated home energy management solution, enabling our customers to make intelligent energy choices by addressing how they buy energy, how they use energy, and when they use it. SunPower One represents the next major step in our "Beyond the Panel" initiative, which started with integrating advanced module-level control electronics to our portfolio of technology designed to enable longer series strings and significant balance of system components cost reductions in large arrays. We currently offer solar panels that use microinverters designed to eliminate the need to mount or assemble additional components on the roof or the side of a building and enable optimization and monitoring at the solar panel level to ensure maximum energy production by the solar system.

We continue to improve our unique, differentiated solar cell and panel technology. We emphasize improvement of our solar cell efficiency and levelized cost of energy ("LCOE") and CCOE performance through enhancement of our existing products, development of new products and reduction of manufacturing cost and complexity in conjunction with our overall cost-control strategies.

We have recently announced on our plan to re-engineer our Maxeon line manufacturing capacity. Instead of expanding capacity of Maxeon 7 products at one of our Philippines cell manufacturing facilities that is currently not in use, we will convert our legacy Maxeon 3 capacity in the Philippines to Maxeon 7 technology. We are currently in the process of making the necessary preparations for such a conversion and have reserved a portion of our 2023 planned capex for that purpose. The cell manufacturing facilities that are currently not in use are planned to be utilized for the sale-up of our next-generation Maxeon 8 technology. We will also begin preparations to install a TOPCon solar cell pilot line in our Malaysia manufacturing facility ahead of the start-up of our planned manufacturing facility in Albuquerque, following our site selection that took place in August 2023.

The supply chain within the solar industry has seen decreasing logistics costs during the year and has been at its historical low rate similar to pre-pandemic cost level during the three months ended October 1, 2023. Furthermore, certain raw materials, such as junction boxes, encapsulants and frames, have not recently seen major fluctuation in their prices.

We work with our suppliers and partners to ensure the reliability of our supply chain. We have contracted with a supplier for multi-year supply agreements, under which we have annual minimum purchase obligations. For more information about our purchase commitments and obligations, see "Recent Development - Material Cash Requirements" in the current Form 6-K.

3

**Page 19**

We currently believe our supplier relationships and various short- and long-term contracts will afford us the volume of material and services required to meet our planned output; however, we face the risk that the pricing of critical material may not be competitive, resulting in a higher manufacturing cost which we may be unable to pass on.

For a further discussion of trends, uncertainties and other factors that could impact our operating results, see the section entitled "Risk Factors" included in our Annual Report on Form 20-F for the year ended January 1, 2023, in Exhibit 99.2 to our Report on Form 6-K furnished to the Commission on August 10, 2023 and in the "Recent Development" section herein.

### *Revenue and Cost of Revenue*

| | Three Months Ended | | | | Nine Months Ended | | | |
|---|---|---|---|---|---|---|---|---|
| | October 1, 2023 | | October 2, 2022 | | October 1, 2023 | | October 2, 2022 | |
| (In thousands) | | | | | | | | |
| Revenue | $ | 227,630 | $ | 275,449 | $ | 894,335 | $ | 736,610 |
| Cost of revenue | | 224,902 | | 291,196 | | 781,759 | | 804,645 |
| Gross profit (loss) | $ | 2,728 | $ | (15,747) | $ | 112,576 | $ | (68,035) |
| Gross margin | | 1.2% | | (5.7)% | | 12.6% | | (9.2)% |

*Three Months Ended October 1, 2023 Compared to Three Months Ended October 2, 2022*

During the three months ended October 1, 2023, we recognized revenue from sales of modules and components of $227.6 million with shipments of 628MW, of which $23.9 million, or 10.5%, represented sales of solar modules to SunPower Corporation ("SunPower"). During the three months ended October 2, 2022, we recognized revenue from sale of modules and components of $275.4 million with shipments of 605MW, of which $68.9 million or 25.0%, represented sales of solar modules to SunPower. The pricing terms for the sale of solar modules to SunPower were based on the exclusive supply agreement with SunPower (the "Supply Agreement"), which was mutually terminated in February 2022 and replaced with the 2022/2023 Supply Agreement. For the three months ended October 1, 2023, other than the sale transactions with SunPower, there were two customer that accounted for at least 10% of revenue. For the three months ended October 2, 2022, other than the sale transactions with SunPower, there was no customer that accounted for at least 10% of revenue.

The decrease of $47.8 million in revenue during the three months ended October 1, 2023 as compared to the three months ended October 2, 2022 was primarily due to the pause of shipments to SunPower in late-July following a breach of their payment obligations. In addition, there was an industry-wide demand slowdown in the global DG markets. This was partially offset by higher shipments for the utility-scale business in the United States.

Cost of revenue was $224.9 million and $291.2 million in the three months ended October 1, 2023 and October 2, 2022, respectively. Cost of revenue includes actual cost of materials, labor and manufacturing overhead incurred for revenue-producing units shipped, and associated warranty costs. The decrease of $66.3 million in cost of revenue during the three months ended October 1, 2023 as compared to the three months ended October 2, 2022 was primarily due to lower shipments. Also, there was lower inventory write-down to the estimated net realizable value during the three months ended October 1, 2023 due to comparatively higher selling price to cost.

*Nine Months Ended October 1, 2023 Compared to Nine Months Ended October 2, 2022*

During the nine months ended October 1, 2023, we recognized revenue from sales of modules and components of $894.3 million with shipments of 2,209MW, of which $174.9 million, or 19.6%, represented sales of solar modules to SunPower. During the nine months ended October 2, 2022, we recognized revenue from sales of modules and components of $736.6 million with shipments of 1,614MW, of which $206.5 million or 28.0%, represented sales of solar modules to SunPower. For the nine months ended October 1, 2023, other than transactions with SunPower, there was one other customer whom had accounted for at least 10% of revenue. For the nine months ended October 2, 2022, SunPower was the only customer who accounted for at least 10% of revenues.

The increase of $157.7 million in revenue during the nine months ended October 1, 2023 as compared to the nine months ended October 2, 2022 was primarily due to sales for the utility-scale business in the United States. This is driven by a combination of higher volume and selling price pursuant to agreements entered into with a

4

**Page 20**

customer and its affiliate on March 7, 2023. The Company also experienced higher sales for the DG business in Europe, particularly Italy and France, mainly attributable to higher shipments driven by strong demand for renewable energy solutions. This was partially offset by lower sales to SunPower due to the pause of shipments in late July following a breach of their payment obligations. Refer to our *Recent Developments* discussion for an update on our contractual relationship with SunPower.

Cost of revenue was $781.8 million and $804.6 million in the nine months ended October 1, 2023 and October 2, 2022, respectively. Cost of revenue includes actual cost of materials, labor and manufacturing overhead incurred for revenue-producing units shipped, and associated warranty costs. The decrease of $22.9 million in cost of revenue during the nine months ended October 1, 2023 as compared to the nine months ended October 2, 2022 was primarily due to lower cost of production due to declining container rates and logistic cost reduction initiatives, lower losses of $19.1 million on the polysilicon procured under the long-term fixed supply agreements that ended during fiscal year 2022, non-recurrence settlement of $15.2 million with a polysilicon supplier to resolve a contract dispute regarding the applicability of a price escalation clause in the three months ended July 3, 2022, and lower inventory write-down to the net realizable value coupled with utilization of prior period provision. The above was partially offset by higher shipments during the nine months ended October 1, 2023 as compared to the nine months ended October 2, 2022.

*Revenues by Geography*

| (In thousands) | Three Months Ended | | Nine Months Ended | |
| --- | --- | --- | --- | --- |
| | October 1, 2023 | October 2, 2022 | October 1, 2023 | October 2, 2022 |
| United States | $ 145,133 | $ 106,590 | $ 502,787 | $ 266,367 |
| Italy | 23,558 | 33,016 | 102,566 | 90,490 |
| Rest of the world[1] | 58,939 | 135,843 | 288,982 | 379,753 |
| Total revenues | $ 227,630 | $ 275,449 | $ 894,335 | $ 736,610 |

[1]    Revenues included under "Rest of the world" comprise countries that are individually less than 10% for the periods presented.

Revenues are attributed to U.S. and international geographies primarily based on the destination of the shipments.

The sales attributed to the U.S. includes $23.9 million and $68.9 million in sales to SunPower for the three months ended October 1, 2023 and October 2, 2022, respectively. For the nine months ended October 1, 2023 and October 2, 2022, the sales attributed to the U.S. includes $174.9 million and $206.5 million in sales to SunPower, respectively.

*Operating Expenses*

Operating expenses includes primarily salaries and related personnel costs, professional fees and related operating cost to fulfil the functional requirements and responsibilities.

| (In thousands) | Three Months Ended | | Nine Months Ended | |
| --- | --- | --- | --- | --- |
| | October 1, 2023 | October 2, 2022 | October 1, 2023 | October 2, 2022 |
| Operating expenses: | | | | |
| Research and development | $ 11,627 | $ 11,968 | $ 35,715 | $ 38,278 |
| Sales, general and administrative | 31,771 | 29,143 | 97,291 | 74,414 |
| Restructuring charges | 23,164 | 85 | 23,307 | 1,615 |
| Total operating expenses | $ 66,562 | $ 41,196 | $ 156,313 | $ 114,307 |

5

### *Research and Development Expenses*

*Three Months Ended October 1, 2023 Compared to Three Months Ended October 2, 2022*

Research and development expenses were $11.6 million in the three months ended October 1, 2023, primarily associated with expenditures on the development of our Maxeon 7 and 8 cell and panel technology, mainly comprising compensation expense (including stock-based compensation) of $7.0 million, facilities expense of $1.5 million, research and development materials of $0.8 million and expense for leased equipment of $0.3 million. Included in these expenses is $0.9 million related to the Product Collaboration Agreement with SunPower. The decrease in research and development expenses was primarily driven by lower research and development materials, partially offset by higher compensation expense due to stock-based award granted.

Research and development expenses were $12.0 million in the three months ended October 2, 2022, primarily associated with expenditures on the development of our Maxeon 6 and 7 cell and panel technology, mainly comprising compensation expenses (including stock-based compensation) of $6.7 million, facilities expense of $1.7 million, research and development materials of $1.6 million and expenses for leased equipment of $0.6 million. Included in these expenses is $0.7 million related to the Product Collaboration Agreement with SunPower.

*Nine Months Ended October 1, 2023 Compared to Nine Months Ended October 2, 2022*

Research and development expenses were $35.7 million in the nine months ended October 1, 2023 primarily associated with expenditures on the development of our Maxeon 7 and 8 cell and panel technology, mainly comprising compensation expense (including stock-based compensation) of $21.9 million, facilities expense of $4.9 million, research and development materials of $1.5 million and expenses for leased equipment of $1.1 million. Included in these expenses is $2.8 million related to the Product Collaboration Agreement with SunPower. The decrease in research and development expenses was primarily driven by lower research and development materials of $1.9 million, decrease of $0.8 million in compensation expense due to non-recurrence of discretionary expense and, lower facilities expense and leased equipment of $1.5 million as a result of transfer of the research and development assets to Maxeon which was originally under the Product Collaboration Agreement. This was partially offset by higher expenses incurred for design and development of tools, higher consulting fees and travelling expenses.

Research and development expenses were $38.3 million in the nine months ended October 2, 2022, primarily associated with expenditures on the development of our Maxeon 6 and 7 cell and panel technology, mainly comprising compensation expenses (including stock-based compensation) of $22.7 million, facilities expense of $4.3 million, research and development materials of $3.4 million and expenses for leased equipment of $3.1 million. Included in these expenses is $15.9 million related to the Product Collaboration Agreement with SunPower.

### *Sales, General and Administrative Expenses*

*Three Months Ended October 1, 2023 Compared to Three Months Ended October 2, 2022*

Sales, general and administrative expenses were $31.8 million in the three months ended October 1, 2023 and comprised primarily of $16.4 million of compensation expense (including stock-based compensation), $6.6 million of professional fees, $1.9 million of equipment related expenses, $1.3 million of insurance expenses, $1.8 million of marketing fees and $0.9 million of facilities-related costs including rent, utilities and maintenance. The increase in expenses is primarily driven by higher compensation expenses of $1.1 million due to additional hiring for marketing department and merit increase and also, higher professional fees of $0.9 million, as well as increased marketing and travelling expenses by $0.7 million due to higher marketing efforts and travel activities after the lifting of travel restrictions globally.

Sales, general and administrative expenses were $29.1 million in the three months ended October 2, 2022 and comprised primarily of $15.4 million of compensation expenses (including stock-based compensation), $5.7 million of professional fees, $1.3 million of equipment related expenses, $1.4 million of insurance expenses, $1.5 million of marketing fees and $0.9 million of facilities-related costs including rent, utilities and maintenance.

6

*Nine Months Ended October 1, 2023 Compared to Nine Months Ended October 2, 2022*

Sales, general and administrative expenses were $97.3 million in the nine months ended October 1, 2023 and comprised primarily of $52.8 million of compensation expense (including stock-based compensation), $20.4 million of professional fees, $5.0 million of equipment related expenses, $3.5 million of insurance expenses, $4.2 million of marketing fees and $2.4 million of facilities-related costs including rent, utilities and maintenance. The increase in expenses was primarily driven by higher compensation expenses of $17.4 million due to additional hiring and merit increase and also, non-recurrence of reversal of certain charges in connection to the transition service agreement with SunPower. Additionally, there was higher professional fees, higher travelling expenses by $1.4 million due to increased travel activity after the lifting of travel restrictions globally and increased marketing expenses by $0.8 million due to more investment in installer partner trainings, brand and developing new sales channels.

Sales, general and administrative expenses were $74.4 million in the nine months ended October 2, 2022 and comprised primarily of $35.4 million of compensation expenses (including stock-based compensation), $18.2 million of professional fees, $4.6 million of insurance expenses, $4.2 million of equipment related expenses, $3.4 million of marketing fees and $2.1 million of facilities-related costs including rent, utilities and maintenance.

### *Restructuring Expenses*

*Three and Nine Months Ended October 1, 2023 Compared to Three and Nine Months Ended October 2, 2022*

Restructuring expense were $23.2 million in the three months ended October 1, 2023 and $23.3 million in the nine months ended October 1, 2023. This primarily consists of contract termination charges incurred for the cancellation of our plan to expand capacity, and instead to retrofit existing lines, for our Maxeon 7 technology at one of our Philippines cell manufacturing facilities. This is in relation to the Company's September 2023 restructuring plan, where the Company has adopted a restructuring plan to reduce capital expenditures and costs, and focus on improving cash flow through acceleration of Maxeon 7 to the market.

Restructuring charges were $0.1 million and $1.6 million in the three and nine months ended October 2, 2022 respectively. This primarily consists of a restructuring plan charge for June 2022 on the closure of our module factory in Porcelette, France.

### *Other (expense) income, net*

|  | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
|  | October 1, 2023 | October 2, 2022 | October 1, 2023 | October 2, 2022 |
| **(In thousands)** | | | | |
| Other (expense) income, net: | | | | |
| Interest expense | $ (10,464) | $ (8,821) | $ (32,337) | $ (19,544) |
| Other, net | (34,174) | 27,267 | (1,210) | 25,391 |
| Other (expense) income, net | $ (44,638) | $ 18,446 | $ (33,547) | $ 5,847 |

*Three Months Ended October 1, 2023 Compared to Three Months Ended October 2, 2022*

Of the total $10.5 million in interest expense, incurred during the three months ended October 1, 2023, $4.8 million relates to the Convertible Notes due 2027 issued in August 2022 ("2027 Notes"), $4.1 million relates to the Green Convertible Notes due 2025, $0.9 million interest expense in connection to other debt arrangements, and $0.6 million relates to interest expense on significant financing component on prepayments received.

Of the total $8.8 million in interest expense, incurred during the three months ended October 2, 2022, $4.1 million relates to the Green Convertible Notes due 2025, $2.3 million relates to the 2027 Notes, $0.8 million relates to interest expense on extended credit terms and $0.7 million relates to interest expense on significant financing component on prepayment received. The remaining interest expense relates to the Company's other debt arrangements

7

Other, net for the three months ended October 1, 2023 primarily comprised of a $37.1 million loss on the remeasurement of the Prepaid Forward associated with the Green Convertible Notes and loss of $0.2 million on derivative instruments. This was partially offset by interest income from the Company's investments of $2.7 million.

Other, net for the three months ended October 2, 2022 primarily comprised of a $24.5 million gain on the remeasurement of the Prepaid Forward associated with the Green Convertible Notes and the foreign exchange gain of $2.1 million. This was partially offset by a loss of $0.3 million on derivative instruments.

*Nine Months Ended October 1, 2023 Compared to Nine Months Ended October 2, 2022*

Of the total $32.3 million in interest expense, incurred during the nine months ended October 1, 2023, $14.2 million relates to the 2027 Notes, $12.3 million relates to the Green Convertible Notes due 2025, $3.9 million interest expense in connection to other debt arrangements, and $1.9 million relates to interest expense on significant financing component on prepayments received.

Of the total $19.5 million in interest expense, incurred during the nine months ended October 2, 2022, $12.3 million relates to the Green Convertible Notes due 2025, $2.3 million relates to the 2027 Notes, $1.8 million relates to interest expense on significant financing component on prepayments received and $1.3 million relates to interest expense on extended credit terms. The remaining interest expense relates to other debt arrangements.

Other, net for the nine months ended October 1, 2023 primarily comprised of a $8.6 million loss on the remeasurement of the Prepaid Forward associated with the Green Convertible Notes and loss of $1.2 million on derivative instruments. This was partially offset by interest income from the Company's investments of $6.7 million and foreign exchange gain of $1.0 million.

Other, net for the nine months ended October 2, 2022 primarily comprised of a $20.1 million gain on the remeasurement of the Prepaid Forward associated with the Green Convertible Notes and a foreign exchange gain of $4.8 million. This was partially offset by a loss of $2.3 million on derivative instruments.

For more information on the 2027 Notes, Prepaid Forward and Green Convertible Notes, please refer to "Item 5.B. Liquidity and Capital Resources" disclosure in our Annual Report on Form 20-F for the fiscal year ended January 1, 2023.

***Income Taxes***

| | Three Months Ended | | Nine Months Ended | |
| --- | --- | --- | --- | --- |
| | October 1, 2023 | October 2, 2022 | October 1, 2023 | October 2, 2022 |
| **(In thousands)** | | | | |
| Benefit from (provision for) income taxes | $ 2,554 | $ (2,399) | $ (9,323) | $ (4,161) |

*Three and Nine Months Ended October 1, 2023 Compared to Three and Nine Months Ended October 2, 2022*

The interim income tax expense and other income tax related information contained in these condensed consolidated financial statements are calculated in accordance with FASB guidance for interim reporting of income tax, based on a projected annual effective tax rate while excluding loss jurisdictions which cannot be benefited. Our projected effective tax rate is based on forecasted annualized results which may fluctuate in future periods due to the uncertainty in our annual forecasts resulting from the risks identified in "Risk Factors" as previously disclosed in our Annual Report on Form 20-F for the year ended January 1, 2023 on our operating results. The Company did not

8

have any specific projects which may give rise to any significant, unusual, infrequent in nature or discontinued operations in the three and nine months ended October 1, 2023.

In the three months ended October 1, 2023, we recorded income tax credit of $2.6 million, primarily due to a lower forecasted annualized results which resulted in a reversal of current tax expense. In the nine months ended October 1, 2023, we recorded income tax provision of $9.3 million, primarily due to current year income tax expense in profitable jurisdictions and prior year income tax true-ups for entities that filed their tax returns in the current period. In the three and nine months ended October 2, 2022, we recorded income tax provision of $2.4 million and income tax provision, of $4.2 million, respectively. The tax expense was primarily due to current year income tax expense in profitable jurisdictions and prior year income tax true-ups.

We benefit from a tax holiday granted by the Malaysian government, subject to certain hiring, capital spending, and manufacturing requirements. The third and final five-year tranche of this tax holiday was granted a 70% tax exemption and will expire on June 30, 2026. The Malaysian Investment Development Authority ("MIDA") and the Company have been in discussions on additional conditions required to reinstate the full tax exemption that the Company was granted previously. We have agreed to the conditions for such reinstatement with MIDA and are waiting for formal approval from the Malaysian Government. As formal approval has not been received as at October 1, 2023, the income tax provisions reflects the 70% tax exemption status for our Malaysian subsidiary.

We record a valuation allowance to reduce our deferred tax assets to the amount that is more likely than not to be realized. In assessing the need for a valuation allowance, we consider historical levels of income, expectations and risks associated with the estimates of future taxable income and ongoing prudent and feasible tax planning strategies. In the event that we determine that we would be able to realize additional deferred tax assets in the future in excess of the net recorded amount, or if we subsequently determine that realization of an amount previously recorded is unlikely, we would record an adjustment to the deferred tax asset valuation allowance, which would change income tax in the period of adjustment.

### Equity in losses of unconsolidated investees

*Three and Nine Months Ended October 1, 2023 Compared to Three and Nine Months Ended October 2, 2022*

For the three and nine months ended October 1, 2023, our unconsolidated investee, Huansheng JV reported a loss for which we recorded our reportable share of $2.5 million and $2.8 million, respectively.

For the three and nine months ended October 2, 2022, Huansheng JV reported a loss for which we recorded our reportable share of $3.6 million and $10.8 million respectively. The loss for the three and nine months ended October 1, 2023 is mainly due to the limit of the share of losses under equity method to the total cost of investment under ASC 323.

### Net Loss (Income) Attributable to Noncontrolling Interests

*Three and Nine Months Ended October 1, 2023 Compared to Three and Nine Months Ended October 2, 2022*

For the three and nine months ended October 1, 2023, we attributed $0.1 million of net loss and $0.1 million of net income, respectively, to noncontrolling interests. The noncontrolling interests held 20% and 24.05% shareholding of our subsidiaries, SunPower Systems International Limited and SunPower Energy Systems Southern Africa (Pty) Ltd, respectively. For the three and nine months ended October 2, 2022, we attributed $0.2 million and $0.3 million of net income, respectively, to these noncontrolling interests. The change in net income attributable to noncontrolling interests was a result of the profitability from our non-wholly owned subsidiaries.

### Recent Developments

In connection with the Company's acquisition of certain assets from Complete Solaria, Inc. ("CSLR") pursuant to that certain Asset Purchase Agreement dated September 19, 2023 (the "Purchase Agreement"), on October 6, 2023, the Company issued to SolarCA LLC, a wholly owned subsidiary of CSLR ("SolarCA"), 1,100,000 of the Company's ordinary shares, at no par value, on a transaction exempt from the registration requirements of the

9

Securities Act of 1933, as amended. Immediately following such issuance, SolarCA held 2.08% of the outstanding ordinary shares of the Company.

On October 10, 2023, the Company announced its plan to re-engineer its IBC manufacturing capacity and also, to begin the preparation of its manufacturing facility in Malaysia to install a TOPCon solar cell pilot line ahead of the start-up of our planned manufacturing facility in Albuquerque in the United States. Consequently, there will be a reduction in workforce globally and review of the economic useful lives of certain existing IBC lines.

In September 2023, the Company and Danish Fields Solar LLC ("Danish Fields"), entered into an Abatement and Amendment Agreement to amend certain terms of the order request executed in November 2021, including delivery schedule, utilization of the prepayment and abatement conditions for the liquidated damages claim by Danish Fields for the delay in the original schedule. For additional information on our contractual arrangement with Danish Fields, refer to discussion in Note 2 of our Interim Financial Statements filed as Exhibit 99.1 of the Form 6-K furnished with the SEC on August 10, 2023.

On November 13, 2023, the Company and SunPower entered into an amendment, settlement and release agreement (the "SunPower Settlement Agreement") in respect of certain disputes arising out of both parties' contractual obligations under the supply agreement effective from February 14, 2022, as amended on January 5, 2023, (the "2022/2023 Supply Agreement") and the new supply agreement dated January 5, 2023 (the "2024/2025 Supply Agreement" and together with the 2022/2023 Supply Agreement, the "SunPower Supply Agreements"). Pursuant to the terms of the SunPower Settlement Agreement, the parties agreed to terminate the 2024/2025 Supply Agreement, effective as of November 13, 2023. Both parties also agreed to certain amended product orders and deliveries under the 2022/2023 Supply Agreement, which product deliveries will take place until February 24, 2023, at which time upon the performance of all related obligations thereunder, the 2022/2023 Supply Agreement shall also terminate. The Company will be released (i) from the obligation to supply certain of its products exclusively to SunPower starting March 31, 2024, and (ii) from the non-circumvention obligations under the 2022/2023 Supply Agreement starting January 1, 2024. The SunPower Settlement Agreement also contemplates the issuance of future warrants from SunPower to the Company and the mutual release of claims arising from the SunPower Supply Agreements, subject to the terms and conditions set forth in the SunPower Settlement Agreement.
For additional information regarding the SunPower Settlement Agreement, refer to our Report on Form 6-K furnished with the SEC on November 15, 2023.

We are supplementing our risk factors previously disclosed in our Annual Report on Form 20-F for the year ended January 1, 2023 and in Exhibit 99.2 to our Report on Form 6-K furnished to the Commission on August 10, 2023 with the following risk factors:

***We have agreed to terminate the supply agreements with one of our main customers, and our financial results will materially suffer as a result.***

The Company has historically relied for a substantial portion of its revenue on one of its main customers, SunPower, which has accounted for 26.7% of our total revenue during fiscal year 2022. During the nine months ended October 1, 2023, $174.9 million or 19.6% of our revenue represented sales of solar modules to SunPower.

The Company and SunPower entered into the 2022/2023 Supply Agreement, pursuant to which we had agreed to supply SunPower with IBC Modules for use in residential installations in Canada and the United States (excluding Puerto Rico, American Samoa, Guam, the Northern Mariana Islands and the U.S. Virgin Islands) (the "Domestic Territory"). On January 5, 2023, the 2024/2025 Supply Agreement pursuant to which we had agreed to supply SunPower with Maxeon 6 IBC Modules in the Domestic Territory in 2024 and 2025. On August 5, 2023, SunPower delivered a written notice to the Company alleging breach of its non-circumvention obligations under the SunPower Supply Agreements. We responded to these claims by conducting a thorough investigation of the allegations and providing the information requested by SunPower. The Company believes the alleged breach is not valid or has not continued for more than the stipulated period under the SunPower Supply Agreements. On August 6, 2023, we delivered a written notice to SunPower for breach of its payment obligations under the 2022/2023 Supply Agreement, which was followed by two additional notices dated September 27, 2023 and October 2, 2023 notifying SunPower of certain continuing breaches under the 2022/2023 Supply Agreement. As a result of voluntary negotiations undertaken by both parties in good faith, on November 13, 2023 we entered into the SunPower Settlement Agreement , pursuant to  which, among other things, (i) we agreed to supply SunPower with certain volumes of IBC Modules on a "take or pay" basis under the 2022/2023 Supply Agreement against SunPower's

10

providing a payment bond to the Company in an amount of not less than $30 million as security for the volumes it has agreed to purchase, (ii) we would be released from the non-circumvention obligations starting January 1, 2024, and (iii) the 2024/2025 Supply Agreement has been terminated as of November 13, 2023. Following the completion of deliveries of IBC Modules under the 2022/2023 Supply Agreement and the termination of the 2022/2023 Supply Agreement in accordance with the terms of the SunPower Settlement Agreement, SunPower would no longer be our most significant customer.

Due to the disputes with this significant customer and the termination of the future relationship with SunPower, our revenues have been and will continue to be materially negatively impacted in the short term. Further, our results of operations in the longer term are expected to be materially impacted until such time as we are able to rebuild customer demand for our products in the United States, if at all.

***We derive a significant portion of our revenues from our largest customers and are subjected to concentration of credit risk. Any disagreements with our largest customers can impact our revenues and our long-term relationships.***

Historically, we have relied on a limited number of customers for a substantial portion of our revenue.  In addition to SunPower, two other customers accounted for at least 10% of accounts receivable as of January 1, 2023 and no other customer accounted for at least 10% of revenue for fiscal year 2022. For the nine months ended October 1, 2023, other than transactions with SunPower, there was one other customer whom had accounted for at least 10% of revenue. The loss of any of these customers, their inability to perform under their agreements, their default in payment or the renegotiation of any of their agreements, could have a material and adverse effect on our financial results.

Because we rely on key customers for a significant portion of our revenues and accounts receivable, we depend on the creditworthiness of these customers. If the financial condition of our customers declines, our credit risk could increase. Should one or more of our significant customers declare bankruptcy, it could materially and adversely affect the collectability of our accounts receivable and our allowance for credit losses, cash flows and net income.

***The increase in the global supply of solar cells and panels, and increasing competition, may cause substantial downward pressure on the prices of such products or result in increased or changing tariff policies and cause us to lose sales or market share, or to hold excess inventory, resulting in lower revenues, cash flows and impairment charges.***

Global solar cell and panel production capacity and supply have been materially increasing, and solar cell and solar panel manufacturers currently have excess capacity, relative to global demand, particularly in China. The solar industry has experienced and may continue to experience periods of structural imbalance between supply and demand, and such periods result in unpredictability (i.e. pressure on pricing or imbalanced supply due to governmental policies). Excess capacity and industry competition have resulted in the past, and may continue to result, in excess supply and/or substantial downward pressure on the price of solar cells and panels, including our products. More recently, there has been additional pressure on global demand as a consequence of the excess supply and decreasing average selling prices resulting from fluctuating supply and demand in certain solar markets, as well as increasing supply chain costs. Intensifying competition has and could continue to cause us to lose sales or market share or hold excess inventories. The excess of global supply coupled with the decline in demand in light of a global economic slowdown caused by events such as an economic recession, increasing interest rates and the associated decrease in consumer spending, has resulted and may continue to result in a global price reduction, such as the global price reduction that accelerated in the second half of 2023. Fluctuations in supply and demand caused by events such an economic recession, increasing interest rates and governmental policies such as the former "dual control of energy consumption policy of China", as well as increased supply chain costs, may result in a global increase in the price of certain supply commodities, similar to what occurred in 2021. See "*Risk Factors - Risks Related to our Supply Chain - We will continue to be dependent on a limited number of third-party suppliers for certain raw materials and components for our products, and increases in the costs for raw materials and components required for our solar products could prevent us from delivering our products to our customers within required timeframes and could in turn result in sales and installation delays, cancellations, penalty payments, and loss of market share.*" Such price fluctuations and impacts on demand are difficult to plan for and could have a negative impact on the amount of inventory which we hold, our revenue and earnings, and could materially adversely affect our business, financial condition and cash flows. In addition, in such a market environment, internal pricing forecasts are difficult and recently, our forecasts have not been, and in the future may not be, accurate, which

11

**Page 27**

has caused and in the future could cause our financial results to be different than forecasted. Uncertainty with respect to United States, PRC, European and other government policies, including trade tariffs, subsidies or other incentives for solar projects, may continue to cause increased, decreased, or volatile supply and/or demand for solar products, which could negatively impact our revenue and earnings. See "*Risk Factors - Risks Related to the Maxeon Business Generally - Changes in international trade policies, tariffs, or trade disputes could significantly and adversely affect our business, revenues, margins, results of operations and cash flows.*"

***Fluctuations in the demand for our products may cause impairment of long-lived assets or cause us to write off equipment or inventory or the pre-mature termination of certain contracts, and each of these events could materially and adversely affect our financial results.***

If the demand for our solar products decreases as reflected in the current market environment or as a result of intensifying competition, we may hold excess inventories of our products and we may need to adjust our production and as a result, our manufacturing capacity could be underutilized. We may be required to shorten the useful life of our equipment or record an impairment of our long-lived assets, including facilities and equipment, which would increase our expenses. For example, in light of the current market environment, we are re-engineering our IBC manufacturing capacity which we expect will incur charges relating to the cancellation of existing purchase orders, accelerated depreciation of certain equipment and with respect to the related reduction in our global workforce.

If prices or product demand decrease or we fail to forecast demand accurately, we could be required to write off inventory or record excess capacity charges, which could have a negative impact on our gross margin . For example, in light of the current market environment, we have recorded certain inventory adjustments and we have provided reserves to reflect the inventories held at the lower of cost or net realizable value of US$19.9 million as of October 1, 2023.

Each of the above events could materially and adversely affect our future financial results.

***We are currently operating in a period of economic uncertainty and capital markets disruption, which has been significantly impacted by geopolitical instability due to ongoing wars or conflicts and our business, financial condition and results of operations may be materially adversely affected by any negative impact on the global economy and capital markets resulting from ongoing wars or conflicts or any other geopolitical tensions.***

U.S. and global markets are experiencing volatility and disruption following the escalation of geopolitical tensions and ongoing war in Ukraine and the Israel-Hamas conflict. Although the length and impact of these ongoing military conflicts is highly unpredictable, geopolitical events, terrorist or other attacks, and war (or threatened war) or international hostilities, may lead to armed conflict or acts of terrorism around the world, which may contribute to further economic instability in the global financial markets and international commerce. The war in Ukraine and the Israel-Hamas conflict may lead to further regional and international conflicts or armed action. The conflict in Ukraine has disrupted supply chains, caused instability in the energy markets and could lead to further market disruptions, including significant volatility in commodity prices, credit and capital markets on a global scale. The war in Ukraine and the Israeli-Hamas conflict continue to cause considerable humanitarian suffering and the continued uncertainty surrounding the outcome of these conflicts may cause a humanitarian crisis and instability in other parts of the world. The United States and the European Union, among other countries, have imposed sanctions against Russia, including sanctions targeting the Russian oil sector, including a prohibition on the import of oil from Russia to the United States. The ongoing war could result in the imposition of further economic sanctions by the United States and the European Union against Russia, with uncertain impacts on the global economy. While much uncertainty remains regarding the global impacts of the war in Ukraine and the Israel-Hamas conflict, it is possible that such tensions could adversely affect our business, financial condition, results of operation and cash flows. Furthermore, it is possible that third parties, such as our customers and suppliers may be impacted by these conflicts, which could adversely affect our operations. These uncertainties could also adversely affect our ability to obtain additional financing on terms acceptable to us or at all.

***If we experience interruptions in the operation of our solar cell or module production lines or in the execution of our manufacturing expansion or conversion plans, our revenue and results of operations may be materially and adversely affected.***

If our solar cell or module production lines suffer problems that cause downtime, or our manufacturing expansion or conversion plans encounter delays or difficulties in execution, we might be unable to meet our production or capacity expansion targets, which could materially and adversely affect our business.

In order to expand our capacity to produce Performance line shingled module technology for use in the United States market, aimed at large-scale commercial and utility-scale power plant markets, we have been expanding our Malaysia cell manufacturing facility and upgrading our assembly facility in Mexico. To the extent we are delayed in our projected production schedule, or fail to achieve our projected production volumes, or fail to renegotiate with customers on revised delivery schedules, we may suffer significant liquidated damages for the volumes we have contractually committed, face additional risks resulting from our failure to meet customers' demand and significantly impair our plans for entering the large-scale commercial and utility-scale power plant markets in the United States and our plans for growth in that market. For example,we have been delayed in delivering modules to Danish Fields and in September 2023, we and Danish Fields, entered into an Abatement and Amendment Agreement to amend certain terms of the order request executed in November 2021, including delivery schedule, utilization of the prepayment and abatement conditions for the liquidated damages claim by Danish Fields for the delay in the original schedule. If we experience further delays in the delivery schedule, Danish Fields can claim significant liquidated damages under the Abatement and Amendment Agreement. Delays in the ramp up of our production capacity may also delay or prevent us from achieving our target cost reductions.

*We constantly assess our manufacturing capacities and our plans to retrofit or redeploy our manufacturing capacities include a number of risks which may hinder the success of these efforts.*

The Company intends to retrofit existing lines for the manufacture of Maxeon 7 products instead of adding incremental capacity at one of its Philippines cell manufacturing facilities that is currently not in use. The Company also intends to install a TOPCon solar cell pilot line ahead of the start-up of its planned manufacturing operations in the United States. We are currently in the process of making the necessary preparations for these capacity conversions and have reserved a portion of our 2023 planned capex for the retrofit of existing lines in connection with Maxeon 7 products. We are planning to deploy a multi-GW factory in the United States to manufacture solar products for both the DG and utility-scale power plant markets, contingent upon us securing the necessary funding and other factors beyond our control. If we are unable to secure the necessary funding, to the extent we are delayed in our projected production schedule, or if we fail to achieve our projected production volumes, our plans for the manufacture of Maxeon 7 products, TOPCon solar cells or expansion into the United States market may be significantly impaired.

The success of our manufacturing operations and execution of our manufacturing expansion and/or conversion plans are subject to significant risks including:

- cost overruns, delays, supply shortages, equipment problems and other operating difficulties;
- custom-built equipment may take longer or cost more to engineer than planned and may never operate as designed;
- incorporating first-time equipment designs and technology improvements, which we expect to lower unit capital and operating costs, but which may not be successful;
- our ability to obtain or maintain third-party financing to fund capital requirements;
- difficulties in maintaining or improving our historical yields and manufacturing efficiencies;
- difficulties in protecting our intellectual property and obtaining rights to intellectual property developed by our manufacturing partners;
- difficulties in hiring and retaining key technical, management, and other personnel;
- impacts that may arise from, and actions taken in response to, natural disasters, epidemics or pandemics, including the temporary idling of our solar cell and module production lines located at our manufacturing facilities in Malaysia, Mexico and the Philippines, and the facilities of our Huansheng JV in China;
- potential inability to obtain, or obtain in a timely manner, financing, or approvals from governmental authorities for operations;
- increased costs and extended timelines for the upgrades of our cell and module production lines to our next-generation technologies; and
- tariffs imposed on imported solar cells and modules which may cause market volatility, price fluctuations, supply shortages, and project delays.

Any of these or similar difficulties may unexpectedly delay or increase costs of our supply of solar cells or costs of execution of our manufacturing expansion and/or conversion plans or delay or prevent us from achieving target cost reductions.

13

**Liquidity and Capital Resources**

*Current Sources of Liquidity and Capital Resources*

As of October 1, 2023, we had unrestricted cash and cash equivalents of $208.1 million, restricted cash of $9.2 million and short-term securities representing a 6-months time deposit of $60.0 million as compared to $227.4 million of unrestricted cash and cash equivalents, $40.5 million of restricted cash and short-term securities representing a 4-month time deposit of $76.0 million as of January 1, 2023.

On May 19, 2023, the Company completed an underwritten public offering of an aggregate of 7,490,000 ordinary shares (following the underwriters' exercise of the over-allotment option in full), including 5,620,000 ordinary shares offered by Maxeon (the "Company Offering") and 1,870,000 ordinary shares offered by an affiliate of TotalEnergies SE ("TotalEnergies") (the "TotalEnergies Offering" and, together with the Company Offering, the "Offering"), each at a price per share of of $28.00. In addition, pursuant to a share purchase agreement, dated May 16, 2023, with an affiliate of TZE, Maxeon sold to Zhonghuan Singapore Investment and Development Pte. Ltd ("TZE SG") 1,500,000 ordinary shares at $28.00 per share (the "TZE Private Placement"), in a private placement exempt from the registration requirements of the Securities Act of 1933, as amended, for a total investment of $42.0 million. The net proceeds from the Company Offering and TZE Private Placement were approximately $193.5 million after giving effect to the underwriting discounts and commissions, as well as other offering costs. The Company did not receive any proceeds from the TotalEnergies Offering.

We have collected material customer advances in connection with certain of our supply agreements we have entered into. The customer advances are amortized based on the contractually agreed upon utilization schedule at the point of transfer of control of goods to the customer. As of October 1, 2023, the customer advances included within "Contract liabilities, current portion" and "Contract liabilities, net of current portion" in our Condensed Consolidated Balance Sheets is $204.2 million and $120.4 million, respectively.

*Material Cash Requirements*

As of October 1, 2023, our outstanding debt was $431.7 million, of which $23.4 million and $408.3 million was classified as short-term and long-term respectively, in our Condensed Consolidated Balance Sheets. As of January 1, 2023, our outstanding debt was $459.2 million.

We expect total capital expenditures ranging from $66 million to $76 million in fiscal year 2023. As of October 1, 2023, we have committed to capital expenditures of $73.7 million via the issuance of purchase orders relating to deliveries for and beyond the remaining fiscal year 2023. The capital expenditures mainly relate to the conversion of our Fab 4 in the Philippines to our new Maxeon 7 technology and remaining payments to the equipment suppliers of the Performance series lines in Malaysia and Mexico for the US utility segment. We are also investing into development of our next generation cell technology (Maxeon 8), in addition to the various programs to enhance our IT infrastructure and security, as well as to support the Beyond the Panel offering. The above includes capital expenditures for preparatory activities in connection with the multi GW factory in the United States to manufacture solar cells and panels for the utility-scale market.

Additionally, from time-to-time, we are required to provide financial and performance assurance to third parties and in connection with such obligations we procure letters of credit, bank guarantees, and surety bonds. The additional debt supporting these instruments could result in increased expenses, collateralization and may impose new restrictive covenants.

*Anticipated Sources of Funds*

We believe that our current cash, cash equivalents, along with cash expected to be generated from operations will be sufficient to meet our obligations over the next 12 months. We expect that we will meet our working capital requirements and fund our committed and uncommitted capital expenditures through our current cash and cash equivalents, cash generated from operations, customer prepayments, our existing debt facility which we are renewing, and additional debt or equity financing to the extent we are able to raise such funding on acceptable terms.

We expect our long-term cash requirements to be largely driven by capital expenditures and working capital requirements necessary to improve our profitability and business growth. Given the dynamic nature of the markets we operate in, the volatility in the capital markets, the current status of our business, including termination of our contractual relationship with SunPower as discussed under the *Recent Developments* section, uncertain inflationary

14

environment and expected rising interest rates, supply chain challenges, as well as the worldwide uncertainty created by ongoing wars or conflicts, we currently lack the visibility to reasonably quantify our expected long-term capital requirements and our ability to fully meet our long-term liquidity needs. Our long-term liquidity needs would be further negatively impacted if the macro conditions set forth above last a sustained period of time.

The Company will continue to pursue opportunities to seek additional funding from time to time to fund capital expenditures and to better position it for execution on its strategy and to weather the challenges facing the industry. However, the Company can make no assurance that it will be able to successfully obtain additional financing. The current economic environment and market conditions could limit our ability to raise capital by issuing new equity or debt securities on acceptable terms or at all, and lenders may be unwilling to lend funds on acceptable terms or at all in the amounts that would be required to supplement cash flows to support our funding needs. The sale of additional equity securities or convertible debt securities would result in dilution to our stockholders and may not be available on favorable terms or at all. Additional debt would result in increased expenses and collateralization and would likely impose new restrictive covenants.

In addition to pursuing financing opportunities, we continue to focus on improving our overall operating performance and liquidity by assessing and evaluating different options that may be available to us, such as selling raw materials inventory to third parties, liquidating certain investments, ongoing or prospective restructuring plans or strategic options, including but not limited to workforce reduction, accelerating life cycle of our products and consolidating facilities and, renegotiating for more favorable payment terms with customers and vendors. From time to time, we evaluate our staffing levels in response to changes in our business needs and demand for our products in order to manage costs and improve performance which may result in restructuring of our workforce and associated costs. As announced with our preliminary third quarter results, we are currently implementing a global reduction in workforce. Based on the current development on the settlement with SunPower, we are expecting the impact to be approximately 22% of our employee workforce. We cannot, however, assure you that any such options will materialize or be available to us on commercially acceptable terms or at all.

Our liquidity is subject to various risks including the risks identified in "Risk Factors" and market risks identified in "Quantitative and Qualitative Disclosures about Market Risk" in the Annual Report on Form 20-F for the fiscal year ended January 1, 2023.

**Cash Flows**

A summary of the sources and uses of cash, cash equivalents and restricted cash is as follows:

| | Nine Months Ended | | | |
| --- | --- | --- | --- | --- |
| | October 1, 2023 | | October 2, 2022 | |
| **(In thousands)** | | | | |
| Net cash used in operating activities | $ | (177,882) | $ | (36,292) |
| Net cash used in investing activities | | (38,971) | | (132,031) |
| Net cash provided by financing activities | | 166,104 | | 213,305 |

*Operating Activities*

Net cash used in operating activities in the nine months ended October 1, 2023 was $177.9 million and was primarily the result of: (i) increase in inventories of $110.6 million; (ii) net loss of $89.4 million; (iii) decrease in accounts payable and other accrued liabilities of $52.8 million, primarily attributable to the timing of billing and payment of supplier invoices; and (iv) increase in accounts receivables of $37.4 million, primarily attributable to billings and collection cycles.

This was partially offset by (i) an adjustment for non-cash charges of $60.8 million related to depreciation and amortization and stock-based compensation and other non-cash charges; and (ii) $27.4 million increase in contract liabilities arising from advance collections from customers.

Net cash used in operating activities in the nine months ended October 2, 2022 was $36.3 million and was primarily the result of: (i) net loss of $191.4 million of which $19.6 million relates to out-of-market polysilicon cost; (ii) adjustment for non-cash remeasurement gain on Prepaid Forward of $20.1 million; (iii) increase in accounts

15

receivables of $20.2 million, primarily attributable to billings and collection cycles; (iv) increase in inventories of $113.9 million and (v) increase in prepaid and other assets of $22.9 million due to advance payments.

This was partially offset by (i) adjustment for non-cash charges of $54.2 million related to depreciation and amortization, stock-based compensation and other non-cash charges; (ii) $127.8 million increase in contract liabilities arising from advance collections from customers; (iii) $68.6 million increase in accounts payable and other accrued liabilities, primarily attributable to the timing of invoice payments and an increase in purchases; and (iv) $37.9 million decrease in advance payment to suppliers.

### Investing Activities

Net cash used in investing activities in the nine months ended October 1, 2023 was $39.0 million and was primarily due to purchase of short-term securities of $60.0 million and capital expenditures of $55.8 million. This was partially offset by proceeds from maturity of short-term securities of $76.0 million.

Net cash used in investing activities in the nine months ended October 2, 2022 was $132.0 million and was primarily due to (i) capital expenditures of $56.0 million; and (ii) placement of short-term time deposit of $76 million which matures in January, 2023.

### Financing Activities

Net cash provided by financing activities in the nine months ended October 1, 2023 was $166.1 million, which included $193.5 million in net proceeds from issuance of common stock and $149.0 million in proceeds from debt. This was partially offset by repayment of debt obligations of $175.9 million.

Net cash provided by financing activities in the nine months ended October 2, 2022 was $213.3 million, which included $196.4 million in proceeds from debt and $188.8 million in proceeds from issuance of 2027 Notes. This was partially offset by repayment of debt obligations of $171.1 million.

### Forward-Looking Statements

Certain statements relating to Maxeon in this document or documents incorporated by reference constitute forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including, but not limited to, statements regarding: (a) our expectations regarding pricing trends, demand and growth projections; (b) potential disruptions to our operations and supply chain that may result from epidemics, natural disasters or military conflicts, including the duration, scope and impact on the demand for our products, market disruptions from the war in Ukraine and the Israel-Hamas conflict; (c) anticipated product launch timing and our expectations regarding ramp, customer acceptance and demand, upsell and expansion opportunities; (d) our expectations and plans for short- and long-term strategy, including our anticipated areas of focus and investment, market expansion, product and technology focus, implementation of restructuring plans and projected growth and profitability; (e) our ability to meet short term and long term material cash requirements, our ability to complete an equity or debt offering or financing at favorable terms, if at all, and our overall liquidity, substantial indebtedness and ability to obtain additional financing; (f) our technology outlook, including anticipated fab capacity expansion and utilization and expected ramp and production timelines for the Company's next-generation Maxeon 7 and Performance line solar panels, expected cost reductions, and future performance; (g) our strategic goals and plans, including capacity expansion, partnership discussions with respect to the Company's next-generation technology, and our relationship with our existing customers, suppliers and partners, and our ability to achieve and maintain them; (h) our expectations regarding our future performance and revenues resulting from contracted orders, bookings, backlog, and pipelines in our sales channels and feedback from our partners; (i) our projected effective tax rate and changes to the valuation allowance related to our deferred tax assets; and (j) our fourth quarter and annual fiscal year 2023 guidance, including shipments, revenue, gross loss, non-GAAP gross loss, operating expenses, non-GAAP operating expenses, Adjusted EBITDA, capital expenditures, and related assumptions.

The forward-looking statements can be also identified by terminology such as "may," "might," "could," "will," "aims," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates" and similar statements. Among other things, the quotations from management in this press release and Maxeon's operations and business outlook contain forward-looking statements.

16

**Page 32**

These forward-looking statements are based on our current assumptions, expectations and beliefs and involve substantial risks and uncertainties that may cause results, performance or achievement to materially differ from those expressed or implied by these forward-looking statements. These statements are not guarantees of future performance and are subject to a number of risks. The reader should not place undue reliance on these forward-looking statements, as there can be no assurances that the plans, initiatives or expectations upon which they are based will occur. Factors that could cause or contribute to such differences include, but are not limited to: (1) challenges in executing transactions key to our strategic plans, including regulatory and other challenges that may arise; (2) our liquidity, substantial indebtedness, terms and conditions upon which our indebtedness is incurred, and ability to obtain additional financing for our projects, customers and operations; (3) our ability to manage supply chain shortages and/or excess inventory and cost increases and operating expenses; (4) potential disruptions to our operations and supply chain that may result from damage or destruction of facilities operated by our suppliers, difficulties in hiring or retaining key personnel, epidemics, natural disasters, including impacts of the war in Ukraine and the Israel-Hamas conflict; (5) our ability to manage our key customers and suppliers, including the impact of the termination of the supply agreements with one of the Company's biggest customers, SunPower Corporation; (6) the success of our ongoing research and development efforts and our ability to commercialize new products and services, including products and services developed through strategic partnerships; (7) competition in the solar and general energy industry and downward pressure on selling prices and wholesale energy pricing, including impacts of inflation, economic recession and foreign exchange rates upon customer demand; (8) changes in regulation and public policy, including the imposition and applicability of tariffs; (9) our ability to comply with various tax holiday requirements as well as regulatory changes or findings affecting the availability of economic incentives promoting use of solar energy and availability of tax incentives or imposition of tax duties; (10) fluctuations in our operating results and in the foreign currencies in which we operate; (11) appropriately sizing, or delays in expanding our manufacturing capacity and containing manufacturing and logistics difficulties that could arise; (12) unanticipated impact to customer demand and sales schedules due, among other factors, to the war in Ukraine and the Israel-Hamas conflict, economic recession and environmental disasters; (13) challenges managing our acquisitions, joint ventures and partnerships, including our ability to successfully manage acquired assets and supplier relationships; (14) reaction by securities or industry analysts to our annual and/or quarterly guidance, in combination with our results of operations or other factors, and/ or third party reports or publications, whether accurate or not, which may cause such securities or industry analysts to cease publishing research or reports about us, or adversely change their recommendations regarding our ordinary shares, which may negatively impact the market price of our ordinary shares and volume of our stock trading; (15) reaction by investors to our annual and/or quarterly guidance, in combination with our results of operations or other factors, and/ or third party reports or publications, whether accurate or not, which may negatively impact the market price of our ordinary shares and volume of our stock trading and (16) unpredictable outcomes resulting from our litigation activities or other disputes. A detailed discussion of these factors and other risks that affect our business is included in filings we make with the Securities and Exchange Commission ("SEC") from time to time, including our most recent report on Form 20-F, particularly under the heading "Risk Factors". Copies of these filings are available online from the SEC at www.sec.gov, or on the SEC Filings section of our Investor Relations website at https://corp.maxeon.com/investor-relations. All forward-looking statements in this press release are based on information currently available to us, and we assume no obligation to update these forward-looking statements in light of new information or future events.

17

# Exhibit 6

**S&P Global**
Market Intelligence

# Maxeon Solar Technologies, Ltd.
# NasdaqGS:MAXN
# FQ3 2023 Earnings Call Transcripts

## Wednesday, November 15, 2023 10:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2023- | | | -FQ4 2023- | -FY 2023- | -FY 2024- |
|---|---|---|---|---|---|---|
| | **CONSENSUS** | **ACTUAL** | **SURPRISE** | **CONSENSUS** | **CONSENSUS** | **CONSENSUS** |
| **EPS Normalized** | (0.85) | (0.99) | NM | (0.46) | (1.26) | (0.72) |
| **Revenue (mm)** | 227.07 | 227.63 | ▲0.25 | 278.29 | 1165.90 | 1365.44 |

Currency: USD
Consensus as of  Oct-17-2023 6:13 AM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

### - EPS NORMALIZED -

| | CONSENSUS | ACTUAL | SURPRISE |
|---|---|---|---|
| **FQ4 2022** | (1.29) | (1.39) | NM |
| **FQ1 2023** | (0.57) | 0.03 | NM |
| **FQ2 2023** | (0.13) | (0.14) | NM |
| **FQ3 2023** | (0.85) | (0.99) | NM |

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ................................................................... | **3** |
| **Presentation** | ................................................................... | **4** |
| **Question and Answer** | ................................................................... | **10** |

COPYRIGHT © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Kai Strohbecke**
*Chief Financial Officer*

**Peter C. Aschenbrenner**
*Chief Strategy Officer*

**Robert Lahey**
*Head of Investor Relations*

**William P. Mulligan**
*Chief Executive Officer*

## ANALYSTS

**Andrew Salvatore Percoco**
*Morgan Stanley, Research Division*

**Brian K. Lee**
*Goldman Sachs Group, Inc.,*
*Research Division*

**Donovan Due Schafer**
*Northland Capital Markets,*
*Research Division*

**Pavel S. Molchanov**
*Raymond James & Associates,*
*Inc., Research Division*

**Philip Shen**
*ROTH MKM Partners, LLC,*
*Research Division*

**Unknown Analyst**

**William Spencer Grippin**
*UBS Investment Bank, Research*
*Division*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, ladies and gentlemen. Welcome to Maxeon Solar Technologies' Third Quarter 2023 earnings call. [Operator Instructions]. As a reminder, this conference call is being recorded. And now I would like to turn the call over. One moment.

**Robert Lahey**
*Head of Investor Relations*

Thank you, operator. Good day, everyone, and welcome to Maxeon's Third Quarter 2023 Earnings Conference Call. With us today are Chief Executive, Bill Mulligan, Chief Financial Officer, Kai Strohbecke and Chief Strategy Officer, Peter Aschenbrenner.

Let me cover a few housekeeping items before I turn the call over to Bill. As a reminder, a replay of this call will be available later today on the Investor Relations page of Maxeon's website.

During today's call, we will make forward-looking statements that are subject to various risks and uncertainties that are described in the safe harbor slide of today's presentation, today's press release, the 6-K and other SEC filings. Please see those documents for annual information regarding those factors that may affect these forward-looking statements. To enhance this call, we have also posted a supplemental slide deck on the Events and Presentations page of Maxeon's Investor Relations website.

Also, we will reference certain non-GAAP measures during today's call. Please refer to the appendix of our supplemental slide deck, as well as today's earnings press release, which are available on Maxeon's Investor Relations website for a presentation of the most directly comparable GAAP measure as well as the relevant GAAP to non-GAAP reconciliations.

With that, let me turn the call over to Maxeon's CEO, Bill Mulligan.

**William P. Mulligan**
*Chief Executive Officer*

Thanks, Rob. Maxeon experienced dramatically different trajectories in our two businesses during the third quarter. Our U.S. utility-scale revenue was up 10% versus the previous quarter, and we are on track to exit the year with fully ramped manufacturing facilities, a sold-out backlog at higher prices that we expect to make material margin contributions in 2024 and the achievement of important milestones with respect to our planned U.S. factory.

In our DG business, we faced significant demand challenges caused by the suspension of shipments to SunPower and the effects of a broad market dislocation in Europe.

I'll spend a few minutes now detailing these different market environments and the respective implications for Maxeon. Kai will then review our Q3 financial performance and provide guidance for the rest of the year, and then we'll conclude with Q&A.

The U.S. utility-scale market is a key focus for us in our primary growth driver. With our existing North America utility-scale supply chain reaching improved operating efficiency and profitability milestones in our planned New Mexico factory entering the engineering and design stage.

We believe that Maxeon is positioned to be a leader in helping reshore advanced solar cell and panel manufacturing to the United States at meaningful scale. Towards this end, we are working intensively with the U.S. Department of Energy's loan program office to finance a 3.5 gigawatt solar cell and panel factory in Albuquerque. This capacity represents an increase of 500 megawatts compared with our original design. We cite preconstruction work well underway. We've hired a general manager for the facility and that secured options on adjacent parcels to allow for future capacity expansion.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

In order to accelerate and derisk the ramp of our U.S. factory, we plan to install a TOPCon pilot line in our existing Fab 3 in Malaysia and expect this line to be up and running next year well ahead of the anticipated factory ramp in Albuquerque. We expect this pilot line will provide valuable process development experience and serve as a training platform for [indiscernible] technology transfer to our U.S. factory.

Finally, we are advancing well in negotiations for multiple offtake agreements, which we plan to execute prior to the closing of the DOE loan.

Q3 shipments in our utility scale business were at an annual run rate of over 1.3 gigawatts with 100% of this volume shipped into the United States. Pricing increased from the first half of the year, and we expect pricing to further increase in 2024 as we transition to shipments for orders booked during 2022.

Note that ASPs may fluctuate from 2024 onwards as we transition to index pricing structures tied to certain cost inputs.

Contracted backlog now stands at 3.3 gigawatts for delivery through 2025, plus an additional 500 megawatts of supply allocated in each of 2025, 2026 and 2027.

Let's now turn the attention to our DG business. Since June of this year, conditions have deteriorated rapidly due to an oversupply of Chinese commodity modules in Europe, and SunPower falling short of their contractual purchase obligations. However, we continue to be bullish regarding the importance of this sector in the mid- to long term. This view is supported by increasing global retail electric prices, the integration of battery storage to create smart and dispatchable systems and the avoidance of grid congestion as a potential barrier to continued renewable energy penetration.

The DG sector is currently experiencing headwinds associated with high interest rates, policy disruptions as well as excess supply and inventory. None of these challenges are unique or unprecedented, but in combination, they have produced what is a very challenging industry environment.

We are confident, however, that the DG sector will continue to be a vital part of the solar industry in the long run. We remain focused on our DG strategy, mainly developing, manufacturing and selling the world's best solar panels through a differentiated direct-to-installer sales channel with increasing attachment of beyond the panel hardware and software that enables homeowners to control their energy usage.

As many of you know, our recent financial performance in DG has been severely hampered by a dispute with SunPower that led us to suspend shipments from July through the end of Q3. I'm pleased to announce that we have reached to a settlement with SunPower earlier this week that enables us to resume shipments.

The settlement calls for the parties to transact on 85 megawatts of IBC panels through February 2024 at previously contracted prices and resolved outstanding claims and contract breaches. The parties have also agreed to end other contractual supply obligations by the end of this quarter, including purchase obligations by SunPower beyond the 85 megawatts and constraints on Maxeon product sales to SunPower installers.

Offering panels directly to installers will eliminate the markup SunPower has historically added to our products, allowing us to deliver the world's best panels to customers at more competitive pricing. This will enable our plans to aggressively ramp our sales in the U.S. market. Leveraging our recent Solaria acquisition, which nearly doubled the number of dealers actively buying our product to over 170.

The Solaria transaction also accelerated the development of our channel sales and marketing infrastructure with the addition of key talent, including Vikas Desai, the former President of Solaria who is now our North America General Manager. Vikas was the original architect of SunPower's installer channel and successfully grew that business to over $1 billion run rate in just 5 years.

He will be focused on replicating that success here at Maxeon. While we currently expect a year-over-year decline in the U.S. residential market demand in the first half of next year, with California being the key

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

variable, we expect that demand will recover by the time we begin sizable shipments of our new Maxeon 7 panels starting in mid-2024.

Turning to Europe. Our shipments were down 37% sequentially due to elevated industry-wide module inventories. In most key European markets, Maxeon sells primarily directly to installers, which has allowed us to successfully maintain healthy ASPs and positive gross margins, albeit with reduced volume. Our SunPower reserve battery product is now widely available to our dealers in Belgium, France, Italy, Spain and Australia, and we have received excellent customer feedback regarding product quality and ease of installation.

As we mentioned in our last call, we increased our sales focus into the commercial and industrial segment, and we are pleased to announce an early win as a module supplier for Italy's Torino airport as well as a growing pipeline of similar high-profile projects in the region.

Let me now say a few words about our IBC solar panel technology. Our sixth generation panels were a big step forward compared with the second-generation products they were placed and have been a critical contributor to our DG business, particularly in the U.S. With near-term U.S. DG volume expected to decrease due to the discontinuation of the SunPower offtake, we have made the decision to phase out our Maxeon 6 technology and focus on Maxeon 7 in future generations.

We now plan to bring Maxeon 7 to market a full quarter earlier than previously planned, and we will reserve Fab 5 for future Maxeon 8 capacity. We will premanufacture sufficient Maxeon 6 volume to ensure a smooth product transition to Maxeon 7 in all of our key markets and plan to utilize the space freed up in Fab 3 to install the TOPCon pilot line I mentioned previously.

We are very excited about our seventh generation IBC platform which is the first IBC technology developed and commercialized by Maxeon since the spin. Maxeon 7 delivers increased efficiency and other performance attributes that will extend our technology leadership and allow homeowners to generate even more power from their limited roof space, thereby maximizing bill offset in the era of electric vehicle adoption.

Since NREL efficiently crowned Maxeon 7 as the world's most efficient solar panel back in June, our early-stage production runs have continued to improve, with nearly half of our module output currently exceeding 24% efficiency.

However, as we'd like to remind people, it's not just about efficiency. Maxeon 7 architecture achieved these record performance levels while simultaneously controlling hotspots and other degradation issues that are common challenges for high-performance solar technologies, and which we observed with regularity in our competitors' products. We expect to start shipping Maxeon 7 panels from next summer which corresponds with the peak selling season in the U.S. residential market.

Finally, I want to say a few words about intellectual property. With Maxeon 7, we are taking another major step forward with respect to IBC architecture, and we are adding to our considerable IP moat in this field.

As our competitors attempt to close the performance gap to our products, they are finding it increasingly difficult to navigate around the IP portfolio that we have developed over the last several decades. Earlier this year, we filed a patent infringement action against Tongwei and sent [indiscernible] letters to several European distributors related to our shingled cell panel technology.

Yesterday, we filed a patent infringement action against Aiko Solar and European distributors related to our IBC solar cell architecture. With over 1,600 granted patents and 360 pending patent applications across 30 countries, Maxeon has a formidable IP portfolio addressing fundamental enabling elements for creating high-performance solar cell and panel architectures. We plan to continue to defend our IP aggressively.

In summary, our U.S. utility-scale business is on track to deliver increasing margins as we prepare to deploy our next major capacity increment in New Mexico. Although we and many others were surprised by the speed and magnitude of the changes in the DG industry this year, we are well positioned with

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

our technology and channel initiatives and expect our DG margins to recover in the back half of 2024 as Maxeon 7 is introduced.

With that, I'll turn it over to Kai.

**Kai Strohbecke**
*Chief Financial Officer*

Thank you, Bill. I will discuss the drivers and details of last quarter's performance and then provide guidance for the full year. Total shipments for the third quarter were 628 megawatts. And for the first time in Maxeon's history, the majority of shipments went to utility-scale customers. We expect this to be our new normal for the foreseeable future, though with a continued sizable DG market share in the highest ASP geographies. Also, for the first time in Maxeon history, our utility-scale shipments went entirely to customers in the United States.

Total shipments were consistent with our updated guidance range and down 22% sequentially, largely due to the dispute with SunPower, which also resulted in a significant inventory buildup.

Shipments were also impacted by the industry-wide supply-demand imbalance in Europe, which caused our European volumes to decline more than 30% year-on-year. Revenues for the third quarter were $228 million and included a 10% sequential increase in U.S. utility-scale revenues attributable to higher volumes.

On a blended basis, ASPs declined sequentially due to a lower mix of DG sales. Our ASP in US DG was largely flat sequentially at above $0.70 per watt with only limited shipments to SunPower early in the quarter. ASPs for our performance series in the global DG market were down 13% sequentially and partially offset by cost reductions.

Gross profit in the third quarter was $3 million or 1% of revenues. This significant sequential decline was driven by the dispute of SunPower, Europe, DG oversupply conditions, and inventory write-downs. GAAP operating expenses were $67 million and included restructuring charges of $24 million, primarily in connection with the cancellation of purchase orders for the previously planned capacity expansion of Maxeon 7 at our Fab 5 in the Philippines.

As announced in early October, our decision to convert existing Maxeon 3 manufacturing capacities to Maxeon 7 at our Fab 4 instead of expanding [ Fab 5 ] is expected to result in net CapEx savings of approximately $100 million after accounting for these cancellation charges, and allows us to accelerate the introduction of Maxeon 7.

Non-GAAP operating expenses were $38 million in the third quarter below our guidance range of $43 million, plus or minus 2 million due to austerity measures that we put in place. The decline does not include any impact from our announced reduction in force, which I will discuss in the context of our fourth quarter outlook.

Adjusted EBITDA in the third quarter was negative $20 million, consistent with our October pre-announcement. Net loss attributable to stockholders came in at $108 million compared to $2 million in the previous quarter. The sequential decline was primarily driven by lower gross profit combined with the $24 million in restructuring charges and $37 million attributable to the remeasurement loss on our prepaid forward.

Moving on to the balance sheet. We closed the third quarter with cash, cash equivalents, restricted cash and short-term investment of $277 million compared to $456 million at the end of the second quarter. Total inventory levels increased sequentially from $349 million to $386 million due in part to suspended shipments to SunPower.

Cash levels were also impacted by lower shipments and margin dollars from our global DG business, the reduction of contract liabilities related to our U.S. utility-scale business capital expenditures during the quarter, restructuring expenses and a reduction in short-term debt.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Capital expenditures came in at $15 million for the third quarter below the low end of our guidance range as we took actions to execute the lower CapEx plan associated with the introduction of Maxeon 7.

Going into the fourth quarter, we expect that the same dynamics that have been unfolding our utility-scale and distributed generation businesses to largely continue. Volume shipments and ASPs in our utility-scale business for the United States have been contractually locked in and are increasing over time, and manufacturing costs are tracking favorably.

By comparison, the DG business outlook has more uncertainties due to the industry headwinds in Europe and elsewhere. Given the velocity of those headwinds that have developed over the course of only a few short months, we have taken decisive action to quickly pivot our manufacturing capacity while maintaining strict austerity measures to ensure a healthy liquidity and safeguard our ability to invest in our priorities.

Most notably into Maxeon 7 as well as the preparations for our manufacturing project in the United States. Cash and working capital management have always been a high priority for Maxeon's finance organization, and we are redoubling our efforts in this area. We have reduced raw material orders and are modulating our IBC manufacturing volumes in line with inventory on hand and existing orders while rightsizing our manufacturing footprint and related resources.

As a result, we expect significantly reduced inventory levels as we exit the year. We have also negotiated more favorable payment terms with many of our suppliers. And as mentioned, our CapEx plan is substantially reduced by our pivot of the Maxeon 7 ramp.

On the sales side, we are focusing on a narrow set of DG growth initiatives. First, expansion of our Maxeon branded U.S. residential channel and leveraging the Solaria acquisition; second, further penetration of the commercial and industrial segment of the DG market in Europe and the United States; third, scaling of our beyond the panel offerings; and finally, market introduction of Maxeon 7 in mid of next year.

With this context in mind, I'll now turn to our guidance for the fourth quarter and its implications on the full year guidance. We project fourth quarter shipments of between 610 and 650 megawatts. This includes shipments to SunPower as contractually agreed under the settlement agreement. Also, the mid-point of this guidance includes continued growth in our U.S. utility-scale volume, while Europe is projected to be relatively flat sequentially and with growth in C&I, offset by a decline in residential.

We project fourth quarter revenues of $220 million to $260 million. Has slight sequential increase at the midpoint, mainly due to higher shipments to SunPower. Incremental sales resulting from our Solaria acquisition will start having a net positive impact on sequential revenue, but carry a lower ASP than our previous IBC only pricing in the United States.

Non-GAAP gross loss is expected to be in the range of $5 million to $15 million, which includes certain idle charges and excess costs related to our IBC capacity pivot, potential liquidated damages because of delivery delays in our utility-scale as well as the risk of further inventory write-downs, adding up to approximately $25 million combined.

GAAP operating expenses are expected to be $113 million, plus or minus $4 million. These include restructuring expenses totaling approximately $70 million for the write-down and accelerated depreciation of certain Maxeon 6 manufacturing assets charges for Maxeon 7 related purchase orders canceled in the beginning of the fourth quarter as well as severance costs for our previously announced reduction in force.

We originally expected that 15% of our global workforce would be affected, but with the decision to entirely phase out Maxeon 6 as well as other operational realignment we now expect that number to be approximately 22%. Non-GAAP operating expenses are expected to be $38 million plus or minus $2 million.

As an increase in U.S. sales and marketing head count is offset by austerity measures. Note that the vast majority of the reduction in force initiated during the quarter, impacts our manufacturing operations, and therefore, will have a disproportionate impact on costs versus OpEx.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Adjusted EBITDA in the fourth quarter is expected to be between negative $27 million and $37 million. The expected sequential decline is attributable to lower growth income on largely unchanged non-GAAP OpEx levels.

Fourth quarter capital expenditures are projected to be in the range of $10 million to $20 million, a majority of which is planned for our Maxeon 7 ramps and initially preparatory spending for our Albuquerque site. While this initial CapEx for the U.S. facility may be bridged by our balance sheet, the expectation is that we will secure the majority of capital needed to build the facility in the months ahead from the DOE and customer co-investments.

As implied by our 3Q results and 4Q guidance, we update our 2023 revenue guidance to $1.114 billion to $1.154 billion. Our adjusted EBITDA guidance to $4 million to $14 million, and our annual CapEx guidance to $66 million to $76 million.

With that, I'll turn it back to Bill to summarize before we go to Q&A.

**William P. Mulligan**
*Chief Executive Officer*

Thanks, Kai. Reducing our headcount this quarter was a painful but necessary decision in response to a suddenly increased DG demand profile. I'm pleased by the professionalism displayed by Maxeon's leadership team and the speed of our response.

Acceleration of Maxeon 7, rightsizing our IBC capacity, settling our SunPower dispute, and related channel expansion initiatives should get DG back on track by the second half of next year.

Kai and his team are laser-focused on cash management and our operations growth continues to grind out cost reduction and yield improvements. We expect success on these fronts will get us back to adjusted EBITDA profitability within 2024, and as we work toward deploying our Albuquerque cell and module factory. We appreciate your support.
Now let's go to Q&A. Operator, please proceed.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions]. Our first question comes from the line of Julien Dumoulin-Smith with Bank of America.

**Unknown Analyst**

It's actually [ Alex Gravel ] on for Julien. Maybe if I may, I mean, you guys have made a lot of adjustments, I think, to kind of what's your manufacturing footprint was versus what it will look like in 2024. Obviously, some onetime items causing a gross loss, which you alluded to previously. And it sounds like the adjusted EBITDA losses might continue into the first half.

I'm wondering if you can kind of just help us with the cadence that you guys are putting out there. How big is this TOPCon line, for example, what's the phase down of Maxeon 6 look like as far as revenue contributions? And when do you expect to kind of be able to get back on track from an adjusted EBITDA lens in 2024 with all these moving pieces?

**William P. Mulligan**
*Chief Executive Officer*

Yes. Alex. Bill Mulligan. Yes, thanks for the question. I think we had incredibly strong demand in the first half of this year. And what's -- the silver lining of this downturn has given us an opportunity to pivot quickly to our new next-generation Maxeon 7 technology. And we're going to do so in a much more cost-effective manner than what we had previously planned. I always think it's important to respond to an industry downturn like this very aggressively.

Our outlook for Europe for next year is fairly sober. So we decided to bring the capacity down to what we view as a more balanced structure looking forward.

All of these actions together, we're doing a good job of keeping inventory in line, absent the SunPower dislocation, we actually would have reduced our inventory this quarter. So we're ahead of this. We're trying to get out in front of it. It's going to take a little time to recover. But I think by the next half of -- the second half of next year, we should be in a returning to profitability.

**Kai Strohbecke**
*Chief Financial Officer*

Yes. I would maybe -- this is Kai, Alex. I would maybe add for the inventories, you've seen kind of a record high number here at the end of the third quarter that, as Bill mentioned, was mostly because of the buildup of inventories for SunPower and also some other DG markets, but mostly SunPower really because we suspended shipments.

Now as you have seen, we've come to a settlement with SunPower, we're going to ship them 85 megawatts through February time frame. And frankly, all that stuff is in inventory as we speak. So there's also from a cash standpoint, not much more cash that we need to put into working capital is all going to come out and turn into cash.

So that's kind of where we are turning that part of the machine around. And in terms of the Max 6 phase out that we alluded to. We are running at about half capacity right now. We are using up the remaining materials, putting those into inventory and think that we're going to have enough Maxeon 6 inventory to bridge the transition to Maxeon 7 then from the mid of next year.

**Unknown Analyst**

Got it. And maybe just a follow-up. As you guys think about sort of looking at your exposures as the way I'll frame it. On Max 7 into mid-'24, I think, is when you sort of talked about unveiling that product to the market. What -- I mean with the breakage of SunPower, what's sort of your sales strategy going forward.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Obviously, you guys have the Solaria channel, which seems like one opportunity, the Greentech channel has already existed. But how are you thinking about sort of bringing that into market relative to kind of what your brand has been associated in the past versus what it will be going forward?

**William P. Mulligan**
*Chief Executive Officer*

Yes. Yes, thanks. Well, our IBC products are still absolutely the best panel on the market. And Max 7 just really helps take that to a next level. And there's a large base of folks in the United States that know that and believe that and want that product. And so there's latent demand for this product out there. I think this transition from SunPower allows us to control our own destiny.

As we mentioned in the prepared remarks, having Vikas Desai and the Solaria team is a big plus for us. It's really jump-starting our build-out of our own channel here. So we're really optimistic about that, bringing in a great product with a rebuilt team to a market that knows this product and appreciates this product and has historically very strong ASPs.

So we feel good about it. It's going to take a little while to rebuild. And -- but like I said, by the back half of next year, we should be in much stronger positions.

**Unknown Analyst**

Awesome. Just a quick clarification, if I may. Just on the SunPower megawatts, is there any sort of cadence commentary you can give us? Otherwise, we'll take the rest offline.

**Kai Strohbecke**
*Chief Financial Officer*

I would say out of the 85, the majority, the 85, I think we have disclosed is going to run through February. The majority is going to be in this current fourth quarter.

**Operator**

Our next question comes from the line of Brian Lee with Goldman Sachs and Company.

**Brian K. Lee**
*Goldman Sachs Group, Inc., Research Division*

I had several. Maybe just to start off, I wanted to understand kind of the evolution of the SunPower dispute resolution here. So they got -- you got 85 megawatts of volume committed, pricing fixed at the original terms. But effectively, at least it sounds like you're allowing them to terminate the prior contracts that you had for '24 and '25.

But I guess I don't really hear what you guys are getting in exchange for letting them out of both contracts because they effectively, I don't think they're fulfilling volume commitments under the '23 deal, and then '24 and '25 are going away.

So I just -- I guess I'm struggling to understand how this -- I know you wanted to dispute behind you and you can move forward, and strategically, this gives you better clarity heading into the next few years. But is there anything I'm missing just it feels like this was a one way -- a bit of a one-sided resolution?

**William P. Mulligan**
*Chief Executive Officer*

Yes. Yes. Thanks, Brian. Well, the settlement does include warrants for us. So that's part of the upside for us. I come back to, though, that the primary reason was for us to be able to go out directly to these installers. Really cutting out the middle man with SunPower in a challenged market like this, there's just really not a lot of room for stacked margins.

So we're going to be able to offer installers better pricing and also achieve higher ASPs ourselves by eliminating the markup that SunPower has historically applied to our products.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So that is really our view is we wanted to be able to get out of this exclusive relationship, diversify our customer base. So it was really a strategic move. And we felt this was the right time to do so.

**Brian K. Lee**
*Goldman Sachs Group, Inc., Research Division*

Okay. That makes sense. I guess as a follow-up to that, it's going to take a little bit of time, right, to recover, if you will. But in the medium term, it sounds like this is a good transition for you, Bill, as you mentioned, you're going to get higher ASPs, you cut the middleman out. Presumably higher ASPs, I would assume that means higher margins for as well.

So in the interim, it does sound like margins are going to be pretty negatively impacted by underutilization on IBC relative to performance.

When do you think we see kind of margins get back to a point where you're significantly higher on IBC versus performance like we were probably seeing in the first half of this year when you were doing consolidated mid- to high teens gross margins.

**William P. Mulligan**
*Chief Executive Officer*

Yes. We're absolutely excited about this for the long term, right? Just taking control of our destiny in the U.S. market, which is just becoming increasingly important to us with the world's best product. We think we're well positioned for the long haul.

You're right that there's a little bit of a time between here and there. It's the reason we're taking pretty dramatic action on rightsizing our capacity because we don't want underutilized capacity, right?

So we're dealing with that now so that we can work through the problem quickly. And so I think we've sort of struck the right balance there between capacity for growth and maintaining profitability and positive cash flow in the near term to the extent possible. So that we're strong coming in out of the second half next year.

**Kai Strohbecke**
*Chief Financial Officer*

Yes. And I would add that talking about the second half of next year, if you think about it, we're going to have a completely revamped product portfolio for the DG markets. In Europe, we're going to introduce Performance Series 7. So the latest incarnation of that product which the sales team is really excited about. And also, we're going to have 100% of our IBC production on Maxeon 7 on the very latest technology.

So all these moves are designed to bring us back to these margin profiles that we have enjoyed in the past. And in the United States, we're also going to deploy Maxeon 7, and then we'll also have the new Solaria suite of products that we are importing into the United States.

In addition to that, we are ramping up beyond the panel complementary offerings to really have a full suite of products for DG home owners. So that's our strategy, and we think that's going to play out successfully after the transition in the first half and then coming to a full swing in the second half of next year.

**Brian K. Lee**
*Goldman Sachs Group, Inc., Research Division*

Okay. Great. That's helpful. Last one for me and I'll pass it on. I think, Kai, you mentioned during your prepared remarks, you alluded to some customer co-investments as it relates to the New Mexico facility.

Can you maybe elaborate a little bit on that? What kind of discussions are you having? What sort of the magnitude you could potentially expect if you see those come to fruition? And then time-wise, is it right ahead of construction? Or what sort of -- what should we be thinking about as we look to that potentially being a cash in source?

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Kai Strohbecke**
*Chief Financial Officer*

Yes. It's something, Brian, that we have talked about pretty consistently actually as the two main pillars of our financing of the U.S. manufacturing side, which are the DOE loan and customer co-investments. Customers are very, very excited about that new facility, and we've been in touch with them and discussing all these things that you just mentioned around volumes, pricing, timing, terms and conditions and so on.

We're not in a position right now where we would disclose the details. But I think suffice it to say that these things have to come together, the DOE loan and the customer co-investments as the two main pillars of that financing and both of these items are on track.

**Operator**

Please stand by for our next question. Our next question comes from the line of Pavel Molchanov with Raymond James.

**Pavel S. Molchanov**
*Raymond James & Associates, Inc., Research Division*

Let me shift gears and ask about Europe. Given all the changes surrounding SunPower, is it fair to say that Europe will be more than half potentially a lot more than half of your sales in first half of '24 or even all of '24?

**William P. Mulligan**
*Chief Executive Officer*

No. I mean, keep in mind, the other huge segment for us is the U.S. utility-scale market. And right now, that's becoming the major part of our shipments. So that's going to be -- and growing very nicely right now and moving into double-digit gross margins next year. So that is a primary growth for us. Europe is still going to be very important. And we expect that market is sort of flattish though for this year and next year.

We hope to expand share in various segments of that market. We always play in the premium segments or introducing our complete beyond the panel solution now with integrated storage and EV charging and panels and software and control software. So we think that product is exciting and getting some traction.

So -- but I think overall, given the very high levels of inventory in the European channel right now, we have to be somewhat conservative on what the outlook is there. It's -- there's a lot of inventory in the channel. So Europe is going to continue to be very important. But the U.S. is -- it continues to be our strongest market. And I think very quickly, we'll recover in US DG to the point where it's going to be comparable size or even bigger than Europe.

**Pavel S. Molchanov**
*Raymond James & Associates, Inc., Research Division*

China will be, by far, the largest market of '23 and indeed, probably the only market where new build estimates have actually increased since the year started. What's the latest on the JV in China? How is it benefiting from the domestic installation boom?

**William P. Mulligan**
*Chief Executive Officer*

Yes. Our JV partners are driving their own domestic consumption. We use the JV primarily or exclusively for offtake in our international markets. So I don't really want to comment too much on the domestic Chinese market. It's extremely competitive, let's just say, right now. There's just not enough homes for all these panels worldwide based on the massive amount of production capacity that's out there.

For us, the JV has been very successful because we're able to take off a residential format panel that has been a great product for us in Europe. We're just introducing our seventh generation performance line

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

panel. That's a TOPCon based panel that's really state-of-the-art. We expect that to have really strong competitiveness in Europe.

So that's going to be one of our major growth products for Europe. So we're benefiting from the joint venture in that regard. You're right, the majority of the volume from the joint venture does goes into the domestic Chinese market. That helps us from the standpoint that they have scale and a very attractive cost structure which we benefit for our foreign offtake.

**Pavel S. Molchanov**
*Raymond James & Associates, Inc., Research Division*

Last question, deliberately zooming out here. Module pricing, when we look at the benchmarks is down 30% over the last 6 months, deepest drop since the global financial crisis. Do we have evidence to suggest whether this magnitude of price decline is starting to stimulate a bounce on the demand side, which sort of Econ 101 would suggest to be the case?

**Peter C. Aschenbrenner**
*Chief Strategy Officer*

Pavel, this is Peter. I would say not yet. There have been a few folks talking about that possibility. Keep in mind that module pricing particularly in the DG segment is a fraction of the total installed cost to the homeowner. And in -- both in the Europe and the U.S., higher interest rates have -- are kind of working against lower module prices in terms of end use payback periods. So I'd say we haven't seen that -- I don't believe we're seeing that yet.

On the utility-scale side, there's a lag, of course, due to project cycle times and PPA cycle time. So maybe we'll see that in the Rest of World [ Power Point ] business first. In the U.S., I think we're also seeing the effects of higher interest rates being a counterbalance to a potentially lower module costs on the spot market here in the near term. Long winded is no, not yet. I think.

**Operator**

Our next question comes from the line of Philip Shen with ROTH MKM.

**Philip Shen**
*ROTH MKM Partners, LLC, Research Division*

First one is on margins. So I know you're not providing guidance for '24, but you did make a commentary that you expect margins, don't recover until back half 2024. So I was wondering if you might be able to quantify in any way what margins might look like in Q1 and 2? Should we expect it to be similar to current levels or a modest recovery in Q1 and 2, and then stronger performance in the back half of '24.

**Kai Strohbecke**
*Chief Financial Officer*

Philip, this is Kai. For the question. Yes, we've -- we're not giving guidance yet. We -- as you said, we hinted to margin and EBITDA recovery in the second half, which is, of course, based on the new introductions that we're going to have of seventh generation Performance Series, the Maxeon 7, further progress also on our U.S. utility-scale. I think we had something in our prepared remarks where we said that we expect further cost reductions there, efficiency improvement and ASP increases, which should get these margins up potentially into the double digits. So that's going to be a positive thing, of course.

Working through inventories, of course, of some Maxeon 3 and Maxeon 6 inventory still in the first half of the year and probably also a little bit of a tail in the second half.

I would say in terms of the fourth quarter and how things are going to develop from there, you have seen in my prepared remarks that I was listing some nonrecurring items that are going to affect margins in the fourth quarter guidance.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We expect those to be nonrecurring, and we are still working on some of those. So we also expect that these things are going to get better as we reengineer our overall manufacturing footprint, take costs out, rightsize things. And then go into 2024 with better spring.

**Philip Shen**
*ROTH MKM Partners, LLC, Research Division*

Okay. On the flip side, let's talk about pricing, again, if we can. You're, obviously, you're going to be controlling your own destiny, Bill, as you mentioned earlier, a number of times. And so that happens in March. And heading into March, I can imagine you're working on deals to try to secure agreements with different players.

And so I was wondering if you could share how those conversations might be going now? Is it a little bit premature to get a feel for how close you are in locking down volume and pricing?

And then some of our checks suggest modules in the U.S. resi channel may not clear until after Q2 of next year.

So high efficiency module pricing has already come down dramatically since the summer. What kind of pricing can you guys secure in a post SunPower relationship with your benchmark. Well, you guys are typically the benchmark. But as you think of other are trying to do what you guys do, and their pricing is, I don't know, maybe $0.40, $0.50 for a lower volume, but maybe $0.40 plus with that level for higher volume.

Are we going to need to see you guys pricing that kind of $0.50 range as we think about modeling ASPs for your IBC volume in '24?

**William P. Mulligan**
*Chief Executive Officer*

Right. Thanks, Phil. Yes. I think -- first of all, I want to just clarify that we're actually free to approach SunPower dealers starting January 1. We have exclusivity on the Maxeon 6 product through the end of Q1, but we are able to sell Maxeon 3 and Maxeon 7 starting the first of the year. It is a little early to see how that's going.

We've obviously been very careful not to approach SunPower dealers while the contract is still in place. And that remains to be the case for a number of dealers, not all of the dealers, but a number of the dealers through the end of the year. We're just 6 weeks away or so, 3 of those weeks are holiday weeks. So January 1 is going to be here very quickly, and we'll engage quickly at that point in time.

With regards to ASPs, we're still actually running quite healthy ASPs in Europe. We made the choice not to chase ASPs to the bottom. We've always had a premium product. We play in a premium segment. We sort of feel like it's a fool's errand to just race to the bottom. So we prefer to take a little bit lower volume and maintain our pricing. We've done very well with that in Europe to States.

Pricing in the U.S. is actually still today fairly substantially higher than what it is in Europe, even though it's lower than it has been for sure. But again, with eliminating the markup that SunPower puts on our panels being able to access these dealers directly. We think we've got headroom there to really be competitive in the market in the current situation.

And again, a lot of it is being able to sell the premium product story. I'm super excited to have Vikas Desai back. Vikas and I worked together from 2005 to 2010. He was the architect of this. He knows how to tell the story. We've got the best panels in the world. We just got to get out there and tell that story. And it's very effective, if you do it right. And we're going to be doing that. And again, I think we've got headroom. But we feel good about our pricing. It's going to be higher than what the numbers you were throwing out for sure, substantially higher.

**Philip Shen**
*ROTH MKM Partners, LLC, Research Division*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Great. Okay. A couple more here, and then I'll pass it on. In the SunPower 8-K, there was some mention of defective components and some sharing or split between you and SunPower on the cost of those defective components. Can you provide a little bit more color on what that is? And maybe quantify what it might be and what the split might be between the two companies?

And then shifting over, I think, in your release, you guys gave some detail on some $30 million payment security bond that SunPower put up. Can you provide a little bit of detail on the mechanics of that? And how that might work?

**William P. Mulligan**
*Chief Executive Officer*

Sure. Sure. So the issue you're alluding to is a warranty issue that is a long-standing warranty issue that goes back to the time of the spin. I think it's certainly beneficial for both parties to get that dispute behind us. So I think it's as simple as that.

On the payment bond, maybe, Kai, you could give some color on that.

**Kai Strohbecke**
*Chief Financial Officer*

So Phil, it's just basically a payment security. Of course, we have experienced a time where SunPower has not paid us at the very beginning of this dispute that we have now settled I think both parties have an interest that we don't get into such a situation again. So this payment bond is there to secure our deliveries because there are payment terms and that's just the security for making sure that we collect the money.

**Operator**

Our next question comes from the line of Donovan Schafer with Northland Capital Markets.

**Donovan Due Schafer**
*Northland Capital Markets, Research Division*

So I first want to ask about an article that was in the Albuquerque Journal, reporting, it says you made a request to the city council for a $2.4 billion revenue bond. And according to the article, this revenue bond itself, it's really about property tax abatement. But this -- the $2.4 billion magnitude cited is a reference to -- per the request or filings that the idea is that, that is the dollar amount or the estimated dollar amount you would be investing within the city limits or whatever the city council's jurisdiction is.

So the question is, is $2.4 billion, is that -- is that a useful -- does that a utility as a reference point or a touch point in terms of expected cost? Or is there something about it that would sort of lead us to stray, whether it's they need -- there are only certain -- there's a subset of costs that they can you allowed to include in the estimate or something like that, anything where it would be meaningfully misleading to us. And also, is that -- do you know if that's tied to the 3 gigawatt initial capacity or the 3.5 gigawatt?

**Peter C. Aschenbrenner**
*Chief Strategy Officer*

Donovan, this is Peter. That's not a useful reference point. We're not planning to invest anywhere close to that amount of money, as we've said pretty consistently. The other thing we've said in our prepared remarks today was that we've settled on the 3.5 gigawatt capacity for the project.

**Donovan Due Schafer**
*Northland Capital Markets, Research Division*

Okay. That's -- thank you for clarifying. For the DOE -- for the time line, so in the release you guys gave for the DOE loan guarantee and the offtake agreements, saying your target is to have updates on both before the fourth quarter call. Does that imply an interplay between these were maybe better than expected outcomes in the optic agreements could mean a lesser need on the DOE loan guarantee or vice versa? Or is it just the -- or is the timing of updates on both fronts just a coincidence in this case?

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Peter C. Aschenbrenner**
*Chief Strategy Officer*

Donovan, this is Peter again. The latter, the timing of the closure of the DOE loan and of the going effective of the customer co-investment agreements would be contemporaneous.

**Donovan Due Schafer**
*Northland Capital Markets, Research Division*

Okay. And then my last question is we talked about Maxeon 7. You talked about it's not just the efficiency, but there's also positive attributes are in hot spots, degradation improvements. So do you anticipate -- or maybe it's too soon to say, but do you see yourself extending the 40-year warranty that you, I think, offer on Maxeon 6 now to Maxeon 7.

Could that potentially end up being a warranty that goes beyond 40 years or SunPower -- would it be maybe less than that? And since it came up, the warranty dispute, the split between you guys and SunPower until in the response to Phil's question, can you talk if any of that has to do with having such a long warranty if it's related in a new way to providing warranties that go out for decades.

**William P. Mulligan**
*Chief Executive Officer*

Yes. The warranty length is something we always look at. But I would say, at the moment, we're pretty happy with the 40-year warranty. We haven't seen a lot of customer demand for anything more than that. I think we always look at what we're reserving for warranty and as we have higher reliability products. There may be things we can do there. But yes, I don't see any big changes in the warranty. This is more of a competitive attribute, right?

Many of our competitors' products have problems with things like hotspots and degradation over time. Technology like HJT that some of our competitors are pursuing. It's fundamentally kind of an unstable compound that's very sensitive to moisture degradation. We see that. We have a lot of field experience with all these different products.

So again, we're always -- we make the world's best panel, and the attributes of that are really important. It's not just about efficiency. So we sell that and that's what we do. But the warranty is one piece of the equation. We don't think there's a lot of juice in particular to extend that. But we talk about it and who knows what the future holds, we'll do what the market needs.

**Peter C. Aschenbrenner**
*Chief Strategy Officer*

Donovan, this is Peter. Just your last question about the warranty dispute. That had nothing to do with the solar panel itself.

**Operator**

Our next question comes from the line of William Grippin with UBS.

**William Spencer Grippin**
*UBS Investment Bank, Research Division*

Great. Good to speak with you all here. My first question was just you talked earlier in the call about getting out there and telling your story on the modules and the premium position that you kind of hold in the market. Could you address maybe what you're thinking in terms of costs for ramping your DG customer base or investments that might be needed to do that and kind of backfill this lost SunPower demand?

**William P. Mulligan**
*Chief Executive Officer*

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. Will, yes, we're trying to do it with a light touch approach. This is not an area where we feel like we have to make a huge amount of additional investment. We have the model working today in Europe. The basic plan is to replicate that model back here in the U.S. And again, we have a lot of people at this company that have a lot of experience in developing and operating this kind of a channel. So we know how to do it efficiently, and that's our goal.

**Peter C. Aschenbrenner**
*Chief Strategy Officer*

The only thing I would say, Will, is our -- if you look at our historical OpEx. It's -- I think it's fair to say that cost of running a channel sales organization is single-digit gross margin percentages. So it's not a tremendously expensive thing to do, number one.

Number two, these are people that we already have on staff now, largely as a result of our Solaria acquisition. So in terms of incremental spend, there's some marketing expenses. But for the most part, I think we're there to do what we need to do in 2024.

**William Spencer Grippin**
*UBS Investment Bank, Research Division*

Got it. I appreciate that. Just last one here. On the production changes, you talked in the pre-announcement about replacing Maxeon 3 capacity with Maxeon 7. And now you're talking about running down Maxeon 6. So just as you transition here, is there going to be a gap in your DG module production as a result of the shift? Just really trying to understand the cadence and timing of these changes.

**William P. Mulligan**
*Chief Executive Officer*

Yes. Well, as we mentioned in the remarks, we are going to prebuild some Maxeon 6 technology to bridge us through the transition. And again, this is an opportunistic time given with demand down to make a change like this and do a transition because you obviously can't continue to manufacture at 100%, while you're making a transition. So we're going to prebuild some inventory, manage a fairly rapid transition then ramp back up, and that's our bridging strategy.

**Kai Strohbecke**
*Chief Financial Officer*

And I just want to add in, in spite of prebuilding that inventory, we still expect inventories to go down from here with the expected shipments to SunPower and also further shipments into DG channels. So we are kind of modulating it in a way that we continue to sell more than we are making for the time being in order to get closer to an equilibrium.

**William Spencer Grippin**
*UBS Investment Bank, Research Division*

You perfectly anticipated my follow-up.

**Operator**

Our next question comes from the line of Andrew Percoco with Morgan Stanley.

**Andrew Salvatore Percoco**
*Morgan Stanley, Research Division*

And maybe this is a follow-up, so I'll ask it. But as we think about moving into next year, obviously, you're highlighting margin pressure could continue into early next year. How are you thinking about the cadence of free cash flow? And what point would you consider the need to raise additional capital? Are there any liquidity thresholds to balance sheet metrics that you're hoping to maintain as you go through this transition period?

**Kai Strohbecke**

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Chief Financial Officer*

Yes. Thank you, Andrew. So I think it has, of course, a lot to do with the things that we have been discussing. You've seen the negative cash flow in this quarter, which had a lot to do with the growing imbalance between our manufacturing operations and sales that has developed during the third quarter, and that's, of course, then reflected in changes in working capital.

We have taken all these decisive actions on the working capital side, on the side of our manufacturing footprint and so on, and modulating the capacities in order to address, especially that. So we think that with the current cash balance that we have and all these measures that we talked about during the call and in the prepared remarks, that we are in a good position to generate sufficient cash and maintain sufficient cash levels for our existing business.

**Operator**
Ladies and gentlemen, I'm showing no further questions in the queue. This concludes today's conference call. Thank you for your participation. You may now disconnect.

Copyright © 2023 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2023 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2023 S&P Global Market Intelligence.

Exhibit 7

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 6-K

**Report of Foreign Private Issuer**
**Pursuant to Rule 13a-16 or 15d-16**
**of the Securities Exchange Act of 1934**

**Date of Report: April 2024**

**Commission File Number: 001-39368**

# MAXEON SOLAR TECHNOLOGIES, LTD.
**(Exact Name of registrant as specified in its charter)**

**8 Marina Boulevard #05-02**
**Marina Bay Financial Centre**
**018981, Singapore**
**(Address of principal executive office)**

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F:

Form 20-F ☒ Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): ☐

**Introductory Note**

On April 8, 2024, Maxeon Solar Technologies, Ltd. (NASDAQ: MAXN) (the "Company"), published a press release announcing its preliminary fourth quarter and Year 2023 results.

**Incorporation by Reference**

The information contained in this report is hereby incorporated by reference into the Company's registration statements on Form F-3 (File No. 333-271971), Form F-3 (File No. 333-265253), Form F-3 (File No. 333-268309), Form S-8 (File No. 333-277501) and Form S-8 (File No. 333-241709), each filed with the Securities and Exchange Commission.

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

MAXEON SOLAR TECHNOLOGIES, LTD.
(Registrant)

April 8, 2024

By:   /s/ Kai Strohbecke

Kai Strohbecke
Chief Financial Officer

**EXHIBITS**

| Exhibit | Title |
| --- | --- |
| 99.1 | Press Release |

**Maxeon Solar Technologies Announces Preliminary Fourth Quarter and Fiscal Year 2023 Results**

April 9, 2024

SINGAPORE, April 9, 2024 /PRNewswire/ -- Maxeon Solar Technologies, Ltd. (NASDAQ: MAXN) ("Maxeon" or "the Company"), a global leader in solar innovation and channels, today provided preliminary selected unaudited financial results for the fourth quarter and fiscal year ended December 31, 2023, as well as expected shipment and revenue numbers for the first quarter of 2024.

Maxeon's CEO Bill Mulligan commented, "In the fourth quarter, Maxeon delivered financial results largely in line with our expectations. Our U.S utility-scale business accounted for the majority of revenues in the fourth quarter, with stable ASPs."

"As disclosed in our last earnings call, Maxeon has been executing a transformation of our IBC capacity timed to coincide with the current DG market slowdown. As part of this initiative, we made the decision to ramp down all of our Maxeon 6 capacity faster than we had originally expected, resulting in higher than initially planned restructuring costs in the fourth quarter."

"The Maxeon team is highly focused on reducing manufacturing costs, OPEX rationalization and liquidity-management to enable a return to profitability. Our strategy continues to be to focus on designing and building premium, differentiated products and delivering a superior customer experience across a balanced portfolio of global DG and U.S. utility scale markets. The Company plans to file its annual 20-F report by April 30, 2024."

The Company will separately announce the date for its next earnings call.

**Page 5**

**Preliminary Selected Q4 Unaudited Financial Summary**

| (In millions, except shipments) | Fiscal Q4 2023 | Fiscal Q3 2023 | Fiscal Q4 2022 | Fiscal Year 2023 | Fiscal Year 2022 |
|---|---|---|---|---|---|
| Shipments, in MW | 653 | 628 | 734 | 2,862 | 2,348 |
| Revenue | $ 229 | $ 228 | $ 324 | $ 1,123 | $ 1,060 |
| Gross (loss) profit | (32) | 3 | 20 | 80 | (48) |
| GAAP Operating expenses | 142 | 67 | 38 | 298 | 152 |
| GAAP Net loss attributable to the stockholders | (184) | (108) | (76) | (274) | (267) |
| Cash, cash equivalent, restricted cash and short-term securities | 196 | 277 | 344 | 196 | 344 |

| (In millions) | Other Financial Data[1] | | | | |
|---|---|---|---|---|---|
| | Fiscal Q4 2023 | Fiscal Q3 2023 | Fiscal Q4 2022 | Fiscal Year 2023 | Fiscal Year 2022 |
| Non-GAAP Gross (loss) profit | $ (7) | $ 3 | $ 21 | $ 106 | $ (31) |
| Non-GAAP Operating expenses | 36 | 38 | 34 | 153 | 134 |
| Restructuring expenses and charges | 128 | 24 | 1 | 152 | 6 |
| Adjusted EBITDA | (35) | (20) | (4) | 6 | (109) |

[1] The Company's use of Non-GAAP financial information, including a reconciliation to U.S. GAAP, is provided under "Use of Non-GAAP Financial Measures" below.

For the first quarter of 2024, the Company expects the following results:

| | |
|---|---|
| Shipments, in MW | 508 (approx.) |
| Revenue, in USD millions | 186 (approx.) |

**Page 6**

## Use of Non-GAAP Financial Measures

We present certain non-GAAP measures such as non-GAAP gross (loss) profit, non-GAAP operating expenses and earnings before interest, taxes, depreciation and amortization ("EBITDA") adjusted for stock-based compensation, restructuring charges and fees, remeasurement (loss) gain on prepaid forward and physical delivery forward and equity in losses (income) of unconsolidated investees ("Adjusted EBITDA") to supplement our consolidated financial results presented in accordance with GAAP. Non-GAAP gross (loss) profit is defined as gross (loss) profit excluding stock-based compensation, restructuring charges and fees, and loss related to settlement of price escalation dispute. Non-GAAP operating expenses is defined as operating expenses excluding stock-based compensation and restructuring charges and fees.

We believe that non-GAAP gross (loss) profit, non-GAAP operating expenses and Adjusted EBITDA provide greater transparency into management's view and assessment of the Company's ongoing operating performance by removing items management believes are not representative of our continuing operations and may distort our longer-term operating trends. We believe these measures are useful to help enhance the comparability of our results of operations across different reporting periods on a consistent basis and with our competitors, distinct from items that are infrequent or not associated with the Company's core operations as presented above. We also use these non-GAAP measures internally to assess our business, financial performance and current and historical results, as well as for strategic decision-making and forecasting future results. Given our use of non-GAAP measures, we believe that these measures may be important to investors in understanding our operating results as seen through the eyes of management. These non-GAAP measures are neither prepared in accordance with GAAP nor are they intended to be a replacement for GAAP financial data, should be reviewed together with GAAP measures and may be different from non-GAAP measures used by other companies.

As presented in the "Preliminary Reconciliation of Non-GAAP Financial Measures" section, each of the non-GAAP financial measures excludes one or more of the following items in arriving to the non-GAAP measures:

- Stock-based compensation *expense*. Stock-based compensation relates primarily to equity incentive awards. Stock-based compensation is a non-cash expense that is dependent on market forces that are difficult to predict and is excluded from non-GAAP gross (loss) profit, non-GAAP operating expense and Adjusted EBITDA. Management believes that this adjustment for stock-based compensation expense provides investors with a basis to measure our core performance, including the ability to compare our performance with the performance of other companies, without the period-to-period variability created by stock-based compensation.

- *Restructuring charges and fees*. We incur restructuring charges, inventory impairment and other inventory related costs associated with the re-engineering of our IBC capacity, and fees related to reorganization plans and business acquisition aimed towards realigning resources consistent with our global strategy and improving its overall operating efficiency and cost structure. Restructuring charges and fees are excluded from non-GAAP gross (loss) profit, non-GAAP operating expenses and Adjusted EBITDA because they are not considered core operating activities. Although we have engaged in restructuring activities and initiatives, past activities have been discrete events based on unique sets of business objectives. As such, management believes that it is appropriate to exclude restructuring charges and fees from our non-GAAP financial

**Page 7**

measures as they are not reflective of ongoing operating results nor do these charges contribute to a meaningful evaluation of our past operating performance.

- *Remeasurement loss (gain) on prepaid forward and physical delivery forward*. This relates to the mark-to-market fair value remeasurement of privately negotiated prepaid forward and physical delivery transactions. The transactions were entered into in connection with the issuance on July 17, 2020 of the 6.50% Green Convertible Senior Notes due 2025 for an aggregate principal amount of $200 million. The prepaid forward is remeasured to fair value at the end of each reporting period, with changes in fair value booked in earnings. The fair value of the prepaid forward is primarily affected by the Company's share price. The physical delivery forward was remeasured to fair value at the end of the Note Valuation Period on September 29, 2020, and was reclassified to equity after remeasurement, and will not be subsequently remeasured. The fair value of the physical delivery forward was primarily affected by the Company's share price. The remeasurement loss (gain) on prepaid forward and physical delivery forward is excluded from Adjusted EBITDA because it is not considered core operating activities. As such, management believes that it is appropriate to exclude the mark-to-market adjustments from our Adjusted EBITDA as it is not reflective of ongoing operating results nor do the loss contribute to a meaningful evaluation of our past operating performance.

- *Equity in (losses) income of unconsolidated investees.* This relates to the (losses) income on our unconsolidated equity investment Huansheng JV. This is excluded from our Adjusted EBITDA financial measure as it is non-cash in nature and not reflective of our core operational performance. As such, management believes that it is appropriate to exclude such charges as they do not contribute to a meaningful evaluation of our performance.

- *Loss related to settlement of price escalation dispute.* This relates to loss arising from the settlement of price escalation dispute with a polysilicon supplier related to our long term, firm commitment polysilicon supply agreement. This is excluded from our Adjusted EBITDA financial measure as it is non-recurring and not reflective of ongoing operating results. As such, management believes that it is appropriate to exclude such charges as the loss does not contribute to a meaningful evaluation of our past operating performance.

**Page 8**

**Preliminary Reconciliation of Non-GAAP Financial Measures**

| (In millions) | Fiscal Q4 2023 | Fiscal Q3 2023 | Fiscal Q4 2022 | Fiscal Year 2023 | Fiscal Year 2022 |
|---|---|---|---|---|---|
| **GAAP Gross (loss) profit** | $ (32) | $ 3 | $ 20 | $ 80 | $ (48) |
| Stock-based compensation | - | - | 1 | 1 | 2 |
| Restructuring charges and fees | 25[1] | - | - | 25[2] | - |
| Loss related to settlement of price escalation dispute | - | - | - | - | 15 |
| **Non-GAAP Gross (loss) profit** | **(7)** | **3** | **21** | **106** | **(31)** |
| | | | | | |
| **GAAP Operating expenses** | 142 | 67 | 38 | 298 | 152 |
| Stock-based compensation | (2) | (5) | (3) | (18) | (13) |
| Restructuring charges and fees | (103)[1] | (24) | (1) | (127)[2] | (5) |
| Others[3] | (1) | - | - | - | - |
| **Non-GAAP Operating expenses** | **36** | **38** | **34** | **153** | **134** |

| (In millions) | Fiscal Q4 2023 | Fiscal Q3 2023 | Fiscal Q4 2022 | Fiscal Year 2023 | Fiscal Year 2022 |
|---|---|---|---|---|---|
| **GAAP Net loss attributable to the stockholders** | (184) | (108) | (76) | (274) | (267) |
| Interest expense, net | 7 | 8 | 9 | 33 | 28 |
| (Benefit from) provision for income taxes | (10) | (3) | 28 | (1) | 32 |
| Depreciation | 12 | 14 | 14 | 56 | 56 |
| Amortization | - | - | - | - | - |
| Others[3] | - | - | 1 | - | - |
| EBITDA | (175) | (89) | (24) | (186) | (151) |
| Stock-based compensation | 2 | 5 | 4 | 19 | 15 |
| Loss related to settlement of price escalation dispute | - | - | - | - | 15 |
| Restructuring charges and fees | 128[1] | 24 | 1 | 152[2] | 6 |
| Remeasurement loss (gain) on physical delivery forward and prepaid forward | 10 | 37 | 18 | 18 | (2) |
| Equity in losses (income) of unconsolidated investees and related gain | - | 2 | (2) | 3 | 9 |
| Others[3] | - | 1 | (1) | - | (1) |
| **Adjusted EBITDA** | **(35)** | **(20)** | **(4)** | **6** | **(109)** |

[1] For fiscal Q4 2023, included in the GAAP gross loss is $24 million of inventory write-down and related charges connected to the re-engineering activities of our IBC manufacturing capacity as further described below

For fiscal Q4 2023, included in the GAAP operating expenses is $104 million related to cost associated with rebalancing our global operations and re-engineering of our IBC manufacturing operations. Of this amount, $51 million related to impairment of long-lived assets, $39 million related to contract termination costs as part of restructuring activities, and $14 million related to the global reduction in force, including severance payment and advisory fees.

[2] For fiscal year 2023, included in the GAAP gross loss is $24 million of inventory write-down and related charges connected to the re-engineering activities of our IBC manufacturing capacity as further described below

For fiscal year 2023, included in the GAAP operating expenses is $127 million related to cost associated with rebalancing our global operations and re-engineering of our IBC manufacturing operations. Of this amount, $74 million related to impairment of long-lived assets, $39 million related to contract termination cost as part of restructuring activities, and $14 million related to the global reduction in force, including severance payment and advisory fees.

[3] Relates to rounding differences as the components are presented to the nearest million.

**About Maxeon Solar Technologies**

Maxeon Solar Technologies (NASDAQ:MAXN) is Powering Positive Change™. Headquartered in Singapore, Maxeon leverages over 35 years of solar energy leadership and over 1,650 patents to design innovative and sustainably made solar panels and energy solutions for residential, commercial, and power plant customers. Maxeon's integrated home energy management is a flexible ecosystem of products and services, built around the award-winning Maxeon® and SunPower® branded solar panels. With a network of more than 1,700 trusted partners and distributors, and more than one million customers worldwide, the Company is a global leader in solar. For more information visit us at www.maxeon.com, on LinkedIn and Twitter.

**Forward-Looking Statements**

This press release contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including, statements regarding our expectations for our first quarter 2024 revenues and shipments and the assumptions underlying those expectations. Additional forward-looking statements include, but are not limited, to statements regarding our expectations for market and industry conditions, our restructuring plans, including those to streamline our operations, invest in new technology, and adjust our mix between the DG and utility-scale markets as described herein, as well as our ability to execute on our plans and strategy.

Additional forward-looking statements can be identified by terminology such as "may," "might," "could," "will," "aims," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates" and similar statements. These forward-looking statements are based on our current assumptions, expectations and beliefs and involve substantial risks and uncertainties that may cause results, performance or achievement to materially differ from those expressed or implied by these forward-looking statements. These statements are not guarantees of future performance and are subject to a number of risks. The reader should not place undue reliance on these forward-looking statements, as there can be no assurances that the plans, initiatives or expectations upon which they are based will occur. Factors that could cause or contribute to such differences include, but are not limited to: (1) challenges in executing transactions key to our strategic plans, including executing of restructuring plans, building of our distribution channels, regulatory and other challenges that may arise; (2) our liquidity, substantial indebtedness, terms and conditions upon which our indebtedness is incurred, and ability to obtain additional financing for our projects, customers and operations; (3) our ability to manage supply chain shortages and/or excess inventory and cost increases and operating expenses; (4) potential disruptions to our operations and supply chain that may result from damage or destruction of facilities operated by our suppliers, difficulties in hiring or retaining key personnel, epidemics, natural disasters, including impacts of the war in Ukraine; (5) our ability to manage our key customers and suppliers; (6) the success of our ongoing research and

**Page 11**

development efforts and our ability to commercialize new products and services, including products and services developed through strategic partnerships; (7) competition in the solar and general energy industry and downward pressure on selling prices and wholesale energy pricing, including impacts of inflation, economic recession and foreign exchange rates upon customer demand; (8) changes in regulation and public policy, including the imposition and applicability of tariffs; (9) our ability to comply with various tax holiday requirements as well as regulatory changes or findings affecting the availability of economic incentives promoting use of solar energy and availability of tax incentives or imposition of tax duties; (10) fluctuations in our operating results and in the foreign currencies in which we operate; (11) appropriately sizing, or delays in expanding our manufacturing capacity and containing manufacturing and logistics difficulties that could arise; (12) unanticipated impact to customer demand and sales schedules due, among other factors, to the war in Ukraine, economic recession and environmental disasters; (13) challenges managing our acquisitions, joint ventures and partnerships, including our ability to successfully manage acquired assets and supplier relationships; (14) reaction by securities or industry analysts to our quarterly guidance, in combination with our results of operations or other factors, and/ or third party reports or publications, whether accurate or not, which may cause such securities or industry analysts to cease publishing research or reports about us, or adversely change their recommendations regarding our ordinary shares, which may negatively impact the market price of our ordinary shares and volume of our stock trading; (15) reaction by investors to our quarterly guidance, in combination with our results of operations or other factors, and/ or third party reports or publications, whether accurate or not, which may negatively impact the market price of our ordinary shares and volume of our stock trading; (16) unpredictable outcomes resulting from our litigation activities or other disputes; and (17) the actual numbers and timing of employee reductions are subject to, and will be dependent on, applicable laws and regulations. A detailed discussion of these factors and other risks that affect our business is included in filings we make with the Securities and Exchange Commission ("SEC") from time to time, including our most recent report on Form 20-F, particularly under the heading "Risk Factors". Copies of these filings are available online from the SEC at www.sec.gov, or on the SEC Filings section of our Investor Relations website at https://corp.maxeon.com/investor-relations. All forward-looking statements in this press release are based on information currently available to us, and we assume no obligation to update these forward-looking statements in light of new information or future events.


**Statement Regarding Preliminary Unaudited Financial Information**
This press release includes certain preliminary, unaudited financial information for the three months and fiscal year ended December 31, 2023, as well as for the three months ended March 31, 2024. The unaudited financial and shipment information for the quarter and the fiscal year ended December 31, 2023, as well as for the quarter ended March 31, 2024, is preliminary, based on the information available at this time and subject to change in connection with the

completion of the Company's financial closing procedures for the quarter and fiscal year ended December 31, 2023 as well as for the quarter ended March 31, 2024. The Company's actual results and financial condition as reflected in the financial statements that will be included in the Company's earnings release to be filed with the SEC on Form 6-K, as well as the annual report on Form 20-F for fiscal year ended December 31, 2023, may be adjusted or presented differently from the financial information herein and the variations could be material. Please see "Forward-Looking Statements" for additional information about the preliminary information.

©2024 Maxeon Solar Technologies, Ltd. All Rights Reserved. MAXEON is a registered trademark of Maxeon Solar Technologies, Ltd. Visit https://corp.maxeon.com/trademarks for more information.

SOURCE Maxeon Solar Technologies, Ltd.

For further information: For further information: Investor Contact: Robert Lahey, Robert.Lahey@maxeon.com, Mobile: +1 (202) 246-1872; Media Contact: Forrest Monroy, forrest.monroy@maxeon.com or Anna Porta, anna.porta@maxeon.com, +39 345 770-6205

Exhibit 8

NT 20-F 1 maxeon-form12bx25.htm NT 20-F

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, DC 20549**

**FORM 12b-25**

**NOTIFICATION OF LATE FILING**

**SEC FILE NUMBER:** 001-39368
**CUSIP NUMBER:**

(*Check One*): ☐ Form 10-K ☒ Form 20-F ☐ Form 11-K

☐ Form 10-Q ☐ Form 10-D ☐ Form N-CEN ☐ Form N-CSR

For Period Ended: December 31, 2023
☐ Transition Report on Form 10-K
☐ Transition Report on Form 20-F
☐ Transition Report on Form 11-K
☐ Transition Report on Form 10-Q

For the Transition Period Ended:

---

*Read Instruction (on back page) Before Preparing Form. Please Print or Type.*
**Nothing in this form shall be construed to imply that the Commission has verified any information contained herein.**

---

If the notification relates to a portion of the filing checked above, identify the item(s) to which the notification relates:

_____

**PART I-REGISTRANT INFORMATION**

Maxeon Solar Technologies, Ltd.
_____

N/A
_____
Former name if Applicable

8 Marina Boulevard #05-02, Marina Bay Financial Centre
_____
Address of Principal Executive Office *(Street and number)*

018981, Singapore
_____
City, State and Zip Code

**PART II – RULE 12b-25 (b) AND (c)**

If the subject report could not be filed without unreasonable effort or expense and the registrant seeks relief pursuant to Rule 12b-25(b), the following should be completed. (Check box if appropriate.)

☒

(a)    The reasons described in reasonable detail in Part III of this form could not be eliminated without unreasonable effort or expense;

(b)    The subject annual report, semi-annual report, transition report on Form 10-K, Form 20-F, Form 11-K, FORM N-CEN or Form N-CSR, or portion thereof will be filed on or before the fifteenth calendar day following the prescribed due date; or the subject quarterly report or transition report on Form 10-Q, or subject distribution report on Form 10-D, or portion thereof, will be filed on or before the fifth calendar day following the prescribed due date; and

(c)    The accountant's statement or other exhibit required by Rule 12b-25(c) has been attached if applicable.

**PART III - NARRATIVE**

State below in reasonable detail why Form 10-K, 20-F, 11-K, 10-Q, 10-D, N-CEN, N-CSR, or the transition report or portion thereof, could not be filed within the prescribed time period.

Maxeon Solar Technologies, Ltd. (the "Company") is filing this Notification of Late Filing on Form 12b-25 (this "Form 12b-25") with respect to is Annual Report on Form 20-F for its fiscal year ended December 31, 2023 (the "Annual Report").

The Company is unable to file the Annual Report within by the prescribed time period without unreasonable effort or expense because the Company needs additional time to complete its financial statement preparation and review process. As a result of the foregoing, the Company has not yet completed its year-end reporting procedures required and consequently its independent registered public accounting firm has not yet completed its audit procedures. Factors which have affected the timing of the preparation and review of the financial statements include the additional ongoing work required in connection with the assessment of the Company's ability to continue as a going concern, including the ongoing analysis of the Company's strategic options with the assistance of external advisors.

The Company is working diligently to complete the Form 20-F as soon as possible and expects to file its Annual Report within the 15 calendar day extension provided by Rule 12b-25, but can provide no assurance that it will be able to file by such time.

**PART IV - OTHER INFORMATION**

(1) Name and telephone number of person to contact in regard to this notification.

| Robert Lahey | 626 | 884-4756 |
|---|---|---|
| (Name) | (Area Code) | (Telephone Number) |

(2) Have all other periodic reports required under Section 13 or 15(d) of the Securities Exchange Act of 1934 or Section 30 of the Investment Company Act of 1940 during the preceding 12 months or for such shorter period that the registrant was required to file such report(s) been filed? If the answer is no, identify report(s). ☒ Yes ☐ No

(3) Is it anticipated that any significant change in results of operations from the corresponding period for the last fiscal year will be reflected by the earnings statements to be included in the subject report or portion thereof? ☒ Yes ☐ No

If so, attach an explanation of the anticipated change, both narratively and quantitatively, and, if appropriate, state the reasons why a reasonable estimate of the results cannot be made.

As disclosed in the preliminary fourth quarter and fiscal year 2023 results press release (filed with the Securities and Exchange Commission ("SEC") on a Form 6-K on April 8, 2024) the Company made a preliminary determination of its results of operations, which are unaudited and subject to change prior to filing the Annual Report. The preliminary results included preliminary revenue, net loss and Adjusted EBITDA, which results have changed meaningfully compared to the prior period given the challenging industry factors and economic conditions that affected the demand for our products, including increased competition and over-supply as compared to demand starting with the third quarter of fiscal year 2023.

**Forward-looking Statements**

This notification contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. Such forward-looking statements are made under the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995. These forward-looking statements can be identified by terminology such as "may," "might," "could," "will," "aims," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates" and similar statements, and include, without limitation, statements regarding the Company's future financial performance, revenue guidance, growth and growth rates, market position and continued business transformation. Such statements are based upon management's current expectations and current market and operating conditions and relate to events that involve known or unknown risks, uncertainties and other factors, all of which are difficult to predict and many of which are beyond the Company's control, which may cause its actual results, performance or achievements to differ materially from those in the forward-looking statements. Potential risks and uncertainties include, without limitation, challenges in executing transactions key to our strategic plans, including regulatory and other challenges

that may arise, and the Company's ability to continue as a going concern in the future. Further information regarding these and other risks, uncertainties or factors is included in the Company's filings with the SEC. The Company does not undertake any obligation to update any forward-looking statement as a result of new information, future events or otherwise, except as required under law.

Maxeon Solar Technologies, Ltd.

(Name of Registrant as Specified in Charter)

has caused this notification to be signed on its behalf by the undersigned hereunto duly authorized.

Date: April 30, 2024                              By:    /s/ Kai Strohbecke

                                                        Kai Strohbecke
                                                        Chief Financial Officer

Exhibit 9

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 6-K

**Report of Foreign Private Issuer**
**Pursuant to Rule 13a-16 or 15d-16**
**of the Securities Exchange Act of 1934**

**Date of Report: May 2024**

**Commission File Number: 001-39368**

# MAXEON SOLAR TECHNOLOGIES, LTD.
**(Exact Name of registrant as specified in its charter)**

**8 Marina Boulevard #05-02**
**Marina Bay Financial Centre**
**018981, Singapore**
**(Address of principal executive office)**

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F:

Form 20-F ☒ Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): ☐

**Explanatory Note**

On May 30, 2024 Maxeon Solar Technologies, Ltd. (the "Company"), issued a press release entitled "Maxeon Solar Technologies Announces First Quarter 2024 Financial Results." A copy of this press release is furnished as Exhibit 99.1 herewith.

Other than as indicated below, the information in this Form 6-K (including in Exhibit 99.1) shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act") or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended, or the Exchange Act.

The U.S. GAAP financial information contained in (i) the condensed consolidated balance sheets, (ii) condensed consolidated statements of operations and (iii) condensed consolidated statements of cash flows, and the other financial information under the heading "Reconciliation of Non-GAAP Financial Measures", in each case, included in the press release attached as Exhibit 99.1 to this Report on Form 6-K are hereby incorporated by reference into the Company's registration statements on Form F-3 (File No. 333-271971), Form F-3 (File No. 333-265253), Form F-3 (File No. 333-268309), Form S-8 (File No. 333-277501) and Form S-8 (File No. 333-241709).

**Page 2**

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

MAXEON SOLAR TECHNOLOGIES, LTD.
(Registrant)

May 30, 2024                                                    By:     /s/ Kai Strohbecke

Kai Strohbecke

Chief Financial Officer

**EXHIBITS**

**Page 4**

| Exhibit | Title |
|---|---|
| 99.1 | Press release on first quarter 2024 financial results |
| 99.2 | Financial results for the first quarter ended March 31, 2024 |

**Exhibit 99.1**



**Investor Contact:**
Robert Lahey
robert.lahey@maxeon.com
+1 (626) 884-4756

**Media Contact:**
Forrest Monroy
forrest.monroy@maxeon.com
+1 (626) 884-4756

## Maxeon Solar Technologies Announces First Quarter 2024 Financial Results

*--First Quarter Revenue of $187 Million--*
*--Financing Commitments Secured from Largest Shareholder--*

**Singapore, May 30, 2024** - Maxeon Solar Technologies, Ltd. (NASDAQ:MAXN) ("Maxeon" or "the Company"), a global leader in solar innovation and channels, today announced its financial results for the first quarter ended March 31, 2024.

Maxeon's Chief Executive Officer Bill Mulligan noted, "Maxeon has been facing a very difficult market environment since the third quarter of last year, with challenging industry pricing conditions and demand disruptions in our DG business due to higher interest rates and policy changes, as well as project pushouts by two of our large-scale customers in the US. These external factors led to underutilized manufacturing operations, increased product costs, and lower revenue and profit than planned. While the Company is making progress on our announced restructuring initiatives and we are seeing some positive trends in the market, we determined that Maxeon requires additional capital to support its continuing operations. After conducting a thorough analysis with the help of financial advisors, management and the board determined that the most viable financing option to support our immediate liquidity needs was from our largest shareholder, TCL Zhonghuan Renewable Energy Technology Co. Ltd. (TZE)."

"TZE has agreed to invest $97.5 million via a debt investment and has committed to an additional $100 million equity investment, in each case subject to regulatory approvals. In addition, substantially all of the holders of the $200 million 2025 convertible notes have agreed to exchange their bonds and accrued interest into new bonds due in 2028, which are convertible into equity at the noteholders' option starting July 2nd and $137.2 million of which must be converted into equity upon TZE's equity investment. We believe that these transactions are necessary to provide sufficient liquidity to enable the Company to return to profitability. These transactions, however, will result in substantial dilution to existing public shareholders, with TZE ultimately becoming a controlling shareholder, subject to regulatory approvals."

"Our distributed generation (DG) business faced ongoing price and demand headwinds in both the U.S. and Europe. Against this challenging industry backdrop we were able to execute on several key strategic initiatives, including completion of all deliveries to SunPower Corporation under the Settlement Agreement. In parallel, our new U.S. Dealer channel added more than 100 new partners with additions from many key installers that have been selling our product effectively for more than a decade. In Europe, the team successfully introduced our 7th generation Performance Series module which is our first product utilizing TOPCon cell technology."

"We recently sold our stake in the Huansheng Photovoltaic (Jiangsu) Co., Ltd (HSPV) joint venture, along with executing an IP-license for shingling technology for their use in utility-scale markets outside of the United States, for $34 million. In addition, we entered into a new supply agreement with HSPV for continued support of our international DG business. Going forward, our activities in utility-scale will be focused exclusively on the U.S. market, where our longstanding customer relationships, track record of execution, supply chain structure, differentiated products and leading sustainability profile makes us a supplier of choice for many developers. Our operations teams have been working hard to manage the effects of two significant customer project delays which led to reduced near-term manufacturing volumes and impacted our Q1 financial performance. While current pricing and demand conditions remain challenging, we are seeing some positive trade policy trends and we are cautiously optimistic that these could result in stronger pricing power, improved demand and incremental bookings. On the technology front, we're seeing competitors rapidly shift to TOPCon products which we believe infringe on U.S. intellectual property we developed over 15 years ago. We recently

initiated patent infringement lawsuits against three competitors and we are in discussions with several other companies relating to potential TOPCon licensing opportunities."

"For the balance of 2024, the Company will be focused on rebuilding our balance sheet while undergoing further transformation to return the core business to profitability with reduced customer concentration risk."

**Selected Q1 Unaudited Financial Summary**

| (In thousands, except shipments) | | Fiscal Q1 2024 | | Fiscal Q4 2023 | | Fiscal Q1 2023 |
| --- | --- | --- | --- | --- | --- | --- |
| Shipments, in MW | | 488 | | 653 | | 774 |
| Revenue | $ | 187,456 | $ | 228,775 | $ | 318,332 |
| Gross (loss) profit [1] | | (14,871) | | (34,461) | | 53,625 |
| GAAP Operating expenses | | 48,668 | | 141,007 | | 41,921 |
| GAAP Net (loss) income attributable to the stockholders[1] | | (80,148) | | (186,334) | | 20,271 |
| Capital expenditures | | 19,216 | | 11,656 | | 16,500 |

| | | Other Financial Data[1] | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| (In thousands) | | Fiscal Q1 2024 | | Fiscal Q4 2023 | | Fiscal Q1 2023 |
| Non-GAAP Gross (loss) profit | $ | (12,888) | $ | (9,675) | $ | 54,142 |
| Non-GAAP Operating expenses | | 38,520 | | 36,654 | | 38,056 |
| Adjusted EBITDA | | (38,977) | | (37,631) | | 30,984 |

[1]   The Company's use of Non-GAAP financial information, including a reconciliation to U.S. GAAP, is provided under "Use of Non-GAAP Financial Measures" below.

**Second Quarter 2024 and Fiscal Year 2024 Outlook**

For the second quarter of 2024, the Company anticipates the following results:

| (In millions, except shipments) | Outlook |
| --- | --- |
| Shipments, in MW | 520 - 600 MW |
| Revenue | $160 - $200 |
| Gross loss | $(20) - $0 |
| Non-GAAP gross loss[1] | $(20) - $0 |
| Operating expenses | $45 ± $2 |
| Non-GAAP operating expenses[1] | $37 ± $2 |
| Adjusted EBITDA[2] | $(51) - $(31) |
| Capital expenditures[3] | $15 - $25 |

For fiscal year 2024, the Company's annual guidance is below:

- Revenue to be within a range of $640 million to $800 million.

- Adjusted EBITDA to be within a range of $(160) million to $(110) million.

- Capital expenditures[3] to be within a range of $70 million to $100 million.

[1]   The Company's Non-GAAP operating expenses are impacted by the effects of adjusting for stock-based compensation expense and restructuring charges and fees.

[2]   The Company cannot provide a reconciliation between its Adjusted EBITDA projection and the most directly comparable GAAP measures without unreasonable efforts because it is unable to predict with reasonable certainty the ultimate outcome of the remeasurement gain or loss of the prepaid forward.

1

**Page 6**

<sup>(3)</sup> Capital expenditures are directed mainly to conversion of our legacy Maxeon 3 capacity in the Philippines to Maxeon 7 technology and equipment for manufacture of our Performance line products in Malaysia and Mexico. We are also investing in the development of our next generation Maxeon 8 technology, various programs to enhance our IT infrastructure and security, as well as to support our Beyond the Panel offering.

These anticipated results for the second quarter of 2024 are preliminary, unaudited and represent the most current information available to management. The Company's business outlook is based on management's current views and estimates with respect to market conditions, production capacity and the global economic environment. Please refer to Forward Looking Statements section below. Management's views and estimates are subject to change without notice.

**For more information**

Maxeon's first quarter 2024 financial results and management commentary can be found on Form 6-K by accessing the Financials & Filings page of the Investor Relations section of Maxeon's website at: https://corp.maxeon.com/investor-relations. The Form 6-K and Company's other filings are also available online from the Securities and Exchange Commission at www.sec.gov.

**Conference Call Details**

The Company will hold a conference call on May 30, 2024, at 8:00 AM U.S. ET / May 30, 2024, at 8:00 PM Singapore Time, to discuss results and to provide an update on the business.

To join the live conference call, participants must first register here, where a dial-in number will be provided.

A simultaneous audio-only webcast of the conference call will be available on Maxeon's website at https://corp.maxeon.com/events-and-presentations. A webcast replay will be available on Maxeon's website for one year at https://corp.maxeon.com/events-and-presentations.

**About Maxeon Solar Technologies**

Maxeon Solar Technologies Ltd (NASDAQ: MAXN) is Powering Positive Change<sup>TM</sup>. Headquartered in Singapore, Maxeon leverages over 35 years of solar energy leadership and over 1,900 patents to design innovative and sustainably made solar panels and energy solutions for residential, commercial and power plant customers. Maxeon's integrated home energy management is a flexible ecosystem of products and services, built around the award-winning Maxeon® and SunPower® brand solar panels. With a network of more than 1,700 trusted partners and distributors, and more than one million customers worldwide, the Company is a global leader in solar. For more information, visit us at www.maxeon.com, on LinkedIn and on Twitter.

**Forward-Looking Statements**
This press release contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including, but not limited to, statements regarding: (a) our ability to (i) meet short-term and long-term material cash requirements, (ii) complete an equity, debt or other financing at favorable terms, if at all, (iii) refinance our quickly maturing outstanding debt and (iv) continue as a going concern; (b) the success of our ongoing restructuring initiatives; (c) our expectations regarding product pricing trends, demand and growth projections, including our efforts to enforce our intellectual property rights against our competitors; (d) potential disruptions to our operations and supply chain that may result from epidemics, natural disasters or military conflicts, including the duration, scope and impact on the demand for our products, market disruptions from the war in Ukraine and the Israel-Hamas-Iran conflict; (e) anticipated product launch timing and our expectations regarding ramp, customer acceptance and demand, upsell and expansion opportunities; (f) our expectations and plans for short- and long-term strategy, including our anticipated areas of focus and investment, market expansion, product and technology focus, implementation of restructuring plans and projected growth and profitability; (g) our technology outlook, including anticipated fab capacity expansion and utilization and expected ramp and production timelines for the Company's next-generation Maxeon 7 and Performance line solar panels, expected cost reductions, and future performance; (h) our strategic goals and plans, including capacity expansion, partnership discussions with respect to the Company's next-generation technology, and our relationship with our existing customers, suppliers and partners, and our ability to achieve and maintain them; (i) our expectations regarding our future performance and revenues resulting from contracted orders, bookings, backlog, and pipelines in our sales channels and feedback from our partners; (j) our projected effective tax rate and changes to the valuation allowance related to our deferred tax assets; and (k) our second quarter and annual fiscal year 2024 guidance, including shipments, revenue, gross loss, non-GAAP gross loss, operating expenses, non-GAAP operating expenses, Adjusted EBITDA, capital expenditures, and related assumptions.

The forward-looking statements can be also identified by terminology such as "may," "might," "could," "will," "aims," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates" and similar statements. Among other things, the quotations from management in this press release and Maxeon's operations and business outlook contain forward-looking statements.

2

**Page 7**

These forward-looking statements are based on our current assumptions, expectations and beliefs and involve substantial risks and uncertainties that may cause results, performance or achievement to materially differ from those expressed or implied by these forward-looking statements. These statements are not guarantees of future performance and are subject to a number of risks. The reader should not place undue reliance on these forward-looking statements, as there can be no assurances that the plans, initiatives or expectations upon which they are based will occur. Factors that could cause or contribute to such differences include, but are not limited to: (1) challenges in executing transactions key to our strategic plans, including regulatory and other challenges that may arise; (2) our liquidity, substantial indebtedness, terms and conditions upon which our indebtedness is incurred, and ability to obtain additional financing for our projects, customers and operations; (3) our ability to manage supply chain shortages and/or excess inventory and cost increases and operating expenses; (4) potential disruptions to our operations and supply chain that may result from damage or destruction of facilities operated by our suppliers, difficulties in hiring or retaining key personnel, epidemics, natural disasters, including impacts of the war in Ukraine and the Israel-Hamas conflict; (5) our ability to manage our key customers and suppliers, including the impact of the termination of the supply agreements with one of the Company's biggest customers, SunPower Corporation; (6) the success of our ongoing research and development efforts and our ability to commercialize new products and services, including products and services developed through strategic partnerships; (7) competition in the solar and general energy industry and downward pressure on selling prices and wholesale energy pricing, including impacts of inflation, economic recession and foreign exchange rates upon customer demand; (8) changes in regulation and public policy, including the imposition and applicability of tariffs; (9) our ability to comply with various tax holiday requirements as well as regulatory changes or findings affecting the availability of economic incentives promoting use of solar energy and availability of tax incentives or imposition of tax duties; (10) fluctuations in our operating results and in the foreign currencies in which we operate; (11) appropriately sizing, or delays in expanding our manufacturing capacity and containing manufacturing and logistics difficulties that could arise; (12) unanticipated impact to customer demand and sales schedules due, among other factors, to the war in Ukraine and the Israel-Hamas-Iran conflict, economic recession and environmental disasters; (13) challenges managing our acquisitions, joint ventures and partnerships, including our ability to successfully manage acquired assets and supplier relationships; (14) reaction by securities or industry analysts to our annual and/or quarterly guidance, in combination with our results of operations or other factors, and/ or third party reports or publications, whether accurate or not, which may cause such securities or industry analysts to cease publishing research or reports about us, or adversely change their recommendations regarding our ordinary shares, which may negatively impact the market price of our ordinary shares and volume of our stock trading; and (15) unpredictable outcomes resulting from our litigation activities, including enforcement of certain intellectual property rights, or other disputes. Forward-looking and other statements in this report may also address our corporate sustainability or responsibility progress, plans, and goals (including environmental matters), and the inclusion of such statements is not an indication that these contents are necessarily material to investors or required to be disclosed in the Company's filings with the SEC. In addition, historical, current, and forward-looking sustainability-related statements may be based on standards for measuring progress that are still developing, internal controls and processes that continue to evolve, and assumptions that are subject to change in the future. A detailed discussion of these factors and other risks that affect our business is included in filings we make with the Securities and Exchange Commission ("SEC") from time to time, including our most recent report on Form 20-F, particularly under the heading "Risk Factors". Copies of these filings are available online from the SEC at www.sec.gov, or on the SEC Filings section of our Investor Relations website at https://corp.maxeon.com/investor-relations. All forward-looking statements in this press release are based on information currently available to us, and we assume no obligation to update these forward-looking statements in light of new information or future events.

On April 8, 2024, the Company issued a press release and furnished a Report on Form 6-K announcing its preliminary unaudited financial results for the fourth quarter and fiscal year ended December 31, 2023. Subsequent to the issuance of such preliminary financial information, the Company revised the presentation of gross loss, GAAP operating expenses, GAAP net loss attributable to the stockholders, non-GAAP gross loss, non-GAAP operating expenses and Adjusted EBITDA as follows:

- Additional inventory reserve of $2.3 million to write down inventories to market value which affected gross loss, GAAP net loss attributable to the stockholders, non-GAAP gross loss and Adjusted EBITDA
- Adjustment of estimate on employee compensation based on final payout which resulted in lower gross loss of $0.3 million, lower GAAP operating expenses of $0.5 million, lower GAAP net loss attributable to stockholders of $0.8 million, higher non-GAAP operating expenses and Adjusted EBITDA of $0.4 million
- Adjustment of uncertain tax position which resulted in higher GAAP net loss attributable to stockholders of $0.5 million

3

**Page 8**

**Use of Non-GAAP Financial Measures**

We present certain non-GAAP measures such as non-GAAP gross (loss) profit, non-GAAP operating expenses and earnings before interest, taxes, depreciation and amortization ("EBITDA") adjusted for stock-based compensation, restructuring charges and fees, remeasurement loss on prepaid forward and physical delivery forward and equity in losses of unconsolidated investees ("Adjusted EBITDA") to supplement our consolidated financial results presented in accordance with GAAP. Non-GAAP gross (loss) profit is defined as gross (loss) profit excluding stock-based compensation and restructuring charges and fees. Non-GAAP operating expenses is defined as operating expenses excluding stock-based compensation and restructuring charges and fees.

We believe that non-GAAP gross (loss) profit, non-GAAP operating expenses and Adjusted EBITDA provide greater transparency into management's view and assessment of the Company's ongoing operating performance by removing items management believes are not representative of our continuing operations and may distort our longer-term operating trends. We believe these measures are useful to help enhance the comparability of our results of operations across different reporting periods on a consistent basis and with our competitors, distinct from items that are infrequent or not associated with the Company's core operations as presented above. We also use these non-GAAP measures internally to assess our business, financial performance and current and historical results, as well as for strategic decision-making and forecasting future results. Given our use of non-GAAP measures, we believe that these measures may be important to investors in understanding our operating results as seen through the eyes of management. These non-GAAP measures are neither prepared in accordance with GAAP nor are they intended to be a replacement for GAAP financial data, should be reviewed together with GAAP measures and may be different from non-GAAP measures used by other companies.

As presented in the "Reconciliation of Non-GAAP Financial Measures" section, each of the non-GAAP financial measures excludes one or more of the following items in arriving to the non-GAAP measures:

- *Stock-based compensation expense.* Stock-based compensation relates primarily to equity incentive awards. Stock-based compensation is a non-cash expense that is dependent on market forces that are difficult to predict and is excluded from non-GAAP gross (loss) profit, non-GAAP operating expense and Adjusted EBITDA. Management believes that this adjustment for stock-based compensation expense provides investors with a basis to measure our core performance, including the ability to compare our performance with the performance of other companies, without the period-to-period variability created by stock-based compensation.

- *Restructuring charges and fees (benefits).* We incur restructuring charges, inventory impairment and other inventory related costs associated with the re-engineering of our IBC capacity, and fees related to reorganization plans and business acquisition aimed towards realigning resources consistent with our global strategy and improving its overall operating efficiency and cost structure. Restructuring charges and fees *(benefits)* are excluded from non-GAAP operating expenses and Adjusted EBITDA because they are not considered core operating activities. Although we have engaged in restructuring activities and initiatives, past activities have been discrete events based on unique sets of business objectives. As such, management believes that it is appropriate to exclude restructuring charges and fees *(benefits)* from our non-GAAP financial measures as they are not reflective of ongoing operating results nor do these charges contribute to a meaningful evaluation of our past operating performance.

- *Remeasurement loss (gain) on prepaid forward and physical delivery forward.* This relates to the mark-to-market fair value remeasurement of privately negotiated prepaid forward and physical delivery transactions. The transactions were entered into in connection with the issuance on July 17, 2020 of the 6.50% Green Convertible Senior Notes due 2025 for an aggregate principal amount of $200 million. The prepaid forward is remeasured to fair value at the end of each reporting period, with changes in fair value booked in earnings. The fair value of the prepaid forward is primarily affected by the Company's share price. The physical delivery forward was remeasured to fair value at the end of the Note Valuation Period on September 29, 2020, and was reclassified to equity after remeasurement, and will not be subsequently remeasured. The fair value of the physical delivery forward was primarily affected by the Company's share price. The remeasurement loss (gain) on prepaid forward and physical delivery forward is excluded from Adjusted EBITDA because it is not considered core operating activities. As such, management believes that it is appropriate to exclude the mark-to-market adjustments from our Adjusted EBITDA as it is not reflective of ongoing operating results nor do the loss contribute to a meaningful evaluation of our past operating performance.

- *Equity in losses of unconsolidated investees and related gains.* This relates to the loss on our unconsolidated equity investment Huansheng JV and gains on such investment. This is excluded from our Adjusted EBITDA financial measure as it is non-cash in nature and not reflective of our core operational performance. As such, management believes that it is appropriate to exclude such charges as they do not contribute to a meaningful evaluation of our performance. As of April 26, 2024, we divested all of our equity interest in Huansheng JV.

4

**Reconciliation of Non-GAAP Financial Measures**

| (In thousands) | Three Months Ended | | |
| --- | --- | --- | --- |
| | March 31, 2024 | December 31, 2023 | April 2, 2023 |
| **Gross (loss) profit** | $ (14,871) | $ (34,461) | $ 53,625 |
| Stock-based compensation | 696 | (53) | 517 |
| Restructuring charges and fees | 1,287 | 24,839 | - |
| **Non-GAAP Gross (loss) profit** | **(12,888)** | **(9,675)** | **54,142** |
| | | | |
| **GAAP Operating expenses** | **48,668** | **141,007** | **41,921** |
| Stock-based compensation | (6,182) | (1,235) | (4,144) |
| Restructuring (charges and fees) benefits | (3,966) | (103,118) | 279 |
| **Non-GAAP Operating expenses** | **38,520** | **36,654** | **38,056** |
| | | | |
| **GAAP Net (loss) income attributable to the stockholders** | **(80,148)** | **(186,334)** | **20,271** |
| Interest expense, net | 8,741 | 7,416 | 8,999 |
| Provision for (benefits from) income taxes | 1,203 | (9,949) | 5,984 |
| Depreciation | 10,330 | 12,261 | 14,383 |
| Amortization | 228 | 44 | 68 |
| EBITDA | (59,646) | (176,562) | 49,705 |
| Stock-based compensation | 6,878 | 1,182 | 4,661 |
| Restructuring charges and fees (benefits) | 5,253 | 127,957 | (279) |
| Remeasurement loss (gain) on prepaid forward | 8,538 | 9,792 | (23,849) |
| Equity in losses of unconsolidated investees and related gain | - | - | 746 |
| Adjusted EBITDA | **(38,977)** | **(37,631)** | **30,984** |

**Reconciliation of Non-GAAP Outlook**

| (In millions) | Outlook |
| --- | --- |
| **Gross loss** | **$(20) - $0** |
| Stock-based compensation | $- |
| **Non-GAAP gross loss** | **$(20) - $0** |
| | |
| **Operating expenses** | **$45 ± $2** |
| Stock-based compensation | $(6) |
| Restructuring Charges and Fees | $(2) |
| **Non-GAAP operating expenses** | **$37 ± $2** |

©2024 Maxeon Solar Technologies, Ltd. All rights reserved. MAXEON is a registered trademark of Maxeon Solar Technologies, Ltd. Visit https://corp.maxeon.com/trademarks for more information.

5

**Page 10**

**MAXEON SOLAR TECHNOLOGIES, LTD.**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(unaudited)**
**(In thousands, except for shares data)**

| | | As of | | |
|---|---|---|---|---|
| | | March 31, 2024 | | December 31, 2023 |
| **Assets** | | | | |
| Current assets: | | | | |
|   Cash and cash equivalents | $ | 98,365 | $ | 190,169 |
|   Restricted short-term marketable securities | | 1,386 | | 1,403 |
|   Accounts receivable, net | | 38,921 | | 62,687 |
|   Inventories | | 271,695 | | 308,948 |
|   Prepaid expenses and other current assets | | 50,875 | | 55,812 |
| **Total current assets** | $ | **461,242** | $ | **619,019** |
| Property, plant and equipment, net | | 275,449 | | 280,025 |
| Operating lease right of use assets | | 24,725 | | 22,824 |
| Intangible assets, net | | 3,135 | | 3,352 |
| Advances to suppliers, net of current portion | | 7,879 | | 7,879 |
| Other long-term assets | | 69,719 | | 68,910 |
| **Total assets** | $ | **842,149** | $ | **1,002,009** |
| **Liabilities and Equity** | | | | |
| Current liabilities: | | | | |
|   Accounts payable | $ | 154,327 | $ | 153,020 |
|   Accrued liabilities | | 86,278 | | 113,456 |
|   Contract liabilities, current portion | | 66,720 | | 134,171 |
|   Short-term debt | | 25,438 | | 25,432 |
|   Operating lease liabilities, current portion | | 6,578 | | 5,857 |
| **Total current liabilities** | $ | **339,341** | $ | **431,936** |
| Long-term debt | | 1,089 | | 1,203 |
| Contract liabilities, net of current portion | | 113,564 | | 113,564 |
| Operating lease liabilities, net of current portion | | 25,057 | | 19,611 |
| Convertible debt | | 387,351 | | 385,558 |
| Deferred tax liabilities | | 7,001 | | 7,001 |
| Other long-term liabilities | | 36,262 | | 38,494 |
| **Total liabilities** | $ | **909,665** | $ | **997,367** |
| Commitments and contingencies | | | | |
| Equity: | | | | |
| Common stock, no par value (54,683,822 and 53,959,109 issued and outstanding as of March 31, 2024 and December 31, 2023, respectively) | $ | - | $ | - |
|   Additional paid-in capital | | 818,388 | | 811,361 |
|   Accumulated deficit | | (876,240) | | (796,092) |
|   Accumulated other comprehensive loss | | (15,359) | | (16,378) |
| Equity attributable to the Company | | (73,211) | | (1,109) |
|   Noncontrolling interests | | 5,695 | | 5,751 |
| Total equity | | (67,516) | | 4,642 |
| **Total liabilities and equity** | $ | **842,149** | $ | **1,002,009** |

6

**Page 11**

**MAXEON SOLAR TECHNOLOGIES, LTD.**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(unaudited)**
**(In thousands, except per share data)**

| | | Three Months Ended | |
| --- | --- | --- | --- |
| | | March 31, 2024 | April 2, 2023 |
| Revenue | $ | 187,456 | $ 318,332 |
| Cost of revenue | | 202,327 | 264,707 |
| Gross (loss) profit | | (14,871) | 53,625 |
| Operating expenses: | | | |
| Research and development | | 9,897 | 11,076 |
| Sales, general and administrative | | 35,719 | 31,028 |
| Restructuring charges (benefits) | | 3,052 | (183) |
| Total operating expenses | | 48,668 | 41,921 |
| Operating (loss) income | | (63,539) | 11,704 |
| Other (expense) income, net | | | |
| Interest expense | | (9,554) | (10,803) |
| Interest income | | 813 | 1,804 |
| Other, net | | (6,721) | 24,443 |
| Other (expense) income, net | | (15,462) | 15,444 |
| (Loss) income before income taxes and equity in losses of unconsolidated investees | | (79,001) | 27,148 |
| Provision for income taxes | | (1,203) | (5,984) |
| Equity in losses of unconsolidated investees | | - | (746) |
| Net (loss) income | | (80,204) | 20,418 |
| Net loss (income) attributable to noncontrolling interests | | 56 | (147) |
| Net (loss) income attributable to the stockholders | $ | (80,148) | $ 20,271 |
| | | | |
| Net (loss) income per share attributable to stockholders: | | | |
| Basic | $ | (1.59) | $ 0.49 |
| Diluted | $ | (1.59) | $ 0.46 |
| | | | |
| Weighted average shares used to compute net (loss) income per share: | | | |
| Basic | | 50,504 | 41,389 |
| Diluted | | 50,504 | 53,070 |

7

**Page 12**

**MAXEON SOLAR TECHNOLOGIES, LTD.**
**CONDENSED CONSOLIDATED STATEMENTS OF EQUITY**
**(unaudited)**
**(In thousands)**

| | Shares | Amount | Additional Paid In Capital | Accumulated Deficit | Accumulated Other Comprehensive Loss (Income) | Equity Attributable to the Company | Noncontrolling Interests | Total Equity |
|---|---|---|---|---|---|---|---|---|
| **Balance at December 31, 2023** | 53,959 | | $ 811,361 | $ (796,092) | $ (16,378) | $ (1,109) | $ 5,751 | $ 4,642 |
| Net (loss) income | - | - | - | (80,148) | - | (80,148) | (56) | (80,204) |
| Issuance of common stock for stock-based compensation, net of tax withheld | 725 | - | - | - | - | - | - | - |
| Recognition of stock-based compensation | - | - | 7,027 | - | - | 7,027 | - | 7,027 |
| Other comprehensive income | - | - | - | - | 1,019 | 1,019 | - | 1,019 |
| **Balance at March 31, 2024** | 54,684 | $ - | $ 818,388 | $ (876,240) | $ (15,359) | $ (73,211) | $ 5,695 | $ (67,516) |

| | Shares | Amount | Additional Paid In Capital | Accumulated Deficit | Accumulated Other Comprehensive Loss (Income) | Equity Attributable to the Company | Noncontrolling Interests | Total Equity |
|---|---|---|---|---|---|---|---|---|
| **Balance at January 1, 2023** | 45,033 | $ - | $ 584,808 | $ (520,263) | $ (22,108) | $ 42,437 | $ 5,633 | $ 48,070 |
| Net income | - | - | - | 20,271 | - | 20,271 | 147 | 20,418 |
| Issuance of common stock for stock-based compensation, net of tax withheld | 377 | - | - | - | - | - | - | - |
| Recognition of stock-based compensation | - | - | 4,033 | - | - | 4,033 | - | 4,033 |
| Other comprehensive loss | - | - | - | - | 1,627 | 1,627 | - | 1,627 |
| **Balance at April 2, 2023** | 45,410 | $ - | $ 588,841 | $ (499,992) | $ (20,481) | $ 68,368 | $ 5,780 | $ 74,148 |

8

**Page 13**

**MAXEON SOLAR TECHNOLOGIES, LTD.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(unaudited)**
**(In thousands)**

| | Three Months Ended | |
| --- | --- | --- |
| | **March 31, 2024** | **April 2, 2023** |
| **Cash flows from operating activities** | | |
| Net (loss) income | $ (80,204) | $ 20,418 |
| Adjustments to reconcile net income (loss) to operating cash flows | | |
| Depreciation and amortization | 10,558 | 14,451 |
| Stock-based compensation | 6,878 | 4,661 |
| Non-cash interest expense | 1,813 | 2,294 |
| Equity in losses of unconsolidated investees | - | 746 |
| Deferred income taxes | - | 188 |
| Loss on disposal of property, plant and equipment | 2 | 9 |
| Loss on impairment of property, plant and equipment | 1,376 | - |
| Loss on impairment of operating lease right of use assets | 3,584 | - |
| Remeasurement loss (gain) on prepaid forward | 8,538 | (23,849) |
| Provision for (utilization of) excess or obsolete inventories | 8,140 | (10,396) |
| Other, net | 352 | (160) |
| Changes in operating assets and liabilities | | |
| Accounts receivable | 15,497 | (17,890) |
| Contract assets | (3) | 4 |
| Inventories | 36,151 | (24,465) |
| Prepaid expenses and other assets | 4,278 | 2,300 |
| Operating lease right-of-use assets | 1,528 | 930 |
| Accounts payable and other accrued liabilities | (23,323) | (19,312) |
| Contract liabilities | (67,278) | 27,136 |
| Operating lease liabilities | (793) | (520) |
| Net cash used in operating activities | (72,906) | (23,455) |
| **Cash flows from investing activities** | | |
| Purchases of property, plant and equipment | (19,216) | (16,500) |
| Purchases of intangible assets | (10) | (118) |
| Proceeds from maturity of short-term market securities | - | 76,000 |
| Purchase of restricted short-term marketable securities | - | (10) |
| Proceeds for disposal of property, plant and equipment | 87 | - |
| Proceeds from sale of assets | 462 | - |
| Net cash (used in) provided by investing activities | (18,677) | 59,372 |
| **Cash flows from financing activities** | | |
| Proceeds from debt | 40,092 | 60,164 |
| Repayment of debt | (40,091) | (60,125) |
| Repayment of finance lease obligations | (129) | (230) |
| Net cash used in financing activities | (128) | (191) |

9

**Page 14**

|  | Three Months Ended | |
|---|---|---|
|  | **March 31, 2024** | **April 2, 2023** |
| Effect of exchange rate changes on cash, cash equivalents and restricted cash | (84) | 55 |
| Net increase in cash, cash equivalents and restricted cash | (91,795) | 35,781 |
| Cash, cash equivalents and restricted cash, beginning of period | 195,510 | 267,961 |
| Cash, cash equivalents and restricted cash, end of period | $ 103,715 | $ 303,742 |
| **Non-cash transactions** | | |
| Property, plant and equipment purchases funded by liabilities | $ 2,364 | $ 11,322 |
| Right-of-use assets obtained in exchange for lease obligations | 7,013 | 6,283 |

The following table reconciles our cash and cash equivalents and restricted cash reported on our Condensed Consolidated Balance Sheets and the cash, cash equivalents and restricted cash reported on our Condensed Consolidated Statements of Cash Flows as of March 31, 2024 and April 2, 2023:

| **(In thousands)** | **March 31, 2024** | **April 2, 2023** |
|---|---|---|
| Cash and cash equivalents | $ 98,365 | $ 190,169 |
| Restricted cash, current portion, included in Prepaid expenses and other current assets | 5,253 | 24,891 |
| Restricted cash, net of current portion, included in Other long-term assets | 98 | 2 |
| Total cash, cash equivalents and restricted cash shown in Condensed Consolidated Statements of Cash Flows | $ 103,716 | $ 215,062 |

10

**Exhibit 99.2**

**Financial Results for the First Quarter Ended March 31, 2024**

**Overview**

Maxeon Solar Technologies, Ltd ("Maxeon", the "Company", "we", "us", and "our") (NASDAQ: MAXN) is Powering Positive Change[TM]. Headquartered in Singapore, Maxeon leverages over 35 years of solar energy leadership and over 1,900 patents to design innovative and sustainably made solar panels and energy solutions for residential, commercial and power plant customers. Maxeon's integrated home energy management is a flexible ecosystem of products and services, built around the award-winning Maxeon® and SunPower® brand solar panels. With a network of more than 1,700 trusted partners and distributors, and more than one million customers worldwide, the Company is a global leader in solar.

**Unaudited Summary of Financial Results**

We are in the business of developing, manufacturing and supplying solar cells and panels to the power plant, commercial and residential markets. We sell our solar panels and balance of system components primarily to dealers, project developers, system integrators and distributors, and recognize revenue at a point in time when control of such products transfers to the customer, which generally occurs upon shipment or delivery depending on the terms of the contracts with the customer. There are no rights of return. Other than standard warranty obligations, there are no significant post-shipment obligations (including installation, training or customer acceptance clauses) with any of our customers that could have an impact on revenue recognition. Our revenue recognition policy is consistent across all geographic areas.

*Revenue by market*

The following table sets forth our revenue by market for the periods indicated:

|  | Three Months Ended | |
| --- | --- | --- |
|  | **March 31, 2024** | **April 2, 2023** |
| **(In percentage)** | | |
| U.S. | 70.9% | 51.4% |
| EMEA | 20.6% | 39.9% |
| Asia Pacific | 7.6% | 8.3% |
| Other markets | 0.8% | 0.4% |
| Total revenues | 100% | 100% |

*Revenue by products*

Our primary products are the Maxeon line of interdigitated back contact ("IBC") solar cells and panels, and the Performance line of shingled solar cells and panels. We believe the Maxeon line of solar panels are the highest-efficiency solar panels on the market with an aesthetically pleasing design, and the Performance line of solar panels offers a high-value and cost-effective solution. The Maxeon line is primarily targeted at residential and small-scale commercial customers across the globe. The Performance line was initially targeted at the large-scale commercial and utility-scale power plant markets, but has proven to be attractive to our customers in the distributed generation (which we refer to as "DG") markets as well.

The following table sets forth our revenue by products for the periods indicated:

1

| | Three Months Ended | |
| --- | --- | --- |
| (In percentage) | March 31, 2024 | April 2, 2023 |
| IBC | 32.8% | 45.8% |
| Performance line | 67.2% | 54.2% |
| Total revenues | 100.0% | 100.0% |

For information on the trends and uncertainties to our business, please refer to our Annual Report on Form 20-F for the fiscal year ended December 31, 2023.

*Revenue and Cost of Revenue*

| | Three Months Ended | | | |
| --- | --- | --- | --- | --- |
| (In thousands) | | March 31, 2024 | | April 2, 2023 |
| Revenue | $ | 187,456 | $ | 318,332 |
| Cost of revenue | | 202,327 | | 264,707 |
| Gross (loss) profit | $ | (14,871) | $ | 53,625 |
| Gross margin | | (7.9)% | | 16.8% |

*Three Months Ended March 31, 2024 Compared to Three Months Ended April 2, 2023*

During the three months ended March 31, 2024, we recognized revenue from sales of modules and components of $187.5 million with shipments of 488MW, of which $31.5 million, or 16.8%, represented sales of solar modules to SunPower Corporation ("SunPower"). During the three months ended April 2, 2023, we recognized revenue from sales of modules and components of $318.3 million with shipments of 774MW, of which $71.7 million or 22.5% represented sales to SunPower. The pricing term for the sale of solar modules to SunPower was based on the Supply Agreement with SunPower, which was mutually terminated in February 2022 and replaced with the 2022/2023 Supply Agreement. For the three months ended March 31, 2024 and April 2, 2023, other than SunPower, there was one other customer that accounted for at least 10% of revenues.

The decrease of $130.9 million in revenue during the three months ended March 31, 2024 as compared to the three months ended April 2, 2023 was due to industry-wide demand slowdown in the global DG markets brought by stiff competition, over-supply and decrease in market share due to transition from PERC to TopCON technologies.

Cost of revenue was $202.3 million and $264.7 million in the three months ended March 31, 2024 and April 2, 2023, respectively. The decrease of $62.4 million in cost of revenue during the three months ended March 31, 2024 as compared to the three months ended April 2, 2023 was primarily due to lower shipments driven by lower demand partially offset by higher manufacturing overhead mainly coming from higher inventory write-down to net realizable value.

*Revenue by Geography*

| | Three Months Ended | | | |
| --- | --- | --- | --- | --- |
| (In thousands) | | March 31, 2024 | | April 2, 2023 |
| United States | $ | 132,956 | $ | 163,622 |
| Italy | | 16,770 | | 38,379 |
| Rest of the world[1] | | 37,700 | | 116,331 |
| Total revenues | $ | 187,426 | $ | 318,332 |

[1]   Revenue included under "Rest of the world" comprise countries that are individually less than 10% for the periods presented.

Revenues are attributed to U.S. and international geographies primarily based on the destination of shipments.

The sales attributed to the U.S. includes $31.5 million and $71.7 million in sales to SunPower for the three months ended March 31, 2024 and April 2, 2023 respectively.

***Operating Expenses***

Operating expenses includes primarily salaries and related personnel costs, professional fees and related operating cost to fulfil the functional requirements.

|  | Three Months Ended | |  | |
| --- | --- | --- | --- | --- |
|  | March 31, 2024 | | April 2, 2023 | |
| (In thousands) | | | | |
| Operating expenses: | | | | |
| Research and development | $ | 9,897 | $ | 11,076 |
| Sales, general and administrative | | 35,719 | | 31,028 |
| Restructuring charges (benefits) | | 3,052 | | (183) |
| Total operating expenses | $ | 48,668 | $ | 41,921 |

***Research and Development Expenses***

*Three Months Ended March 31, 2024 Compared to Three Months Ended April 2, 2023*

Research and development expenses were $9.9 million in the three months ended March 31, 2024 primarily associated with expenditures for the development of our Maxeon 7, Maxeon 8 and Performance line cell as well as panel technology, comprising compensation expense (including stock-based compensation) of $6.5 million, facilities expense of $1.3 million, expenses for leased equipment of $0.5 million, and research and development materials of $0.4 million. The decrease in research and development expenses was primarily driven by a decrease of $0.6 million in compensation expense due to the reduction in force in connection to the September 2023 Restructuring Plan.

Research and development expenses were $11.1 million in the three months ended April 2, 2023, primarily associated with expenditures for the development of our Maxeon 7 cell and panel technology, mainly comprising compensation expenses (including stock-based compensation) of $7.1 million, facilities expense of $1.5 million, research and development materials of $0.4 million and expenses for leased equipment of $0.2 million.

***Sales, General and Administrative Expenses***

*Three Months Ended March 31, 2024 Compared to Three Months Ended April 2, 2023*

Sales, general and administrative expenses were $35.7 million in the three months ended March 31, 2024 and comprised primarily of $19.5 million of compensation expense (including stock-based compensation), $7.7 million of professional fees, $2.6 million of equipment related expenses, $1.1 million of insurance expense, $1.5 million of marketing fees and $0.6 million of facilities-related costs including rent, utilities and maintenance. The increase in expense was primarily driven by a higher compensation expenses of $2.4 million mainly for stock-based compensation due to higher grants, higher commission expense of $0.7 million and marketing fee of $0.7 million.

Sales, general and administrative expenses were $31.0 million in the three months ended April 2, 2023 and comprised primarily of $17.1 million of compensation expenses (including stock-based compensation), $7.4 million of professional fees, $1.0 million of insurance expenses, $1.2 million of equipment related expenses, $0.8 million of marketing fees and $0.7 million of facilities-related costs including rent, utilities and maintenance.

3

*Restructuring Charges (Benefits)*

*Three Months Ended March 31, 2024 Compared to Three Months Ended April 2, 2023*

During the three months ended March 31, 2024 and April 2, 2023, we recognized restructuring charges of $3.1 million and a benefit of $0.2 million, respectively. The majority of the charges for the three months ended March 31, 2024 relates to our September 2023 Restructuring Plan as a result of further charges in connection to long-lived assets write-down and severance-related payments as part of the ongoing process to streamline operating costs. This was partially offset by write-back of contract termination charges based on negotiation.

*Other (expense) income, net*

| | | Three Months Ended | | |
| --- | --- | --- | --- | --- |
| | | March 31, 2024 | | April 2, 2023 |
| **(In thousands)** | | | | |
| Other (expense) income, net: | | | | |
| Interest expense | $ | (9,554) | $ | (10,803) |
| Interest income | | 813 | | 1,804 |
| Other, net | | (6,721) | | 24,443 |
| Other (expense) income, net | $ | (15,462) | $ | 15,444 |

*Three Months Ended March 31, 2024 Compared to Three Months Ended April 2, 2023*

Of the total $9.6 million in interest expense, net, incurred during the three months ended March 31, 2024, $4.8 million relates to the Convertible Notes due 2027 and $4.1 million relates to the Green Convertible Notes due 2025.

Of the total $10.8 million in interest expense, net, incurred during the three months ended April 2, 2023, $4.7 million relates to Convertible Notes due 2027 and $4.1 million relates to the Green Convertible Notes due 2025.

Other, net for the three months ended March 31, 2024 primarily comprised of a $8.5 million loss on the remeasurement of the Prepaid Forward associated with the Green Convertible Notes and foreign exchange gain of $1.7 million.

Other, net for the three months ended April 2, 2023 primarily comprised of a $23.8 million gain on the remeasurement of the Prepaid Forward associated with the Green Convertible Notes and foreign exchange gain of $0.6 million.

For more information on the 2027 Notes, Prepaid Forward and Green Convertible Notes, please refer to "Item 5.B. Liquidity and Capital Resources" disclosure in our Annual Report on Form 20-F for the fiscal year ended December 31, 2023

*Income Taxes*

| | | Three Months Ended | | |
| --- | --- | --- | --- | --- |
| | | March 31, 2024 | | April 2, 2023 |
| **(In thousands)** | | | | |
| Provision for income taxes | $ | (1,203) | $ | (5,984) |

*Three Months Ended March 31, 2024 Compared to Three Months Ended April 2, 2023*

The interim income tax expense and other income tax related information contained in these condensed consolidated financial statements are calculated in accordance with FASB guidance for interim reporting of income tax, based on a projected annual effective tax rate while excluding loss jurisdictions which cannot be benefited. Our projected effective tax rate is based on forecasted annualized results which may fluctuate in future periods due to the uncertainty in our annual forecasts resulting from the risks identified in "Risk Factors" as previously disclosed in our Annual Report on Form 20-F for the year ended December 31, 2023 on our operating results. The Company did not

4

have any specific projects which may give rise to any significant, unusual, infrequent in nature or discontinued operations in the three months ended March 31, 2024.

In the three months ended March 31, 2024, we recorded an income tax provision of $1.2 million. The tax expense was primarily due to current year income tax expense in profitable jurisdictions and prior year income tax true-ups. In the three months ended April 2, 2023, we recorded an income tax provision of $6.0 million  The decrease in tax expense was primarily due to lower current year income tax expense in profitable jurisdictions.

We currently benefit from a preferential tax rate of 5% in the Philippines in accordance with our registration with the Philippine Economic Zone Authority ("PEZA"). We also benefit from a tax holiday granted by the Malaysian government to our former joint venture AUOSP (now our wholly owned subsidiary, SunPower Malaysia Manufacturing Sdn. Bhd.) subject to certain hiring, capital spending, and manufacturing requirements. The full tax exemption for the third and final five-year tranche of this incentive was reinstated in fiscal year 2023, subjected to meeting certain conditions, and will expire on June 30, 2026. Our Swiss entity, SunPower Systems Sarl is subject to the statutory tax rate after the 2019 Switzerland tax reform that eliminated the auxiliary company designation starting fiscal year 2020

We continue to record a valuation allowance to reduce our deferred tax assets to the amount that is more likely than not to be realized. In assessing the need for a valuation allowance, we consider historical levels of income, expectations and risks associated with the estimates of future taxable income and ongoing prudent and feasible tax planning strategies. In the event that we determine that we would be able to realize additional deferred tax assets in the future in excess of the net recorded amount, or if we subsequently determine that realization of an amount previously recorded is unlikely, we would record an adjustment to the deferred tax asset valuation allowance, which would change income tax in the period of adjustment.

To combat tax avoidance, the Base Erosion and Profit Shifting ("BEPS") project was created in 2013, being an initiative of the G20 (group of twenty countries with the largest economies) together with the Organization for Economic Cooperation and Development, aimed at implementing 15 measures to improve the coherence of international tax rules and to minimize abusing of tax norms that result in erosion of the tax base. BEPS 2.0 is intended to address tax issues related to changes in business models in a globalized environment and targeted at multinational companies with an annual global turnover exceeding EUR 750 million, aiming to implement a balance in the global tax collection of these companies by introducing a minimum effective global rate of 15% for each jurisdiction that the multinational group operates.

Starting in 2024, BEPS 2.0 come into effect in various countries and there are transition rules (Safe Harbor) which simplifies the calculation of the effective rate per jurisdiction to facilitate the adaptation for the affected group. The Company is affected under BEPS 2.0 and has conducted Safe Harbor analysis using 2022 financial data for the jurisdictions where the Company operates. The preliminary analysis indicates that the Company is affected as a result of the adoption of BEPS 2.0. However, the percentage of additional payment cannot be reasonably estimated as of the time of issuance of these consolidated financial statements as the basis for the assessment of the impact is based on 2024 results which is unavailable.

### *Equity in losses of unconsolidated investees*

*Three Months Ended March 31, 2024 Compared to Three Months Ended April 2, 2023*

For the three months ended March 31, 2024, our unconsolidated investee, Huansheng JV reported a loss for which no equity pick up was recorded due to the limit of the share of losses under equity method to the total cost of investment under ASC 323. For the three months ended April 2, 2023, we recorded our reportable share of a loss of $0.7 million.

### *Net Income Attributable to Noncontrolling Interests*

*Three Months Ended March 31, 2024 Compared to Three Months Ended April 2, 2023*

For the three months ended March 31, 2024 the net loss attributed to noncontrolling interests was $0.1 million while for the three months ended April 2, 2023, we attributed net income of $0.1 million to noncontrolling interests. The noncontrolling interests held 20% and 24.05% shareholding of our subsidiaries, SunPower Systems International Limited and SunPower Energy Systems Southern Africa (Pty) Ltd, respectively. The change from a net

income attributable to noncontrolling interests to a net loss attributable to noncontrolling interest was a result of losses incurred from operations from our non-wholly owned subsidiaries.

## Recent Developments

### *Divesting of Equity Interest in HSPV*

As previously disclosed, on April 26, 2024, we entered into an equity transfer agreement with Zhonghuan Hong Kong Holding Limited, a subsidiary of TZE, for the sale of all of our minority interest (approximately 16.27%) in Huansheng Photovoltaic (Jiangsu) Co., Ltd ("HSPV").

In conjunction with the sale of our interest in HSPV, we entered into: (i) a non-exclusive and non-transferable intellectual property license agreement with Zhonghuan Singapore Investment and Development Pte. Ltd. ("TZE SG"), a subsidiary of TZE, to enable HSPV and other subsidiaries of TZE, to develop, manufacture and sell large scale Performance line solar modules worldwide (other than in the United States) and to develop and manufacture rooftop size Performance line solar modules exclusively for Maxeon to sell worldwide; and (ii) a master supply agreement, pursuant to which we will purchase and HSPV and HSNE will exclusively supply us with rooftop size Performance line solar modules that meet certain criteria. In conjunction with the sale of our interest in HSPV, we also terminated existing all other intellectual property licensing agreements, amended and restated business activities framework agreement and the amended and restated offshore master supply agreement between us, HSPV and other affiliates of TZE.

For additional information about the above transactions, please read the Company's Form 6-K filed with the SEC on April 26, 2024, including the agreements attached as exhibits thereto, which is incorporated herein by reference.

### *Termination of Certain Customer Contracts*

Maxeon Solar Pte. Ltd, ("MSPL") a wholly-owned subsidiary of the Company and Origis Procurement, LLC, a subsidiary of Origis Energy ("Origis") have exchanged letters (i) on May 14, 2024, from MSPL, terminating that certain Solar Module Supply Agreement, dated December 22, 2023 (the "SMSA") together with the two outstanding Purchase Orders due to Origis' failure to purchase any modules as required under the SMSA and (ii) on May 27, 2024, from Origis, who sent the Company a notice purporting to terminate the SMSA for Origis' convenience, claiming that Origis' liability to Maxeon was to pay contractually-required cancellation amounts, net of all amounts paid by Origis.

For additional information about the above customer contract, please read the Company's Form 6-K filed with the SEC on May 30, 2024, which is incorporated herein by reference.

### *Debt Restructuring Transactions*

On May 30, 2024, the Company entered into agreements with TZE SG and certain holders of the Green Convertible Notes relating to the following transactions (the "Debt Restructuring Transactions"):

- Bridge financing: On May 30, 2024, the Company also entered into a convertible notes purchase agreement (the "Bridge NPA") with TZE SG providing for the sale by the Company, at the Company's option, and purchase by TZE SG, of $25 million in aggregate principal amount of the Company's existing 7.50% Convertible First Lien Senior Secured Notes due 2027 (the "Existing 1L Notes") (such additional amount of notes, the "Additional Existing 1L Notes"), at a purchase price of $25.0 million. The Company will deliver a draw notice to TZE SG under the Bridge NPA, and the issuance and sale of the Additional Existing 1L Notes is expected to occur on May 31, 2024, subject to the satisfaction or waiver of the conditions set forth in the Bridge NPA. The proceeds from the sale of the Additional Existing 1L Notes will be used for general corporate purposes.

- Private exchange of Green Convertible Notes for new convertible second lien senior notes and warrants: On May 30, 2024, the Company entered into exchange agreements (each, an "Exchange Agreement") with certain holders (the "2025 Noteholders") of the Company's outstanding 6.50% Green Convertible Senior Notes due 2025 (the "Existing 2025 Notes"), pursuant to which the Company agreed to acquire an aggregate of $196 million of the Existing 2025 Notes, representing approximately 98% of the outstanding principal amount of the Existing 2025 Notes. In accordance with the Exchange Agreements, subject to the terms and conditions set forth therein, for each $1,000 principal amount of Existing 2025 Notes so

6

acquired, each holder thereof will receive (i) (x) $700 principal amount of Tranche A Notes of the Company's new Adjustable-Rate Convertible Second Lien Senior Secured Notes due 2028 (the "Tranche A Exchange Notes"), (y) $300 principal amount of Tranche B Notes of the Company's new Adjustable-Rate Convertible Second Lien Senior Secured Notes due 2028 (the "Tranche B Exchange Notes," and together with Tranche A Exchange Notes, the "Exchange Notes"), and (z) additional Tranche B Exchange Notes, equal to the amount of accrued and unpaid interest on such Existing 2025 Notes to, but not including, the date on which the closing of the transactions contemplated by the Exchange Agreement occurs (the "Exchange Closing Date"), and (ii) warrants (the "Exchange Warrants" and together with the Exchange Notes, the "Exchange Securities") granting such holder the right to purchase ordinary shares, no par value, of the Company subject to the terms and conditions set forth therein. The Exchange Closing Date is subject to the satisfaction or waiver of the conditions set forth in the Exchange Agreements. Upon the occurrence of an Optional Exchange Triggering Event (as defined in the indenture governing the Exchange Notes), the Company will have the right, at is election, to exchange all of the outstanding Tranche A Exchange Notes for ordinary shares of the Company, upon the terms and subject to the conditions set forth in the indenture governing the Exchange Notes.

- Issuance of new convertible first lien senior notes and penny warrants to TZE SG: On May 30, 2024, the Company entered into a securities purchase agreement (the "SPA") with TZE SG in connection with (i) the sale by the Company and purchase by TZE SG of up to $97.5 million in aggregate principal amount of the Company's new 9.00% Convertible First Lien Senior Secured Notes due 2029 (the "New 1L Notes"), at a purchase price of $95 million, and (ii) the issuance of a warrant (the "TZE SG Warrant") for no additional consideration granting TZE SG the right to purchase certain ordinary shares of the Company. The issuance and sale of the New 1L Notes and the TZE SG Warrant is expected to occur in June 2024 (the "SPA Closing Date"), subject to the satisfaction of certain conditions, including the consummation of the private exchange described above and receipt of certain regulatory approvals. Any Additional Existing 1L Notes issued pursuant to the Bridge NPA and outstanding on the SPA Closing Date will be exchanged for New 1L Notes on a dollar-for-dollar basis, $2,500,000 in principal amount of such New 1L Notes shall be issued to the Investor as reimbursement for certain fees paid by the Investor on behalf of the Company to a global consulting firm for services rendered and the remainder of the $97.5 million aggregate principal amount of New 1L Notes will be purchased by TZE SG for cash. The proceeds from the sale of the New 1L Notes will be used for general corporate purposes.

In addition, the Company entered into a termination agreement (the "Termination Agreement") with TotalEnergies Marketing Services ("TEMS") pursuant to which the Company and TEMS mutually agreed to terminate the Photovoltaic Equipment Supply Master Agreement, dated as of November 9, 2016 (the "Supply Agreement"), and Amended & Restated Initial Implementing Agreement, dated as of February 22, 2021 (together with the Supply Agreement, the "Solarization Agreement"). The termination of each Solarization Agreement will become effective upon the issuance by the Company to TEMS of Tranche B Exchange Notes in an aggregate principal amount equal to approximately US$16.2 million. Upon such issuance, the Company shall be discharged and released in full of its obligation and liabilities of any kind under the Solarization Agreements and TEMS shall fully, unconditionally and irrevocably release and discharge the security interest in certain assets of a subsidiary of the Company located in Mexico.

The Company also expects to amend the indenture governing the Existing 1L Notes to, among other things, extend the maturity date of the Existing 1L Notes by two years on or around the SPA Closing Date.

In addition, the Company expects to enter into a forward purchase agreement (the "Forward Purchase Agreement") with TZE SG prior to the Exchange Closing Date, pursuant to which the Company will agree to sell, and TZE SG will agree to purchase, ordinary shares of the Company at a purchase price of $100 million (the "Forward Purchase Investment"). The closing of the Forward Purchase Investment will be subject to the satisfaction of certain conditions, including the occurrence of an Optional Exchange Triggering Event under the New 2L Notes indenture and receipt of certain regulatory approvals. Upon consummation of the Forward Purchase Investment, TZE SG is expected to beneficially own 50.1% of the voting power of our ordinary shares. The issuance of the New 1L Notes and the TZE SG Warrant will not be a condition to the execution of the Forward Purchase Agreement or the consummation of the Forward Purchase Investment.

For additional information about the above transactions, please read the Company's Form 6-K filed with the SEC on May 30, 2024, including the agreements attached as exhibits thereto, which is incorporated herein by reference.

The Debt Restructuring Transactions are subject to a number of risks and uncertainties. We are supplementing our risk factors disclosure in our most recent Annual Report on Form 20-F for the fiscal year ended December 31, 2023, with the following risk factors.

***The Debt Restructuring Transactions are subject to a number of closing conditions, which if not satisfied or waived, will delay and potentially hinder our ability to raise the necessary capital to enable the Company continue as a going concern.***

It is possible that the closing of the Restructuring Transactions may not occur within the expected timeframe or at all, due to a number of reasons, including each party's ability to satisfy the respective closing conditions, such as receipt of certain regulatory approvals, which would hinder our ability to raise the necessary funding to enable the Company to continue as a going concern.

***The indenture governing the Existing 1L Notes and the Additional Existing 1L Notes contains, and the indentures that will govern the New 2L Notes and the New 1L Notes will contain (collectively, the "Indentures"), covenants that will restrict our ability to engage in certain transactions and may impair our ability to respond to changing business and economic conditions.***

The Indentures contain or will contain certain covenants which, among other things, restrict the Company's ability to incur indebtedness, incur liens, dispose of assets, invest in subsidiaries of the Company that are not guarantors, make restricted payments and enter into transaction with affiliates, in each case subject to exceptions to be set forth in the applicable Indentures. In addition, the indenture governing the Existing 1L Notes and the Additional Existing 1L Notes contains, and the indenture that will govern the New 1L Notes will contain, financial covenants that require us to maintain (i) a consolidated net leverage ratio of no greater than 8.0 to 1.0, 3.0 to 1.0 and 2.0 to 1.0, as measured On December 31, 2025, 2026 and 2027, respectively, and (ii) total cash liquidity of no less than $40 million, as measured at the end of each quarter, commencing with the quarter ending December 31, 2024. A failure to comply with such financial covenants may result in an event of default under such indentures.

The foregoing restrictions may adversely affect our business. As a result of these covenants and restrictions, we will be limited in how we conduct our business, and we may be unable to raise additional debt or equity financing to compete effectively or to take advantage of new business opportunities. Future indebtedness or other contracts could contain financial or other covenants more restrictive than those contained in the Indentures. General economic conditions, industry conditions, and other events beyond our control may affect our ability to comply with these provisions. As a result, we cannot assure you that we will be able to comply with these covenants. If our outstanding debt were to be accelerated, we may not have sufficient cash or be able to borrow sufficient funds to refinance the debt or sell sufficient assets to repay the debt, which could materially and adversely affect our cash flows, business, results of operations and financial condition.

***The contemplated Debt Restructuring Transactions will involve the issuance of a substantial amount of ordinary shares, which will be dilutive and could result in a significant decrease in the price of our ordinary shares.***

Upon consummation of the Debt Restructuring Transactions, a substantial amount of our ordinary shares will be issued to holders of the Exchange Securities and to TZE SG upon the conversion or exercise, as applicable, of the new securities being issued to them. The conversion or exercise of such securities will dilute the ownership interests of existing shareholders. In addition, the existence of the New 2L Notes may encourage short selling by market participants because the conversion of the New 2L Notes could be used to satisfy short positions or the conversion or anticipated conversion of the New 2L Notes into ordinary shares could depress the market price of our ordinary shares. Accordingly, you should not expect that any recent market price for our ordinary shares to be indicative of the market price that might prevail after the conclusion of these transactions.

***Even if the Debt Restructuring Transactions are successfully consummated, we will continue to face risks.***

The Debt Restructuring Transactions are generally designed to reduce our cash interest expense and improve our liquidity and financial and operational flexibility to generate long-term growth. Even if the Debt Restructuring Transactions are consummated, we will continue to face a number of risks, including certain risks that are beyond our control, such as changes in economic conditions, changes in our industry, and changes in commodity prices. As a result of these risks and others, there is no guarantee that the Debt Restructuring Transactions will achieve our stated goals.

*Our liquidity needs may impact revenue.*

Our principal sources of liquidity historically have been cash flow from operations, business divestitures, borrowings under our credit facilities, and issuance of debt and equity securities. If our cash flow from operations decreases, our ability to expend the capital necessary to invest in our businesses and remain competitive will be severely strained.

We face uncertainty regarding the adequacy of our liquidity and capital resources and have extremely limited, if any, access to additional financing. In addition to the cash necessary to fund ongoing operations, we have incurred significant professional fees and other costs in connection with the Debt Restructuring Transactions and expect to continue to incur significant professional fees and costs through the consummation of the Debt Restructuring Transactions. We cannot guarantee that cash on hand and cash flow from operations will be sufficient to continue to fund our operations and allow us to satisfy obligations until we are able to consummate the Debt Restructuring Transactions.

Our liquidity, including the ability to meet ongoing operational obligations will depend upon, among other things, (i) our ability to maintain adequate cash on hand, (ii) our ability to generate cash flow from operations and (iii) our ability to consummate the Debt Restructuring Transactions. Our ability to maintain adequate liquidity depends, in part, upon industry conditions and general economic, financial, competitive, regulatory, and other factors beyond our control. In the event that cash on hand and cash flow from operations are not sufficient to meet our liquidity needs, we may be required to seek additional financing. We can provide no assurance that additional financing would be available on acceptable terms or at all. Our access to additional financing is, and for the foreseeable future likely will continue to be, extremely limited if it is available at all. Our long-term liquidity requirements and the adequacy of our capital resources are difficult to predict at this time.

*The Forward Purchase Agreement has not been executed, the definitive agreement may contain materially different terms than those described above, and there can be no assurance that it will be entered into or that the Forward Purchase Investment will be consummated.*

The Forward Purchase Agreement is expected to be executed prior to the Exchange Closing Date and there can be no assurance that it will be executed in the expected timeframe or at all. If executed, the definitive Forward Purchase Agreement may contain materially different terms than those described above, and there can be no assurance that the Forward Purchase Investment will be consummated. If consummated, TZE SG is expected to beneficially own 50.1% of the voting power of our ordinary shares. As our current largest shareholder, TZE already has significant influence over our affairs and, upon consummation of the Forward Purchase Investment, would have even more influence and control over our affairs as a majority shareholder. TZE may have different interests than other shareholders and/or holders of the New 2L Notes on matters which may affect our operational and financial decisions. As long as TZE owns a significant percentage of our shares, the ability of our other shareholders to influence matters requiring shareholder approval will be limited. Among other things, TZE's influence could delay, defer or prevent a sale of us that other shareholders support or, conversely, this influence could result in the consummation of such a transaction that other shareholders do not support. This concentrated influence could discourage potential investors from seeking to acquire or ordinary shares and, as a result, might harm the market price of our ordinary shares.

*A significant portion of our assets, including our intellectual property, have been pledged as collateral.*

We have pledged a significant portion of our assets, including our intellectual property, as collateral in connection with the Debt Restructuring Transactions, and may pledge other assets to secure other indebtedness only if permitted under the Indentures. The Indenture contain, and other debt instruments we may enter into may contain, covenants that limit our ability to engage in specified types of transactions. These covenants would likely limit our ability to, among other things:

- Incur certain additional indebtedness;
- Make certain investments;
- Sell or dispose of certain assets;
- Grant liens; and
- Consolidate, merge, sell or otherwise dispose of all or substantially all of our assets.

A breach of any of these covenants and certain other customary events of default, such as the failure to make principal or interest payment when due, among others, could result in the holders of the Existing 1L Notes, the

9

Additional Existing 1L Notes, the New 1L Notes and/or the 2L Notes or other indebtedness electing to declare all the outstanding principal amount of the Existing 1L Notes, the Additional Existing 1L Notes, the New 1L Notes and/or the 2L Notes or such other indebtedness, as the case may be, to become immediately due and payable, which could result in a material adverse effect on our financial condition. If we do not have sufficient funds to repay the amounts due under the Existing 1L Notes, the Additional Existing 1L Notes, the New 1L Notes and/or the 2L Notes or such other indebtedness, the holders thereof may enforce on the relevant collaterals, including potentially the sale or licensing of our intellectual property, which will likely have a material adverse effect on our business operations and prospects. Events of default under the Existing 1L Notes, the Additional Existing 1L Notes, the New 1L Notes and/or the 2L Notes or other indebtedness may result in, among other things, restructuring or other insolvency proceedings. In the event of such a proceeding or other reorganization of our debt, our creditors would have priority over our stockholders, and the value of our shares could be eliminated.

**Liquidity and Capital Resources**

***Current Sources of Liquidity and Capital Resources***

As of March 31, 2024, we had unrestricted cash and cash equivalents of $98.4 million and restricted cash of $5.4 million as compared to $190.2 million of unrestricted cash and cash equivalents, restricted cash of $5.3 million as of December 31, 2023.

Our primary sources of liquidity are cash generated from operations, customer advances in connection with certain of our supply agreements, financing obtained through equity issuance and convertible debt issuances. Refer to "Note 5. *Revenue from contracts with customers*" to our consolidated financial statements disclosure in our Annual Report on Form 20-F for the fiscal year ended December 31, 2023 for more details on the amortization of the customer advances. As of December 31, 2023, our total current liabilities exceeded our current assets by $190.1 million. We received a going concern opinion by our auditors because there is substantial doubt about our ability to continue as a going concern. The Company has also pledged certain equipment assets and inventory to serve as collateral for some of these advances from customers.

***Material Cash Requirements***

As of March 31, 2024, our outstanding debt was $433.5 million, of which $25.4 million and $408.1 million was classified as short-term and long-term respectively, in our Condensed Consolidated Balance Sheets. As of December 31, 2023, our outstanding debt was $459.2 million.

We expect total capital expenditures ranging from $70 million to $100 million in fiscal year 2024. As of March 31, 2024, we have committed to capital expenditures of $68.8 million via the issuance of purchase orders relating to deliveries for and beyond the remaining fiscal year 2024. The capital expenditures mainly relate to the conversion of our legacy Maxeon 3 capacity in the Philippines to Maxeon 7 technology and equipment for manufacture of our Performance line products in Malaysia and Mexico. We are also investing in the development of our next generation Maxeon 8 technology, various programs to enhance our IT infrastructure and security, as well as to support our Beyond the Panel offering.

Inflationary price increases impacting the cost of raw materials, manufacturing equipment, labor, electricity, and logistics services have had, and could continue to have, the effect of increasing our capital requirements. Additionally, shortages and shipping delays have required us to, and could continue to require us to, expend additional working capital to accumulate more buffer stocks of raw materials, semi-finished or finished goods.

Additionally, from time-to-time, we are required to provide financial and performance assurance to third parties and in connection with such obligations we procure letters of credit, bank guarantees, and surety bonds. The additional debt supporting these instruments could result in increased expenses, collateralization and may impose new restrictive covenants.

***Anticipated Sources of Funds***

The Company has incurred net losses since the Spin-off and as of March 31, 2024 had an accumulated deficit of $876.2 million. Further, since the middle of 2023, the worldwide solar industry has suffered and continues to suffer from oversupply and intense competition, as well as lower demand in our key markets driven by regulatory changes and a higher global interest-rate environment. All these factors have contributed to a steep fall in average selling prices that has negatively impacted our revenue, profitability and cash flows. Furthermore, several large customers in the United States have cancelled or deferred their off-take commitments, further contributing to the

deterioration of the Company's financial condition. If the current market condition persist and the Company is not successful in raising capital, the Company will not have sufficient liquidity to meet its financial obligation as and when they come due, and may be required to delay, limit, and/or reduce its operational activities. As such, there is substantial doubt about the Company's ability to continue as a going concern.

As part of the effort to raise additional financing to alleviate the substantial doubt on going concern, management has received a funding commitment from our largest shareholder. TZE has agreed to provide long-term funding of up to $197.5 million in debt, equity-linked and/or equity financing, subject to certain conditions and regulatory approvals. These conditions include but are not limited to the restructuring of the Company's Green Convertible Notes on terms mutually acceptable to the Company and the noteholders, as well as certain regulatory approvals in China and the United States. These financing plans have obtained the approvals of the Board of Directors for both TZE and the Company. In addition, the Company has taken steps to enhance its ability to fund its operational expenses by reducing various costs and additionally, is prepared to take additional steps as and when necessary to further reduce its operating costs. In aggregate, while there can be no assurances that the Company will be able to obtain the needed financing which is subjected to regulatory approvals, management believes that the funding plans, when implemented, will mitigate the relevant conditions or events that raise substantial doubt about the Company's ability to continue as a going concern over the next twelve months. Accordingly, we have prepared the condensed consolidated financial statements on the going concern basis.

The current economic environment and market conditions could limit our ability to raise capital on acceptable terms or at all, and lenders may be unwilling to lend funds on acceptable terms or at all in the amounts that would be required to supplement cash flows to support our funding needs. The sale of additional equity or convertible debt securities would result in significant dilution to our stockholders and additional debt would also result in increased expenses, collateralization and would likely impose new restrictive covenants.

The Company will continue to pursue opportunities to seek additional funding from time to time to fund capital expenditures and to better position it for execution on its strategy and to weather the challenges facing the industry. However, the Company can make no assurance that it will be able to successfully obtain additional financing

In addition to pursuing financing opportunities, we continue to focus on improving our overall operating performance and liquidity by assessing and evaluating different options that may be available to us, such as reducing discretionary capital expenditures, selling raw materials inventory to third parties, liquidating certain investments, evaluating additional restructuring plans or strategic options and renegotiating for more favorable payment terms with customers and vendors. From time to time, we evaluate our staffing levels in response to changes in our business needs and demand for our products in order to manage costs and improve performance which may result in restructuring of our workforce and associated costs. Given the dynamic nature of the markets we operate in, the volatility in the capital markets, the current status of our business, including termination of our contractual relationship with SunPower, cancelation of large purchase orders, ongoing restructuring efforts, uncertain inflationary environment and a prolonged period of high interest rates, supply chain challenges, as well as the worldwide uncertainty created by ongoing wars and conflicts, we currently lack the visibility to reasonably quantify our expected long-term capital requirements and our ability to fully meet our short and long-term liquidity needs. Our short and long-term liquidity needs would be further negatively impacted if the macro conditions set forth above worsen or last a sustained period of time.

Our liquidity is subject to various risks including the risks identified in "Risk Factors" and liquidity risks identified in "Risks Related to Our Liquidity" in the Annual Report on Form 20-F for the fiscal year ended December 31, 2023.

**Cash Flows**

A summary of the sources and uses of cash, cash equivalents and restricted cash is as follows:

| | Three Months Ended | | | |
|---|---|---|---|---|
| | March 31, 2024 | | April 2, 2023 | |
| (In thousands) | | | | |
| Net cash used in operating activities | $ | (72,906) | $ | (23,455) |
| Net cash (used in) provided by investing activities | | (18,677) | | 59,372 |
| Net cash used in financing activities | | (128) | | (191) |

11

*Operating Activities*

Net cash used in operating activities in the three months ended March 31, 2024 was $72.9 million and was primarily the result of: (i) net loss of $80.2 million; (ii) $67.3 million decrease in contract liabilities arising from utilization of advance collected from customers and (iii) decrease in accounts payable and other accrued liabilities of $23.3 million, primarily attributable to the timing of invoice payments.

This was partially offset by (i) adjustment for non-cash remeasurement loss on Prepaid Forward of $8.5 million; (ii) provision of inventory reserves of $8.1 million; (iii) a decrease in accounts receivables of $15.5 million, primarily attributable to billings and collection cycles; (iv) decrease in inventories of $36.2 million and (v) an adjustment for non-cash charges of $17.4 million related to depreciation and amortization and stock-based compensation.

Net cash used in operating activities in the three months ended April 2, 2023 was $23.5 million and was primarily the result of: (i) adjustment for non-cash remeasurement gain on Prepaid Forward of $23.8 million (ii) utilization of inventory reserves of $10.4 million; (iii) an increase in accounts receivables of $17.9 million, primarily attributable to billings and collection cycles; (iv) increase in inventories of $24.5 million and (v) decrease in accounts payable and other accrued liabilities of $19.3 million, primarily attributable to the timing of invoice payments and an increase in purchases.

This was partially offset by (i) a net income of $20.4 million; (ii) adjustments for non-cash charges of $19.1 million related to depreciation and amortization and stock-based compensation and (iii) $27.1 million increase in contract liabilities arising from advance collections from customers.

*Investing Activities*

Net cash used in investing activities in the three months ended March 31, 2024 was $18.7 million, mainly due to capital expenditures of $19.2 million. This was partially offset by the proceeds from sale of assets of $0.5 million.

Net cash provided by investing activities in the three months ended April 2, 2023 was $59.4 million, mainly due to proceeds from maturity of short-term investments of $76.0 million. This was partially offset by capital expenditures of $16.5 million.

*Financing Activities*

Net cash used in financing activities in the three months ended March 31, 2024 was $0.1 million, which included $40.1 million in proceeds from debt and $0.1 million payment of finance lease obligation. This was partially offset by repayment of debt obligations of $40.1 million.

Net cash provided by financing activities in the three months ended April 2, 2023 was $0.2 million, primarily due to $60.2 million in proceeds from debt. This was partially offset by repayment of debt obligations of $60.1 million.

**Forward-Looking Statements**

Certain statements relating to Maxeon in this document or documents incorporated by reference constitute forward-looking statements within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended, including, but not limited to, statements regarding: (a) our ability to (i) meet short-term and long-term material cash requirements, (ii) complete an equity, debt or other financing at favorable terms, if at all, (iii) refinance our quickly maturing outstanding debt and (iv) continue as a going concern; (b) the success of our ongoing restructuring initiatives; (c) our expectations regarding product pricing trends, demand and growth projections, including our efforts to enforce our intellectual property rights against our competitors; (d) potential disruptions to our operations and supply chain that may result from epidemics, natural disasters or military conflicts, including the duration, scope and impact on the demand for our products, market disruptions from the war in Ukraine and the Israel-Hamas-Iran conflict; (e) anticipated product launch timing and our expectations regarding ramp, customer acceptance and demand, upsell and expansion opportunities; (f) our expectations and plans for short- and long-term strategy, including our anticipated areas of focus and investment, market expansion, product and technology focus, implementation of restructuring plans and projected growth and profitability; (g) our technology outlook, including anticipated fab capacity expansion and utilization and expected

12

ramp and production timelines for the Company's next-generation Maxeon 7 and Performance line solar panels, expected cost reductions, and future performance; (h) our strategic goals and plans, including capacity expansion, partnership discussions with respect to the Company's next-generation technology, and our relationship with our existing customers, suppliers and partners, and our ability to achieve and maintain them; (i) our expectations regarding our future performance and revenues resulting from contracted orders, bookings, backlog, and pipelines in our sales channels and feedback from our partners; (j) our projected effective tax rate and changes to the valuation allowance related to our deferred tax assets; and (k) our second quarter and annual fiscal year 2024 guidance, including shipments, revenue, gross loss, non-GAAP gross loss, operating expenses, non-GAAP operating expenses, Adjusted EBITDA, capital expenditures, and related assumptions.

13

The forward-looking statements can be also identified by terminology such as "may," "might," "could," "will," "aims," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates" and similar statements. Among other things, the quotations from management in this press release and Maxeon's operations and business outlook contain forward-looking statements.

These forward-looking statements are based on our current assumptions, expectations and beliefs and involve substantial risks and uncertainties that may cause results, performance or achievement to materially differ from those expressed or implied by these forward-looking statements. These statements are not guarantees of future performance and are subject to a number of risks. The reader should not place undue reliance on these forward-looking statements, as there can be no assurances that the plans, initiatives or expectations upon which they are based will occur. Factors that could cause or contribute to such differences include, but are not limited to: (1) challenges in executing transactions key to our strategic plans, including regulatory and other challenges that may arise; (2) our liquidity, substantial indebtedness, terms and conditions upon which our indebtedness is incurred, and ability to obtain additional financing for our projects, customers and operations; (3) our ability to manage supply chain shortages and/or excess inventory and cost increases and operating expenses; (4) potential disruptions to our operations and supply chain that may result from damage or destruction of facilities operated by our suppliers, difficulties in hiring or retaining key personnel, epidemics, natural disasters, including impacts of the war in Ukraine and the Israel-Hamas conflict; (5) our ability to manage our key customers and suppliers, including the impact of the termination of the supply agreements with one of the Company's biggest customers, SunPower Corporation; (6) the success of our ongoing research and development efforts and our ability to commercialize new products and services, including products and services developed through strategic partnerships; (7) competition in the solar and general energy industry and downward pressure on selling prices and wholesale energy pricing, including impacts of inflation, economic recession and foreign exchange rates upon customer demand; (8) changes in regulation and public policy, including the imposition and applicability of tariffs; (9) our ability to comply with various tax holiday requirements as well as regulatory changes or findings affecting the availability of economic incentives promoting use of solar energy and availability of tax incentives or imposition of tax duties; (10) fluctuations in our operating results and in the foreign currencies in which we operate; (11) appropriately sizing, or delays in expanding our manufacturing capacity and containing manufacturing and logistics difficulties that could arise; (12) unanticipated impact to customer demand and sales schedules due, among other factors, to the war in Ukraine and the Israel-Hamas-Iran conflict, economic recession and environmental disasters; (13) challenges managing our acquisitions, joint ventures and partnerships, including our ability to successfully manage acquired assets and supplier relationships; (14) reaction by securities or industry analysts to our annual and/or quarterly guidance, in combination with our results of operations or other factors, and/ or third party reports or publications, whether accurate or not, which may cause such securities or industry analysts to cease publishing research or reports about us, or adversely change their recommendations regarding our ordinary shares, which may negatively impact the market price of our ordinary shares and volume of our stock trading; and (15) unpredictable outcomes resulting from our litigation activities, including enforcement of certain intellectual property rights, or other disputes. Forward-looking and other statements in this report may also address our corporate sustainability or responsibility progress, plans, and goals (including environmental matters), and the inclusion of such statements is not an indication that these contents are necessarily material to investors or required to be disclosed in the Company's filings with the SEC. In addition, historical, current, and forward-looking sustainability-related statements may be based on standards for measuring progress that are still developing, internal controls and processes that continue to evolve, and assumptions that are subject to change in the future. A detailed discussion of these factors and other risks that affect our business is included in filings we make with the Securities and Exchange Commission ("SEC") from time to time, including our most recent report on Form 20-F, particularly under the heading "Risk Factors". Copies of these filings are available online from the SEC at www.sec.gov, or on the SEC Filings section of our Investor Relations website at https://corp.maxeon.com/investor-relations. All forward-looking statements in this press release are based on information currently available to us, and we assume no obligation to update these forward-looking statements in light of new information or future events.

14

# Exhibit 10

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 6-K

**Report of Foreign Private Issuer**
**Pursuant to Rule 13a-16 or 15d-16**
**of the Securities Exchange Act of 1934**

**Date of Report:  May 2024**

**Commission File Number: 001-39368**

# MAXEON SOLAR TECHNOLOGIES, LTD.
**(Exact Name of registrant as specified in its charter)**

**8 Marina Boulevard #05-02**
**Marina Bay Financial Centre**
**018981, Singapore**
**(Address of principal executive office)**

Indicate by check mark whether the registrant files or will file annual reports under cover of Form 20-F or Form 40-F:

Form 20-F ☒ Form 40-F ☐

Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(1): ☐
Indicate by check mark if the registrant is submitting the Form 6-K in paper as permitted by Regulation S-T Rule 101(b)(7): ☐

**Introductory Note**

On May 14, 2024, Maxeon Solar Pte. Ltd,  ("MSPL") a wholly-owned subsidiary of Maxeon Solar Technologies, Ltd. (the "Company") sent a letter to Origis Procurement, LLC, a subsidiary of Origis Energy ("Origis") terminating that certain Solar Module Supply Agreement, dated December 22, 2023 (the "SMSA") together with the two outstanding Purchase Orders for purchases totaling 1.2GW of Performance 6 Series solar modules Maxeon terminated the SMSA and Purchase Orders due to Origis' failure to purchase any modules as required by the SMSA.  On May 20, 2024 Origis denied breaching its contractual obligations, and noted their view that Maxeon's termination was invalid.  On May 27, Origis sent Maxeon a notice purporting to terminate the SMSA for Origis' convenience, claiming that Origis' liability to Maxeon was to pay contractually-required cancellation amounts, net of all amounts paid by Origis.

**Incorporation by Reference**

The information contained in this report is hereby incorporated by reference into the Company's registration statements on Form F-3 (File No. 333-271971), Form F-3 (File No. 333-265253), Form F-3 (File No. 333-268309), Form S-8 (File No. 333-277501) and Form S-8 (File No. 333-241709), each filed with the Securities and Exchange Commission.

**Page 2**

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

MAXEON SOLAR TECHNOLOGIES, LTD.
(Registrant)

May 30, 2024                    By:     /s/ Kai Strohbecke
                                        Kai Strohbecke
                                        Chief Financial Officer

Exhibit 11

**S&P Global**
Market Intelligence

# Maxeon Solar Technologies, Ltd.
# NasdaqGS:MAXN
# FQ1 2024 Earnings Call Transcripts

## Thursday, May 30, 2024 12:00 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ3 2023- | -FQ4 2023- | | -FY 2023- | | -FY 2024- |
|---|---|---|---|---|---|---|
| | CONSENSUS | CONSENSUS | GUIDANCE | CONSENSUS | GUIDANCE | CONSENSUS |
| **EPS Normalized** | (85.16) | (96.16) | - | (185.19) | - | (346.12) |
| **Revenue (mm)** | 227.07 | 229.07 | 229.00 | 1123.28 | 1123.00 | 949.09 |

Currency: USD
Consensus as of  May-14-2024 3:24 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| | - EPS NORMALIZED - | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ4 2022** | (128.67) | (139.18) | NM |
| **FQ1 2023** | (57.33) | 2.75 | NM |
| **FQ2 2023** | (13.00) | (14.06) | NM |
| **FQ3 2023** | (85.16) | (98.98) | NM |

COPYRIGHT © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | ..................................................................................... | **3** |
| **Presentation** | ..................................................................................... | **4** |
| **Question and Answer** | ..................................................................................... | **11** |

COPYRIGHT © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Kai Strohbecke**
*Chief Financial Officer*

**Peter C. Aschenbrenner**
*Chief Strategy Officer*

**Robert Lahey**
*Head of Investor Relations*

**William P. Mulligan**
*Executive Officer*

## ANALYSTS

**Donovan Due Schafer**
*Northland Capital Markets,
Research Division*

**Maheep Mandloi**
*Mizuho Securities USA LLC,
Research Division*

**Pavel S. Molchanov**
*Raymond James & Associates,
Inc., Research Division*

**Philip Shen**
*ROTH MKM Partners, LLC,
Research Division*

**William Spencer Grippin**
*UBS Investment Bank, Research
Division*

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good day, ladies and gentlemen. Welcome to the Maxeon Solar Technologies Fourth Quarter 2023 and First Quarter 2024 Earnings Call. [Operator Instructions] As a reminder, this conference call is being recorded.

I would now like to turn the call over to your host, Mr. Robert Lahey of Maxeon Solar Technologies. Sir, you may begin.

**Robert Lahey**
*Head of Investor Relations*

Thank you, operator. Good day, everyone, and welcome to Maxeon's Fourth Quarter 2023 and First Quarter 2024 Earnings Conference Call.

With us today are Chief Executive Officer, Bill Mulligan; Chief Financial Officer, Kai Strohbecke; and Chief Strategy Officer, Peter Aschenbrenner.

Let me cover a few housekeeping items before I turn the call over to Bill. As a reminder, a replay of this call will be available later today on the Investor Relations page of Maxeon's website.

During today's call, we will make forward-looking statements that are subject to various risks and uncertainties that are described in the Safe Harbor slide of today's presentation, today's press release, 20-F, the 6-K and other SEC filings. Please see those documents for additional information regarding those factors that may affect these forward-looking statements.

To enhance this call, we have also posted a supplemental slide deck on the Events & Presentations page of Maxeon's Investor Relations website.

Also, we will reference certain non-GAAP measures during today's call. Please refer to the appendix of our supplemental slide deck as well as today's earnings press release, both of which are available on Maxeon's Investor Relations website, for a presentation of the most directly comparable GAAP measure as well as the relevant GAAP to non-GAAP reconciliations.

With that, let me turn the call over to Maxeon's CEO, Bill Mulligan.

**William P. Mulligan**
*Executive Officer*

Thanks, Rob. Good morning. It has been a while since our last earnings call, and we have a lot to communicate today.

Since the middle of last year, Maxeon has been under significant pressure due to the unprecedented market dislocation caused by worldwide Chinese module oversupply, high interest rates and policy changes. Maxeon also suffered from the termination of our SunPower supply agreement and delivery pushouts by 2 of our primary utility-scale customers.

These headwinds, unfortunately coincided with the peak of our utility-scale prepayment amortization, and as a result, the company has been facing a serious cash flow challenge.

To address this, we recently negotiated commitments for significant liquidity support from our largest shareholder, TZE, and we successfully restructured our 2025 convertible bonds with the majority of the debt expected to be converted into equity later this year.

Unfortunately, these transactions will require the issuance of a large number of new shares, resulting in substantial dilution to existing shareholders.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I'll now provide further commentary on the market dynamics that caused us to take these actions and provide additional details on the financing transactions. Kai will then review our fourth quarter 2023 and first quarter 2024 results and provide our outlook for the second quarter and the rest of 2024. We'll then conclude with Q&A.

First, as a reminder, Maxeon initiated a series of capacity restructuring initiatives last October. We initiated the shutdown of our Maxeon 6 cell capacity in Malaysia and pivoted the Maxeon 7 commercialization plan from incremental capacity to a retrofit of our Maxeon 3 capacity in the Philippines. While these actions are on track and projected to enhance profitability when completed, we're now fighting battles on a few additional fronts.

In DG, our efforts to grow volume in the U.S. through our new U.S. dealer channel have been impacted by the general market slowdown, particularly in California.

In Europe, the abundance of modules being sold at prices in the low teens has challenged our margin profile and further curtailed demand for our products. The dramatic market shift that started in mid-2023 left us with large amounts of inventory that tied up cash. And so far, our efforts to work down these inventories have been at a slower pace than we initially anticipated.

On the utility-scale side, 2 of our large customers experienced significant project delays and we have been unable to quickly reallocate the affected volumes. And as a result, our financial output for 2024 will reflect the impact of these continuing headwinds.

In addition to these challenges, our liquidity was also impacted by our utility-scale prepayment amortization schedule, where we have been amortizing customer prepayments that were received in 2021 and 2022 and are now collecting only a portion of the associated sales revenue as cash.

In response to this perfect storm of cash and profitability challenges, the company and our advisers assessed all potential sources of funding and found that the only viable option involved new liquidity from our largest shareholder and secured creditor, TZE.

TZE has agreed to invest $97.5 million into the company via a debt instrument and has also committed to an additional $100 million equity investment, in each case subject to regulatory approval.

In addition, substantially all of the holders of the $200 million 2025 convertible notes have agreed to exchange their bonds and accrued interest into new bonds due in 2028, which are convertible into equity at the noteholder's option starting July 2nd and $137.2 million of which must be converted into equity upon TZE's equity investment.

Following the $100 million equity investment by TZE, their ownership of shares outstanding is planned to be at least 50.1%.

While we believe these transactions are necessary to stabilize our balance sheet and allow management to focus on returning our business to profitability, they will also result in a substantial dilution for existing public shareholders.

I'll now provide an update on our utility-scale and DG businesses. In utility scale, we had established solid momentum heading into 2024 with our module operations running well and a solid backlog extending deep into 2025. However, in early Q1, we were informed by 2 large customers that they were experiencing project delays and would be unable to accept module deliveries based on the contracted schedule. We recently terminated one of these contracts for cause and are seeking damages, and we are working with the other party to find a mutually acceptable solution.

Due to the long sales cycles associated with this market and the broad availability of low-priced modules from Southeast Asia and India, we were unable to replace the lost demand in the immediate term and have had to curtail production at our utility-scale solar cell and module factories as a result. This not only increased our product costs due to unabsorbed manufacturing overhead, but also meaningfully impacted our near-term top line and cash generation capability.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Going forward, we are seeing an improving price and demand environment driven by recent changes in the U.S. trade policy landscape, including increased tariff risk due to the imminent removal of the Section 201 bifacial tariff exclusion as well as potential new AD/CVD tariffs.

We believe Maxeon is not and should not be a target for such import tariffs, and we are actively engaged in both processes and exerting our view that our supply chain should be outside the intent of these proposed tariffs.

Finally, we are making continued progress toward launching domestic manufacturing in Albuquerque, New Mexico.

In DG, while we continued to make progress ramping our U.S. dealer channel, market demand has been sluggish, particularly in California, where many installers are still adjusting to NEM 3.0. We're focused on dealers who are familiar with our product and are skillful at monetizing its unique attributes. Despite increased availability of alternative premium modules over the past few years, our product's reputation as the undisputed world's best module remains very much intact. We see this clearly when dealer owners install our products on their own homes and offices and choose Maxeon for displays on websites and in customer showrooms.

We signed up more than 100 U.S. dealers since our last earnings call, including some of the most proficient and experienced sellers of IBC products. Keep in mind that it typically takes a quarter or 2 for our recently onboarded dealers to ramp their bookings volumes with Maxeon-branded products.

We have also been aided in the U.S. market by our successful engagement with some of the leading lease and PPA platform companies who have added Maxeon to their AVLs and who are helping refer and onboard dealers seeking to combine our premium panel offerings with their financial products.

Outside of our U.S. channel business, we completed shipments to SunPower on a contract we negotiated last November. We do not currently have any further supply contracts in place with SunPower, and our plan going forward is to address the U.S. market primarily through our own dealer channel.

In Europe, our sales team is still working through a continuation of the market's oversupply conditions that began in Q3 of last year. Our current focus is on keeping our core channel partners loyal and transitioning our Performance line products to the latest TOPCon based version.

I hosted 23 of our European Elite dealers at our Mexico MODCO last quarter and was pleased to find our top partner still very loyal to our product. Just like their peers in the U.S., many of them have Maxeon systems on their own homes and appreciate having a direct relationship with a high-quality manufacturer that has had a stable presence for nearly 20 years. These attributes are helping us maintain our historical price premium levels in percentage terms, but the region as a whole has seen dramatic price reduction, so our absolute prices have also been affected.

Due to the difficult market environment, our volumes are down year-on-year with the greatest impact in our lower-tier expansion market where we work through distributors and where we have a less direct connection with the channel partners.

While we're not in a position to pinpoint when in 2024 supply and demand will rebalance, we feel good about our position with key dealers who understand the unsustainable nature of the current pricing environment. We're also pleased to report that our first storage product is gaining traction with Elite dealers in Italy, where it is sold as a bundled and branded offer. We look forward to providing more guidance on our Beyond the Panel products in future quarters.

We believe our current strategies in DG and utility-scale are on track to return the company to profitability early in 2025 based on our continued transformation activity as well as their track record of technology leadership and unique go-to-market channels that together enable our premium pricing. Based on our experience over the past year, we also plan to focus on reducing customer concentration across our business to increase resiliency against market volatility.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

And we look forward to an expanded relationship with TZE and their parent company, TCL, whose financial strength, multinational presence and global operations bring considerable balance sheet support and manufacturing expertise.

In the technology arena, we're seeing the industry moving increasingly towards higher-performance platforms where we have strong intellectual property with patent portfolios covering shingling, TOPCon and IBC technology.

Regarding TOPCon, we recently initiated patent infringement cases in the U.S. against Canadian Solar, Hanwha Q CELLS and REC. This is part of a larger strategy to monetize our TOPCon IP through licensing arrangements. While the emergence of TOPCon as a mainstream manufacturing platform is a relatively recent development, our innovation around the underlying passivated contact technology dates back over 15 years. And as a result, we have a robust portfolio of early fundamental patents covering both front and backside contact cell architectures.

We also plan to vigorously defend our IBC patents and have actions against Aiko already underway.

Now let's turn it over to Kai to discuss the financials.

**Kai Strohbecke**
*Chief Financial Officer*

Thank you, Bill. I will discuss the drivers and details of the last 2 quarters' performance and then provide guidance for the current second quarter and full year 2024.

Total shipments for the fourth quarter were 653 megawatts, just above our original guidance range of 610 megawatts to 650 megawatts. Deliveries to U.S. utility-scale customers accounted for roughly half of total shipments. Primary volume drivers were the ramp of Performance line capacity and the settlement of the SunPower contract dispute, which negatively impacted our U.S. residential volume during the quarter.

Shipments of European DG customers remained a material portion of our overall business, accounting for more than 20% of fourth quarter volume. Shipments in this region increased approximately 8% quarter-on-quarter despite oversupply conditions at distributors, though on a year-over-year basis volume was down more than 20%.

Total shipments in the first quarter were 488 megawatts, which represents a 25% sequential decline and a 37% year-over-year decline. The sequential decline is attributable in part to the DG business, which is seeing a combination of overall demand softness impacting our U.S. and European channel business for both IBC and Performance line products. On a year-over-year basis, shipments were further impacted by the termination of our previous long-term supply contract with SunPower. Utility-scale shipments were also down meaningfully in the first quarter due to customer project delays.

Revenues for the fourth quarter were $229 million, roughly flat compared to the previous quarter and inside our guidance range of $220 million to $260 million. We came in lower than our revenue midpoint yet higher than our shipment guidance due to a combination of mix issues and ASP pressure in DG.

Utility-scale revenues were driven by ASPs consistent with our previous quarter and in line with customer contract terms.

Our DG ASPs in Europe declined for the fourth consecutive quarter due to industry price erosion. Our ASPs in the region were approximately $0.40 per watt in the fourth quarter, and hence, well above market average, thanks to our continued focus on the premium segment, our direct-to-installer channel and products, Beyond the Panel.

ASPs for IBC products remained north of $0.60 per watt globally.

For the year 2023, total revenues were over $1.1 billion, up 6% from 2022, driven by significant growth in our U.S. utility-scale business.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

In the first quarter of 2024, revenues were $187 million or 18% lower than fourth quarter 2023 levels. Utility-scale revenues were nearly unchanged sequentially, but DG declined at a rate generally consistent with volume declines.

DG ASPs in the first quarter benefited from the final shipments to SunPower and overall IBC pricing remained above $0.60 globally. But blended DG ASPs were impacted by inventory sales of our Performance line 6 products ahead of the P7 launch this year. We also saw a higher mix of DC versus AC shipments.

Non-GAAP gross loss in the fourth quarter was $10 million, in line with our original guidance of $5 million to $15 million. U.S. utility-scale saw a minimal sequential change while Europe and Australia DG declined. Our gross margin in these markets is being impacted by several of the company's capacity transformation initiatives and efforts to sell through the remaining P6 inventory.

On a GAAP basis, gross loss was $34 million due to restructuring impacts related to our capacity transformation austerity initiatives.

Despite headwinds in the second half of the year, Maxeon's total non-GAAP gross profit for 2023 was $104 million or 10% of sales, which amounted to $135 million improvement over 2022 levels. Cost reductions and ASP improvements in our utility-scale business were significant drivers of the year-on-year improvement.

First quarter 2024 gross loss was $13 million on a non-GAAP basis and $15 million on a GAAP basis. These results represent sequential improvement on a GAAP basis from comparatively less restructuring impact, but a decline of nearly $3 million on a non-GAAP basis due in part to lower DG revenue levels and profitability.

GAAP operating expenses in the fourth quarter were $141 million and included restructuring charges of $103 million, primarily in connection with our previously announced capacity transformation, which includes ramping down our Maxeon 6 IBC cell capacity and converting our Maxeon 3 IBC cell capacity in the Philippines to our latest generation Maxeon 7 technology.

Non-GAAP operating expenses were $37 million in the fourth quarter, coming in slightly better than the midpoint of our guidance. This reflects austerity measures that we put in place in the previous quarter.

First quarter 2024 operating expenses were $49 million on a GAAP basis due in part to restructuring charges from a reduction in force the company executed in March.

Non-GAAP operating expenses were $39 million in Q1, similar to our result of $38 million in the same period of 2023.

On a year-over-year basis, the company has become more efficient in its corporate functions while expanding U.S. DG sales and marketing expenses to support selling increasingly through our own channels, which facilitates higher ASPs and lower customer concentration risk compared to our previous model in the U.S., where we sold almost exclusively to SunPower.

Adjusted EBITDA in the fourth quarter was negative $38 million, slightly worse than our original guidance range, partially due to a lower add-back of depreciation charges as a result of our restructuring-related asset write-offs in Malaysia.

Net loss attributable to stockholders came in at $186 million compared to $108 million in the previous quarter. The sequential change was impacted by $104 million in higher restructuring charges and $27 million in lower remeasurement loss on our prepaid forward.

Adjusted EBITDA for 2023 came in at $4 million versus negative $109 million in 2022, mainly attributable to an expanded gross margin. In the first quarter of 2024, adjusted EBITDA was negative $39 million or $1 million lower sequentially, mainly due to the aforementioned decline in gross income.

Moving on to the balance sheet. We closed the fourth quarter with cash, cash equivalents, restricted cash and short-term investments of $197 million compared to $277 million at the end of the third quarter. Cash

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

levels were negatively impacted by $83 million of previously collected cash advances from U.S. utility-scale customers that were amortized during the quarter and show up in our cash flow statement as a change in contract liabilities.

A sequential reduction in inventories from $386 million to $309 million, favorably impacted cash. This was largely driven by our settlement with SunPower, which allowed us to resume shipments in mid-November, which came straight out of inventories that we had accumulated in the previous quarter after we paused shipments in August. As a result of this change, DIO went from 149 days in the third quarter to 120 days in the fourth quarter.

Total operating cash flows in the fourth quarter were negative $76 million. Excluding the aforementioned changes in contract liabilities and cash restructuring charges, the business generated $16 million in positive cash during the fourth quarter.

Cash, cash equivalents, restricted cash and short-term investments stood at $105 million at the end of the first quarter.

Operating cash flows were negative $73 million during the quarter. This was driven by the company's adjusted EBITDA result and a negative $67 million impact from amortization of contract liability, positively offset by improvement in net working capital.

Inventory levels further decreased to $272 million as we shipped another 49 megawatts of product to SunPower straight from inventory, but this benefit was diluted by an increase in U.S. utility-scale inventory that occurred as a result of delays on the customer side.

DIO in the first quarter was 131 days. Excluding charges and contract liabilities and cash restructuring charges, the business generated $8 million in positive cash in the first quarter.

Capital expenditures came in at $12 million in the fourth quarter, consistent with our guidance range of $10 million to $20 million. 2023 capital expenditures totaled $67 million compared to $63 million in 2022. A significant portion of the 2023 CapEx was related to our Performance line capacity ramp.

In the first quarter of 2024, CapEx was $19 million, a $7 million sequential increase as the company took steps towards upgrading the Maxeon 3 lines to our seventh generation IBC technology.

Taking a step back, we are deeply disappointed by our negative EBITDA results over the past 3 quarters after our successful efforts since spin, which facilitated strong earnings momentum in the first half of 2023 as well as our first positive annual EBITDA result as an independent company. As Bill mentioned, the dramatic industry-wide reductions in pricing and demand since the middle of last year have had a material negative impact on our liquidity position at a time when we also encountered significant previously scheduled amortization of our utility-scale prepayments amounting to a total of approximately $150 million in the fourth and the first quarter alone.

In response, we have implemented various restructuring efforts that give us line of sight to achieving healthy profit margins, again starting in 2025 as well as our financing efforts, which we expect will stabilize our balance sheet while we continue the necessary transformation initiative.

Despite some further prepayment amortization and expected negative adjusted EBITDA in the near term, we project cash levels will exceed $100 million once the new equity from our shareholder, TZE, has funded. Subsequently, we target to maintain a cash balance above $100 million for the foreseeable future, thanks to those funding transactions, continued focus on working capital management and additional sales from inventories.

We expect to exit this year with the peak of our prepayment amortization schedule behind us and with a rebuilt U.S. DG channel contributing healthy gross margins. We have revised the ramp schedule of Maxeon 7 slightly to preserve cash and allow the business to build a U.S. channel with cash-generating sales from existing inventories.

With this context in mind, I'll now discuss our expectations for Q2 and the full year. We project second quarter shipments of between 520 megawatts and 600 megawatts.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

U.S. utility-scale is projected to increase sequentially as we've been able to pull in the demand from one customer to offset the previously mentioned pushout by 2 other customers. Our U.S. DG channel is projected to grow nicely on a percentage basis this quarter, albeit from a low base and with more significant volumes projected later in the summer as key new dealers complete onboarding processes.

Our European DG business is projected to post sequential growth, yet will be down year-over-year due to market conditions.

Second quarter revenues are expected to be in the range of $160 million to $200 million. The midpoint of revenue and volume guidance imply a blended ASP decline from $0.38 to $0.32 per watt sequentially that reflects a drop in U.S. DG volumes due to the transition from SunPower to our own dealer channel and the preparation of the European DG channel for the transition from P6 to P7, which includes strategically selling older P6 inventory into Tier 2 markets at discounted prices.

Licensing our shingling IP as part of the HSPV sale transaction is contributing $10 million in revenue to the second quarter.

Non-GAAP gross loss is expected to be in the range of $0 million to $20 million. Due to high inventory levels and low demand from our traditional channels, we have recently decided to sell certain IBC products below our usual ASP targets into carefully selected channels in order to accelerate cash conversion. We expect that this will require us to recognize a non-cash charge of approximately $20 million in the second quarter for writing these inventories down to their future net realizable value, which is included in our guidance.

We expect gross margins to improve for the remainder of 2024 and into 2025.

GAAP operating expenses are expected to be $45 million, plus or minus $2 million. Non-GAAP operating expenses are expected to be $37 million, plus or minus $2 million.

Having executed a reduction in force this March, which has some impact on the current quarter, we believe the company's current OpEx levels are generally sufficient on an absolute basis to ramp both DG and utility-scale businesses towards considerably higher volume to achieve our EBITDA target in 2025.

Adjusted EBITDA in the second quarter is expected to be between negative $31 million and $51 million. Excluding non-cash charges for inventory adjustments, this represents an implied sequential improvement at the midpoint, consistent with our gross margin guidance.

Second quarter capital expenditures are projected to be in the range of $15 million to $25 million and distributed across a small number of projects, including Maxeon 7.

For 2024, we project annual revenues of $640 million to $800 million, which assumes growth in our U.S. DG channel that is more than offset by a lower utility-scale volumes in the back half of the year that reflects our current delivery schedule revised for the project delays we discussed.

Adjusted EBITDA is expected to be in the range of negative $110 million to $160 million with sequential improvement every quarter from a trough in Q2.

2024 capital expenditures are expected to be in the range of $70 million to $100 million.

With that, I'll turn the call back to Bill to summarize before we go to Q&A.

**William P. Mulligan**
*Executive Officer*

Thank you, Kai. We appreciate the investment and support from TZE announced today. We believe that the difficult steps we are taking to reinforce our balance sheet are necessary to protect the interest of all Maxeon stakeholders and position the company for future success.

In light of this refreshed capitalization, we are optimistic about our ability to complete our transformation and return to profitable growth.
Now let's go to Q&A. Operator, please proceed.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] And our first question comes from Philip Shen with ROTH MKM.

**Philip Shen**
*ROTH MKM Partners, LLC, Research Division*

First one is on the DOE loan guarantee. Was wondering if you could update us on what the situation is there. We haven't heard about that in a while, at least not that I've seen. So sorry if I missed something. But with transactions and now the ownership of TZE being greater than 50%, does that impact the potential for you to secure the DOE loan guarantee?

**William P. Mulligan**
*Executive Officer*

Yes. Thanks, Phil. Yes, we're still very committed to our Albuquerque, New Mexico project and we're better capitalized now to execute on that. Our DOE application is still advanced and live, and we're continuing discussions with DOE. We are mindful this transaction might present some new challenges, but we believe there are scenarios that will allow this project to proceed with the DOE, absent that or exploring other mechanisms to finance the project.

**Philip Shen**
*ROTH MKM Partners, LLC, Research Division*

Okay. So on that latter point, Bill, can you give us some more color on what those potential alternative funding sources or transactions could be?

**William P. Mulligan**
*Executive Officer*

Yes. I think it's too early to really say much about that, Phil, except that we are definitely better capitalized now with this new round of investments.

**Philip Shen**
*ROTH MKM Partners, LLC, Research Division*

Okay. Shifting to the project cancellations and pushouts, I was wondering if you could give us a little more color? I know there was a 6-K out on the Origis contract cancellation. And so was it possible that you guys could have known about these delays earlier since modules are one of the last elements to be added to the project?

So I guess, I have a series of questions here. I might just read them. When was the inflation of modules supposed to take place? Does Maxeon have a max notice period after which customers can't delay deliveries? And why did one customer cancel? Do they find it much easier or cheaper to go with an alternative? Is there risk that the rest of the backlog could also do that?

**Peter C. Aschenbrenner**
*Chief Strategy Officer*

Phil, this is Peter. I'll take this one. So the -- we had a 1.2 gigawatt contract with Origis, as we disclosed in the 6-K, that was scheduled to start delivery in Q1 of this year, ramp up in Q2 and then proceed through the end of 2025. We were informed early this year that the company would not be in a position to accept those deliveries under those -- that contracted schedule. I certainly won't speak for Origis in terms of their motivations. Our understanding was that it had to do with delays on their contracts, on their projects. And as we said, we've terminated the contract and are pursuing damages.

**Philip Shen**

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*ROTH MKM Partners, LLC, Research Division*

Got it. And so you said you can't share motivations, but the delays on their projects, can you just give a little bit of color? Was it due to interconnection queuing or long lead time high-voltage equipment? Or was it like some kind of surprise at the last minute?

I mean, at this -- if you're ramping up in Q1, supposedly it's pretty -- did something happen last minute? Or did they possibly shift to another module source given the price declines?

**Peter C. Aschenbrenner**
*Chief Strategy Officer*

Phil, I'm not going to -- I think it's not our position to go into much detail about our customers' projects. So I encourage you to speak with them.

**Philip Shen**
*ROTH MKM Partners, LLC, Research Division*

Okay. All right. In terms of normalized revenue and EBITDA, can you speak a little bit more about that? What should we expect? Price declines have effectively stopped. And so maybe rest of world, outside of the U.S., it seems like we're not going to get any more deceleration on pricing. And then in the U.S., pricing has flipped around and is likely going higher. So was wondering if you could speak to a little bit of -- without giving guidance, but what normalized quarterly revenue and EBITDA could look like in the medium term?

**Kai Strohbecke**
*Chief Financial Officer*

It's Kai here. So beyond the guidance that we have just given for the second quarter, I think -- and we've also given the yearly guidance, as you have seen. And from that, you can see that we foresee for the rest of the year still some challenges on the revenue and adjusted EBITDA side.

I think revenue generally is going to be driven by some of the cancellations and pushouts that we have experienced in the power plant business. We were successful plugging some of the holes in the near term here in the second quarter by pulling in some other deliveries. We are looking for further customers towards the second half of the year to fill the volumes.

In the meantime, we have slowed down the production until we can see the demand, that we can lock in further demand if available at good cash margins for us. So that's going to affect, I think, the revenue for the rest of the year.

As we've said, in 2025, we are looking at turning positive on an EBITDA basis early in the year. So we expect 2025 a return to adjusted EBITDA base profitability here and also further growth on the revenue side quarter-on-quarter in 2025.

**Operator**

Our next question comes from Pavel Molchanov with Raymond James.

**Pavel S. Molchanov**
*Raymond James & Associates, Inc., Research Division*

So following up on what Phil asked a minute ago about the DOE loan talks. Given that the company will be majority owned by a Chinese entity, does that complicate the process of getting a loan guarantee from the U.S. Government?

**William P. Mulligan**
*Executive Officer*

Yes, it does complicate the process. But as I said, we believe there's still scenarios. And again, we're working very closely with the DOE on this. They will allow this loan application to proceed. And again,

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

the loan application itself is very advanced at this stage. So this is obviously a fairly big change for the company today, so we just have to work through that with the DOE.

**Pavel S. Molchanov**
*Raymond James & Associates, Inc., Research Division*

Right. And this is kind of a housekeeping question, but given the complications in the capital structure, what is the share count once all of these structured financings are concluded? So let's say, July 1, what kind of share count are we looking at?

**Kai Strohbecke**
*Chief Financial Officer*

Pavel, it's Kai. So there are obviously a few things and also some moving parts, which are going to make it difficult to predict the exact share count here, but I can -- there are some pretty detailed disclosures out there in a 6-K with all the related documents attached.

But just from an overview standpoint, of course, a big variable here is the share price and also the sequencing of some of the conversions, which are at the option of some of the security holders.

But just in broad strokes here. So we'll have the new [ CB ] by TZE $97.5 million. That's going to be set on a 10-day VWAP from a conversion, but that only becomes due in 2029.

The conversion price of the existing 2027 notes that are held by TZE will be reset based on the same VWAP and also here this maturity is going to be pushed out from 2027 to 2029.

Then the exchange of our existing 2025 notes into $196 million nominal of those $200 million in 2025 notes. There are 2 tranches. And one of them, the tranche A, is $137.2 million and that's going to be convertible into $347 million of the company's shares. And then the tranche B, which is $64 million is going to be set based on a VWAP here. And these -- and TZE will also be issued a warrant which during the time as the noteholders have the ability to convert their notes into shares to keep TZE's shareholding level stable at the current level of 23.5%.

And then last but not least, once we get the relevant regulatory approval for TZE equity investment for $100 million, the target stake is going to be at least 50.1% for TZE.

So as I said, quite a lot of moving parts here and pieces. So we need to ask you to do the math and make your own assumptions around these things, but there's lots of disclosures out there that works.

**Pavel S. Molchanov**
*Raymond James & Associates, Inc., Research Division*

Okay. Last question, to get to positive EBITDA in early 2025, as you indicated, what specifically needs to happen? Is it kind of macro module pricing dynamics? Or is it improving capacity utilization at your existing production plants? What are the variables?

**William P. Mulligan**
*Executive Officer*

Yes. There's a lot of factors going on. I would say, first of all, we're not planning any dramatic recovery in pricing. We've taken, especially in Europe, a pretty sober view of how long that will take. I think we are starting to see some tailwinds here in the U.S. driven by policy that, in particular, should lift our utility-scale pricing.

But the big factors for us is we're introducing some refreshed technologies, both the Performance line 7 technology and the Maxeon 7 technology have just recently been released and are starting to gain traction. A big factor for us is rebuilding our U.S. DG channel. We, of course, lost the SunPower contract late last year. We've completed deliveries of all that product to SunPower at this point. But we're just getting going with rebuilding that channel.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

Historically, Maxeon product has had a 10% market share in the U.S., and we're quite optimistic we're going to get back to that and probably exceed that over the next several quarters. But it will take some time. And once we get there towards going out of the end of this year, we think we're going to be very -- much more advanced than we are today. That's going to help us a lot on the bottom line.

Still the best market in the world is the U.S. And again, we have a relatively strong position here. We've got a team that really knows how to do this. It's very experienced in the selling proposition through our dealer channel. So we're confident that, that's going to help drive things in a more positive direction.

On the utility-scale side, it is more about getting fully into these higher-priced contracts that we're starting to execute on. We're close to finishing all the restructuring that has had to occur with the Origis cancellation. And so we're still very confident in our remaining contracts and expect those to more fully load the factory, particularly into next year. And we are also transitioning that technology as well to the latest-generation TOPCon-based product, which we believe will be very competitive.

**Operator**

Our next question comes from William Grippin with UBS.

**William Spencer Grippin**
*UBS Investment Bank, Research Division*

My first question was on some of the recent developments with respect to your patent infringement suit against Aiko Solar. It looks like that didn't go your way. How are you thinking about your approach to defending your IP going forward? And maybe how does this decision impact your thoughts on which markets you'd like to focus on going forward?

**William P. Mulligan**
*Executive Officer*

Yes, yes, that outcome was not a particular surprise to us. We, of course, were trying to get an injunction. But as most of you know, the bar for getting a preliminary injunction is usually a very high bar. I think, we, of course, didn't quite clear that bar, but we believe the merits of our case are still fundamentally very, very strong and we expect to ultimately prevail. And we are expanding action in other markets, as you've seen, both on our TOPCon and our IBC patent portfolio.

Maxeon's history dating back to the SunPower days, it has invested tremendously in R&D hundreds of millions of dollars over the year. I think we have probably the largest IP war chest of any solar company out there. And now as other companies start to move into our space of high-performance solar cells, we're going to take action on that portfolio that we've invested so much in over the years. And again, we're really confident it's going to help us in markets all over the world. We even have strong patent portfolios in China. So in Europe, U.S., China, rest of world, we're going to stand our ground and defend this portfolio and monetize it.

**Peter C. Aschenbrenner**
*Chief Strategy Officer*

And Will, this is Peter. I'll just add a little bit there. So the news that you were referring to, as Bill said, related to a request that we have made for a preliminary injunction in the Netherlands. There were some questions about -- raised about the testing done. We're appealing that decision. We think the underlying structure is very clear and infringing. We're also pursuing -- we have pending actions in Germany.

So although with the initial decision about a preliminary injunction was not -- did not go our way, as Bill said, that does not relate to the eventual outcome of this infringement case in any of the jurisdictions we're pursuing.

**William Spencer Grippin**
*UBS Investment Bank, Research Division*

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Okay. Thanks for that clarity. My next question was just on your comfort around potential exposure to any incremental import tariffs and maybe how the increased ownership by TZE might impact your, I guess, your efforts in your discussions with regulators there?

**Operator**

Ladies and gentlemen, please stand by.

[Technical Difficulty]

**Robert Lahey**
*Head of Investor Relations*

Sorry about that, Will. You're asking about import tariffs, correct?

**William Spencer Grippin**
*UBS Investment Bank, Research Division*

Yes. Do you need me to repeat the question? I'm not sure if I got cut off there.

**Peter C. Aschenbrenner**
*Chief Strategy Officer*

Yes, please repeat it.

**William Spencer Grippin**
*UBS Investment Bank, Research Division*

So just -- I was just asking about your -- how you're thinking about your potential exposure to incremental import tariffs, right, as we obviously have this new AD/CVD case out there? And maybe how does the increased ownership by TZE potentially impact your discussions with regulators or maybe their perception of whether or not Maxeon should be subject to any of these new tariffs?

**Peter C. Aschenbrenner**
*Chief Strategy Officer*

Okay. This is Peter. I'll take that. So there's a couple of fronts here with respect to tariffs that I think you're referring to. One is the 201 bifacial exemption and other is the new AD/CVD filings. Both of those really are country-specific.

We're working with -- so let's talk about 201 bifacial exemption first. So when President Biden issued his 2022 proclamation, he directed USTR to find accommodations or country exclusions for Mexico and Canada. So that's already happened for Canada, and we're working closely with the Mexican government and the U.S. administration to implement that for Mexico as quickly as possible. So that really has to do more with -- it's a country-specific issue dating back to, I would say, original NAFTA relationships, not anything company-specific.

With respect to AD/CVD, those are also country-specific targeting, as you know, 4 countries in Southeast Asia. We -- I think it's too early to say exactly how that's going to play out. We're clearly in discussion with all the participants there, but I don't have any comments yet in terms of what the likely outcome will be. And from a timing perspective, I think we expect to see some preliminary decisions perhaps in late Q3.

And with respect to our status, I think the most important thing for the administration, the U.S. administration, I think, is jobs in the U.S. and reshoring the solar supply chain, we're still committed to do that, as Bill said. So I think we'll have to see going forward how that plays out with respect to our new cap stack.

**Operator**

Our next question comes from Donovan Schafer with Northland Capital Markets.

**Donovan Due Schafer**

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*Northland Capital Markets, Research Division*

So I want to first ask about what -- so you've got TZE now is either majority, or assuming everything kind of goes as anticipated, would be more than 50% shareholder. And then there's the divestiture of HSPV with certain licensing agreements and stuff in place and they kind of ramped now that P-Series production, I believe, inside China. And then the IP for you guys, that IP is sort of owned and domiciled -- the ownership of it domiciled in Singapore.

And when TZE initially got involved back with the spin-off from SunPower, did kind of raise the question of if there is an angle here of access to IP and kind of gaining control maybe in some ways of P-Series and IBC intellectual property?

So the question is, does this -- if Maxeon is effectively almost like a subsidiary of TZE at this point, how do we know or what would motivate them or how do we know that they will sort of prioritize Maxeon as the beneficiary of that IP as opposed to like finding some other way of funneling that through other subsidiaries or channels or other ways of just sort of monetizing IBC or P-Series shingled technology?

**William P. Mulligan**
*Executive Officer*

Yes. Thanks for the question. Yes. Well, I think as you know, TZE has been a very large supporter of Maxeon since the spin. And I think they've always valued us as an independent company with sort of unique access to the Western markets through our channels and really a technology leadership position. So I don't think they'd want to change that fundamental way that we operate.

They would like us to continue to operate under the Maxeon brand and SunPower brand internationally. They believe in our team and our technology. And I think what they view is that this increased involvement will provide synergistic opportunities. They have, for example, with HSPV that you mentioned, they've scaled that within China to very large-scale gigawatts, many gigawatts. And we're the beneficiary of that due to our offtake agreement, commercial offtake agreement, with HSPV where we get our Performance line panels that we sell into Europe and rest of world at very competitive prices and cost structure.

So we hope that this partnership will be synergistic. They'll help us bring the ability to scale and get to the cost structures we need. But their full intention is to keep us an independent operating company that has unique access to markets like the United States.

**Donovan Due Schafer**
*Northland Capital Markets, Research Division*

Okay. And then the way the language is written with respect to the choices that were made around raising capital, it would seem to be suggesting that this was seen as kind of the only option after evaluating others. But among the set of possibilities that you evaluated, did you guys evaluate or consider or look at doing some kind of an IP-backed loan? And if so, can you share what drove the decision to not go down that path?

**Kai Strohbecke**
*Chief Financial Officer*

So we -- Donovan, it's Kai. So as we said, we looked at a multitude of different possibilities and alternatives. We're not going to go into the details here. But really what we have announced today was the only credible alternative that was identified and provided the amount of long-term capital required at the same time delever the balance sheet and safeguarded the company's ability to continue as a growing concern. So that's the announcement we made today, and we strongly believe that this has been the only credible option that we have seen.

**Operator**

Our next question comes from Maheep Mandloi with Mizuho.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Maheep Mandloi**
*Mizuho Securities USA LLC, Research Division*

Just on the cadence here, I just wanted to understand the guidance kind of implies a similar revenue EBITDA run rate for the second half. But when do you see it kind of like that pathway to positive EBITDA coming in and what drives that?

And then maybe part of that question is trying -- you talked about favorable pricing in new bookings. Could you just like talk to like -- is it like mid-30s or what are you seeing out there for the U.S. utility projects?

**Kai Strohbecke**
*Chief Financial Officer*

Well, in general, I can say the -- as Bill explained before, in terms of the turnaround of our EBITDA, getting back to full capacity and also taking advantage of better pricing generally in U.S. power plant is going to be a big part of that turnaround.

Maybe I'll hand it over to Peter here to talk a little bit about the pricing environment.

**Peter C. Aschenbrenner**
*Chief Strategy Officer*

Yes. As you indicated, we've seen some significant upward pressure in pricing -- forward pricing in the utility scale business. We tend not to explicitly disclose those numbers because we have relatively few customers and consider that confidential information on their side.

Keep in mind that we have still have significant backlog into 2025 and options extending out into 2027 and so some of our pricing is already baked. Now fortunately, those contracts were cut at a time where pricing was also quite high before the recent slide over the last year or so. So both with our current contracted backlog and with respect to incremental future volume, which we're pursuing, as Bill said, we -- both of those pieces of our business are booked at quite healthy ASPs.

**Operator**
Thank you. As there are no further questions, we will now conclude the call. Thank you all again. You may now disconnect. Have a great day.

Copyright © 2024 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**MAXEON SOLAR TECHNOLOGIES, LTD. FQ1 2024 EARNINGS CALL | MAY 30, 2024**

Copyright © 2024 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2024 S&P Global Market Intelligence.