ANNA ERICKSON WHITE (CA SBN 161385)
AWhite@mofo.com
RYAN M. KEATS (CA SBN 296463)
RKeats@mofo.com
LARA ANDERS (CA SBN 340017)
LAnders@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
MAXEON SOLAR TECHNOLOGIES, LTD.,
WILLIAM MULLIGAN, and KAI
STROHBECKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEYAKUMAR VS MENON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXEON SOLAR TECHNOLOGIES, LTD., WILLIAM MULLIGAN, and KAI STROHBECKE,<br><br>Defendants. | Case No.:  3:24-cv-03869-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

Plaintiff Jeyakumar VS Menon ("Plaintiff") and Defendants Maxeon Solar Technologies, Ltd. ("Maxeon"), William Mulligan, and Kai Strohbecke (collectively "Defendants"), by and through their respective undersigned counsel, hereby provide this Joint Stipulation and Proposed Order Continuing Initial Case Management Conference.

WHEREAS, the above-captioned action is subject to the requirements of the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995) ("PSLRA"), which sets forth specialized procedures for the administration of securities class actions, including a mandatory stay of proceedings pending determination of any motions to dismiss (15 U.S.C. § 78u-4(b)(3)(B));

WHEREAS, on June 28, 2024, the Court scheduled an initial case management conference for October 1, 2024 (ECF No. 6);

WHEREAS, on August 22, 2024, the Court entered a stipulated order extending Defendants' time to respond to the Complaint and continuing the case management conference (and associated deadlines based on that date) to a date after the filing of any amended complaint or after the Court rules on Defendants' anticipated motion to dismiss (ECF No. 11);

WHEREAS, on October 22, 2024, the Court subsequently reset the initial case management conference for January 21, 2025 (ECF No. 62);

WHEREAS, on November 8, 2024, Lead Plaintiff filed the amended complaint (ECF No. 66);

WHEREAS, on December 20, 2024, Defendants filed a motion to dismiss the amended complaint, (ECF Nos. 70-72);

WHEREAS, the hearing on Defendants' motion to dismiss is scheduled for April 10, 2025;

WHEREAS, pursuant to the PSLRA, "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party." 15 U.S.C. § 78u-4(b)(3)(B);

WHEREAS, in consideration of the above, the Parties agree that good cause exists to

JOINT STIPULATION AND [PROPOSED] ORDER            1            CASE NO.: 3:24-cv-03869-EMC

continue the January 21, 2025 Initial Case Management Conference and associated deadlines, including all associated ADR deadlines;

THEREFORE, in light of the foregoing, the Parties hereby stipulate, and respectfully request the Court to order, as follows:

1. Pursuant to Civil L.R. 16-2, the initial case management conference scheduled for January 21, 2025, along with the associated deadlines under the Federal Rules of Civil Procedure and Local Rules, shall be continued to May 20, 2025 at 1:30pm, or such other date as the Court determines to be appropriate, and all associated ADR Multi-Option Program deadlines shall likewise be deferred; and

2. Nothing in this Joint Stipulation shall be deemed to constitute a waiver of any rights, claims, defenses, objections or arguments that any party may have with respect to this matter, other than those expressly addressed in ¶ 1 above.

IT IS SO STIPULATED.

Dated: January 9, 2025                        */s/ Ryan M. Keats*

Anna Erickson White (CA SBN 161385)
Ryan M. Keats (CA SBN 296463)
Lara Anders (CA SBN 340017)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
MAXEON SOLAR TECHNOLOGIES,
LTD., WILLIAM MULLIGAN, and KAI
STROHBECKE

Dated: January 9, 2025

*/s/ James M. Wilson, Jr*

James M. Wilson, Jr. (*pro hac vice*)
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: jwilson@faruqilaw.com

Robert W. Killorin (*pro hac vice*)
FARUQI & FARUQI, LLP
Suite 380
Atlanta, GA 30305
Telephone: 404-847-0617
Facsimile: 404-506-9534
Email: rkillorin@faruqilaw.com

Lisa T. Omoto (CA SBN 303830)
FARUQI & FARUQI, LLP
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: 424-256-2884
Facsimile: 424-256-2885
E-mail: lomoto@faruqilaw.com

Attorneys for Lead Plaintiff JEYAKUMAR
VS MENON and Lead Counsel for the
putative class

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

I, Ryan M. Keats, attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: January 9, 2025

/s/ Ryan M. Keats

Ryan M. Keats

# [PROPOSED] ORDER

Pursuant to the above Stipulation, IT IS SO ORDERED.

Dated: January 10, 2025

_____
The Honorable Edward M. Chen
United States District Judge