Lisa T. Omoto SBN 303830
E-mail: lomoto@faruqilaw.com
**FARUQI & FARUQI, LLP**
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: 424-256-2884
Facsimile: 424-256-2885

James M. Wilson, Jr. (appearance *pro hac vice*)
**FARUQI & FARUQI, LLP**
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email:   jwilson@faruqilaw.com

Robert W. Killorin (appearance *pro hac vice*)
**FARUQI & FARUQI, LLP**
3565 Piedmont Road NE Building Four
Suite 380
Atlanta, GA 30305
Telephone: 404-847-0617
Facsimile: 404-506-9534
Email: rkillorin@faruqilaw.com

*Attorneys for Lead Plaintiff*
*Jeyakumar VS Menon*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEYAKUMAR VS MENON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXEON SOLAR TECHNOLOGIES, LTD., WILLIAM MULLIGAN, and KAI STROHBECKE,<br><br>Defendants. | Case No. 3:24-cv-03869-EMC<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT AND REQUEST FOR CONSIDERATION OF DOCUMENTS INCORPORATED INTO COMPLAINT AND FOR JUDICIAL NOTICE**<br><br><u>**CLASS ACTION**</u><br><br>Judge:  Hon. Edward M. Chen<br>Date:    April 10, 2025<br>Time:    1:30 p.m.<br>Courtroom:   5 – 17th Floor |

Defendants Maxeon Solar Technologies, Ltd., William Mulligan, and Kai Strohbecke's (collectively, "Defendants") Motion to Dismiss Plaintiff's Amended Class Action Complaint (the "Motion to Dismiss") and Request for Consideration of Documents Incorporated Into Complaint and for Judicial Notice (the "RJN") came on regularly for hearing before this Court on April 10, 2025 at 1:30 p.m., in the Courtroom of the Honorable Edward M. Chen, San Francisco Courthouse, Courtroom 5, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

After full consideration of the briefs in support and in opposition thereto, all other papers submitted in connection therewith, all other matters on file in this Action and presented to the Court, and having heard the arguments of counsel,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss is **DENIED**, and that Lead Plaintiff Jeyakumar VS Menon has adequately pled each element of a claim brought under §10(b) and §20(a) the Securities Exchange Act of 1934, including falsity, scienter, and loss causation.

**IT IS FURTHER ORDERED** that Defendants' RJN is **DENIED**, to the extent that the Court declines to consider exhibits 2-4 and 10 and not take judicial notice of the truth of any fact asserted within any of Defendants' exhibits introduced in the Motion to Dismiss, and that Defendants have failed to establish that exhibits 2-3 are Incorporated By Reference, that exhibits 4 and 10 are subject to Judicial Notice, and that the Court should consider the truth of the contents of any exhibits referenced in the Motion to Dismiss.

**IT IS SO ORDERED**

Dated: _____     _____
                             Judge Edward M. Chen
                             United States District Court Judge
                             Northern District of California

1

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT AND REQUEST FOR CONSIDERATION OF DOCUMENTS INCORPORATED INTO COMPLAINT AND FOR JUDICIAL NOTICE Case No. 3:24-cv-03869-EMC**