MORGAN, LEWIS & BOCKIUS LLP
Sarah Zenewicz, Bar No. 258068
Joseph R. Lewis, Bar No. 316770
Sarah A. Davidson, Bar No. 359504
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Tel:   +1.415.442.1000
Fax:   +1.415.442.1001
sarah.zenewicz@morganlewis.com
joseph.lewis@morganlewis.com
sarah.davidson@morganlewis.com

Attorneys for Defendant
ARAMARK SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA MYRA GOODALL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ARAMARK SERVICES, INC; and DOES through 100,<br><br>Defendants. | Case No. 3:25-cv-03985-EMC<br><br>**SECOND STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO INITIAL COMPLAINT BY 30 DAYS**<br>**(L.R.6-1)** |

Case No. 3:25-cv-03985-EMC

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Pursuant to Northern District of California Civil Local Rule 6-1, Defendant Aramark Services, Inc. ("Defendant") and Plaintiff Sabrina Goodall ("Plaintiff") (collectively "the Parties") by and through their respective counsel of record, hereby stipulate to extend the time for Defendant to respond to Plaintiff's Complaint by thirty (30) days, as follows:

WHEREAS, Plaintiff filed a Complaint against Defendant on April 1, 2025, in San Francisco Superior Court and served Defendant on April 7, 2025;

WHEREAS, Defendant timely removed the action to the Northern District of California on May 7, 2025;

WHEREAS, the Parties previously met and conferred and stipulated to extend Defendant's response deadline by thirty days to June 13, 2025, to allow time for the Parties to meet and confer about a potential Motion to Dismiss and early resolution of this action;

WHEREAS, the Parties' meet and confer efforts are ongoing and therefore the Parties agree that it would be in the interest of efficiency and preserving resources to extend Defendant's response deadline by another thirty days to July 13, 2025;

WHEREAS, Local Rule 6-1 allows the Parties to extend the time within which to answer or otherwise respond to the Complaint without court order where the change will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, the extension will not alter the date of any event or any deadline already fixed by Court order;

THEREFORE, IT IS HEREBY STIPULATED that Defendant's time within which to respond to Plaintiff's Complaint in this matter shall be extended by thirty days, up to and including July 13, 2025.

/ / /

/ / /

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

Case No. 3:25-cv-03985-EMC

SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

Dated: June 13, 2025                    FRONTIER LAW CENTER


By /s/ *Mike Rachmann*
    Daniel Ginzburg
    Manny Starr
    Mike Rachmann

    Attorneys for Plaintiff
    Sabrina Goodall


Dated: June 13, 2025                    MORGAN, LEWIS & BOCKIUS LLP


By /s/ *Sarah A. Davidson*
    Sarah Zenewicz
    Joseph R. Lewis
    Sarah A. Davidson

    Attorneys for Defendant
    Aramark Services, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

APPROVED

Judge Edward M. Chen

Dated: June 13, 2025

Case No. 3:25-cv-03985-EMC

SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT