1  ANNA ERICKSON WHITE (CA SBN 161385)
   AWhite@mofo.com
2  RYAN M. KEATS (CA SBN 296463)
   RKeats@mofo.com
3  LARA ANDERS (CA SBN 340017)
   LAnders@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendants
   MAXEON SOLAR TECHNOLOGIES, LTD., WILLIAM
8  MULLIGAN, and KAI STROHBECKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEYAKUMAR VS MENON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXEON SOLAR TECHNOLOGIES, LTD., WILLIAM MULLIGAN, and KAI STROHBECKE,<br><br>Defendants. | Case No. 3:24-cv-03869-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER SUBSTITUTING COUNSEL**<br><br>Court: Courtroom 5, 17th Floor<br>Judge: Hon. Edward M. Chen |

Pursuant to Civil Local Rule 11-5 and subject to the approval by the Court, notice is hereby given that Defendants Maxeon Solar Technologies, Ltd., William Mulligan, and Kai Strohbecke substitute the law firm of Hughes Hubbard & Reed LLP as their attorneys of record in place of the law firm Morrison & Foerster LLP in the above-captioned matter.

It is hereby requested that, effective immediately, all further pleadings, notices, and correspondence be directed to Hughes Hubbard & Reed LLP's attention at the address below:

> YI-CHIN HO (CA SBN 204834)
> Yi-chin.ho@hugheshubbard.com
> HUGHES HUBBARD & REED LLP
> 1999 Avenue of the Stars, 9th Floor
> Los Angeles, California 90071
> Telephone: 213.613.2800
> Facsimile: 213.613.2950

Accordingly, Defendants Maxeon Solar Technologies, Ltd., William Mulligan, and Kai Strohbecke respectfully requests that Morrison & Foerster LLP be allowed to withdraw as counsel for Defendants and that Hughes Hubbard & Reed LLP be substituted as their counsel of record.

Morrison & Foerster LLP consents to being substituted.

DATED: June 23, 2025

MORRISON & FOERSTER LLP

By */s/ Ryan M. Keats*
Ryan M. Keats
Former Attorneys for Defendants *Maxeon Solar Technologies, Ltd., William Mulligan, and Kai Strohbecke*

Hughes Hubbard & Reed LLP consents to this substitution.

DATED: June 23, 2025

HUGHES HUBBARD & REED LLP

By */s/ Yi-Chin Ho*
Yi-Chin Ho

Attorneys for Defendants *Maxeon Solar Technologies, Ltd., William Mulligan, and Kai Strohbecke*

**Civil L.R. 5-1(h)(3) Attestation:**

I, Ryan M. Keats, in compliance with Civil Local Rule 5-1(h), hereby attest that I obtained the concurrence of all of the above-listed counsel in filing this document.

Dated: June 20, 2025                                                  */s/ Ryan M. Keats*
                                                                                     Ryan M. Keats

**[PROPOSED] ORDER**

The above substitution of counsel is hereby approved and **SO ORDERED.**

Dated:
                                                                    The Honorable Edward M. Chen
                                                                    United States District Judge