ANNA ERICKSON WHITE (CA SBN 161385)
AWhite@mofo.com
RYAN M. KEATS (CA SBN 296463)
RKeats@mofo.com
LARA ANDERS (CA SBN 340017)
LAnders@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
MAXEON SOLAR TECHNOLOGIES, LTD., WILLIAM
MULLIGAN, and KAI STROHBECKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEYAKUMAR VS MENON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MAXEON SOLAR TECHNOLOGIES, LTD., WILLIAM MULLIGAN, and KAI STROHBECKE,<br><br>Defendants. | Case No. 3:24-cv-03869-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER SUBSTITUTING COUNSEL**<br><br>Court: Courtroom 5, 17th Floor<br>Judge: Hon. Edward M. Chen |

SUBSTITUTION OF COUNSEL

CASE NO. 3:24-CV-03869-EMC

sf-6793929

Pursuant to Civil Local Rule 11-5 and subject to the approval by the Court, notice is hereby given that Defendants Maxeon Solar Technologies, Ltd., William Mulligan, and Kai Strohbecke substitute the law firm of Hughes Hubbard & Reed LLP as their attorneys of record in place of the law firm Morrison & Foerster LLP in the above-captioned matter.

It is hereby requested that, effective immediately, all further pleadings, notices, and correspondence be directed to Hughes Hubbard & Reed LLP's attention at the address below:

YI-CHIN HO (CA SBN 204834)
Yi-chin.ho@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1999 Avenue of the Stars, 9th Floor
Los Angeles, California  90071
Telephone: 213.613.2800
Facsimile: 213.613.2950

Accordingly, Defendants Maxeon Solar Technologies, Ltd., William Mulligan, and Kai Strohbecke respectfully requests that Morrison & Foerster LLP be allowed to withdraw as counsel for Defendants and that Hughes Hubbard & Reed LLP be substituted as their counsel of record.

Morrison & Foerster LLP consents to being substituted.

DATED: June 23, 2025                    MORRISON & FOERSTER LLP

By */s/ Ryan M. Keats*
Ryan M. Keats
Former Attorneys for Defendants *Maxeon Solar Technologies, Ltd., William Mulligan, and Kai Strohbecke*

Hughes Hubbard & Reed LLP consents to this substitution.

DATED:  June 23, 2025                    HUGHES HUBBARD & REED LLP

By */s/ Yi-Chin Ho*
Yi-Chin Ho

Attorneys for Defendants *Maxeon Solar Technologies, Ltd., William Mulligan, and Kai Strohbecke*

SUBSTITUTION OF COUNSEL                                CASE NO. 3:24-cv-03869-EMC

sf-6793929

**Civil L.R. 5-1(h)(3) Attestation:**

I, Ryan M. Keats, in compliance with Civil Local Rule 5-1(h), hereby attest that I obtained the concurrence of all of the above-listed counsel in filing this document.

Dated: June 20, 2025                                  */s/ Ryan M. Keats*
                                                              Ryan M. Keats

**[PROPOSED] ORDER**

The above substitution of counsel is hereby approved and **SO ORDERED.**

Dated:  **June 23, 2025**

                                                       The Honorable Edward M. Chen
                                                       United States District Judge

sf-6793929