1
2  Lisa T. Omoto SBN 303830
   E-mail: lomoto@faruqilaw.com
3  **FARUQI & FARUQI, LLP**
   1901 Avenue of the Stars, Suite 1060
4  Los Angeles, CA 90067
   Telephone: 424-256-2884
   Facsimile: 424-256-2885
5
6  James M. Wilson, Jr. (appearance *pro hac*          Robert W. Killorin (appearance *pro hac vice*)
   *vice*)                                             **FARUQI & FARUQI, LLP**
7  **FARUQI & FARUQI, LLP**                            3565 Piedmont Road NE Building Four
   685 Third Avenue, 26th Floor                        Suite 380
8  New York, NY 10017                                  Atlanta, GA 30305
   Telephone: 212-983-9330                             Telephone: 404-847-0617
9  Facsimile: 212-983-9331                             Facsimile: 404-506-9534
   Email: jwilson@faruqilaw.com                        Email: rkillorin@faruqilaw.com
10
   *Attorneys for Lead Plaintiff*
11 *Jeyakumar VS Menon*

12 [additional counsel appear on signature page]

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16

17 JEYAKUMAR VS MENON, Individually and on       Case No.:  3:24-cv-03869-EMC
   Behalf of All Others Similarly Situated,
18                                               **JOINT STIPULATION AND
                      Plaintiff,                 [~~PROPOSED~~] ORDER VACATING
19                                               INITIAL CASE MANAGEMENT
        v.                                       CONFERENCE**
20
   MAXEON SOLAR TECHNOLOGIES, LTD.,
21 WILLIAM MULLIGAN, and KAI
   STROHBECKE,
22
                      Defendants.
23

24

25

26

27

28
   JOINT STIPULATION AND [~~PROPOSED~~]
   ORDER
   3:24-cv-03869-EMC

Plaintiff Jeyakumar VS Menon ("Plaintiff") and Defendants Maxeon Solar Technologies, Ltd. ("Maxeon"), William Mulligan, and Kai Strohbecke (collectively "Defendants," and together with Plaintiff, the "Parties"), by and through their respective undersigned counsel, hereby provide this Joint Stipulation and Proposed Order Vacating Initial Case Management Conference.

WHEREAS, this securities class action is subject to the requirements of the Private Securities Litigation Reform Act of 1995, Pub. L. No. 104-67, 109 Stat. 737 (1995) ("PSLRA"), which sets forth specialized procedures for the administration of securities class actions, including a mandatory stay of proceedings pending determination of any motions to dismiss (15 U.S.C. § 78u-4(b)(3)(B));

WHEREAS, pursuant to this Court's order of dismissal dated April 28, 2025 (ECF No. 90), Plaintiff filed his Second Amended Complaint on May 27, 2025 (the "SAC") (ECF No. 91);

WHEREAS, on June 20, 2025, this Court granted the Parties' stipulated request for the following briefing schedule for Defendants' motion to dismiss the SAC: (1) the deadline for the motion to dismiss was July 11, 2025; (2) the deadline for Plaintiff's opposition is August 8, 2025; and (3) the deadline for Defendants' reply is August 22, 2025 (ECF No. 97);

WHEREAS, on July 11, 2025, Defendants filed a motion to dismiss the SAC (ECF 100);

WHEREAS, oral argument for the motion to dismiss is currently scheduled for October 23, 2025 (ECF No. 100);

WHEREAS, an initial case management conference is currently scheduled for August 19, 2025 (ECF No. 93);

WHEREAS, the Court has, at the Parties' stipulated request, previously rescheduled the initial case management conferences that were scheduled in this case during the pendency of Defendants' prior motion to dismiss and following the filing of the SAC (ECF Nos. 74, 75, 92);

WHEREAS, in light of the mandatory stay of proceedings applicable to cases governed by the PSLRA, 15 U.S.C. § 78u-4(b)(3(B), and in consideration of the status of the action, the Parties agree that good cause exists to vacate the August 19, 2025 Initial Case Management Conference and all associated ADR deadlines;

1    THEREFORE, in light of the foregoing, the Parties hereby stipulate, and respectfully

2    request the Court to order, as follows:

3        1.        Pursuant to Civil L.R. 16-2, the Initial Case Management Conference scheduled

4    for August 19, 2025, along with the associated deadlines under the Federal Rules of Civil

5    Procedure and Local Rules, shall be vacated and all associated ADR Multi-Option Program

6    deadlines shall likewise be deferred until after the Court has rendered a decision on Defendants'

7    motion to dismiss; and

8        2.        Nothing in this Joint Stipulation shall be deemed to constitute a waiver of any

9    rights, claims, defenses, objections or arguments that any Party may have with respect to this

10   matter.

11

12       IT IS SO STIPULATED.

13

14   Dated: August 7, 2025

                                            */s/ James M. Wilson, Jr.*
15                                          James M. Wilson, Jr. (appearance *pro hac
                                            vice*)
16                                          FARUQI & FARUQI, LLP
                                            685 Third Avenue, 26th Floor
17                                          New York, NY 10017
                                            Telephone: 212-983-9330
18                                          Facsimile: 212-983-9331
                                            Email: jwilson@faruqilaw.com
19
                                            Robert W. Killorin (appearance *pro hac
20                                          vice*)
                                            **FARUQI & FARUQI, LLP**
21                                          Suite 380
                                            Atlanta, GA 30305
22                                          Telephone: 404-847-0617
                                            Facsimile: 404-506-9534
23                                          Email: rkillorin@faruqilaw.com

24                                          Lisa T. Omoto (CA SBN 303830)
                                            **FARUQI & FARUQI, LLP**
25                                          1901 Avenue of the Stars, Suite 1060
                                            Los Angeles, CA 90067
26                                          Telephone: 424-256-2884
                                            Facsimile: 424-256-2885
27                                          E-mail: lomoto@faruqilaw.com

28                                          *Attorneys for Lead Plaintiff Jeyakumar
                                            Menon and Lead Counsel for the putative*

JOINT STIPULATION AND [PROPOSED]
ORDER                                    3
3:24-cv-03869-EMC

1                                             *class*

2

3                                         */s/ Yi-Chin Ho*

4                                         Yi-Chin Ho (CA SBN 204834)
HUGHES HUBBARD & REED LLP

5                                         1999 Avenue of the Stars, 9th Floor
Los Angeles, CA  90071

6                                         Telephone:  (213) 613-2800
Fax:  (213) 613-2950

7                                         Email: yi-chin.ho@hugheshubbard.com

8                                         *Attorney for Defendants MAXEON SOLAR*

9                                         *TECHNOLOGIES, LTD., WILLIAM*
*MULLIGAN, and KAI STROHBECKE*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

2

I, James M. Wilson, Jr., attest that concurrence in the filing of this document has been

3

obtained from the other signatories.

4

Executed on this 7th day of August 2025.

5

6

                                        /s/  James M. Wilson, Jr.
                                        James M. Wilson, Jr.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2

Pursuant to the above Stipulation, IT IS SO ORDERED.

3

4

DATED: ___8/6/2025___

The Honorable Edward M. Chen

5

United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28