YI-CHIN HO (CA SBN 204834)
yi-chin.ho@hugheshubbard.com
HUGHES HUBBARD & REED LLP
1999 Avenue of the Stars, 9th Floor
Los Angeles, CA  90071
Telephone:  (213) 613-2800
Fax:  (213) 613-2950

Attorney for Defendants
MAXEON SOLAR TECHNOLOGIES, LTD.,
WILLIAM MULLIGAN, and KAI
STROHBECKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEYAKUMAR VS MENON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MAXEON SOLAR TECHNOLOGIES, LTD., WILLIAM MULLIGAN, and KAI STROHBECKE,<br><br>Defendants. | CASE NO. 3:24-CV-03869-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CHANGE HEARING DATE FOR MOTION TO DISMISS** |

WHEREAS, on May 27, 2025, Plaintiff Jeyakumar VS Menon ("Plaintiff") filed a Second Amended Class Action Complaint (the "Second Amended Complaint") (ECF No. 91);

WHEREAS, on July 11, 2025, Defendants Maxeon Solar Technologies, Ltd. ("Maxeon"), William Mulligan, and Kai Strohbecke (collectively "Defendants", and together with Plaintiff, the "Parties") filed a Motion to Dismiss the Second Amended Complaint (the "Motion to Dismiss"), which, pursuant to the Court's scheduling rules, suggested a date for a hearing on the Motion to Dismiss for October 23, 2025, at 1:30PM (*See* ECF No. 100);

WHEREAS, on  August 8, 2025, Plaintiff filed a Response to Defendants' Motion to Dismiss (ECF No. 105);

WHEREAS, on August 22, 2025, Defendants filed a Reply in Support of the Motion to Dismiss (ECF No. 108);

WHEREAS, on September 25, 2025, the Clerk of the Court entered a Notice Rescheduling Motion Hearing, which rescheduled the hearing on the Motion to Dismiss to December 4, 2025, at 1:30PM (ECF No. 110);

WHEREAS, on October 20, 2025, the Clerk of the Court entered a Notice Advancing Motion Hearing, which rescheduled the hearing on the Motion to Dismiss to November 3, 2025, at 9:00AM (ECF No. 111);

WHEREAS, due to scheduling conflicts, counsel for Defendants is unavailable on November 3, 2025;

WHEREAS, the Parties have met and conferred, and subject to the approval of this court, agree that the hearing on the Motion to Dismiss be rescheduled for January 29, 2026;

WHEREAS, this stipulated request is being made in the interests of judicial economy and in good faith, is not for the purpose of delay, and will not prejudice any of the Parties;

THEREFORE, in light of the foregoing, the Parties hereby stipulate, and respectfully request the Court to order, as follows:

1.      The hearing on Defendants' Motion to Dismiss the Second Amended Complaint shall be moved from November 3, 2025, to January 29, 2026.

JOINT STIPULATION AND [PROPOSED]
ORDER TO CHANGE HEARING DATE                    1                    CASE NO. 3:24-CV-03869-EMC

2.      Nothing in this Stipulation is intended in any way to waive or affect any rights, claims, defenses, objections or arguments that any party may have with respect to any matter, other than those expressly addressed and agreed to in paragraph 1 above.

IT IS SO STIPULATED.

DATED:   October 28, 2025

*/s/ Yi-Chin Ho*

Yi-Chin Ho (CA SBN 204834)
HUGHES HUBBARD & REED LLP
1999 Avenue of the Stars, 9th Floor
Los Angeles, CA  90071
Telephone:  (213) 613-2800
Fax:  (213) 613-2950
Email: yi-chin.ho@hugheshubbard.com

*Attorney for Defendants MAXEON SOLAR TECHNOLOGIES, LTD., WILLIAM MULLIGAN, and KAI STROHBECKE*

*/s/James M. Wilson Jr.*

James M. Wilson, Jr. (*pro hac vice*)
FARUQI & FARUQI, LLP
685 Third Avenue, 26th Floor
New York, NY 10017
Telephone: 212-983-9330
Facsimile: 212-983-9331
Email: jwilson@faruqilaw.com

Robert W. Killorin (*pro hac vice*)
FARUQI & FARUQI, LLP
3565 Piedmont Road NE
Building Four, Suite 380
Atlanta, GA 30305
Telephone: 404-847-0617
Facsimile: 404-506-9534
Email: rkillorin@faruqilaw.com

Lisa Tamiko Omoto (CA SBN 303830)
FARUQI & FARUQI, LLP
1901 Avenue of the Stars, Suite 1060
Los Angeles, CA 90067
Telephone: (424) 365-3225
Email: lomoto@faruqilaw.com

*Attorneys for Lead Plaintiff JEYAKUMAR VS MENON and Lead Counsel for the putative class*

JOINT STIPULATION AND [PROPOSED]
ORDER TO CHANGE HEARING DATE

2

CASE NO. 3:24-CV-03869-EMC

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

I, Yi-Chin Ho, attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED:   October 28, 2025

*/s/ Yi-Chin Ho*
Yi-Chin Ho

[PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   October 29, 2025

_____
The Honorable Edward M. Chen
United States District Judge