United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TREVOR WAYNE, et al.,

          Plaintiffs,

     v.

MAXEON SOLAR TECHNOLOGIES, LTD., et al.,

          Defendants.

Case No. 24-cv-03869-EMC

**JUDGMENT**

On February 11, 2026, the Court granted Defendants' Motion to Dismiss. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiffs. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: February 12, 2026

_____
EDWARD M. CHEN
United States District Judge